Peter M. Hart, (State Bar No. 107920)
Matthew R. Halloran, (State Bar No. 236461)
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Attorneys for Defendant
PACIFIC PRIDE SERVICES, INC.

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WALKER, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>PACIFIC PRIDE, a business entity, form unknown, RICHARD K. POOLER, an individual, and DOES 1 through 50, inclusive,<br><br>          Defendant. | Case No.:  C 07-02857 MEJ<br><br>PROOF OF SERVICE |

{S01

*Donald Walker v. Pacific Pride, et al.*
San Francisco Superior Court Case No.: CGC 06-456176
USDC- NORTHERN DISTRICT CASE NO.: C 07 2857 MEJ

## PROOF OF SERVICE

I declare that:

I am a citizen of the United States, employed in the City and County of San Francisco, over the age of eighteen years, and not a party to the within cause.  My business address is 44 Montgomery Street, 18th Floor, San Francisco, CA 94104.  On this date, I served the within:

PROOF OF SERVICE: RE COPIES OF THE FOLLOWING:

CIVIL COVER SHEET;
DEFENDANT PACIFIC PRIDE SERVICES INC.'S CORPORATE DISCLOSURE;
DEFENDANT PACIFIC PRIDE SERVICES INC.'S DEMAND FOR JURY TRIAL;
DEFENDANT PACIFIC PRIDE SERVICES INC.'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §1441(b) (DIVERSITY JURISDICTION);
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE FOR TRIAL;
WELCOME TO THE U.S.D.C., SF == OFFICE HOURS, etc.; and
ECF REGISTRATION INFORMATION HANDOUT (USDC-NORTHERN DISTRICT)

on the parties in said cause, by placing a true and correct copy thereof addressed as follows:

Mark L. Webb, Esq.
Zachary S. Tolson, Esq.
Law Offices of Mark L. Webb
414 Gough St., Ste. 2
San Francisco, CA  94102
Phone:  (415) 621-4500
Facsimile:  (415) 621-4173
Representing:  PLAINTIFF DONALD WALKER

__X__    (VIA HAND DELIVERY) I caused said above-mentioned document(s) to be delivered via hand delivery following the practice and procedure of WRIGHT, ROBINSON, OSTHIMER & TATUM with delivery fees paid or provided for.    VIA WESTERN MESSENGER SERVICE.

Dated: June 1, 2007          BY:  _Scott C. Scott_____

Western Messenger

{S01|

1

2      I declare under penalty of perjury that the foregoing is true and correct and that this

3  declaration was executed on June 1, 2007, at San Francisco. California.

4

5

6      BY: _____

7          Susan Matyszczyk

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{S01