1  Peter M. Hart, (State Bar No. 107920)
   Matthew R. Halloran, (State Bar No. 236461)
2  WRIGHT, ROBINSON, OSTHIMER & TATUM
   44 Montgomery Street, 18th Floor
3  San Francisco, California 94104-4705
   Telephone: (415) 391-7111
4  Telefax: (415) 391-8766

5  Attorneys for Defendant
   PACIFIC PRIDE SERVICES, INC.
6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | DONALD WALKER, an individual,          | Case No.: C 07-02857 MEJ
   |                                         |
13 |         Plaintiff,                      | PROOF OF SERVICE
   |                                         |
14 |    v.                                   |
   |                                         |
15 | PACIFIC PRIDE, a business entity, form  |
   | unknown, RICHARD K. POOLER, an          |
16 | individual, and DOES 1 through 50, inclusive, |
   |                                         |
17 |         Defendant.                      |

18

19

20

21

22

23

24

25

26

27

28

                              PROOF OF SERVICE

*Donald Walker v. Pacific Pride, et al.*
San Francisco Superior Court Case No.: CGC 06-456176
USDC- NORTHERN DISTRICT CASE NO.: C 07 2857 MEJ

## PROOF OF SERVICE

I declare that:

I am a citizen of the United States, employed in the City and County of San Francisco, over the age of eighteen years, and not a party to the within cause. My business address is 44 Montgomery Street, 18th Floor, San Francisco, CA 94104. On this date, I served the within:

PROOF OF SERVICE: RE COPIES OF THE FOLLOWING:

CIVIL COVER SHEET;
DEFENDANT PACIFIC PRIDE SERVICES INC.'S CORPORATE DISCLOSURE;
DEFENDANT PACIFIC PRIDE SERVICES INC.'S DEMAND FOR JURY TRIAL;
DEFENDANT PACIFIC PRIDE SERVICES INC.'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §1441(b) (DIVERSITY JURISDICTION);
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE FOR TRIAL;
WELCOME TO THE U.S.D.C., SF == OFFICE HOURS, etc.; and
ECF REGISTRATION INFORMATION HANDOUT (USDC-NORTHERN DISTRICT)

on the parties in said cause, by placing a true and correct copy thereof addressed as follows:

Bruce E. Turner, Esq.
State Compensation Insurance Fund
PO Box 420807
San Francisco, CA 94142
Phone: (415) 565-1581
Fax: (415) 703-7024
Representing: Lien Claimant STATE COMPENSATION INSURANCE FUND

[X] (VIA U.S. MAIL) I placed for collection and deposit in the U.S. mail, copies of the above document(s) at 44 Montgomery St., 18th Fl., San Francisco, CA 94104, in a sealed envelope, addressed as above. I am readily familiar with the practice of WRIGHT, ROBINSON, OSTHIMER & TATUM for the collection and process of correspondence for mailing with the U.S. Postal Service. In accordance with the ordinary course of business, the above documents would have been deposited for first-class delivery on same day, with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 4, 2007, at San Francisco, California.

BY: _____
Susan Matyszczyk

{S01

PROOF OF SERVICE