Peter M. Hart, (State Bar No. 107920)
Matthew R. Halloran, (State Bar No. 236461)
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Attorneys for Defendant
PACIFIC PRIDE SERVICES, INC.

E-filing

FILED
- 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MEJ

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WALKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC PRIDE, a business entity, form unknown, RICHARD K. POOLER, an individual, and DOES 1 through 50, inclusive,<br><br>Defendant. | C 07 2857<br>Case No.<br><br>**DEFENDANT PACIFIC PRIDE SERVICES INC.'S DEMAND FOR JURY TRIAL** |

Defendant PACIFIC PRIDE SERVICES, INC. hereby demands trial by jury in this action.

DATED: May 31, 2007        WRIGHT, ROBINSON, OSTHIMER & TATUM

By_____
PETER M. HART
Attorneys for Defendant
PACIFIC PRIDE SERVICES, INC.

1

Demand for Jury Trial