1  Peter M. Hart, (State Bar No. 107920)
   Matthew R. Halloran, (State Bar No. 236461)
2  WRIGHT, ROBINSON, OSTHIMER & TATUM
   44 Montgomery Street, 18th Floor
3  San Francisco, California 94104-4705
   Telephone: (415) 391-7111
4  Telefax: (415) 391-8766

5  Attorneys for Defendant
   PACIFIC PRIDE SERVICES, INC.

FILED
JUN - 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

MEJ

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C 07 2857

| DONALD WALKER, an individual, | Case No.: |
|---|---|
| Plaintiff, | **DEFENDANT PACIFIC PRIDE SERVICES INC.'S CORPORATE DISCLOSURE** |
| v. | |
| PACIFIC PRIDE, a business entity, form unknown, RICHARD K. POOLER, an individual, and DOES 1 through 50, inclusive, | |
| Defendant. | |

Defendant PACIFIC PRIDE SERVICES, INC. is an Oregon Corporation. It is not a publicly traded corporation and has not parent corporation that has stock which is publicly traded.

DATED: May 31, 2007                         WRIGHT, ROBINSON, OSTHIMER & TATUM

                                            By_____
                                            PETER M. HART
                                            Attorneys for Defendant
                                            PACIFIC PRIDE SERVICES, INC.

1

Pacific Pride's Corporate Disclosure