MARK L. WEBB, ESQ. (SBN 067959)
LAW OFFICES OF MARK L. WEBB
414 Gough Street, Suite Two
San Francisco, CA 94102
Telephone: (415) 621-4500
Facsimile: (415) 621-4173

Attorney for Plaintiff,
DONALD WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| DONALD WALKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC PRIDE, a business entity, form unknown, RICHARD K. POOLER, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | No.: C 07-2857 MEJ<br><br>[Proposed] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND ACTION TO THE CALIFORNIA SUPERIOR COURT AND FOR EXPEDITED HEARING<br><br>Date:  June 14, 2007<br>Time:  10:00 AM<br>Judge: Hon. Maria-Elena James |
|---|---|

The motion of Plaintiff having come on for hearing on June 14, 2007, and argument of counsel having been heard,

IT IS ORDERED THAT THIS ACTION IS REMANDED to the Superior Court of the State of California for the City and County of San Francisco.

IT IS FURTHER ORDERED that the Clerk of this Court shall mail a certified copy of this order to the clerk of the Superior Court, as required by 28 U.S.C. § 1447(c).

IT IS FURTHER ORDERED that the Clerk of this Court shall close the file.

DATED: _____

By: HON Maria-Elena James
United States District Judge

Order Granting Plaintiff's Motion to Remand Action to the California Superior Court and For Expedited Hearing    No. C 06-2857 MEJ

- 1 -