*Walker v. Pacific Pride, et al.*

MARK L. WEBB, ESQ. (SBN 067959)
LAW OFFICES OF MARK L. WEBB
414 Gough Street, Suite Two
San Francisco, CA 94102
Telephone: (415) 621-4500
Facsimile: (415) 621-4173

Attorney for Plaintiff,
DONALD WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WALKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC PRIDE, a business entity, form unknown, RICHARD K. POOLER, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | No.: C 07-2857 MEJ<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I, the undersigned, declare as follows:

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is 414 Gough Street, Suite Two, California, 94102.

On the date set forth below, I caused to be served the documents entitled:

1. PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND ACTION TO THE CALIFORNIA STATE COURT; EXPEDITED HEARING REQUESTED DUE TO SUPERIOR COURT TRIAL DATE OF JULY 9, 2007;
2. [Proposed] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND ACTION TO THE CALIFORNIA SUPERIOR COURT AND FOR EXPEDITED HEARING;
3. DECLARATION OF MARK L. WEBB IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND ACTION TO THE CALIFORNIA STATE COURT; EXPEDITED HEARING REQUESTED DUE TO SUPERIOR COURT TRIAL DATE OF JULY 9, 2007
4. DEMAND FOR TRIAL BY JURY
5. CONSENT TO PROCEED BEFORE MAGISTRATE

on the parties in this action as follows:

Mr. Peter M. Hart
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, CA 94104
**Telephone:    (415) 391-7111**
**Facsimile:    (415) 391-8766**

Attorney for Defendants PACIFIC PRIDE and
RICHARD K. POOLER, INC.

☐    [BY MAIL] I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail in San Francisco, California. I am "readily familiar" with the practice of The Law Offices of Mark L. Webb for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☐    [BY PERSONAL SERVICE] The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

☒    [VIA FACSIMILE] I caused to be transmitted the above-named documents at approximately __9:30__ p.m. via facsimile number 415-621-4173. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. The transmission report was properly issued by the transmitting facsimile machine, a copy of which is attached pursuant to Rule 2009(I)(4).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **June 6, 2007** at San Francisco, California.

DATED: June 6, 2007

A. Amanda Beck

Proof of Service                                                                                                                  No. C 06-2857 MEJ

```
                TRANSMISSION VERIFICATION REPORT

                                         TIME  : 06/06/2007 20:37
                                         NAME  : LAW OFFICES
                                         FAX   : 4156214173
                                         TEL   : 4156214500
                                         SER.# : BROD5J261987


DATE,TIME                        06/06  20:26
FAX NO./NAME                     3918766
DURATION                         00:10:38
PAGE(S)                          35
RESULT                           OK
MODE                             STANDARD
                                 ECM
```

# LAW OFFICES OF
# Mark L. Webb
### A PROFESSIONAL CORPORATION
*Attorneys at Law*

414 Gough Street, Suite Two
SAN FRANCISCO, CALIFORNIA 94102
PHONE (415) 621-4500
FAX (415) 621-4173


From: Adalia Rubio- Legal Assistant

To: Peter Hart

Pages 35 (including coversheet)


### Confidentiality Notice

This FACSIMILE transmission is intended only for the use of the individual