MARK L. WEBB, ESQ. (SBN 067959)
LAW OFFICES OF MARK L. WEBB
414 Gough Street, Suite Two
San Francisco, CA 94102
Telephone: (415) 621-4500
Facsimile: (415) 621-4173

Attorney for Plaintiff,
DONALD WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WALKER, an individual, | No.: C 07-2857 MEJ |
| Plaintiff, | **DEMAND FOR TRIAL BY JURY** |
| v. | |
| PACIFIC PRIDE, a business entity, form unknown, RICHARD K. POOLER, an individual, and DOES 1 through 50, inclusive, | |
| Defendants. | |

Plaintiff hereby demands a trial by jury for all the issues so triable in this action.

DATED: June 6, 2007                             LAW OFFICES OF MARK L. WEBB

                                                _____
                                                Mark L. Webb, Esq.
                                                Attorney for Plaintiff DONALD WALKER

---

Demand for Trial by Jury                                                    No. C 06-2857 MEJ

- 1 -