Peter M. Hart, (State Bar No. 107920)
Matthew R. Halloran, (State Bar No. 236461)
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, California  94104-4705
Telephone:  (415) 391-7111
Telefax:  (415) 391-8766

Attorneys for Defendant
PACIFIC PRIDE SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WALKER, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFIC PRIDE, a business entity, form unknown, RICHARD K. POOLER, an individual, and DOES 1 through 50, inclusive,<br><br>    Defendant. | Case No.:  C 07-02857 MEJ<br><br>PROOF OF SERVICE |

PROOF OF SERVICE

*Donald Walker v. Pacific Pride, et al.*
San Francisco Superior Court Case No.: CGC 06-456176
USDC- NORTHERN DISTRICT CASE NO.: C 07 2857 MEJ

## PROOF OF SERVICE

I declare that:

I am a citizen of the United States, employed in the City and County of San Francisco, over the age of eighteen years, and not a party to the within cause. My business address is 44 Montgomery Street, 18th Floor, San Francisco, CA 94104. On this date, I served the within:

PROOF OF SERVICE: RE COPY OF THE FOLLOWING:

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE; REQUEST FOR REASSIGNMENT OT A UNITED STATES DISTRICT JUDGE

on the parties in said cause, by placing a true and correct copy thereof addressed as follows:

Zachary Steven Tolson, Esq.
Law Offices of Mark L. Webb
414 Gough St., Ste. 2
San Francisco, CA 94102
Phone: (415) 621-4500
Fax: (415) 621-4173
Representing: Plaintiff DONALD WALKER

Bruce E. Turner, Esq.
State Compensation Insurance Fund
PO Box 420807
San Francisco, CA 94142
Phone: (415) 565-1581
Fax: (415) 703-7024
Representing: Lien Claimant STATE COMPENSATION INSURANCE FUND

__X__ (VIA U.S. MAIL) I placed for collection and deposit in the U.S. mail, copies of the above document(s) at 44 Montgomery St., 18th Fl., San Francisco, CA 94104, in a sealed envelope, addressed as above. I am readily familiar with the practice of WRIGHT, ROBINSON, OSTHIMER & TATUM for the collection and process of correspondence for mailing with the U.S. Postal Service. In accordance with the ordinary course of business, the above documents would have been deposited for first-class delivery on same day, with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 11, 2007, at San Francisco, California.

BY: /s/ Susan Matyszczyk
Susan Matyszczyk

{S01}

PROOF OF SERVICE