1  MARK L. WEBB, ESQ. (SBN 067959)
   LAW OFFICES OF MARK L. WEBB
2  414 Gough Street, Suite No. 2
   San Francisco, California 94102
3  Telephone: (415) 621-4500
   Facsimile: (415) 621-4173
4

5  Attorneys for Plaintiff
   DONALD WALKER
6

7

8             IN THE UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10 DONALD WALKER,                    ) Case No.: C 07 2857 MEJ
                                     )
11      Plaintiff,                   ) PLAINTIFF'S CERTIFICATION OF
                                     ) INTERESTED ENTITIES OR PERSONS
12      v.                           )
                                     )
13 PACIFIC PRIDE, a business entity form )
   unknown, RICHARD K. POOLER, an    )
14 individual, and DOES 1 through 50, )
   inclusive,                        )
15                                   )
        Defendants.                  )
16 _____

17

18
        Pursuant to *Civil L.R. 3-16*, the undersigned certifies that the following listed persons,
19
   associations of persons, firms, partnerships, corporations (including parent corporations) or other
20
   entities (i) have a financial interest in the subject matter in controversy or in a party to the
21
   proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
22
   substantially affected by the outcome of this proceeding:
23

24 **Name**                          **Connection / Interest**

25 STATE COMPENSATION                Lien Claimant (see Exhibit 'A', attached)
   INSURANCE FUND
26

27
   DONALD WALKER v. PACIFIC PRIDE, *et al*
28 Case No.: C 07 2857 MEJ
   PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
                                      1

| | | |
|---|---|---|
| 1 | SAN FRANCISCO PETROLEUM, INC. | Contractually obligated to indemnify defendant PACIFIC PRIDE, INC. for any legal fees or costs incurred defending this action and for any judgment which may be obtained in this action against defendant pursuant to franchise agreement. |
| 2 | | |
| 3 | | |
| 4 | Dated: June 5, 2007 | LAW OFFICES OF MARK L. WEBB |
| 5 | | |
| 6 | | By: *[signature]* |
| 7 | | Mark L. Webb, Esq.<br>Attorneys for Plaintiff<br>DONALD WALKER |

DONALD WALKER v. PACIFIC PRIDE, *et al*
Case No.: C 07 2857 MEJ
PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

2


**STATE COMPENSATION INSURANCE FUND**

June 8, 2007

IN REPLY REFER TO:

CLAIM No.: 02665738 SUB
INJURED: Donald Walker
EMPLOYER: San Francisco Petroleum Company, Inc.
DOI: 07/21/2005

Mark L. Webb, Esq.
Law Offices of Mark L. Webb
414 Gough Street, Ste. 2
San Francisco CA 94102

Re: <u>Donald Walker vs. Pacific Pride</u>, C 07 2857 (formerly CGC 06-456176)

<u>**VIA FACSIMILE & U.S. MAIL**</u>

Dear Mr. Webb:

I represent State Compensation Insurance Fund, a public enterprise fund, as a lien claimant in the above-referenced matter. It is my understanding that the case has been transferred to Federal District Court, Northern District of California (C 07 2857). I understand that you have filed a Motion to Remand to move the case back to Superior Court. As I am agreeable to returning the case to Superior Court, I support your motion. The original venue, which was Superior Court, seems most likely to provide a timely resolution. A jury trial had been set for July 9, 2007 in Dept. 206.

Should you have questions, please do not hesitate to contact me.

Very truly yours,

Bruce Turner
Attorney
415-565-1581

Exhibit A

## PROOF OF SERVICE

I, the undersigned, declare as follows:

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is 414 Gough Street, Suite Two, California, 94102.

On the date set forth below, I caused to be served the documents entitled:

**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the parties in this action as follows:

Mr. Peter M. Hart
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, CA 94104
**Telephone:**   (415) 391-7111
**Facsimile:**   (415) 391-8766

Attorney for Defendants PACIFIC PRIDE and
RICHARD K. POOLER, INC.

☐   [BY MAIL] I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail in San Francisco, California. I am "readily familiar" with the practice of The Law Offices of Mark L. Webb for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☐   [BY PERSONAL SERVICE] The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

☒   [VIA FACSIMILE] I caused to be transmitted the above-named documents at approximately ___2:30___ p.m. via facsimile number 415-621-4173. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. The transmission report was properly issued by the transmitting facsimile machine, a copy of which is attached pursuant to Rule 2009(I)(4).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **June 11, 2007** at San Francisco, California.

DATED: June 11, 2007

A. Amanda Beck

Proof of Service                                                                                                        No. C 06-2857 MEJ

TRANSMISSION VERIFICATION REPORT

```
TIME    : 06/11/2007 13:51
NAME    : LAW OFFICES
FAX     : 4156214173
TEL     : 4156214500
SER.#   : BROD5J261987
```

```
DATE,TIME          06/11  13:49
FAX NO./NAME       3918766
DURATION           00:01:15
PAGE(S)            05
RESULT             OK
MODE               STANDARD
                   ECM
```

LAW OFFICES OF

# Mark L. Webb

A PROFESSIONAL CORPORATION

*Attorneys at Law*

414 GOUGH ST., SUITE 2
SAN FRANCISCO, CALIFORNIA 94102
PHONE (415) 621-4500
FAX (415) 621-4173

June 11, 2007

|  |  | Fax | Phone |
|---|---|---|---|
| To: | Peter Hart | (415) 391-8766 |  |
| From: | Mark Webb | 415.621.4173 | 415.621.4500 |

This facsimile contains _5_ pages, including the cover sheet.

Re:   *Walker v. Pacific Pride, et al.*