MARK L. WEBB, ESQ. (SBN 067959)
LAW OFFICES OF MARK L. WEBB
414 Gough Street, Suite Two
San Francisco, CA 94102
Telephone: (415) 621-4500
Facsimile: (415) 621-4173

Attorney for Plaintiff,
DONALD WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| DONALD WALKER, an individual, | No.: C 07-2857 SC |
|---|---|
| Plaintiff, | MOTION FOR AN ORDER SHORTENING TIME TO HEAR MOTION TO REMAND; DECLARATION OF MARK L. WEBB IN SUPPORT |
| v. | |
| PACIFIC PRIDE, a business entity, form unknown, RICHARD K. POOLER, an individual, and DOES 1 through 50, inclusive, | Date:  July 13, 2007<br>Time:  10:00 AM<br>Dept.: 1 (17th Floor)<br>Judge: Hon. Samuel Conti |
| Defendants. | |

## MOTION FOR AN ORDER SHORTENING TIME

Plaintiff DONALD WALKER, by and through counsel, hereby moves for an order shortening the time for hearing plaintiff's motion to remand, currently scheduled for hearing on July 13, 2007, to an earlier date. Plaintiff specifically requests that the hearing date be advanced to either June 15, 2007, or June 22, 2007, for the reasons set forth below.

## DECLARATION OF MARK L. WEBB IN SUPPORT OF MOTION FOR AN ORDER SHORTENING TIME

I, Mark L. Webb, declare:

1. I am the attorney of record for DONALD L. WALKER and have been since the inception of the state action. I am licensed to practice in all the courts of this state and have been admitted to practice in federal court as well. I am a former assistant United States attorney for the United States Department of Justice, having worked in the United States

1. Attorney's office in San Francisco for some two and a half years.

2. Plaintiff hereby requests that this Honorable Court issue an order shortening time for the hearing on his motion to remand **since there is no diversity of citizenship in this case and since a trial date has been set in San Francisco Superior Court for July 9, 2007.**

3. Plaintiff has been rendered a complete quadrapilegic because of an accident which is the subject of this litigation. He has required six separate hospitalizations of between one and three weeks each because of bladder infections. Were he to have his day in court, and recover an award in accordance with his damages, he could be removed from his current care facility to his own home where, I am informed and believe, the need for these hospitalizations would be reduced or eliminated.

4. Defendant PACIFIC PRIDE, INC., operates in San Francisco through its agent and franchisee, SAN FRANCISCO PETROLEUM, INC., a California corporation. San Francisco Petroleum, Inc., is also an interested party. Further, an agency of the State of California, STATE COMPENSATION INSURANCE FUND, is a lien claimant in this action. Therefore, as is discussed more fully in the underlying motion papers, no true diversity exists.

5. Though PACIFIC PRIDE and its attorneys have been made amply aware of plaintiffs dire condition, they have done <u>everything in their power to delay this ready-for-trial case</u>.

   (a) defendant removed the case on June 4, 2007, just three days before its own summary judgment motion was set for hearing in state court on June 7, 2007, though he had thirty days to do so;

   (b) <u>this same motion to remand was scheduled to be heard on a shortened basis before the Hon. Maria-Elena James on June 14, 2007</u>. Ten days after receiving notice of the judicial assignment in this action, and on the same day as defendant's opposition to this motion was due, defense counsel declined to proceed before Judge James, thereby causing plaintiff's pending remand motion to be automatically vacated.

6. It is respectfully submitted that this Honorable Court ought to hear this motion

on an urgent basis for the following reasons:

    (a)    an imminent trial date in state court (July 9, 2007),

    (b)    the lack of diversity in this case,

    (c)    plaintiff's dire medical condition,

    (d)    defense counsel's deliberate procedural gamesmanship transparently aimed at depriving this quadriplegic plaintiff of his would-be July 9, 2007, day in court.

7. On June 12, 2007, I telephoned defense counsel, Peter Hart, and requested that he stipulate to a hearing on this motion on a shortened basis. I proposed stipulating to either June 15, 2007, or June 22, 2007. Mr. Hart declined, despite being fully aware of all the grounds for shortening time set forth in this and in other previously filed papers. In fact, the previously filed then vacated motion for remand, filed on June 6, 2007, before the Honorable Maria-Elena James, **is exactly the same, word for word, as the motion be filed before this Honorable court.** Accordingly, defense counsel has had since June 6, 2007 to review, consider, and respond to the remand motion.

8. Were this motion to be heard as regularly scheduled on July 13, 2007, plaintiff will have lost his right to a jury trial on July 9, 2007, even though both sides had already disclosed their trial experts and discovery had closed. Thus, this case is completely ready for trial and should remain in state court. On the other hand, should this case be heard as requested on June 15, 2007, or June 22, 2007, the July 9, 2007, state court trial date could be maintained.

I declare under penalty of perjury that the foregoing is true and correct in San Francisco, California.

DATED: June 12, 2007

    LAW OFFICES OF MARK L. WEBB

    /s/ Mark L. Webb
    Mark L. Webb, Esq.
    Attorney for Plaintiff DONALD WALKER