MARK L. WEBB, ESQ. (SBN 067959)
LAW OFFICES OF MARK L. WEBB
414 Gough Street, Suite Two
San Francisco, CA 94102
Telephone: (415) 621-4500
Facsimile: (415) 621-4173

Attorney for Plaintiff,
DONALD WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WALKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC PRIDE, a business entity, form unknown, RICHARD K. POOLER, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | No.: C 07-2857 SC<br><br>**[Proposed] ORDER GRANTING PLAINTIFF'S MOTION FOR AN ORDER SHORTENING TIME TO HEAR MOTION TO REMAND** |

Plaintiff's motion for an order shortening time having been duly filed pursuant to *Civil Local Rules 6-1, et seq.*, and good cause appearing therefore,

IT IS ORDERED THAT the hearing on plaintiff's motion to remand, currently set for hearing on July 13, 2007, be advanced to _____.

DATED: _____

By: Hon. Samuel Conti
United States District Court Senior Judge

Order Granting Plaintiff's Motion to Remand Action to the California Superior Court and For Expedited Hearing    No. C 06-2857 SC

- 1 -