Peter M. Hart, (State Bar No. 107920)
Bradley D. Fell (State Bar No. 212988)
Matthew R. Halloran (State Bar No. 236461)
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Attorneys for Defendant
PACIFIC PRIDE SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WALKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC PRIDE, a business entity, form unknown, and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.: C 07-2857 SC<br><br>**DECLARATION OF MATTHEW R. HALLORAN IN SUPPORT OF DEFENDANT'S OPPOSTION TO PLAINTIFF'S MOTION FOR AN ORDER SHORTENING TIME TO HEAR MOTION TO REMAND**<br><br>Noticed Date: July 13, 2007<br>Noticed Time: 10:00 a.m.<br>Department: 1 (17th Floor)<br>Judge: Hon. Samuel Conti |

I, Matthew R. Halloran, declare:

1. I am an associate with the law firm of Wright, Robinson, Osthimer & Tatum, attorneys of record for defendant PACIFIC PRIDE SERVICES, INC. (hereinafter "Pacific Pride"), and I am duly licensed to practice law in the State of California.

2. Plaintiff filed his complaint for damages in State Court in September 2006, naming defendants Pacific Pride, and Richard K. Pooler, an individual.

3. Plaintiff voluntarily dismissed the action against Richard K. Pooler, an individual, with prejudice on May 2, 2007, but continued to proceed against Richard K. Pooler, Inc. as a defendant.

4. On May 29, 2007, plaintiff accepted Richard K. Pooler, Inc.'s statutory settlement offer of one dollar ($1), and dismissed the action against it with prejudice.

5. Plaintiff Donald Walker is an individual California resident, and defendant Pacific

Pride is a business entity with its principal place of business in Oregon, and is incorporated under the laws of Oregon.

6. Pacific Pride filed its notice of removal on June 1, 2007.

7. On June 6, 2007, plaintiff filed a motion with the Magistrate Judge's department to which this case was initially assigned, seeking to remand the case to the State Court on an expedited basis. Plaintiff requested a hearing on June 14, 2007, thereby providing defendant with only eight days' notice.

8. On June 12, 2007, I contacted the Magistrate Judge's courtroom deputy, and confirmed that the hearing would not be put on the Court's calendar for June 14, 2007, due to plaintiff's failure to file a properly noticed motion.

9. On the afternoon of June 12, 2007, Magistrate Judge James' clerk contacted me via telephone to determine whether defendant was amenable to having the case heard by the Magistrate Judge.

10. After careful consideration, defendant chose to have the case heard by a United States District Judge, and filed a request that afternoon that the matter be reassigned.

11. On June 13, 2007, after the case was reassigned to the Honorable Judge Conti, plaintiff re-filed the motion to remand requesting a hearing date of July 13, 2007, and thereby giving defendant only thirty days' notice.

12. On June 13, 2007, plaintiff also filed the subject motion seeking an order shortening time to have the remand motion heard, requesting a hearing date of either June 15, 2007, or June 22, 2007.

13. After receiving service of plaintiff's motions on June 13, 2007, I spoke to this Court's clerk and courtroom deputy, both of whom confirmed that any opposition to the motion for an order shortening time would have to be submitted the following day, June 14, 2007.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: June 14, 2007

_____
Matthew R. Halloran