1  Peter M. Hart, (State Bar No. 107920)
   Matthew R. Halloran, (State Bar No. 236461)
2  WRIGHT, ROBINSON, OSTHIMER & TATUM
   44 Montgomery Street, 18th Floor
3  San Francisco, California 94104-4705
   Telephone: (415) 391-7111
4  Telefax: (415) 391-8766

5  Attorneys for Defendant
   PACIFIC PRIDE SERVICES, INC.
6

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WALKER, an individual, | Case No.: C 07-02857 SC |
| Plaintiff, | PROOF OF SERVICE |
| v. | |
| PACIFIC PRIDE, a business entity, form unknown, RICHARD K. POOLER, an individual, and DOES 1 through 50, inclusive, | |
| Defendant. | |

PROOF OF SERVICE

*Donald Walker v. Pacific Pride, et al.*
San Francisco Superior Court Case No.: CGC 06-456176
USDC- NORTHERN DISTRICT CASE NO.: C 07 2857 SC

## PROOF OF SERVICE

I declare that:

I am a citizen of the United States, employed in the City and County of San Francisco, over the age of eighteen years, and not a party to the within cause. My business address is 44 Montgomery Street, 18th Floor, San Francisco, CA 94104. On this date, I served the within:

PROOF OF SERVICE: RE COPY OF THE FOLLOWING:

DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR AN ORDER SHRTENING TIME TO HEAR MOTION TO REMAND and DECLARATION OF MATTHEW HALLORAN

on the parties in said cause, by placing a true and correct copy thereof addressed as follows:

Zachary Steven Tolson, Esq.
Law Offices of Mark L. Webb
414 Gough St., Ste. 2
San Francisco, CA  94102
Phone:  (415) 621-4500
Fax:  (415) 621-4173
Representing:  Plaintiff DONALD WALKER

__X__ (VIA U.S. MAIL) I placed for collection and deposit in the U.S. mail, copies of the above document(s) at 44 Montgomery St., 18th Fl., San Francisco, CA 94104, in a sealed envelope, addressed as above. I am readily familiar with the practice of WRIGHT, ROBINSON, OSTHIMER & TATUM for the collection and process of correspondence for mailing with the U.S. Postal Service. In accordance with the ordinary course of business, the above documents would have been deposited for first-class delivery on same day, with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 15, 2007, at San Francisco, California.

BY: _____
Susan Matyszczyk

{S01}

PROOF OF SERVICE