1  MARK L. WEBB, ESQ. (SBN 067959)
   LAW OFFICES OF MARK L. WEBB
2  414 Gough Street, Suite Two
   San Francisco, CA 94102
3  Telephone: (415) 621-4500
   Facsimile: (415) 621-4173
4
   Attorney for Plaintiff,
5  DONALD WALKER

6

7                    IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  DONALD WALKER, an individual,              No.: C 07-2857 SC

10          Plaintiff,

11      v.                                     **PLAINTIFF'S REPLY TO DEFENDANT'S
                                               OPPOSITION TO PLAINTIFF'S
                                               MOTION FOR AN ORDER
12  PACIFIC PRIDE, a business entity, form     SHORTENING TIME TO HEAR
    unknown, RICHARD K. POOLER, an             MOTION TO REMAND**
13  individual, and DOES 1 through 50, inclusive,
                                               Date:  July 13, 2007
14          Defendants.                        Time:  10:00 AM
                                               Dept.: 1 (17th Floor)
15                                             Judge: Hon. Samuel Conti

16          Consistent with defense counsel's numerous attempts to delay the timely hearing of this

17  case both in state and federal court, defense counsel now complains, in an attempt to deprive

18  Plaintiff of an expeditious ruling on a vital motion to remand, that Plaintiff's counsel has not set

19  forth facts in support of the motion for shortened time. However, it is a fact that that this case was

20  set for trial in state court for July 9, 2007, and that Defendant's summary judgment motion was set

21  for June 7, 2007. It is a fact that Defendant essentially abandoned its own summary judgment

22  motion by removing the case to federal court on June 1, 2007, knowing that if summary judgment

23  were granted Plaintiff's entire case would have been dismissed. It is also a fact that Plaintiff is a

24  quadriplegic and is desperately in need of his day in Court for reasons stated in the original motion

25  for shortened time.

26          Further, it is also a fact that there are two San Francisco entities that are parties in interest,

27  thus defeating diversity. One of these parties in interest, San Francisco Petroleum, would have

28  been declared an agent of defendant Pacific Pride were the motion for summary judgment decided

1 | in Plaintiff's favor and which motion was deliberately avoided by Defendant's sudden and

2 | unnecessarily early removal on June 1, 2007. It is also a fact that the other party in interest, State

3 | Insurance Compensation Fund, is a California state agency that has filed a one million-dollar lien

4 | and which has submitted a letter to this Honorable Court expressing its strong preference to have

5 | the case go forward expeditiously in state court as originally scheduled.

6 |       Finally, it is a fact that, even though removal has placed this case before the federal court,

7 | San Francisco Superior Court, only yesterday, June 14, 2007, accepted Plaintiff's posting of jury

8 | fees for the July 9, 2007 trial date, making it clear that were this Honorable Court to hear the

9 | matter on shortened time and order a remand, the July 9, 2007 date would still be available (please

10 | see Exhibit 1, receipt of jury fees).

11 |       For the *factual* reasons stated above, Plaintiff, through counsel, respectfully requests that

12 | this Honorable Court use its wide discretion in granting Plaintiff's hearing of his motion for

13 | remand on a shortened time basis.

16 | DATED: June 15, 2007

LAW OFFICES OF MARK L. WEBB

Mark L. Webb, Esq.
Attorney for Plaintiff DONALD WALKER

Reply to Defendant's Opposition to Plaintiff's Motion For An Order Shortening Time To Hear Motion To Remand    No. C 06-2857 SC

- 2 -

EXHIBIT 1

BKBB:

Superior Court of California,
County of San Francisco
Civil/Small Claims

Jun-14-2007   W1407614J015        MMORAN
14:41:59

CASE NUMBER: CGC-06-456176

DONALD WALKER VS. PACIFIC PRIDE A BUSINE
SS ENTITY FORM UNKNOWN et al

JURY FEES

FILED BY WALKER, DONALD

FEE:      $150.00 PAID BY CHECK

                    THANK YOU

Exhibit 1