## PROOF OF SERVICE

I, the undersigned, declare as follows:

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is 414 Gough Street, Suite Two, California, 94102.

On the date set forth below, I caused to be served the documents entitled:

**PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR AN ORDER SHORTENING TIME TO HEAR MOTION TO REMAND**

on the parties in this action as follows:

Mr. Peter M. Hart
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, CA 94104
**Telephone:**   (415) 391-7111
**Facsimile:**   (415) 391-8766

Attorney for Defendant PACIFIC PRIDE

☐  [BY MAIL] I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail in San Francisco, California. I am "readily familiar" with the practice of The Law Offices of Mark L. Webb for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☐  [BY PERSONAL SERVICE] The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

☒  [VIA FACSIMILE] I caused to be transmitted the above-named documents at approximately __1:00__ p.m. via facsimile number 415-621-4173. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. The transmission report was properly issued by the transmitting facsimile machine, a copy of which is attached pursuant to Rule 2009(I)(4).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **June 15, 2007** at San Francisco, California.

DATED: June 15, 2007

_____
A. Amanda Beck

```
                    TRANSMISSION VERIFICATION REPORT

                                           TIME  : 06/15/2007 12:08
                                           NAME  : LAW OFFICES
                                           FAX   : 4156214173
                                           TEL   : 4156214500
                                           SER.# : BROD5J261987


DATE,TIME                          06/15  12:06
FAX NO./NAME                       3918766
DURATION                           00:01:23
PAGE(S)                            06
RESULT                             OK
MODE                               STANDARD
                                   ECM
```

## LAW OFFICES OF
# Mark L. Webb
### A PROFESSIONAL CORPORATION
*Attorneys at Law*

414 GOUGH ST., SUITE 2
SAN FRANCISCO, CALIFORNIA 94102
PHONE (415) 621-4500
FAX (415) 621-4173

June 15, 2007

|  |  | **Fax** | **Phone** |
|---|---|---|---|
| To: | Peter Hart | (415) 391-8766 |  |
| From: | Mark Webb | 415.621.4173 | 415.621.4500 |

This facsimile contains 6 pages, including the cover sheet.

Re:   *Walker v. Pacific Pride*