UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WALKER, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFIC PRIDE SERVICES, INC., an Oregon Corporation,<br><br>    Defendant. | No. 07-2857 SC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION TO REMAND |

    Before the Court is Plaintiff Donald Walker's ("Plaintiff") Motion for an Order Shortening Time to Hear Motion To Remand. See Docket No. 21. Defendant Pacific Pride Services, Inc. ("Defendant") opposed this motion, and Plaintiff replied to the Opposition. See Docket Nos. 24, 27. The Court hereby GRANTS Plaintiff's motion and ORDERS as follows:

    1. Defendant shall file an Opposition to Plaintiff's Motion to Remand no later than 3:00 p.m. on Thursday, June 21, 2007.

    2. Plaintiff shall file a Reply to Defendant's Opposition no later than 3:00 p.m. on Tuesday, June 26, 2007.

/

3.   Plaintiff's Motion to Remand is set for hearing before the Court at 10:00 a.m. on Friday June 29, 2007.

IT IS SO ORDERED.

June 15, 2007



_____

UNITED STATES DISTRICT JUDGE