Peter M. Hart, (State Bar No. 107920)
Bradley D. Fell (State Bar No. 212988)
Matthew R. Halloran (State Bar No. 236461)
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, California  94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Attorneys for Defendant
PACIFIC PRIDE SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WALKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC PRIDE, a business entity, form unknown, and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.: C 07-2857 SC<br><br>**DECLARATION OF CYNTHIA R. CONDON**<br><br>Date: July 29, 2007<br>Time: 10:00 a.m.<br>Department: 1 (17th Floor)<br>Judge: Hon. Samuel Conti |

I, Cynthia R. Condon, declare:

1.  I am the Vice President of Franchise Administration for PACIFIC PRIDE SERVICES, INC. (hereinafter "Pacific Pride"). I have first-hand knowledge of all facts contained in this Declaration, and I could testify to them under oath in a court of law.

2.  Pacific Pride is a business incorporated under the laws of the State of Oregon.

3.  Pacific Pride's principal place of business is, and always has been located in the State of Oregon, where Pacific Pride maintains its one and only headquarters. All of Pacific Pride's offices and all its personnel are located in the State of Oregon, except for some of the Company's salespeople who work from home in other States.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 21st day of June, 2007, in Salem, Oregon.

_____
Cynthia R. Condon

1