Peter M. Hart, (State Bar No. 107920)
Bradley D. Fell (State Bar No. 212988)
Matthew R. Halloran (State Bar No. 236461)
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Attorneys for Defendant
PACIFIC PRIDE SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WALKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC PRIDE, a business entity, form unknown, and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.: C 07-2857 SC<br><br>**NOTICE OF ERRATA**<br><br>Date: June 29, 2007<br>Time: 10:00 a.m.<br>Department: 1 (17th Floor)<br>Judge: Hon. Samuel Conti |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On June 21, 2007, counsel for defendant PACIFIC PRIDE SERVICES, INC. filed Defendant's Opposition to Plaintiff's Motion Seeking an Order Remanding Action to State Court, and the Declarations of Matthew R. Halloran and Cynthia R. Condon in support thereof. The captions of the Opposition and Declarations incorrectly state the date for the scheduled hearing of plaintiff's motion. The correct hearing date is June 29, 2007.

Dated: June 22, 2007                                    WRIGHT, ROBINSON, OSTHIMER & TATUM

By _____
PETER M. HART
MATTHEW R. HALLORAN
Attorneys for Defendant
PACIFIC PRIDE SERVICES, INC.

Notice of Errata