Peter M. Hart, (State Bar No. 107920)
Bradley D. Fell (State Bar No. 212988)
Matthew R. Halloran (State Bar No. 236461)
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Attorneys for Defendant
PACIFIC PRIDE SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WALKER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC PRIDE, a business entity, form unknown, and DOES 1 through 50, inclusive, <br><br> Defendant. | Case No.: C 07-2857 SC <br><br> **NOTICE OF APPEARANCE OF BRADLEY D. FELL** |

TO: ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that effective immediately Bradley D. Fell of the law office of Wright Robinson Osthimer & Tatum, 44 Montgomery Street, 18th Floor, San Francisco, California 94104, Telephone (415) 391-7111; Facsimile (415) 391-8766, will be assisting with the representation of PACIFIC PRIDE SERVICES, INC. in this matter. Please add his name for e-notification (ECF login name: fellbd29) and any current service lists in this matter.

Dated: June 25, 2007

WRIGHT, ROBINSON, OSTHIMER & TATUM

By _____
BRADLEY D. FELL
Attorneys for Defendant
PACIFIC PRIDE SERVICES, INC.