MARK L. WEBB, ESQ. (SBN 067959)
LAW OFFICES OF MARK L. WEBB
414 Gough Street, Suite Two
San Francisco, CA 94102
Telephone: (415) 621-4500
Facsimile: (415) 621-4173

Attorney for Plaintiff,
DONALD WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| DONALD WALKER, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PACIFIC PRIDE, a business entity, form unknown, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | No.: C 07-2857 SC<br><br>**DECLARATION OF MARK L. WEBB IN SUPPORT OF SEPARATE CASE MANAGEMENT STATEMENT** |
|---|---|

I, Mark L. Webb, declare as follows:

1.  I am the attorney for Plaintiff in this action and have complied with the local rules by meeting in person with lead trial counsel for the defense, Peter Hart, on July 6, 2007. We met and conferred and were able to agree with respect to most of the categories for a joint case management statement. However, the one that has been submitted by defense counsel is not in accord with my memory of that conference and does not accurately represent our position in a few areas. Therefore, we hereby submit a separate case management statement.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on this 11th day of July, 2007, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Mark L. Webb
　　　　　　　　　　　　　　　　　　　　　　　　Mark L. Webb

---

Declaration of Mark L. Webb in Support of Plaintiff's Separate Case Management Statement　　　　No. C 06-2857 SC

- 1 -