MARK L. WEBB, ESQ. (SBN 067959)
CHESTERFIELD A. SPAHR, ESQ. (SBN 190173(
LAW OFFICES OF MARK L. WEBB
414 Gough Street, Suite Two
San Francisco, California 94102
Telephone: (415) 621-4500
Facsimile: (415) 621-4173

Attorneys for Plaintiff
DONALD WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WALKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC PRIDE, a business entity, form unknown, and DOES 1 through 50, inclusive,<br><br>Defendants. | No.: C 07-2857 SC<br><br>**[PROPOSED] STIPULATED ORDER SETTING THE INITIAL CASE MANAGEMENT CONFERENCE ON AUGUST 3, 2007** |

PURSUANT TO THE STIPULATION OF THE PARTIES, by and through their respective counsel herein, and GOOD CAUSE APPEARING therefore, IT IS HEREBY ORDERED that the Initial Case Management Conference in this action be set for hearing on August 3, 2007, at 10:00 a.m., or as soon thereafter as the matter may be heard, in this Department. In addition, all deadlines to file or serve any pleadings or other materials, to meet and confer on any issues, or to take any other action pursuant to the Federal Rules, the Civil Local

1  Rules, or any Standing Judicial Order which relate to the date of the Initial Case Management

2  Conference are accordingly affirmed.

3  **SO STIPULATED:**

4  DATED: July 13, 2007                                    LAW OFFICES OF MARK L. WEBB

5

6

7                                                                          By: _____
                                                                                Chesterfield A. Spahr, Esq.
8                                                                               Attorneys for Plaintiff
                                                                                DONALD WALKER
9

10

11 DATED: July 13, 2007                                    WRIGHT, ROBINSON, OSTHIMER &
   TATUM
12

13

14                                                                         By: _____
                                                                                Bradley D. Fell, Esq.
15                                                                              Attorneys for Defendant
                                                                                PACIFIC PRIDE
16

17

18 **SO ORDERED:**

19                                                                         UNITED STATES DISTRICT COURT

20

21

22 DATED: _____                                       By: _____
                                                                                HON. SAMUEL CONTI
23

24

25

26

27 **No. C 07 2857 SC**
   **[PROPOSED] STIPULATED ORDER**
28 **SETTING THE INITIAL CASE**
   **MANAGEMENT CONFERENCE ON**
   **AUGUST 3, 2007**