Case 3:07-cv-02857-SC   Document 43-2   Filed 07/13/2007   Page 1 of 1
Jul-10-2007 03:21pm From-WRIGHT ROBINSON et al    14153918766    T-307  P.003/003  F-134
07/10/2007 13:03  4156214173              LAW OFFICES                   PAGE 03/03

1  August 3, 2007, at 10:00 a.m., or as soon thereafter as the matter may be heard, in this
2  Department.
3
   **SO STIPULATED:**
4
5  DATED: July 10, 2007                    LAW OFFICES OF MARK L. WEBB
6
                                           By: _____
7                                             Chesterfield A. Spahr, Esq.
                                              Attorneys for Plaintiff
8                                             DONALD WALKER
9
10
11 DATED: July 10, 2007                    WRIGHT, ROBINSON, OSTHIMER & TATUM
12
13                                         By: _____
                                              Bradley D. Pell, Esq.
14                                            Attorneys for Defendant
                                              PACIFIC PRIDE
15
16
17 **SO ORDERED:**
18                                         UNITED STATES DISTRICT COURT
19
20
21 DATED: _____                  By: _____
                                              HON. SAMUEL CONTI
22
23
24
25
26
27 No. C 07 2857 SC
   [PROPOSED] STIPULATED ORDER
28 SETTING THE INITIAL CASE
   MANAGEMENT CONFERENCE ON
   AUGUST 3, 2007
                                           - 2 -