MARK L. WEBB, ESQ. (SBN 067959)
CHESTERFIELD A. SPAHR, ESQ. (SBN 190173)
LAW OFFICES OF MARK L. WEBB
414 Gough Street, Suite Two
San Francisco, California 94102
Telephone: (415) 621-4500
Facsimile: (415) 621-4173

Attorneys for Plaintiff
DONALD WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| DONALD WALKER, an individual, | No.: C 07-2857 SC |
|---|---|
| Plaintiff, | [PROPOSED] STIPULATED ORDER SETTING THE INITIAL CASE MANAGEMENT CONFERENCE ON AUGUST 3, 2007 |
| v. | |
| PACIFIC PRIDE, a business entity, form unknown, and DOES 1 through 50, inclusive, | |
| Defendants. | |

PURSUANT TO THE STIPULATION OF THE PARTIES, by and through their respective counsel herein, and GOOD CAUSE APPEARING therefore, IT IS HEREBY ORDERED that the Initial Case Management Conference in this action be set for hearing on August 3, 2007, at 10:00 a.m., or as soon thereafter as the matter may be heard, in this Department. In addition, all deadlines to file or serve any pleadings or other materials, to meet and confer on any issues, or to take any other action pursuant to the Federal Rules, the Civil Local Rules, or any Standing Judicial Order which relate to the date of the Initial Case Management Conference are accordingly affirmed.

August 3, 2007, at 10:00 a.m., or as soon thereafter as the matter may be heard, in this Department.

SO STIPULATED:

DATED: July 10, 2007

LAW OFFICES OF MARK L. WEBB

By: _____
Chesterfield A. Spahr, Esq.
Attorneys for Plaintiff
DONALD WALKER

DATED: July 10, 2007

WRIGHT, ROBINSON, OSTHIMER & TATUM

By: _____
Bradley D. Pell, Esq.
Attorneys for Defendant
PACIFIC PRIDE

SO ORDERED:

UNITED STATES DISTRICT COURT

DATED: _____

By: _____
HON. SAMUEL CONTI

No. C 07 2857 SC
[PROPOSED] STIPULATED ORDER
SETTING THE INITIAL CASE
MANAGEMENT CONFERENCE ON
AUGUST 3, 2007

- 2 -