*Walker v. Pacific Pride, et al.*
Case No. C 07-2857 SC

# PROOF OF SERVICE

I, the undersigned, declare as follows:

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is 414 Gough Street, Suite Two, California 94102.

On the date set forth below, I caused to be served the document entitled:

**AMENDED STIPULATION TO SET CASE MANAGEMENT CONFERENCE ON AUGUST 2, 2007**

on the parties in this action as follows:

Mr. Peter M. Hart
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, CA 94104
**Telephone:    (415) 391-7111**
**Facsimile:    (415) 391-8766**

Attorney for Defendant PACIFIC PRIDE

☐ [BY MAIL] I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail in San Francisco, California. I am "readily familiar" with the practice of The Law Offices of Mark L. Webb for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☐ [BY PERSONAL SERVICE] The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

☒ [VIA FACSIMILE] I caused to be transmitted the above-named documents at approximately __9:30__ a.m. via facsimile number 415-621-4173. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. The transmission report was properly issued by the transmitting facsimile machine, a copy of which is attached pursuant to Rule 2009(I)(4).

☐ [VIA FEDERAL EXPRESS] I am "readily familiar" with the practice of The Law Offices of Mark L. Webb for collection and processing of correspondence for deposit with Federal Express for overnight delivery service. Correspondence for collection and processing is either delivered to a courier or driver authorized by Federal Express to receive documents or deposited by an employee or agent of this firm in a box or facility regularly maintained by Federal Express that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **July 13, 2007** at San Francisco, California.

DATED: July 13, 2007

_____
A. Amanda Beck

```
                    TRANSMISSION VERIFICATION REPORT

                                          TIME  : 07/13/2007 08:38
                                          NAME  : LAW OFFICES
                                          FAX   : 4156214173
                                          TEL   : 4156214500
                                          SER.# : BROD5J261987


DATE,TIME           07/13  08:37
FAX NO./NAME        3918766
DURATION            00:00:49
PAGE(S)             03
RESULT              OK
MODE                STANDARD
                    ECM
```

LAW OFFICES OF

# Mark L. Webb

A PROFESSIONAL CORPORATION

*Attorneys at Law*

414 GOUGH ST., SUITE 2
SAN FRANCISCO, CALIFORNIA 94102
PHONE (415) 621-4500
FAX (415) 621-4173

July 13, 2007

|  |  | Fax | Phone |
|---|---|---|---|
| To: | Peter Hart/Brad Fell/Matt Halloran | 415.391.8766 | |
| From: | Mark Webb | 415.621.4173 | 415.621.4500 |

This facsimile contains 2 pages, including the cover sheet.

Re:   *Walker v. Pacific Pride*

Gentleman:

Please find the amended stipulation, amended only as to form. Thank you.