1  MARK L. WEBB, ESQ. (SBN 067959)
   CHESTERFIELD A. SPAHR, ESQ. (SBN 190173)
2  LAW OFFICES OF MARK L. WEBB
   414 Gough Street, Suite Two
3  San Francisco, California 94102
   Telephone: (415) 621-4500
4  Facsimile: (415) 621-4173

5  Attorneys for Plaintiff
   DONALD WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| DONALD WALKER, an individual, | No.: C 07-2857 SC |
|---|---|
| Plaintiff, | [~~PROPOSED~~] STIPULATED ORDER SETTING THE INITIAL CASE MANAGEMENT CONFERENCE ON AUGUST 3, 2007 |
| v. | |
| PACIFIC PRIDE, a business entity, form unknown, and DOES 1 through 50, inclusive, | |
| Defendants. | |

PURSUANT TO THE STIPULATION OF THE PARTIES, by and through their respective counsel herein, and GOOD CAUSE APPEARING therefore, IT IS HEREBY ORDERED that the Initial Case Management Conference in this action be set for hearing on August 3, 2007, at 10:00 a.m., or as soon thereafter as the matter may be heard, in this Department. In addition, all deadlines to file or serve any pleadings or other materials, to meet and confer on any issues, or to take any other action pursuant to the Federal Rules, the Civil Local Rules, or any Standing Judicial Order which relate to the date of the Initial Case Management Conference are accordingly affirmed.

No. C 07 2857 SC
[PROPOSED] STIPULATED ORDER
SETTING THE INITIAL CASE
MANAGEMENT CONFERENCE ON
AUGUST 3, 2007

- 1 -

Case 3:07-cv-02857-SC   Document 46   Filed 07/13/2007   Page 2 of 2
Case 3:07-cv-02857-SC   Document 43-2   Filed 07/13/2007   Page 1 of 1
Jul-10-2007 03:21pm   From-WRIGHT ROBINSON et al   14163918766   T-307  P.003/003  F-134
07/10/2007  13:03   4156214173   LAW OFFICES   PAGE 03/03

1  August 3, 2007, at 10:00 a.m., or as soon thereafter as the matter may be heard, in this
2  Department.
3  SO STIPULATED:
4  DATED: July 10, 2007                          LAW OFFICES OF MARK L. WEBB
5
6                                                By: _____
7                                                   Chesterfield A. Spahr, Esq.
                                                   Attorneys for Plaintiff
8                                                  DONALD WALKER
9
10                                               WRIGHT, ROBINSON, OSTHIMER & TATUM
11 DATED: July 10, 2007
12
13                                                By: _____
                                                   Bradley D. Pell, Esq.
14                                                 Attorneys for Defendant
                                                   PACIFIC PRIDE
15
16
17 SO ORDERED:
18                                                UNITED STATES DISTRICT COURT
19
20
21 DATED:    7/13/07                              By: _____
22                                                   IT IS SO ORDERED
23                                                   Judge Samuel Conti
24
25
26
27 No. C 07 2857 SC
   [PROPOSED] STIPULATED ORDER
28 SETTING THE INITIAL CASE
   MANAGEMENT CONFERENCE ON
   AUGUST 3, 2007
                                         - 2 -