Peter M. Hart, (State Bar No 107920)
Brad D. Fell, (State Bar No 212988)
Mathew R. Halloran, (State Bar No 236461)
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Attorneys for Defendant
PACIFIC PRIDE SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| DONALD WALKER,<br><br>    Plaintiff,<br><br>v.<br><br>PACIFIC PRIDE, et al,<br><br>    Defendants. | Case No.: C 07-2857 SC<br><br>**DECLARATION OF PETER M. HART RE SEPARATE CASE MANAGEMENT STATEMENT OF DEFENDANT PACIFIC PRIDE SERVICES, INC.**<br><br>Date:    August 3, 2007<br>Time:    10:00 a.m.<br>Courtroom: One<br>Judge:   Honorable Samuel Conti |

I, PETER M. HART, declare:

1. I am an attorney at law licensed to practice before all of the Courts of the State of California and am a member in good standing of the Bar of the United States District Court for the Northern District of California.

2. On July 6, 2007, plaintiff's counsel and I met to confer regarding a Joint Case Management Statement for this matter. We agreed that I would draft the final version of the Case Management Statement after conferring with my client on several issues that we could not resolve.

3. On July 11, 2007, plaintiff's counsel contacted my office to discuss some of the matters set forth in my draft Case Management Statement. I was unavailable to discuss the matters questioned by plaintiff's counsel as I was out of town attending a deposition. I am

DECLARATION OF PETER M. HART RE SEPARATE CASE MANAGEMENT STATEMENT OF
DEFENDANT PACIFIC PRIDE SERVICES, INC.
Case No.: C 07-2857 SC

1

1  informed and believe that plaintiff's counsel was leaving that day on vacation and that we would
2  be unable to further meet and confer regarding a Joint Case Management Statement and to submit
3  a Joint Statement to the Court. Therefore, each party was required to submit a separate Case
4  Management Statement.

5  I declare under penalty of perjury that the foregoing is true and correct. Executed in San
6  Francisco, California.

7  DATE: July 13, 2007                    WRIGHT ROBINSON OSTHIMER & TATUM

                                          _____
                                          PETER M. HART
                                          Attorneys for defendant
                                          PACIFIC PRIDE SERVICES, INC.

2

---

DECLARATION OF PETER M. HART RE SEPARATE CASE MANAGEMENT STATEMENT OF
DEFENDANT PACIFIC PRIDE SERVICES, INC.
Case No.: C 07-2857 SC