UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Case Number: C-07-2857  Judge: SAMUEL CONTI  DATE 8/3/07

Title: DONALD WALKER vs PACIFIC PRIDE

Attorneys: MARK WEBB    PETER HART

Deputy Clerk: T. De Martini   Court Reporter: Star Wilson

Court  Pltf's  Deft's
(XXX) ( ) ( ) 1. Status Conference - Held
( ) ( ) ( ) 2.
( ) ( ) ( ) 3.
( ) ( ) ( ) 4.
( ) ( ) ( ) 5.

( ) Motion(s): ( ) Granted ( ) Denied ( ) Withdrawn

( ) Granted/Denied ( ) Off Calendar ( ) Submitted

Order to be Prepared by: ( ) Pltf ( ) Deft ( ) Court

Discovery Cutoff: 11/22/07   Pretrial Statements Due _____

Case Continued to 1/11/08 @ 10:00 A.M. for Pretrial Conference

Case Continued to 1/22/08 @ 9:30 A.M. for Jury Trial

Case Continued to _____ for Further Status Conference

Case Continued to 12/7/07 @ 10:00 A.M. for Motions

ORDERED AFTER HEARING: The Plaintiff Motion to File an Amended Complaint is GRANTED.

cc: