1  Peter M. Hart, (State Bar No. 107920)
   Brad D. Fell, (State Bar No. 212988)
2  Matthew R. Halloran, (State Bar No. 236461)
   WRIGHT, ROBINSON, OSTHIMER & TATUM
3  44 Montgomery Street, 18th Floor
   San Francisco, California 94104-4705
4  Telephone: (415) 391-7111
   Telefax: (415) 391-8766
5
   Attorneys for Defendant
6  PACIFIC PRIDE SERVICES, INC.

7

8
                  IN THE UNITED STATES DISTRICT COURT
9
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN FRANCISCO
11

12  DONALD WALKER, an individual,          Case No. C 07-2857 SC

13         Plaintiff,
                                           **DEFENDANT PACIFIC PRIDE
14     v.                                  SERVICES, INC.'S NOTICE OF
                                           MOTION AND MOTION FOR
15  PACIFIC PRIDE,                         SUMMARY JUDGMENT OR
                                           PARTIAL SUMMARY JUDGMENT**
16         Defendant.

17
                                           Date:     November 2, 2007
18                                         Time:     10:00 a.m.
                                           Dept:     1
19                                         Judge:    Honorable Samuel Conti

20                                         **Trial Date: January 22, 2008_**

21

22      TO ALL PARTIES IN THE ABOVE-ENTITLED ACTION AND TO THEIR

23  ATTORNEYS OF RECORD:

24      NOTICE IS HEREBY GIVEN that on November 2, 2007 at 10:00 a.m., or as soon

25  thereafter as the matter may be heard in Department 1 of the above entitled Court, defendant

26  PACIFIC PRIDE SERVICES, INC. will move the Court for an Order for Summary Judgment or

27  Partial Summary Judgment.

28
                                           1

This Motion is based on Federal Rule of Civil Procedure 56, and is made on the grounds that the moving party is entitled to judgment as a matter of law; that plaintiff has pled causes of action for negligence and premises liability and there is no merit to these causes of action; that plaintiff has stated his intent to amend his Complaint to request punitive damages and plaintiff has no evidence to support the award of such damages; and that the liability of the moving party cannot be separately established by plaintiff.

This Motion for Summary Judgment or Partial Summary Judgment is based upon this Notice of Motion and Motion for Summary Judgment or Partial Summary Judgment; the documents submitted in support thereof, including defendant's Memorandum of Points and Authorities, Declaration of Matthew R. Halloran and Exhibits A through C attached thereto, Declaration of Cynthia R. Condon and Exhibits A and B attached thereto, and the Declaration of Robert Falche; and upon whatever further evidence or argument the Court will admit during the hearing of this motion.

DATE: September 28, 2007         WRIGHT ROBINSON OSTHIMER & TATUM

by: _____
PETER M. HART
MATTHEW R. HALLORAN
Attorneys for defendant
PACIFIC PRIDE SERVICES, INC.