Peter M. Hart, (State Bar No. 107920)
Brad D. Fell, (State Bar No. 212988)
Matthew R. Halloran, (State Bar No. 236461)
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Attorneys for Defendant
PACIFIC PRIDE SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| DONALD WALKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC PRIDE,<br><br>Defendant. | Case No. C 07-2857 SC<br><br>**DECLARATION OF ROBERT FALCHE IN SUPPORT OF PACIFIC PRIDE SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT** |

I, Robert Falche, declare:

1. I am the President of San Francisco Petroleum Company ("SF Petroleum"). I have first-hand knowledge of all facts contained in this Declaration, and I could, if necessary, testify to them under oath in a court of law.

2. SF Petroleum's Third Street facility is SF Petroleum's headquarters. SF Petroleum rents the location from landowner Richard K. Pooler, Inc.

3. The Franchise Agreement entered into by Pacific Pride Services, Inc. ("Pacific Pride") and SF Petroleum executed March 1, 2004, and all documents incorporated by reference therein ("the Franchise Agreement"), governs the parties' business relationship in full, and embodies the entire agreement between the parties.

1

**Declaration of Robert Falche**

4. Pacific Pride does not participate in the day-to-day operation of San Francisco Petroleum Company's business, nor does it advise San Francisco Petroleum Company how to operate the day-to-day aspects of its business outside of any provisions included in the Franchise Agreement and documents incorporated by reference therein.

5. At the time of plaintiff's accident, SF Petroleum averaged sales of approximately 1,340,000 gallons of fuel per month.

6. Of the 1,340,000 gallons of fuel SF Petroleum sold per month at the time of plaintiff's accident, only 140,000 gallons were sold at the San Francisco cardlock site and processed through the Pacific Pride system.

7. Of the 140,000 gallons of fuel sold at the San Francisco cardlock site, approximately 120,000 gallons were sold to SF Petroleum's customers and 20,000 gallons were sold to the customers of other Pacific Pride franchisees.

8. SF Petroleum invoiced, collected, and approved all credit for its own customers, while Pacific Pride collected and remitted payments to SF Petroleum only for the 20,000 gallons sold to other Pacific Pride franchisees' customers.

9. The remaining 1,200,000 gallons of fuel SF Petroleum sold per month at the time of plaintiff's accident were sold in bulk to SF Petroleum's customers. None of those sales were authorized, processed, or settled by Pacific Pride, nor was Pacific Pride involved in those transactions in any way.

10. SF Petroleum's fuel sales and the breakdown between those sales utilizing the Pacific Pride system and those with which Pacific Pride is uninvolved remains roughly the same today.

11. SF Petroleum sells approximately 10,000-15,000 gallons of oil per month. None of those sales are authorized, processed, or settled by Pacific Pride, nor is Pacific Pride involved in those transactions in any way.

12. SF Petroleum does not purchase any of its fuel, oil, lubricants, or any other products from Pacific Pride.

**Declaration of Robert Falche**

13. Pacific Pride has no ownership interest in SF Petroleum or its inventory.

I swear under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: September 27, 2007

_Robert Falche_