1  Peter M. Hart, (State Bar No. 107920)
   Brad D. Fell, (State Bar No. 212988)
2  Matthew R. Halloran, (State Bar No. 236461)
   WRIGHT, ROBINSON, OSTHIMER & TATUM
3  44 Montgomery Street, 18th Floor
   San Francisco, California 94104-4705
4  Telephone: (415) 391-7111
   Telefax:    (415) 391-8766
5
6  Attorneys for Defendant
   PACIFIC PRIDE SERVICES, INC.
7

8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                              SAN FRANCISCO
11

12 | DONALD WALKER, an individual,    | Case No. C 07-2857 SC
13 |         Plaintiff,                |
14 |    v.                             | **PROOF OF SERVICE**
15 | PACIFIC PRIDE,                    |
16 |         Defendant.                |
17
18                                     Date:  November 2, 2007
                                       Time:  10:00 a.m.
19                                     Dept:  1
                                       Judge: Honorable Samuel Conti
20
                                       **Trial Date: January 22, 2008**

PROOF OF SERVICE

*Donald Walker v. Pacific Pride, et al.*

## PROOF OF SERVICE

I declare that:

I am a citizen of the United States, employed in the City and County of San Francisco, over the age of eighteen years, and not a party to the within cause. My business address is 44 Montgomery Street, 18th Floor, San Francisco, CA 94104. On this date, I served the within:

**NOTICE OF MOTION AND MOTION FOR MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT;**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT PACIFIC PRIDE SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT;**

**DECLARATION OF CYNTHIA R. CONDON IN SUPPORT OF PACIFIC PRIDE SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT;**

**DECLARATION OF ROBERT FALCHE IN SUPPORT OF PACIFIC PRIDE SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT;**

**DECLARATION OF MATTHEW R. HALLORAN IN SUPPORT OF PACIFIC PRIDE SERVICE, INC.'S MOTION FOR SUMMARY JUDGMENT.**

on the parties in said cause, by placing a true and correct copy thereof addressed as follows:

Zachary Steven Tolson, Esq.
Law Offices of Mark L. Webb
414 Gough St., Ste. 2
San Francisco, CA 94102
Phone: (415) 621-4500
Fax: (415) 621-4173
Representing: Plaintiff DONALD WALKER

__X__ (VIA U.S. MAIL) I placed for collection and deposit in the U.S. mail, copies of the above document(s) at 44 Montgomery St., 18th Fl., San Francisco, CA 94104, in a sealed envelope, addressed as above. I am readily familiar with the practice of WRIGHT, ROBINSON, OSTHIMER & TATUM for the collection and process of correspondence for mailing with the U.S. Postal Service. In accordance with the ordinary course of business, the above documents would have been deposited for first-class delivery on same day, with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **September 28, 2007**, at San Francisco, California.

By: /s/ Karen Greer

Karen Greer

PROOF OF SERVICE