Peter M. Hart, (State Bar No. 107920)
Brad D. Fell, (State Bar No. 212988)
Matthew R. Halloran, (State Bar No. 236461)
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Attorneys for Defendant
PACIFIC PRIDE SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| DONALD WALKER, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFIC PRIDE,<br><br>    Defendant. | Case No. C 07-2857 SC<br><br>**DECLARATION OF CYNTHIA R. CONDON IN SUPPORT OF PACIFIC PRIDE SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT** |

I, Cynthia R. Condon, declare:

1.    I am the Vice President of Franchise Administration for Pacific Pride Services, Inc. ("Pacific Pride"). I have first-hand knowledge of all facts contained in this Declaration, and I could, if necessary, testify to them under oath in a court of law.

2.    The Franchise Agreement between Pacific Pride and San Francisco Petroleum Company executed March 1, 2004 ("the Franchise Agreement") governs the parties' business relationship in full, and embodies the entire agreement between the parties. A true and correct copy of the March 1, 2004 Franchise Agreement is attached hereto as Exhibit A.

3.    Pacific Pride's Operations Manual is incorporated by reference into the parties' Franchise Agreement. A true and correct copy of Pacific Pride's Operations Manual is attached

1

hereto as Exhibit B.

4.    Pacific Pride does not participate in the day-to-day operation of San Francisco Petroleum Company's business, nor does it advise San Francisco Petroleum Company how to operate the day-to-day aspects of its business outside of any provisions included in the Franchise Agreement and documents incorporated by reference therein.

I swear under the penalty of perjury under the laws of the state of California that the foregoing is true and correct.

DATED: September 28, 2007

Cynthia R. Condon

2

Declaration of Cynthia R. Condon

# Exhibit A
### to the Declaration of Cynthia R. Condon



# THE COMMERCIAL FUELING SYSTEM

## Pacific Pride Services, Inc.

205 Columbia N.E. • P.O. Box 2099 • Salem, Oregon 97308
(503) 588-0455 / Toll Free 1-800-367-5066 / Fax# (503) 371-6708

San Fran #280

# FRANCHISE AGREEMENT
## FOR A
## PACIFIC PRIDE COMMERCIAL FUELING SYSTEM TERRITORY
## PLAN A: EXCLUSIVE TERRITORY

THIS AGREEMENT is made and entered into between PACIFIC PRIDE SERVICES, INC., an Oregon corporation, with its principal office at 205 Columbia Street N.E., Salem, OR 97303, hereinafter referred to as "PACIFIC PRIDE" and _San Francisco Petroleum Co._, whose address is _P.O. Box 771106 San Francisco, CA 94107_, hereinafter referred to as "FRANCHISEE".

## SECTION 1. DEFINITIONS

As used in this Agreement, unless the context otherwise requires, the following definitions apply:

(1)     "Access Card" shall mean any PACIFIC PRIDE Access Card or Joint User Card which meets the specifications of PACIFIC PRIDE and is mutually compatible to access the PACIFIC PRIDE System and may access some or all of the sites of the Joint Users. An Access Card is not a credit card.

(2)     "Accounts" shall mean those customers to which any System Participant has issued an Access Card for the purchase of fuel and related products.

(3)     "Actively operate" shall mean operating a PACIFIC PRIDE Site which has its PACIFIC PRIDE equipment operational, is open for business, and meets all the requirements of this Agreement.

(4)     "AmeriNet Site" shall mean an automated fueling site operated by a franchisee of JMT, Inc.

(5)     "AmeriNet System" shall mean the automated fueling system for truckstops owned and operated by JMT, Inc. as franchisor.

(6)     "Billing period": each calendar month shall consist of two billing periods, the first through the fifteenth of a month and the sixteenth through the last day of a month.

(7)     "Bonafide commercial account" or "bonafide commercial customer" shall mean any account or customer which purchases a minimum of 200 gallons of fuel per month or 2400 gallons of fuel per year or as otherwise required by federal, state, or local authorities, if such requirements are greater.

(8)     "Business day" shall mean the hours of 8:00 a.m. through 5:00 p.m., Monday through Friday; provided, however, that any holiday considered a holiday for state banking law purposes shall not be deemed to be a business day if it falls on any day Monday through Friday or if it is celebrated on any day Monday through Friday.

(9)     "Circular" shall mean the Offering Circular including the disclosure document given to FRANCHISEE together with this Agreement.

(10)    "Comdata" shall mean Comdata Network, Inc. and is a company with which PACIFIC PRIDE has entered an agreement to allow Comdata's Comchek Card to be accepted at Franchisee's Sites, but only if Franchisee chooses to enter into a written agreement with Comdata. Comdata is also the vendor that provides the SmartLock™ System to franchisees.

(11)    "Commercial automated fueling site" shall mean an unattended motor fuel site from which bonafide commercial customers purchase fuel from the owner of the site by activating fuel pumps with an Access Card which is connected to a computerized system which automatically records and bills the transaction.

(12)    "Foreign Purchases" shall mean any purchases of fuel or related products by one System Participant's Accounts from any site operated by other System Participants made with the use of an Access Card.

(13)    "Foreign Sales" shall mean the sale of fuel or related products sold by a System Participant with the use of an Access Card at that System Participant's Sites to Accounts of other System Participants.

(14)    "Franchise" shall mean a Plan A franchise and/or a Plan B franchise.

(15)    "FRANCHISEE'S Accounts" shall mean those customers to which FRANCHISEE has issued PACIFIC PRIDE Access Cards for the purchase of fuel and related products at any of the Sites.

(16)    "FRANCHISEE'S Sites" shall mean the locations at which FRANCHISEE has been granted the right by PACIFIC PRIDE to operate a PACIFIC PRIDE Site or a PrideNet Site.

(17)    "Fuelman" shall mean Fleetcor, Inc.

(18)    "Hazardous Substances" shall mean any hazardous or toxic substance, material, or waste, including, but not limited to, those substances, materials, and wastes listed in the United States Department of Transportation Hazardous Materials Table (49 CFR 172.101) or by the United States Environmental Protection Agency as hazardous substances (40 CFR Part

Exhibit J-2

302) and amendments, modifications or extensions thereof, petroleum products, or such other substances, materials, and wastes that are or become regulated under any applicable local, state, or federal law.

(19)   "PACIFIC PRIDE'S Accounts" shall mean those customers which PACIFIC PRIDE has issued PACIFIC PRIDE Access Cards for the purchase of fuel and related products at any of the Sites.

(20)   "Joint User" shall mean a company or fueling network of companies, other than the PACIFIC PRIDE System, which has entered into a joint access agreement with PACIFIC PRIDE, which agreement allows customers of PACIFIC PRIDE franchisees to purchase fuel and related products through use of an access card from operators of fueling sites which are a part of other companies or fueling networks and allows customers of the other companies or fueling networks to purchase fuel and related products through use of an access card from PACIFIC PRIDE Sites and PrideNet Sites, all of which transactions are processed and paid for through the PACIFIC PRIDE System. The term "Joint User" shall include the Joint User, the Joint User's franchisees, agents and operators of sites connected to the Joint User.

(21)   "Joint User Sites" shall mean the sites operated by or licensed by a Joint User which sites may accept a PACIFIC PRIDE Optical Card, and/or a PACIFIC PRIDE Magnetic Stripe Card.

(22)   "JMT, Inc." means the Oregon corporation which is the franchisor of the AmeriNet System.

(23)   "Local Sales" shall mean the sale of fuel or related products at FRANCHISEE'S Sites to its own Accounts.

(24)   "Marks" shall mean the proprietary trade and service marks "PACIFIC PRIDE", "PACIFIC PRIDE The Commercial Fueling System", "PrideNet" and "Pacific PrideNet" and the respective logos reproduced in Appendices I, II and III.

(25)   "Operations Manual" shall mean the PACIFIC PRIDE Operations Manual, a confidential manual which has been copyrighted by PACIFIC PRIDE and designated a trade secret.

(26)   "PACIFIC PRIDE Access Card" shall mean a PACIFIC PRIDE Optical Card and a PACIFIC PRIDE Magnetic Stripe Card.

(27)   "PACIFIC PRIDE Equipment" shall include the controller, the external modem, and the SmartLock™ System.

(28) "PACIFIC PRIDE franchise" shall mean persons or entities to whom PACIFIC PRIDE has granted, and in the future will grant, pursuant to a PACIFIC PRIDE Plan A or Plan B franchise agreement.

(29) "Pacific Pride Magnetic Stripe Card" shall mean a magnetically read Access Card issued by a franchisee through PACIFIC PRIDE for use at some or all PACIFIC PRIDE Sites or Joint User Sites.

(30) "PACIFIC PRIDE Optical Card" shall mean an optically read Access Card issued by a franchisee through PACIFIC PRIDE to its customers for use at all PACIFIC PRIDE Sites and AmeriNet Sites.

(31) "PACIFIC PRIDE Marks" shall mean PACIFIC PRIDE'S federally registered trade and service mark "PACIFIC PRIDE" and its logo reproduced in Appendix I, and the federally registered service mark "PACIFIC PRIDE The Commercial Fueling System" reproduced in Appendix II.

(32) "PACIFIC PRIDE Site" shall mean a commercial automated fueling site which PACIFIC PRIDE has granted a PACIFIC PRIDE franchisee a right to operate pursuant to the terms of a Plan A or Plan B franchise agreement and in connection with the PACIFIC PRIDE Marks.

(33) "PACIFIC PRIDE System" shall mean the computerized network developed by PACIFIC PRIDE whereby the Accounts may purchase fuel and related products from System Participants at any of the Sites by activating fuel pumps with an Access Card. PACIFIC PRIDE's computerized system automatically records the transactions, allows for the accounts receivable for Foreign Purchases to be automatically purchased by the owner of the Account, and allows for the Account to be billed by the owner of the Account.

(34) "Plan A franchise" means a franchisee's business operated under a PACIFIC PRIDE Plan A franchise agreement and includes the right to operate PACIFIC PRIDE sites in an exclusive territory. Sites of Joint Users may be located within the exclusive territory of a Plan A franchise. A Joint User's site may not accept PACIFIC PRIDE Optical Cards within the exclusive territory unless approved by the Plan A franchisee. Plan A franchises may not issue or accept access cards from a business similar to the PACIFIC PRIDE System.

(35) "Plan B franchise" means a franchisee's business operated under a PACIFIC PRIDE Plan B franchise agreement and includes the right to operate a PACIFIC PRIDE site in a nonexclusive territory. Plan B franchises may issue and accept access cards from a business similar to the PACIFIC PRIDE System.

(36)   "Premises" shall mean any place including without limitation the land and buildings where FRANCHISEE does any business which pertains to its PACIFIC PRIDE Franchise, including without limitation FRANCHISEE'S Sites, whether owned, leased or otherwise acquired or used by FRANCHISEE.

(37)   "PrideNet Marks" shall mean the PACIFIC PRIDE'S federally registered service marks "PrideNet" and "Pacific PrideNet" which are reproduced in Appendix III.

(38)   "PrideNet Site" shall mean a fueling site from which fuel and related products can be purchased by use of a PACIFIC PRIDE Optical Card. A PACIFIC PRIDE Magnetic Stripe Card may be used at a PrideNet Site only if the PrideNet Site has the SmartLock™ System, and which PACIFIC PRIDE has granted a PACIFIC PRIDE franchisee a right to operate pursuant to the terms of a supplemental agreement to the franchise agreement and in connection with the PrideNet Marks.

(39)   "Related products" shall mean any products or services such as motor oil, other than fuel, which an Account can purchase from System Participants by use of an Access Card. Such products or services may include without limitation motor oil, a car wash, or use of truck scales.

(40)   "Similar to the PACIFIC PRIDE System" shall mean any system or network of independently owned and operated fueling sites, which network provides for the exchange of information between participants so that each participant can bill its own customers for all purchases made by the customer from any site on the network.

(41)   "Sites" shall mean any or all PACIFIC PRIDE Sites or PrideNet Sites, and Joint User's Sites.

(42)   "States" shall mean any of the states in the United States of America.

(43)   "System Participants" shall mean PACIFIC PRIDE, all PACIFIC PRIDE franchisees, and all Joint Users.

(44)   "Territory" shall mean the geographical area defined by any United States Post Office Zip Code or combination of Zip Codes in which a Plan A franchisee has the right to operate a PACIFIC PRIDE Site.

(45)   "Zip Code Area" means the geographical area defined by any United States Post Office Zip Code.

## SECTION 2. RECITALS

A.        PACIFIC PRIDE is not a refiner and does not have the right to grant, authorize or permit the use of a particular trademark which is owned or controlled by any refiner which refines crude oil and/or supplies motor fuel.

B.        This is not an agreement for PACIFIC PRIDE to supply petroleum products to FRANCHISEE, nor is it an agreement to lease or sublease premises which are to be used in connection with the sale, consignment or distribution of motor fuel under a trademark which is owned or controlled by any refiner which refines crude oil and/or supplies motor fuel.

C.        PACIFIC PRIDE has devised a standard, unique and uniform system for the establishment and operation of a PACIFIC PRIDE site with distinctive features in the services, distribution, accounting, and comprehensive management assistance, which system is identified by the PACIFIC PRIDE Marks.  PACIFIC PRIDE offers two levels of franchises.  The Plan A franchise has an exclusive territory.   The Plan B franchise allows a franchisee to operate sites of a business similar to the PACIFIC PRIDE System in addition to its PACIFIC PRIDE sites. Additional requirements for each type of franchise are provided in the respective franchise agreements.

D.        PACIFIC PRIDE owns a 50% interest in JMT, Inc., the franchisor of the AmeriNet System.  The customer base for an AmeriNet franchisee is the trucking industry.  There may be an overlap of competition for potential customers between PACIFIC PRIDE franchisees and AmeriNet franchisees.

E.        In order to increase volume of sales for PACIFIC PRIDE  franchisees, PACIFIC PRIDE has entered into Joint User Agreements with other card issuers which allow access cards of certain other card issuers to be used and accepted at PACIFIC PRIDE sites and allow certain types of PACIFIC PRIDE access cards to be used at sites accepting the card.  At this time, PACIFIC PRIDE has entered into Joint User Agreements with Comdata, Fuelman, Petro-Canada, Inc., JMT, Inc., Wright Express, and TCH.

F.        FRANCHISEE has conducted an independent investigation of the business venture risks and acknowledges that the success of the venture is dependent upon the business abilities of FRANCHISEE.

G.        PACIFIC PRIDE expressly disclaims the making of, and FRANCHISEE acknowledges that it has not received or relied upon any warranty or guaranty, express or implied, as to the potential revenues, profits or success of the business venture contemplated by this Agreement.

H.        FRANCHISEE acknowledges that it has no knowledge of any representations about the franchise, or about PACIFIC PRIDE or its franchising program or policies, made by PACIFIC PRIDE or by its officers, directors, shareholders, employees or agents that are inconsistent to the terms of this Agreement.

I.          FRANCHISEE desires to become a PACIFIC PRIDE franchisee and PACIFIC PRIDE desires to grant a franchise to FRANCHISEE.

NOW, THEREFORE, in consideration of the mutual agreements contained herein, the parties agree as follows:

## SECTION 3. <u>GRANT OF FRANCHISE AND LICENSE OF MARKS</u>

A.          PACIFIC PRIDE grants to FRANCHISEE an exclusive franchise (the "Franchise") to operate PACIFIC PRIDE Sites in United States Post Office Zip Code Areas _94063_ (FRANCHISEE'S Territory), and only within those Zip Code Areas under the terms of this Agreement.

B.          PACIFIC PRIDE grants a license to FRANCHISEE to use the Marks in the operation of its Franchise according to the terms of this Agreement.

C.          Should multiple Zip Code Areas be included in this Franchise, one PACIFIC PRIDE Site must be in operation within each Zip Code Area within ninety days of execution of this Agreement, which time may be extended at the sole discretion of PACIFIC PRIDE.

D.          For so long as FRANCHISEE is in compliance with the terms of this Agreement, PACIFIC PRIDE shall not establish or franchise another to establish a PACIFIC PRIDE Site or a PrideNet Site within FRANCHISEE'S Territory. PACIFIC PRIDE retains the right to grant other franchises for PACIFIC PRIDE Sites in other Zip Code Areas as PACIFIC PRIDE, in its sole discretion, deems appropriate. PACIFIC PRIDE or its affiliate will not establish other franchises or PACIFIC PRIDE owned commercial automated fueling sites under a different tradename or trademark within FRANCHISEE'S Territory without the prior consent of FRANCHISEE.

E.          PACIFIC PRIDE grants Franchisee the exclusive right to accept PACIFIC PRIDE Optical Cards in its Territory, unless FRANCHISEE approves of another PACIFIC PRIDE Site in its Territory.

F.          PACIFIC PRIDE grants FRANCHISEE the right to accept Comchek Cards, TCH Cards, Wright Express Cards, and other commercial cards approved by PACIFIC PRIDE. Sales made with a Comchek Card, TCH Card, a Wright Express Card, and other approved commercial card will be treated as a Foreign Sale.

G.          Notwithstanding paragraph D above, if at any time FRANCHISEE elects to accept access cards at any of its sites, including at its PACIFIC PRIDE Sites and non-PACIFIC PRIDE sites, from a business similar to the PACIFIC PRIDE System within its Territory or within five miles from the outer edge of any PACIFIC PRIDE territory, FRANCHISEE may lose its right to exclusivity within its Territory, unless FRANCHISEE is required to accept the card by its major fuel supplier. If FRANCHISEE loses its exclusivity, PACIFIC PRIDE will then have the right to grant to another franchisee the non-exclusive right to develop PACIFIC PRIDE Sites which are allowed to accept PACIFIC PRIDE Cards in FRANCHISEE'S Territory. FRANCHISEE will continue to have the right to operate its existing PACIFIC PRIDE Site and may open new Sites in

the Territory as permitted under the terms of this Agreement. Under no circumstances shall FRANCHISEE be permitted to issue access cards at any of its sites, including at its PACIFIC PRIDE Sites and non-PACIFIC PRIDE sites, from a business similar to the PACIFIC PRIDE SYSTEM within or outside its Territory. Upon our approval, FRANCHISEE may be allowed to convert to a Plan B franchise.

H.        Continuation of FRANCHISEE'S Territory is dependent upon FRANCHISEE performing FRANCHISEE'S duties and obligations as provided in this Agreement which include without limitation the continuous operation of a PACIFIC PRIDE Site within each Zip Code Area granted to FRANCHISEE.

I.        PACIFIC PRIDE reserves the right to advertise and promote the PACIFIC PRIDE System in all areas including FRANCHISEE'S Territory and reserves the right for other PACIFIC PRIDE franchisees to do the same, except as provided in Section 18,A,2.

J.        PACIFIC PRIDE reserves the right for PACIFIC PRIDE franchisees, Joint Users, and itself to issue Access Cards to customers located within the exclusive Territory of Franchisee.

K.        PACIFIC PRIDE reserves the right to enter into joint access agreements with other fueling networks and card issuers that may, now and in the future, have sites within FRANCHISEE'S Territory, except that no new AmeriNet Site will be permitted within the Territory of FRANCHISEE without the consent of FRANCHISEE. No zip code area which has an existing AmeriNet Site will be granted as a PACIFIC PRIDE exclusive territory to FRANCHISEE, unless FRANCHISEE accepts the territory subject to the existing AmeriNet Site in it. Joint Users shall not have the right to use the PACIFIC PRIDE signs or other identification, except that upon the written consent of PACIFIC PRIDE, Joint Users may have one sign, which indicates that PACIFIC PRIDE Access Cards are accepted and may state in their off-site advertising that PACIFIC PRIDE Access Cards are accepted.

L.        This Agreement is in force for a period of five years commencing on the date of this Agreement, unless sooner terminated as provided in Section 20.

## SECTION 4.  INITIAL FRANCHISE FEE

A.        Franchise Fee.  FRANCHISEE shall pay a franchise fee in the amount of $8,000.00 to PACIFIC PRIDE. The franchise fee shall be paid in full to PACIFIC PRIDE upon execution of this Agreement. This franchise fee shall be fully earned by PACIFIC PRIDE at time of payment and is non-refundable except as noted in Section 5,D below.

B.        In order for FRANCHISEE to operate a PACIFIC PRIDE Site within a territory different than the one granted under this Agreement, an amendment to this Agreement must be executed, which includes the new zip code area as part of the Territory. A site hook-up fee will be required for any new Site opened in the new zip code area. This Agreement does not grant FRANCHISEE the right to operate a PrideNet Site. In order to operate a PrideNet Site, FRANCHISEE must execute a separate supplemental agreement with PACIFIC PRIDE.

# SECTION 5. SITE LOCATION AND RELATED FEES

A.       Original Site.  Prior to granting Zip Code Areas as a territory to FRANCHISEE, FRANCHISEE must submit a New Site Application and Approval Form attached to this Agreement as Appendix IV.  PACIFIC PRIDE must approve in writing a proposed site location for a PACIFIC PRIDE Site within each Zip Code Area.  Approval of sites is within the sole discretion of PACIFIC PRIDE.  PACIFIC PRIDE will consider accessibility to commercial traffic, proximity to major roadways and interchanges, size of the specific site which may not be smaller than 10,000 square feet, but may be as large as desirable, proximity to commercial and/or industrial districts, compatibility with the neighborhood and preliminary compliance with all governmental and regulatory requirements.  Any approval shall be conditioned upon obtaining full compliance with governmental and regulatory requirements. FRANCHISEE may not open the PACIFIC PRIDE Site until compliance with all governmental and regulatory requirements have been met. FRANCHISEE must open its PACIFIC PRIDE Site within 90 days of the date of this Agreement unless an extension is granted in writing by PACIFIC PRIDE.

B.       Additional PACIFIC PRIDE Sites.  FRANCHISEE is not limited by this Agreement as to the number of PACIFIC PRIDE Sites it may operate within its Territory, however each site must be approved by PACIFIC PRIDE as described in Paragraph A above and is subject to the terms of this Agreement.   Each subsequent proposed PACIFIC PRIDE Site location within FRANCHISEE'S Territory must also be approved in writing by PACIFIC PRIDE.  FRANCHISEE shall complete and submit a New Site Application and Approval Form at least 30 days in advance of the proposed site opening to PACIFIC PRIDE.  PACIFIC PRIDE, in its sole discretion, may grant approval of the proposed site based on the same considerations as described in Paragraph A above for an initial site.  If the proposed site is approved by PACIFIC PRIDE and the site opens within 90 days from the date of approval.  The hook-up fee is $1,500.00 per site payable $500.00 at the time of the application and the balance when the site is operational.  If the site does not become operational, the $500.00 shall not be refunded. The PACIFIC PRIDE proprietary chip required for the automated fueling equipment shall not be released until such time that the site hook-up fee is paid by FRANCHISEE.  The site hook-up fee is charged to cover expenses incurred by PACIFIC PRIDE in conjunction with incorporating the new site with the PACIFIC PRIDE System. This fee is fully earned by PACIFIC PRIDE at time of payment and is not refundable.

If the proposed site is not within FRANCHISEE'S Territory, PACIFIC PRIDE must also approve of and grant the additional Zip Code Area to FRANCHISEE.  Upon approval of the Zip Code Area by PACIFIC PRIDE, this Agreement shall automatically include that Zip Code Area as part of the Territory of FRANCHISEE.  Upon approval of the new site, PACIFIC PRIDE will reserve the Zip Code Area for FRANCHISEE for 90 days from the date of approval.  The reservation of the Zip Code Area will automatically expire at midnight, 90 days after the date of the approval of the site. If the site has not opened within 90 days from the date of approval and FRANCHISEE has not made significant progress in preparing the site for opening, at PACIFIC PRIDE'S discretion, FRANCHISEE may submit another $500.00 to reserve the Zip Code Area for an additional 90 days beginning on the date the additional fee is received.  The additional fee will not be applied to the hook-up fee.

C.	Partial Refund of Franchise Fee. If at least one approved PACIFIC PRIDE Site within each designated Zip Code Area within FRANCHISEE'S Territory is not opened for business within ninety days of execution of this Agreement, PACIFIC PRIDE has the option of terminating that Zip Code Area as part of the FRANCHISEE'S Territory or terminating the Agreement according to the provisions of Section 20. If FRANCHISEE'S Territory consists of only one Zip Code Area, PACIFIC PRIDE may terminate the Agreement. If this Agreement is terminated under such circumstance, PACIFIC PRIDE will refund all but $1,500.00 of the franchise fee paid by FRANCHISEE.

## SECTION 6. PROPRIETARY MARKS

A.	The trademark and service mark licensed to FRANCHISEE by this Agreement are the words "PACIFIC PRIDE" over the distinctive color band and the words "PACIFIC PRIDE The Commercial Fueling System". A reproduction of the PACIFIC PRIDE mark and logo is attached as Appendix I, and a reproduction of the mark PACIFIC PRIDE The Commercial Fueling System is attached as Appendix II. The PACIFIC PRIDE mark has been federally registered with the U.S. Patent and Trademark Office of the U.S. Department of Commerce since 1985. The PACIFIC PRIDE The Commercial Fueling System mark was registered with the U.S. Patent and Trademark Office in April 1992.

B.	The service mark licensed to FRANCHISEE by this Agreement for a restricted purpose as set forth below are the words "PrideNet" and "Pacific PrideNet". The PrideNet Marks are a service mark of PACIFIC PRIDE, which marks were filed with the U.S. Patent and Trademark Office in 1991. A reproduction of the PrideNet Marks are attached to this Agreement as Appendix III. The PrideNet Marks were registered with the U.S. Patent and Trademark Office of the U.S. Department of Commerce in 1994.

C.	Only PACIFIC PRIDE, FRANCHISEE and PACIFIC PRIDE's designated franchisees have the right to use the Marks along with all ancillary signs, symbols or other indicia used in conjunction with the Marks, except for the limited use allowed by Joint Users. FRANCHISEE acknowledges that valuable goodwill is attached to such trademark and service mark and that it will use them only in the manner and to the extent specifically set forth in this Agreement and the Operations Manual. FRANCHISEE shall not assign, transfer or sell its license to use the Marks to any other party.

D.	FRANCHISEE'S license under this Agreement for use of the Marks is nonexclusive, and that PACIFIC PRIDE, in its sole discretion, has the right to operate businesses under the Marks, and to grant other licenses in and to the Marks on any terms and conditions which PACIFIC PRIDE deems fit subject to the provisions of Section 3 of this Agreement.

E.	FRANCHISEE shall not use the PACIFIC PRIDE Marks at its PrideNet Sites, except as permitted pursuant to a supplemental agreement relating to PrideNet Sites.

F.	FRANCHISEE shall use the PrideNet Marks only in its off site advertising for the limited purpose of advising customers or potential customers that PrideNet Sites accept PACIFIC PRIDE Access Cards. The license under this Agreement for the limited use of the PrideNet Marks

does not include the right or license to use the PrideNet Marks or any ancillary signs, symbols or other indicia used in conjunction with the PrideNet Marks at its PACIFIC PRIDE Sites.

G.        FRANCHISEE disclaims any rights to the Marks, and expressly covenants that during the term of this Agreement, and after the expiration or termination thereof, FRANCHISEE shall not, directly or indirectly, contest PACIFIC PRIDE'S ownership, title, right, or interest in its names or the Marks, trade secrets, methods, procedures and advertising techniques which are part of PACIFIC PRIDE'S business, or contest PACIFIC PRIDE'S sole right to register, use or license others to use the Marks.

H.        FRANCHISEE shall promptly notify PACIFIC PRIDE of any infringement of, or challenge to, FRANCHISEE'S use of any service and/or trademarks in which PACIFIC PRIDE has a proprietary interest. FRANCHISEE shall also promptly notify PACIFIC PRIDE of any litigation instituted by FRANCHISEE, or by any person, firm, corporation or governmental agency against FRANCHISEE which relates to this Franchise. FRANCHISEE also agrees to notify PACIFIC PRIDE anytime it becomes aware of any unauthorized use of the Marks or confusingly similar marks.

I.        PACIFIC PRIDE shall defend FRANCHISEE against any infringement, unfair competition or other claim respecting FRANCHISEE'S use of the Marks provided such use is pursuant to provisions of this Agreement. If PACIFIC PRIDE undertakes the defense or prosecution of any litigation, FRANCHISEE agrees to execute any and all documents and do such acts and things as may, in the opinion of counsel for PACIFIC PRIDE, be necessary to carry out such defense or prosecution, either in the name of PACIFIC PRIDE or in the name of FRANCHISEE, as PACIFIC PRIDE shall elect. PACIFIC PRIDE shall have the right to control such litigation.

J.        FRANCHISEE may not use the Marks or other identification of the PACIFIC PRIDE System in conjunction with any site where the products normally purchased by customers of System Participants cannot be obtained by use of an Access Card.

K.        FRANCHISEE or other PACIFIC PRIDE franchisees may have reason to install equipment which can be accessed by the Access Card in a site which is not open to all System Participants. Because of potential confusion for System Participants not authorized to use these sites, such sites shall not be identified with the Marks, logo, or other PACIFIC PRIDE identification, except for a decal on the pumps which are optional with FRANCHISEE. The operation of these sites is subject to the discretionary approval of PACIFIC PRIDE, to ensure that each site meets the specifications as set by PACIFIC PRIDE.

L.        Any and all goodwill associated with the Marks and any goodwill which might be deemed to have arisen through FRANCHISEE'S activities, inures directly and exclusively to the benefit of PACIFIC PRIDE.

M.        FRANCHISEE shall not use the PACIFIC PRIDE Marks or name or PrideNet Marks or name as part of its corporate or other business name. FRANCHISEE is required to use an identifier that the FRANCHISEE is an independent FRANCHISEE in combination with the use of

Exhibit J-11

the Marks as prescribed in the Operations Manual. FRANCHISEE shall not license, register or purchase vehicles, fixtures, products, supplies or equipment, or perform any other activity or incur any obligation or indebtedness except in its individual, corporate or other business name. FRANCHISEE may, however, identify itself as a PACIFIC PRIDE FRANCHISEE as prescribed in the Operations Manual.

N.      FRANCHISEE may use the PACIFIC PRIDE Marks as an identifier on a web page only if FRANCHISEE is identified as an independent Franchisee of PACIFIC PRIDE.

O.      Each and every detail of the PACIFIC PRIDE System is important to PACIFIC PRIDE, to FRANCHISEE, and to other PACIFIC PRIDE franchisees in order to develop and maintain uniformity of services and products, and to enhance the reputation, trade demand and goodwill of PACIFIC PRIDE. FRANCHISEE accordingly agrees to the following:

    1.    To adopt and use the Marks solely in the manner prescribed by PACIFIC PRIDE; and

    2.    To carry out its business under the Marks in accordance with this Agreement and with operational standards established by PACIFIC PRIDE, and as set forth in the Operations Manual and/or other documents as are provided to FRANCHISEE.

P.      If it becomes advisable at any time, in the sole discretion of PACIFIC PRIDE, to modify or discontinue use of any of the Marks, and/or use one or more additional substitute trade or service marks, FRANCHISEE agrees to comply therewith, at its own expense, within a reasonable time after notice thereof by PACIFIC PRIDE. PACIFIC PRIDE may require FRANCHISEE, at its own expense, to purchase and install new signs containing such new mark at FRANCHISEE'S Sites and to remove from such Sites any inconsistent signs.

Q.      In order to preserve the validity and integrity of the proprietary mark and copyrights, and to assure that FRANCHISEE is properly using the same in the operation of its Franchise, PACIFIC PRIDE or its agents shall at all reasonable times have the right to enter and inspect FRANCHISEE'S Premises, and additionally, shall have the right to observe the manner in which FRANCHISEE is rendering its services, to confer with FRANCHISEE'S employees and customers, and to select products for testing and evaluation in order to make certain that they are satisfactory and within the minimum quality control provisions established by PACIFIC PRIDE.

## SECTION 7. <u>TRAINING AND ASSISTANCE</u>

A.      Prior to opening its first PACIFIC PRIDE Site, FRANCHISEE or its designated manager shall attend and successfully complete, 22.5 hours of Orientation Training. The training will be held over a period of four days in which one day of the training shall be conducted at FRANCHISEE'S home office and three days at PACIFIC PRIDE'S home office in Salem, Oregon. The training will take place between the signing of this Agreement and the opening of FRANCHISEE'S first PACIFIC PRIDE Site. PACIFIC PRIDE will give FRANCHISEE notice as to the exact time the training will take place. FRANCHISEE is responsible for all travel, room,

board and other expenses it may incur while participating in any of the training programs. FRANCHISEE shall also pay for the travel and room and board expenses of the person providing the training at FRANCHISEE'S home office, which person shall also install the Controller. The Orientation Training will cover a variety of topics relevant to a Franchise's operation of a commercial automated fueling site which is a part of the PACIFIC PRIDE System. Orientation Training is provided at no additional expense to FRANCHISEE for the first PACIFIC PRIDE Site it opens. FRANCHISEE may, and is encouraged to, attend the portion of the Orientation Training located at PACIFIC PRIDE'S home office as frequently as FRANCHISEE chooses.

B.        Except as stated above, PACIFIC PRIDE's training personnel are provided at a cost to FRANCHISEE. The rate for such additional training shall be at the rate specified in the PACIFIC PRIDE Operations Manual.

C.        In the future, additional training sessions may be made available to FRANCHISEE in the form of annual seminars, repeated orientation weeks, and special territorial meetings and seminars. PACIFIC PRIDE may require FRANCHISEE'S attendance at such sessions and FRANCHISEE will be responsible for all costs it may incur in attending the sessions. PACIFIC PRIDE may impose a reasonable fee for any of the additional training sessions.

D.        PACIFIC PRIDE will offer advice and guidance on opening advertising and promotional programs for FRANCHISEE'S Sites, if requested by FRANCHISEE.

E.        PACIFIC PRIDE may, but shall not be required to, provide consulting for accounting, bookkeeping, management, and other services, if FRANCHISEE requests assistance. PACIFIC PRIDE may charge a consulting fee of not less than $250.00 per day for each PACIFIC PRIDE employee plus travel expenses if so required. A fee schedule for such services can be found in the Operations Manual.

F.        PACIFIC PRIDE shall initially, and from time to time when available, offer to FRANCHISEE promotional and other materials designed especially for PACIFIC PRIDE franchisees without charge or according to the then current price lists for such materials.

## SECTION 8. ADVERTISING FEES AND CONTROLS

A.        FRANCHISEE shall contribute to an advertising program $.0015 per gallon of Foreign Purchases of fuel purchased by FRANCHISEE'S Accounts using a PACIFIC PRIDE Optical Card and/or a PACIFIC PRIDE Magnetic Stripe Card. PACIFIC PRIDE shall provide FRANCHISEE with a detailed statement of the Foreign Purchase gallons. PACIFIC PRIDE shall bill and collect such amounts twice each month pursuant to the billing process described in Section 13. The advertising fee is payable to PACIFIC PRIDE Advertising Fund ("Advertising Fund").

B.        All advertising purchased or produced by the Advertising Fund shall be designed to benefit as nearly as possible, all PACIFIC PRIDE franchisees. The Advertising Fund may be used to pay for the design, typesetting and printing of promotional brochures, which may then be sold to FRANCHISEE for the printing costs.

C.        All advertising purchased or produced by the Advertising Fund will be carried out at the discretion of PACIFIC PRIDE.  All PACIFIC PRIDE franchisees are invited to submit suggestions and comments relating to advertising including, but not limited to fees, placement of advertising, and administration of the advertising program to PACIFIC PRIDE at any time. PACIFIC PRIDE shall consider, but is not bound to follow the suggestions and comments of the PACIFIC PRIDE franchisees.

D.        PACIFIC PRIDE shall have the right to terminate the advertising program by giving FRANCHISEE written notice thirty days prior to termination.   All unspent monies in the Advertising Fund on the date of termination shall be divided and returned by PACIFIC PRIDE to all franchisees in proportion to their contributions.  At any time thereafter, PACIFIC PRIDE shall have the right to reinstate the Advertising Fund under the same terms and conditions as herein set forth by giving FRANCHISEE written notice thirty days prior to reinstatement.

E.        The Advertising Fund shall be maintained by PACIFIC PRIDE separately from all other accounts or funds PACIFIC PRIDE may hold.  PACIFIC PRIDE shall use the funds deposited into the Advertising Fund solely for the purposes of advertising and related expenses including but not limited to administration expenses.  The Advertising Fund shall pay 10% of the advertising fees collected monthly to PACIFIC PRIDE for administering the advertising program.

F.        Upon notification to FRANCHISEE, the advertising fee per Foreign Purchase gallon may be increased by PACIFIC PRIDE if, in PACIFIC PRIDE'S best judgment, such a change is necessary to maintain an effective advertising program.   Upon notification to FRANCHISEE, the advertising fee may be decreased or suspended by PACIFIC PRIDE, if, in PACIFIC PRIDE'S best judgment, the current Advertising Fund is sufficient to maintain an effective advertising program with the reduced or suspended advertising fees. If the advertising fee is decreased, PACIFIC PRIDE shall be entitled to a monthly fee from the Advertising Fund of $2,500.00 or 10% of the advertising fee collected monthly, whichever is greater.  If the advertising fee is suspended, PACIFIC PRIDE shall be entitled to a monthly fee from the Advertising Fund of $2,500.00 or 10% of the amount that would have been collected if the advertising fee described in paragraph A were being charged, whichever is greater, for administering the advertising program.

G.        FRANCHISEE is not prohibited by this Agreement from advertising its PACIFIC PRIDE commercial fueling business if FRANCHISEE desires to do so.  FRANCHISEE may advertise outside of its Territory and acknowledges that other System Participants have the right to advertise within FRANCHISEE'S Territory.  Any advertising of FRANCHISEE must contain the language that the FRANCHISEE is an "Independent FRANCHISEE of Pacific Pride Services, Inc." Prior to advertising, FRANCHISEE shall submit samples of all advertising and promotional materials using the Marks not prepared or previously approved by PACIFIC PRIDE to PACIFIC PRIDE for approval, which shall not be unreasonably withheld.  If disapproval is not received by FRANCHISEE within fifteen business days from date of receipt by PACIFIC PRIDE of such materials, PACIFIC PRIDE shall be deemed to have given the required approval.  FRANCHISEE shall not use advertising or promotional materials that PACIFIC PRIDE has disapproved. Advertising by FRANCHISEE shall not diminish FRANCHISEE'S responsibility to contribute to the Advertising Fund in the manner indicated above.

H.         FRANCHISEE shall not advertise or use in advertising or any other form of promotion, the registered Marks or copyright material of PACIFIC PRIDE without the appropriate copyright and registration marks.

## SECTION 9. CONFIDENTIAL PACIFIC PRIDE OPERATIONS MANUAL

A.         In order to protect the reputation and goodwill of the PACIFIC PRIDE System through maintenance of uniform operating standards, FRANCHISEE shall conduct its business in accordance with the Operations Manual including any updates or revisions. PACIFIC PRIDE shall loan one copy of the Operations Manual to FRANCHISEE.

B.         The Operations Manual is copyrighted and is a trade secret of PACIFIC PRIDE. FRANCHISEE and all FRANCHISEE'S employees shall at all times treat as confidential, and shall not at any time disclose, copy, duplicate, record or otherwise reproduce, in whole or in part, or otherwise make available to any unauthorized person or source, the contents of the Operations Manual.

C.         The Operations Manual shall at all times remain the sole property of PACIFIC PRIDE and shall promptly be returned upon the expiration or other termination of this Agreement.

D.         PACIFIC PRIDE may, from time to time, revise the contents of the Operations Manual so as to convey to FRANCHISEE advancements and new developments in the operation of the franchise system such as quality standards, specifications, marketing, operational techniques and other items and procedures relevant to the operation of a PACIFIC PRIDE franchise. The Operation Manual does not contain standards on how to manage and operate PACIFIC PRIDE Sites which is the sole responsibility of FRANCHISEE. FRANCHISEE agrees to comply with each new or changed standard. FRANCHISEE shall at all times insure that its copy of the Operations Manual is kept current and up to date. In the event of any dispute as to the contents of the Operations Manual, the terms of the master copy maintained by PACIFIC PRIDE shall be controlling.

E.         FRANCHISEE shall be responsible to PACIFIC PRIDE for all damages and attorney's fees which result from FRANCHISEE'S use of the Operations Manual not consistent with the provisions of this Agreement.

## SECTION 10. ACCOUNTING AND RECORDS

A.         To enable FRANCHISEE and PACIFIC PRIDE to best ascertain their costs and maintain an economical method of operation, FRANCHISEE shall keep and preserve full, complete and accurate books and accounts in an accounting form and manner as prescribed in the Operations Manual.

B.         FRANCHISEE is required to submit a reviewed financial statement to PACIFIC PRIDE at FRANCHISEE'S fiscal year end upon PACIFIC PRIDE'S request. The year end financial statement is due within ninety days of end of the fiscal year. From time to time, PACIFIC

PRIDE may require that these financial statements be certified by an independent certified public accountant. FRANCHISEE will bear the cost of any necessary audit and certification.

C.          PACIFIC PRIDE'S representatives shall have the right at any reasonable time to inspect FRANCHISEE'S books and records which are relevant to the Franchise.

D.          The financial statements of PACIFIC PRIDE are audited annually and are available to FRANCHISEE upon request.

## SECTION 11. STANDARDS OF QUALITY

A.          FRANCHISEE recognizes that it is essential to the success of the PACIFIC PRIDE System that PACIFIC PRIDE Sites be recognized, and FRANCHISEE agrees that it shall display in a manner prescribed in the Operations Manual, the PACIFIC PRIDE Marks which identify the site as a PACIFIC PRIDE Site available to all Accounts.

B.          The standards set forth in the Operations Manual and in this Agreement are minimum standards required for franchises in order to maintain compatible equipment and provide certain uniformity beneficial for customer recognition and usage. PACIFIC PRIDE makes no representation that these standards are sufficient for FRANCHISEE'S Sites, and FRANCHISEE has a duty and obligation to consider the surrounding circumstances of FRANCHISEE'S Sites to independently determine whether additional or higher standards should be implemented.

C.          FRANCHISEE shall at all times dispense, sell, or offer for sale to all Accounts who are in good standing, the products required by Section 14, D. PACIFIC PRIDE has developed certain minimum quality standards and specifications for specified products, equipment, and other materials necessary to promote uniformity and to strengthen the PACIFIC PRIDE Marks, to which FRANCHISEE is required to comply. These standards and specifications are set forth in the Operations Manual. PACIFIC PRIDE reserves the right to change the quality standards and specifications for any product it deems necessary to do so.

D.          If requested by FRANCHISEE, PACIFIC PRIDE will offer the names of vendors for any equipment, inventory, supplies, or other material necessary for the operation of FRANCHISEE'S Sites. Except as specified in paragraph F below, FRANCHISEE is not obligated to purchase from these vendors, provided the products purchased by FRANCHISEE meet the required specifications set forth in the Operations Manual.

E.          Notwithstanding the above, FRANCHISEE acknowledges that PACIFIC PRIDE does not participate in the day to day operation of FRANCHISEE'S business, nor does PACIFIC PRIDE advise it how to operate the day to day aspects of the business.

F.          FRANCHISEE shall purchase all products, services, supplies, and materials required for the operation of the Franchise, in compliance with any minimum quality standards and specifications set forth in this Agreement and in the Operations Manual and any updates. PACIFIC PRIDE does not limit FRANCHISEE in its choice of supplier for any product or service, except the following:

1.   FRANCHISEE, for security reasons, must have the PACIFIC PRIDE Optical Cards and PACIFIC PRIDE Magnetic Stripe Cards encoded by PACIFIC PRIDE. FRANCHISEE shall be responsible for testing all PACIFIC PRIDE Optical Cards and PACIFIC PRIDE Magnetic Stripe Cards to verify that they have been encoded according to FRANCHISEE'S instructions, prior to issuing the cards to its Accounts. PACIFIC PRIDE charges a fee for this service as set forth in Section 13,B,5.

2.   FRANCHISEE is required to use the services of PACIFIC PRIDE in order to exchange information with other System Participants as to purchases of FRANCHISEE'S Accounts from other System Participants and the purchases of the Accounts of other System Participants from FRANCHISEE. PACIFIC PRIDE charges a fee for this service as set forth in Section 13,B,1.

3.   FRANCHISEE is required to purchase from other System Participants the accounts receivable for fuel and related products the other System Participants have sold to FRANCHISEE'S Accounts. This payment will be made through electronic funds transfer as set forth in Section 13,A. The price for the accounts receivable for Foreign Purchases of fuel, which FRANCHISEE must pay, is the base price for fuel plus all applicable taxes, freight, other approved and necessary costs plus a $.05 per gallon margin, which total is the transfer price. The transfer price is set by PACIFIC PRIDE by the process detailed in the Operations Manual. The price for the accounts receivables for Foreign Purchases of related products is the resale price set by FRANCHISEE from whose Site the related product was purchased minus a discount set by PACIFIC PRIDE as detailed in the Operations Manual.

4.   FRANCHISEE is required to purchase from PACIFIC PRIDE the PACIFIC PRIDE Controller, the computer hardware and software designed and developed exclusively for PACIFIC PRIDE to provide a communication link between PACIFIC PRIDE and all System Participants. The cost of the Controller shall be paid at the time of purchase.

5.   FRANCHISEE is required to use the services of PACIFIC PRIDE to collect, disburse and transfer funds owed to and from the System Participants. PACIFIC PRIDE charges a fee for this service as set forth in Section 13,B,3.

6.   FRANCHISEE is required to purchase the external modem or the "switch box" from PACIFIC PRIDE in order to ensure that all settings are correctly set for proper computer communications with PACIFIC PRIDE.

7.   FRANCHISEE is required to purchase a maintenance contract for the PACIFIC PRIDE Controller through PACIFIC PRIDE. PACIFIC PRIDE

contracts with a third party company to provide the maintenance service. PACIFIC PRIDE coordinates the service between the contractor and FRANCHISEE.

8. PACIFIC PRIDE has entered into an agreement with Comdata to provide the SmartLock™ System to franchisees, in accordance with specifications established by PACIFIC PRIDE. FRANCHISEE is obligated to purchase the SmartLock™ System and upgrades required at FRANCHISEE'S Sites only from Comdata. FRANCHISEE shall pay for the SmartLock™ System as required by Comdata. The SmartLock™ System consists of a central processing unit (CPU) with monitor and keyboard, Petro Vend Commercial Outdoor Payment Terminal (C/OPT) with alpha numeric keypad, and Petro Vend System 2 site controller. Optional equipment includes a C/OPT receipt printer, Petro Vend Universal Pump Controller, 2 hose pump control kit, pump control terminal, and remote pump control cabinet.

9. FRANCHISEE is required to lease a satellite from Comdata which facilitates communications between Comdata and System Participants for all magnetic stripe cards.

G.    FRANCHISEE may purchase its card stock from PACIFIC PRIDE or any vendor provided the stock meets the specifications of PACIFIC PRIDE. The cards may, at the option of FRANCHISEE, be optical cards or magnetic stripe cards.

H.    PACIFIC PRIDE reserves the right to change the quality standards and specifications if it finds it necessary to do so. FRANCHISEE will be notified of any modifications of standards or specifications through updates to the Operations Manual.

## SECTION 12. MODIFICATION OF THE SYSTEM

PACIFIC PRIDE may change or modify the PACIFIC PRIDE System in order to keep up with modern technology, competition and market conditions. Changes may include the adoption and the use of new or modified trade names, trademarks, service marks or copyrighted materials, new products, new equipment or new techniques, and that FRANCHISEE shall accept, use and display for the purpose of this Agreement any such changes in the System, including new or modified trade names, trademarks, service marks or copyright materials, new products, new equipment or new techniques, as if they were part of this Agreement at the time of execution hereof. FRANCHISEE will make expenditures as such changes or modifications in the system may reasonably require, and do so within a reasonable time.

## SECTION 13. CONTINUING SERVICES

A.    FRANCHISEE shall make available an account at a participating financial institution from which electronic funds transfer can be made. PACIFIC PRIDE shall electronically debit or credit FRANCHISEE'S account through electronic funds transfer for all accounts payable and receivable for Foreign Purchases, Foreign Sales, Local Sales, service fees, advertising fees,

royalty fees, financing fees, supplies, and any other fees or amounts owed to or from FRANCHISEE. In its capacity as the clearinghouse for payments to and from System Participants, PACIFIC PRIDE, regularly and in the normal course of its business, offsets amounts owed to other System Participants against amounts owed from other System Participants. The actual amount deposited or withdrawn from FRANCHISEE'S account will be the net amounts owed to the FRANCHISEE minus amounts FRANCHISEE owes to other System Participants. The net amount for a billing period is then either deposited or withdrawn from FRANCHISEE'S account. FRANCHISEE shall make funds available in its account for payment of the amounts owed to other System Participants prior to the transfer dates described below, which transfers are made twice each month. Transactions occurring within each period are considered simultaneous transactions between all System Participants. FRANCHISEE will be billed not later than the third and the eighteenth of each month for any amounts owed to other System Participants. FRANCHISEE shall make funds available in its account to pay the billing at least twenty-four hours prior to the dates specified below. PACIFIC PRIDE shall make the required transfers to System Participants through electronic funds transfer not later than the eighth and the twenty-third day of each month, except for unexpected circumstances including without limitation mechanical, equipment, and power failures, in which case the billing will occur at least 24 hours prior to distribution of funds. Should these dates fall on a weekend or banking holiday, such transfers shall be made the last business day preceding these dates.

B.        FRANCHISEE shall pay to PACIFIC PRIDE the service fees set forth below which are paid by FRANCHISEE according to the process described above. PACIFIC PRIDE reserves the right to change the amount of such fees in the future upon 30 days written notification to FRANCHISEE. The fees are not refundable.

1.    Switch Fee: A "switch" occurs when a transaction is authorized and/or exchanged with System Participants through the computer network. FRANCHISEE is charged for each "switch" that occurs as a result of a Foreign Purchase made with a PACIFIC PRIDE Access Card or a validation or invalidation of a PACIFIC PRIDE Access Card. The "switching" fee is an absolute amount per transaction and not a percentage of the transaction amount. The fee is $.20 per transaction "switched".

2.    Authorization Fee: FRANCHISEE is charged for each transaction for a Local Sale made with a PACIFIC PRIDE Magnetic Stripe Card. The fee is a flat fee of $.20 for each transaction.

3.    Royalty Fee: PACIFIC PRIDE shall charge FRANCHISEE a royalty fee of $.0045 per gallon of Foreign Purchases of fuel made with a PACIFIC PRIDE Access Card.

4.    Transfer of Funds Fee: In order to facilitate the payments owed to other System Participants for Foreign Purchases, PACIFIC PRIDE shall be the "clearinghouse" for monies owed throughout the PACIFIC PRIDE System. PACIFIC PRIDE shall bill and collect the amounts owed from one System Participant to other System Participants. PACIFIC PRIDE shall then

disburse the amounts owed to the other System Participants. There is a "transfer" fee charged for this service, payable to PACIFIC PRIDE by FRANCHISEE. The fee is as follows:

a. $10.00 is charged for transfers made to up to ten other System Participants.

b. For every other System Participant over ten, to which a transfer is made, a fee of $.25 each is charged.

5.  Security: Because PACIFIC PRIDE guarantees the net clearing of certain monies owed by FRANCHISEE to other System Participants within ten business days of billing as provided in Section 14, B, 9, it is necessary that PACIFIC PRIDE obtain an instrument in deposit which secures payment by FRANCHISEE. FRANCHISEE may elect one of the following options:

Option 1: Deposit an irrevocable Letter of Credit, payable to PACIFIC PRIDE in an amount equal to the Estimated Net Monthly Billing to FRANCHISEE from other System Participants or $10,000, whichever is greater. The Estimated Monthly Billing shall be the estimated net amount, as estimated by PACIFIC PRIDE, which FRANCHISEE shall owe to other System Participants for purchases and fees during two billing periods. The Letter of Credit will be for an initial period of one year and shall be renewed at expiration for a period of not less than one year. FRANCHISEE will continuously renew the Letter of Credit as it expires for intervals not less than one year.

Option 2: Deposit into an interest bearing reserve account, held by PACIFIC PRIDE, an amount equal to the Estimated Net Monthly Billing or $10,000.00, whichever is greater. The interest rate shall be determined on the first business day of each month and shall equal the then current ninety day U.S. Treasury Bill rate. Such interest rate shall be effective through and including the day prior to the first business day of the next month. PACIFIC PRIDE shall pay accrued interest to FRANCHISEE quarterly, unless such funds are required for additional security.

Option 3: Post a surety bond in favor of PACIFIC PRIDE in an amount equal to the Estimated Net Monthly Billing or $10,000.00, whichever is greater.

Option 4: Deposit with PACIFIC PRIDE another form of security suitable to PACIFIC PRIDE in an amount equal to the Estimated Net Monthly Billing or $10,000.00, whichever is greater.

If at any time, FRANCHISEE fails to pay any amounts owed to System Participants when due as provided in this Agreement, PACIFIC PRIDE,

without prior notice to FRANCHISEE, is entitled to draw upon the security for payment of the amounts due from FRANCHISEE. Upon drawing on the security, PACIFIC PRIDE shall immediately give FRANCHISEE notice of such draw, and FRANCHISEE shall have ten days from the date of the notice to restore the security to the required level of the Estimated Net Monthly Billing or $10,000.00, whichever is greater.

At the expiration or termination of the Franchise, the balance of monies deposited by FRANCHISEE, the Letter of Credit or other security will be returned to FRANCHISEE within ninety days of expiration or termination. If the monies returned should be less than the amount initially deposited, PACIFIC PRIDE shall give to FRANCHISEE an itemized statement of any expenditure.

PACIFIC PRIDE reserves the right at any time to require FRANCHISEE to amend the Letter of Credit, deposit additional funds into the interest bearing account, or increase the amount of other security in order that the amounts should equal the Estimated Net Monthly Billing.

If at anytime PACIFIC PRIDE, in its sole discretion, believes that FRANCHISEE'S security is not adequate, PACIFIC PRIDE shall notify FRANCHISEE that PACIFIC PRIDE requires additional security. PACIFIC PRIDE may refuse to issue PACIFIC PRIDE Access Cards requested by FRANCHISEE, until such time as FRANCHISEE provides the required security. In addition, PACIFIC PRIDE has the right to invalidate cards issued to FRANCHISEE'S accounts if FRANCHISEE fails to provide the required security.

6. <u>Card Encoding</u>: PACIFIC PRIDE shall encode all PACIFIC PRIDE Access Cards ordered by FRANCHISEE. FRANCHISEE shall use the required order forms and follow the procedures required by PACIFIC PRIDE. Currently the charge for card punching is $.75 per card for orders of 100 cards and less and $.50 per card for orders over 100 cards. Upon 30 days written notification to FRANCHISEE, PACIFIC PRIDE reserves the right to designate other suppliers of the card encoding service. If FRANCHISEE orders PACIFIC PRIDE Magnetic Stripe Cards, then at FRANCHISEE'S request, PACIFIC PRIDE will also encode a PACIFIC PRIDE Optical Card for issuance to the designated account of FRANCHISEE. The PACIFIC PRIDE Optical Card issued with the Magnetic Stripe Card shall be issued at no additional cost to FRANCHISEE through June 30, 2005. FRANCHISEE must have the SmartLock™ System installed prior to ordering PACIFIC PRIDE Magnetic Stripe Cards.

7. <u>Payment to Resume Access After Lock-Out</u>: If FRANCHISEE is delinquent in any payment to PACIFIC PRIDE or other System Participants, PACIFIC PRIDE may "lock out" FRANCHISEE'S Accounts. A lock out

means that all of FRANCHISEE'S Accounts will be prevented from using the PACIFIC PRIDE System by temporarily invalidating their PACIFIC PRIDE Access Cards. In order to resume access, FRANCHISEE must pay the total balance owed to other System Participants, plus an amount equal to 1% of the balance or $500.00, whichever is greater, plus interest at 3% over the prime rate as printed in the Wall Street Journal. The interest shall be computed and compounded daily from the date each delinquent payment was due. The total amount is payable to PACIFIC PRIDE.

8.    Training:  The Orientation Training, which FRANCHISEE receives from PACIFIC PRIDE for developing and opening of FRANCHISEE'S first PACIFIC PRIDE Site is provided at no additional cost to FRANCHISEE, except for travel, room and board, and personal expenses. FRANCHISEE must attend all three days of training prior to opening its first PACIFIC PRIDE Site.  In addition, FRANCHISEE is encouraged to attend the Orientation Training occurring at PACIFIC PRIDE's home office as frequently as FRANCHISEE chooses at no cost, except for travel, room and board, and personal expenses.  At FRANCHISEE'S request, PACIFIC PRIDE may provide additional training.  If so requested, a fee will be charged to FRANCHISEE. The fee is stipulated in the Operations Manual. The cost of the additional training shall be billed and paid through the billing process described in Section 13,A.

9.    Penalty for Failure to Repair Equipment:  If FRANCHISEE'S Site is not able to accept PACIFIC PRIDE cards for more than three days after written notice to repair the equipment from PACIFIC PRIDE is received, PACIFIC PRIDE may assess FRANCHISEE a penalty of $100.00 per day for every day FRANCHISEE'S PACIFIC PRIDE Equipment is not able to accept Access Cards, which penalty shall be paid from the next payment owed to FRANCHISEE from the settlement process described in Section 13.

10.    Noncompliance Fee:  If FRANCHISEE fails to comply with any provision of its Franchise Agreement, PACIFIC PRIDE, in its sole discretion, upon 30 days written notice to FRANCHISEE, may elect to charge FRANCHISEE a noncompliance fee of $.02 per gallon for each Foreign Sale of fuel purchased, as an alternative to terminating the Franchise.

11.    Notwithstanding anything to the contrary in this Section, if FRANCHISEE is also a franchisee on the AmeriNet System, FRANCHISEE'S customers' purchases at its AmeriNet Sites shall be treated as Local Sales.

## SECTION 14. OBLIGATIONS

A.       PACIFIC PRIDE recognizes its obligation to provide the following services prior to the opening of FRANCHISEE'S first Site:

1.  Prior to the execution of this Agreement, PACIFIC PRIDE shall have designated a Territory in which FRANCHISEE has the exclusive right to operate PACIFIC PRIDE Sites, except that Joint Users other than AmeriNet franchisees may operate fueling sites within the Territory of FRANCHISEE. If the Territory has an existing PACIFIC PRIDE Site or AmeriNet Site in it, FRANCHISEE accepts the Territory subject to those sites by signing this Agreement.  Written approval of FRANCHISEE shall be required for another PACIFIC PRIDE or AmeriNet franchisee to operate within the Territory after the date of this Agreement, except as provided in Section 3,E.

2.  PACIFIC PRIDE shall approve a location for a PACIFIC PRIDE site if it meets the criteria as set forth in Section 5, at its sole discretion.

3.  PACIFIC PRIDE shall loan to FRANCHISEE an Operations Manual to be used exclusively by FRANCHISEE or its designated manager for operation of the Franchise. FRANCHISEE is entitled to only one Operations Manual regardless of the number of Sites FRANCHISEE may have.

4.  PACIFIC PRIDE shall give to FRANCHISEE an opening promotional advertising kit, consisting of a minimum of 200 miscellaneous PACIFIC PRIDE brochures and other promotional material.

5.  PACIFIC PRIDE shall make its personnel available for three days of Orientation Training at PACIFIC PRIDE'S offices and shall provide one day of training at the FRANCHISEE'S business.

6.  PACIFIC PRIDE shall provide all necessary standards and specifications for construction, equipment, inventory, and other materials necessary for the operation of FRANCHISEE'S Sites.  The quality standards and specifications are detailed in the Operations Manual.

7.  PACIFIC PRIDE shall provide information necessary for management and operation of FRANCHISEE'S Site.

8.  PACIFIC PRIDE shall provide the necessary security codes and accounting information requirements for issuance of PACIFIC PRIDE Access Cards, provided FRANCHISEE has adequate security as required by Section 13, B, 4 of this Agreement.

9.  PACIFIC PRIDE shall encode or cause to be encoded FRANCHISEE'S PACIFIC PRIDE Access Cards upon receipt of the order from FRANCHISEE.

10. PACIFIC PRIDE shall provide the names of vendors for any equipment, material, inventory, supplies, or any other item necessary for the operation of FRANCHISEE'S Sites if FRANCHISEE requests such information.

FRANCHISEE understands that it is not obligated to purchase from these vendors, except as provided in Section 11,B of this Agreement.

11. PACIFIC PRIDE shall arrange for the installation of the Controller.

B. Franchise:

PACIFIC PRIDE shall provide the following services during the term of the

1. PACIFIC PRIDE shall continue to loan to FRANCHISEE an Operations Manual while FRANCHISEE continues to operate a PACIFIC PRIDE Site.

2. PACIFIC PRIDE shall provide technical assistance and respond to inquiries about problems relating to the operation or use of any equipment sold to FRANCHISEE by PACIFIC PRIDE, if requested by FRANCHISEE. PACIFIC PRIDE shall give advice only, and FRANCHISEE is not obligated to follow that advice and should evaluate the advice in the context of its own circumstances before utilizing the advice.

3. PACIFIC PRIDE shall perform all of its duties and obligations as set out in the Operations Manual and this Agreement.

4. PACIFIC PRIDE shall provide the information necessary for FRANCHISEE to accomplish the sales accounting and billing for purchases made by FRANCHISEE'S Accounts at other System Participants' Sites and sales made to other System Participants' at FRANCHISEE'S Site, but FRANCHISEE shall be responsible for its own billing system needed to bill its Accounts. (See paragraph D,25 below).

5. PACIFIC PRIDE will defend FRANCHISEE in any legal proceeding brought against FRANCHISEE by reason of FRANCHISEE'S use, pursuant to the provisions of this Agreement, of its Marks.

6. PACIFIC PRIDE shall use the Advertising Funds generated from the contributions of all PACIFIC PRIDE franchisees exclusively for advertising and related expenses which will benefit the PACIFIC PRIDE System as a whole.

7. PACIFIC PRIDE shall bill FRANCHISEE for any amounts FRANCHISEE owes to other System Participants as of the end of the prior billing period, and at the same time, PACIFIC PRIDE shall advise FRANCHISEE of amounts owed to it by other System Participants, as more particularly described in Section 13,A.

8. PACIFIC PRIDE shall act as the clearinghouse for all funds which pass through the PACIFIC PRIDE System. PACIFIC PRIDE shall electronically debit or credit FRANCHISEE'S designated bank account through electronic

funds transfer for the net amounts owed to or from the System Participants, as more particularly described in Section 13,A.

9.  PACIFIC PRIDE shall guarantee the payment of amounts owed to FRANCHISEE from other System Participants as reflected on the billing statement within ten business days of billing, provided FRANCHISEE has made timely payment to PACIFIC PRIDE, such payment has cleared FRANCHISEE'S banking institution, and barring any unexpected circumstances including without limitation mechanical, equipment and power failures. PACIFIC PRIDE shall not be responsible for any amounts not on the billing statement unless FRANCHISEE notifies PACIFIC PRIDE of an error on the billing statement as provided in Section 14, D, 20.

10.  PACIFIC PRIDE shall provide for the cutoff and reinstatement of Accounts. The procedures for this service and the fees are detailed in the Operations Manual.

11.  PACIFIC PRIDE shall notify FRANCHISEE of the transfer price for Foreign Purchases of fuel and of the price of Foreign Purchases of related products. FRANCHISEE shall use this information as it desires and shall in all cases bill its Accounts at prices established by FRANCHISEE independently from other PACIFIC PRIDE franchisees and PACIFIC PRIDE.

C.  FRANCHISEE shall perform the following minimum duties prior to the opening of FRANCHISEE'S Sites:

1.  FRANCHISEE shall have a voice grade phone line and phone modem dedicated to the PACIFIC PRIDE Controller and compatible to the needs of PACIFIC PRIDE for communication. FRANCHISEE shall maintain the equipment at its office or at the office of the entity which provides computer services for FRANCHISEE.

2.  FRANCHISEE or its designated manager shall take part in the Orientation Training as provided by PACIFIC PRIDE pursuant to Section 7 of this Agreement.

3.  FRANCHISEE shall furnish the name, address, and telephone number of FRANCHISEE'S manager of each of its PACIFIC PRIDE Sites, if FRANCHISEE has designated a manager other than itself.

4.  FRANCHISEE shall procure and maintain such insurance coverage as is required in Section 15 of this Agreement.

5.  FRANCHISEE shall not develop a site for use as a PACIFIC PRIDE Site without the prior approval by PACIFIC PRIDE.

6.     FRANCHISEE shall identify and make available an account at a participating financial institution from which electronic funds transfer can be made, and FRANCHISEE shall make funds available in the account for payment of amounts owed to System Participants by FRANCHISEE through electronic funds transfer as required in Section 13,A.

7.     FRANCHISEE shall deposit with PACIFIC PRIDE the security necessary to secure payment for amounts FRANCHISEE shall owe other System Participants as required in Section 13,B,4 of this Agreement.

8.     FRANCHISEE shall acquire all necessary equipment, supplies and inventory, which meet the specifications as set forth in the Operations Manual, to operate FRANCHISEE'S Sites.

D.     FRANCHISEE shall perform the following minimum duties and obligations it must perform during the operation of its Franchise:

1.     FRANCHISEE shall operate its PACIFIC PRIDE's Sites and maintain its PACIFIC PRIDE equipment in an operational manner at all times, 365 days-a-year, 24 hours-a-day for the benefit of all Accounts of System Participants, unless circumstances such as fire, earthquake, flood or other situation beyond the control of FRANCHISEE prevent the safe operation of the Sites, or prior approval has been obtained from PACIFIC PRIDE.

2.     Each PACIFIC PRIDE Site shall be adequately supplied at all times with No. 2 low sulfur diesel fuel,* a regular unleaded gasoline, and a third motor fuel product approved by PACIFIC PRIDE.** Premium or premier diesel fuel and/or high sulfur diesel fuel for off-road vehicles may be supplied in addition to the standard No. 2 low sulfur diesel fuel. All products shall comply with the applicable industry and governmental standards and specifications, including the following:

| PRODUCT | MINIMUM OCTANE*** |
|---|---|
| No. 2 Low Sulfur Diesel Fuel | -ASTM D975 (most recent issue) |
| Premium Diesel Fuel | (most recent issue) |
| Regular unleaded gasoline | 87 |
| Mid-grade unleaded gasoline | 89 |
| Premium unleaded gasoline | 91 |
| Other motor fuel approved by PACIFIC PRIDE | |

\*    No. 2 low sulfur diesel fuel means the standard No. 2 diesel fuel and does not mean premium or premier diesel products.

\*\*    PACIFIC PRIDE reserves the right to change the product supply requirements and product specifications as it deems necessary.

\*\*\*   Octane equals (R + M)/2.  If the proper octane is not available, PACIFIC PRIDE may amend the requirement on a case by case basis.

a.   With the exception of winterized diesel fuel and oxygenated fuel, no motor fuel mixtures containing ethanol, alcohol, methane, oxinol, methanol or other fuel additives shall be allowed unless PACIFIC PRIDE has approved such mixture or such fuel mixture exists at the time the motor fuel is furnished by FRANCHISEE'S supplier who has a rated refining capacity in excess of 50,000 barrels per day.  In case of damage directly traceable to a mixture or blend of fuel containing ethanol, alcohol, methane, oxinal, methanol or other fuel additives, including without limitation winterized diesel fuel and oxygenated fuel, dispensed at FRANCHISEE'S Site, FRANCHISEE shall be solely responsible for such mixture or blend and shall indemnify and hold harmless PACIFIC PRIDE and all other System Participants for any loss, damage, expense, legal fees or costs, or any other claim arising out of or from the mixture or blend of fuel.  If FRANCHISEE mixes or blends the fuel itself, FRANCHISEE shall procure and maintain product liability insurance as required in Section 15.

b.   With the exception of winterized diesel fuel, all motor fuels shall be free from impurities including, but not necessarily limited to water, dirt, harmful oils, fibrous material other petroleum products or contaminants.  In case of damage directly traceable to a contaminated motor fuel at FRANCHISEE'S Site, FRANCHISEE shall be solely responsible for such damage and shall indemnify and hold harmless PACIFIC PRIDE and all other System Participants for any loss, damage, expense, legal fees or costs, or any other claim arising because of the contaminated fuel.

3.   FRANCHISEE may not offer for sale through the PACIFIC PRIDE System related products or other types of motor fuel, other than those listed in subparagraph 2 above without the approval of PACIFIC PRIDE.

4.   FRANCHISEE shall winterize its diesel fuel if FRANCHISEE'S PACIFIC PRIDE Sites are located in an area which has temperatures which are continuously below 5 degrees Fahrenheit.

5.   FRANCHISEE shall ensure that its Sites are well lit whenever necessary so that Accounts shall have safe and convenient access to the Site 24 hours-a-day.

6.   FRANCHISEE shall ensure that Accounts are provided with convenient and safe ingress to and egress from its Sites.

7.   FRANCHISEE shall use only PACIFIC PRIDE Access Cards. The Cards shall be manufactured according to the specifications as detailed in the Operations Manual. FRANCHISEE must have the PACIFIC PRIDE Optical Cards and PACIFIC PRIDE Magnetic Stripe Cards encoded by PACIFIC PRIDE as provided under Section 11,F,1 of this Agreement.

8.   FRANCHISEE shall test all PACIFIC PRIDE Access Cards to verify that they have been encoded correctly and according to FRANCHISEE'S instructions prior to giving the cards to its Accounts. If an error is found, FRANCHISEE must notify PACIFIC PRIDE immediately of the error, and PACIFIC PRIDE shall re-encode the Access Card.

9.   FRANCHISEE shall establish Accounts only for, and issue PACIFIC PRIDE Access Cards only to bonafide commercial accounts. Certain state laws require verification of commercial customers. If FRANCHISEE has sites or customers which fuel in a state which requires verification, FRANCHISEE shall provide the required verification and shall adhere to all federal, state, and local laws. The Oregon Fire Marshal is aggressively enforcing the requirements for verification for commercial customers. PACIFIC PRIDE encourages Oregon franchisees to implement standardized verification procedures which are routinely followed.

10.   If FRANCHISEE extends credit to non-commercial customers, the PACIFIC PRIDE Marks may not be used in connection therewith, and a PACIFIC PRIDE Access Card shall not be issued to such customer.

11.   FRANCHISEE shall provide safety training to all of its Accounts prior to issuing the Account an Access Card. The safety training shall include without limitation training in emergency procedures, emergency equipment location, procedures for safe handling of equipment, and any other training required by federal, state or local law.

12.   FRANCHISEE shall allow all Accounts of System Participants to purchase fuel and related products at FRANCHISEE'S Sites, equipment permitting.

13.   If at a PACIFIC PRIDE Site, FRANCHISEE also sells to customers who are not bonafide commercial accounts, but rather are purchasers of retail fuel for personal use, it is required that a separate island of pumps which are clearly marked "PACIFIC PRIDE", be maintained solely for the use of Accounts of System Participants, unless approved in writing by PACIFIC PRIDE.

14.   FRANCHISEE'S Sites shall have paper towels and necessary equipment to allow Accounts to wash windows and FRANCHISEE shall equip all of its Sites with air and water for use by Accounts at no cost to the Accounts. PACIFIC PRIDE may waive the requirement to provide for air and water if

this should prove impractical or not economically feasible for FRANCHISEE to comply.

15. FRANCHISEE shall at all times maintain the physical condition and appearance of all of FRANCHISEE'S Sites up to the minimum standards as detailed in the Operations Manual. These standards are subject to change at the discretion of PACIFIC PRIDE. FRANCHISEE shall complete and submit a PACIFIC PRIDE inspection report form to PACIFIC PRIDE, upon written request of PACIFIC PRIDE.

16. FRANCHISEE shall grant PACIFIC PRIDE the right to inspect its Premises, including FRANCHISEE'S books and records, at any reasonable time. FRANCHISEE shall make every effort to assist PACIFIC PRIDE during any inspection by PACIFIC PRIDE. FRANCHISEE is not obligated by this provision to allow PACIFIC PRIDE to inspect any books and/or records which do not pertain to the Franchise.

17. FRANCHISEE shall submit to PACIFIC PRIDE the financial statements as provided for in this Agreement under Section 10.

18. FRANCHISEE shall make any and all payments due to System Participants in a timely manner as required in this Agreement, particularly in Section 13,A, and the Operations Manual. FRANCHISEE is required to make monies available in an account which PACIFIC PRIDE may access by electronic funds transfer to debit or credit FRANCHISEE for the net amount owed to or from FRANCHISEE to or from the System Participants. If appropriate funds are not available for debiting from FRANCHISEE'S account, FRANCHISEE shall be assessed a penalty as provided for in this Agreement under Section 13,B,6.

19. FRANCHISEE shall not manually key any sale through the PACIFIC PRIDE System which is not authorized by FRANCHISEE'S SmartLock™ System. FRANCHISEE may manually key a sale through the PACIFIC PRIDE System if FRANCHISEE'S SmartLock™ System is not operational, but the product is available, if PACIFIC PRIDE authorizes the sale.

20. FRANCHISEE shall have 30 days from the receipt of each billing statement to notify PACIFIC PRIDE of any error on the statement. Any such statement shall be deemed to be accepted by FRANCHISEE and the transactions and information set forth therein shall be deemed to be accurate and correct unless FRANCHISEE notifies PACIFIC PRIDE in writing within 30 days of FRANCHISEE'S receipt of such statement that such statement is not correct and accurate, and such notice includes an itemization of all errors alleged to be contained in each statement. Upon PACIFIC PRIDE'S receipt of such written notice, PACIFIC PRIDE shall diligently endeavor to correct promptly any information which

FRANCHISEE demonstrates to PACIFIC PRIDE's reasonable satisfaction is inaccurate or incorrect.

21. FRANCHISEE acknowledges that this Franchise is exclusive for the operation of PACIFIC PRIDE Sites only in FRANCHISEE'S Territory. This Agreement does not limit where FRANCHISEE or any other System Participant may solicit Accounts. Accounts may be solicited by System Participants from any of the continental United States and Canada, except for the restrictions set forth in Section 18,A,2. Joint User's sites may be located within the exclusive Territory of Franchisee and may accept PACIFIC PRIDE Magnetic Stripe Cards, but not PACIFIC PRIDE Optical Cards unless approved by FRANCHISEE.

22. FRANCHISEE shall ensure that the PACIFIC PRIDE Controller is used solely for the purpose as stipulated in the PACIFIC PRIDE Operations Manual.

23. In order to allow the PACIFIC PRIDE System to remain competitive, FRANCHISEE shall implement all technological changes and modifications into its business and bear the cost of the implementation of those changes.

24. FRANCHISE shall maintain a maintenance contract for the PACIFIC PRIDE Controller through PACIFIC PRIDE as provided in Section 11,F,7.

25. FRANCHISEE shall be responsible for billing and collecting payment for fuel purchased by its Accounts regardless of the Site where the fuel was purchased, and FRANCHISEE shall establish its own prices independent from any other System Participants.

26. FRANCHISEE or its designated manager, shall devote all of the time, energy and effort reasonably required for the management and operation of FRANCHISEE'S Sites and its automated fueling business.

27. If the acts or omission of FRANCHISEE'S Account or the Account's employees or agents cause any damage to or at an other System Participant's Site, FRANCHISEE shall provide the other System Participant with information necessary for the other System Participant to locate the Account.

28. FRANCHISEE shall not violate any covenants as provided in Section 18, A.

29. FRANCHISEE shall not enter into a business similar to the PACIFIC PRIDE System as provided in Section 18, A.

30. FRANCHISEE must submit the design for all advertisement materials, displays, signage, or other material, which uses the PACIFIC PRIDE Marks to PACIFIC PRIDE for approval prior to use of any such material.

FRANCHISEE shall not use such material without the approval of PACIFIC PRIDE. Approval shall be deemed to be received if PACIFIC PRIDE does not disapprove of the proposed design within fifteen days of its receipt.

31.   FRANCHISEE shall only issue Access Cards which have been encoded to allow for purchase of high sulfur diesel fuel for off-road vehicles, if FRANCHISEE sells high sulfur diesel fuel for off-road vehicles at one of FRANCHISEE'S Sites. FRANCHISEE acknowledges that it is aware of the federal laws and regulations relating to the sale of high sulfur fuel for off-road vehicles and accepts the added risk and liability related to the sale of high sulfur diesel fuel.

32.   FRANCHISEE shall notify PACIFIC PRIDE if FRANCHISEE's PACIFIC PRIDE Equipment is not operational within 24 hours of its failure, and FRANCHISEE must immediately repair the PACIFIC PRIDE Equipment. Failure to repair the equipment may subject FRANCHISEE to a penalty as provided in Section 13.

33.   FRANCHISEE shall notify PACIFIC PRIDE, in writing, at least thirty days in advance of closing any PACIFIC PRIDE site.

34.   FRANCHISEE shall comply with all terms of this Agreement.

## SECTION 15. INSURANCE

A.      FRANCHISEE shall procure before the commencement of business, and maintain in full force and effect during the entire term of this Agreement, at FRANCHISEE'S sole expense, the following insurance coverage:

1.   Public liability insurance as to each of FRANCHISEE'S Sites, in an amount not less than $1,000,000.00 per Site for bodily injury and death to one or more persons and an amount not less than $500,000.00 for property damage per Site.

2.   Product liability insurance for FRANCHISEE'S Sites if the Sites dispenses fuel which has been mixed or blended by FRANCHISEE, in an amount not less than $1,000,000.00 per site for bodily injury and death to one or more persons and an amount not less than $500,000.00 for property damage per Site.

3.   Any other insurance coverage which may be required by any local, state, or federal statute, law, ordinance, regulation or rule.

B.      Such policies shall name PACIFIC PRIDE as an additional insured and shall have a waiver of subrogation clause as to PACIFIC PRIDE. FRANCHISEE shall furnish satisfactory proof of such insurance coverage.

C.       Such policies shall name all other System Participants as an additional insured, but coverage for other System Participants is only for claims arising at or from FRANCHISEE'S PACIFIC PRIDE Sites.  Such policies shall have a waiver of subrogation clause as to all other System Participants.  FRANCHISEE shall furnish satisfactory proof of such insurance coverage.

D.       Certificates evidencing such insurance and bearing endorsements requiring ten days' written notice to PACIFIC PRIDE prior to any change or cancellation of coverage shall be delivered to PACIFIC PRIDE prior to the opening of FRANCHISEE'S Sites.  Minimum limits, as required above, may be modified from time to time, as conditions require, by written notice to FRANCHISEE.

E.       Should FRANCHISEE, for any reason, not procure and maintain the required insurance coverage,  then PACIFIC PRIDE shall have the right and authority, at its option, to immediately procure such insurance upon notice, and FRANCHISEE shall pay and reimburse PACIFIC PRIDE for all costs of same, plus interest at 3% over the prime rate as printed in the Wall Street Journal.  Interest shall be computed and compounded daily from the date of PACIFIC PRIDE'S expenditure.

## SECTION 16.  TERM

This Agreement shall be effective and binding from the date of its execution, and the term of this Franchise shall continue for a period of five years after execution.  At the end of the term, if FRANCHISEE has faithfully observed and performed all its obligations hereunder, FRANCHISEE may renew its Franchise for an additional five years on the terms as provided in Section 17 below.

## SECTION 17.  RENEWAL

A.       FRANCHISEE shall have the right to renew the Franchise for its Territory for continuing five  year terms provided all of the following conditions have been met:

1.    FRANCHISEE has given PACIFIC PRIDE written notice of its desire to renew not less than fifteen months nor more than eighteen months prior to the expiration of this Agreement.   PACIFIC PRIDE shall give FRANCHISEE written notice within ninety days after receipt of FRANCHISEE'S notice to renew of any deficiencies in FRANCHISEE'S operation of its Franchise which could cause PACIFIC PRIDE not to renew the Franchise.  Such notice shall state what actions FRANCHISEE must take to correct the deficiencies in FRANCHISEE'S operation and shall specify the time period in which FRANCHISEE must correct the deficiencies;

2.    FRANCHISEE has complied with all of the terms and conditions of this Agreement and any other agreements between the parties;

3.    FRANCHISEE, at its expense, has made such reasonable capital expenditures necessary to remodel, modernize and redecorate its Sites and

Exhibit J-32

to replace and modernize the fixtures, equipment and signage used at its PACIFIC PRIDE Sites so that FRANCHISEE'S PACIFIC PRIDE Sites reflect the then-current physical appearance of new PACIFIC PRIDE Sites;

4.    FRANCHISEE executes the then standard Plan A franchise agreement and any ancillary agreements then customarily used by PACIFIC PRIDE in the granting or renewal of franchises for the operation of FRANCHISEE'S Sites, with appropriate modifications to reflect the fact that the agreement relates to the grant of a renewal franchise, except as provided in paragraph B below. The standard franchise agreement then being used by PACIFIC PRIDE may contain materially different terms than this Agreement, including but not limited to increased fees and revised territory boundaries; and

5.    FRANCHISEE and its owners shall execute general releases, in a form satisfactory to PACIFIC PRIDE of any and all claims against PACIFIC PRIDE and its officers, directors, employees and agents. Such general releases shall not include any claim FRANCHISEE has against PACIFIC PRIDE for monies due FRANCHISEE resulting from purchases made by other System Participants' Accounts at FRANCHISEE'S Sites. Failure by FRANCHISEE and its owners to sign such agreements within ninety days after delivery thereof to FRANCHISEE shall be deemed an election by FRANCHISEE not to renew the Franchise.

B.    If this Agreement is being signed as a renewal franchise, FRANCHISEE shall have until June 30, 2005 to convert its existing equipment to the SmartLock™ System.

C.    If PACIFIC PRIDE provides notice of deficiencies as provided in paragraph A,1 above and the deficiencies are not timely corrected, PACIFIC PRIDE shall give FRANCHISEE written notice, if PACIFIC PRIDE elects not to renew the Franchise at least 180 days prior to the expiration of the initial term of the Agreement.

D.    If FRANCHISEE fails to timely give PACIFIC PRIDE the required notice to renew or gives no notice to renew, the Franchise Agreement shall automatically expire at the end of the term. If FRANCHISEE gives PACIFIC PRIDE notice to renew after the time period for notice is over, PACIFIC PRIDE may elect to not accept such notice and may not renew the Franchise by giving written notice of the election not to renew to FRANCHISEE within thirty days after receipt of the late notice to renew.

E.    There is no renewal fee for the first five year renewal period. There is a renewal fee for the second five year renewal period and all subsequent renewals. The renewal fee shall be the sum equal to $.01 for each gallon of FRANCHISEE'S Foreign Sales and $.02 for each gallon of FRANCHISEE'S Foreign Purchases for the highest month in the twelve months preceding the effective date of the renewal, but in no event shall the renewal fee be greater then the current Plan A

franchise fee as of the effective date of the renewal or less than $500.00. The renewal fee is due at the time the renewal franchise agreement is signed.

F.          Failure by FRANCHISEE and its owners to sign all agreements required for renewal of a Franchise Agreement within ninety days after delivery thereof to FRANCHISEE shall be deemed an election by FRANCHISEE not to renew the Franchise Agreement.

G.          If by operation or effect of law PACIFIC PRIDE is required to continue its relationship, or PACIFIC PRIDE, at its discretion, elects to continue its relationship established hereunder with FRANCHISEE beyond the term specified in Section 16, and the parties to the Agreement do not extend or renew this Franchise by written instrument, then the term of the Agreement shall be extended on a month to month basis on the same terms and conditions as provided in the then current franchise agreement, which shall be subject to termination under the provisions of the then current franchise agreement.

## SECTION 18.  COVENANTS

A.          During the term of this Agreement or any extension, FRANCHISEE covenants as follows:

1.          FRANCHISEE shall not, either directly or indirectly, for itself or on behalf of, or in conjunction with any other person, persons, partnership or corporation, engage as an owner, partner, director, officer, employee, consultant, agent, franchisee, participant, or in any other capacity in any other business similar to the PACIFIC PRIDE System without the written approval of PACIFIC PRIDE.  Approval is at the sole and arbitrary discretion of PACIFIC PRIDE.  This provision shall not apply to any interest FRANCHISEE may have in other PACIFIC PRIDE franchises or AmeriNet franchises.

2.          FRANCHISEE shall not issue a PACIFIC PRIDE Access Card to an Account of any PACIFIC PRIDE franchisee or AmeriNet franchisee, which Account is in possession of an Access Card and has used such card to make purchases from the PACIFIC PRIDE System, or the AmeriNet System within the prior nine months.  Nor shall FRANCHISEE interfere with the customer relationship that exists between any Account and the PACIFIC PRIDE franchisee or AmeriNet franchisee who owns the Account.  In the event a dispute arises as to the proper issuance of a PACIFIC PRIDE Access Card or the interference with a relationship, and the dispute cannot be resolved by the parties and/or PACIFIC PRIDE, FRANCHISEE shall submit the dispute to mediation, with a mediator and at a location selected by PACIFIC PRIDE.  If the dispute is not resolved by mediation, FRANCHISEE shall submit the dispute to binding arbitration for resolution. PACIFIC PRIDE shall select the arbitrator, the location of the arbitration, and the date for the arbitration.  Once the arbitrator is selected, the arbitrator

shall set the rules of the arbitration and shall manage all case matters, including without limitation, hearing motions, requests, and calendaring.

3. FRANCHISEE shall not operate its site at any location where a fueling site for a business similar to the PACIFIC PRIDE System is located.

4. FRANCHISEE shall not market customers in any Zip Code Area where a new AmeriNet site, a new PACIFIC PRIDE site under a Plan A franchise, or a new PrideNet site is located from the date the new site location is announced by PACIFIC PRIDE until 180 days after the new site is opened.

5. FRANCHISEE shall not suggest, recommend, or request that a customer who is in possession of a PACIFIC PRIDE Access Card or an AmeriNet access card convert to using an access card from another network or system, or purchase fuel in another manner, thereby taking the transaction out of the PACIFIC PRIDE System.

6. FRANCHISEE shall not accept an access card from a network or business similar to PACIFIC PRIDE, other than a card of a Joint User approved by PACIFIC PRIDE or a card required to be accepted by FRANCHISEE'S fuel supplier.

B.     FRANCHISEE covenants that it shall not, for a period of two years following the effective date of termination or expiration of this Agreement or following the sale of the Franchise by FRANCHISEE, either directly or indirectly, engage as an owner, investor, partner, director, officer, employee, consultant, salesperson, representative, agent, franchisee, participant, or in any other capacity in any business similar to the PACIFIC PRIDE System, which is located within FRANCHISEE'S Territory or within the territory of any other PACIFIC PRIDE franchisee. FRANCHISEE may be involved with another business operated under a valid franchise agreement with PACIFIC PRIDE or with the AmeriNet System. The Franchise business consists of the right to operate PACIFIC PRIDE sites, the accounts or customers issued a PACIFIC PRIDE Access Card by FRANCHISEE, the equipment programmed to accept a PACIFIC PRIDE Access Card, and the license to use the PACIFIC PRIDE Mark at a site.

C.     If FRANCHISEE is a corporation or limited liability company, its principal officers, directors and shareholders or members and managers may be required, at PACIFIC PRIDE'S discretion, to execute a Covenant Not to Compete, which contains the same terms as in Paragraphs A and B above, a copy of which is attached as Appendix V. If FRANCHISEE is an individual whose spouse or other family members are involved with the business, the spouse or other family members may be required to execute the same Covenant Not to Compete attached as Appendix V. If FRANCHISEE employs a designated manager or contracts with another person, corporation, partnership, limited liability company, or other entity, the employee and contractor may be required to execute the same Covenant Not to Compete attached as Appendix V.

D.        FRANCHISEE further covenants that during the term of this Agreement, or any extensions or renewal thereof, and for a period of two years thereafter, FRANCHISEE shall not:

    1.      Divert, or attempt to divert, any business of, or any Accounts of, any System Participant to any other competitive establishment similar to the PACIFIC PRIDE System, by direct or indirect inducement or otherwise; or

    2.      Actively solicit any person employed by PACIFIC PRIDE, or any other person who is at that time operating or employed by any other PACIFIC PRIDE franchisee, or otherwise directly or indirectly induce such persons to leave their employment.

E.        FRANCHISEE warrants that the employees or contractors of FRANCHISEE'S Franchise will not disclose any confidential material related to the PACIFIC PRIDE System, and the employees and contractors shall agree to respect all copyright, patent, and any other such restrictions. Employees or contractors may not have any interest as an owner, employee, director, officer, salesman, representative, agent, franchisee, participant or in any other capacity in any other business similar to the PACIFIC PRIDE System. FRANCHISEE shall be held completely responsible for any action taken by its designated employees or contractors in connection with the operation of the Franchise.

F.        FRANCHISEE shall not during the term of this Agreement or after its termination communicate or divulge to any other person, persons, partnership or corporation, any information or knowledge concerning the methods of operation used in the PACIFIC PRIDE System, nor shall FRANCHISEE disclose or divulge in whole or in part any trade secrets or private processes of PACIFIC PRIDE or its affiliated companies. All information contained in the manual shall be considered a trade secret of PACIFIC PRIDE.

G.        Consideration for the covenants contained in this Section is the providing of the initial Orientation Training to FRANCHISEE or its designate and the delivery of the Operations Manual, and the covenants are fully vested and enforceable upon the performance of PACIFIC PRIDE of such consideration. Covenants contained in this Section shall be construed as severable and independent, and shall be interpreted and applied consistent with the requirements of reasonableness and equity. Any judicial reformation of these covenants consistent with this interpretation shall be enforceable as though contained herein, and shall not affect any other provisions or terms of this Agreement.

H.        It is agreed that the violation of the post-termination covenants is not compensable or ascertainable by way of money damages, but only through injunctive relief.

## SECTION 19.  DOWNGRADE OF OR WITHDRAWAL OF APPROVAL OF PACIFIC PRIDE SITE

A.        Withdrawal of approval of PACIFIC PRIDE Site by PACIFIC PRIDE:

    1.      If FRANCHISEE has more than one PACIFIC PRIDE Site, PACIFIC

PRIDE, in its discretion instead of terminating this Agreement, may withdraw its approval of any one of FRANCHISEE'S PACIFIC PRIDE Sites for noncompliance with the terms of this Agreement, effective upon delivery of notice of the withdrawal of approval to FRANCHISEE, if FRANCHISEE:

a.  Fails to actively operate the PACIFIC PRIDE Site because of an event such as fire, flood, earthquake or other similar causes beyond FRANCHISEE'S control, and FRANCHISEE fails to actively operate the PACIFIC PRIDE Site ninety days after the event or fails to obtain approval from PACIFIC PRIDE not to actively operate the PACIFIC PRIDE Site;

b.  Fails to open the PACIFIC PRIDE Site within ninety days after the date of PACIFIC PRIDE's approval of the Site;

c.  Fails to actively operate the PACIFIC PRIDE Site for a period of five consecutive days unless the failure is due to fire, flood, earthquake or other similar causes beyond FRANCHISEE'S control or prior approval is obtained from PACIFIC PRIDE;

d.  Surrenders or transfers control of the operation of the PACIFIC PRIDE Site without prior approval from PACIFIC PRIDE;

e.  Commits and fails to promptly cure a default specifically related to the PACIFIC PRIDE Site under any provision of this Agreement after thirty days written notice to cure;

f.  Fails or refuses to comply with any mandatory specification, standard, or operating procedure prescribed by PACIFIC PRIDE relating to the cleanliness or sanitation of the PACIFIC PRIDE Site or violates any health, safety or sanitation law, ordinance or regulation, and does not correct such failure or refusal within seventy-two hours after written notice thereof is delivered to FRANCHISEE;

g.  Makes an unauthorized assignment, sale, or transfer of the PACIFIC PRIDE Site or fails to assign the interest in the PACIFIC PRIDE Site of a deceased or disabled principal owner thereof, as required by this Agreement; or

h.  Fails to comply with any other provision of this Agreement or any mandatory specification, standard or operating procedure prescribed by PACIFIC PRIDE and does not correct such failure within thirty days after written notice of such failure to comply is delivered to FRANCHISEE. If the noncompliance is of such a nature that it

cannot be completely cured within such thirty day period, PACIFIC PRIDE shall not terminate the Franchise if FRANCHISEE commences correction within such period and thereafter proceeds in good faith and with reasonable diligence to effect compliance as soon as possible.

2.    If PACIFIC PRIDE withdraws its approval of a PACIFIC PRIDE Site, all provisions of this Agreement shall remain in full force and effect for FRANCHISEE'S remaining Sites.

B.    Rights and Duties of Parties Upon Withdrawal of Approval or Closure of a PACIFIC PRIDE Site within Territory:

1.    In the event approval of a PACIFIC PRIDE Site within FRANCHISEE'S Territory is withdrawn by PACIFIC PRIDE or a PACIFIC PRIDE Site is closed by FRANCHISEE, FRANCHISEE shall do the following:

a.    Immediately discontinue the use of all trade names, trademarks, signs, and forms of advertising indicative of "PACIFIC PRIDE" and "PRIDENET" in relationship to that PACIFIC PRIDE Site;

b.    Not directly or indirectly at any time in any manner identify the site as a current or former PACIFIC PRIDE Site, or as otherwise associated with PACIFIC PRIDE or use any PACIFIC PRIDE Marks, any colorable imitation thereof, or other indicia of a PACIFIC PRIDE Site in any manner for any purpose, or utilize for any purpose any trade name, trade or service mark or other commercial symbol that suggests or indicates a connection or association with PACIFIC PRIDE at that Site;

c.    Remove all signs, sign-faces, catalogues, advertising materials, forms, invoices, controller software, and other materials containing any Marks or otherwise identifying or relating to the PACIFIC PRIDE System from that PACIFIC PRIDE Site or allow PACIFIC PRIDE, without liability, to remove such items from the site;

d.    Notify the telephone company and all listing agencies that FRANCHISEE no longer has the right to use any regular, classified or other telephone directory listings associated with any Marks at the address of that PACIFIC PRIDE Site and to authorize termination of same at the direction of PACIFIC PRIDE.

e.    Furnish to PACIFIC PRIDE within thirty days after the effective date of the withdrawal of approval by PACIFIC PRIDE or closure by FRANCHISEE, evidence satisfactory to PACIFIC PRIDE of FRANCHISEE'S compliance with the foregoing obligations;

2.  If approval of a PACIFIC PRIDE Site is withdrawn by PACIFIC PRIDE or a PACIFIC PRIDE Site is closed by FRANCHISEE, PACIFIC PRIDE may do any of the following at its sole discretion:

   a.  Exercise a right of first refusal to purchase any or all assets of the Franchise, excluding real property, located at that PACIFIC PRIDE Site including but not limited to materials, supplies, equipment and signs. PACIFIC PRIDE shall have no obligation to purchase any or all of such assets.

   b.  Should FRANCHISEE fail or refuse to notify the telephone company and all listing agencies as required in subparagraph 1, d above, then the telephone company and all listing agencies shall accept this Agreement as conclusive of the exclusive rights of PACIFIC PRIDE to terminate such telephone numbers and directory listings and may accept PACIFIC PRIDE'S authority to direct such terminations.

   c.  Remove FRANCHISEE'S site from all PACIFIC PRIDE promotional materials.

C.  PACIFIC PRIDE may downgrade a PACIFIC PRIDE Site to a PrideNet Site if PACIFIC PRIDE requests a PACIFIC PRIDE inspection report from FRANCHISEE, and FRANCHISEE fails to submit the inspection report to PACIFIC PRIDE within 30 days from the date of request. If a PACIFIC PRIDE SITE is downgraded to a PrideNet Site, the Site shall be treated as any other PrideNet Site. FRANCHISEE shall lose its right to its exclusive Zip Code Area, unless FRANCHISEE has another Site located in the same Zip Code Area, and Franchisee will be charged fees for Foreign Sales.

D.  PACIFIC PRIDE may downgrade a PACIFIC PRIDE Site to a PrideNet Site if the site fails to substantially comply with any provision of the Franchise Agreement after 30 days written notice to correct the deficiency. If a PACIFIC PRIDE SITE is downgraded to a PrideNet Site, the Site shall be treated as any other PrideNet Site. FRANCHISEE shall lose its right to its exclusive Zip Code Area, unless FRANCHISEE has another Site located in the same Zip Code Area, and FRANCHISEE will be charged fees for Foreign Sales.

E.  Petrovend 2500: Petrovend 2500 equipment will be outdated by December 31, 2002. If FRANCHISEE uses Petrovend 2500 equipment after December 31, 2002, the FRANCHISEE'S Sites shall be downgraded to be PrideNet Sites.

## SECTION 20. TERMINATION AND DEFAULTS

A.  Termination of Franchise Agreement by PACIFIC PRIDE:

   1.  PACIFIC PRIDE has the right to terminate this Agreement if PACIFIC

PRIDE ceases to do business. PACIFIC PRIDE shall give not less than 30 days written notice to FRANCHISEE prior to such termination.

2.   PACIFIC PRIDE shall have the right to terminate this Agreement, effective upon delivery of notice of termination to FRANCHISEE with no opportunity to cure, if FRANCHISEE or owner:

a.   Fails to find another site approved by PACIFIC PRIDE for the operation of a PACIFIC PRIDE Site within the FRANCHISEE'S designated Territory within ninety days of termination of the lease for the Premises;

b.   Operates only one PACIFIC PRIDE Site and fails to actively operate FRANCHISEE'S Site because of an event such as fire, flood, earthquake or other similar causes beyond FRANCHISEE'S control, and FRANCHISEE fails to actively operate FRANCHISEE'S Site ninety days after the event or fails to obtain approval from PACIFIC PRIDE not to actively operate the FRANCHISEE'S Sites.

c.   Fails to actively operate a PACIFIC PRIDE Site within ninety days after the date of execution of this Agreement;

d.   Operates only one PACIFIC PRIDE Site and fails to actively operate FRANCHISEE'S Site for a period of five consecutive days unless the failure is due to fire, flood, earthquake or other similar causes beyond the FRANCHISEE'S control or prior approval is obtained from PACIFIC PRIDE;

e.   Operates only one PACIFIC PRIDE Site and surrenders or transfers control of the operation of FRANCHISEE'S Site without prior approval from PACIFIC PRIDE;

f.   Has made any material misrepresentation or omission in its application for the Franchise;

g.   Is convicted of, or pleads no contest to, a felony, a crime arising out of the operation of the Franchise, a crime involving moral turpitude, or other crime or offense that is likely to adversely affect the reputation of FRANCHISEE, its Sites, or other System Participants;

h.   Makes any unauthorized use or disclosure of the know-how or use, duplicates or discloses any portion of the Operations Manual in violation of this Agreement;

i.   Is adjudicated bankrupt or insolvent, if the termination is permitted by federal bankruptcy law (11 U.S.C. §101, et seq.);

j.  Makes an assignment for the benefit of creditors or similar disposition of the assets of the Franchise business;

k.  Operates only one PACIFIC PRIDE Site and makes an unauthorized assignment, sale, or transfer of the Franchise or FRANCHISEE'S Site or fails to assign the Franchise or the interest in the Franchise of a deceased or disabled principal owner thereof, as required by this Agreement;

l.  Conducts its Franchise in a manner which has a material adverse effect on the Marks; or

m.  Operates only one PACIFIC PRIDE Site and conducts its Franchise or FRANCHISEE'S Site in a manner which poses an immediate threat to health and safety.

3.  PACIFIC PRIDE shall have the right to terminate this Agreement effective without further notice after FRANCHISEE is given notice of a breach and fails to cure the breach within the specified time, if FRANCHISEE:

a.  Fails to make payments when due to PACIFIC PRIDE for any service fees or any other amounts due to PACIFIC PRIDE and/or other System Participants as detailed within this Agreement and the Operations Manual, and does not correct such failure within ten days after written notice of such failure is delivered to FRANCHISEE; or

b.  Fails on two or more separate occasions within any period of twelve consecutive months to submit to PACIFIC PRIDE payments, reports or other data, information or supporting records when due, after receiving ten days written notice to cure the deficiency;

c.  Fails or refuses to comply with any mandatory specification, standard, or operating procedure prescribed by PACIFIC PRIDE relating to the cleanliness or sanitation of any one of FRANCHISEE'S Sites or violates any health, safety or sanitation law, ordinance or regulation and does not correct such failure or refusal within seventy-two hours after written notice thereof is delivered to FRANCHISEE; or

d.  Fails to comply with any other provision of this Agreement or any mandatory specification, standard or operating procedure prescribed by PACIFIC PRIDE and does not correct such failure within thirty days after written notice of such failure to comply is delivered to FRANCHISEE. If the noncompliance is of such a nature that it cannot be completely cured within such thirty day period, PACIFIC

PRIDE shall not terminate the Franchise if FRANCHISEE commences correction within such period and thereafter proceeds in good faith and with reasonable diligence to effect compliance as soon as possible.

B.    Termination of Zip Code Area Within Territory by PACIFIC PRIDE:

1.    If FRANCHISEE has more than one Zip Code Area in its Territory, PACIFIC PRIDE may elect at its discretion to terminate any one of the Zip Code Areas as part of FRANCHISEE'S Territory, instead of terminating this Agreement, effective upon delivery of notice of termination of the Zip Code Area to FRANCHISEE, if FRANCHISEE:

   a.    Loses the lease for FRANCHISEE'S only PACIFIC PRIDE Site in the Zip Code Area and FRANCHISEE fails to find another suitable site for the operation of a PACIFIC PRIDE Site within the Zip Code Area within ninety days of termination of the lease;

   b.    Fails to actively operate any PACIFIC PRIDE Site within the Zip Code Area because of an event such as fire, flood, earthquake or other similar causes beyond FRANCHISEE'S control, and FRANCHISEE fails to actively operate said PACIFIC PRIDE Site ninety days after the event or fails to obtain approval from PACIFIC PRIDE not to actively operate the PACIFIC PRIDE Site.

   c.    Fails to open any PACIFIC PRIDE Site within the Zip Code Area within ninety days after the date of execution of this Agreement, but FRANCHISEE has opened a PACIFIC PRIDE Site in another part of its Territory;

   d.    Fails to actively operate at least one PACIFIC PRIDE Site in the Zip Code Area for a period of five consecutive days unless the failure is due to fire, flood, earthquake or other similar causes beyond the FRANCHISEE'S control or prior approval is obtained from PACIFIC PRIDE;

   e.    Surrenders or transfers control of the operation of any of FRANCHISEE'S PACIFIC PRIDE Sites within its Zip Code Area without prior approval from PACIFIC PRIDE;

   f.    Commits and fails to promptly cure a default specifically related to a PACIFIC PRIDE Site within a Zip Code Area, under any provision of this Agreement after thirty days written notice to cure;

   g.    Fails or refuses to comply with any mandatory specification, standard, or operating procedure prescribed by PACIFIC PRIDE

relating to the cleanliness or sanitation of FRANCHISEE'S Sites within the Zip Code Area or violates any health, safety or sanitation law, ordinance or regulation within the Zip Code Area, and does not correct such failure or refusal within seventy-two hours after written notice thereof is delivered to FRANCHISEE;

h.    Makes an unauthorized assignment, sale, or transfer of any of the FRANCHISEE'S Sites within the Zip Code Area or fails to assign the interest in any of the Sites of a deceased or disabled principal owner thereof, as required by this Agreement;

i.    Fails to comply with any other provision of this Agreement or any mandatory specification, standard or operating procedure prescribed by PACIFIC PRIDE and does not correct such failure within thirty days after written notice of such failure to comply is delivered to FRANCHISEE. If the noncompliance is of such a nature that it cannot be completely cured within such thirty day period, PACIFIC PRIDE shall not terminate the Franchise if FRANCHISEE commences correction within such period and thereafter proceeds in good faith and with reasonable diligence to effect compliance as soon as possible.

2.    If a Zip Code Area is terminated as part of the Territory of FRANCHISEE under this Agreement, all provisions of this Agreement shall remain in full force and effect for the remaining Territory of FRANCHISEE.

C.    Termination of Franchise Agreement by FRANCHISEE:

1.    FRANCHISEE may for any reason terminate its Franchise upon furnishing 180 days written notice to PACIFIC PRIDE of the termination and the effective date of the termination. If no effective date is given by Franchisee in the notice, the effective date shall be the 180th day following the receipt of the notice by PACIFIC PRIDE. PACIFIC PRIDE shall invalidate all PACIFIC PRIDE Access Cards issued by Franchisee on the effective date of termination.

2.    In the event FRANCHISEE chooses to terminate this Agreement prior to expiration, a termination fee will be charged to FRANCHISEE. The termination fee shall be one-third of the initial franchise fee paid by FRANCHISEE or $2,000.00, whichever is greater. The termination fee shall automatically be withheld from the next payment owed to FRANCHISEE pursuant to the settlement process described in Section 13.

3.    If FRANCHISEE is in substantial compliance with the Agreement and PACIFIC PRIDE breaches this Agreement and fails to cure such breach within thirty days after written notice thereof is delivered to PACIFIC

PRIDE, FRANCHISEE may terminate the Agreement effective ten days after delivery to PACIFIC PRIDE of notice thereof. If the noncompliance is of such a nature that it cannot be completely cured within such 30 day period, FRANCHISEE shall be satisfied of PACIFIC PRIDE'S compliance if PACIFIC PRIDE commences correction within such period and thereafter proceeds in good faith and with reasonable diligence to effect compliance as soon as possible.

4. Upon receipt of a notice of termination, PACIFIC PRIDE shall have the right to market FRANCHISEE'S Territory and may grant FRANCHISEE'S Territory to a new PACIFIC PRIDE franchisee for an effective date the day after the effective date of the termination.

D. All notices of termination or nonrenewal shall:

1. Be in writing;

2. Be posted by registered, certified or other receipted mail, delivered by telegram or personally delivered to FRANCHISEE or FRANCHISOR; and

3. Contain a statement of intent to terminate or not renew the Franchise;

   a. Together with the reasons therefor, and

   b. The effective date of such termination or nonrenewal or expiration.

## SECTION 21.   RIGHTS AND DUTIES OF PARTIES UPON EXPIRATION OR TERMINATION

A. Rights and duties of parties upon expiration or termination of this Agreement:

1. In the event this Agreement is terminated or canceled by PACIFIC PRIDE, is terminated at the will of FRANCHISEE, or expires, FRANCHISEE will do the following:

   a. Immediately discontinue the use of all trade names, trademarks, signs, and forms of advertising indicative of the Marks;

   b. Not directly or indirectly at any time or in any manner identify itself or any business as a current or former PACIFIC PRIDE Site, or as a FRANCHISEE, Licensee, or Dealer of, or as otherwise associated with PACIFIC PRIDE or use any Marks, any colorable imitation thereof, or other indicia of a PACIFIC PRIDE Site or PrideNet Site in any manner for any purpose, or utilize for any purpose any trade name, trade or service mark or other commercial symbol that

suggests or indicates a connection or association with PACIFIC PRIDE;

c.  Remove all signs, sign-faces, catalogues, advertising materials, forms, invoices, controller software, and other materials containing any Marks or otherwise identifying or relating to the PACIFIC PRIDE System from all FRANCHISEE'S Sites or allow the PACIFIC PRIDE, without liability, to remove such items from the FRANCHISEE'S Sites;

d.  Take such action as may be required to cancel all fictitious or assumed name or equivalent registrations relating to its use of any Marks;

e.  Notify the telephone company and all listing agencies of the termination or expiration of FRANCHISEE'S right to use any regular, classified or other telephone directory listings associated with any Marks and to authorize termination of same at the direction of PACIFIC PRIDE;

f.  Furnish to PACIFIC PRIDE within thirty days after the effective date of termination or expiration of this Agreement, evidence satisfactory to PACIFIC PRIDE of FRANCHISEE'S compliance with the foregoing obligations;

g.  Immediately cease to use the confidential and proprietary information of PACIFIC PRIDE disclosed to FRANCHISEE pursuant to this Agreement in any business or otherwise, and return to PACIFIC PRIDE the Operations Manual which has been loaned to FRANCHISEE. The Operations Manual will be numbered at issuance and FRANCHISEE must return the same Operations Manual, identified by number, as was issued to it;

h.  Shall immediately surrender and deliver to PACIFIC PRIDE all SmartLock™ security chips used in the PACIFIC PRIDE System. FRANCHISEE shall provide a listing of all card numbers and security numbers which have been issued by or on behalf of FRANCHISEE. In addition to supplying the card numbers and security numbers, FRANCHISEE shall make every effort to recall, collect, and return to PACIFIC PRIDE, PACIFIC PRIDE Access Cards which have been issued by or on behalf of FRANCHISEE. If FRANCHISEE returns less than 75% of its PACIFIC PRIDE Access Cards outstanding, FRANCHISEE shall pay to PACIFIC PRIDE a sum equal to $5.00 times the number of unreturned Access Cards up to 75%. Notwithstanding termination or

expiration of this Agreement, FRANCHISEE shall continue to be liable:

i)      to PACIFIC PRIDE for any use made of SmartLock™ security chips not surrendered or delivered to PACIFIC PRIDE as required above; and

ii)      to PACIFIC PRIDE and other System Participants for any purchases made by use of a PACIFIC PRIDE Access Card not surrendered or delivered to PACIFIC PRIDE as required above. If FRANCHISEE has previously and properly notified PACIFIC PRIDE that a PACIFIC PRIDE Access Card is outstanding and cannot be retrieved, FRANCHISEE shall not be liable for transactions made with such Access Card.

Any fees owed to PACIFIC PRIDE under this subparagraph h shall be withheld from the last settlement.

FRANCHISEE has the right at any time to sell its Accounts to any other FRANCHISEE or to PACIFIC PRIDE provided approval is first obtained from PACIFIC PRIDE. If, upon termination or expiration of this Agreement, FRANCHISEE elects to sell its Accounts to other System Participants, then the number of PACIFIC PRIDE Access Cards issued to the Accounts sold will be subtracted from the amount of outstanding PACIFIC PRIDE Access Cards for which FRANCHISEE is liable as provided in this Paragraph.

i.      Shall comply with the covenants as set forth in Section 18.

j.      Pay to PACIFIC PRIDE and other System Participants within fifteen days after the effective date of termination or expiration of this Franchise, or such later date that the amounts due to the System Participants are determined, the service fees and all other amounts owed to PACIFIC PRIDE and the other System Participants which are then unpaid.

2.      If this Agreement is terminated by either PACIFIC PRIDE or FRANCHISEE or expires, PACIFIC PRIDE may do any of the following at its sole discretion:

a.      Exercise a right of first refusal to purchase any or all assets of the Franchise, excluding real property, including, but not limited to Accounts, materials, supplies, equipment and signs. PACIFIC PRIDE shall have no obligation to purchase any or all of such assets.

b.  Should FRANCHISEE fail or refuse to notify the telephone company and all listing agents as required in subparagraph 1,e above, then the telephone company and all listing agencies may accept this Agreement as conclusive of the exclusive rights of PACIFIC PRIDE in such telephone numbers and directory listings and shall accept PACIFIC PRIDE'S authority to direct such termination.

c.  Remove FRANCHISEE'S site from all PACIFIC PRIDE promotional materials.

d.  Invalidate all of FRANCHISEE'S Accounts from the PACIFIC PRIDE System so the Access Cards of each Account are no longer useable.

e.  Hold the last payment owed to FRANCHISEE until FRANCHISEE returns the PACIFIC PRIDE Access Cards which have been issued by FRANCHISEE, but in no event shall PACIFIC PRIDE withhold the payment for more than 180 days.

B.  Rights and Duties of Parties Upon Termination of Zip Code Area Within Territory:

1.  In the event a Zip Code Area within a Territory is terminated or canceled by PACIFIC PRIDE, is terminated by FRANCHISEE, or expires, FRANCHISEE will do the following:

a.  Immediately discontinue the use of all trade names, trademarks, signs, and forms of advertising indicative of "PACIFIC PRIDE" in relationship to any PACIFIC PRIDE Sites in that Zip Code Area;

b.  Not directly or indirectly at any time in any manner identify any PACIFIC PRIDE Sites within the terminated Zip Code Area as a current or former PACIFIC PRIDE Site, or as otherwise associated with PACIFIC PRIDE or use any PACIFIC PRIDE Marks, any colorable imitation thereof, or other indicia of a PACIFIC PRIDE Site in any manner for any purpose, or utilize for any purpose any trade name, trade or service mark or other commercial symbol that suggests or indicates a connection or association with PACIFIC PRIDE;

c.  Remove all signs, sign-faces, catalogues, advertising materials, forms, invoices, controller software, and other materials containing any mark or otherwise identifying or relating to the PACIFIC PRIDE System from all PACIFIC PRIDE Sites within the terminated Zip Code Area or allow the PACIFIC PRIDE, without liability, to

remove such items from the FRANCHISEE'S PACIFIC PRIDE Sites within the Zip Code Area.

d. Notify the telephone company and all listing agencies of the termination or expiration of FRANCHISEE'S right to use any regular, classified or other telephone directory listings associated with any PACIFIC PRIDE Marks at addresses within the terminated Zip Code Area and to authorize termination of same at the direction of PACIFIC PRIDE;

e. Furnish to PACIFIC PRIDE within thirty days after the effective date of termination or expiration of this Agreement, evidence satisfactory to PACIFIC PRIDE of FRANCHISEE'S compliance with the foregoing obligations;

2. If a Zip Code Area within a Territory is terminated by either PACIFIC PRIDE or FRANCHISEE, PACIFIC PRIDE may do any of the following at its sole discretion:

a. Exercise the right of first refusal to purchase any or all assets of the franchisee, excluding real property, within the terminated Zip Code Area including, but not limited to materials, supplies, equipment and signs. PACIFIC PRIDE shall have no obligation to purchase any or all of such assets.

b. Should FRANCHISEE fail or refuse to notify the telephone company and all listing agencies as required in subparagraph 1, d above, then the telephone company and all listing agencies shall accept this Agreement as conclusive of the exclusive rights of PACIFIC PRIDE in such telephone numbers and directory listings and may accept PACIFIC PRIDE'S authority to direct such termination.

c. Remove FRANCHISEE'S site in terminated Zip Code Area from all PACIFIC PRIDE promotional materials.

## SECTION 22. REMEDIES UPON DEFAULT

A. Specific Performance. FRANCHISEE recognizes that the franchised business is one of a large number of businesses identified by PACIFIC PRIDE'S Marks in selling to commercial customers the PACIFIC PRIDE System, and the failure on the part of a single franchisee to comply with the terms of its franchise agreement is likely to cause irreparable damage to PACIFIC PRIDE and/or to some or all other PACIFIC PRIDE franchisees. Therefore, FRANCHISEE agrees that in the event of a breach or threatened breach of any of the terms of this Agreement by FRANCHISEE, PACIFIC PRIDE shall be entitled to a decree of specific performance, without showing or proving any actual damage, together with recovery of reasonable

attorneys' costs and fees incurred obtaining said equitable relief until such time as a final and binding determination is made by the court. The foregoing equitable remedy shall be in addition to, and not in lieu of, all remedies or rights which PACIFIC PRIDE may otherwise have by virtue of any breach of this Agreement by FRANCHISEE.

B.        Injunctive Relief.  PACIFIC PRIDE shall be entitled to seek injunctive relief without the posting of any bond or security to obtain the entry of temporary and permanent injunctions and orders of specific performance enforcing the provisions of this Agreement relating to FRANCHISEE'S use of the Marks, the obligations of FRANCHISEE upon termination or expiration of this Agreement, the assignment or proposed assignment of the franchised business, this Agreement or any ownership interest in the Franchise. PACIFIC PRIDE shall also be able to seek injunctive relief to prohibit any act or omission by FRANCHISEE or its employees that constitutes a violation of any applicable law or a default or threatened default under this Agreement, is dishonest or misleading to FRANCHISEE'S Accounts or other System Participants' Accounts, or constitutes a danger to FRANCHISEE'S employees or Accounts or to the public or which may impair the goodwill associated with the Marks.

C.        Other Remedies.  In addition, the rights of PACIFIC PRIDE and FRANCHISEE in this Agreement are cumulative and no exercise or enforcement by PACIFIC PRIDE or FRANCHISEE of any right or remedy shall preclude the exercise or enforcement by PACIFIC PRIDE or FRANCHISEE of any other right or remedy hereunder or which PACIFIC PRIDE or FRANCHISEE is entitled by law to enforce.

## SECTION 23.  SALE AND ASSIGNMENT

A.        In the event FRANCHISEE desires to sell or assign all or any portion of its interest in its Franchise, it shall submit to PACIFIC PRIDE in writing, the terms and conditions of any proposed sale, including the name or names of persons desiring to purchase the interest of FRANCHISEE. PACIFIC PRIDE shall have thirty days from the date of receipt of any notice of an offer, to purchase the interest of FRANCHISEE upon the same terms and conditions as set forth in the offer to sell to another party. FRANCHISEE will set its own price for its business without need of an independent appraisal.  No predetermined formula exists to price out the worth of FRANCHISEE'S business, including the recognition of goodwill or other intangibles associated therewith. PACIFIC PRIDE acknowledges that its right of first refusal may not be practicable or enforceable if FRANCHISEE'S Site is an integral part of FRANCHISEE'S other business.  If FRANCHISEE receives an offer for purchase of all of its business interests or a portion of its business interests which include the Franchise, PACIFIC PRIDE will have a first right of refusal to purchase the Franchise and related assets only if such Franchise is separately valued in the offer.  If such Franchise and related assets are not separately valued, PACIFIC PRIDE shall have only the right to disapprove the assignment or transfer of the Franchise as provided in this Section, Paragraph C.

B.        Neither the Franchise nor FRANCHISEE'S Sites, or any interest therein, nor any part or all of the ownership of FRANCHISEE, (which shall mean and include voting stock, securities convertible thereto, proprietorship, general partnership interests, and interests in limited liability companies) may be voluntarily, involuntarily, directly, or indirectly assigned, sold,

subdivided, subfranchised or otherwise transferred by FRANCHISEE or its owner without the written approval of PACIFIC PRIDE. Any such sale, assignment or transfer without such approval shall constitute a breach of this Agreement and conveys no rights to, or interest in, the Franchise or FRANCHISEE'S Sites.

C.        FRANCHISEE may sell or assign all or any portion of the ownership of FRANCHISEE'S Franchise upon written consent of PACIFIC PRIDE, provided a written assumption of the terms and conditions of this Agreement by the assignee shall have been deposited with PACIFIC PRIDE. FRANCHISEE shall provide to PACIFIC PRIDE the information necessary for PACIFIC PRIDE to make an informed decision, including without limitation copies of the sale or assignment documents, the financial statements of the proposed assignee, and information relating to the proposed assignee's business experience. PACIFIC PRIDE shall have thirty days from receipt of the required information to approve or disapprove the assignment. If PACIFIC PRIDE fails to respond within the time provided, the transaction as notified shall be deemed approved. PACIFIC PRIDE shall not unreasonably withhold its approval of a sale or assignment, provided that the proposed assignee or its owner is, in the opinion of PACIFIC PRIDE, an individual of good moral character, has good business practices, and otherwise meets PACIFIC PRIDE'S then applicable standards for franchisees, and further provided that if the transfer is of the Franchise or the FRANCHISEE'S Sites, or of a controlling interest in FRANCHISEE, all of the following conditions must be met prior to, or concurrently with, the effective date of the assignment:

1.    The assignee has submitted to PACIFIC PRIDE a reviewed financial statement which details its financial standing for the previous two years;

2.    The assignee, in the opinion of PACIFIC PRIDE, has sufficient business experience, aptitude and financial resources to own and operate the FRANCHISEE'S Franchise;

3.    All obligations of FRANCHISEE and its owner incurred in connection with this Agreement have been assumed by the assignee;

4.    FRANCHISEE shall have paid such service fees, amounts owed for purchases by FRANCHISEE from PACIFIC PRIDE and any other amounts owed to any System Participant which are then due and unpaid;

5.    The assignee shall have completed the Orientation Training required of new PACIFIC PRIDE franchisees;

6.    The lessor of the Premises of FRANCHISEE'S Sites has consented to FRANCHISEE'S assignment or sublease of said Premises to the assignee, or such assignee has secured substitute premises for FRANCHISEE'S Sites which are approved by PACIFIC PRIDE;

7.    Assignment fees shall be paid as follows:

a. For assignments to entities that are not an existing PACIFIC PRIDE franchisee, FRANCHISEE or the assignee shall have paid a training and assignment fee to PACIFIC PRIDE in an amount equal to one-third of the initial franchise fee then being charged or $2,500.00, whichever is greater, to defray expenses incurred by PACIFIC PRIDE in connection with the assignment, except that if FRANCHISEE requests PACIFIC PRIDE to process the assignment in less than thirty days and if PACIFIC PRIDE is able to process the assignment within thirty days, the assignment fee to PACIFIC PRIDE shall be the greater of one-third of the initial franchise fee then being charged or $3,500.00;

b. If the Franchise is assigned to a current PACIFIC PRIDE franchisee, for payment purposes, PACIFIC PRIDE shall treat the access cards issued by the assignor franchisee as if those access cards were still assigned to the host number of the assignor franchisee for a period of 10 years. This means that for payment purposes, the switch fees, royalty fees, Local Sales fees, Foreign Purchases and Foreign Sales collected by PACIFIC PRIDE will be billed and collected as if the access cards issued under the host number of the assignor franchisee and the host number of the assignee franchisee remained separate franchises. There shall be no additional franchise fee.

As an alternative to the fees provided above and at the election of the Franchisee, if the franchise is assigned to an existing PACIFIC PRIDE franchisee and the two franchises are merged into one operating franchise and all access cards are reissued under the host number of the assignee franchisee, then the assignment fee shall equal the present value of the switch fees and royalty fees which would have been assessed between the assignor franchisee and the assignee franchisee over a 10 year period as if each would have remained independent PACIFIC PRIDE franchisees. The present value calculation shall include the historic growth, if any, over the life of the franchise.

c. The assignment fee shall automatically be withheld from the next payment(s) owed to FRANCHISE or the Assignee pursuant to the settlement process described in Section 13.

8. FRANCHISEE and its owner shall have executed a general release, in form satisfactory to PACIFIC PRIDE, of any and all claims against PACIFIC PRIDE and other System Participants and their officers, directors, employees and agents. Such general releases shall not include any claim FRANCHISEE may have against PACIFIC PRIDE for monies due FRANCHISEE resulting from purchases made by other System Participants' Accounts at FRANCHISEE'S Sites;

9.    PACIFIC PRIDE shall have approved the material terms and conditions of such assignment, including, without limitation, that the price and terms of payment are not so burdensome as to adversely affect the future operations of FRANCHISEE'S Sites by such assignee;

10.   FRANCHISEE and/or its owner shall have executed a non-competition covenant in favor of PACIFIC PRIDE and the assignee, agreeing that for a period of not less than two years, commencing on the effective date of the assignment, it will not have any interest as an owner, investor, partner, director, officer, employee, consultant, representative, agent, franchisee, participant, or in any other capacity, in any business similar to the PACIFIC PRIDE System, which is located within FRANCHISEE'S Territory or within the Territory of any other PACIFIC PRIDE franchisees in existence at the time the "former FRANCHISEE" initiates or engages in a business, as described above, similar to the PACIFIC PRIDE System, except that FRANCHISEE may be involved with another business operated under a valid franchise agreement with PACIFIC PRIDE or with the AmeriNet System.

11.   If the proposed assignment is to or among owners of FRANCHISEE, Subparagraph 7 of the above requirements shall not apply and Subparagraph 8 shall not apply to transfers by gift, bequest or inheritance;

12.   The assignee and its owner shall agree to modernize, refurbish and remodel FRANCHISEE'S Sites to meet the then current PACIFIC PRIDE standards for new sites of PACIFIC PRIDE franchises.

D.    No sale, assignment, transfer, conveyance, encumbrance, or gift of any interest in this Agreement, or in the Franchise granted thereby, shall relieve FRANCHISEE, and the shareholders, partners, or members participating in any transfer, of the obligations of the covenant not to compete contained in Section 18 of this Agreement, except where PACIFIC PRIDE expressly authorizes in writing. Approval by PACIFIC PRIDE of the assignment, transfer or encumbrance shall not release FRANCHISEE from liability for the remaining term of this Agreement, unless specifically stated otherwise in writing.

E.    This Agreement may be assigned and transferred by PACIFIC PRIDE and, if so, shall be binding upon and inure to the benefit of PACIFIC PRIDE'S successors and assigns. Such an assignment can be made without FRANCHISEE'S approval and PACIFIC PRIDE shall no longer be held responsible for provisions of this Agreement after assignment has been made.

## SECTION 24. DEATH OR PERMANENT DISABILITY

Upon the death or permanent disability of FRANCHISEE or, if FRANCHISEE is a corporation, partnership, or limited liability company, the owner of more than one-half of the partnership interest, equity or voting control or membership interest of FRANCHISEE; the executor,

administrator, conservator or other personal representative of such person shall assign its interest in the Franchise or such interest in FRANCHISEE to a third party approved by PACIFIC PRIDE. Such disposition of the Franchise or such interest in FRANCHISEE shall be completed within a reasonable time, not to exceed twelve months from the date of death or permanent disability and shall be subject to all terms and conditions applicable to assignments contained in Section 23 of this Agreement.

## SECTION 25. TAXES AND PERMITS

A.        FRANCHISEE shall promptly pay when due all taxes and assessments against the real and personal property used in connection with FRANCHISEE'S business, and all liens or encumbrances of every kind or character created or placed upon or against any of said property, and all accounts and other indebtedness of every kind incurred by FRANCHISEE in the conduct of said business.

B.        FRANCHISEE shall promptly pay when due all taxes and assessments related to the sale of product, including, but not limited to all sales taxes and fuel taxes. FRANCHISEE shall be ultimately responsible for payment of any state, federal, or local taxes on fuel purchased by its customers from any Sites.

C.        FRANCHISEE shall comply with all federal, state, and local laws, statutes, rules, and regulations, and shall timely obtain any and all permits, certificates, or licenses necessary for the full and proper conduct of its Franchise and FRANCHISEE'S Sites.

D.        PACIFIC PRIDE shall not be responsible for any tax, including any fuel or sales tax, or assessment related to the Franchise.

## SECTION 26. INDEPENDENT CONTRACTOR

FRANCHISEE is not an agent, legal representative, joint venturer, partner, employee, or servant of PACIFIC PRIDE for any purpose whatsoever. FRANCHISEE is an independent contractor and is in no way authorized to make any contract, agreement, warranty or representation on behalf of PACIFIC PRIDE, or create any obligation, express or implied, on behalf of PACIFIC PRIDE. FRANCHISEE shall prominently display in its place of business a certificate stating that the business is independently owned and operated by FRANCHISEE as a FRANCHISEE of PACIFIC PRIDE, and not as an agent thereof.

## SECTION 27. INDEMNIFICATION

A.        FRANCHISEE shall pay, defend, indemnify and hold harmless PACIFIC PRIDE and its officers, directors, and agents from all claims, demands, omissions, deaths, and liabilities arising directly or indirectly from, or related to, FRANCHISEE'S business (including without limitation the franchise portion of the business), the use by FRANCHISEE of PACIFIC PRIDE'S services or system, the standards or requirements set by PACIFIC PRIDE in this Agreement or the Operations Manual, and the responsibilities of FRANCHISEE under the franchise documents. The responsibility conferred under this paragraph includes, but is not limited to defending and

indemnifying PACIFIC PRIDE against any assertion of PACIFIC PRIDE'S failure to enforce any obligations of FRANCHISEE under this Agreement or against any assertion of PACIFIC PRIDE'S individual duty to control, manage, operate, monitor, or inspect FRANCHISEE'S sites or business.

B.        FRANCHISEE waives, releases, and discharges forever PACIFIC PRIDE from all present and future claims, demands, suits, legal, and administrative proceedings in and from all liability or damages, losses, costs, liabilities, fees, and expenses, present and future known and unknown, arising out of or in any way connected with any assertion of PACIFIC PRIDE'S individual · duty to control, manage, operate, monitor, or inspect FRANCHISEE'S sites or businesses.

## SECTION 28. <u>ENVIRONMENTAL COVENANTS AND INDEMNIFICATION</u>

A.        <u>Covenants</u>. FRANCHISEE recognizes that, in connection with its Franchise, it is maintaining and dispensing fuel, other petroleum products, and other substances ("Products") which may be classified as types of Hazardous Substances. FRANCHISEE further recognizes that PACIFIC PRIDE does not receive information from FRANCHISEE relating to its handling, delivering, storing, selling or exchanging of Products, nor does PACIFIC PRIDE have any day to day involvement with or control over such activity. In order to protect the good will and reputation associated with the use of the Marks, FRANCHISEE agrees and covenants that in handling, offering for sale, delivering for use, storing or exchanging in trade or using itself any Hazardous Substances, FRANCHISEE will in all respects exercise the strictest care required by law and that it will follow reasonable safety procedures as well as all applicable federal, state and local laws, ordinances, as existing now or hereafter come into force, including, but not limited to, those governing dispensing equipment, pollution, the maximum sulfur content of fuel, the maximum lead content of motor fuel and the labeling of pump stands and dispensers of motor fuel, the use and labeling of product containers, the use, securing and labeling of product storage tanks, the prevention of spills, leaks, venting or other improper escape from product containers or storage tanks, and the method of cleanup or disposal of product which leaked, spilled, vented or otherwise improperly escaped from containers or storage tanks.

B.        <u>Indemnity</u>. FRANCHISEE shall indemnify, defend and save harmless PACIFIC PRIDE from and against all suits, actions, legal or administrative proceedings, demands, or against any suits, actions, legal or administrative proceedings, demands, claims, liabilities, fines, penalties, losses, injuries, damages, expenses or costs, including interest and attorney's fees, in any way connected with any injury to any person or damage to any property (including cost of studies, surveys, clean-up and any other environmental claim expenses) or any loss to PACIFIC PRIDE occasioned in any way by Hazardous Substances on or under the Premises, however they came to be there, by Hazardous Substances on or under other property arising or originating from the Premises, however they came to be there, or by the negligent or intentional activities of FRANCHISEE on the Premises.

        This indemnity specifically includes the direct obligation of FRANCHISEE to perform any remedial or other activities required, ordered, recommended or requested by any agency, government official or third party, or otherwise necessary to avoid injury or liability to any person, or to prevent the spread of contamination from Hazardous Substances, however it came to

be located on or under the Premises or on or under other property claimed to be contaminated by Hazardous Substances from the Premises. FRANCHISEE shall perform all such work in its own name and in accordance with all applicable federal and state law and regulations.

C.    Third Party Actions. Without limiting its obligations under any other paragraph of this Agreement, FRANCHISEE shall be solely and completely responsible for responding to and complying with any administrative notice, order, request or demand, or any third party claim or demand relating to potential or actual contamination from Hazardous Substances on or under the Premises or on or under other property claimed to be contaminated by Hazardous Substances from the Premises. The responsibility conferred under this paragraph includes but is not limited to responding to such orders on behalf of PACIFIC PRIDE and defending against any assertion of PACIFIC PRIDE'S financial responsibility or individual duty to perform under such orders. FRANCHISEE shall assume, pursuant to Paragraph B above, any liabilities or responsibilities which are assessed against PACIFIC PRIDE in any action described under this Paragraph C.

D.    Release. FRANCHISEE hereby waives, releases and discharges forever PACIFIC PRIDE from all present and future claims, demands, suits, legal and administrative proceedings and from all liability for damages, losses, costs, liabilities, fees and expenses, present and future, known and unknown, arising out of or in any way connected with any condition of environmental contamination by Hazardous Substances on or under the Premises, and the existence of Hazardous Substances on or under other property claimed to be contaminated by Hazardous Substances from the Premises, however they came to be placed there.

## SECTION 29. NON-WAIVER

No failure of PACIFIC PRIDE to exercise any power reserved to it in this Agreement, or to insist upon strict compliance by FRANCHISEE with any obligation or condition, and no custom or practice of the parties in variance with the terms, shall constitute a waiver of PACIFIC PRIDE'S right to demand exact compliance with the terms in this Agreement. Waiver by PACIFIC PRIDE of any particular default by FRANCHISEE shall not affect or impair PACIFIC PRIDE'S right in respect to any subsequent default of the same or of a different nature; nor shall any delay, waiver, forbearance, or omission of PACIFIC PRIDE to exercise any power or rights arising out of any default by FRANCHISEE of any of the terms, provisions, or covenants hereof, affect or impair PACIFIC PRIDE'S rights, nor shall such constitute a waiver by PACIFIC PRIDE of any right hereunder or of the right to declare any subsequent breach a default. Subsequent acceptance by PACIFIC PRIDE of the payments due to it hereunder shall not be deemed to be a waiver by PACIFIC PRIDE of any preceding breach by FRANCHISEE of any terms, covenants or conditions of the Agreement.

## SECTION 30. NOTICE

Any notice under this Agreement shall be in writing and shall be effective when actually delivered or when deposited in the mail, registered or certified, addressed to the addresses stated in this Agreement or otherwise as either party may designate by notice to the other.

## SECTION 31.  ATTORNEY FEES

In the event arbitration, suit or action is instituted to enforce any of the terms of this Agreement, the prevailing party shall be entitled to recover from the other party such sum as the court or arbitrator may adjudge reasonable as attorneys' fees at the arbitration, trial or on appeal of such suit or action in addition to all other sums provided by law.

## SECTION 32.  ENTIRE AGREEMENT

A.          This Agreement, and the documents referred to herein, shall be construed together and constitute the entire, full and complete agreement between PACIFIC PRIDE and FRANCHISEE concerning the subject matter hereof, and supersedes all prior agreements, no other representation having induced FRANCHISEE to execute this Agreement, and there are no representations, inducements, promises, or agreements, oral or written, between the parties not embodied herein, which are of any force or effect with reference to this Agreement or otherwise. No amendment, change or variance from this Agreement shall be binding on either party unless executed in writing.

B.          Except for the modifications authorized by the terms of this Agreement, this Franchise Agreement shall not be modified orally, but only by an agreement in writing signed by the party against whom enforcement of any change, waiver, modification or discharge is sought.

## SECTION 33.  CHOICE OF LAW AND FORUM

A.          FRANCHISEE and its shareholders, partners, and members, if any, acknowledge that PACIFIC PRIDE may grant numerous franchises throughout the United States on terms and conditions similar to those set forth in this Agreement, and that it is of mutual benefit to FRANCHISEE and shareholders, partners, and members and to PACIFIC PRIDE that these terms and conditions be uniformly interpreted. Therefore, the parties agree that to the extent that the law of the State of Oregon does not conflict with local franchise investment statutes, rules and regulations, Oregon law shall apply to the construction and enforcement of this Agreement and shall govern all questions which arise with reference hereto.

B.          The parties agree that any claim, controversy or dispute arising out of or relating to this Agreement or the performance thereof which cannot be amicably settled, except as otherwise provided herein, shall be resolved by a proceeding in a court in Oregon, and FRANCHISEE and its shareholders, partners, and members, if any, each irrevocably accept the jurisdiction of the courts of the State of Oregon and the federal courts located in such State for such claims, controversies, or disputes.   PACIFIC PRIDE covenants to FRANCHISEE, and its shareholders, partners, or members and FRANCHISEE covenant to PACIFIC PRIDE, that no litigation arising out of or relating to this Agreement or the performance thereof will ever be commenced in any court other than a court located in Oregon.

C.          FRANCHISEE consents to the jurisdiction of any federal or state court in the State of Oregon, with respect to any legal action commenced in relationship to this Agreement.   The parties agree that service of process in any such proceeding may be made by serving a person of

suitable age and discretion (such as the person in charge of the office) as to PACIFIC PRIDE, at the address of PACIFIC PRIDE; and as to FRANCHISEE and any shareholder, partners, or members, at the address of FRANCHISEE specified in this Agreement. In the case of FRANCHISEE, process may also be served by personal delivery to the manager on duty at any of FRANCHISEE'S Sites.

## SECTION 34. SEVERABILITY

Each provision of this Agreement shall be considered severable, and if, for any reason, any provision is determined to be invalid and contrary to, or in conflict with, any existing or future law or regulation, such shall not impair the operation or affect the remaining provisions of this Agreement, and the latter will continue to be given full force and effect and bind the parties hereto; and the invalid provisions shall be deemed not to be a part of this Agreement, provided, however, that if PACIFIC PRIDE determines that the finding of illegality adversely affects the basic consideration of this Agreement, PACIFIC PRIDE may, at its option, terminate this Agreement.

## SECTION 35. FORCE MAJEURE

PACIFIC PRIDE shall not be liable for any failure or delay in performance hereunder to the extent that such performance by PACIFIC PRIDE is prevented or hindered by act of God, fire, riot, labor disturbances (whether involving employees of PACIFIC PRIDE or of others and regardless of whether the disturbance could be settled by acceding to the demands of a labor group), accident, or the acts of any government or any causes beyond the reasonable control of PACIFIC PRIDE, as the case may be, whether or not similar to any of the foregoing causes.

## SECTION 36. FRANCHISEE

The term "FRANCHISEE" shall be deemed to include all persons who succeed to the interest of the original FRANCHISEE by transfer or operation of law in accordance with the provisions of this Agreement.

## SECTION 37. CAVEAT

The success of the business venture contemplated to be undertaken by FRANCHISEE by virtue of this Agreement is speculative and depends, to a large extent, upon the ability of FRANCHISEE as an independent businessman, as well as other factors. PACIFIC PRIDE does not make any representation or warranty as to the potential success of the business venture contemplated. FRANCHISEE acknowledges that it has entered into this Agreement after making an independent investigation of PACIFIC PRIDE'S operations, and not upon any representation as to profits which FRANCHISEE in particular might be expected to realize, nor has anyone made any other representation which is not expressly set forth herein, to induce FRANCHISEE to accept this Franchise and execute this Agreement.

This standard Franchise Agreement and appendixes have been prepared by PACIFIC PRIDE, or on behalf of PACIFIC PRIDE by Douglas & Conroyd, P.C. FRANCHISEE is further aware that Bruce E. Douglas is an officer and director of PACIFIC PRIDE and is also an attorney and

Douglas & Conroyd, P.C. PACIFIC PRIDE advises FRANCHISEE to obtain its own independent legal advice and that of its accountant prior to signing this Agreement.

IN WITNESS WHEREOF, FRANCHISEE, intending to be legally bound hereby, has duly executed this Agreement in duplicate, upon the understanding that this Agreement is not valid until it is executed in the State of Oregon by PACIFIC PRIDE, upon which date this Agreement becomes effective.

DATE: _03/01/04_
FRANCHISOR
PACIFIC PRIDE SERVICES, INC.

BY: _____
   Authorized Officer, FRANCHISOR

DATE: _3-1-04_
FRANCHISEE
_SAN FRANCISCO PETROLEUM_
(Corporate Name of FRANCHISEE)
BY: _____
   Authorized Officer, FRANCHISEE
Title: _President_
OR

_____
(Individual)
OR

_____
(Partnership Name of FRANCHISEE)

_____
Partner of FRANCHISEE

_____
Partner of FRANCHISEE
OR

_____
(Limited Liability Company Name)

_____
Member of Limited Liability Company

_____
Member of Limited Liability Company

# APPENDIX I

## PACIFIC PRIDE REGISTERED TRADEMARK



APPENDIX III

(PrideNet Marks)

# PRIDENET

or

# PrideNet

# PACIFIC PRIDENET

or

# Pacific PrideNet

APPENDIX II

# PACIFIC PRIDE THE COMMERCIAL FUELING SYSTEM



## APPENDIX V
## PACIFIC PRIDE SERVICES

## LOCATION APPROVAL FORM

## PACIFIC PRIDE SITE

**FROM:**     PACIFIC PRIDE SERVICES, INC. (FRANCHISOR)

**TO:  NAME:**     SAN FRANCISCO PETROLEUM CO.

**ADDRESS:**     P.O. BOX 77166

**CITY & STATE:**     SAN FRANCISCO, CA  94107

A representative of FRANCHISOR has inspected the location described below and approves of the location for a PACIFIC PRIDE Site, pursuant to the terms of the Franchise Agreement and any of the terms and conditions set forth below.  This approval is based upon the FRANCHISEE'S representations that the location is in compliance with all governmental and regulatory requirements.

**LOCATION:  410 BLOMQUIST STREET     REDWOOD CITY, CA    94063**

**CONDITIONS:**

This site was approved based on the Site Application received by Pacific Pride Services, Inc. The site must have *regular* unleaded, standard #2 diesel fuel, a third product of your choice, *plus* air and water available to all Pacific Pride customers.  The air and water must be provided at no charge to the customers.  A commercial fueling island dedicated for the use of Pacific Pride customers *only*, must be available.

**PACIFIC PRIDE SERVICES, INC.**

By: _____

Title: _____

SAN FRANCISCO PETROLEUM

**FRANCHISEE**

By: _____

Title: President

## APPENDIX V

## PACIFIC PRIDE SERVICES

## LOCATION APPROVAL FORM

# PRIDENET SITE

**FROM:    PACIFIC PRIDE SERVICES, INC. (FRANCHISOR)**

**TO:      NAME:          SAN FRANCISCO PETROLEUM CO.**

**ADDRESS:       P.O. BOX 77166**

**CITY & STATE:  SAN FRANCISCO, CA  94107**

A representative of FRANCHISOR has inspected the location described below and approves of the location for a PRIDENET Site, pursuant to the terms of the Franchise Agreement and any of the terms and conditions set forth below. This approval is based upon the FRANCHISEE'S representations that the location is in compliance with all governmental and regulatory requirements.

**CONDITIONS:**

*NON-EXCLUSIVE TERRITORY*

**LOCATION:     2121 3RD STREET            SAN FRANCISCO, CA  94107**

**PACIFIC PRIDE SERVICES INC.**

By: _____

Title: _____

**FRANCHISE**

By: _____

Title: _____

## APPENDIX V
## PACIFIC PRIDE SERVICES

## LOCATION APPROVAL FORM

## PACIFIC PRIDE SITE

**FROM:**       **PACIFIC PRIDE SERVICES, INC. (FRANCHISOR)**

**TO:  NAME:**       <u>SAN FRANCISCO PETROLEUM</u>

**ADDRESS:**       <u>P.O. BOX  77166</u>

**CITY & STATE:** <u>SAN FRANCISCO, CA   94107</u>

A representative of FRANCHISOR has inspected the location described below and approves of the location for a PACIFIC PRIDE Site, pursuant to the terms of the Franchise Agreement and any of the terms and conditions set forth below.  This approval is based upon the FRANCHISEE'S representations that the location is in compliance with all governmental and regulatory requirements.

**LOCATION:** 4290 SANTA ROSA AVENUE       SANTA ROSA, CA   95407

This site is non-exclusive because the zip code territory is shared with Robinson Oil.

**CONDITIONS:**

This site was approved based on the Site Application received by Pacific Pride Services, Inc. The site must have *regular* unleaded, standard #2 diesel fuel, a third product of your choice, *plus* air and water available to all Pacific Pride customers.  The air and water must be provided at no charge to the customers.  A commercial fueling island dedicated for the use of Pacific Pride customers *only*, must be available.

**PACIFIC PRIDE SERVICES, INC.**

**By:** _____

**Title:** _____

**FRANCHISEE**

**By:** _____

**Title:** _____

HOST NAME: _____    HOST #: _____

# PACIFIC PRIDE SERVICES, INC.
## NEW SITE APPLICATION AND APPROVAL

___ **Pacific Pride Site**      ___ **PrideNet Site**      ___ **Captive Site**

1) Please list the *specific* site address of the proposed location: _____
_____ City/State: _____ County: _____

In what **ZIP CODE** territory is the site? _____

\*\*\* **Please submit a copy of your local telephone directory "zip code boundary/*map* page" with this application. If unavailable, a US Postal territory map may be substituted. This map will be used to determine the boundaries of your exclusive site territory.**

2) What is the *proposed* opening date for site? _____

3) Is the new site presently used for automated fueling? _____ Key or Card Lock? _____

4) If so, how long has it been used for automated fueling? _____

5) Do you own the property? _____ Or Lease? _____ If leased, when does the lease expire? _____

6) **Does this site have a dedicated Pacific Pride island, with at least regular unleaded gasoline, standard #2 low sulfur diesel, air/water, *and* a *third* fuel of your choice?     YES _____    NO _____**

**Sites *without* a dedicated island, the *required* fuel products, *or* SmartLock™ equipment will be considered PrideNet sites.**

7) Please list the products available at the site through the **Pacific Pride Network:**

| Product | Yes | No |
|---|---|---|
| No Lead 87 octane *(required)* | | |
| Mid Grade 89 octane | | |
| No Lead Premium 91-92 octane | | |
| Diesel #2 *(required)* | | |
| Premium Diesel | | |
| Other: _____ | | |

\***Please note:** *All* sections **must** be completed in order for your application to be processed.

1 of 4

APPENDIX IV

*Rev. 11/01/02*

Gas _____    Diesel _____

*What is the current freight rate per gallon?* Gas: _____    Diesel: _____

**9) Is the site branded (Chevron, Shell, Texaco, etc.), *or* unbranded? Please list the oil compa brand for each:** Gas _____    Diesel _____

**10) Please list all applicable fees and taxes for this proposed site:**

County:_____    City:_____    State:_____

**11) Is there any *other* business currently operating at this site?** _____ *If yes, please descri* _____ ***If the site is combined w/ret***

*please include a rough sketch of the island configuration and layout.*

**12) Please fill in the following information for those pumps and/or dispensers that are curren or *will* be installed at your proposed Pacific Pride site:**

| Dispenser/ Pump | # of Units | Manufacturer | Mechanical Model #/Name | Electronic (*2) Model #/Name | Console (*3) Make/Model # |
|---|---|---|---|---|---|
| Single Product | | | | | |
| Dual/Single Product | | | | | |
| Dual/Dual Product | | | | | |
| High Speed | | | | | |
| MPD *1 | | | | | |
| Blender *1 | | | | | |
| Other | | | | | |

*1 Blend & Multiple Product Dispensers (MPD's) require Pacific Pride authorization prior to installation. NOTE: Not all MPD equipme compatible with Pacific Pride and PetroVend. Check with your PetroVend Distributor or Pacific Pride for full product restri capability.

*2 NOTE: Not all electronic pumps and dispensers are compatible with Pacific Pride and PetroVend. Check with your PetroVend Distribut Pacific Pride for full product restriction capability.

*3 NOTE: Not all electronic consoles are compatible with Pacific Pride and PetroVend. Check with your PetroVend Distributor or Pacific for full product restriction capability.

**13) Please List Proposed Pacific Pride or PrideNet ID:**

| Pacific Pride ID | Yes |
|---|---|
| 4' X 10' Free-standing, internally lit sign (**REQUIRED** – *except* where local regulations prohibit) or Pacific Pride Canopy Striping and Graphics. | |
| Pacific Pride Pump Stripes -(**REQUIRED** - *except* when Major Oil ID requirements prohibit) | |
| For PrideNet Sites there is no sign or size requirement. However, there can *only* be **one** Pacific Pride sign that can be no larger than 20 inches by 20 inches. | |
| Other: _____ | |

APPENDIX IV

What services will be available at this site (i.e., restroom, oil vending, truck scales, truck wash, truck parking, repair, mechanic, C-Store):

Through Pacific Pride/PetroVend Access:_____

Cash: _____

What is the nearest metropolitan area to this site? _____ How many miles? _____

What is the address *and* city of the nearest Pacific Pride or AmeriNet site(s) to this *proposed* location? a)_____
_____ Distance in miles and the direction? _____
_____ Distance in miles and the direction?_____

## PLEASE INCLUDE A CITY MAP INDICATING THE NEW SITE LOCATION *AND* PLACE ALL EXISTING SITES WITHIN A 10 MILE RADIUS OF THE NEW SITE ON THIS MAP.

Approximately how far is this site from a major highway &/or freeway? Please list highway(s) &/or freeway(s) and once. _____

Please give the dimensions of the property on which the site is operated. _____

Is the site suitable for large trucks? Yes_____ No_____

Does the site meet all governmental and regulatory requirements for operation of a commercial automated fueling

?     Yes_____ No _____

a.   If not, when do you anticipate compliance to be met? _____

b.   What needs to be done before compliance is reached? _____
_____

Name of Equipment Distributor _____ Phone #: _____

## Remember to handle the following items *before* installation of your card system:

Order voice grade *dedicated* phone line for your site, from your local phone company.
If a new franchisee, set-up the installation of your Pacific Pride Controller with Burt, at Pacific Pride.
Review your New Franchisee checklist/time-line to insure all steps have been completed prior to the site "firing".
Order your phone modem from Burt.

APPENDIX IV

3 of 4

THIS FORM MUST BE COMPLETED AND RETURNED TO PACIFIC PRIDE SERVICES, INC **ATTENTION:** CATRINA KERSICH, NOT LESS THAN 90 DAYS *PRIOR* TO ANTICIPATE OPENING DATE.

THE APPLICATION FEE WILL BE APPLIED TO THE $1,500.00 SITE HOOK-UP FEE UPON SIT OPENING, ASSUMING THE SITE IS OPERATIONAL WITHIN 90-DAYS OF APPLICATION. A THE DISCRETION OF PACIFIC PRIDE THE INITIAL APPLICATION FEE OF $500.00 MAY E FORFEITED IF APPROPRIATE SITE DEVELOPMENT HAS NOT BEEN MADE. PLEASE NOT THIS FORM WILL NOT BE PROCESSED UNTIL THE FEE HAS BEEN RECEIVED WITH TE COMPLETED SITE APPLICATION.

Company name/Host #: _____

Authorized Signature: _____
  *Printed name of contact person and phone # for new site application questions:*
  Name: _____  Phone & Fax: _____ / _____

Address: _____

Dated this _____ day of _____, 20_____

**NOTE:**

*If approved,* this application/territory is valid for only 90 days. After 90 days, a status report must be sent Pacific Pride, **attention:** Catrina, indicating progress being made toward bringing the site on-line. *If* written status has been received by our office, Pacific Pride Services, Inc. has the option to terminate th site approval, which would then "re-open" the zip code territory or make it non-exclusive. (See yo Franchise Agreement, Section 3, for specifics). Therefore, it is vital to keep us posted as to your s: progress.

**APPROVAL**

The above application for the proposed site is approved based upon the information provided, and that t site meets all governmental and regulatory requirements for the operation of a commercial automat fueling site prior to the opening date of the site. If there are any changes to this proposed site, please Pacific Pride Services, Inc. know immediately. *Thank you.*

**PACIFIC PRIDE SERVICES, INC.**

by: _____
          Signature

Title: _____

Dated this _____ day of _____, 20_____

APPENDIX IV

APPENDIX V

## COVENANT NOT TO COMPETE

I, _Robert A. Erhele_, covenant that during the term of that certain franchise agreement ("Franchise Agreement") dated _3/1/64_ between Pacific Pride Services, Inc. and _San Francisco Petroleum_ ("Franchisee"), I shall not, either directly or indirectly, for myself or on behalf of, or in conjunction with any other person, persons, partnership or corporation, engage as an owner, partner, director, officer, employee, consultant, agent, franchisee, participant, or in any other capacity in any other business similar to the Pacific Pride System without the written approval of Pacific Pride Services, Inc. Approval is at the sole and arbitrary discretion of Pacific Pride Services, Inc. This provision shall not apply to any interest I may have in other Pacific Pride franchises or an AmeriNet franchise. For the purposes of this Covenant Not to Compete, "similar to the Pacific Pride System" shall mean any system or network of independently owned and operated fueling sites which network provides for the exchange of information between participants so that each participant can bill its own customers for all purchases made by the customer from any site on the system.

I further covenant that during the term of the Franchise Agreement I shall not accept an access card from a network or business similar to PACIFIC PRIDE, other than a card of a Joint User approved by PACIFIC PRIDE or a card required to be accepted by Franchisee's fuel supplier.

I further covenant that I shall not, for a period of two (2) years following the effective date of termination or expiration of the Franchise Agreement or following the sale of the franchise subject to the Franchise Agreement, either directly or indirectly, engage as an owner, partner, director, officer, employee, consultant, salesperson, representative, agent, franchisee, participant, or in any other capacity in any business similar to the Pacific Pride System which is located within Franchisee's Territory as defined by the Franchise Agreement or within the Territory of any Other Franchisee in existence at the time I initiate or engage in a business, as described above, similar to the Pacific Pride System, except that I may be involved with another business operated under a valid franchise agreement with Pacific Pride Services, Inc. or JMT, Inc.

I further covenant that I shall not divert, or attempt to divert, any business of, or any customers of, any other Pacific Pride franchisees or AmeriNet franchisees to any other competitive establishment similar to the Pacific Pride System, by direct or indirect inducement or otherwise; employ, or seek to employ, any person employed by Pacific Pride Services, Inc. or any other person who is at that time operating or employed by any other Franchisee, or otherwise directly or indirectly induce such persons to leave their employment.

Consideration for this Covenant Not to Compete is the inducement of Pacific Pride Services, Inc. to enter into a Franchise Agreement with Franchisee and other consideration as set forth in the Franchise Agreement.

Dated this _1st_ day of _March_ , _2004_.

_[signature]_

# SUPPLEMENTAL FRANCHISE AGREEMENT
# FOR PRIDENET SITES

THIS SUPPLEMENTAL AGREEMENT is made and entered into between PACIFIC PRIDE SERVICES, INC., an Oregon corporation, hereinafter referred to as "PACIFIC PRIDE" and *San Francisco Pet. Co.*, hereinafter referred to as "FRANCHISEE", and is supplemental to the Plan A Franchise Agreement dated *03/01/04*, between the same parties hereinafter referred to as "Franchise Agreement". This Supplemental Agreement is incorporated as part of the Franchise Agreement and shall automatically terminate or expire upon the termination or expiration of the Franchise Agreement.

## SECTION 1. DEFINITIONS

A.    The definitions in the Franchise Agreement apply to this Supplemental Agreement.

B.    "Actively operate" shall mean operating a PrideNet Site which is open for business and meets all the requirements of this Supplemental Agreement.

C.    "Motor fuel" shall mean gasoline, gasohol, diesel, compressed natural gas, reformulated gasoline, propane, other alcohol-blended fuels and any other product capable of being used as a fuel for the propulsion of a motor vehicle.

## SECTION 2. PREAMBLE

PACIFIC PRIDE has established the PACIFIC PRIDE System through the granting of franchises which allow customers of one franchise to purchase fuel and oil from other System Participants, while being billed by the franchisee for the purchase. A PACIFIC PRIDE Site must meet certain requirements and standards, including without limitation minimum size standards and the requirement of the sale of at least two grades of gasoline plus diesel. PACIFIC PRIDE franchisees have caused PACIFIC PRIDE to recognize a need to allow a franchisee to have sites as part of the PACIFIC PRIDE System which may not meet all of the requirements and standards of a PACIFIC PRIDE Site, but which can still offer a valuable service alternative to the customers. In response to this need, PACIFIC PRIDE has agreed to allow a franchisee who has at least one operational PACIFIC PRIDE Site and who enters into a Supplemental Agreement to operate a site which does not meet all of the PACIFIC PRIDE Site standards, which sites shall be called PrideNet Sites. The requirements for a PrideNet Site are set forth herein. In order to eliminate confusion between a PACIFIC PRIDE Site and a PrideNet Site, a PrideNet Site shall not use any PACIFIC PRIDE signs or other "PACIFIC PRIDE" identification except as allowed in this Supplemental Agreement.

## SECTION 3. EXPANSION OF GRANT OF FRANCHISE TO INCLUDE PRIDENET SITES

A.    Subject to the provisions of this Supplemental Agreement and the Franchise Agreement, PACIFIC PRIDE grants to FRANCHISEE the right to operate PrideNet Sites at any location which are not within the exclusive Territory of other PACIFIC PRIDE franchisees, provided FRANCHISEE has a minimum of one PACIFIC PRIDE Site in operation at all times. PACIFIC PRIDE further grants a license to FRANCHISEE to use the PrideNet Marks in the operation thereof according to the terms of this Supplemental Agreement.

EXHIBIT L-1

B.    The grant of the right to operate PrideNet Sites is nonexclusive and is subject to termination according to the terms of this Supplemental Agreement.

C.    Continuation of FRANCHISEE'S right to use the PrideNet Marks and operate a PrideNet Site is dependent upon FRANCHISEE performing FRANCHISEE'S duties and obligations which include the operation of at least one PACIFIC PRIDE Site within FRANCHISEE'S Territory.

D.    FRANCHISEE shall not have the right to use the PACIFIC PRIDE Marks at its PrideNet Sites, except that it may have one sign no larger than twenty inches by twenty inches which indicates that the PACIFIC PRIDE Access Cards are accepted.

E.    The term of this Supplemental Agreement shall correspond with the term of the Franchise Agreement unless sooner terminated as provided in Section 13 of this Supplemental Agreement.

## SECTION 4. SITE REQUIREMENTS, LOCATION AND RELATED FEES

A.    PrideNet Site Requirements.    Except as specified below, the same standards and requirements for a PACIFIC PRIDE Site apply to a PrideNet Site:

1.    A PrideNet Site has no minimum size requirements.

2.    A PrideNet Site is required to have for sale a minimum of one of the motor fuels listed in Section 9, C, 2 of this Supplemental Agreement.

3.    A PrideNet Site is not required to have, although it may have, pump islands dedicated solely to PACIFIC PRIDE customers, unless federal or state law requires such. FRANCHISEE acknowledges that the United States Department of Commerce (DOC) may, in the future, require dedicated pumps.

4.    A PrideNet Site is required to be open on a regular and continuous basis, but is not required to be open 365 days a year, 24 hours a day.

B.    PrideNet Site Locations.    At any time after a PACIFIC PRIDE Site is operational within FRANCHISEE'S Territory, FRANCHISEE may apply for written approval of PACIFIC PRIDE for a PrideNet Site in any location except within a territory of another PACIFIC PRIDE franchisee. FRANCHISEE shall complete and submit a New Site Application and Approval Form, a copy of which is attached to the Franchise Agreement as Appendix IV, along with a $500.00 application fee. PACIFIC PRIDE, in its sole and absolute discretion, shall grant approval based on compatibility with the neighborhood, availability of other PACIFIC PRIDE Sites and PrideNet Sites, suitability of the Zip Code Area for a PACIFIC PRIDE Site, and available prospects for a new franchise in that Zip Code Area. Requests for a PACIFIC PRIDE Site shall be given priority over a PrideNet Site. PACIFIC PRIDE reserves the right to continue to market the Zip Code Area in which a PrideNet Site is located as being available for a PACIFIC PRIDE exclusive territory. Approval shall further be conditioned upon obtaining full compliance with governmental and regulatory requirements. FRANCHISEE may not open the new PrideNet Site until in compliance with all governmental and regulatory requirements have been met. FRANCHISEE's right to operate a PrideNet Site is conditioned upon FRANCHISEE having at least one PACIFIC PRIDE Site in operation at all times.

C.    Site Hook-up Fee. FRANCHISEE is not limited by this Supplemental Agreement as to the number of PrideNet Sites it may operate, however each PrideNet Site must be approved by PACIFIC PRIDE as described in Paragraph B above. A PrideNet Site hook-up fee of $1,500.00 per site shall be paid to PACIFIC PRIDE for each PrideNet Site. If the new Site is opened within 90 days of the date of approval, the $500.00 application fee shall be applied to the hook-up fee. The hook-up fee shall be payable at the time the PrideNet Site is approved by PACIFIC PRIDE. The PACIFIC PRIDE proprietary chip required for the automated fueling equipment shall not be released until such time that the PrideNet Site hook-up fee is paid by FRANCHISEE. The Site hook-up fee is charged to cover expenses incurred by PACIFIC PRIDE in conjunction with incorporating the new site with the PACIFIC PRIDE System. It is understood that this fee is fully earned by PACIFIC PRIDE at time of payment is not refundable.

## SECTION 5. PROPRIETARY MARKS

A.    The trademark, service mark and trade name licensed to FRANCHISEE by this Supplemental Agreement is the word "PRIDENET" and "PACIFIC PRIDENet". The PrideNet mark was registered with United States Patent and Trademark Office in 1994, Serial No. 74/160719, Class 37, Registration No. 1827028. The "PACIFIC PRIDENet" mark was registered with the U. S. Patent and Trademark Office in 1994, Serial No. 74/160487, Class 37, Registration No. 1827012. The PrideNet Marks have been used in conjunction with the PACIFIC PRIDE System since June 1991. A reproduction of the PrideNet Marks is attached to the Franchise Agreement as Appendix III.

B.    FRANCHISEE acknowledges that the names, "PRIDENET" and "PACIFIC PRIDENet" are valid service marks owned solely by PACIFIC PRIDE and that only PACIFIC PRIDE and its designated franchisees have the right to use such service marks along with all ancillary signs, symbols or other indicia used in connection or conjunction with the PrideNet Marks. FRANCHISEE further acknowledges that valuable goodwill is attached to such service marks and trade names, and that it will use them only in the manner and to the extent specifically set forth in this Supplemental Agreement.

C.    FRANCHISEE understands and agrees that its license under this Supplemental Agreement for use of the PrideNet Marks is nonexclusive, and that PACIFIC PRIDE, in its sole discretion, has the right itself to operate businesses under the PrideNet Marks, and to grant other licenses in and to such PrideNet Marks on any terms and conditions PACIFIC PRIDE deems fit, subject to the provisions of Section 3, D of the Franchise Agreement.

D.    FRANCHISEE shall only use the PrideNet Marks at its PrideNet Sites and in its related advertising. Except as allowed by Section 3, D of this Supplemental Agreement, FRANCHISEE shall not use or display the PACIFIC PRIDE Marks at a PrideNet Site.

E.    The provisions of Section 6, H through Q of the Franchise Agreement apply to FRANCHISEE and its license to use the PrideNet Marks hereunder.

## SECTION 6. CONFIDENTIAL PACIFIC PRIDE OPERATIONS MANUAL

The Operations Manual shall contain all minimum standards and requirements for a PrideNet Site.

## SECTION 7. STANDARDS OF QUALITY

A.    FRANCHISEE recognizes that it is essential to the success of the PACIFIC PRIDE

EXHIBIT L-3

System that minimum uniform standards of quality and appearance be maintained. FRANCHISEE therefore agrees, as part of the consideration for this Supplemental Agreement, that it shall display in a manner prescribed in the Operations Manual, the PrideNet Marks which identify the site as a PrideNet Site, available to all Accounts. Notwithstanding certain minimum standards required herein, FRANCHISEE acknowledges that PACIFIC PRIDE does not participate in the day to day operation of FRANCHISEE'S PrideNet Sites.

FRANCHISEE shall at all times dispense, sell, or offer for sale from its PrideNet Sites to all Accounts who are in good standing, such products as required by Section 9, C of this Supplemental Agreement. PACIFIC PRIDE has developed certain minimum quality standards and specifications for specified products, construction, equipment, and other materials to which FRANCHISEE is required to comply. These standards and specifications are set forth in the Operations Manual. PACIFIC PRIDE reserves the right to change the quality standards and specifications for any product it deems necessary to do so.

If requested by FRANCHISEE, PACIFIC PRIDE will offer the names of vendors for any equipment, inventory, supplies, or other material necessary for the operation of a PrideNet Site. Except as specified in Section 11 of the Franchise Agreement, FRANCHISEE is not obligated to purchase from these vendors, provided the products purchased by FRANCHISEE meet the required specifications set forth in the Operations Manual.

B.     FRANCHISEE shall be required to have either the Petro Vend Fuel Management System or the SmartLock™ System in accordance with specifications established by PACIFIC PRIDE at each PrideNet Site, which equipment shall be purchased only from authorized Petro Vend distributors or Comdata, respectively.

C.     A PrideNet Site shall accept all PACIFIC PRIDE Optical Cards. A PrideNet Site may accept PACIFIC PRIDE Magnetic Cards, only if the SmartLock ™ System is installed at the PrideNet Site.

## SECTION 8.  PRIDENET FEES

A.     PrideNet Sites are subject to the fees, payments, royalties and other charges owed to and from System Participants as set forth in the Franchise Agreement.

B.     In addition to the fees described above, FRANCHISEE shall pay to PACIFIC PRIDE a PrideNet Site fee of $0.02 per gallon for each Foreign Sale of fuel purchased at each PrideNet Site with a PACIFIC PRIDE Optical Card and PACIFIC PRIDE Magnetic Stripe Card.

C.     Transactions occurring at a PrideNet Site shall be routed through the PACIFIC PRIDE System, and the payment of all fees relating to the PrideNet Site, including without limitation the PrideNet Site fee, shall be paid through the netting process set forth in the Franchise Agreement, particularly in Section 13,A.

## SECTION 9.  OBLIGATIONS

A.     The opening of a PrideNet Site shall be treated by PACIFIC PRIDE the same as an opening of an additional PACIFIC PRIDE Site, and the same obligations of PACIFIC PRIDE and of

EXHIBIT L-4

FRANCHISEE as described in Section 14 of the Franchise Agreement shall apply, except as otherwise stated in this Supplemental Agreement.

B.    FRANCHISEE recognizes its obligations to perform the following duties prior to the opening of a PrideNet Site:

1.    FRANCHISEE shall furnish the name, address, telephone number, birth date and social security number of FRANCHISEE'S manager of each of its PrideNet Sites, if FRANCHISEE has designated a manager other than itself.

2.    FRANCHISEE shall not develop a site for use as a PrideNet Site without having an operational PACIFIC PRIDE Site and without the prior approval by PACIFIC PRIDE.

3.    FRANCHISEE shall acquire all necessary equipment, supplies and inventory which meet the specifications as set forth in the Operations Manual to operate a PrideNet Site.

C.    FRANCHISEE recognizes the following duties and obligations it must perform during the operation of its Franchise:

1.    FRANCHISEE shall operate each PrideNet Site on a regular and continuous basis at all times, for the benefit of all PACIFIC PRIDE customers unless circumstances such as fire, earthquake, flood or other situation beyond the control of FRANCHISEE prevent the safe operation of the site, or prior approval has been obtained from PACIFIC PRIDE.

2.    A PrideNet Site shall be adequately supplied at all times with one or more of the products listed below. These products shall comply with the applicable industry and governmental standards and specifications including the following:

| PRODUCT* | MINIMUM OCTANE** |
|---|---|
| Regular unleaded gasoline | 87 |
| Mid-grade unleaded gasoline | 89 |
| Premium unleaded gasoline | 91 |
| No. 2 Low Sulfur Diesel | -ASTM D975 (most recent issue) |
| Premium Diesel | (most recent issue) |
| Other motor fuel as approved by PACIFIC PRIDE | |

*    PACIFIC PRIDE reserves the right to change the product supply requirements and product specifications as it deems necessary.

**   Octane equals $(R + M)/2$. If the proper octane is not available, Franchisor may amend the requirement on a case by case basis.

3.    PrideNet Sites, may have, but are not required to have separate island pumps

EXHIBIT L-5

dedicated solely for use of PACIFIC PRIDE Accounts unless the federal and/or state law or regulations require separate islands.

4.   FRANCHISEE acknowledges that subject to the terms of this Supplemental Agreement and Franchise Agreement, it may locate a PrideNet Site in any Zip Code Area, except in the Territory of another PACIFIC PRIDE franchisee.

## SECTION 10. TERM AND RENEWAL

A.   <u>Term</u>. This Supplemental Agreement shall be effective and binding from the date of its execution and shall continue until the expiration or termination of the Franchise Agreement.

B.   <u>Renewal</u>. At the end of the term, if FRANCHISEE has faithfully observed and performed all its obligations hereunder and if FRANCHISEE has renewed its Franchise Agreement, FRANCHISEE may renew this Supplemental Agreement for a concurrent term with the Franchise Agreement, provided as follows:

1.   FRANCHISEE has given PACIFIC PRIDE written notice of its desire to renew the Supplemental Agreement not less than 15 months nor more than 18 months prior to the expiration of the Franchise Agreement. PACIFIC PRIDE shall give FRANCHISEE written notice within 90 days after receipt of FRANCHISEE's notice to renew of any deficiencies in FRANCHISEE's operation of its PrideNet Sites which could cause PACIFIC PRIDE not to renew the Supplemental Agreement. Such notice shall state what actions FRANCHISEE must take to correct the deficiencies in FRANCHISEE's operation and shall specify the time period in which FRANCHISEE must correct the deficiencies;

2.   FRANCHISEE has complied with all of the terms and conditions of this Supplemental Agreement and the Franchise Agreement;

3.   FRANCHISEE, at its expense, has made such reasonable capital expenditures necessary to remodel, modernize and redecorate FRANCHISEE's PrideNet Sites and to replace and modernize the fixtures, equipment and signage used at FRANCHISEE's PrideNet Sites so that these sites reflect the then current physical appearance of new PrideNet Sites; and

4.   FRANCHISEE executes the standard supplemental agreement and any ancillary agreements then customarily used by PACIFIC PRIDE in the granting of renewal of the Supplemental Agreement, with appropriate modifications to reflect the fact that the agreement relates to the grant of a renewal Supplemental Agreement. All charges on a reoccurring basis shall be based on the then current charges of PACIFIC PRIDE under supplemental agreements then being granted.

C.   If FRANCHISEE fails to timely give PACIFIC PRIDE the required notice to renew, the Supplemental Agreement shall automatically expire at the end of the term of the Franchise Agreement. If FRANCHISEE gives PACIFIC PRIDE notice to renew after the time period for notice is over, PACIFIC PRIDE may elect to not accept such notice and may not renew the Franchise by giving written notice of the election not to renew to FRANCHISEE within 30 days after receipt of the late notice to renew.

EXHIBIT L-6

D.    Failure by FRANCHISEE and its owners to sign all agreements required for renewal of a Supplemental Agreement within 90 days after delivery thereof to FRANCHISEE shall be deemed an election by FRANCHISEE not to renew the Franchise Agreement.

E.    If by operation or effect of law PACIFIC PRIDE is required to continue its relationship established hereunder with FRANCHISEE beyond the term specified in Section 10.A. above and the parties to the Agreement do not extend or renew this Franchise by written instrument, then the term of the Agreement shall be extended on a month to month basis on the same terms and conditions as provided in the then current supplemental agreement, which shall be subject to termination under the provisions of the then current supplemental agreement.

F.    FRANCHISEE acknowledges and agrees that the terms of the standard supplemental agreement then being used by PACIFIC PRIDE may contain materially different terms than this Agreement, including but not limited to increased fees.

## SECTION 11.  WITHDRAWAL OF APPROVAL OF PRIDENET SITE

A.    <u>Withdrawal of Approval of PrideNet Site by PACIFIC PRIDE</u>.  PACIFIC PRIDE, in its discretion, instead of terminating the Supplemental Agreement, may withdraw its approval of a PrideNet Site, at any time, if any of the following occurs:

1.    FRANCHISEE fails to actively operate a PrideNet Site because of an event such as fire, flood, earthquake or other similar causes beyond FRANCHISEE's control, and FRANCHISEE fails to actively operate the PrideNet Site 90 days after the event or fails to obtain approval from PACIFIC PRIDE not to actively operate the PrideNet Site;

2.    FRANCHISEE fails to open a PrideNet Site within 90 days after approval of the PrideNet Site is granted by PACIFIC PRIDE, unless FRANCHISEE requests an extension in writing and PACIFIC PRIDE grants the extension;

3.    FRANCHISEE fails to actively operate a PrideNet Site for a period of 5 consecutive days unless the failure is due to fire, flood, earthquake or other similar causes beyond FRANCHISEE's control or a prior approval is obtained from PACIFIC PRIDE;

4.    FRANCHISEE surrenders or transfers control of the operation of the PrideNet Site without prior approval from PACIFIC PRIDE;

5.    FRANCHISEE commits and fails to promptly cure a default specifically related to a PrideNet Site, under any provision of the Franchise Agreement or this Supplemental Agreement after 30 days written notice to cure;

6.    FRANCHISEE fails or refuses to comply with any mandatory specification, standard, or operating procedure prescribed by PACIFIC PRIDE relating to the cleanliness or sanitation of the PrideNet Site or violates any health, safety or sanitation law, ordinance or regulation, and does not correct such failure or

EXHIBIT L-7

refusal within 72 hours after written notice thereof is delivered to FRANCHISEE; or

7.    FRANCHISEE makes an unauthorized assignment of the PrideNet Site or fails to assign the interest in the site of a deceased or disabled principal owner thereof, as required by this Supplemental Agreement.

B.    <u>Closure of PrideNet Sites Upon Withdrawal of Approval</u>. Upon receipt of written notice from PACIFIC PRIDE that it has withdrawn approval of a PrideNet Site, FRANCHISEE shall be required to close the PrideNet Site within 30 days of receipt of the notice.

C.    <u>Remaining PrideNet Sites</u>. If approval of a PrideNet Site is withdrawn under the terms of this Supplemental Agreement, all provisions of this Supplemental Agreement and the Franchise Agreement shall remain in full force and effect for FRANCHISEE's remaining PrideNet Sites.

D.    <u>Rights and Duties of Parties Upon Withdrawal or Closure of a PrideNet Site</u>. In the event approval of a PrideNet Site is withdrawn by PACIFIC PRIDE or a PrideNet Site is closed by FRANCHISEE for whatever reason, FRANCHISEE shall have the same obligations and duties for its PrideNet Sites as required for the closure of PACIFIC PRIDE Sites as set forth in Section 19, B, 1 of the Franchise Agreement. For purposes of this paragraph, all references to "PACIFIC PRIDE Sites" in Section 19, B, 1 of the Franchise Agreement shall mean "PrideNet Sites" and all references to "PACIFIC PRIDE Marks" shall mean "PrideNet Marks".

E.    <u>Failure to Close PrideNet Site</u>. If FRANCHISEE fails to close a PrideNet Site as required above, PACIFIC PRIDE shall have the right to invalidate the use of all PACIFIC PRIDE Access Cards at that Site.

## SECTION 12. FIRST RIGHT OF REFUSAL

Prior to PACIFIC PRIDE granting an exclusive territory to a new or existing PACIFIC PRIDE franchisee in a Zip Code Area in which FRANCHISEE has a PrideNet Site, PACIFIC PRIDE shall offer FRANCHISEE, in writing, the right to enter into another Franchise Agreement with PACIFIC PRIDE which grants FRANCHISEE the Zip Code Area as an exclusive territory and requires FRANCHISEE to open a PACIFIC PRIDE Site in that Zip Code Area. FRANCHISEE shall have 45 days from the date the offer is received to accept PACIFIC PRIDE'S offer, in writing, and to submit a New Site Application and Approval Form for a PACIFIC PRIDE Site to PACIFIC PRIDE. If at the expiration of the 45 day period, PACIFIC PRIDE has not received FRANCHISEE'S written acceptance and the New Site Application and Approval Form, PACIFIC PRIDE may grant the Zip Code Area as an exclusive territory to a new or existing PACIFIC PRIDE franchisee.

## SECTION 13. TERMINATIONS AND DEFAULTS

A.    <u>Termination of Franchise Agreement</u>. If the Franchise Agreement is terminated by PACIFIC PRIDE or FRANCHISEE for any reason, this Supplemental Agreement shall also terminate.

B.    <u>Termination of Zip Code Area within Territory of a Plan A FRANCHISEE</u>. If any Zip Code Area within the Territory of a Plan A FRANCHISEE is terminated by PACIFIC PRIDE or FRANCHISEE, FRANCHISEE may continue to have PrideNet Sites in that Zip Code Area provided the

<div align="center">EXHIBIT L-8</div>

Franchise Agreement is still in effect, and subject to the Zip Code Area being granted to a new or existing PACIFIC PRIDE franchisee pursuant to the terms of Section 12 above.

C.    Termination of Supplemental Agreement by FRANCHISEE.    FRANCHISEE may for any reason terminate this Supplemental Agreement without terminating the Franchise Agreement upon furnishing 30 days written notice to PACIFIC PRIDE.

D.    Termination of Supplemental Agreement by PACIFIC PRIDE.    PACIFIC PRIDE may terminate the Supplemental Agreement, effective upon delivery of notice of termination to FRANCHISEE if any of the following events occur:

1.    FRANCHISEE fails to operate its only PACIFIC PRIDE Site within FRANCHISEE's Territory for more than 5 days without the consent of PACIFIC PRIDE;

2.    FRANCHISEE fails to open a PrideNet Site within 90 days after the date of execution of this Supplemental Agreement;

3.    FRANCHISEE commits and fails to promptly cure a default specifically related to a PrideNet Site, under any provision of the Franchise Agreement or this Supplemental Agreement after 30 days written notice to cure; or

4.    Any of the events described in Section 20, A,2b and A, 2d through m; and A, 3, a, b and c of the Franchise Agreement.

E.    If the Supplemental Agreement is terminated under this Section, the Franchise Agreement shall remain in full force and effect.

F.    Rights and Duties of Parties.    In the event the Supplemental Agreement expires or is terminated for whatever reason, FRANCHISEE shall have the same obligations and duties for all of its PrideNet Sites as required for the closure of PACIFIC PRIDE Sites as set forth in Section 19, B, 1 of the Franchise Agreement and PACIFIC PRIDE shall have all rights as set forth in Section 19, B, 2.  For purposes of this paragraph, all references to "PACIFIC PRIDE Sites" in Section 19, B, 1 of the Franchise Agreement shall mean "PrideNet Sites" and all references to "PACIFIC PRIDE Marks" shall mean "PrideNet Marks".

## SECTION 14.  REMEDIES UPON DEFAULT

Upon a default of the Supplemental Agreement by either party, the nondefaulting party shall have the same rights and remedies provided to that party in Section 22 of the Franchise Agreement for a default of the Franchise Agreement.

## SECTION 15.  SALE AND ASSIGNMENT

FRANCHISEE shall not sell, assign or transfer its interest in this Supplemental Agreement without also selling, assigning or transferring its interest in its Franchise Agreement to the same party, unless the buyer, assignee or transferee is another PACIFIC PRIDE franchisee.  The terms and conditions

of Sale and Assignment in Section 23 of the Franchise Agreement shall apply to any sale or assignment of this Supplemental Agreement.

## SECTION 16.  COMMENCEMENT OF OPERATION

FRANCHISEE recognizes an obligation to actively operate its first PrideNet Site not later than 90 days after execution of this Supplemental Agreement, unless FRANCHISEE requests an extension in writing, and PACIFIC PRIDE grants the extension.

## SECTION 17.  APPLICATION OF TERMS OF FRANCHISE AGREEMENT

Nothing in this Supplemental Agreement changes or modifies the terms and conditions of the Franchise Agreement as it relates to PACIFIC PRIDE Sites.  In addition, all terms and conditions of the Franchise Agreement are applicable to PrideNet Sites and this Supplemental Agreement, unless otherwise specifically stated in this Supplemental Agreement.

IN WITNESS WHEREOF, FRANCHISEE, intending to be legally bound hereby, has duly executed this Supplemental Agreement in duplicate, upon the understanding that the Supplemental Agreement is not valid until it is executed in the State of Oregon by PACIFIC PRIDE, upon which date the Supplemental Agreement becomes effective.

DATE: _____03/01/04_____

FRANCHISOR
PACIFIC PRIDE SERVICES, INC.

BY:_____
   Authorized Officer, Franchisor

DATE: _____3-1-04_____

FRANCHISEE
_SAN FRANCISCO PETROLEUM_
(Corporate Name of Franchisee)
BY:_____
   Authorized Officer, Franchisee
   Title: _President_
OR

_____
(Individual)
OR

_____
(Partnership Name of Franchisee)

_____
Partner of Franchisee

_____
Partner of Franchisee

_____
(Name of Limited Liability Company)
BY:_____
      Authorized Member

EXHIBIT L-10

# Exhibit B
### to the Declaration of Cynthia R. Condon

THIS MANUAL HAS BEEN PREPARED FOR THE EXCLUSIVE USE OF PACIFIC PRIDE FRANCHISEES AND THEIR EMPLOYEES. IT IS A VIOLATION OF THE PACIFIC PRIDE FRANCHISE AGREEMENT AND COPYRIGHT LAW TO COPY, IN ANY MANNER, THE CONTENTS OF THIS MANUAL OR TO DIVULGE THE CONTENTS TO ANYONE WHO IS NOT A PACIFIC PRIDE FRANCHISEE OR EMPLOYEE THEREOF. DO NOT COPY THIS MANUAL OR ANY PART OF IT WITHOUT THE EXPRESS WRITTEN PERMISSION OF PACIFIC PRIDE SERVICES.

COPYRIGHT© By Pacific Pride Services, Inc., 2001. All rights reserved. No part of this publication may be reproduced, transmitted, transcribed, stored in a retrieval system, or translated into any language, in any form, by any means, without the written permission of Pacific Pride Services, Inc.

# TABLE OF CONTENTS

## CHAPTER 1 – INTRODUCTION

Section 1: Operations Manual ............................................................................. 1-1
Section 2: Personnel............................................................................................ 1-2
Section 3: Brief History ....................................................................................... 1-4
Section 4: Advantages of Networking.................................................................. 1-4
Section 5: Networking with Strategic Partners..................................................... 1-5
Section 6: Learning a New Language .................................................................. 1-6
Section 7: Fees.................................................................................................... 1-10
Section 8: Signs and Brochures .......................................................................... 1-10
Section 9: Services .............................................................................................. 1-10

## CHAPTER 2 - GETTING STARTED

Section 1: The Franchise Agreement is Signed, The Site Approved .................... 2-1
Section 2: Site Application and Approval.............................................................. 2-2
Section 3: Leased Sites ....................................................................................... 2-3
Section 4: Government Rules and Regulations..................................................... 2-4
Section 5: Letter of Credit, Bond, or Cash Deposit as Security ........................... 2-6
Section 6: Insurance ............................................................................................ 2-6
Section 7: Electronic Funds Transfer – The Only Way to Pay.............................. 2-7

## CHAPTER 2 EXHIBITS

2A.    Pacific Pride Timeline Checklist................................................................2A-1
2B.    Directory Information Sheet ......................................................................2B-1
2C.    New Site Application and Approval Form ..................................................2C-1
2D.    Fire Marshal Rules and Regulations Letter ..............................................2D-1
2E.    ORS 480.315 to 480.385 and Safety Training Brochure ...........................2E-1
2F.    Training Responsibility Certification..........................................................2F-1
2G.    Sample Bond and Irrevocable Standby Letter of Credit ............................2G-1
2H.    Sample Certificate of Insurance...............................................................2H-1
2I.    EFT Authorization Forms..........................................................................2I-1

## CHAPTER 3 - SITE PREPARATION AND EQUIPMENT

Section 1:  Prepare Your Site Plans ................................................................... 3-1
Section 2:  Necessary Permits............................................................................ 3-2
Section 3:  Necessary Equipment........................................................................ 3-2
Section 4:  Comdata SmartLock™ System ......................................................... 3-2
Section 5:  Ordering Your Comdata SmartLock™ System ................................... 3-3
Section 6:  Selecting a SmartLock™ Equipment Contractor ............................... 3-5
Section 7:  SmartLock™ Frequently Asked Questions......................................... 3-5
Section 8:  Storage Tanks ................................................................................... 3-6
Section 9:  Pacific Pride Site Requirements ........................................................ 3-6
Section 10: Pacific Pride Equipment Requirements .............................................. 3-8

Section 11: Pacific Pride Site Recommendations ................................................ 3-12
Section 12: Additional Amenities at Your Pacific Pride Site ............................... 3-13
Section 13: National Buying Prices ..................................................................... 3-13

## CHAPTER 3 EXHIBITS

3A.    Pacific Pride Required Signage ............................................................... 3A-1
3B.    Pacific Pride Signage Starter Kit ............................................................. 3B-1
3C.    Map and Supplies Order Forms ............................................................. 3C-1
3D.    Signage and Brochure Catalog ............................................................. 3D-1

## CHAPTER 4 - SIGNING SPECIFICATIONS

Section 1: General Information ............................................................................. 4-1
Section 2: Building and Canopy ID and Signs ..................................................... 4-1
Section 3: Vinyl Specifications for Buildings, Canopy and Signs ........................ 4-2
Section 4: Paint Specifications for Buildings and Canopy ................................... 4-3
Section 5: Color Specifications for Illuminated Signs .......................................... 4-3
Section 6: Printed Material Specifications ............................................................ 4-4

## CHAPTER 4 EXHIBITS

4A.    Product Decal Installation Instructions ................................................... 4A-1
4B.    Internally Lit Sign Installation & Color Information ................................. 4B-1
4C.    Freight Receiving Instructions for Pacific Pride Signs ........................... 4C-1
4D.    Camera-Ready Logo Sheet ..................................................................... 4D-1

## CHAPTER 5 - QUALITY STANDARDS FOR PRODUCTS

Section 1: Quality Standards ................................................................................ 5-1
Section 2: Winterization ....................................................................................... 5-2
Section 3: Background Information for Winterizing Diesel Fuel ............................ 5-2
Section 4: Additives ............................................................................................. 5-4
Section 5: Diesel Blends ...................................................................................... 5-4

## CHAPTER 5 EXHIBITS

5A.    Winterization Worksheet .......................................................................... 5A-1

## CHAPTER 6 - SITE START-UP

Section 1: Site Start-Up ....................................................................................... 6-1
Section 2: Pacific Pride Fire-Up and Check-Out .................................................. 6-1
Section 3: System Parameters ............................................................................. 6-2
Section 4: Pacific Pride Network Configuration ................................................... 6-2
Section 5: Trouble-Shooting Your System ........................................................... 6-2
Section 6: 24-Hour Technical Service .................................................................. 6-3

## CHAPTER 6 EXHIBITS

6A.    Site Start-Up Checklist ............................................................................ 6A-1
6B.    Pacific Pride Network C/OPT SmartLock™ Configuration ..................... 6B-1
6C.    Petro Vend Installation Tips .................................................................... 6C-1

6D.    Pacific Pride Controller Pre-Installation Checklist..............................................6D-1
6E.    Flow Charts and Termination Codes ........................................................6E-1

## CHAPTER 7 - INTER-COMPANY TRANSFER PRICE AND BILLING
Section 1: Inter-Company Transfer Pricing.......................................................... 7-1
Section 2: The Inter-Company Billing .................................................................. 7-3
Section 3: Fuel Taxes .......................................................................................... 7-5
Section 4: Sales Taxes ........................................................................................ 7-7

## CHAPTER 7 EXHIBITS
7A.    Inter-Company Transfer Prices...........................................................7A-1
7B.    Example of Inter-Company Billing ......................................................7B-1
7C.    Tax Rates .............................................................................................7C-1
7D.    State Motor Fuel Tax Administration Addresses and Telephone Numbers.......7D-1

## CHAPTER 8 - PACIFIC PRIDE ACCESS CARDS
Section 1: Pacific Pride Access Cards................................................................. 8-1
Section 2: Ordering Cards ................................................................................... 8-3
Section 3: Invoices for Access Cards ................................................................. 8-3
Section 4: Pacific Pride Optically Read Access Cards ....................................... 8-4
Section 5: Using a Single-Card System.............................................................. 8-5
Section 6: Using a Two-Card System.................................................................. 8-5
Section 7: Product and Quantity Restriction ....................................................... 8-6

## CHAPTER 8 EXHIBITS
8A.    Example of Invoice Detail Report .......................................................8A-1
8B.    Sample Card Order Forms ..................................................................8B-1
8C.    Instructions for Ordering Access Cards .............................................8C-1

## CHAPTER 9 - MAINTENANCE, RECONCILIATION & INSPECTIONS
Section 1: Site Maintenance................................................................................ 9-1
Section 2: Fuel Spills .......................................................................................... 9-1
Section 3: Card Reader Maintenance ................................................................. 9-2
Section 4: Volume and Checks ........................................................................... 9-4
Section 5: Annual Inspection Report ................................................................... 9-4
Section 6: Incident Report Procedures ............................................................... 9-4

## CHAPTER 9 EXHIBITS
9A.    Pacific Pride Annual Inspection Report ..............................................9A-1
9B.    Incident Report Procedures ................................................................9B-1

## CHAPTER 10 - PACIFIC PRIDE MARKETING
Section 1:  How To Do It Right ............................................................................ 10-1
Section 2:  Developing Your Pacific Pride Marketing Plan .................................. 10-1
Section 3:  A Dedicated Sales Force ................................................................... 10-3
Section 4:  Hiring the Perfect Sales Representative............................................ 10-3

Section 5:   Compensation...A Decision Only You Can Make ................................. 10-5
Section 6:   Before the Site Opens ............................................................. 10-6
Section 7:   The Real Stuff - Marketing ........................................................ 10-8
Section 8:   There are Some Marketing Rules................................................. 10-13
Section 9:   Maintaining Your Accounts ....................................................... 10-19
Section 10: Refusing Accounts..................................................................... 10-19
Section 11: Strategies for Pricing ................................................................ 10-20
Section 12: Advertising ............................................................................. 10-21
Section 13: Designing Your Billing System.................................................... 10-23
Section 14: Choosing a Billing System......................................................... 10-25
Section 15: NOW, IT'S UP TO YOU............................................................. 10-26

## CHAPTER 10 EXHIBITS

10A.     Sales Training Manual................................................................... 10A-1
10B.     Sample Press Releases ................................................................ 10B-1
10C.     Standard Industrial Code (SIC) Numbers ........................................ 10C-1
10D.     North American Industry Classification (NAICS) Numbers .................. 10D-1
10E.     Pacific Pride Ad Slicks .................................................................. 10E-1
10F.     Radio Ads .................................................................................. 10F-1
10G.     Media Guidelines......................................................................... 10G-1
10H.     Billing Software Providers ............................................................. 10H-1
10I.     Sample Billing ............................................................................. 10I-1

## CHAPTER 11 - PACIFIC PRIDE WEB SITE: www.pacificpride.com

Section 1:   Introduction to the Web Site ...................................................... 11-2
Section 2:   Pacific Pride Home Page............................................................ 11-2
Section 3:   Locations Directory.................................................................. 11-3
Section 4:   Text Search Page .................................................................... 11-3
Section 5:   Map Link Page........................................................................ 11-4
Section 6:   Fueling Site Details Page .......................................................... 11-4
Section 7:   Interactive Map Search (MapQuest™) Page................................. 11-4
Section 8:   New Sites Button ..................................................................... 11-4
Section 9:   Safety Button ......................................................................... 11-4
Section 10: Browsing Hints Button ............................................................... 11-5
Section 11: Inquiry Form Button ................................................................... 11-5
Section 12: Become a Marketer Button.......................................................... 11-5
Section 13: Marketers Section of Pacific Pride Web ......................................... 11-5

## CHAPTER 11 EXHIBITS

11A.     Web Site Home Page.................................................................... 11A-1
11B.     Petro Canada Search Page........................................................... 11B-1
11C.     Web Location Directory ................................................................ 11C-1
11D.     New Sites Page .......................................................................... 11D-1
11E.     Safety Page ............................................................................... 11E-1
11F.     Browsing Hints ........................................................................... 11F-1
11G.     Inquiry Form............................................................................... 11G-1

11H.    Become a Marketer ............................................................11H-1
11I.    Text Search .......................................................................11I-1
11J.    Map Link ...........................................................................11J-1
11K.    Fueling Site Details Page ...................................................11K-1
11L.    Text Search Results ...........................................................11L-1
11M.    Advanced Search Page .......................................................11M-1
11N.    Marketer Section................................................................11N-1
11O.    Communications Page.........................................................11O-1
11P.    Discussion Forum Page .......................................................11P-1
11Q.    Map Ordering Schedule.......................................................11Q-1
11R.    Monthly Calendar of Events.................................................11R-1
11S.    Marketer Search ...............................................................11S-1
11T.    Supplies Order Form ..........................................................11T-1
11U.    Order Confirmation ...........................................................11U-1
11V.    Receipt.............................................................................11V-1
11W.    Site Updates .....................................................................11W-1

## CHAPTER 12 - CREDIT MANAGEMENT AND CONTROL

Section 1: Some Tips for the Beginner............................................ 12-1
Section 2: Federal Rules & Regulations ........................................... 12-1
Section 3: Granting Credit ........................................................... 12-3
Section 4: Billing ....................................................................... 12-5
Section 5: Common Reasons for Slow Accounts and How to Cope .............. 12-7
Section 6: Credit Management as Public Relations .............................. 12-8

## CHAPTER 12 EXHIBITS

12A.    Credit Application...............................................................12A-1
12B.    Credit Report Examples with Explanations................................12B-1
12C.    Examples of Letters............................................................12C-1
        Approved Account
        Rejection
12D.    Suggestions for Telephone Collection Procedures.........................12D-1

## CHAPTER 13 - EXPANDING THE NETWORK

Section 1: What is a Captive Site and What Can it Do for YOU?................ 13-1
Section 2: PrideNet..................................................................... 13-4
Section 3: AmeriNet - America's Truck Stop Network .......................... 13-5

## CHAPTER 13 EXHIBITS

13A.    Sample Captive Site Letters .................................................13A-1
13B.    PrideNet Sign Specifications .................................................13B-1

## CHAPTER 14 - MARKETER INFORMATION UPDATES

Section 1: Notices to Marketers..................................................... 14-1
Section 2: Technical Bulletins ....................................................... 14-1

## CHAPTER 2 EXHIBITS

2A.    Pacific Pride Timeline Checklist................................................................2A-1
2B.    Directory Information Sheet....................................................................2B-1
2C.    New Site Application and Approval Form ...............................................2C-1
2D.    Fire Marshal Rules and Regulations Letter ..........................................2D-1
2E.    ORS 480.315 to 480.385 and Safety Training Brochure ......................2E-1
2F.    Training Responsibility Certification .....................................................2F-1
2G.    Sample Bond and Irrevocable Standby Letter of Credit .......................2G-1
2H.    Sample Certificate of Insurance............................................................2H-1
2I.    EFT Authorization Forms.......................................................................2I-1

## CHAPTER 3 EXHIBITS

3A.    Pacific Pride Required Signage..............................................................3A-1
3B.    Pacific Pride Signage Starter Kit...........................................................3B-1
3C.    Map and Supplies Order Forms .............................................................3C-1
3D.    Signage and Brochure Catalog ..............................................................3D-1

## CHAPTER 4 EXHIBITS

4A.    Product Decal Installation Instructions...................................................4A-1
4B.    Internally Lit Sign Installation & Color Information ..............................4B-1
4C.    Freight Receiving Instructions for Pacific Pride Signs ..........................4C-1
4D.    Camera-Ready Logo Sheet.....................................................................4D-1

## CHAPTER 5 EXHIBITS

5A.    Winterization Worksheet.........................................................................5A-1

## CHAPTER 6 EXHIBITS

6A.    Site Start-Up Checklist...........................................................................6A-1
6B.    Pacific Pride Network C/OPT SmartLock™ Configuration ...................6B-1
6C.    Petro Vend Installation Tips...................................................................6C-1
6D.    Pacific Pride Controller Pre-Installation Checklist...............................6D-1
6E.    Flow Charts and Termination Codes .....................................................6E-1

## CHAPTER 7 EXHIBITS

7A.    Inter-Company Transfer Prices...............................................................7A-1
7B.    Example of Inter-Company Billing ........................................................7B-1
7C.    Tax Rates ................................................................................................7C-1
7D.    State Motor Fuel Tax Administration Addresses and Telephone Numbers...................7D-1

## CHAPTER 8 EXHIBITS

8A.    Example of Invoice Detail Report ..........................................................8A-1
8B.    Sample Card Order Forms ......................................................................8B-1
8C.    Instructions for Ordering Access Cards..................................................8C-1

## CHAPTER 9 EXHIBITS

9A.   Pacific Pride Annual Inspection Report ........................................................................... 9A-1
9B.   Incident Report Procedures ........................................................................................ 9B-1

## CHAPTER 10 EXHIBITS

10A.  Sales Training Manual ................................................................................................ 10A-1
10B.  Sample Press Releases ............................................................................................. 10B-1
10C.  Standard Industrial Code (SIC) Numbers ................................................................. 10C-1
10D.  North American Industry Classification (NAICS) Numbers ........................................ 10D-1
10E.  Pacific Pride Ad Slicks .............................................................................................. 10E-1
10F.  Radio Ads ................................................................................................................. 10F-1
10G.  Media Guidelines ...................................................................................................... 10G-1
10H.  Billing Software Providers ......................................................................................... 10H-1
10I.   Sample Billing ........................................................................................................... 10I-1

## CHAPTER 11 EXHIBITS

11A.  Web Site Home Page ................................................................................................ 11A-1
11B.  Petro Canada Search Page ....................................................................................... 11B-1
11C.  Web Location Directory ............................................................................................. 11C-1
11D.  New Sites Page ......................................................................................................... 11D-1
11E.  Safety Page .............................................................................................................. 11E-1
11F.  Browsing Hints .......................................................................................................... 11F-1
11G.  Inquiry Form .............................................................................................................. 11G-1
11H.  Become a Marketer ................................................................................................... 11H-1
11I.   Text Search ............................................................................................................... 11I-1
11J.  Map Link ................................................................................................................... 11J-1
11K.  Fueling Site Details Page .......................................................................................... 11K-1
11L.  Text Search Results .................................................................................................. 11L-1
11M.  Advanced Search Page ............................................................................................. 11M-1
11N.  Marketer Section ....................................................................................................... 11N-1
11O.  Communications Page ............................................................................................... 11O-1
11P.  Discussion Forum Page ............................................................................................. 11P-1
11Q.  Map Ordering Schedule ............................................................................................. 11Q-1
11R.  Monthly Calendar of Events ....................................................................................... 11R-1
11S.  Marketer Search ....................................................................................................... 11S-1
11T.  Supplies Order Form ................................................................................................. 11T-1
11U.  Order Confirmation .................................................................................................... 11U-1
11V.  Receipt ..................................................................................................................... 11V-1
11W.  Site Updates ............................................................................................................. 11W-1

## CHAPTER 12 EXHIBITS

12A.  Credit Application................................................................................. 12A-1
12B.  Credit Report Examples with Explanations .................................... 12B-1
12C.  Examples of Letters............................................................................ 12C-1
      Approved Account
      Rejection
12D.  Suggestions for Telephone Collection Procedures ........................ 12D-1

## CHAPTER 13 EXHIBITS

13A.  Sample Captive Site Letters.............................................................. 13A-1
13B.  PrideNet Sign Specifications ............................................................ 13B-1

PP0010

# <u>NOTES</u>

# PACIFIC PRIDE OPERATIONS MANUAL

## CHAPTER 1 – INTRODUCTION

Section 1: Operations Manual ................................................................ 1-1
Section 2: Personnel ............................................................................ 1-2
Section 3: Brief History ........................................................................ 1-4
Section 4: Advantages of Networking .................................................... 1-4
Section 5: Networking with Strategic Partners ....................................... 1-5
Section 6: Learning a New Language .................................................... 1-6
Section 7: Fees ................................................................................... 1-10
Section 8: Signs and Brochures ........................................................... 1-10
Section 9: Services .............................................................................. 1-10

### Section 1: Operations Manual

The <u>Pacific Pride Operations Manual</u> is one of a two-volume set of manuals Pacific Pride Services, Inc. has provided as a part of your franchise. The **Operations Manual** sets forth the standards and specifications for your Pacific Pride Commercial Fueling business. This **Operations Manual** addresses the topics of: how to begin your Pacific Pride business, including site construction and maintenance, equipment, product standards, signing and other identification; how to order access cards; Pacific Pride transfer pricing; inter-company billing procedures; taxation and other government regulation; marketing; and credit management. The sections on credit management and marketing are extremely important. They provide information on how to market your Pacific Pride services and handle the credit in the best way we know how. These are unique business decisions that you alone can make. The second volume is your <u>Pacific Pride Controller Manual,</u> which serves as a guide for operation of the Pacific Pride Controller. The Controller is a computer hardware and software package used by all Pacific Pride marketers for purposes of managing the communications and data exchange between the Pacific Pride site, Pacific Pride Services, and other Pacific Pride marketers.

The **Operations Manual** refers to the Pacific Pride Controller in several areas. For more complete information about the Controller and its function, always refer to the <u>Pacific Pride Controller Manual.</u>

These manuals, in conjunction with your SmartLock™ manuals and/or Petro Vend System equipment manuals, provide the basic information you need to develop and operate your Pacific Pride Commercial Fueling business in a manner consistent with the standards and specifications of Pacific Pride. The standards and specifications have not been arbitrarily set. They are intended to ensure safe, clean sites in proper working condition for all Pacific Pride customers. In addition, the operating standards ensure minimal errors in an electronic environment.

In reading through the **Operations Manual**, you will find several references to the fire marshal or other local authorities. These authorities are your best source of information

for local laws and regulations regarding the construction, development, and operation of an automated fueling site. Remember, you must meet all Pacific Pride specifications and all federal, state, and local laws and regulations.

## Section 2: Personnel

You can reach Pacific Pride by calling 1-800-367-5066 or 1-503-588-0455. Office hours are from 7:00 a.m. - 5:00 p.m. Pacific Time, Monday through Friday. A voice mail system is active at other times, with an emergency contact always available.

Pacific Pride also has a voice mail system during normal business hours that allows you to leave a detailed message for the appropriate person if that person is unavailable when you call. The voice mail system will answer if the person you are trying to reach is on the telephone or is otherwise unavailable. If you get into the voice mail system and do not want to be there, you can always dial 0 and reach the operator to be routed to another extension or have the person paged. From anywhere in the voice mail system you can dial the extension number you need to move to another extension. Because many of us are out of the office or on the telephone A LOT, voice mail makes it easier to be in touch with you and know what answers you need. When leaving a voice mail message please be sure to leave as detailed a message as possible and **do not forget your name and telephone number.** The date and time of the call will be automatically recorded. Although we try to check our voice mail regularly throughout the week, voice mail is **not** regularly checked on weekends or holidays. You should also keep the name and number of your equipment service company and billing system provider handy in case you need their services.

Our staff will be happy to help you achieve success with your Pacific Pride Commercial Fueling business, but the degree of your success depends on YOU. Please feel free to call any of the people listed on the following page to answer your questions about Pacific Pride and your commercial fueling business.

| NAME | POSITION | EXT. | E-MAIL ADDRESS | HOME PHONE |
|------|----------|------|----------------|------------|
| Amy Pickett | Reception | 250 | | |
| Beverly Headrick | Data Processing | 740 | bheadrick@compuserve.com | |
| Brad Ward | Sales | | bradjward@compuserve.com | 866-614-6878 |
| Bruce Douglas | President | 723 | BEDouglas@compuserve.com | 503-585-8133 |
| Burt Maxwell | Data Processing | 720 | blmaxwell@compuserve.com | |
| Catrina Kersich | Franchise Admin. | 733 | catrinak@compuserve.com | |
| Cindy Condon | VP Franchise Admin. | 727 | cindycondon@pacificpride.com | 503-581-7227 |
| Craig Frkovich | Sales | 229 | cfrk@compuserve.com | 866-830-5434 |
| Donna Allison | Data Processing | 729 | donnaallison@compuserve.com | |
| Jamie Cheatham | Site Operations | 706 | jamiecheatham@compuserve.com | |
| Jeff Gregg | Franchise Sales | 264 | salesdude@compuserve.com | |
| Jim Killeen | Sales | | jpkilleen@compuserve.com | 800-650-4043 |
| Joe Oscilia | Site Operations | 243 | joeops@compuserve.com | 503-371-4046 |
| Larry Maher | VP Chief Tech. Ofcr. | 721 | larry_maher@compuserve.com | 503-691-6124 |
| Laura McGlinchey | Card Punching Supv. | 724 | | |
| Mike Truax | Vice President | 722 | miketruax@compuserve.com | 503-399-7334 |
| Nora Adamo | Franchise Relations | 763 | noraadamo@compuserve.com | |
| Paul Farrell | VP Franchise Sales | 764 | pauljfarrell@compuserve.com | |
| Phyllis Nygaard | Marketing | | phyllisnygaard@compuserve.com | 800-408-3835 |
| Robin Aguirre | Card Punching | 725 | | |
| Shannon Garcia | Franchise Relations | 744 | shannongarcia@compuserve.com | |
| Tim Lesmeister | Sales | 248 | timlesmeister@compuserve.com | |
| Walt Meador | Shipping & Receiving | 742 | | |

**WE'RE AT YOUR SERVICE**

## Section 3: Brief History

Pacific Pride Services, Inc., began operations in October 1984. Merritt Truax, Inc., an independent petroleum distributor in Salem, Oregon, operated several automated fueling sites, keylocks, and cardlock facilities starting in 1969. These sites were operated under the name Pacific Pride Commercial Fueling System. As keylock technology gave way to cardlock technology in the late 1970's, Pacific Pride began developing the concept of networking independent petroleum distributors. As an independent petroleum distributor with limited capital in a relatively small city, we began to think of ways to expand our commercial fueling business. The idea of networking petroleum distributors like ourselves, who had sites and a customer base, began to take shape. We knew that commercial customers with a need for fuel 24 hours a day/7 days a week were not serviced well at retail facilities and were a profitable yet untapped niche in the petroleum marketplace.

Pacific Pride approached a handful of marketers in the early 1980's with the idea of networking their sites together. Although most of these marketers had some commercial customer base, some did not. The idea was that each marketer would maintain their independence, including the responsibility for operation of their sites and maintenance of their own customer base, while at the same time sharing their sites with other petroleum marketers. At the time, this was an idea unheard of in the petroleum industry. Many people believed it would never work! You are evidence the idea did work, and today the Pacific Pride Commercial Fueling System is comprised of hundreds of independent petroleum distributors operating hundreds of Pacific Pride sites throughout the United States. The Pacific Pride network of sites is complemented by two other networks: **Petro-Canada**, which operates over 190 commercial fueling sites throughout Canada; and **AmeriNet** – America's Truck Stop Network, which offers automated fueling through its network truck stops across the country.

Pacific Pride has maintained its commitment to providing dedicated commercial fueling sites to commercial customers. We do not pretend to be a network for the retail or general public. Every Pacific Pride site is required to have at least three motor fuels available: no-lead regular gasoline, diesel fuel, and a third product the site operator believes is the best choice for the market. This requirement for three motor fuels is intended to fulfill all of the fueling needs for the commercial class of trade.

We are pleased to have you as a full participant in the Pacific Pride Commercial Fueling System. Our staff stands ready to support you in all areas of your commercial fueling business. Our management and staff have over 40 years of experience in the commercial fueling business.

## Section 4: Advantages of Networking

The Pacific Pride Commercial Fueling System is a network of fueling sites operated by hundreds of independent petroleum distributors around the country. The single biggest advantage to networking is that these other independent petroleum distributors have made it their business to provide your customers fuel from their sites. This arrangement makes it

possible for you to service and profit from your customer wherever and whenever he or she travels throughout the United States and Canada.

Another advantage of networking is that you can now tap a customer base of over 2,000,000 cardholders who can use your site. You may never know who these customers are, but for each gallon of fuel they purchase from your site you will earn a margin.

Most of us have a limited amount of capital to spend on fueling sites and accounts receivable. By networking together we can spend this limited capital to develop the most attractive and profitable site(s) for our own local customer base, while relying on other Pacific Pride marketers in other areas of the city, county, state, or country to build the best site for your customers to use. When faced with the alternative of you developing a site or another marketer developing a site, it is no longer a case of competition. Instead, other Pacific Pride marketers become your partners and you can decide if it is better to spend your capital dollars on site development, accounts receivable, or marketing to expand your customer base.

The Pacific Pride Commercial Fueling System allows you to expand your marketing from local proportions to national proportions. Every site in the network is a site where you can sell fuel to your customers. You can continue your marketing on a local basis and educate your customers about other sites they can use while away from your local area, and you can market to any customer throughout the country, provided he or she does not currently use a Pacific Pride card.

Traditionally, we petroleum marketers have been able to market our product only to those customers who chose to enter our fueling facility. Practically speaking, we were limited in our marketing to local customers. By joining the Pacific Pride Commercial Fueling System you now have hundreds of sites to market to your customers. If you can sell 50,000 gallons through one fueling site, just think how many gallons of product you can sell through thousands of fueling sites. Take a look at the latest inter-company analysis, which can be printed from your Pacific Pride Controller, and look at the marketers who sell hundreds of thousands of gallons of product through the Pacific Pride Commercial Fueling System. Those marketers started out small and today are selling to customers they never thought possible. Set your goals high and then take action!

## Section 5: Networking with Strategic Partners

In an effort to continually expand the Pacific Pride Commercial Fueling System and the advantages to Pacific Pride marketers and customers, Pacific Pride Services has negotiated strategic alliances with other large commercial fueling providers. These strategic alliances are intended to increase site volume to Pacific Pride site operators and, where possible, open up new avenues for acceptance of Pacific Pride cards and customers.

In 1988, Pacific Pride and Petro Canada Ltd. agreed to provide mutual access to customers of each network. This agreement paved the way for the first international

commercial fueling alliance. The agreement provides that Pacific Pride customers issued a Pacific Pride International card can use Petro Canada sites throughout Canada on the same basis customers fuel at Pacific Pride, AmeriNet, and PrideNet sites in the U.S. Pacific Pride Services manages the "switch" between the two networks. Pacific Pride International cardholders currently have access to over 150 sites throughout Canada.

In 1992, Merritt Truax Inc., a related company of Pacific Pride, joined forces with Jubitz Corporation to form JMT, Inc. JMT, Inc. rolled out AmeriNet – America's Truckstop Network. AmeriNet operates on the same principle of Pacific Pride whereby individual truckstop operators who sign an AmeriNet franchise agreement have the ability to accept Pacific Pride and AmeriNet cards through cardlock equipment at their truckstops. The transaction is fully automated. In addition, AmeriNet franchisees can issue AmeriNet cards, which can be used at AmeriNet, Pacific Pride, PrideNet and Petro Canada sites.

Pacific Pride successfully negotiated with Comdata Corporation to allow over 1,000,000 Comchek™ cardholders access to Pacific Pride sites. Comdata is the largest card issuer to the truck fleet market. In addition, Comdata offers a Fleet MasterCard to hundreds of companies with smaller vehicles. Fleet MasterCard customers tend to be Fortune 500 Companies with a need for fuel across the country.

We have also negotiated a strategic alliance agreement with Fleetcor, Inc., to allow reciprocal card access between Pacific Pride and Fuelman sites. Fuelman has over 20,000 card-accepting locations around the country. These sites, primarily retail sites, will now provide access to Pacific Pride customers through a co-branded Pacific Pride/Fuelman card offering. In addition, Fuelman cards may be accepted at participating Pacific Pride sites.

Strategic alliances are an important part of the Pacific Pride Commercial Fueling System's growth. We hope to continue our strategy of forming alliances with partners who help us reach our goal of providing the best commercial fueling system for customers and marketers alike.

### Section 6: Learning a New Language

Because Pacific Pride was one of the first companies to develop the concept of networking, we also coined much of the language used in the business today. The following terms are used frequently by those of us who speak the Pacific Pride language. Pretty soon, you will know these terms and what they mean and use them regularly.

**Access Card:** The access card is the card used to initiate a Pacific Pride transaction. It is **not** a credit card.

**Account:** Any customer using the Pacific Pride Commercial Fueling System.

**AmeriNet:** AmeriNet refers to a truckstop program that complements the Pacific Pride Commercial Fueling System. Because truckstops cannot always meet Pacific Pride's

requirements for gasoline and a dedicated island, AmeriNet was created to allow 24-hour attended truckstops to be available to Pacific Pride and AmeriNet customers. If you have or supply a truckstop, consider AmeriNet.

**AmeriNet Franchisee:** An AmeriNet Franchisee is a participant in the AmeriNet Truckstop Network, and the term is used interchangeably with the term AmeriNet Marketer.

**Billing Period:** Pacific Pride Services will bill you twice each month. The billing periods are the 1st through the 15th of the month and the 16th through the end of the month. These billing periods are **not** necessarily the billing periods you will use for your customer. You are free to bill your customers on whatever schedule you choose.

**Card Invalidation or Validation:** A Pacific Pride access card can be invalidated or validated. If a card is invalidated, the card is no longer useable in the Pacific Pride system. If a card is validated, it can access fuel throughout the Pacific Pride system.

**Card Reader:** The card reader is the piece of equipment on the island that reads a Pacific Pride or other authorized commercial fueling card.

**Commercial Customer:** A commercial customer is any business, industrial, institutional, or government agency that can provide documentation or evidence of their commercial standing. Some jurisdictions will only allow bona fide commercial customers to use an unattended automated fueling site.

**EFT Dates:** The EFT date is the date on which the Electronic Funds Transfer will take place to clear your account with Pacific Pride Services. Your inter-company billing will detail the amount you owe to other Pacific Pride marketers and the amounts you are owed. Pacific Pride transfers these funds for all Pacific Pride marketers on **the 8th (for billing period 16th through EOM) and the 23rd (1st through 15th) of the month.** If these dates fall on a weekend or a banking holiday, the transfer takes place on the last business day **prior** to the 8th or the 23rd.

**Foreign Host:** A foreign host is the operator of a foreign site or another Pacific Pride marketer who has issued access cards.

**Foreign Purchase:** A foreign purchase is a purchase made by your customer at another Pacific Pride marketer's site.

**Foreign Sale:** A foreign sale is a sale of product from your site to another Pacific Pride marketer's customer.

**Foreign Site:** A foreign site is a Pacific Pride site or related site operated by another Pacific Pride marketer or joint user.

**Inter-company Analysis (ICA):** The inter-company analysis is a Pacific Pride report detailing the number of transactions and the number of gallons switched for each Pacific

Pride marketer. Foreign purchases and foreign sales are reported. The ICA is printable from your Pacific Pride Controller.

**Inter-company Billing (ICB):** The inter-company billing is the twice-monthly billing you receive electronically from Pacific Pride Services. This billing accounts for your foreign purchases, foreign sales, and fees associated with those transactions. The inter-company billing is often referred to as the ICB.

**Inter-company Transfer Price:** The inter-company transfer price is the price set for product at all Pacific Pride and related sites. Marketers are paid the inter-company transfer price for each foreign sales gallon from their site. Each marketer pays the inter-company transfer price for foreign purchase gallons, based on the idea of laid-in cost plus $.05 per gallon.

**Local Host:** A local host refers to the marketer who operates the local site or has issued a Pacific Pride access card.

**Local Sale:** A local sale is a sale made to your customer at your local site(s).

**Local Site:** A local site is a Pacific Pride site you operate.

**Magnetic Stripe Access Card:** A magnetic stripe access card is a card encoded by programming information on the magnetic stripe on the back of the card. The card is read by passing the card through a magnetic stripe reader.

**Multiple Product Dispenser (MPD):** A pump or dispenser with one to four hoses per side. Dispenses two to four different products from each side.

**OPIS Unbranded Average:** The OPIS unbranded average refers to the average of the Oil Price Information Service's reported unbranded rack prices from a designated terminal for petroleum products. All suppliers who have unbranded product available at the terminal are included in the OPIS report.

**Optically Read Access Card:** An optically read access card is a card encoded by punching holes in the card. The card is read by light passing through the holes in the card. This type of card is often referred to as a Hollerith card.

**Pacific Pride Controller:** The Controller is a computer hardware and software package used by all Pacific Pride marketers for purposes of managing the communications and data exchange between the Pacific Pride site, Pacific Pride Services, and other Pacific Pride marketers.

**Pacific Pride Franchisee:** A Pacific Pride franchisee is a participant in the Pacific Pride Commercial Fueling System, and the term is used interchangeably with the term Pacific Pride Marketer. Each Pacific Pride franchisee has signed a Pacific Pride Franchise Agreement.

**Pacific Pride Marketer:** A Pacific Pride Marketer is a participant of the Pacific Pride Commercial Fueling System, and the term is used interchangeably with the term Pacific Pride Franchisee. It is Pacific Pride's belief that all Pacific Pride franchisees are, or can be, marketers.

**Pacific Pride Pricing Index:** The pricing index is used to determine the volatility of rack prices in the marketplace.

**Petro Vend:** Petro Vend, Inc., manufactures the card reading equipment, i.e., the Petro Vend System2™, and the C/OPT installed at Pacific Pride sites. The C/OPT card reader is a component of the Comdata SmartLock™ System specified for all Pacific Pride sites.

**PrideNet:** PrideNet sites are open to all Pacific Pride and AmeriNet customers, but they do not offer all of the features of a Pacific Pride site. Products may be limited, the sites may be small and unsuitable for customers with larger vehicles, or the site might not be operational 24 hours a day, seven days a week. These sites are intended to provide a method to serve Pacific Pride customers at sites that do not meet the standard Pacific Pride requirements.

**Product Restriction:** Restrictions on access cards that ensure the customer can only receive products authorized for purchase on the card.

**Satellite:** Equipment used in lieu of a phone line to transmit mag stripe transaction information to authorizing host.

**SmartLock™ System:** State-of-the-art cardlock equipment that combines a Petro Vend C/OPT card reader with a SmartLock™ CPU.

**Switch:** The term "switch" refers to the data exchange between one Pacific Pride marketer, Pacific Pride Services, and another marketer. If the customer of Marketer A uses the site of Marketer B, Pacific Pride Services must get the transaction information to Marketer A. This process of exchanging information is the switch.

**Territory:** Your Pacific Pride territory is defined by ZIP Code. Your territory includes the U.S. ZIP Code where you currently operate a Pacific Pride site. Details regarding territory are included in your Pacific Pride Franchise Agreement and executed Site Approvals.

**Transaction:** A transaction occurs when a Pacific Pride access card is inserted into the card reader and a transaction is initiated, i.e., fuel is pumped, motor oil is dispensed, etc.

**Section 7: Fees**

a.   **Up-front Fees:**

| | |
|---|---|
| Franchise Fee | $8,000 |
| Site Hook-Up Fee | $1,500 |
| Pacific Pride Controller Communications Package | $6,650 |
| Controller Maintenance Agreement | $650 annually |
| Pacific Pride Access Card Stock | $.56-$.60 per card |
| Pacific Pride Card Punching | $.50-$.75 per card |
| Logo Set-Up for Cards | $65 per logo |

b.   **Ongoing Fees:**

There are different ongoing fee structures depending on the type of card issued to the customer. Pacific Pride marketers can presently issue customers an optically read card. The fees for these cards are as follows:

1.   **Optical Card Fees:**

Optical card fees are only assessed on foreign purchases throughout the Pacific Pride System. There are no optical card fees on foreign sales or local sales transactions.

| | |
|---|---|
| Royalty Fee | $.0045 per foreign purchase gallon |
| Advertising Fee | $.0015 per foreign purchase gallon |
| Switch Fee | $.20 per foreign purchase transaction |
| Transfer of Funds Fee | $10 for 10 transfers + $.25 thereafter |

**Section 8: Signs and Brochures**

Pacific Pride offers a variety of signs and brochures specially designed for Pacific Pride marketers. See current Signage and Brochure Catalogue for availability and prices. (Exhibit 3D)

**Section 9: Services**

It may be possible to arrange for certain trained staff to do personalized training in your office. If you choose to take advantage of these services, the cost will vary depending on the area of expertise. It will not be less than $250 per day. All travel expenses must be reimbursed. From time to time, Pacific Pride staff will be in your area and offer their assistance to you at your office at no charge to you.

# CHAPTER 2 - GETTING STARTED

Section 1: The Franchise Agreement is Signed, The Site Approved ........................... 2-1
Section 2: Site Application and Approval ........................................................................ 2-2
Section 3: Leased Sites ..................................................................................................... 2-2
Section 4: Government Rules and Regulations .............................................................. 2-3
Section 5: Letter of Credit, Bond, or Cash Deposit as Security ................................. 2-4
Section 6: Insurance .......................................................................................................... 2-6
Section 7: Electronic Funds Transfer – The Only Way to Pay .................................... 2-7

## EXHIBITS

2A.   Pacific Pride Timeline Checklist ....................................................................... 2A-1
2B.   Directory Information Sheet ............................................................................... 2B-1
2C.   New Site Application and Approval Form ........................................................ 2C-1
2D.   Fire Marshal Rules and Regulations Letter .................................................... 2D-1
2E.   ORS 480.315 to 480.385 and Safety Training Brochure ............................. 2E-1
2F.   Training Responsibility Certification ................................................................ 2F-1
2G.   Sample Bond and Irrevocable Standby Letter of Credit .............................. 2G-1
2H.   Sample Certificate of Insurance ...................................................................... 2H-1
2I.   EFT Authorization Forms ................................................................................... 2I-1

## Section 1: The Franchise Agreement is Signed, The Site Approved

By now you have read the Pacific Pride Franchise Agreement and signed it. Your Pacific Pride franchise was granted based on the information you provided to Pacific Pride Services in your application. If any information changes, such as company structure, officers, site development plans, equipment, etc., please notify Pacific Pride Services as soon as possible. The term of your Pacific Pride franchise is five years. The agreement can be renewed on an ongoing basis provided there are no deficiencies in your Pacific Pride operations. Your Franchise Agreement, together with the **Operations Manual** and **Controller Manual**, provide the policies, procedures, specifications, and standards for operating your Pacific Pride Commercial Fueling business. From time to time, these documents may change. Periodic technical bulletins, newsletters, and other correspondence from Pacific Pride will notify you of any changes or additions. As you receive this information, please keep it as a part of this manual. This information will then be available as a ready reference to you and other staff members. You must abide by the provisions of your Franchise Agreement and your manuals to be in full compliance with Pacific Pride standards.

Once you have signed the Pacific Pride Franchise Agreement and it has been executed by an officer of Pacific Pride Services, Inc., you have full rights to use of the Pacific Pride name and logo and access to our trained staff, manuals, advertising, and other information you may find necessary for the operation of your Pacific Pride business.

The "Pacific Pride Timeline," Exhibit 2A, is a check-off list to help you make sure everything is in order before you fire-up your first Pacific Pride site. The "Pacific Pride Timeline" is provided in your Initial Franchisee Packet to help make your transition to Pacific Pride as smooth as possible. As you complete the items on the timeline, simply check them off. When everything is checked off, you will be up and running full-speed ahead!

Exhibit 2B is the Directory Information sheet you'll need to fill out prior to opening your site so the information can be included in the **Locations Directory.** The Location Directory Information Form provides the information used to advertise your site in the Pacific Pride/AmeriNet **Locations Directory,** the Pacific Pride/AmeriNet Site Find Line and the Pacific Pride Web Site. It is very important you provide the information requested on the form and send it to Pacific Pride as soon as possible. The **Locations Directory** is carried by thousands of Pacific Pride and AmeriNet customers and we cannot provide the information about your site without your help. It is extremely important you double-check the information, especially the directions to the site, to ensure they are correct.

This manual contains sections that will help ensure everything has been taken care of before your site fires up. Chapters 2 through 6 are particularly important in the initial stages of your Pacific Pride development. Chapter 2 details the administrative items that must be completed prior to your Pacific Pride site opening for business. Chapters 3 through 6 deal with all aspects of site development. Please read through these sections thoroughly before developing any Pacific Pride site. If your site already exists but is being converted to a Pacific Pride site, please review these chapters to ensure that your site meets all requirements for a Pacific Pride site.

## Section 2: Site Application and Approval

Your Pacific Pride Franchise Application included information regarding specific sites you plan to develop. As you plan new sites to add to the Pacific Pride Commercial Fueling System, you must submit site applications for each additional site. A Site Application and $500 deposit (applied toward your $1,500 site fee if the site opens within 90 days) is required for Pacific Pride sites, PrideNet sites, and AmeriNet sites. The **"New Site Application and Approval Form"** (Exhibit 2C) asks for information about the site, including ZIP Code, distance from other Pacific Pride sites, products, equipment, location, maps, etc. This will give Pacific Pride information to accurately evaluate the site. The site may or may not be physically evaluated by Pacific Pride personnel. Sites are evaluated for compliance with all Pacific Pride requirements rather than profitability. Approval will be based on whether the site meets the requirements for a Pacific Pride site detailed in this manual. Pacific Pride sites are approved or denied based on the information provided on the Site Application. At the time your equipment is ordered, Pacific Pride authorizes release of SmartLock™ System equipment with appropriate Pacific Pride software. You will receive a copy of the letter sent to Comdata, the equipment supplier, authorizing release of the software for your specific site. If there is a change in the site location at any time prior to fire-up, you must notify Pacific Pride of the change of address for the site. The software and site code are authorized for a given location. As soon as you have

received approval from Pacific Pride for a site, order your SmartLock™ System from Comdata (See Chapter 3, Section 5) as soon as possible. Once the SmartLock™ System is ordered, arrangements must be made with your Petro Vend distributor or other service company for installation of the Petro Vend components. Comdata will work with you to arrange installation of the satellite and SmartLock™ computer. There may be a waiting period before equipment can be delivered, so it should be ordered as early as possible. If you have not received a copy of the equipment release letter, please call Pacific Pride to ensure the software was authorized. Your Pacific Pride site will not operate properly without our proprietary software.

As you develop your Pacific Pride business, you may want to open more Pacific Pride sites. **Please be sure to notify Pacific Pride of any plans to develop a Pacific Pride or PrideNet site before purchasing land or moving forward (See Chapter 13, Section 2).** There may be a variety of Pacific Pride marketers looking to develop sites within the same area, and we must know if you would like to be considered for a given ZIP Code. Pacific Pride grants exclusive territories, and we can only grant one exclusive franchise per territory. As soon as your plans are set, please send in a Site Application Form with a $500 deposit for your proposed site. If Pacific Pride has received no other applications for a site within the ZIP Code where your site will be located, your application will hold the ZIP Code for **90 days.** If you do not begin development on your site within 90 days, Pacific Pride Services has the right to grant approval to another marketer for development of a site within the ZIP Code. You may lose the right to develop a site within the territory. It is extremely important that you notify us in writing of any changes in your plans for development of the site. **Remember: Before purchasing property for a Pacific Pride site, verify with Pacific Pride that the territory is open for development.**

A copy of the Pacific Pride New Site Application and Approval Form is included as Exhibit 2C. When ready to apply for a site, copy and complete the Site Application Form and send it with the $500 site application fee to Pacific Pride Services, Inc., for site evaluation and approval.

## Section 3: Leased Sites

If you choose to develop your Pacific Pride site at a location owned by another party, certain provisions must be included in the lease or other agreement regarding the property being used as a Pacific Pride site. The agreement must be for a minimum term consistent with the remaining term of your Pacific Pride Franchise Agreement. Long-term leases are preferred. Leased facilities must meet the same standards as any Pacific Pride site, and termination may result if the site is deficient in operation, appearance, or safety. Therefore, you may want to include a provision in the agreement that allows for termination of the lease or other agreement if Pacific Pride withdraws site approval. In addition, the agreement must provide for at least 90 days' written notice of termination by either party. This ensures that Pacific Pride Services has enough prior notice of a site closing to inform Pacific Pride marketers so they can notify their customers who use the site.

Pacific Pride Services will not allow a Pacific Pride site on the same property or at the same facility as a competing network fueling site unless the competing network is a strategic alliance partner. Pacific Pride recognizes we have no authority over the property owner; however, we will not approve a site in conjunction with a competing site, nor will we allow the continuation of Pacific Pride business at a facility offering similar services provided by a competing network.

## Section 4: Government Rules and Regulations

The local fire marshal, environmental quality, and other government officials are your best source of information on rules and regulations for development of an unattended automated fueling site in your area. Pacific Pride sites are generally unattended. Regulations for unattended facilities tend to be more stringent. In some jurisdictions, unattended fueling sites are not allowed, period. Prior to developing a Pacific Pride site, check with your local authorities to ensure such a project is feasible. Certain jurisdictions, such as the states of Oregon and Michigan, have enacted specific statutes and/or administrative rules for cardlock operators.

Various jurisdictions allow only commercial users to purchase fuel at unattended cardlock sites. **Pacific Pride requires all marketers to train their customers in the safe operation of fueling and safety equipment found at Pacific Pride sites.** The method of training is left up to you to decide; however, please be sure that all state and local requirements are included in your training program.

Pacific Pride has developed a Fire Safety Training Brochure that has been reviewed by the Oregon Fire Marshal and the Michigan Fire Marshal for use in those states. These brochures can be purchased from Pacific Pride Services. Please check the Sign and Brochure Catalog for current prices and a sample brochure (See Exhibits 3C and 3D).

a.     **Oregon.** There are no restrictions on the dispensing of diesel fuel from a cardlock site in Oregon. Because of an Oregon constitutional prohibition of self-service of gasoline at retail sites, retail self-service fueling is illegal. However, the State has enacted certain statutes related to **non-retail** gasoline fueling or unattended automated fueling for **commercial** customers. In order for a customer to legally dispense **gasoline** at a Pacific Pride site (or any automated fueling facility) in Oregon, the customer must satisfy the following requirements (see Exhibit 2D):

- The customer must provide to his host franchisee, who issues the card, documentation in the form of a federal employer ID number, tax return, or other approved document that establishes the customer as a legitimate commercial enterprise.

- The customer must receive training in the use of the fueling equipment and proper safety procedures for dispensing gasoline.

The customer must also receive annual refresher training in a form chosen by the host franchisee.

- The customer must buy at least 2,400 gallons of motor fuel annually. The fuel purchased can be from a combination of sources and can be both gasoline and diesel fuel, but purchases must total at least 2,400 gallons per year. Beginning January 1, 2002, the minimum purchase requirement is 900 gallons per year. (The Pacific Pride franchise agreement still requires 2,400 gallons per year.)

- The vehicle fueled must be owned by the business or commercial entity. It cannot be a personally owned vehicle. Beginning January 1, 2002, company ownership of the vehicle is not required; however, the fuel must be used for commercial purposes.

Documentation proving commercial status, proper training, proof of ownership of the vehicle, and purchase volume must be kept as a permanent record by the host franchisee issuing the cards. These regulations cover customers established in the state of Oregon, as well as those customers who enter the state. If you have customers who will purchase gasoline in Oregon, you must notify them of these rules. If they do not qualify, they may not purchase gasoline in Oregon. Please note that the state fire marshal, a division of the state police, has the authority to levy fines of up to $500 for fueling by an unqualified individual. Such fines will be levied on the individual and may also be levied on the site operator.

In order to develop an unattended commercial fueling site in Oregon, a special permit must be obtained and the site must be approved by the state fire marshal.

A copy of the statutes and administrative rules governing automated fueling sites in Oregon is included as Exhibit 2E. The State of Oregon has produced a cardlock training video that can be purchased from the office of the Oregon Fire Marshal. This video may or may not be appropriate for other states.

b.  **Michigan.** The state of Michigan has adopted administrative rules that do not allow the networking of fueling sites in the state. However, Pacific Pride marketers can receive a waiver of these rules, provided their sites are developed in accordance with guidelines established by the fire marshal. In addition, all customers must be trained in the proper use of equipment and safety procedures for fueling. Customers must certify in writing that they have been trained, and a permanent record of the certification must be maintained by the host franchisee issuing the card. This certification is required for **all customers** using an unattended fueling site in Michigan.

Prior to developing an automated fueling site in Michigan, check with the local fire marshal for current regulations and requirements.

c.    **Other states.**  Regulations are being written all of the time.  Be sure to check with your state and local authorities.  Most jurisdictions require some training for use of an unattended facility.

Pacific Pride requires that all Pacific Pride cardholders with access to Pacific Pride sites be trained in the proper use of fueling equipment and safety procedures in case of an accident at the sites.  Training your customers will not only help prevent accidents and possible injury, but it can also help to protect your property against damage.  Do your part.  **Train your customers to use all Pacific Pride sites safely.**  An important component of the training will be certification that the customer has been trained.  Documentation certifying the customer has been trained must be kept on file in your office.  (See Exhibit 2F for an example of training certification.)

## Section 5: Letter of Credit, Bond, or Cash Deposit as Security

Because Pacific Pride Services, Inc., acts as the clearinghouse for inter-company transfers among Pacific Pride marketers and guarantees that each franchisee will be paid for all foreign sales from its site(s), Pacific Pride requires a security deposit from all marketers. Pacific Pride will hold such security for the life of the franchise.  The minimum amount of the security is $10,000.  The amount deposited by each franchisee must be enough to cover the net amount of your inter-company billing for two billing periods plus 20%.  **The security calculation is based on an *average current transfer price times* your monthly NET gallons, plus 20%.**  For example, if the net amount for the two billing periods equals $50,000, you will be required to post security in the amount of at least $60,000.  Because the dollar amount of foreign purchases will tend to increase during the life of the franchise, Pacific Pride Services routinely reviews the amounts held in security and may request that the amount of security be amended.  The security of all marketers is reviewed regularly.  At any time the net billing amount exceeds the security on deposit, Pacific Pride Services may request that the amount be increased.  If an increase is requested, the franchisee must immediately comply with Pacific Pride Services' request. **No new access cards will be issued until the amount of the security is amended to the proper amount.**  In the event the franchisee refuses to comply, it will be considered a breach of the Franchise Agreement and Pacific Pride Services may take appropriate action.

The requirement for posting security is for the protection of the entire network.  The policy is meant to ensure that everyone involved in the network is paid on a timely basis.  **Exhibit 2G** includes examples of letters of credit and surety bonds.

## Section 6: Insurance

The insurance policy you carry for your Pacific Pride Commercial Fueling site(s) must include Pacific Pride Services, Inc., and its marketers as additional named insureds for all

coverage. This ensures that, should an accident occur at any Pacific Pride site, the site operator will have sufficient coverage and other Pacific Pride marketers can feel secure sending their customers to all sites in the network. Unfortunately, we have no control over what customers may do should an accident occur. It may be advisable to speak with your insurance agent about additional coverage for an incident at a site other than your own.

In order for your site to operate as a Pacific Pride site, you must provide us with a certificate of insurance indicating your policy includes public liability insurance for each site of not less than $1,000,000 per site for bodily injury and death to one or more persons, and an amount not less than $500,000 for property damage per site.

If you are dispensing fuel at your site that was blended after the product left the terminal, you must also carry product liability insurance for each site where the blended product is dispensed. The amount of the product liability insurance must not be less than $1,000,000 for bodily injury and death to one or more persons and not less than $500,000 for property damage per site.

You must also maintain any other insurance required by any local, state, or federal statute, law, ordinance, regulation or rule.

If you do not procure and maintain sufficient insurance coverage, Pacific Pride shall have the right to procure such insurance on your behalf and you will be required to reimburse all costs associated with our procuring the coverage. It is much easier and economical for you to procure your own insurance coverage and, quite obviously, that would be our preference. Exhibit 2H is a sample certificate of insurance that includes all required provisions.

## Section 7: Electronic Funds Transfer – The Only Way to Pay

**All marketers are required to make an account available at a participating financial institution in order to accomplish Electronic Funds Transfer (EFT) deposits/withdrawals.** There are two billing periods each month, the 1st through the 15th and the 16th through the end of the month (EOM). The EFT date for the first billing period (1st -15th) is on the 23rd of the month. For the second billing period (16th-EOM), the EFT occurs on the 8th of the following month. If these dates fall on a weekend or banking holiday, the EFT will take place on the last business day **prior** to the original date. For instance, if the 8th were a holiday that fell on a Monday, the transfer would take place on Friday, the 5th. Your Pacific Pride calendar has all EFT dates marked in red. In addition, your statement from Pacific Pride will indicate the date on which the EFT will take place. Please make sure your accounts receivable and payable staffs are aware of these dates. If funds are not available on the date of withdrawal, you will be assessed a fee for any penalties incurred because of insufficient funds. The amount of the penalty shall not be less than $35 per EFT transaction.

In order to accomplish the EFT, we must have your authorization to access your account. Authorization forms are included here as **Exhibit 2I.** One authorization form allows Pacific

Pride Services to debit your account, and the other form authorizes credits. Both forms must be completely filled out and signed by you. It is possible to have deposits made to one account and withdrawals taken from another account if we have the proper account numbers. Once you have notified us of the proper account numbers, deposits and withdrawals will take place automatically. When sending us the forms, please include a **voided check** for verification of account and routing numbers.

You will have two EFT's per billing period. One EFT will cover your foreign purchase and foreign sales activity and fees to Pacific Pride. The second, always a withdrawal, will be for your advertising fee and activity related to advertising. The advertising fee is withdrawn from your account in a separate transaction from your other fees. The advertising fee is charged on every foreign purchase gallon. If you have at least one foreign purchase transaction, there will be a withdrawal from your account. The system may owe you more money, but the advertising fee will always require a withdrawal. If you have foreign purchases, you must maintain a proper balance for the advertising EFT to go through successfully.

If you change banks at any time, please notify Pacific Pride Services well in advance of the change. We must receive new authorizations for the new account(s) and do a test transaction to ensure the EFT processes properly. Please make a copy of the EFT Authorization Forms in Exhibit 2I, provide the information requested, and send the forms to Pacific Pride. Please send a voided check with the authorization forms so we can easily verify routing numbers and account numbers.

## CHAPTER 2 EXHIBITS

2A.  Pacific Pride Timeline Checklist ........................................................................2A-1
2B.  Directory Information Sheet...............................................................................2B-1
2C.  New Site Application and Approval Form...........................................................2C-1
2D.  Fire Marshal Rules and Regulations Letter.......................................................2D-1
2E.  ORS 480.315 to 480.385 and Safety Training Brochure....................................2E-1
2F.  Training Responsibility Certification ..................................................................2F-1
2G.  Sample Bond and Irrevocable Standby Letter of Credit.....................................2G-1
2H.  Sample Certificate of Insurance .......................................................................2H-1
2I.  EFT Authorization Forms ..................................................................................2I-1

## NOTES

# PACIFIC PRIDE TIMELINE FOR A NEW FRANCHISEE

## CHECK ITEMS AS THEY ARE COMPLETED. If you have questions, please call Catrina.

\_\_\_\_ Pacific Pride Franchise Agreements approved, signed, and returned with $8000 fee.

\_\_\_\_ Confirm with Pacific Pride the compatibility of your electronic pumps and dispensers with Petro Vend equipment.

\_\_\_\_ Choose a BILLING SYSTEM provider. Request information packets for pricing guides and billing programs.

\_\_\_\_ Order SmartLock™ system from COMDATA (allowing 4-8 weeks for delivery).

\_\_\_\_ Pacific Pride authorizes COMDATA to release the proprietary chip and equipment.

\_\_\_\_ Call Burt at Pacific Pride to schedule installation of Controller and for shipment of the Controller. The Pacific Pride Controller installation should take place no later than a few days after fire-up of the first site.

\_\_\_\_ Contact your phone company to set up a dedicated phone line installation for the Pacific Pride Controller and site modem. Order the phone modem for the site from Burt at Pacific Pride.

\_\_\_\_ PACIFIC PRIDE TRAINING (Held in Salem, OR). Call Catrina within *three* weeks of class to register for training.

\_\_\_\_ Go through customer lists and identify customers for Pacific Pride. Estimate number of cards needed for existing customers and potential customers.

\_\_\_\_ Send logo and other card information to Laura at Pacific Pride. Order card stock. Please allow *two* weeks for card stock processing.

\_\_\_\_ Secure Letter of Credit (LOC) or Surety Bond for $10,000 in favor of Pacific Pride Services, Inc. Period: 1 year. Examples of both are included in your "Franchisee Start-Up Packet."

\_\_\_\_ Set up Electronic Funds Transfer (EFT) accounts (two forms) and fill out the Form W-9, "Request for Taxpayer Identification Number" and send to Catrina at Pacific Pride.

\_\_\_\_ Supply a certificate of insurance for your Pacific Pride automated fueling site. Pacific Pride Services and all Franchisees shall be named as additional insureds. LOC/Bond and Certificate of Insurance must be received by Pacific Pride, Attn: Catrina, prior to your site coming on-line.

\_\_\_\_ Call Laura at Pacific Pride to issue "block" of card numbers. When a form of security has been obtained and sent to Pacific Pride, call Catrina to release the PIN numbers.

\_\_\_\_ Contact Nora to provide Pacific Pride with *both* directions to and services offered at your site(s). Also, at this time order the Pacific Pride signs, maps, and brochures through Shannon.

\_\_\_\_ Call Jamie to set up transfer prices for the products provided at the new site(s). For example, list all applicable taxes, fees, freight rates, products, the city/terminal product is pulled from, and if the fuel is "branded" or "unbranded."

\_\_\_\_ Assign Pacific Pride cards to customers. Order cards punched from Laura and Robin at Pacific Pride Services.

\_\_\_\_ When the Pacific Pride automated fueling site "fire-up" date has been set, call Catrina with the "fire-up" date so site list notifications can be updated.

\_\_\_\_ Inform current customers of new affiliation with Pacific Pride, *distribute* cards to customers, and then mail out PIN numbers.

\_\_\_\_ Site is operational, is tested for product restriction, and pumps and equipment operate properly. Check all pumps.

\_\_\_\_ Pacific Pride Controller and billing system are installed.

Revised 07/01

**EXHIBIT 2A PAGE 1 OF 2**

# THIS PAGE INTENTIONALLY LEFT BLANK

**EXHIBIT 2A  PAGE 2 OF 2**

## DIRECTORY INFORMATION

TE TYPE: ___PACIFIC PRIDE    ___AMERINET    ___PRIDENET

SITE ADDRESS: _____

CITY, STATE: _____

HOST: ____ SITE CODE: _____ PHONE NUMBER FOR DIRECTORY:_____

Available with PACIFIC PRIDE OR AMERINET CARDS:

| | | |
|---|---|---|
| DIESEL _____ | UNLEADED ____ | RACING FUEL |
| DIESEL #1 _____ | UNLEADED PREMIUM ____ | PROPANE |
| DIESEL PREMIUM _____ | MIDGRADE _____ | KEROSENE |
| OFF ROAD DIESEL _____ | | |

TRUCK ACCESSIBILITY    __ EXCELLENT __ GOOD __ FAIR __ POOR

WITHIN ½ MILE OF INTERSTATE: ___ YES __ NO

WHICH INTERSTATE? _____

SERVICES PLEASE CHECK WHICH APPLY

| | | |
|---|---|---|
| AIR __ | WATER ___ | OIL ___ |
| SATELLITE FUEL ____ | RESTROOMS ___ | TOWING ___ |
| DRIVERS LOUNGE ____ | OFFICE ___ | COVERED PUMPS ____ |
| SHOWERS _____ | TRUCK PARKING ___ | CAR WASH ___ |
| SCALES ___ | TIRE REPAIR ____ | TRUCK WASH __ |
| CONVENIENCE STORE __ | LODGING ___ | PAY PHONE ____ |
| RESTAURANT __ | | |

COMCHEK CARD ACCEPTED:  YES___  NO__

**THIS FORM MUST BE COMPLETED AND RETURNED TO PACIFIC PRIDE IF YOUR SITE IS TO BE LISTED IN THE PACIFIC PRIDE LOCATIONS DIRECTORY!**

**WRITTEN DIRECTIONS:**

_____
_____
_____
_____

**EXHIBIT 2B  PAGE 1 OF 2**

## NEW SITE MAP

Please help us to get you in our maps by drawing us a map to your site.  Thanks for your help.

Host #_____ Site Code#_____

ADDRESS: _____

CITY, STATE: _____

N

**EXHIBIT 2B  PAGE 2 OF 2**

PP0035

HOST NAME:_____ HOST #:_____

# PACIFIC PRIDE SERVICES, INC.
## NEW SITE APPLICATION AND APPROVAL

_____Pacific Pride Site          _____PrideNet Site          _____Captive Site

1)  Please list the *specific* site address of the proposed location:_____
_____ City/State:_____ County:_____
In what **ZIP CODE** territory is the site?_____

***Please submit a copy of your local telephone directory "ZIP Code Boundary/*Map* page" with this application. If unavailable, a U.S. Postal territory map may be substituted. This map will be used to determine the boundaries of your exclusive site territory.**

2)  What is the *proposed* opening date for the site?_____

3)  Is the new site presently used for automated fueling?_____ Key or Card Lock?_____

4)  If so, how long has it been used for automated fueling?_____

5)  Do you own the property? _____Or Lease? _____ If leased, when does lease expire?_____

6)  **Does this site have a dedicated Pacific Pride island with at least regular unleaded gasoline, standard #2 low-sulfur diesel, air/water, *and a third* fuel of your choice?   YES_____ NO_____**

*Sites *without* a dedicated island, the *required* fuel products, *or* SmartLock™ equipment will be considered PrideNet Sites.*

7)  **Please list the products available at the site through the Pacific Pride Network:**

| Product | Yes | No |
|---|---|---|
| No Lead 87 octane (*required*) | | |
| Mid Grade 89 octane | | |
| No Lead Premium 91-92 octane | | |
| Diesel #2 (*required*) | | |
| Premium Diesel | | |
| Other:_____ _____ | | |

*Please note: *All* sections **must** be completed in order for your application to be processed.*

1 of 4

***Please attach the $500 application fee or note to take the fee via EFT.**

Revised 05/01/01

**EXHIBIT 2C  PAGE 1 OF** 4

8) What terminal/*city* do you pull your petroleum products from?
Gas_____    Diesel_____

*What is the current freight rate per gallon?*  Gas:_____ Diesel:_____

9) Is the site branded (Chevron, Shell, Texaco, etc.) *or* unbranded?  Please list the oil company brand for each: Gas:_____ Diesel:_____

10) Please list all applicable fees and taxes for this proposed site:
County:_____ City:_____ State:_____

11) Is there any *other* business currently operating at this site?_____ *If* yes, please describe:
_____ ***If the site is combined with retail, please include a rough sketch of the island configuration and layout.*

12) Please fill in the following information for those pumps and/or dispensers that are currently or *will* be installed at your proposed Pacific Pride site:

| Dispenser/Pump | # of Units | Manufacturer | Mechanical Model #/Name | Electronic (*2) Model #/Name | Console (*3) Make/Model # |
|---|---|---|---|---|---|
| Single Product | | | | | |
| Dual/Single Product | | | | | |
| Dual/Dual Product | | | | | |
| High Speed | | | | | |
| MPD *1 | | | | | |
| Blender *1 | | | | | |
| Other | | | | | |

*1  Blend & Multiple Product Dispensers (MPD's) require Pacific Pride authorization prior to installation.  NOTE: Not all MPD equipment is compatible with Pacific Pride and Petro Vend. Check with your Petro Vend distributor or Pacific Pride for full product restriction capability.

*2  NOTE: Not all electronic pumps and dispensers are compatible with Pacific Pride and Petro Vend.  Check with your Petro Vend distributor or Pacific Pride for full product restriction capability.

*3  NOTE: Not all electronic consoles are compatible with Pacific Pride and Petro Vend.  Check with your Petro Vend distributor or Pacific Pride for full product restriction capability.

13) Please List Proposed Pacific Pride or PrideNet I.D.:

| Pacific Pride I.D. | Yes |
|---|---|
| 4' X 10' Free-standing, internally lit sign (REQUIRED – *except* where local regulations prohibit) or Pacific Pride Canopy Striping and Graphics | |
| Pacific Pride Pump Stripes – (REQUIRED – *except* when Major Oil I.D. requirements prohibit) | |
| For PrideNet Sites there is no sign or size requirement.  However, there can *only* be <u>one</u> Pacific Pride sign that can be no larger than 20 inches by 20 inches. | |
| Other:_____ | |

2 of 4
***Please attach the $500 application fee or note to take the fee via EFT.

14) What services will be available at this site (i.e., restroom, oil vending, truck scales, truck wash, truck parking, tire repair, mechanic, C-store):

Through Pacific Pride/Petro Vend Access: _____

Cash: _____

15) What is the nearest metropolitan area to this site? _____ How many miles? _____

16) What is the address *and* city of the nearest Pacific Pride or AmeriNet site(s) to this *proposed* location? a) _____ Distance in miles and the direction? _____

b) _____ Distance in miles and the direction? _____

## *PLEASE INCLUDE A CITY MAP INDICATING THE NEW SITE LOCATION AND PLACE ALL EXISTING SITES WITHIN A 10-MILE RADIUS OF THE NEW SITE ON THIS MAP.*

17) Approximately how far is this site from a major highway and/or freeway? Please list highway(s) and/or freeway(s) and distance. _____

18) Please give the dimensions of the property on which the site is operated. _____

Is the site suitable for large trucks? _____

19) Does the site meet all governmental and regulatory requirements for operation of a commercial automated fueling site? _____ Yes _____ No

a. If not, when do you anticipate compliance to be met? _____

b. What needs to be done before compliance is reached? _____

_____

20) Name of Equipment Distributor _____ Phone #: _____

**\*\*Remember to handle the following items *before* installation of your card system:**

A. Order voice-grade *dedicated* phone line for your site from your local phone company.
B. If a new franchisee, set up installation of Pacific Pride Controller with Burt at Pacific Pride.
C. Review your New Franchisee checklist/timeline to insure all steps have been completed prior to the site "firing."
D. Order your phone modem from Burt.

3 of 4

**\*\*\*Please attach the $500 application fee or note to take the fee via EFT.**

Revised 05/01/01

**EXHIBIT 2C  PAGE 3 OF 4**

THIS FORM MUST BE COMPLETED AND RETURNED TO PACIFIC PRIDE SERVICES, INC., <u>ATTENTION: CATRINA KERSICH</u>, NOT LESS THAN 90 DAYS *PRIOR* TO ANTICIPATED OPENING DATE.

THE APPLICATION FEE WILL BE APPLIED TO THE $1,500 SITE HOOK-UP FEE UPON SITE OPENING, ASSUMING THE SITE IS OPERATIONAL WITHIN 90 DAYS OF APPLICATION.    AT THE DISCRETION OF PACIFIC PRIDE, THE INITIAL APPLICATION FEE OF $500 MAY BE FORFEITED IF APPROPRIATE SITE DEVELOPMENT HAS NOT BEEN MADE. PLEASE NOTE THAT THIS FORM WILL NOT BE PROCESSED UNTIL THE FEE HAS BEEN RECEIVED WITH THE COMPLETED SITE APPLICATION.

Company Name/Host #: _____

Authorized Signature: _____

    *Printed name of contact person and phone # for new site application questions:*
    Name: _____ Phone & Fax: _____ / _____

    Address: _____

    Dated this _____ day of _____, 20_____

## NOTE:

*If approved,* this application/territory is valid for only 90 days. After 90 days, a status report must be sent to Pacific Pride, *Attention: Catrina*, indicating progress being made toward bringing the site on-line. *If* no written status has been received by our office, Pacific Pride Services, Inc. has the option to terminate this site approval, which would then "re-open" the ZIP Code territory or make it non-exclusive.  (See your Franchise Agreement, Section 3, for specifics.) Therefore, it is vital to keep us posted as to your site progress.

## APPROVAL

The above application for the proposed site is approved based upon the information provided, and that the site meets all governmental and regulatory requirements for the operation of a commercial automated fueling site prior to the opening date of the site.  If there are any changes to this proposed site, please let Pacific Pride Services, Inc., know immediately. *Thank you.*

## PACIFIC PRIDE SERVICES, INC.

By: _____
               Signature

Title: _____

Dated this _____ day of _____, 20_____

***Please attach the $500 application fee or note to take the fee via EFT.**

Revised 05/01/01



**PACIFIC PRIDE SERVICES, INC.**
205 Columbia St. N.E. • P.O. Box 2099 • Salem, Oregon 97308
TEL: (503) 588-0455 • Toll Free 1-800-367-5066 • FAX (503) 371-6708

THE COMMERCIAL FUELING SYSTEM ®

## ATTENTION!!!

It is important that all Pacific Pride franchisees take the Oregon State Fire Marshal's regulation of cardlocks extremely seriously. **All customers purchasing gasoline in the state of Oregon are required to meet the requirements as set by ORS 480.310 – 480.385.**

In order to purchase gasoline through an unattended automated fueling facility (cardlock) in Oregon, the customer must meet the following requirements:

1.     The customer must have a written agreement with the card-issuing company for purchase of gasoline through a cardlock facility.

2.     The customer must certify to the following and provide documentation supporting that:

   A.     the customer is a legitimate "non-retail" customer (commercial) and provide a Federal Employer I.D. number or other **equivalent documentation to indicate participation in a business or employment with a government agency or nonprofit or charitable organization.**

   B.     all gasoline purchased through the cardlock facility will be dispensed into a vehicle **owned** or used by the business. (This may include boats and motor homes, but they are viewed with suspicion by the Fire Marshal's office.)

   C.     the customer has received safety training. Annual updates to the training are also required.

   D.     the customer purchases 2,400 gallons of **motor fuel** annually from any combination of sources. (If the customer is only buying 1,000 gallons a year from you, they must prove that they purchase at least 1,400 gallons of motor fuel from another source.) There are certain exceptions to this requirement.

**EXHIBIT 2D  PAGE 1 OF 2**

1.  If the customer was your cardlock customer as of June 30, 1991, they do not have to meet the volume requirement; however, they must be qualified as a business/commercial/non-profit/governmental customer.

2.  If the fuel purchases qualify as a deductible farming expense on the customer's federal income tax return, they do not have to meet the volume requirement.

3.  If the fuel was purchased by a governmental agency providing fire, ambulance, or police services, the volume requirement does not have to be met.

All customers must be made aware of the regulations of purchasing gasoline from a cardlock facility in the state of Oregon. The Fire Marshal and gasoline dealers have been photographing customers at sites and filing complaints with the Fire Marshal. The Fire Marshal is obligated to investigate all complaints of unauthorized use of a cardlock facility. Please notify customers immediately that they may not dispense fuel at a cardlock facility in Oregon if they do not meet the requirements set out above. They risk a substantial fine for themselves and the cardlock operator. Ongoing abuse at the facility may result in closure of the site.

Please do your part and ensure that your customers are indeed commercial customer required under your Pacific Pride franchise agreement. In addition, if they purchase gasoline in Oregon **you** must ensure that they meet the rules and regulations for gasoline dispensing in Oregon.

The Fire Marshal's office has begun auditing cardlock operators in Oregon to ensure their customer base includes only bona fide commercial customers. Make sure your customer list does not include the names of individuals. Prepare files on each of your customers that include all of the documentation required. The more prepared and organized you are for the Fire Marshal's visit, the easier your audit should go.

Thank you all for your cooperation and sincere efforts in compliance. The better we are at monitoring our own compliance, the better position we will be in to work with the fire marshal in the future.

If you have any question, please give me a call.

Sincerely,

Cindy Condon
Pacific Pride Services

**EXHIBIT 2D  PAGE 2 OF 2**

# Oregon Revised Statutes

## Chapter 480
## 1999 EDITION

### REGULATION OF GASOLINE DISPENSING

**480.310 Definitions for ORS 480.315 to 480.385.** As used in ORS 480.315 to 480.385:

(1) "Class 1 flammable liquids" means liquids with a flash point below 25 degrees Fahrenheit, closed cup tester.

(2) "Nonretail facility" means an unattended facility where Class 1 flammable liquids are dispensed through a card or key activated fuel dispensing device to nonretail customers. [Amended by 1991 c.863 s.48]

**480.315 Policy.** The Legislative Assembly declares that, except as provided in ORS 480.345 to 480.385, it is in the public interest to maintain a prohibition on the self-service dispensing of Class 1 flammable liquids at retail. The Legislative Assembly finds and declares that:

(1) The dispensing of Class 1 flammable liquids by dispensers properly trained in appropriate safety procedures reduces fire hazards directly associated with the dispensing of Class 1 flammable liquids;

(2) Appropriate safety standards often are unenforceable at retail self-service stations in other states because cashiers are often unable to maintain a clear view of and give undivided attention to the dispensing of Class 1 flammable liquids by customers;

(3) Higher liability insurance rates charged to retail self-service stations reflect the dangers posed to customers when they leave their vehicles to dispense Class 1 flammable liquids, such as the increased risk of crime and the increased risk of personal injury resulting from slipping on slick surfaces;

(4) The dangers of crime and slick surfaces described in subsection (3) of this section are enhanced because Oregon's weather is uniquely adverse, causing wet pavement and reduced visibility.

(5) The dangers described in subsection (3) of this section are heightened when the customer is a senior citizen or is disabled, especially if the customer uses a mobility aid, such as a wheelchair, walker, cane or crutches;

(6) Attempts by other states to require the providing of aid to senior citizens and the disabled in the self-service dispensing of Class 1 flammable liquids at retail have failed, and therefore, senior citizens and the disabled must pay the higher costs of full service;

(7) Exposure to toxic fumes represents a health hazard to customers dispensing Class 1 flammable liquids;

(8) The hazard described in subsection (7) of this section is heightened when the customer is pregnant;

(9) The exposure to Class 1 flammable liquids through dispensing should, in general, be limited to as few individuals as possible, such as gasoline station owners and their employees or other trained and certified dispensers;

(10) The typical practice of charging significantly higher prices for full-service fuel dispensing in states where self-service is permitted at retail:

(a) Discriminates against customers with lower incomes, who are under greater economic pressure to subject themselves to the inconvenience and hazards of self-service;

(b) Discriminates against customers who are elderly or handicapped who are unable to serve themselves and so must pay the significantly higher prices; and

(c) Increases self-service dispensing and thereby decreases maintenance checks by attendants, which results in neglect of maintenance, endangering both the customer and other motorists and resulting in unnecessary and costly repairs;

(11) The increased use of self-service at retail in other states has contributed to diminishing the availability of automotive repair facilities at gasoline stations;

(12) Self-service dispensing at retail in other states does not provide a sustained reduction in fuel prices charged to customers;

(13) A general prohibition of self-service dispensing of Class 1 flammable liquids by the general public promotes public welfare by providing increased safety and convenience without causing economic harm to the public in general;

(14) Self-service dispensing at retail contributes to unemployment, particularly among young people;

(15) Self-service dispensing at retail presents a health hazard and unreasonable discomfort to the handicapped, to elderly persons, small children and those susceptible to respiratory diseases;

(16) The federal Americans with Disabilities Act, Public Law 101-336, requires that equal access be provided to disabled persons at retail gasoline stations; and

(17) Small children left unattended when customers leave to make payment at retail self-service stations creates a dangerous situation. [1991 c.863 s.49a; 1999 c.59 s.160]

**480.320 Use of coin-operated pumps and dispensing of gasoline by self-service declared hazardous.** The installation and use of coin-operated dispensing devices for Class 1 flammable liquids and the dispensing of Class 1 flammable liquids by self-service, are declared hazardous. [Amended by 1959 c.73 s.1]

**480.330 Operation of gasoline dispensing device by public prohibited.** No owner, operator or employee of any filling station, service station, garage or other dispensary where Class 1 flammable liquids are dispensed at retail, shall permit any person other than the owner, operator or employee to use or manipulate any pump, hose, pipe or other device for dispensing such liquids into the fuel tank of a motor vehicle or other retail container.

**480.340 Coin-operated or self-service gasoline pumps prohibited; automatic shut-off devices regulated.** No owner, operator or employee of any filling station, service station, garage or other dispensary where Class 1 flammable liquids are dispensed at retail, shall install or use, or permit the use of, any coin-operated or self-service dispensing device for such liquids. No owner, operator or employee of any filling station, service station, garage or other dispensary where Class 1 flammable liquids are dispensed at retail, shall install or use or permit the use of, any device which permits the dispensing of such liquids when the hand of the operator of the discharge nozzle is removed from the control lever, except one equipped with an automatic nozzle of a type which has been approved by the State Fire Marshal, and which has a latch-open device as an integral part of the assembly, capable of shutting off the flow of such liquids reliably when the tank is filled or when the nozzle falls or slips from the filling neck of the tank. Such automatic nozzle shall not be used for the dispensing of such liquids unless such owner, operator or employee is in the immediate vicinity of the tank being filled. [Amended by 1959 c.73 s.2]

**480.345 Conditions for operation of dispensing device by certain nonretail customers.** Notwithstanding ORS 480.330 and 480.340, the owner, operator or employee of a dispensing facility may permit nonretail customers other than the owner, operator or employee to use or manipulate at the dispensing facility a card activated or key activated device for dispensing Class 1 flammable

liquids into the fuel tank of a motor vehicle or oti container under the following conditions:

(1) The owner or operator shall hold a current nonretail facility license issued by the State Fire Marshal under ORS 480.350;

(2) After April 1, 1992, a nonretail customer shall purchase at least 2,400 gallons of Class 1 flammable liquids or diesel fuel from any source during a 12-month period or, if the amount of such liquids or fuel purchased is less than 2,400 gallons annually, file documentation that:

(a) The fuel qualifies as a deductible farming expense on the customer's federal income tax return; or

(b) The fuel was purchased by a governmental agency providing fire, ambulance or police services;

(3) The nonretail customer shall provide a federal employer identification number or equivalent documentation to indicate participation in a business or employment with a government agency or nonprofit or charitable organization;

(4) The nonretail customer, other than the owner or operator, dispensing Class 1 flammable liquids shall be employed by a business, government agency or nonprofit or charitable organization and shall dispense Class 1 flammable liquids only into the fuel tank of a motor vehicle or other container owned and used by the business, government agency or nonprofit or charitable organization;

(5) The nonretail customer, other than the owner, operator or employee, dispensing Class 1 flammable liquids shall have satisfied safety training requirements in compliance with rules of the State Fire Marshal; and

(6) The owner or operator shall enter into a written agreement with nonretail customers permitted under this section to dispense fuel at the nonretail facility. Except as otherwise provided in ORS 480.355, the agreement shall at a minimum:

(a) Certify that the nonretail customer will purchase at least 2,400 gallons of Class 1 flammable liquids or diesel fuel from any source during a 12-month period or, if the amount of such liquids or fuel purchased is less than 2,400 gallons annually, file documentation that:

(A) The fuel qualifies as a deductible farming expense on the customer's federal income tax return; or

(B) The fuel was purchased by a governmental agency providing fire, ambulance or police services;

(b) Provide a federal employer identification number or equivalent documentation to indicate participation in a business or employment with a government agency or nonprofit or charitable organization;

(c) Certify that the nonretail customer is employed by a business, government agency or nonprofit or charitable organization and that the nonretail

customer shall dispense Class 1 flammable liquids only into the fuel tank of a motor vehicle or other container owned and used by the business, government agency or nonprofit or charitable organization;

(d)  Certify that the nonretail customer has satisfied safety training requirements in compliance with rules of the State Fire Marshal; and

(e)  Require the nonretail customer to submit a sworn statement, as defined in ORS 162.055, that the information supplied in the agreement is true and correct. [1991 c.863 s.50; 1993 c.469 s.7]

**480.347  Use of gasoline dispensing device by emergency service worker; conditions.** Notwithstanding ORS 480.330 and 480.340, during an emergency as defined in ORS 401.025, the owner, operator or employee of a dispensing facility may permit nonretail customers, other than the owner, operator or employee, to use or manipulate at the dispensing facility a card activated or key activated device for dispensing Class 1 flammable liquids into the fuel tank of a vehicle or other container if:

(1)  The owner or operator holds a current nonretail facility license issued by the State Fire Marshal under ORS 480.350;

(2)  The fuel is dispensed to an emergency service agency as defined in ORS 401.025 or to an entity authorized by an emergency service agency to provide services during an emergency;

(3)  The nonretail customer, other than the owner or operator, dispensing Class 1 flammable liquids is an emergency service worker as defined in ORS 401.025 or an owner or employee of the entity authorized by the emergency service agency to provide services during an emergency and dispenses Class 1 flammable liquids only into the fuel tank or a vehicle or other container owned and used by the emergency service agency or the entity authorized by that agency to provide services during an emergency; and

(4)  The nonretail customer, other than the owner, operator or employee, dispensing Class 1 flammable liquids satisfies safety training requirements in compliance with rules of the State Fire Marshal. [1999 c.456 s.2]

**480.350  License required for operation of nonretail facility; application; fee; term; renewal.** (1)  Except as provided in ORS 480.355, a nonretail facility shall not operate without a license issued under this section.

(2)  The State Fire Marshal shall issue a nonretail facility license to a person if the person submits an application to the State Fire Marshal on a form provided by the State Fire Marshal for each nonretail facility and the application includes:

(a)  A statement that the applicant will comply with the requirements of ORS 480.345;

(b)  A copy of the form that will be used by the applicant as the agreement required under ORS 480.345 between the applicant and nonretail customers permitted to dispense fuel at the nonretail facility;

(c)  A sworn statement, as defined in ORS 162.055, that information supplied in the application is true and correct; and

(d)  An application fee of $250.

(3)  The applicant for a nonretail facility license shall bear the burden of proof that the requirements of this section and of any rules of the State Fire Marshal adopted to implement this section are satisfied.

(4)  In addition to any license or renewal fees, a licensee shall pay an annual fee of $5 for each nonretail customer that enters into a written agreement with the owner or operator of the nonretail facility under ORS 480.345.

(5)  A license issued under this section shall be valid for a period of one year from the date of issuance.

(6)  A license may be renewed upon payment to the State Fire Marshal of an annual license renewal fee of $250.

(7)  All fees received by the State Fire Marshal pursuant to this section shall be deposited with the State Treasurer and shall be placed in the State Fire Marshal Fund. [1991 c. 863 s.51; 1995 c. 79 s.292]

**480.355  Conditional nonretail facility license; qualifications; application; review of denial.** (1)  Notwithstanding ORS 480.345, upon application from the owner or operator of a nonretail facility, the State Fire Marshal may issue a conditional use license under which the nonretail facility may permit persons who are not qualified as nonretail customers under ORS 480.345 (2) to (4) to dispense Class 1 flammable liquids at a nonretail facility.

(2)  In issuing a conditional use license, the State Fire Marshal may waive the nonretail customer requirements of ORS 480.345 (2) to (4), but may not waive safety training requirements contained in ORS 480.345.

(3)  The State Fire Marshal may issue a conditional use license under this section if the State Fire Marshal determines that:

(a)  There is no facility where Class 1 flammable liquids are dispensed by attendants at retail within seven miles of the nonretail facility, and other undue hardship conditions exist, as may be determined by the State Fire Marshal by rule;

(b)  The nonretail facility exists on property used as a private, nonprofit golf club not open to the general public and the private, nonprofit golf club members

who are not qualified as nonretail customers use the nonretail facility only for the fueling of vehicles that are used exclusively on the property of the private, nonprofit golf club and are not designed for highway use; or

(c)   The nonretail facility exists at an airport registred, licensed or recognized as an airport by the Department of Transportation, and persons who are not qualified as nonretail customers use the nonretail facility only for the fueling of aircraft.

(4)   The State Fire Marshal shall consider comments of local residents or local government bodies to determine if undue hardship exists.

(5)   The provisions of ORS 480.345 and 480.350 apply to a license application made under this section, except those provisions whose applicability is waived by the State Fire Marshal under this section.

(6)   The applicant for a conditional use license shall bear the burden of proof that the requirements of this section and of any rules of the State Fire Marshal adopted pursuant to this section are satisfied.

(7)   The State Fire Marshal shall investigate any application made under this section and hold at least one public hearing to determine if the conditional use license should be issued. The State Fire Marshal may waive the requirement for a hearing if the application for a conditional use license is made by a private, nonprofit golf club or by an airport described in subsectino (3)(c) of this section.

(8)   Any person who makes application as provided for in this section, and whose application is denied, shall be entitled to a hearing upon request. The hearing shall be conducted as a contested case hearing pursuant to the applicable provisions of ORS 183.413 to 183.470.

(9)   Judicial review of an order made after a hearing under subsection (7) of this section shall be as provided in ORS 183.480 to 183.497 for judicial review of contested cases. [1991 c. 863 s.56; 1995 s.s. c.3 s.35; 1996 c.11 s.2; 1997 c.463 s.1; 1999 c.95 s.1]

**480.360** **Exemption from gallonage requirements of ORS 480.345.** Any person who was a customer of a facility that is issued a license under ORS 480.350 and was a customer on and since June 30, 1991, and who qualifies as a nonretail customer under the provisions of ORS 480.345, shall be exempt from the gallonage requirements set forth in ORS 480.345 (2). [1991 c.863 s.50a]

**480.365** **Suspension or revocation of license; procedure.** In accordance with ORS 183.310 to 183.550, the State Fire Marshal may revoke or suspend or may refuse to issue or renew a nonretail facility license if the State Fire Marshal finds that an applicant or a person to whom the license was issued:

(1)   Falsified the application for the license; or

(2)   Failed to comply with any provision of ORS 480.315 to 480.385 or any applicable rule adopted by the State Fire Marshal. [1991 c.863 s.52]

**480.370** **Subpoenas for investigation; effect of failure to comply.** (1) The State Fire Marshal may issue subpoenas to compel the production of records, documents, books, papers, memoranda or other information necessary to determine compliance with any provision of ORS 480.315 to 480.385 or any rule adopted by the State Fire Marshal.

(2)   If a person fails to comply with any subpoena issued under subsection (1) of this section, a judge of the circuit court of any county, on application of the State Fire Marshal, shall compel obedience by proceedings for contempt as in the case of disobedience of the requirements of a subpoena issued from the circuit court. [1991 c.863 s.54]

**480.375** **Safety inspections of facilities by State Fire Marshal; audit; investigation of law violations.** (1) The State Fire Marshal shall conduct an annual safety inspection at all nonretail and dual operations facilities dispensing Class 1 flammable liquids to determine if the facility is operating in compliance with the provisions of ORS 480.315 to 480.385 or of any applicable rul adopted by the State Fire Marshal.

(2)   The State Fire Marshal shall conduct annual audits of at least five percent of all nonretail accounts to determine if nonretail facilities are in compliance with the provisions of ORS 480.315 to 480.385 and any applicable rule adopted by the State Fire Marshal.

(3)   The State Fire Marshal shall have the same authority to enter into all buildings and upon all dispensing facilities for the purpose of inspection as is specified in ORS chapter 476 relating to inspection of fire hazards.

(4)   Upon receiving a complaint, or upon the State Fire Marshal's own motion, the State Fire Marshal shall investigate whether a violation of any provision of ORS 480.315 to 480.385 or of any applicable rule of the State Fire Marshal has occurred. [1991 c.863 s.53]

**480.380** **Rules.** In accordance with applicable provisions of ORS 183.310 to 183.550, the State Fire Marshal, in consultation with the Department of Environmental Quality, shall adopt rules:

(1)   Necessary for the administration of ORS 480.315 to 480.385;

(2)   Establishing standards for the design, construction, location, installation and operation of retail, automated or dual operations equipment for storing, handling and dispensing Class 1 flammable liquids at any dispensing facility; and

(3)   Establishing standards for public and environmental safety in the operation of nonretail facilities and establishing safety training

requirements for nonretail customers authorized to dispense Class 1 flammable liquids at nonretail facilities. [1991 c.863 s.57]

**480.385 Civil penalty for gasoline dispensing law violations.** (1) The State Fire Marshal may impose a civil penalty not to exceed $500 for each violation of any provision of ORS 480.315 to 480.385 or of any applicable rule adopted by the State Fire Marshal.

(2) A civil penalty imposed under this section shall become due and payable 10 days after the order imposing the civil penalty becomes final by operation of law or on appeal. A person against whom a civil penalty is to be imposed shall be served with a notice in the form provided in ORS 183.415. Service of the notice shall be accomplished in the manner provided by ORS 183.415.

(3) The person to whom the notice is addressed shall have 20 days from the date of the service of the notice provided for in subsection (2) of this section in which to make written application for a hearing. If no application for a hearing is made, the State Fire Marshal may make a final order imposing the penalty.

(4) Any person who makes application as provided for in subsection (3) of this section shall be entitled to a hearing. The hearing shall be conducted as a contested case hearing pursuant to the applicable provisions of ORS 183.413 to 183.470.

(5) Judicial review of an order made after a hearing under subsection (4) of this section shall be as provided in ORS 183.480 to 183.497 for judicial review of contested cases.

(6) When an order assessing a civil penalty under this section becomes final by operation of law or on appeal, and the amount of penalty is not paid within 10 days after the order becomes final, the order may be recorded with the county clerk in any county of this state. The clerk shall thereupon record the name of the person incurring the penalty and the amount of the penalty in the County Clerk Lien Record.

(7) All amounts recovered under this section shall be deposited with the State Treasurer and shall be placed in the State Fire Marshal Fund. [1991 c.863 s.55]

THIS PAGE INTENTIONALLY LEFT BLANK



**PACIFIC PRIDE SERVICES, INC.**
205 Columbia St. N.E. • P.O. Box 2099 • Salem, Oregon 97308
TEL: (503) 588-0455 • Toll Free 1-800-367-5066 • FAX (503) 371-6708

THE COMMERCIAL FUELING SYSTEM

## ACKNOWLEDGEMENT AND CERTIFICATION OF TRAINING RESPONSIBILITY

I, _____, an officer of _____, a Pacific Pride franchisee, do hereby acknowledge my responsibility to train my Pacific Pride customers in the proper use of the automated fueling equipment, fueling equipment, and safety equipment generally found at Pacific Pride sites. I understand that certain states and other jurisdictions where Pacific Pride sites are located have required that all customers be trained in the proper use of fueling equipment and emergency procedures should an accident or fuel spill occur. I also understand it is my responsibility to choose the method of training that is most reasonable for my customers and my business, but that the training method I choose will cover the following areas:

1. The proper use of the automated fueling equipment.
2. The proper procedures for fueling a vehicle.
3. The proper use of safety equipment located at the sites.
4. The proper emergency procedures to use in case of an accident or fuel spill.
5. The chemical properties of the fuel and proper first-aid procedures in case of emergency.

I understand and acknowledge that my disregard of the training responsibility or negligence in the training of my Pacific Pride customers may have severe consequences for Pacific Pride site operators in certain states or jurisdictions. I understand that I may be held responsible for damages to a site caused by a customer who has not been adequately trained in the operation of the equipment found at a Pacific Pride site. Therefore, I do hereby certify that I will train all of my Pacific Pride customers to use Pacific Pride sites in a safe, responsible manner and include in such training any and all material required by Pacific Pride Services, Inc., or any federal, state, or local authority.

Dated this _____ day of _____, 20_____.

_____
COMPANY NAME

By:_____

THIS PAGE INTENTIONALLY LEFT BLANK

PP0049

**\*\*SAMPLE BOND\*\***

BOND NUMBER:_____

KNOW ALL MEN BY THESE PRESENTS; THAT WE; _____
_____, AS PRINCIPAL(S), AND _____
_____ UNDER THE LAWS OF THE STATE OF
_____, AND AUTHORIZED TO TRANSACT SURETY BUSINESS IN THE
STATE OF _____, AS SURETY, ARE HELD AND FIRMLY BOUND UNTO
_____ IN THE SUM OF
_____, LAWFUL MONEY OF
THE UNITED STATES OF AMERICA, FOR THE PAYMENT OF WHICH, WELL AND TRULY
TO BE MADE, WE BIND OURSELVES, OUR HEIRS, LEGAL REPRESENTATIVES,
SUCCESSORS AND ASSIGNS, JOINTLY AND SEVERALLY, FIRMLY BY THESE
PRESENTS.

WHEREAS, _____ IS A FRANCHISEE OF PACIFIC
PRIDE SERVICES, INC. (THE FRANCHISOR), AND

WHEREAS, THE FRANCHISEE MAY HAVE THE OCCASION TO ISSUE AUTOMATED
FUELING SYSTEM CARDS TO ITS COMMERCIAL CUSTOMERS FOR THE PURCHASE
OF MOTOR FUEL AND MOTOR OIL ON ACCOUNT AT ANY OF THE FRANCHISE
NETWORK STATIONS, AND

WHEREAS, THE FRANCHISOR ACTS AS THE CENTRAL CLEARINGHOUSE FOR
RECONCILING THE ACCOUNTS BETWEEN INDIVIDUAL FRANCHISEES, AND IN DOING
SO MAY CAUSE A FRANCHISEE TO BECOME INDEBTED TO THE FRANCHISOR,

NOW, THEREFORE, IF THE ABOVE-BOUNDEN PRINCIPAL (FRANCHISEE) SHALL
REPAY THE OBLIGEE (FRANCHISOR) ANY SUMS OF MONEY DUE THROUGH THE
USAGE OF THE AFOREMENTIONED AUTOMATED FUELING SYSTEM CARDS BY ITS
COMMERCIAL CUSTOMERS AND THE REGULATIONS OUTLINED IN THE PACIFIC
PRIDE SERVICES, INC., FRANCHISE AGREEMENT DATED _____,
THEN THIS AGREEMENT SHALL BE NULL AND VOID, OTHERWISE TO REMAIN IN FULL
FORCE AND EFFECT.

PROVIDED, HOWEVER:

1)   THIS BOND SHALL BE CONTINUOUS AND THAT A CONTINUATION OR
     RENEWAL CERTIFICATE IS UNNECESSARY;

2)   REGARDLESS OF THE NUMBER OF YEARS THIS BOND REMAINS IN
     FORCE, THE AGGREGATE LIABILITY OF THE SURETY FOR ANY AND ALL
     CLAIMS SHALL IN NO EVENT EXCEED THE PENAL SUM OF THE BOND;

3)   THIS BOND MAY BE CANCELLED BY THE SURETY AS TO FUTURE
     LIABILITY UPON GIVING THIRTY (30) DAYS' NOTICE TO THE OBLIGEE,
     SAID NOTICE TO BE SENT BY CERTIFIED MAIL

DATED THIS _____ DAY OF _____, 20_____

_____        _____

BY:_____        BY:_____

PP0050

**\*SAMPLE FORM**

# IRREVOCABLE STANDBY LETTER OF CREDIT

LETTER OF CREDIT NO._____
DATE_____

| ADVISING BANK | APPLICANT |
|---|---|
| **BANK NAME**<br>**ADDRESS**<br>**CITY/STATE/ZIP**<br>**BANK PHONE/FAX NUMBER** | **FRANCHISEE COMPANY NAME HERE**<br>**ADDRESS**<br>**CITY/STATE/ZIP** |

| BENEFICIARY | AMOUNT |
|---|---|
| **PACIFIC PRIDE SERVICES, INC.**<br>**P.O. BOX 2099**<br>**SALEM, OR 97308** | $10,000.00 *(Unless otherwise indicated by Pacific Pride)* |
| | **EXPIRATION DATE**<br><br>**PROVIDE EXPIRATION DATE HERE**<br><br>**(FOR PRESENTATION AND NEGOTIATION AT OUR COUNTER)** |

WE HEREBY ESTABLISH OUR IRREVOCABLE STANDBY LETTER OF CREDIT IN YOUR FAVOR

PAYMENT AVAILABLE WHEN THIS NEGOTIABLE ITEM IS PRESENTED, ACCOMPANIED BY A SIGNED STATEMENT BY AN AUTHORIZED REPRESENTATIVE OF PACIFIC PRIDE SERVICES, INC. STATING:

"We certify that the amount drawn under this Irrevocable Standby Letter of Credit represents the amount due and owing Pacific Pride Service, Inc. and is unpaid or defaulted by **FRANCHISEE NAME HERE."**

Copies of unpaid and past due invoices attached/enclosed.

**SPECIAL INSTRUCTIONS:**

MAIL TO:    Catrina Kersich
            Pacific Pride Services, Inc.
            P.O. Box 2099
            Salem, OR 97308

            **PHYSICAL ADDRESS:**
            205 Columbia Street
            Salem, OR 97308

\*An Irrevocable Standby Letter of Credit (ISLOC) can also be created in letterform. Many financial institutions will submit this item in the form of a letter rather than the grid example shown above. We will accept either format as your security item, provided the information given in this example is noted within the ISLOC received by our office. For additional questions on this requirement, please contact Catrina Kersich at Pacific Pride.

# ACORD  CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YY)
03/23/0

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|

**INSURANCE CO. NAME**
**ADDRESS**
**CITY/STATE/ZIP**
**PHONE:**        **FAX:**

**INSURERS AFFORDING COVERAGE**

| INSURED | |
|---|---|
| **FRANCHISEE NAME** **ADDRESS** **CITY/STATE/ZIP** | INSURER A: |
| | INSURER B: |
| | INSURER C: |
| | INSURER D: |
| | INSURER E: |

*EXAMPLE*

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** [X] COMMERCIAL GENERAL LIABILITY  CLAIMS MADE [X] OCCUR | 9649666500 | 03/04/01 | 03/04/02 | EACH OCCURRENCE | $ 1000000 |
| | | | | | FIRE DAMAGE (Any one fire) | $ 50000 |
| | | | | | MED EXP (Any one person) | $ 5000 |
| | | | | | PERSONAL & ADV INJURY | $ 1000000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | GENERAL AGGREGATE | $ 1000000 |
| | [ ] POLICY [ ] PRO-JECT [ ] LOC | | | | PRODUCTS - COMP/OP AGG | $ 1000000 |
| | **AUTOMOBILE LIABILITY** ANY AUTO ALL OWNED AUTOS SCHEDULED AUTOS HIRED AUTOS NON-OWNED AUTOS | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | BODILY INJURY (Per person) | $ |
| | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | **GARAGE LIABILITY** ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | OTHER THAN   EA ACC AUTO ONLY:   AGG | $ $ |
| | **EXCESS LIABILITY** [ ] OCCUR [ ] CLAIMS MADE  DEDUCTIBLE RETENTION $ | | | | EACH OCCURRENCE | $ |
| | | | | | AGGREGATE | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | | | | WC STATU-TORY LIMITS   OTH-ER | |
| | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| | **OTHER** | | | | | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS

**The limits as illustrated above are those limits at the inception of the coverage's. Pacific Pride Services, In and AmeriNet/JMT, Inc., and Franchisees of both AmeriNet and Pacific Pride Services, Inc. are addition insured as their interest per the AmeriNet/JMT, Inc. and/or Pacific Pride Franchise Agreement(s).**

| CERTIFICATE HOLDER | [N] ADDITIONAL INSURED; INSURER LETTER: | CANCELLATION |
|---|---|---|

Pacific Pride Services, Inc.
Attn: Catrina Kersich
P.O. Box 2099
Salem, Or 97308

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRAT DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL __10__ DAYS WRITTE NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHAL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

Lesia Giordano

© ACORD CORPORATION 198

THIS PAGE INTENTIONALLY LEFT BLANK

PP0053



**PACIFIC PRIDE SERVICES, INC.**
205 Columbia St. N.E. • P.O. Box 2099 • Salem, Oregon 97308
TEL: (503) 588-0455 • Toll Free 1-800-367-5066 • FAX (503) 371-6708

THE COMMERCIAL FUELING SYSTEM

## AUTHORIZATION AGREEMENT FOR ELECTRONIC FUNDS TRANSFER (CREDITS)

COMPANY NAME_____    HOST NUMBER_____

I HEREBY AUTHORIZE **PACIFIC PRIDE SERVICES, INC.,** HEREINAFTER CALLED COMPANY, TO INITIATE CREDIT ENTRIES AND TO INITIATE, IF NECESSARY, DEBIT ENTRIES AND ADJUSTMENTS FOR ANY CREDIT ENTRIES IN ERROR TO MY (OUR) ____CHECKING _____SAVINGS ACCOUNT (SELECT ONE) INDICATED BELOW AND THE DEPOSITORY NAMED BELOW, HEREINAFTER CALLED DEPOSITORY, TO CREDIT AND/OR DEBIT THE SAME SUCH ACCOUNT.

DEPOSITORY NAME_____ BRANCH_____

CITY_____ STATE_____ ZIP_____

TRANSIT/ABA NO._____ ACCOUNT NO._____

ACCOUNTS WILL BE CREDITED NOT LATER THAN THE EIGHTH (8TH) AND THE TWENTY-THIRD (23RD) OF EACH MONTH. YOU WILL RECEIVE THE INTER-COMPANY BILLING WITH A STATEMENT INDICATING THE AMOUNT THAT WILL BE CREDITED OR DEBITED TO YOUR ACCOUNT AND THE DATE ON WHICH THE TRANSFER WILL BE MADE. IF THE 8TH OR THE 23RD SHOULD FALL ON A WEEKEND OR LEGAL BANKING HOLIDAY, TRANSFERS WILL BE MADE ON THE LAST BUSINESS DAY PRIOR TO THE 8TH OR THE 23RD.

THIS AUTHORITY IS TO REMAIN IN FULL FORCE AND EFFECT UNTIL COMPANY HAS RECEIVED WRITTEN NOTIFICATION FROM ME OR MY REPRESENTATIVE OF ITS TERMINATION IN SUCH TIME AND IN SUCH MANNER AS TO AFFORD COMPANY AND DEPOSITORY A REASONABLE OPPORTUNITY TO ACT ON IT. SUCH TIME SHALL NOT BE LESS THAN FORTY-FIVE (45) DAYS.

NAME(S)_____ DATE_____
               (please print)

SIGNED_____

SIGNED_____

**Credits**

**EXHIBIT 2I  PAGE 1 OF 2**

PP0054



**PACIFIC PRIDE SERVICES, INC.**
205 Columbia St. N.E. • P.O. Box 2099 • Salem, Oregon 97308
TEL: (503) 588-0455 • Toll Free 1-800-367-5066 • FAX (503) 371-6708

THE COMMERCIAL FUELING SYSTEM        ®

### AUTHORIZATION AGREEMENT FOR ELECTRONIC FUNDS TRANSFER (DEBITS)

COMPANY NAME_____    HOST NUMBER_____

I HEREBY AUTHORIZE **PACIFIC PRIDE SERVICES, INC.**, HEREINAFTER CALLED COMPANY, TO INITIATE DEBIT ENTRIES TO MY (OUR) CHECKING ACCOUNT INDICATED BELOW AND THE DEPOSITORY NAMED BELOW, HEREINAFTER CALLED DEPOSITORY, TO DEBIT THE SAME SUCH ACCOUNT.

DEPOSITORY NAME_____    BRANCH_____

CITY_____    STATE_____ ZIP_____

TRANSIT/ABA NO._____    ACCOUNT NO._____

ACCOUNTS WILL BE DEBITED NOT LATER THAN THE EIGHTH (8TH) AND THE TWENTY-THIRD (23RD) OF EACH MONTH. YOU WILL RECEIVE THE INTER-COMPANY BILLING WITH A STATEMENT INDICATING THE AMOUNT THAT WILL BE CREDITED OR DEBITE YOUR ACCOUNT AND THE DATE ON WHICH THE TRANSFER WILL BE MADE. IF THE 8TH OR THE 23RD SHOULD FALL ON A WEEKEND OR LEGAL BANKING HOLIDAY, TRANSFERS WILL BE MADE ON THE LAST BUSINESS DAY PRIOR TO THE 8TH OR THE 23RD.

THIS AUTHORITY IS TO REMAIN IN FULL FORCE AND EFFECT UNTIL COMPANY AND DEPOSITORY HAS RECEIVED WRITTEN NOTIFICATION FROM ME OR MY REPRESENTATIVE OF ITS TERMINATION IN SUCH TIME AND IN SUCH MANNER AS TO AFFORD COMPANY AND DEPOSITORY A REASONABLE OPPORTUNITY TO ACT ON IT. SUCH TIME SHALL NOT BE LESS THAN FORTY-FIVE (45) DAYS.

NAME(S)_____    DATE_____
            (please print)

SIGNED_____

SIGNED_____

                                                **Debits**

**EXHIBIT 2I  PAGE 2 OF 2**

# CHAPTER 3 - SITE PREPARATION AND EQUIPMENT

Section 1:  Prepare Your Site Plans ......................................................................... 3-1
Section 2:  Necessary Permits................................................................................. 3-2
Section 3:  Necessary Equipment............................................................................ 3-2
Section 4:  Comdata SmartLock™ System ............................................................. 3-2
Section 5:  Ordering Your Comdata SmartLock™ System....................................... 3-3
Section 6:  Selecting a SmartLock™ Equipment Contractor .................................... 3-5
Section 7:  SmartLock™ Frequently Asked Questions............................................. 3-5
Section 8:  Storage Tanks ....................................................................................... 3-6
Section 9:  Pacific Pride Site Requirements ............................................................ 3-6
Section 10: Pacific Pride Equipment Requirements ................................................. 3-8
Section 11: Pacific Pride Site Recommendations .................................................... 3-12
Section 12: Additional Amenities at Your Pacific Pride Site ..................................... 3-13
Section 13: National Buying Prices.......................................................................... 3-13

## EXHIBITS
3A.    Pacific Pride Required Signage........................................................................3A-1
3B.    Pacific Pride Signage Starter Kit......................................................................3B-1
3C.    Map and Supplies Order Forms........................................................................3C-1
3D.    Signage and Brochure Catalog.........................................................................3D-1

## Section 1: Prepare Your Site Plans

If you are planning a new site, it is extremely important that you allow for proper ingress and egress that will ensure a smooth flow of traffic in and out of the site. Your plans should take into account accepted engineering standards for the turning radii of trucks and trailers and trucks with very large trailers.

Currently, most states restrict the overall length of tractor-trailer combinations. Most states allow a maximum length of 50 feet or 55 feet for truck and trailer and a maximum length of 65 feet for truck, trailer, and semi-trailer. In order to accommodate these lengths, it is necessary to allow for a minimum turning radius of 50 feet. An understanding of the type and size of tractor-trailer combinations that are most likely to use your site is essential to the planning process. Setting up cones or barrels and actually driving through your site with a tractor-trailer combination is the best method of ensuring adequate obstacle clearance for ingress and egress at the site. Contact the United States Agricultural Marketing Service for more information or for a copy of their booklet on determining the maneuvering space requirements for tractor-trailers. Remember that your site needs to offer easy access to attract customers.

## Section 2: Necessary Permits

In order to operate a Pacific Pride automated fueling site, you must check with the appropriate authorities concerning the permits you must have to operate your site. Your local petroleum contractor can advise you on this matter. In some metropolitan areas you may find that the combination of building codes and environmental rules are very complex, so give yourself plenty of lead time.

## Section 3: Necessary Equipment

Your Pacific Pride automated fueling site must be equipped with the following equipment, some of which you may already own and have installed at your site. This equipment must meet Pacific Pride specifications outlined below and in subsequent chapters. If the equipment has been previously installed, make sure it is in proper operating condition and complies with all state, federal, and local laws and regulations. You will need the following equipment for a Pacific Pride site:

> Comdata SmartLock™ System
> Commercial-style pumps and dispensers
> 100-1 pulsers, for mechanical pumps/dispensers (see Section 10a of this chapter)
> Swivels
> Hose retrievers (see Section 10c of this chapter)
> Hose break-aways installed on every hose (see Section 10d of this chapter)
> Pressure-activated nozzles with self-service clips
> Diesel filters (see Sections 9c & 10n of this chapter)
> Phone modem (Multi-Tech MT224 high-speed/error-correcting modem (Must be ordered from Pacific Pride – See Sections 10e and 10f of this chapter)
> Equipment building for Comdata SmartLock™ System and modem. May have to upgrade an existing structure with a thermostat-controlled fan and heater for high and low temperatures (see Section 10h of this chapter)
> Dedicated voice-grade phone line (see Section 10e of this chapter)
> Island lighting with automatic activation switches
> Pacific Pride ID signing (refer to Chapters 3 & 4)
> Pay phone or alarm system (check fire marshal regulations)
> Paper towels and necessary equipment to wash windows (Pacific Pride requirement)
> Air/water (Pacific Pride requirement)

## Section 4: Comdata SmartLock™ System

The card reader and fuel management equipment must be the Comdata SmartLock™ System, which includes an optical and magnetic card reader, Central Processing Unit (CPU), and satellite system. The SmartLock™ System will read both the Pacific Pride optical and magnetic cards. It will also have the capability to accept other cards approved by Pacific Pride. The card readers on the island must be identified with the Pacific Pride decal and operating instructions. The decals should be furnished with your Petro Vend. If

the card reader is not equipped with the Pacific Pride identification upon installation, contact Comdata at 1-800-733-3398 for your Pacific Pride ID kit. The following are some of the features included in the system:

a.   **Capacity.** The card reader will have the capacity for over 7,000,000 optical cards and capability for future expansion.

b.   **Product Restriction.** Product restriction capabilities ensure customers can only receive the products they are restricted to by the card. (Also see Chapter 2, Section 5; Chapter 3, Section 9b; and Chapter 3, Section 10a.)

c.   **Quantity Limit.** The system has 15 quantity restriction levels available. Restrictions are adjustable to allow the site to satisfy local or customer-imposed restrictions. The Pacific Pride standard product restriction levels are 20, 30, 50, 120, 250, 450, or unrestricted gallons per transaction and can be punched into a franchisee's cards at their discretion.

d.   **Simultaneous Fueling.** A user may activate multiple hoses at the same time. (Example: oil machine and dispenser)

e.   **Petro-Canada Network Software.** Allows Pacific Pride and Petro-Canada accounts to use each other's network locations with the international optical card.

f.   **Midnight totals** for audit purposes.

g.   **Pump Sentry Counter.** This feature protects against a defective pulser on mechanical pumps by disabling the pump after three consecutive zero-quantity transactions.

h.   **Optical and Magnetic Cards.** The SmartLock™ System has both optical and magnetic card reading capability. All magnetic card transactions are authorized "real time" via satellite at the time of the transaction. The onsite memory in the card reader contains information about the validity of every optical card.

## Section 5: Ordering Your Comdata SmartLock™ System

To avoid confusion and expedite your equipment order we have established certain guidelines that may help you smooth the order process:

a.   For existing sites, call Comdata once you are ready to order your equipment. For new sites, call Comdata after you receive a site approval letter from Pacific Pride and are ready to order your equipment. Your site location may be approved, but an actual site code will be issued after you have placed your SmartLock™ order.

b.    After you call Comdata, they will work with you to determine exactly what SmartLock™ components you require, based on existing equipment or proposed site design. The SmartLock™ System consists of a Petro Vend C/OPT Fuel Management System, Comdata's SmartLock™ PC, and Hughes Satellite communication system.

c.    Comdata will ask you for a purchase order, and they will be your equipment supplier.

d.    Comdata will contact you to verify that the correct equipment is being ordered and that the address given is accurate. At this point, the Hughes V-Sat Satellite, Petro Vend, and Comdata equipment will be ordered.

e.    Comdata will ship the equipment to a Petro Vend distributor of your choice or directly to you for installation. Contact your Petro Vend distributor to make shipping arrangements.

f.    A Hughes V-Sat Satellite representative will contact you within 30 days to arrange installation of the satellite system.

g.    In approximately 21 days you will begin to receive shipments from Petro Vend and Comdata for the installation.

h.  You will need to schedule to have the Petro Vend equipment installed and configured by a Petro Vend distributor or qualified technician.

i.  Call Ken Kaley at Comdata to schedule your SmartLock™ PC and satellite equipment installation.

j.    You must make arrangements to have the new Petro Vend equipment installed *BEFORE* Comdata arrives. Make sure your Petro Vend equipment installer connects the modem through the WTI box supplied with your Petro Vend equipment. This configuration is required and must be tested prior to the Comdata portion of the equipment installation. (See Exhibit 6A)

k.    When Comdata has confirmed the installation of the Hughes V-Sat Satellite and the Petro Vend equipment, Comdata will arrange for a SmartLock™ representative to finalize installation at the site.

l.    Once installation is complete, you will be capable of accepting the Pacific Pride optical and magnetic stripe cards. If you desire to accept the Comdata Comchek™ card or any other authorized card, you must enter into a separate contract with them. For Comdata, send your Comchek™ Alliance Cardlock Agreement to Barbara Evans at Comdata or call her for the forms. You will not need any additional equipment to accept a Comchek™ card.

m.    Comdata will send a post-installation questionnaire. Please complete and return the questionnaire to Comdata as soon as possible. This questionnaire is designed to provide feedback to Comdata regarding their service and installation of their equipment package. They need your input.

## Section 6: Selecting a SmartLock™ Equipment Contractor

Your Petro Vend distributor may be your most experienced installer. If not, they may be able to recommend the most competent contractors or subcontractors for your job. **Electrical wiring for the card reader must meet Petro Vend specifications.** No short cuts can be taken. The Petro Vend specifications are detailed in the Petro Vend System User Manuals, your guide for Petro Vend installation and operations. If your Petro Vend equipment installer is not a Petro Vend distributor, MAKE SURE they have the manuals that came with your system or that they get one from Petro Vend.

## Section 7: SmartLock™ Frequently Asked Questions

a.    **Whom do I contact at Comdata for the installation?**

The installation manager at Comdata is Ken Kaley. He can be contacted by calling 800-733-3398 or 615-370-7701, or you can e-mail him at kkaley@comdata.com.

b.    **Who contacts the distributor to install the upgrade of the Petro Vend equipment?**

You are responsible for scheduling and paying for installation of the Petro Vend equipment.

c.    **How long will the site be down if I am replacing equipment?**

The site will be down only while the installer upgrades the Petro Vend equipment. If you are replacing a K2500 it could take one to two days. Upgrade of a System2™ should take less than a day.

d.    **When will I be able to process the Comdata card?**

A Comdata installation representative will visit your site to integrate the Comdata CPU and make the final connections. They will run test transactions to verify all of the equipment is functioning properly. You must have entered into a separate contract with Comdata to accept the Comchek™ card.

**e.**     **Whom do I call after the installation if a problem occurs?**

The Comdata support team is available for your calls 24 hours a day/365 days a year. The Comdata support number is 800-755-5540.

### Comdata Numbers:

Tom Wagner - 800-733-3398 x 7512          Ken Kaley – 800-733-3398 x 7701
Merchant Services Technical Support - 800-755-5540

## Section 8: Storage Tanks

All tanks must meet all federal, state, and local regulations. Installation specifications will vary from area to area.

## Section 9: Pacific Pride Site Requirements

Pacific Pride requirements are not intended to supersede legal requirements or guarantee safety. Complete requirements for your commercial fueling location can be obtained from the local fire marshal, fire chief and/or other government officials who may have jurisdiction. It is also advisable to check with your insurance company to ensure the site satisfies insurance coverage requirements.

A site that fails to meet any Pacific Pride requirement could result in a permanent downgrade or administrative downgrade to a PrideNet designation, until the discrepancy has been corrected. As with any PrideNet site, this designation will result in a two-cent fee per gallon on foreign sales and a loss of ZIP Code exclusivity.

**a.**     **Site**

1.     Dedicated Pacific Pride island for gasoline. A dedicated island is not a stand-alone Multiple Product Dispenser (MPD). Both sides of the dedicated island and the lanes accessing them must be dedicated to Pacific Pride customers only. A single MPD or other dispensers in line with retail dispensers will not be allowed.
2.     Site must be open 24 hours a day, 365 days a year.
3.     Product prices not posted.
4.     Air and water provided at no cost to Pacific Pride customers.
5.     Safe and well lit .
6.     Minimum of 10,000 square feet.

**b.**     **Products**

1.     Unleaded regular gasoline
2.     #2 diesel fuel
3.     A third motor fuel product approved by Pacific Pride

4.  Winterized diesel fuel (see Chapter 5, Sections 2, 3, and 4).
5.  Full product restriction capability. Equipment must be capable of restricting product to those authorized on the customer access cards (See Chapter 2, Section 5). **(The Marketer will be held responsible for any misfueling due to the site's inability to restrict product. For example: an unleaded only card must not be able to get midgrade, premium, or diesel.)**

c.  **Miscellaneous Island Equipment**

1.  Paper towels and paper towel holders (See Chapter 3, Sections 10k and 10l).
2.  Windshield cleaning materials (See Chapter 3, Section 8m).
3.  Diesel filters (water removal type) - Required on all diesel-fueling units. (See Chapter 3, Section 10n).
4.  Self-service, pressure-activated nozzles.
5.  Trash containers. A 30-50 gallon container with covered top is recommended. (Whatever size garbage can you use, be sure to also establish a periodic maintenance program for trash collection and site cleanup.)

e.  **Pacific Pride Required Signs (most signs are available from Pacific Pride – See Exhibit 3A).** Exhibit 3B is a list of signs included in the starter kit that are required for all Pacific Pride sites. (Also see Exhibit 3C for Map and Supplies Order Forms.) These signs are required for all marketers unless prohibited by local ordinance, code, or major oil contract requirements. **Please verify with local authorities that a 4' X 10' sign will be allowed** *before* **ordering the sign from Pacific Pride.**

1.  4' x 10' internally lit Pacific Pride sign or illuminated canopy with Pacific Pride logo, proper color band, and lettering
2.  Franchisee I.D. Pump Topper (or suitable substitute identifying who owns and operates the site)
3.  Pump numbers, easily readable. Install numbers on both sides of the pump or on the hose retriever rewind box, both sides.
4.  Pacific Pride stripes and product decals installed on both sides of pump. The Pacific Pride pump decal has the franchisee's name and product name with the Pacific Pride stripes as background. (See Exhibit 4A for installation instructions.) One of the following options is required for product decals:

(a)  Pacific Pride stripes with your name and the product name
(b)  Pacific Pride stripes with the product name
(c)  Pacific Pride stripes only, with your company name installed above or below the stripes

(d)     Only your major oil company pump ID (if required by their specifications)

(e)     Pacific Pride's name should not appear on the stripes on your pumps

5.     Safety Signs (most signs are available from Pacific Pride).  See Signage and Brochure Catalog, Exhibit 3D.  (Also see Exhibit 3C for Map and Supplies Order Forms.)  These signs are required for all marketers unless prohibited by local ordinance, code, or major oil contract requirements.

(a)     Card System Instruction sign.  Post instruction decal on proper use of equipment on or near the card reader.  Pacific Pride units are factory equipped with this decal. If your system is not equipped with decal, contact your distributor.

(b)     Pacific Pride Fueling Only sign.  This sign makes it easier for the customer to find your dedicated Pacific Pride island(s).  At sites with two-way traffic, you may want to install two signs perpendicular to the island with one facing traffic each way.

## Section 10: Pacific Pride Equipment Requirements

Your site must be equipped with the following equipment (any equipment changes made after site approval must be verified through Pacific Pride):

a.     **SmartLock™ Equipment.**     System supplied by Comdata that routes transactions for processing.

b.     **Commercial Pumps and Dispensers.**  Mechanical pumps/dispensers built for commercial self-service.  Commercial equipment is equipped with a gallon computer rather than a gallon/dollar computer. All pumps/dispensers should be equipped with pressure-activated nozzles with clips.

For mechanical pumps pulser ratio should be 100-1. With a 10-1 pulser you may lose 1/10 of a gallon of fuel every time the pulser doesn't complete the 10th revolution at the end of the transaction.  With a 100-1 your losses are minimized.  Electronic pumps will have built-in electronic pulsers with pulse rates from 100-1 to 1000-1 depending on the pump model and make.

Electric resets are required on all pumps and dispensers.

## ELECTRONIC DISPENSERS:

Electronic dispensers and Multiple Product Dispensers (MPD's) are becoming more and more popular at Pacific Pride locations. **Each and every installation of this type must be coordinated with Pacific Pride Operations.** There are a variety of equipment and software combinations available that are either incompatible with SmartLock™ or compatible but do not meet Pacific Pride requirements. Some applications do not have the capability to satisfy the Pacific Pride requirement of product restriction. All dispensers should be equipped with pressure-activated nozzles with clips.

If you decide to use any electronic dispensers specific hardware and software may have to be installed to ensure they are compatible with both SmartLock™ and the Pacific Pride requirement for product restriction. **This includes both the dispenser and console/hose controller as required for electronic dispensers.** Following is a list of approved electronic dispensers. The list is not all-inclusive, and all electronic equipment should be checked for compatibility by the manufacturer and approved by Pacific Pride.

**Tokheim:** The consoles/hose controllers used with electronic dispensers and MPD's must be a DHC **(NOT THE VX DHC)**, MEM's IV, MEM's V, Vision 100 **(NOT THE VX 100)**, Vision 200, or Ruby Verifone. A DHC is usually used for stand-alone sites only. The MEM's or DHC software must be revision 06.00.0D or later. All versions of Vision software support product restriction.

**Gilbarco:** The only Gilbarco hose controller used with electronic dispensers and MPD's capable of product restriction and compatible with Petro Vend and Pacific Pride is a TS-1000 console. Specific software must be installed in the TS-1000 console to ensure its compatibility. The TS-1000 controller must have software version 41.1 or later and have MEM #2 Kit installed. The TS-1000 console must have software version 11.0 or later. The software for the dispensers varies depending on which model you select. Product restriction will only work with the following MPD's and software versions (or later): Advantage Series MPD's - 70.3, Advantage Fixed Blenders - 77.0, Advantage Selectable Blenders - 75.1.

The Highline or Legacy dispensers, **not MPD's**, will work with the Gilbarco TS-1000, T-12G, or a TCR-G2 console/hose controller.

**Wayne:** With Wayne/Dresser, the only consoles used with the electronic dispensers are the Wayne/Dresser 2400+, Plus/2, or Plus/3.

- For use with electronic dispensers, single or dual hose Petro Vend v7.04A Universal Pump Controller (UPC) software must be used in conjunction with the Wayne v39000 Peripheral Interface Board (PIB).

- The 2400+ is mostly used for unattended sites. <u>For the 2400+,</u> a PIB Plus Kit must be installed in the Site Controller; it must have revision 49-37 Site Controller software and revision 39000 PIB software.

- <u>The Wayne Plus/2</u> must have software revision 4.01, while the PIB board also needs revision 39000, and the Site Controller needs revision 49-37 software version.

- <u>The Wayne Plus/3</u> is compatible with PIB software 39000 and controller version 49-37.

**Schlumberger:** The only consoles that can be used with electronic dispensers and MPD's must be Southwest ECS-1, ECS-1A or an NCPIC. The ECS-1 and ECS-1A consoles must have software dated July 1986 (or later) and have the "comm" option. The NCPIC must have software dated June 15, 1987 (or later) and have the "dual port" option. For the dispensers, if any 4000 series pumps are used they must have H22 (or later) software installed.

**Bennett:** The Bennett console used with electronic dispensers and MPD's must be a PC 310, Access 410, or Access 430. The software must be revision 6.0 or later and have the Access 400 interface board installed. The software for the dispensers varies depending on which model you select. **Product restriction will only work with 9000 or 7000 series dispensers that have Bennett's 92D software installed.** Contact your equipment distributor to verify correct software installation.

**Be sure to contact your equipment distributor to verify correct software installation.**

## MECHANICAL DISPENSERS:

Any commercial mechanical dispenser is compatible.

Price display is always a concern when not using a strictly commercial pump/dispenser. If using non-commercial electronic pump/dispensers or MPD's, the price indicator must be set at zero (0) or covered up. Pacific Pride requires that **NO PRICE** be posted for Pacific Pride transactions,

including in the price window on the pump face. If your location allows for Pacific Pride transactions at shared retail dispensers you must update your pump software, if applicable, which allows you to zero out the price on the pump for a cardlock sale. You **MUST** also post the Pacific Pride decal regarding pricing on the pumps (see Exhibit 3D).

High-speed pumps or dispensers will minimize spillage if they are in the 30-40 gallon-per-minute range. High-speed dispensers may require larger turbines for optimum delivery. Check with your pump distributor for correct sizing.

c. **Hoses.** Quality hoses will last longer and cause less downtime.

d. **Hose Retrievers (highly recommended).** A hose retriever will increase the life of hoses and, because the hose cannot be dropped or dragged, the hose will stay cleaner. Truck fueling hose retractors should be designed with 360-degree swivel action, which will allow for fueling in any position and at greater distances from dispensers.

e. **Hose Break-aways.** In the event of a drive-away, the special break-away coupling is designed to pull apart, activating integral valves to immediately shut off product flow and protect pumping equipment. Some couplings can be simply reconnected and reused for continued protection.

f. **Voice-Grade Phone Line.** A dedicated voice-grade telephone line is required for the SmartLock™ System at all sites. Be sure to order line installation to allow the phone company adequate time for installation before start-up date of your system. Service from your local phone company is required.

g. **Phone Modem.** Multi-Tech error-correcting modems must be used. They must be purchased through Pacific Pride Services, Inc. (Pacific Pride tests each modem and sets the switch setting before shipping to you.) All sites require modems and a dedicated phone line.

h. **Line Transformers/Filters (recommended).** The Petro Vend card reader equipment has a built-in power regulator, but many times power field conditions exist that exceed its capacity. A good rule of thumb is that all sites should be equipped with a line transformer/filter to guarantee protection from irregular power supply.

i. **Equipment Room Heater and AC for Remote Equipment.** To assure trouble-free operations, a minimum temperature of 55 degrees Fahrenheit to 90 degrees Fahrenheit will be required to meet specifications. You can ensure that the temperature will not vary from the minimum by installing a small electric heater and thermostat-controlled fan or air conditioning. For

equipment rooms located on or very close to the fueling island, an explosion-proof electric heater may be necessary.

j.    **Emergency Reporting System.** The fire marshal requires each site to have a phone readily available to customers or provide a fire marshal approved alarm system for emergencies. **The phone must allow for emergency calls without use of a coin.**

k.    **Alarm System.** An alarm system will be required if a phone is not available at the site. Your local fire marshal will be able to furnish alarm specifications.

l.    **Paper Dispenser.** Most paper distributors will furnish paper dispensers if you purchase your paper from them.

m.    **Windshield Cleaning Materials.** Basic equipment such as plastic pail with window cleaner and squeegee are adequate. If you have problems with squeegees being stolen, it may help to replace the standard handle with extra-long handles. This makes them more difficult to steal and should keep your costs down.

n.    **Island Lighting.** The automated fueling site must be well lit. If the site is an unattended facility, the lighting must have an automatic activation device.

o.    **Diesel Filters.** The major problem in new fuels is moisture or water that hasn't been removed. A majority of winter-related problems involve plugged fuel filters. This problem is not always related to the cold filter plug point of the fuel. Plugging has occurred at outside temperatures as high as +30 degrees F. These filters plug with ice crystals formed from water suspended in the fuel. The lower-sulfur fuels have the capability to retain more water in solution than previous diesel fuels, thereby increasing their susceptibility to freezing. The use of diesel filters has now become even more important than ever before.

## Section 11: Pacific Pride Site Recommendations

a.    **Motor Oil.** Motor oil vending machines or the ability to purchase motor oil at the site is recommended. If the site is operated in conjunction with another business such as a bulk plant, retail outlet, or convenience store, motor oil may be provided for <u>cash</u> purchases only. If the site is unattended, motor oil vending machines are available that dispense quarts or gallons.

b.    **Receipt Printers.** Marketers with receipt printers need to be aware of the following: