PP0067

1. Pacific Pride requires that the Petro Vend system be configured to ensure the card system will not fail if the receipt printer malfunctions.
2. **Pacific Pride does not allow a price on the receipt.**
3. If other cards, such as Comchek™, are accepted, a receipt printer is required.

## Section 12: Additional Amenities at Your Pacific Pride Site

You may choose to offer other items at your site. These products may be purchased for cash and, in some instances, the Pacific Pride access card may be used to initiate the transaction. If you install equipment that can be accessed through use of an access card, you must first notify Pacific Pride. For cash vending machines or cash sales of any kind, you are free to offer those products that are best for your business. An access card can be used for the following products at some Pacific Pride sites today:

1. Restrooms
2. Washrooms with showers
3. Scales
4. Truck or car wash
5. Motor oil vending machines
6. Air and water
7. Bulk lubricants

## Section 13: National Buying Prices

There are certain companies that offer Pacific Pride customers a discount on their products. Currently, discounts are offered on some Petro Vend equipment, card reader covers, oil machines, island lighters, canopy and sign graphics, trash receptacles, and diesel fuel additives.

# <u>NOTES</u>

## CHAPTER 3 EXHIBITS

3A.    Pacific Pride Required Signage.................................................................3A-1
3B.    Pacific Pride Signage Starter Kit...............................................................3B-1
3C.    Map and Supplies Order Forms ...............................................................3C-1
3D.    Signage and Brochure Catalog ................................................................3D-1

PP0070

# **NOTES**



**PACIFIC PRIDE SERVICES, INC.**
205 Columbia St. N.E. • P.O. Box 2099 • Salem, Oregon 97308
TEL: (503) 588-0455 • Toll Free 1-800-367-5066 • FAX (503) 371-6708

THE COMMERCIAL FUELING SYSTEM

# PACIFIC PRIDE REQUIRED SIGNAGE

1. 4'X10' INTERNALLY LIT PACIFIC PRIDE SIGN

2. PACIFIC PRIDE FUELING ONLY SIGN

3. PACIFIC PRIDE PUMP STRIPE DECALS

4. FRANCHISEE I.D. SIGN ( OR EQUIVALENT )

5. NO SMOKING SIGN

6. FIRE EXTINGUISHER SIGN

7. IN CASE OF EMERGENCY DECAL WITH PHONE NUMBER

8. CARD READER DECALS

Items 2 through 8 are included in the Pacific Pride Signage Starter Kit. Any sign listed can also be ordered individually from the Pacific Pride Signage and Brochure Catalog.

THIS PAGE INTENTIONALLY LEFT BLANK



**PACIFIC PRIDE SERVICES, INC.**

205 Columbia St. N.E. • P.O. Box 2099 • Salem, Oregon 97308
TEL: (503) 588-0455 • Toll Free 1-800-367-5066 • FAX (503) 371-6708

THE COMMERCIAL FUELING SYSTEM ®

# PACIFIC PRIDE SIGNAGE STARTER KIT

| PRODUCTS: | CATALOG #: |
|---|---|
| 18" X 24" PACIFIC PRIDE FUELING ONLY SIGN | #06 |
| 5" X 25" PACIFIC PRIDE PUMP STRIPES (6) PACIFIC PRIDE PRODUCT NAMES (6) | #10 |
| INDEPENDENT FRANCHISEE I.D. SIGN | #05 |
| PUMP TOPPER BRACKET | #02 |
| PUMP TOPPER INSERT | #22 |
| NO SMOKING SIGN | #44 |
| EMERGENCY SHUT OFF DECAL | #47 |
| 12" X 18" FIRE EXTINGUISHER SIGN | #48 |
| IN CASE OF EMERGENCY DECAL W/PHONE NUMBER | #49 |
| CARD READER DECAL | #08 |

PRICE FOR STARTER KIT: $245

(PRICE DOES NOT INCLUDE HANDLING AND SHIPPING CHARGES. WILL SHIP UPS GROUND UNLESS OTHERWISE SPECIFIED.)

PLEASE REFER TO THE PACIFIC PRIDE SIGNAGE & BROCHURE CATALOG FOR OTHER SIGNS OR INDIVIDUAL ORDERS.

EXHIBIT 3B  PAGE 1 OF 2

PP0074

**THIS PAGE INTENTIONALLY LEFT BLANK**

PP0075

## PACIFIC PRIDE SERVICES, INC. AND AMERINET
P.O. BOX 2099 • SALEM, OR 97308
800-367-5066 • FAX: (503) 371-6708

### MAP AND SUPPLY ORDER FORM

COMPANY: _____ HOST #: _____

ORDERED BY: _____ PHONE #: (_____) _____

SHIP TO ADDRESS: _____

MAILING OPTIONS:  _____ UPS GROUND  _____ 2ND DAY  _____ OVERNIGHT
**(IF NOT MARKED WILL AUTOMATICALLY SEND UPS GROUND)**

---

**MAP ORDER:** REFER TO YOUR 2001 MAP SCHEDULE FOR ORDER DUE DATES AND SHIP DATES.

| | | | | |
|---|---|---|---|---|
| _____ UNITED STATES | $0.25 | | _____ MIGHIGAN | $0.20 |
| _____ WALLET LIST | $0.17 | | _____ PENNSYLVANIA | $0.20 |
| _____ WASHINGTON | $0.20 | | _____ CT•IN•ME•KY•MD NY•OH•VA•WV | $0.20 |
| _____ OREGON | $0.20 | | _____ AL•FL•GA•KY•NC SC•TN | $0.20 |
| _____ CALIFORNIA | $0.20 | | | |
| _____ AZ•CO•ID•MT NV•NM•UT•WY | $0.20 | | _____ PUMP TOPPER INSERT | $5.50 |
| _____ AR•IL•IA•KS•LA MN•MS•MO•ND•NE OK•TX•WI | $0.20 | | | |

---

### ***THE FOLLOWING ITEMS MAY BE ORDERED AT ANY TIME***

_____ **SHIP WITH MAP ORDER**      _____ **SHIP AS SOON AS POSSIBLE**
**(IF NOT MARKED WILL AUTOMATICALLY SEND WITH MAPS, IF MAPS ARE ORDERED)**

| | | | | |
|---|---|---|---|---|
| _____ LOCATION DIRECTORY | $1.50 | | _____ BILLING BROCHURE | $0.10 |
| _____ TYVEK ENVELOPS | $0.10 | | _____ FREQ. FUELER BROCH | $0.20 |
| _____ DASH CALENDARS (WITH OUT INSERTS) | $0.75 | | _____ PRIDE BROCHURE | $0.20 |
| _____ DASH CALENDAR INSERTS | $0.10 | | _____ SAFETY REQUIREMENT BROCHURE | $0.12 |

COMMENTS/INSTRUCTIONS: _____

---

***ORDER ON THE MARKETER'S SIDE OF THE WEB AT www.pacificpride.com OR FAX TO (503) 371-6708.***

PP0076

**PACIFIC PRIDE SERVICES, INC. AND AMERINET**
P.O. BOX 2099 • SALEM, OR 97308
800-367-5066 • FAX (503) 371-6708

## SIGNS AND DECALS ORDER FORM

COMPANY: _____ HOST #: _____

ORDERED BY: _____ PHONE #: (___)_____

SHIP TO ADDRESS: _____

MAILING OPTIONS: _____ UPS GROUND _____ 2ND DAY _____ OVERNIGHT
_____ (IF NOT MARKED WILL AUTOMATICALLY SEND UPS GROUND)

| | SIGN OR DECAL | PRICE | ORDER QUANTITY |
|---|---|---|---|
| 1) | BROCHURE DISPLAY | $ 4.75 | _____ |
| 2) | PUMP TOPPER WITH NAME NAME: _____ | $ 55.00 | _____ |
| 3) | ENTRANCE AND EXIT SIGN SPECIFY: ENTRANCE _____ OR EXIT _____ | $ 275.00 | _____ |
| 4) | 24" X 8.5" PACIFIC PRIDE DECAL | $ 10.00 | _____ |
| 5) | FRANCHISE I.D. SIGN ( SELECT STYLE BELOW ) NAME: _____ | | _____ |
| | WALL MOUNT ($30.00) _____ AND/OR PUMP TOPPER ($42.00) _____ | | |
| 6) | 12" X 18" FUEL ONLY SIGN W/PHONE # PHONE #: _____ | $ 49.00 | _____ |
| | 18" X 24" FUEL ONLY SIGN W/PHONE # PHONE #: _____ | $ 65.00 | _____ |
| 7) | PACIFIC PRIDE ARROW SIGN SPECIFY: LEFT _____ OR RIGHT _____ | $ 60.00 | _____ |
| | REFLECTIVE ARROW SIGN SPECIFY: LEFT _____ OR RIGHT _____ | $100.00 | _____ |
| 8) | CARD READER DECAL | $ 1.50 | _____ |
| 9) | 4' X 10' PACIFIC PRIDE INTERNALLY LIT SIGN (DOES NOT INCLUDE SHIPPING) | $ 1650.00 | _____ |
| | 4' X 10' PACIFIC PRIDE SIGN FACE ONLY (DOES NOT INCLUDE SHIPPING) | $ 525.00 | _____ |
| | 6' X 3' TRUCK DECAL | $ 60.00 | _____ |
| 10) | PUMP DECALS – SEE "PACIFIC PRIDE PUMP STRIPES & PRODUCT NAMES ORDER FORM" | | |

SIGNAGE & BROCHURE CATALOG ITEMS 11-31 CAN BE ORDERED ON "MAPS AND SUPPLIES ORDER FORM"
EXHIBIT 3C, PAGE 2 OF 4

PP0077

| SIGN OR DECAL | PRICE | ORDER QUANTITY |
|---|---|---|
| 32)  AMERINET BANNER | $ 199.00 | _____ |
| 33)  AMERINET INTERNALLY LIT SIGN – CALL PACIFIC PRIDE TO PLACE ORDER 800-367-5066 | | |
| 34)  24" X 8.5" PP CARDS ACCEPTED HERE DECAL | $ 10.00 | _____ |
| 35)  26" X 36" AMERINET SINGLE SIGN FACE | $ 175.00 | _____ |
| 36)  AMERINET BROCHURE | $ 0.20 | _____ |
| 37)  16" X 36" AMERINET IDENTIFICATION SIGN | $ 49.00 | _____ |
| 38)  FIRE MARSHALL DECAL | $ 2.75 | _____ |
| 39)  PRICE POSTED DECAL | $ 1.50 | _____ |
| 40)  PUMP INSTRUCTION DECAL – ORDER THRU PETRO VEND AT 708-485-4200 | | |
| 41)  HIGH SPEED DIESEL PUMP SIGN | $ 33.00 | _____ |
| 42)  SATELLITE DECAL | $ 3.00 | _____ |
| 43)  RESTROOM SIGN | $ 21.00 | _____ |
| 44)  NO SMOKING SIGN | $ 45.00 | _____ |
| 45)  MOTOR OIL SIGN | $ 24.00 | _____ |
| 46)  DO NOT START NOZZLE DECAL | $ 3.95 | _____ |
| 47)  EMERGENCY SHUT OFF DECAL | $ 4.25 | _____ |
| 48)  12" X 18" FIRE EXTINGUISHER W/ADDRESS ADDRESS: _____ | $ 22.00 | _____ |
|      18" X 24" FIRE EXTINGUISHER W/ADDRESS ADDRESS: _____ | $ 44.00 | _____ |
| 49)  PROBLEM/EMERGENCY DECAL | $ 3.00 | _____ |
|      PHONE NUMBER: _____ (PHONE NUMBER CAN BE ADDED FOR AN EXTRA $0.50 A NUMBER) | | |
| 50)  LOCK BOX | $ 30.00 | _____ |
|      PUMP RUNS SLOW SIGN | $ 10.00 | _____ |

***ORDER ON THE MARKETER'S SIDE OF THE WEB AT www.pacificpride.com OR FAX TO (503) 371-6708. ***

EXHIBIT 3C  PAGE 3 OF 4

PACIFIC PRIDE SERVICES, INC. AND ...ERINET

.P.O. BOX 2099 • SALEM, OR  97308

800-367-5066 • FAX (503) 371-6708

# PACIFIC PRIDE PUMP STRIPES & PRODUCT NAMES ORDER FORM (#1~

COMPANY: _____ HOST #: _____

ORDERED BY: _____ PHONE #: (____) _____

SHIP TO ADDRESS: _____

MAILING OPTIONS: _____ UPS GROUND _____ 2ND DAY _____ OVERNIGHT

(IF NOT MARKED WILL AUTOMATICALLY SEND UPS GROUND)

## PRODUCT NAMES (ONLY):

| PRODUCT | | PRICE | ORDER QUANTITY |
|---|---|---|---|
| PRODUCT NAME: | REGULAR | $1.50 | _____ |
| PRODUCT NAME: | UNLEADED | $1.50 | _____ |
| PRODUCT NAME: | MIDGRADE | $1.50 | _____ |
| PRODUCT NAME: | PREMIUM | $1.50 | _____ |
| PRODUCT NAME: | DIESEL | $1.50 | _____ |
| PRODUCT NAME: | PREMIUM DIESEL | $1.50 | _____ |
| PRODUCT NAME: | #2 | $0.50 | _____ |
| PRODUCT NAME: | GASOLINE | $1.85 | _____ |

## PACIFIC PRIDE PUMP STRIPES (STRIPES ONLY):

PLAIN PUMP STRIPE  5"x 25"          $3.00          _____

**\*\*\*SOLD BY THE FOOT ONLY\*\*\***

5" PUMP STRIPING          $2.00          _____ # FEET

4" PUMP STRIPING          $2.00          _____ # FEET

**\*\*OPTIONAL\*\***

YOUR COMPANY NAME CAN BE ADDED TO THE PUMP STRIPES.
YOUR NAME WILL COME IN ¾" LETTERING THAT IS BLACK IN COLOR.

NAME_____ $.50/LETTER  QTY._____

ANY SPECIALTY NUMBERS OR LETTERS ARE $.50/EACH

**\*\*\*ORDER ON THE MARKETER'S SIDE OF THE WEB AT www.pacificpride.com OR FAX TO (503) 371-6708.\*\*\***

**EXHIBIT 3C  PAGE 4 OF 4**

# CHAPTER 4 - SIGNING SPECIFICATIONS

Section 1: General Information ................................................................................ 4-1
Section 2: Building and Canopy ID and Signs ....................................................... 4-1
Section 3: Vinyl Specifications for Buildings, Canopy and Signs ........................... 4-2
Section 4: Paint Specifications for Buildings and Canopy ...................................... 4-3
Section 5: Color Specifications for Illuminated Signs ............................................ 4-3
Section 6: Printed Material Specifications .............................................................. 4-4

## EXHIBITS

4A.    Product Decal Installation Instructions .......................................................... 4A-1
4B.    Internally Lit Sign Installation & Color Information ......................................... 4B-1
4C.    Freight Receiving Instructions for Pacific Pride Signs ................................... 4C-1
4D.    Camera-Ready Logo Sheet ............................................................................ 4D-1

## Section 1: General Information

One of the most important aspects of setting up your site is properly identifying the site as a Pacific Pride Commercial Fueling site. At least one sign showing the Pacific Pride logo with proper color band and lettering is required. The principal sign marking the Pacific Pride site shall not be less than 4 feet by 10 feet unless prohibited by local ordinance or code. One double-faced internally lit sign, 4 feet by 10 feet, is included in the initial franchise package. Refer to Section 3 of this chapter and Chapter 4 Exhibits for more information on signs, installation, and colors. Additional signs and pricing information are available in the Pacific Pride Signage and Brochure Catalog (Exhibit 3D).

## Section 2: Building and Canopy ID and Signs

In addition to your Pacific Pride sign, we suggest that you further identify your site by adding Pacific Pride colors and graphics to your buildings or canopy. Customers appreciate the ease in finding a site that is well marked and identified. A catalog with all signs offered by Pacific Pride is included in this manual, Exhibit 3D. Consider the following when planning your site signing:

a.    **Appearance.** Your goal should be to have Pacific Pride sites that will be easily noticed. Utilize your canopies and buildings to display your Pacific Pride colors.

b.    **Layout.** The objective should be to have a clean, uncluttered layout. Consider using the Pacific Pride name along with striping on your canopies, above-ground tanks, and buildings to achieve greater recognition and name familiarity.

c.    **Type/Color.** For secondary informational signs, be consistent in use of colors and type style. Helvetica bold is the type style for the words "Pacific Pride Commercial Fueling" included on signing or other material. The logo

colors are as indicated in this chapter. All secondary signs must be approved by Pacific Pride prior to use unless they are purchased from Pacific Pride Services or another approved source.

d.    **Location.** All signage should be placed with the thought of **aiding the customer in finding your location.** It should attract both customers and prospects alike and offer the operational information they need. Directional arrows should be utilized when the exact location is not readily visible.

Your success hinges on two key factors:

1.    Customers must find the site easily to buy at your location. Proper signage can help to achieve this goal.
2.    Business owners or executives will decide whether or not their company will use your services. Customers must be totally comfortable when driving into your site. An upgraded image with properly functioning equipment, clean appearance, good lighting, and proper safety precautions will make the customers feel comfortable.

## Section 3: Vinyl Specifications for Buildings, Canopy and Signs

If you are considering striping your canopy or building, we recommend you do the striping using vinyl rather than paint. (See Exhibit 4A for decal installation instructions.) The vinyl should last longer than paint and is relatively easy to install. However, you should have the vinyl professionally installed by an experienced installer. The following are 3M product representatives who can give you a quote on your job, or you can call Pacific Pride for additional information:

Call for nationwide services:    Ballard Sign Co.    or    Proven Graphics
Gary Coker    Brian Wantaja
2090 Front St NE    Kalispell, MT  59901
Salem, OR  97308    800-477-7265
503-399-7916

Any vinyl identification material can be ordered using the 3M Vinyl Color Codes:

(1)    Deep Red, 3M color 180-23
(2)    Bright Orange, 3M color 180-14
(3)    Light Orange, 3M color 180-54
(4)    Bright Yellow, 3M color 180-15

For internally lit signs 3M translucent vinyl colors can be used:

    (1)    Cardinal #230-53
    (2)    Poppy #230-143
    (3)    Tangerine #230-84
    (4)    Yellow #230-015

## Section 4: Paint Specifications for Buildings and Canopy

If you choose to paint your building or canopy, the following Benjamin Moore colors are specified:

T/M One Shot Colors for Pacific Pride

T/M FIRE RED
Intermix: 3 parts 071-21 Safety Red to
1 part 071-65 Safety Orange

T/M VERMILION
Intermix: 3 parts 071-65 Safety Orange to
1 part 071-21 Safety Red

T/M MEDIUM ORANGE
Base: 071-65 Ironclad Safety Orange

T/M LEMON YELLOW
Base: 133-12 Impervo high gloss: Add 7 OG per gallon

ALL MATERIALS ARE INT/EXT HIGH GLOSS ALKYD ENAMEL

ALL MATERIALS ARE BENJAMIN MOORE PRODUCTS USING THE
PACIFIC PRIDE TRADEMARK

## Section 5: Color Specifications for Illuminated Signs

Your first double-faced illuminated sign comes with the purchase of the franchise. For each additional site you must purchase a 4' x 10' double-faced illuminated sign from Pacific Pride or have one made locally to our specifications (see Exhibit 4B). (Note that each letter of the words "Pacific Pride" has a white outline.) Having a sign made locally may save you some shipping costs, depending on your location and sign size.

Any sign or canopy striping used in lieu of the standard Pacific Pride sign requires a waiver from Pacific Pride operations. A copy of the city regulation on sign limitations must accompany any waivers for smaller signs.

The approved colors for illuminated signs are as follows:

| | |
|---|---|
| Color #1 | Flame Red – Lacryl Color Code 439 R |
| Color #2 | Chinese Red – Lacryl Color Code 433 R |
| Color #3 | Mix 2/3 Pumpkin - Lacryl Color Code 421 O and 1/3 Daffodil - Lacryl Color Code 413 Y |
| Color #4 | Daffodil – Lacryl Color Code 413 Y |
| Other Colors: | White – Lacryl Color Code 403 W Black – Lacryl Color Code 480 BK |

See Exhibit 4B for specifications for illuminated signs, along with diagrams for installation. See Exhibit 4C for freight receiving instructions.

## Section 6: Printed Material Specifications

All marketers are licensed to use the Pacific Pride trademark as registered with the federal government or individual states. If you choose to use the Pacific Pride trademark (logo) on printed materials such as brochures, letterhead, envelopes, and business cards, you must use the appropriate colors and design. You must always accompany your use of the trademark by identifying your company as an "independent franchisee of..." A camera-ready "logo" sheet (see Exhibit 4D) has been prepared and given to you in your "Franchisee Start-Up Packet" to use at your discretion.

a. **Printed Material Specifications.** The registered trademark (logo) of Pacific Pride is made up of the words PACIFIC PRIDE over the distinctive four-color band. The PMS (printing) color specifications for the bands, starting with the top band and working down, are as follows:

| PMS COLOR SPECIFICATIONS | | |
|---|---|---|
| Color Name | Paint Number | Formula |
| Fire Red | #485 | #485 (100%) |
| Vermilion | #485 + #109 | #485 (100%) + #109 (100%) mixed |
| Medium Orange | #485 + #109 | #485 (30%) + #109 (100%) mixed |
| Lemon Yellow | #109 | #109 (100%) |

Call Pacific Pride for a camera-ready art sheet if required by your printer.

PP0083

## CHAPTER 4 EXHIBITS

4A.  Product Decal Installation Instructions ................................................................4A-1
4B.  Internally Lit Sign Installation & Color Information.................................................4B-1
4C.  Freight Receiving Instructions for Pacific Pride Signs ..........................................4C-1
4D.  Camera-Ready Logo Sheet ....................................................................................4D-1

PP0084

## <u>NOTES</u>

# INSTALLATION INSTRUCTIONS FOR PACIFIC PRIDE PRODUCT DECALS

1.    Clean surface thoroughly.

2.    Use a black grease pencil to mark a straight horizontal line where the top of the 5" set of stripes will be.

3.    Peel back off of stripes.

4.    Wet surface with spray bottle (mixture of liquid dish soap and water) below the line of Step 2.

5.    Apply stripes – line up top of red with line of Step 2.

6.    Use squeegee to remove excess water. Work side to side, not up and down.

7.    Dry with cloth, then remove masking. NOTE: If stripes don't stick at this point, the surface was either not cleaned well or you have not removed all the excess water. Re-squeegee, allow to dry, and then remove masking.

8.    Use X-acto knife to trim edges to size of pump.

9.    Mark with black grease pencil where bottom of product identifier will be – extend line across entire pump.

10.   Remove backing from product identifier.

11.   Wet surface with spray bottle (mixture of liquid dish soap and water) above line only the length of the product identifier. The line will tend to run where it is wet, but you can still line the identifier up with the part of the line that is not wet.

12.   Apply product identifier above line. Follow Step 7 and then do Step 13.

13.   Repeat Steps 9 thru 12 for Franchisee name.

14.   Clean stripes with 409. This will remove the grease pencil markings. Allow 409 to sit for a little while so that it will come off easier.

EXHIBIT 4A  PAGE 1 OF 2

THIS PAGE INTENTIONALLY LEFT BLANK

PP0087



**SCALE 1 INCH = 1 FOOT**

9' - 10"

4' - 3"

## 4' X 10' ILLUMINATED SIGN

➤ 4' 3" X 9' 10" X 15" DOUBLE FACE, INTERIOR ILLUMINATED DISPLAY WITH (6) COLOR PACIFIC PRIDE COMMERCIAL FUELING GRAPHICS APPLIED TO SECOND SURFACE .177 ACRYLIC PAINT.

➤ SIGN CABINET CONSTRUCTED OF 24 GAUGE SHEET STEEL OVER DOUBLE ANGLE IRON FRAME (1 ½" X 1 ½" X 1 1/8")

➤ ILLUMINATION OF 800 ma FLUORESCENT TUBES ON 12" CENTERS.  4.8 amps/ONE CIRCUIT 120v. (8 LAMPS)

➤ LETTERS ARE HELVETICA BOLD, FORCED 170%, BLACK WITH WHITE OUTLINE.

**EXHIBIT 4B  PAGE 1 OF**

# Pacific Pride Sign Colors
# For Illuminated Signs

| Color # | Color Name | Lacryl Color Code |
|---|---|---|
| #1 | Flame Red | 439 R |
| #2 | Chinese Red | 433 R |
| #3 | Mix: 2/3 Pumpkin | 421 O |
|  | 1/3 Daffodil | 413 Y |
| #4 | Daffodil | 413 Y |

**Other Colors:**

| | White | 403 W |
|---|---|---|
| | Black | 480 BK |

**EXHIBIT 4B  PAGE 2 OF 4**

PP0089

## TYPICAL 4' X 10' DOUBLE-FACED PACIFIC PRIDE
## FREE-STANDING INSTALLATION



4" STEEL TUBE BY INSTALLER

1/2" TELESCOPING RINGS WELDED
TO 4" STEEL TUBE BY INSTALLER

6" STEEL TUBE BY INSTALLER

SCALE 1/4" = 1 FOOT

2' X 3' X 6' (1.3 CUBIC YDS.)
CONCRETE FOOTING BY INSTALLER

**4' X 10' SIGN DRAWS 115V CIRCUIT – SIGN PULLS 5 AMPS**
**3' X 8' SIGN DRAWS 115V CIRCUIT – SIGN PULLS 3 AMPS**

**EXHIBIT 4B  PAGE 3 OF 4**

PP 0090



10'

WELD

1 ½" X 1 ½" x 1/8"
DOUBLE ANGLE IRON FRAME

4" STEEL TUBE

4'

WELD

6" STEEL TUBE

4" STEEL POLE

WELD                    ½" CAP RING

                        ½" TELESCOPING RING
PLUG WELD

SCALE ½" = 1 FOOT

**EXHIBIT 4B  PAGE 4 OF 4**



**PACIFIC PRIDE SERVICES, INC.**
205 Columbia St. N.E. • P.O. Box 2099 • Salem, Oregon 97308
TEL: (503) 588-0455 • Toll Free 1-800-367-5066 • FAX (503) 371-6708

THE COMMERCIAL FUELING SYSTEM ®

# IMPORTANT

## FREIGHT RECEIVING INSTRUCTIONS FOR PACIFIC PRIDE SIGNS

WHEN THIS SHIPMENT ARRIVES, PLEASE HANDLE IT AS FOLLOWS:

1.  When received and unloaded, inspect the shipment carefully before opening it. If there is visible damage or if the crate or carton is damaged, please write this on the delivery freight bill. Indicate that contents, crate, or both are damaged before you sign the bill. If the delivery man will not wait, note on the bill, "Subject to Inspection."

### TAKE POLAROID PICTURES, IF POSSIBLE

2.  Open crate carefully – Look for damage to contents. As soon as you see any damage, stop uncrating. Call the carrier and obtain an "Inspection Report" or "Notation of Damage" from him. Save any parts of the crate you have removed. Finish uncrating while the inspector is present so any further damage can be noted on the report.

3.  After you have obtained your copy of the noted freight bill and the "Inspection Report" or "Notation of Damage," contact a sign company to prepare a quote for repair of the sign and send all three of the forms to us at Pacific Pride Services.

4.  As soon as we receive the above, we will advise you of the course of action we prefer.

**EXHIBIT 4C  PAGE 1 OF 2**

THIS PAGE INTENTIONALLY LEFT BLANK

EXHIBIT 4C PAGE 2 OF 2

# CAMERA-READY LOGO SHEET













**\*COLOR COPY AVAILABLE UPON REQUEST**

**EXHIBIT 4D PAGE 1 OF 2**

FP0094

THIS PAGE INTENTIONALLY LEFT BLANK

# CHAPTER 5 - QUALITY STANDARDS FOR PRODUCTS

Section 1: Quality Standards ................................................................................ 5-1
Section 2: Winterization ..................................................................................... 5-2
Section 3: Background Information for Winterizing Diesel Fuel ........................... 5-2
Section 4: Additives .......................................................................................... 5-4
Section 5: Diesel Blends .................................................................................... 5-4

## EXHIBITS

5A.    Winterization Worksheet ......................................................................... 5A-1

## Section 1: Quality Standards

The quality standards for motor fuels available at each site shall be as follows:

a.    ALL motor fuel shall comply with applicable industry and governmental standards and specifications, including approved federal and local standards using the formula octane equals (R + M)/2 method for gasoline. The minimum octane standards for gasoline are as follows:

| MINIMUM OCTANE STANDARDS | |
| --- | --- |
| Regular Unleaded/with Lead Substitute | 87 Octane |
| Regular Unleaded | 87 Octane |
| Mid-Grade Unleaded | 89 Octane |
| Premium Unleaded | 91 Octane |

b.    Diesel must meet approved federal and local standards. Diesel shall be ASTM D-975 with a minimum Cetane of 40. Your local clean air requirements may have stringent requirements. If so, the diesel product must meet said requirements and not exceed any limits set by local authorities.

c.    If 80% of the major suppliers in an area do not supply product in compliance with these standards, Pacific Pride will adjust the requirement on a case-by-case basis. In no case shall the octane requirement be below that which can be met by 80% of the suppliers in an area.

**Section 2: Winterization**

FRANCHISEE shall winterize diesel fuel to the temperature forecasted or historically known to be continuously below +5 degrees Fahrenheit within a 200-mile radius of FRANCHISEE'S Pacific Pride site(s). Do not wait for a cold weather forecast to begin winterizing. You should begin early and winterize based on the average annual minimum temperature for your area. All forecasts for colder conditions must be taken into consideration at the time of the forecast. An alternative to winterizing #2 diesel with #1 diesel, stove oil, or kerosene is using a chemical additive for anti-icing protection or to lower the Cold Filter Plug Point (CFPP). Experience has proven that a fuel's pour point is not an entirely satisfactory predictor of its operability limits. Filter plugging, for example, normally occurs at a temperature considerably higher than the pour point. This factor must be recognized when determining the additive treatment ratio for winter fuel use.

Severe temperatures may require a blend of #1 diesel and an additive for protection. The use of an additive in these conditions may cut the use of #1 diesel by 30-50%. This method not only cuts the cost of winterization but also offers a better product to the end user. (#1 diesel delivers less power, poor lubrication, and increased injector wear.) Be sure to confirm blend ratios with your additive supplier.

Pacific Pride has an automated procedure that allows you to recover your winterizing costs during the allowable window. Winterization cost records are sent to Pacific Pride via the Pacific Pride Controller. **Refer to your Controller Manual Sections 2 and 9 for menus and instructions.** Use the Winterization Worksheet in Exhibit 5A to help determine your additional costs to send through the controller. DO NOT ROUND THE COST UP TO THE NEAREST CENT. We can accept costs out to five decimal places, so please be accurate. The winterization period generally begins in November and continues through March. Due to local conditions, this winterization window may be adjusted on a case-by-case basis. We cannot include your winterizing costs in the transfer price unless you enter the costs and associated information into your controller and send it to us. No matter when you plan to start winterizing, all costs must be received and approved by Pacific Pride prior to changing the transfer price. You must include all the information required by the Controller menus. The Controller Winterization Program allows you to change your winterization costs weekly. **Please remember: if you discontinue winterization, make the necessary changes in your winterization costs. It is not fair to customers to include winterization costs for a non-winterized product.**

**Section 3: Background Information for Winterizing Diesel Fuel**

As temperatures decrease, diesel fuel properties change. The quality of the fuel may deteriorate. Pacific Pride's diesel fuel winterization program is designed to ensure the quality of diesel fuel provided at network sites. Below are some defined characteristics of diesel fuel which may be remedied by the addition of approved additives to diesel fuel.

a.    Icing:  Below 32°F any pooled water will freeze, forming a solid blockage in the fuel lines or slush in the bottom of the fuel tank, which will plug the fuel filter.

b.    Additional winter diesel fuel characteristics are defined in three levels of deterioration caused by decreases in temperature.

1.    Cloud Point: The temperature at which the fuel develops a "cloudy" or "milky" appearance.  This is due to the initial formation of wax crystals - not harmful at this stage due to the small size of the crystals, which easily pass through a fuel filter.  The cloud point of most winter diesel will be in the range of +10°F to -15°F.  Beware of fuels with a cloud point higher than +10°F.

2.    Cold Filter Plug Point (CFPP): The temperature at which the wax crystals grow and link together forming chains and globules large enough to prevent passage through the fuel filter.  As they accumulate, the filter is plugged and the engine starves for fuel.  In the absence of water contamination, the cold filter plug point is what initially stops a vehicle.

3.    Pour Point: The temperature at which the fuel in the tank becomes so thick that it can no longer be pumped from the tank to reach the filter.

c.    The cloud point is often given by the refiners as a measure of winter performance and is a rough gauge of wax content, i.e., the higher the cloud point, the higher the wax content.

It is possible, with certain additives, to move the cold filter plug point by as much as 20°F below its original temperature, while at the same time lowering the pour point by as much as 40°F.  Note:  the cloud point will not be altered.

Test results might appear as follows:

| Product | Cloud Point | Cold Filter Plugging Point | Pour Point |
|---|---|---|---|
| #2 Diesel | +5°F | -8°F | -15°F |
| #2 Diesel w/additive | +5°F | -25°F | -45°F |

If the resulting Cold Filter Plugging Point (CFPP) is -25°F, actual operating conditions could be as low as -30°F without problems.  This is due to the fact that the pour point (normally much lower than the CFPP) is still allowing fuel to flow from the tank up to the filter in the warmer engine compartment (most trucks).  Due to the warmer condition in the engine compartment the CFPP won't be reached until the outside air is somewhat lower.

## Section 4: Additives

There are a variety of suppliers of chemical additives. As with most things, some suppliers are good and some are bad. Pacific Pride does not recommend or endorse any additive manufacturer. However, before you choose an additive for winterization or upgrading your product, we suggest you do the following:

a. Ask for three to four references of companies using the additive.
b. Check the references to make sure they are reliable.
c. Have diesel analyzed by a lab. A reliable supplier of additives should be willing to have your diesel analyzed by a lab (at no cost) to determine the necessary amount of additive required. Remember that diesel products from different suppliers or terminals may vary.

## Section 5: Diesel Blends

Cloud point tests are read to the nearest 2°F, and pour point tests are read to the nearest 5°F. Then, test results are rounded up. The result is that these values are on the conservative (or high) side. The best measure for your diesel fuel performance is the CFPP, and this should be used when comparing outside air temperature to diesel fuel performance.

You should take several factors into consideration when blending diesel fuel. YOU MUST HAVE YOUR FUEL TESTED. The only sure way to determine what blend or additives, if any, you may require is to have your fuel tested for additive responsiveness. Any reputable company should be able to recommend a blending procedure for your area. Some fuels will not react to an additive only. Some will react only if some #1 diesel is added also, and some will only react to #1 diesel. Your additive supplier should be able to provide technical data, like CFPP, for your specific supply of #2 diesel and their additive. Care must be taken to ensure you are providing a quality product.

No motor fuels containing ethanol, alcohol, methane, oxinol, methanol, or other fuel additives shall be allowed unless the fuel mixture has been approved by Pacific Pride or the mixture exists at the time the motor fuel is furnished by a supplier with a rated refining capacity of at least 50,000 barrels per day. All motor fuels shall be free from impurities, including, but not necessarily limited to, water, dirt, harmful oils, fibrous materials, other petroleum products, or contaminants.

## CHAPTER 5 EXHIBITS

5A.    Winterization Worksheet.................................................................................5A-1

PP0100

## NOTES

PP0101

# WINTERIZATION WORKSHEET

## EXAMPLE/METHOD #1

You winterize your #2 diesel with a chemical additive.  Your costs would be:

Cost of a Gallon of Additive          =          Your winterization cost per gallon
Additive Treatment Ratio                          reported to us over the Controller

1. Cost of a gallon of additive?                                        _____

2. Additive Treatment Ratio (Number of #2 gallons one gallon of
   additive will treat)                                                   _____

3. Divide Line 1 by Line 2.  This is your winterization cost per gallon.  _____

*Winterization costs can be sent with five decimal positions, so please do not round off to the
nearest penny.*

## EXAMPLE/METHOD #2

You add 20% #1 diesel to winterize your #2 diesel.  Your costs would be:

.20(Cost of #1 diesel per gal – Cost of #2 diesel per gal) = Your winterization cost per gallon
                                                             reported to us over the Controller

1. Cost of #1 diesel per gallon?                              _____
2. Cost of #2 diesel per gallon?                              _____
3. Percent #1 diesel mixed with #2 for winterizing (e.g., 20% is .20) _____
4. Subtract Line 1 from Line 2                                _____
5. Multiply Line 4 by Line 3                                  _____

   TOTAL WINTERIZATION COSTS PER GALLON                       _____

## EXAMPLE/METHOD #3

You use a combination of chemical additive and #1 to winterize #2 diesel.

Use Method #1 for the additive and Method #2 for straight #1 and then add the cost together.
This is your winterization cost per gallon reported to us over the Controller.

**EXHIBIT 5A  PAGE 1 OF 2**

THIS PAGE INTENTIONALLY LEFT BLANK

# CHAPTER 6 - SITE START-UP

Section 1: Site Start-Up ................................................................................ 6-1
Section 2: Pacific Pride Fire-Up and Check-Out ........................................... 6-1
Section 3: System Parameters ..................................................................... 6-2
Section 4: Pacific Pride Network Configuration ............................................ 6-2
Section 5: Trouble-Shooting Your System ................................................... 6-2
Section 6: 24-Hour Technical Service .......................................................... 6-3

## EXHIBITS
6A.    Site Start-Up Checklist ..................................................................... 6A-1
6B.    Pacific Pride Network C/OPT SmartLock™ Configuration ................ 6B-1
6C.    Petro Vend Installation Tips .............................................................. 6C-1
6D.    Pacific Pride Controller Pre-Installation Checklist ............................ 6D-1
6E.    Flow Charts and Termination Codes ................................................. 6E-1

## Section 1: Site Start-Up

You will need to coordinate your start-up date with Pacific Pride administration and data processing to ensure a smooth transition. Pacific Pride will require the following information from you before a fire-up can be accomplished:

    **a.**    Two weeks in advance, furnish Pacific Pride with the date your site will be completed (contractor scheduled completion).  Refer to Exhibit 6A for instructions on site start-up.

    **b.**    The most current fuel site controller configuration instructions are sent with your Pacific Pride modem and are included here as Exhibit 6B.  If you are upgrading an existing Petro Vend system to SmartLock™ specifications, please request the proper decals and configuration instructions from Comdata or your Petro Vend distributor.

    **c.**    One of the most important items to check during your fire-up procedure is the site ID code.  The site ID code in your Petro Vend or SmartLock™ equipment must match the site ID code in your Pacific Pride Controller. Refer to your **Controller Manual** Master File Maintenance Section, Maintain/Query Site File Instructions to verify the Pacific Pride Controller site code.

## Section 2: Pacific Pride Fire-Up and Check-Out

Be sure to check all Petro Vend or SmartLock™ hose positions (pumps, dispensers, oil machines, etc.) for proper operation (refer to Exhibit 6C).  These checks should include

checking for product restriction. **ONLY AFTER YOU HAVE DISPENSED PRODUCT FROM ALL PUMPS SHOULD YOU TEST FOR PRODUCT RESTRICTION.** Using a restricted product card or Petro Vend test card #2, try to access a product for which the card is not authorized. If product restriction is working properly, you should not be able to dispense the unauthorized product. Petro Vend test card #2 is restricted to unleaded regular only.

Exhibit 6D is a short checklist that needs to be accomplished before an authorized Pacific Pride technician arrives for your controller installation.

## Section 3: System Parameters

Refer to your **Controller Manual** Daily Processing Procedures Section, Validate/Invalidate Card Maintenance and Communications with Petro Vend Section, Send Validations/Invalidations to Your Site.

## Section 4: Pacific Pride Network Configuration

Refer to Exhibit 6B for Pacific Pride SmartLock™ Network Configuration of the Petro Vend Fuel Site Controller. You should receive a current version with your Petro Vend equipment and with the modem you order from Pacific Pride. If you need the configuration sheets at a later date, use the ones you have for reference. Prior to reconfiguring your Petro Vend, call Pacific Pride to check for changes and the date of the latest revision.

## Section 5: Trouble-Shooting Your System

If your system is not be performing correctly, first check the message displayed on your card reader or the Commercial Outdoor Payment Terminal (C/OPT). This message is the key to quickly determining the problem and possible solutions. Referring to Petro Vend's trouble-shooting flow charts and termination codes located in Exhibit 6E will provide information and some step-by-step procedures for restoring your system.

The next place to look for information concerning the nature of a system failure is your journal printer. Here you will find the Termination Code for each transaction. Referring to the Termination Codes in Exhibit 6E will enable you to determine the reason for transaction terminations, symptoms of possible problems, and solutions.

If you cannot resolve the problem, your Petro Vend distributor is the best source of information for more difficult problem-solving information. These experts should be your first contact for resolving any difficulties. If you've exhausted all possibilities with your distributor and continue to experience problems with the Petro Vend equipment, call the Petro Vend technical services department in Hodgkins, Illinois, at (708) 485-4200, or Comdata Technical Services at 800-755-5540 if you have SmartLock™ equipment installed at your site.

All Petro Vend Systems for Pacific Pride include five optical test cards, which are yours to keep. These cards should be kept in a safe place; however, they should be easily accessible for testing or trouble-shooting. The test cards are black with color-coded faces and are numbered for easy identification.

| | | |
|---|---|---|
| Card #1 | White: | Unrestricted |
| Card #2 | Tan: | Restricted to unleaded regular only |
| | | (Use for product restriction test) |
| Card #210 | Blue: | Restricted to off-road diesel only |
| Card #211 | Yellow: | Restricted to propane only |
| Card #212 | Green: | Restricted to CNG only |

You must validate each card number prior to use. <u>REMEMBER</u> to invalidate the card after all testing is complete.

PIN numbers for each test card can be obtained from your Petro Vend distributor, Petro Vend (708-485-4200), or Pacific Pride.

## Section 6: 24-Hour Technical Service

You may call Comdata's 24-hour Technical Support at **800-755-5540** if you experience any problems with your SmartLock™ system. Ask for a Tech Rep 2 who is specially trained to work with Pacific Pride SmartLock™ Systems.

In order for the technician to be most effective, the call should be made **from the site** by someone who is familiar with the SmartLock™ system and who is willing to perform various diagnostic routines on the system. The individual at the site should also have the key to the card reader(s) and know the modem phone number for the site, baud rate, and the password for the system. "Hello" is the default password.

# <u>NOTES</u>

## CHAPTER 6 EXHIBITS

6A.  Site Start-Up Checklist ..................................................................................... 6A-1
6B.  Pacific Pride Network C/OPT SmartLock™ Configuration ............................ 6B-1
6C.  Petro Vend Installation Tips ............................................................................ 6C-1
6D.  Pacific Pride Controller Pre-Installation Checklist ....................................... 6D-1
6E.  Flow Charts and Termination Codes .............................................................. 6E-1

# <u>NOTES</u>

# SITE START-UP CHECKLIST

The following are a few simple steps that should help ensure the smooth transition of your site start-up and coordination between Pacific Pride, your installer, you, and the network.

- All Pacific Pride sites must have a dedicated island. A dedicated island is, at a minimum, a gasoline island and lanes accessing it used solely by Pacific Pride customers and not accessible to anyone else.

- Call Pacific Pride and order your 4' x 10' internally lit sign for all Pacific Pride sites.

- All sites require a dedicated voice-grade phone line. Be sure you have already coordinated with the phone company to have your phone and modem lines installed before the fire-up date. Place the order for your site phone modem with Pacific Pride at least four (4) weeks in advance of your scheduled installation date.

- Make sure your Petro Vend equipment installer connects the modem through the WTI box supplied with your Petro Vend equipment. This configuration is required and must be tested prior to the Comdata portion of the equipment installation. (See attached Pacific Pride SmartLock™ Setup.)

- Notify Pacific Pride of the fire-up date at least two (2) weeks in advance.

- Petro Vend furnishes five tests cards with the system. Card #1 is an unrestricted card and will allow the activation of all pumps except Off-Road Diesel, Propane, or CNG. Activate ALL the pumps and test for normal card operation. **ONLY AFTER YOU HAVE DISPENSED PRODUCT FROM ALL PUMPS SHOULD YOU TEST FOR PRODUCT RESTRICTION.** Card #2 is a product-restricted card and will only allow unleaded regular. Use Card #2 and make sure unleaded is the only product that can be turned on by this card. Try to activate a diesel or premium gas pump. They should not get authorized. Use Test Cards 210, 211, and 212 to test your Off-Road Diesel, Propane, or CNG pumps respectively.

- If you do not have the Petro Vend test cards, you can order your own unrestricted and restricted cards from Pacific Pride to test for proper operation of your pumps.

- After the site configuration is completed, you should run your Complete Site Invalidation using the Pacific Pride Controller. From the Main Menu select Option #2, "Communication with Petro Vend." Then select Option #3, "Initiate Complete Site Invalidation." This will ensure invalid cards do not have access to your site.

- Be sure you can communicate with the site and pull transactions. It is a good idea to test each pump and then print a list off the Controller to check for accuracy.

- Check to be sure your receipts look correct (if receipt printer is installed).

Revised 5/15/2001

**EXHIBIT 6A  PAGE 1 OF 2**

## Pacific Pride FSC / WTI Connections



1. Printer Port – Connects to the Journal Printer with a PTR-R5 cable.
2. Modem Port – Not Used
3. AUX1 – Not used
4. AUX 2 – Connects to the MultiDESQ with a PTR-R5 cable, a gender changer and a stallion modem adapter.
5. AUX 3 – Connects to a modem with a 20-1456 cable for VISA Net Transactions.
6. Terminal – Connects to the WTI Box Port 1 with a PTR-R5 cable and a Null modem adapter.
7. PetroNet – Connects to a junction box with a 20-1443 cable.

1. PORT 1 – Connects to the FSC Terminal port with a PTR-R5 cable and a Null modem adapter.
2. PORT 2 – Not Used
3. PORT 3 – Not Used
4. PORT 4 – Connects to the MultiDESQ stallion block port #7 with a stallion modem adapter and a RJ-45 cable.
5. CONTROL PORT – Connects to the MultiTech modem with a serial cable supplied with the WTI Box.

### *** SETUP ***
The setup opening contains dip switch settings that must be set in the following manner.
**1200 Baud:** 1 up, 2 down, 3 down, 4 up, 5 up, 6 down, 7 down, 8 up, 9 down, 10 up, 11 down, 12 down 13,14,15 up, 16 down, 17,18 up
**2400 Baud:** 1 up, 2 down, 3 down, 4 up, 5 up, 6 down, 7 down, 8 up, 9 down, 10 up, 11 down, 12 down 13,14,15 up, 16 down, 17,18 up
**9600 Baud:** 1 up, 2 down, 3 down, 4 up, 5 up, 6 down, 7 down, 8 up, 9 down 10 up, 11 up, 12 down, 13,14,15 up, 16 down, 17,18 up.

Created on 11/07/00

**EXHIBIT 6A  PAGE 2 OF 2**

Pacific Pride Network COPT SmartLock™ Configuration

Revised August 16, 2001

The following are step by step instructions to configure your COPT SmartLock™ for use in the Pacific Pride network.

There are two modes in which the COPT SmartLock™ operates: non-privileged and privileged. When in non-privileged mode, the COPT SmartLock™ prompt appears as ">" or "r>". When in privileged mode, the COPT SmartLock™ prompt appears as "R>" or "P>".

To configure the COPT SmartLock™, you must be in privileged mode.

Once communication is established, you may be prompted with the message, "ENTER MODEM PASSWORD:". Key "HELLO" and press the <enter> key. If you are not so prompted, press the <enter> key. You should now be in non-privileged mode ( ">" or "r>" ). Note: later on you will have the opportunity to change the passwords. Once changed, you must then use the new password at this prompt.

To command the COPT SmartLock™ to enter privileged mode, key "HELLO" and press <enter>. You will be prompted with the message, "ENTER MAIN PASSWORD:". Key "HELLO" and press the <enter> key. You should now be in privileged mode
( "R>" or "P>" ). Note: later on you will have the opportunity to change the passwords. Once changed, you must then use the new password at this prompt.

Once in privileged mode, you can begin system configuration. For more information about these prompts, please refer to your COPT SmartLock™ Owner's Manual.

| Step | COPT SmartLock™ Prompt | Response |
|------|------------------------|----------|
| 1 | P> or R> | SET RAM |
| | OPTIONS:<br>0 - STD (level 1)<br>1 - EMA (level 2)<br>2 - EMB<br>3 - EMC (level 3)<br>4 - EMD (level 4)<br>5 - EME<br>   ENTER OPTION:<br><br>CURRENT OPTION: EMC (LEVEL 3) | 3 |
| 2 | P> or R> | SET TIME |
| | ENTER TIME (XX:XX AM/PM): | as prompted or in military time in HHMM format. e.g., 3:47 in the afternoon can be entered as "3:47 PM" or as "1547". |
| | AUG 1, 2000  03:47 PM | |
| 3 | P> or R> | SET DATE |
| | ENTER DATE (MMM DD, YYYY): | enter date in MMM DD, YYYY format. e.g., AUG 1, 2000 |
| | AUG 1, 2000   03:49 PM | |

**EXHIBIT 6B  PAGE 1 OF 12**

Pacific Pride Network COPT SmartLock™ Configuration

Revised August 16, 2001

| Step | COPT SmartLock™ Prompt | Response |
|------|------------------------|----------|
| 4 | P> or R> | SET TIME CHANGE |
| | | (note: this is to set the dates standard time advances to daylight savings and vice versa. If you don't have the dates, you may bypass this step.) |
| | ENTER DATE WHEN TIME IS MOVED BACK 1 HOUR: | This is date in the Fall that daylight savings time reverts to standard time. Enter date in same format as you did in the "SET DATE" command, above. |
| | ENTER DATE WHEN TIME IS MOVED FORWARD 1 HOUR: | This is date in the Spring that standard time becomes daylight savings time. Enter date in same format as above. |
| 5 | P> or R> | SET SITE ID |
| | ENTER SITE ID (12 chars): | Recommended id is "ss.PAC.PRIDE", where ss is your Pacific Pride site code. e.g., site code is W7: "W7.PAC.PRIDE". When three character site codes are issued the recommended site I.D. is: sssPAC.PRIDE, where sss is your site code. (e.g. site code "CBC" would have a code of "CBCPAC.PRIDE"). Be sure to use upper case letters. |
| | | *** IMPORTANT *** Be sure to record the site id you have entered here in the Site Data (K-2500 portion) Controller maintenance for your site. |
| 6 | P> or R> | SET QUANT RESTR |

QUANTITY RESTRICTION CODES:
(values represent dollars) OR (values represent quantities)

| | | |
|---|---|---|
| CODE 0: NO RESTRICTIONS | | |
| CODE 1:$ | | |
| CODE 2:$ | 20 | |
| CODE 3:$ | 30 | |
| CODE 4:$ | 50 | |
| CODE 5:$ | 250 | |
| CODE 6:$ | 450 | |
| CODE 7:$ | 120 | |
| CODE 8:$ | 140 | |
| CODE 9:$ | 160 | |
| CODE 10:$ | 180 | |
| CODE 11:$ | 200 | |
| CODE 12:$ | 220 | |
| CODE 13:$ | 240 | |
| CODE 14:$ | 260 | |
| CODE 15:$ | 280 | |
| | 300 | |

QTY RESTRICTION VALUE OPTIONS (Y/N)? Y
-USE VALUES AS $ (Y/N)?                N
VALUES ARE QUANTITIES

| 7 | P> or R> | SET FUELING UNITS |
|---|----------|-------------------|
| | ENTER FUELING UNIT 1: | GALLON |
| | ENTER FUELING UNIT 2: | QUART |
| | ENTER FUELING UNIT 3: | EACH |

- 2 -

**EXHIBIT 6B PAGE 2 OF 12**

PP0113

Pacific Pride Network COPT SmartLock™ Configuration

Revised August 16, 2001

| Step | COPT SmartLock™ Prompt | Response |
|------|------------------------|----------|

**8**  P> or R>                                                SET FUELTYPE 1

1: UNLEADED      ----PRICE PER GALLON 1.000

FUELING UNIT CODES:
    1: GALLON
    2: QUART
    3: EACH
ENTER FUELING UNIT CODE (1-3):        1

CHANGE PRICE (Y/N)?:                  N

CHANGE PRODUCT NAME (Y/N)?:           Y

ENTER FUELTYPE 1:                     UNL L-SUB


**9**  P> or R>                                                SET FUELTYPE 2

2: PREMIUM      ---- PRICE PER GALLON 1.000
FUELING UNIT CODES:
    1: GALLON
    2: QUART
    3: EACH
ENTER FUELING UNIT CODE (1-3):        1

CHANGE PRICE (Y/N)?:                  N

CHANGE PRODUCT NAME (Y/N)?:           Y

ENTER FUELTYPE 2:                     NO LEAD


**10**  P> or R>                                               SET FUELTYPE 3

3: REGULAR      ---- PRICE PER GALLON 1.000

FUELING UNIT CODES:
    1: GALLON
    2: QUART
    3: EACH
ENTER FUELING UNIT CODE (1-3):        1

CHANGE PRICE (Y/N)?:                  N

CHANGE PRODUCT NAME (Y/N)?:           Y

ENTER FUELTYPE 3:                     DIESEL


**11**  P> or R>                                               SET FUELTYPE 4

4: MRKD FUEL    ---- PRICE PER GALLON 1.000
FUELING UNIT CODES:
    1: GALLON
    2: QUART
    3: EACH
ENTER FUELING UNIT CODE (1-3):        1

CHANGE PRICE (Y/N)?:                  N

CHANGE PRODUCT NAME (Y/N)?:           Y

ENTER FUELTYPE 4:                     PREMIUM

**EXHIBIT 6B  PAGE 3 OF 12**

Pacific Pride Network COPT SmartLock™ Configuration

Revised August 16, 2001

| Step | COPT SmartLock™ Prompt | Response |
|------|----------------------|----------|
| 12 | P> or R> | SET FUELTYPE 5 |

```
5: #1 DIESEL      ---- PRICE PER GALLON 1.000

FUELING UNIT CODES:
        1: GALLON
        2: QUART
        3: EACH
ENTER FUELING UNIT CODE (1-3):        2

CHANGE PRICE (Y/N)?:                  N

CHANGE PRODUCT NAME (Y/N)?:           Y

ENTER FUELTYPE 5:                     OILS
```

| 13 | P> or R> | SET FUELTYPE 6 |

```
6: #2 DIESEL      ---- PRICE PER GALLON 1.000

FUELING UNIT CODES:
        1: GALLON
        2: QUART
        3: EACH
ENTER FUELING UNIT CODE (1-3):        3

CHANGE PRICE (Y/N)?:                  N

CHANGE PRODUCT NAME (Y/N)?:           Y

ENTER FUELTYPE 6:                     MISC.
```

| 14 | P> or R> | SET FUELTYPE 7 |

```
7: GASAHOL       ---- PRICE PER GALLON 1.000

FUELING UNIT CODES:
        1: GALLON
        2: QUART
        3: EACH
ENTER FUELING UNIT CODE (1-3):        1

CHANGE PRICE (Y/N)?:                  N

CHANGE PRODUCT NAME (Y/N)?:           Y

ENTER FUELTYPE 7:                     AVIATION
```

| 15 | P> or R> | SET FUELTYPE 11 |

```
11: LUBE OIL1      ---- PRICE PER GALLON 1.000

FUELING UNIT CODES:
        1: GALLON
        2: QUART
        3: EACH
ENTER FUELING UNIT CODE (1-3):        1

CHANGE PRICE (Y/N)?:                  N

CHANGE PRODUCT NAME (Y/N)?:           Y

ENTER FUELTYPE 11:                    ALT DIESEL
```

**EXHIBIT 6B  PAGE 4 OF 12**

Pacific Pride Network COPT SmartLock™ Configuration

Revised August 16, 2001

| Step | COPT SmartLock™ Prompt | Response |
|------|------------------------|----------|
| 16 | P> or R> | SET FUELTYPE 12 |

12: LUBE OIL2        ---- PRICE PER GALLON 1.000

FUELING UNIT CODES:
      1: GALLON
      2: QUART
      3: EACH
ENTER FUELING UNIT CODE (1-3):        1

CHANGE PRICE (Y/N)?:        N

CHANGE PRODUCT NAME (Y/N)?:        Y

ENTER FUELTYPE 12:        MID-GRADE

| 17 | P> or R> | SET FUELTYPE 16 |

16: AIR        ---- PRICE PER GALLON 1.000

FUELING UNIT CODES:
      1: GALLON
      2: QUART
      3: EACH
ENTER FUELING UNIT CODE (1-3):        3

CHANGE PRICE (Y/N)?:        N

CHANGE PRODUCT NAME (Y/N)?:        Y

ENTER FUELTYPE 16:        FREE

| 18 | P> or R> | SET FUELTYPE 17 |

17: EXTRA        ---- PRICE PER GALLON 1.000

FUELING UNIT CODES:
      1: GALLON
      2: QUART
      3: EACH
ENTER FUELING UNIT CODE (1-3):        1

CHANGE PRICE (Y/N)?:        N

CHANGE PRODUCT NAME (Y/N)?:        Y

ENTER FUELTYPE 17:        OFF DIESEL

| 19 | P> or R> | SET FUELTYPE 18 |

18: EXTRA        ---- PRICE PER GALLON 1.000

FUELING UNIT CODES:
      1: GALLON
      2: QUART
      3: EACH
ENTER FUELING UNIT CODE (1-3):        1

CHANGE PRICE (Y/N)?:        N

CHANGE PRODUCT NAME (Y/N)?:        Y

ENTER FUELTYPE 18:        PROPANE

**EXHIBIT 6B  PAGE 5 OF 12**

| Step | COPT SmartLock™ Prompt | Response |
|------|------------------------|----------|

**20**    P> or R>                                      SET FUELTYPE 19

19: EXTRA          ---- PRICE PER GALLON 1.000

FUELING UNIT CODES:
    1: GALLON
    2: QUART
    3: EACH
ENTER FUELING UNIT CODE (1-3):      1

CHANGE PRICE (Y/N)?:                N

CHANGE PRODUCT NAME (Y/N)?:         Y

ENTER FUELTYPE 19:                  CNG

**21**    P> or R>                                      SET PROD RESTR TABLE

PRODUCT RESTRICTION CODES:

CODE 0
LIST OF VALID PRODUCTS:
--NO ACCESS TO PRODUCTS 17-32
  -- SPECIFY CODE 0 (Y/N/X)?      N

CODE 1
LIST OF VALID PRODUCTS:
--NO ACCESS TO PRODUCTS 17-32
  --SPECIFY CODE 1 (Y/N/X)?       Y
ENTER VALID PRODUCTS (17-32)
  ->                             17

    --ANY MORE PRODUCTS (Y/N)?    N

CODE 2
LIST OF VALID PRODUCTS:
--NO ACCESS TO PRODUCTS 17-32
  --SPECIFY CODE 2 (Y/N/X)?       Y
ENTER VALID PRODUCTS (17-32)
  ->                             18

    --ANY MORE PRODUCTS (Y/N)?    N

CODE 3
LIST OF VALID PRODUCTS:
--NO ACCESS TO PRODUCTS 17-32
  --SPECIFY CODE 3 (Y/N/X)?       Y
ENTER VALID PRODUCTS (17-32)
  ->                             19

    --ANY MORE PRODUCTS (Y/N)?    N

CODE 4
LIST OF VALID PRODUCTS 17-32
--NO ACCESS TO PRODUCTS 17-32
  --SPECIFY CODE 4 (Y/N/X)?       X

**22**    P> or R>                                      SET JOURNAL

OFFICE JOURNAL (Y/N)?                Y
JOURNAL ERROR OPTION (Y/N)?          Y
  --ENABLE AUTH ON JOURNAL ERROR (Y/N)?  N

**23**    P> or R>                                      SET PASSWORD

ENTER MAIN PASSWORD:               enter five (5) letters and numbers in any
                                   combination. e.g. "12345" "ABC12" "5334D", etc.

ENTER MODEM PASSWORD:              enter the SAME password as above.

                                   *** IMPORTANT *** Be sure to record the
                                   password you have entered here in the Site Data
                                   Controller maintenance for this site.

- 6 -

**EXHIBIT 6B PAGE 6 OF 12**

PP0117

Pacific Pride Network COPT SmartLock™ Configuration

Revised August 16, 2001

| Step | COPT SmartLock™ Prompt | Response |
|------|----------|----------|

The following step must be repeated for each pump you have connected to the COPT SmartLock™. Here you define the pump number, product, time outs, etc for each pump. There can be up to four PCTs (Pump Control Terminal), each with a maximum of eight pumps attached. If you make a mistake, you can cancel by entering ctrl-C (control C). If you wish to modify a configuration for a PCT and position, merely pressing <enter> will repeat the entries you have already made previously for that PCT and position.

| | | |
|---|---|---|
| 24 | P> or R> | CONFIG PCT x<br>where x is the PCT number. |
| | IS THIS A U.P.C. (Y/N)? | N if not a UPC; Y if this is a UPC configuration. |
| | | If you answer Y to the above question the following displays will also need to be answered. |
| | IS THIS AN INTERNAL PROGRAM (Y/N)? | Y if your UPC is internal to the Fuel Site Controller;<br>N if your UPC is external to the Fuel Site Controller. |
| | DOES THIS U.P.C. ALLOW<br>HOSE RESTRICTIONS (Y/N)? | The answer should always be Y. |
| 25 | P> or R> | CONFIG PCT x POS n |
| | | where x is the PCT number and n is the position the pump is connected at the PCT. e.g., to configure the 5th position on the first PCT, enter, "CONFIG PCT 1 POS 5". |
| | ENTER PUMP #: | enter pump number attached to this position. |
| | ENTER PULSES PER GALLON:<br>-or-<br>ENTER PULSES PER QUART:<br>-or-<br>ENTER PULSES PER EACH: | for fuel, the normal response is 10 or 100. For motor oil (5) and miscellaneous (6), 1 pulse is normal. |
| | MAX FUEL TO BE DISPENSED<br>PER TRANSACTION: | enter 9999 for unlimited fuel. 300 is recommended maximum. Set to lower quantity if mandated by fire marshall for the product. |
| | PUMP SENTRY OPTIONS (Y/N)?<br>ENABLE PUMP SENTRY (Y/N)? | Y<br>Y (Fuel Only!)<br><br>-or-<br><br>N (Restroom, Oil Machine Scales, etc) |
| | PUMP SENTRY ENABLED<br>-or-<br>PUMP SENTRY DISABLED | |

- 7 -

**EXHIBIT 6B  PAGE 7 OF 12**

| Step | COPT SmartLock™ Prompt | Response |
|---|---|---|
| | MAXIMUM TIME ALLOWED FOR FUELING (minutes): | enter number of minutes to allow product to be dispensed before transaction is automatically terminated, usually 10 to 20 minutes. Oil machines would be substantially less. |
| | MAX TIME ALLOWED TO RETRIEVE PUMP HANDLE (seconds): | usually 60 to 120 seconds. |
| | MAX TIME ALLOWED TO DETECT FIRST FUELING PULSE (seconds): | usually 60 to 90 seconds. |
| | MAX TIME ALLOWED BETWEEN FUELING PULSES (seconds): | usually 60 seconds. |

IF YOU ANSWERED YES TO #24 CONFIGURE BELOW AS HOSES 1-4

| | ENTER FUELTYPE CODE #: | enter the product category: |
|---|---|---|
| | | 1 = UNL L-SUB |
| | | 2 = NO LEAD |
| | | 3 = DIESEL |
| | | 4 = PREMIUM |
| | | 5 = OILS |
| | | 6 = MISC. |
| | | 7 = AVIATION |
| | | 11 = ALT DIESEL |
| | | 12 = MID-GRADE |
| | | 16 = FREE PRODUCTS |
| | | 17 = OFF ROAD DIESEL |
| | | 18 = PROPANE |
| | | 19 = CNG |
| | ENTER TANK #: | enter tank # (1-9) |
| | CLEAR PUMP TOTALS (Y/N)? --CLEARED | Y |
| | ENTER TOTALIZER VALUE : | enter CURRENT TOTALIZER VALUE. |
| 26 | P> or R> | INSTALL PCT x POS n |
| | | where x is the PCT number and n is the position the pump is connected at the PCT selected at the beginning of this step. |
| | OKAY | now repeat this step for each additional pump. |
| 27 | P> or R> | INSTALL PCT 1 |
| | OKAY | |
| 28 | P> or R> | INSTALL PCT 2  (if you configured a 2nd PCT) |
| | OKAY | |
| 29 | P> or R> | INSTALL PCT 3  (if you configured a 3rd PCT) |
| | OKAY | |
| 30 | P> or R> | INSTALL PCT 4  (if you configured a 4th PCT) |
| | OKAY | |

**EXHIBIT 6B  PAGE 8 OF 12**

Pacific Pride Network COPT SmartLock™ Configuration

Revised August 16, 2001

| Step | COPT SmartLock™ Prompt | Response |
|------|------|------|
| 31 | P> or R> | CONFIG FIT n |

where n is the Fuel Island Terminal (reader) number installed.  Repeat this command for each FIT installed.

| | ISSUE RECEIPTS (Y/N)? | Y |
|--|--|--|
| | --CLEAR RECEIPT COUNTER (Y/N)? | Y |
| | KEYBOARD OPTIONS (Y/N)? | Y |
| | ENABLE KEYBOARD ACCESS (Y/N)? | N |
| | SPECIFY PCTs TO SHUT OFF | |
| | ON E-STOP (Y/N)? | N |
| | CHANGE FIT ACCESS TO PUMPS (Y/N)? | N |

```
FIT INSTALLED
FIT INFO:

RECEIPTS: XXXXX
KEYBOARD ACCESS -- DISABLED
PCTs TO SHUT OFF ON E-STOP: 1,2,3,4
CARD READER ERROR COUNTER: 0
COMMUNICATION ERROR COUNTER
---ACCESS TO ALL PUMPS
```

| 32 | P> or R> | INSTALL FIT 1 |
|----|----------|---------------|
| 33 | P> or R> | INSTALL FIT 2 (if you configured 2nd FIT) |
| 34 | P> or R> | INSTALL FIT 3 (if you configured 3rd FIT) |
| 35 | P> or R> | INSTALL FIT 4 (if you configured 4th FIT) |

| 36 | P> | FORMAT RECEIPT HEADER |
|----|----|----|
| | line 1 --> | WELCOME TO |
| | -- red print (Y/N)? | Y |
| | line 2 --> | PACIFIC PRIDE |
| | -- red print (Y/N)? | Y |
| | line 3 --> | press\<enter> |

| 37 | P> | FORMAT RECEIPT |

You can define what transaction data is to be printed on the receipt and in what order. The first 10 character positions of a line are filled in by you. Press <ENTER>, then you will specify a receipt code to print data from the transaction on the same line. Listed is an example of information that should be included on your receipt. Refer to your COPT SmartLock™ manual for information on other fields that can be printed.

```
Line 1: CARD #1:      receipt code (#,-): 1
Line 2: CARD #2:      receipt code (#,-): 2
Line 3: TRANS #:      receipt code (#,-): 3
Line 4: PRODUCT:      receipt code (#,-): 4
Line 5: QUANTITY:     receipt code (#,-): 5
Line 6: PR/UNIT:      receipt code (#,-): 6
Line 7: TOTAL:        receipt code (#,-): 7
Line 8: DRIVER:       receipt code (#,-): 8
Line 9: MISC.:        receipt code (#,-): 12
Line 10: PUMP #:      receipt code (#,-): 16
Line 11: ACCOUNT #:   receipt code (#,-): 17
```

| 38 | P> | FORMAT RECEIPT TRAILER |
|----|----|----|
| | line 1 --> | THANK-YOU |
| | -- red print (Y/N)? | Y |

- 9 -

Pacific Pride Network COPT SmartLock™ Configuration

Revised August 16, 2001

| Step | COPT SmartLock™ Prompt | Response |
|------|------------------------|----------|
| 39 | P> or R> | SET CARD |

```
[1] Set card/transaction buffer size
[2] Set keyboard entry options
[3] Set keyboard access type
[4] Set expiration date code table
[5] Set keyboard card control data
[RETURN] Return to main command line

Enter choice:                              1


NOTE: TRANSACTION BUFFER
WILL BE CLEARED!! (Y/N)?                    Y

ENTER SIZE CODE                            100

# OF CARDS : xxxxxxx
# OF TRANSACTIONS: 2500

--SAVE THIS CONFIGURATION (Y/N) ?          Y

-- PLEASE WAIT --                          wait a couple of minutes


[1] Set card/transaction buffer size
[2] Set keyboard entry options
[3] Set keyboard access type
[4] Set expiration date code table
[5] Set keyboard card control data
[RETURN] Return to main command line

Enter choice:                              press <enter>
```

| 40 | P> or R> | SET TRANS |

```
SET WRAP AROUND OPTIONS?                   Y

-ENABLE WRAP AROUND?                       N

RE-DEFINE TRANSACTION?                     Y

-TRANS = UNAUTHZ'D USERS ALSO?             Y   (to capture transaction denials)

SPECIFY DISPLAYED FIELDS?                  Y

ENTER 'Y' TO DISPLAY THE FIELD:

ACCOUNT, DRIVER, VEHICLE?                  Y
DATE & TIME    ?                           Y
TRANS #        ?                           Y
CARD #1        ?                           Y
CARD #2        ?                           Y
FUELTYPE       ?                           Y
PUMP           ?                           Y
HOSE           ?                           N   <--- NO!
QUANTITY       ?                           Y
PRICE          ?                           Y
TOTAL          ?                           N   <--- NO!
ODOMETER       ?                           Y
DISTANCE/UNIT  ?                           N   <--- NO!
MISCELLANEOUS  ?                           Y
RECEIPT STATUS?                            N   <--- NO!
ACCOUNT #      ?                           N   <----NO!
HOST AUTHORIZATION # ?                     N   <----NO!

--COMPUTER FORMAT CHECK DATA IN HEADER?    Y
```

- 10 -

PP0121

Pacific Pride Network COPT SmartLock™ Configuration

Revised August 16, 2001

| Step | COPT SmartLock™ Prompt | Response |
|------|------------------------|----------|

All displays are 2 lines with a maximum 40 characters per line including spaces.

41    P> or R>                                    FORMAT DISPLAY DEFAULT
      DISPLAY TYPE OPTIONS:
      0 - NO CHANGE
      1 - 2x16
      2 - 1x40
      3 - 2x40    (Graphics                       3

42    P> or R>                                    FORMAT DISPLAY 8

                                    12345678901234567890123456789012 34
                                    ^0^Z^B    WELCOME^F         TO
                                    ^J   PACIFIC PRIDE^T

43    P> or R>                                    FORMAT DISPLAY 9

                                    12345678901234567890123456789012 34
                                    ^3^Z^LINSERT DRIVER CARD^T

44    P> or R>                                    FORMAT DISPLAY 24

                                    12345678901234567890123456789012 34
                                    ^3^Z^LINSERT VEHICLE CARD

45    P> or R>                                    FORMAT DISPLAY 27

                                    12345678901234567890123456789012 34
                                    ^5^2^KENTER^LSECURITY #:

46    P> or R>                                    FORMAT DISPLAY 31

                                    12345678901234567890123456789012 34
                                    ^Z^KRE-ENTER^LSECURITY #:

47    P> or R>                                    DOWNLOAD
      OKAY

48    P> or R>                                    SH TR CARDS=ALL CF
      0000/000000000/abcdefghikm/90               press <enter>

                                    *** IMPORTANT *** The letters displayed
                                    (abcdefghikm) must be exactly as shown.  If not,
                                    you MUST reprocess step 40.
      //

49    Refer to the COPT SmartLock™ Owner's Manual for instructions on SHOW
      commands.  With these commands, you can review your work.

50    P> or R>                                    BYE
      BYE!                                         disconnect

- 11 -

**EXHIBIT 6B  PAGE 11 OF 12**

Pacific Pride Network COPT SmartLock™ Configuration

Revised August 16, 2001

| Step | COPT SmartLock™ Prompt | Response |
|------|------------------------|----------|
| 51   |                        | Test your site for product restriction. For example: an unleaded card must not activate a premium or diesel pump.  You can use the tan Petrovend test card #2 (unleaded only - PIN #5525) or one of your own restricted cards. |

If you have any questions regarding your COPT SmartLock™ System 2 Petrovend equipment please call the Trendar help desk at (800) 755-5540.

EXHIBIT 6B  PAGE 12 OF 12

# PETRO VEND INSTALLATION TIPS

1.  Do not turn on any power until items 2 thru 7 have been checked and verified.

2.  The power supply from the house electric panel to the System2™ must be a dedicated and isolated circuit. This circuit must run in its own dedicated and isolated STEEL conduit from the panel to the System2™. The only other wiring allowed in this same conduit is the low-voltage, twisted pair, communication wiring. NOWHERE MUST THIS WIRING PASS THRU ANY WIRING GUTTERS OR MIX WITH ANY OTHER HIGH-VOLTAGE WIRING.

3.  The power wiring described above must consist of three conductors - hot, neutral, and ground. The ground wire must be connected to the panel chassis. Bonding the ground wire to the conduit and using the conduit as a ground is NOT ACCEPTABLE AND DOES NOT CONFORM TO THE NATIONAL ELECTRICAL CODE.

4.  The low-voltage communication wiring (Petronet twisted pair) should be run in the same conduit as the power wiring as described in paragraph 2 above. The Petronet wiring should terminate at the junction box cover provided with the system and the remote pump control box, if so equipped.

5.  All high-voltage wiring to the pump and dispensers must be wired and conduited per Petro Vend's standard installation and wiring diagrams.

6.  The site is equipped with a Petro Vend Fuel Site Controller, two office journal printers, a stand-alone modem, Comdata computer, and satellite system. A circuit must be provided to power the above equipment. The circuit for this equipment must also be dedicated and isolated, and use of steel conduit is mandatory as described in paragraph 2 above.

7.  MAKE SURE THE BATTERY LOCATED IN THE PETRO VEND FUEL SITE CONTROLLER HAS BEEN PLUGGED IN.

8.  Using a test card, activate and test ALL pumps and check for normal operation. The system should turn the pump on, and the pump should perform normally. Check the transaction and verify the quantity dispensed.

9.  Petro Vend furnishes five test cards with the system. Card #1 is an unrestricted card and will allow the activation of all pumps. Card #2 is a product-restricted card and should only allow unleaded regular to be dispensed. USE CARD #2 AND MAKE SURE NO PRODUCT OTHER THAN UNLEADED REGULAR CAN BE DISPENSED WITH THIS CARD.

10. Your installer should always refer to the Petro Vend Installation and Operation Manual for complete instructions.

**EXHIBIT 6C  PAGE 1 OF 2**

THIS PAGE INTENTIONALLY LEFT BLANK

PP0125

**PACIFIC PRIDE SERVICES**
**1-800-367-5066**

PPSI Controller Pre-installation Checklist

Following is a short checklist of items that need to be installed before we arrive for your Controller installation.  Please call us at the number above to discuss any of these items.

It is important that all items below be completed prior to our arrival.  Thank you.

|  | YES | NOTES |
|---|---|---|
| Dedicated phone line (RJ11 Jack) installed and phone number recorded. | ——— |  |
| Dedicated electrical line | ——— | 1. |
| Grounded extension cord (if work area is more than ten feet from outlet) | ——— | 2. |
| Workstation(s)/table(s) for computer(s) | ——— | 3. |
| PPSI operator(s) identified | ——— |  |
| Stand(s)/table(s) for printer(s) | ——— | 3. |
| Box of computer paper (14 7/8" x 11" for wide printer) (9 1/2" x 11" for narrow printer) | ——— |  |
| PPSI Controller Operations Manual | ——— |  |
| PPSI K2500 or System 2 configuration instructions | ——— |  |
| List of phone numbers at cardlock sites | ——— |  |
| Product-pump combinations for each site | ——— |  |
| Password at each site if not HELLO | ——— |  |
| Pump test completed | ——— |  |
| Valid transactions in Petro Vend | ——— |  |

**Notes:**

1. Not required but strongly recommended - See PPSI Controller Operations Manual, Appendix, Electrical Power.

2. A 5-foot power strip is provided with the PPSI Controller.

3. One 96" x 30" table is sufficient for 2 computers and 3 printers.  Please call if you wish to discuss this.

Comments:_____
_____
_____

**EXHIBIT 6D  PAGE 1 OF 2**

THIS PAGE INTENTIONALLY LEFT BLANK

# Appendix E - Troubleshooting

## Problems & Suggested Solutions

*Table 26: Problem/Solution Table*

| PROBLEM | POSSIBLE SOLUTION |
|---|---|
| No C/OPT display messages | • Adjust "display viewing angle" potentiometer (on top of the display PC board). |
| "FAULTY PUMP" C/OPT message | • Three "zero-quantity" transactions – reinstall pump with INSTALL PCT POS (*page 60*)<br>• Bad pump pulser – replace pulser |
| "RESET QUANTITY EXCEEDED" C/OPT message | • Current sensor/pump handle selector switch in wrong position: change Switch #1 on PV-268 board. |
| "SYSTEM DOWN" message at one C/OPT | • C/OPT not installed: install C/OPT<br>• Petro-Net wiring problem: check, repair wiring<br>• Possible C/OPT board malfunction: run COMM test to check board: replace board if necessary. |
| "SYSTEM DOWN" message at ALL C/OPTs | • Possible C/OPT board malfunction(s): run COMM test for each FIT board: replace board(s) if necessary.<br>• Possible FSC board malfunction: if all C/OPT board pass COMM test. replace FSC board. |
| "INCORRECT CARD" C/OPT message | • Incorrect network number encoded on card(s): replace card(s).<br>• Incorrect network number programmed in C/OPT EPROM: replace EPROM. |
| CARD INVALIDATED C/OPT message | • This card number was invalidated: to validate, see *Validating or Invalidating Cards* on page 100. |
| UNAUTHORIZED, RE-ENTER C/OPT message | • The card used is not good for that product on that pump. Card user should choose a different pump or product. |
| "SYSTEM FULL" C/OPT message | • Printer error: clear error.<br>• Transaction buffer filled: clear buffer.<br>• Buffer wraparound not enabled: enable wraparound. |
| "MEMORY ERROR" message at terminal | • Expanded memory failure: battery switch *not on* during system power failure.<br>• Battery failure: replace battery.<br>• Expanded Memory failure: replace FSC board. |
| Pulser not counting pulses | • Active/passive pulser selector switch set incorrectly: change Switch #1 on PV-268 board |
| Newly programmed *messages or pump* parameters not working | • Changes were not downloaded: use "DOWNLOAD command. |

*Table 26: Problem/Solution Table (Continued)*

| JOURNAL ERROR GET MAN-AGER | • | The journal printer is unable to print because it is offline, unplugged, out of paper, jammed or otherwise inoperable. |
|---|---|---|
| Printer not printing transactions | • | Communications blocked due to printer error: unblock with `SET JOURNAL` command; printer locked: unlock printer with `UNLOCK` command. |

# Troubleshooting Flowcharts

The flowcharts on *page 140* through *page 148* give you advice on what to do when the these messages appear on the C/OPT display:

**CHECK CARD ORIENTATION** message

**FAULTY PUMP? RE-ENTER** message

**INCORRECT CARD** message

**INCORRECT READING** message

**INVALID PUMP, RE-ENTER** message

**JOURNAL ERROR GET MANAGER** message

**PUMP HANDLE? RE-ENTER** message

**SYSTEM DOWN** message

Other charts give you advice when:

• No communication occurs between the FSC and the PC

• No quantity is shown on the transaction receipts

• A modem doesn't answer the System2

**EXHIBIT 6E  PAGE 2 OF 16**



*Figure 30: Diagnosing a "Check Card Orientation" Message*



Figure 31: Diagnosing a "Faulty Pump - Reenter" Message

EXHIBIT 6E  PAGE 4 OF 16



*Figure 32: Diagnosing an "Incorrect Card" Message*

**EXHIBIT 6E  PAGE 5 OF 16**



Figure 33: Diagnosing an "Incorrect Reading" Message

EXHIBIT 6E  PAGE 6 OF 16

Figure 34: Diagnosing an "Invalid Pump - Reenter" Message

**EXHIBIT 6E  PAGE 7 OF 16**



Figure 35: Diagnosing a "Journal Error Get Manager" Message

EXHIBIT 6E  PAGE 8 OF 16



Figure 36: Diagnosing a "System Down" Message



Figure 37: Diagnosing a "Pump Handle-Reenter" Message

EXHIBIT 6E  PAGE 10 OF 16



Figure 38: Diagnosing Loss of FSC-to-Terminal Communication



Figure 39: Diagnosing a Modem That Does Not Answer



Figure 40: Diagnosing a "No Quantity Appears On Receipt" Message

EXHIBIT 6E  PAGE 13 OF 16

# REASON FOR TERMINATION CODES (AUTHORIZATION GRANTED)

Table 24: Reason for Termination Codes - Authorization Granted

| Code | Reason | Cause | Possible Solution |
|------|--------|-------|-------------------|
| C | Pump error, premature busy | No suggestions | |
| D | Pump error --reset quantity exceed | Pulses being received without current being sensed or handle switch detection. | Check PV268 DIP switch #6 for correct selection (current sense or handle switch). Check current s/b 100 mA AC minimum. |
| E | No "PUMP HANDLE BUSY" | No current sense or handle switch detection after pump authorization. | Check PV268 DIP switch #6 for correct selection. Check current draw: s/b 100 mA AC minimum. Make sure handle timeout is long enough. Check wiring to PV270 relay board. |
| F | No fueling pulses | Current sensed or handle switch detected, but no pulses received from pulser. | Check PV268 DIP switch #1 for correct pulser type. Check pulser wiring. Check pump's First Pulse timer. |
| G | Pump currently active | No suggestions | |
| I | Normal | Good transaction. | May appear even for incomplete transaction if current sense threshold is too close to actual current draw. Contact Petro Vend Technical Support. |
| J | Quantity limit exceeded | Card, account or pump limit reached. | Check programming for card, account or pump |
| K | Total transaction time exceeded | Pump is programmed to dispense fuel only for a specific time. | Check "MAX TIME FOR FUELING" value, and adjust accordingly. |
| L | Pulser error | Only in flowswitch applications. Pulses not received within five seconds of flow switch activation. | Check pulser. Possible faulty flow switch. |
| M | Emergency stop | Emergency stop button was depressed during fueling. | If button was NOT pressed, check E-STOP button for short. |
| N | Missing pulse detected | Current sensed, pulses received, then fueler stops pumping. As long as pump is ON, Pulse Timer runs. | Lengthen the Pulse Timer duration, or hang the pump up. |
| O 01 | Communication errors | Power interruption during fueling caused termination of transaction. | Check power source. Are noise filters installed in pump motors, solenoid valves, and contactors? |
| Z | Manager activated | No suggestions | |

**EXHIBIT 6E PAGE 14 OF 16**

# REASON FOR TERMINATION CODES (AUTHORIZATION DENIED)

*Table 25: Reason for Termination Codes - Authorization Denied*

| Code | Reason | Cause | Possible Solution |
|---|---|---|---|
| b | Bad PIN entry | Wrong PIN entered three times. | Verify PIN assigned to card is correct. If yes, check the keypad with FIT test program. |
| c | Bad odometer entry | Fueler's card is set for odometer reasonability, and entry falls outside acceptable limits. | Re-enter odometer value. Change reasonability (see Section 11). |
| d | Bad miscellaneous entry | NOT USED | NOT USED |
| e | User entry timeout | Fueler did not enter data after inserting card. | Operator error, or possible keypad malfunction. |
| f | Card # not in positive file | Card not programmed in system. | Program the card into the system database. |
| g | Card expired | Card has expiration date assigned to it. This date has passed. | Assign new expiration date to card, or issue new card. |
| i | Card invalidated | Card has not been validated for use in this system. | Change validation status of card. |
| j | Three bad PIN entries | Fueler has entered incorrect PIN three times. | Verify PIN assigned to card is correct. If yes, check the keypad with FIT test program. |
| k | No allocation | Daily or monthly limit has been reached on card or account. | If daily, fueler must wait until midnight to reset daily totals. If monthly, new limits must be programmed or totals cleared. |
| u | Visa transaction failed authorization | Various -- may be phone-line related. | Retry card. |

EXHIBIT 6E  PAGE 15 OF 16

THIS PAGE INTENTIONALLY LEFT BLANK

# CHAPTER 7 - INTER-COMPANY TRANSFER PRICE AND BILLING

Section 1: Inter-Company Transfer Pricing..................................................................... 7-1
Section 2: The Inter-Company Billing ......................................................................... 7-3
Section 3: Fuel Taxes................................................................................................... 7-5
Section 4: Sales Taxes ................................................................................................ 7-7

## EXHIBITS

7A.    Inter-Company Transfer Prices.......................................................................... 7A-1
7B.    Example of Inter-Company Billing ..................................................................... 7B-1
7C.    Tax Rates .......................................................................................................... 7C-1
7D.    State Motor Fuel Tax Administration Addresses and Telephone Numbers...... 7D-1

## Section 1: Inter-Company Transfer Pricing

The inter-company transfer price is the price other Pacific Pride marketers pay you for product purchased by their customers from your Pacific Pride site. Or, it is the price you pay the site operator when your customer uses another marketer's site. The transfer price is intended to approximate the laid-in cost for product plus $.05 a gallon. You must check to ensure the transfer price for your site is correctly set for each period. Pacific Pride makes every effort to ensure the transfer prices for every site in the system are correct. However, we cannot do that without your help. If you are aware of any change in pricing which affects the transfer price at your site(s) or any other site in the system, please notify Pacific Pride immediately. Please refer to **Exhibit 7A** for an example of transfer price printouts.

a.    **Transfer Price for Motor fuels.**    The transfer price includes the following components:

   **The Base Price:** The price at the designated terminal, including superfund fees. For product going through the state of Washington the .07% Hazardous Substance tax is included. For Pacific Pride sites using unbranded fuel, the base price is established using an **unbranded** rack average at a designated terminal. For branded Pacific Pride sites, the base price will be based on the branded supplier at a given terminal.

   **Federal Excise Tax:** The amount of federal excise tax applied to fuel. Currently, federal tax on gasoline is $.184 per gallon and $.244 per gallon for diesel fuel. The current federal tax rate for all products can be found in the Transfer Price and Tax Detail Report available from your Pacific Pride Controller.

   **State Excise Tax:** The amount of state excise tax applied to fuel. State taxes will vary from state to state. If your state changes their fuel tax rate, you must notify Pacific Pride Services immediately of the change and the effective date. Pacific Pride Services may not always be aware of impending changes in state or local

taxes. The current state tax rate for all products can be found in the Transfer Price and Tax Detail Report available from your Pacific Pride Controller. State excise tax on diesel fuel in Oregon is not included in the transfer price. (See Section 3 of this chapter.)

**Other Excise Taxes:** The amount of other excise tax applied to fuel. Other excise taxes will vary from state to state. If your excise taxes change, you must notify Pacific Pride immediately of such change and the effective date. The current tax rate for all products can be found in the Transfer Price and Tax Detail Report available from your Pacific Pride Controller.

**Local Excise Taxes (County, City):** The amount of local excise tax applied to motor fuel. Local taxes will vary from jurisdiction to jurisdiction. If your local taxes change, you must notify Pacific Pride immediately of such change and the effective date. The current local tax rate for all products can be found in the Transfer Price and Tax Detail Report available from your Pacific Pride Controller.

**Freight:** If you haul your own product, the freight rate is determined at 80% of the PUC posted rate to pull from the terminal to your distribution point. In states where there is no posted PUC rate, an average of common carrier rates will be used. If you do not haul your own freight, an average of common carrier rates will be used.

**Site Margin:** Franchisees will earn a margin on gallons sold to other marketers' customers who fuel at their site (foreign sales). Currently, the site margin is set at $.05 per gallon. Pacific Pride Services sets the margin and reserves the right to change the margin from time to time.

**Other Costs:** Other costs included in the transfer price must be verifiable. It may include any environmental fees for state underground storage tank funds or other environmental funds for which a fee is assessed per gallon on the product. Winterization costs during an established winterization period will also be included.

**Sales Tax:** The sales tax rate will vary by jurisdiction. Not all states apply sales tax to motor fuel. Sales taxes are generally based on the "retail" or local sales price of the product. We have been given direction from various states which demand we use the price the site operator charges their own customer to figure the sales tax. California marketers must pay the pre-paid sales taxes for foreign purchases in the state of California.

b.   **Motor Oil and other products.** The transfer price for motor oil and other products such as car/truck washes, scales, etc. will be calculated using a mark down from the "retail" price or the local sales price updated in the Pacific Pride Controller. The mark down will vary by product. For instance, if the retail price for a quart of motor oil at a site is $1.80 and the "mark down" is $.20 per quart, the transfer price will be calculated to be $1.60 ($1.80 - $.20 mark down).

Inter-company transfer prices are currently set weekly. The prices are collected on Wednesday of each week and become effective at midnight on Thursday morning. The prices remain constant for the full week unless there are tax changes or dramatic price fluctuations in the market. Pacific Pride marketers are notified of the transfer prices through their Pacific Pride Controller. Only the transfer prices for your own sites will be sent **automatically** to your controller. For transfer prices for other sites within the Pacific Pride Commercial Fueling System, a Transfer Price Inquiry System allows you to inquire for network transfer prices. (Please see your Pacific Pride **Controller Manual** for a full review of the process for downloading current transfer prices.) After downloading current transfer prices from the Pacific Pride Transfer Price Inquiry System, you can request a "Transfer Price and Tax Detail Report" from your Controller for all sites or for a particular site. In times of high petroleum market volatility, it may be necessary to change the transfer prices more frequently than weekly. Pacific Pride Services has developed the Pacific Pride Petroleum Index which tracks representative rack prices and various terminals for market flux. If the index moves up or down by more than a set standard, Pacific Pride Services may adjust transfer prices within a transfer price period. Any change in the frequency of transfer price changes will be at the discretion of Pacific Pride Services. If there are transfer price changes which affect your sites, you will be notified through your Pacific Pride Controller.

Pacific Pride Services subscribes to Oil Price Information Service (OPIS), a petroleum price reporting service. Your base supplier is one which has been designated by Pacific Pride after conversation with you about your product supply. If you buy from multiple suppliers, your transfer price will be based on an average of unbranded supply prices for a particular terminal. If we are unable to obtain the appropriate or accurate price through OPIS, you may be required to report your base price, using the designated base supplier, to Pacific Pride every Wednesday or as necessary. In some cases, if you are reporting your price through your Controller, you must input your base supplier price every day as you purchase supply.

### Section 2: The Inter-Company Billing

The inter-company billing (ICB) report is printed from your Pacific Pride Controller twice monthly (Exhibit 7B ). This report provides a detailed account of the foreign purchase and foreign sales transactions that have been captured by your Pacific Pride Controller. All transactions from the 1st through the 15th of the month are included in the mid-month inter-company billing report and those transactions from the 16th to the last day of the month are included in the month-end billing report.

The ICB report can be printed from your Pacific Pride Controller on or after the 17th of the month for the billing period 1st through 15th, and on or after the 2nd of the month for the 16th through EOM billing period. From the Controller Management Menu, choose Menu Option 13, "Print ICB Reports." The report summarizes your Pacific Pride Commercial Fueling System activity and includes the following:

**Amounts Due Other Companies:** These are the amounts you owe to other Pacific Pride marketers because your customers picked up product at their locations (foreign purchases). The amounts are based on the transfer price at each location multiplied by the number of gallons picked up at each location.

**Optical Card Switch Fee:** This fee is currently set at 20¢ per **foreign purchase** transaction. When your customer purchases product from a site not owned by you, you are assessed 20¢ for that transaction. There are no transaction fees assessed when your customer uses your own local site or when another marketer's customer picks up fuel at your local site.

**Transfer of Funds Fee:** In order to facilitate the process of transferring funds between marketers, Pacific Pride Services, Inc. acts as the clearinghouse for all funds transfers. This way, you only have to be concerned with paying Pacific Pride Services and receiving payments from Pacific Pride Services. For this service, Pacific Pride Services charges a fee of $10 for up to 10 transfers and 25¢ for each one thereafter. For example, if your customers picked up fuel at 25 different locations operated by 13 different marketers, you would be assessed a fee of $10.75. (($10 + (13-10) X 25¢)). If those 25 sites were operated by only 4 marketers, you would be assessed a fee of $10, which is the minimum transfer of funds fee per billing period. Remember, it is based on the number of marketers your customers buy from, not the number of sites.

**Optical Card Royalty Fee:** The royalty fee is assessed at $.0045 (45/100 of one cent) per foreign purchase gallon. When your customer purchases product from a site not owned by you, you will be charged the royalty fee. Again, you are assessed the royalty fee only on foreign purchases. The royalty fee is paid to Pacific Pride Services for providing services to you.

**Optical Card Advertising Fee:** The advertising fee is $.0015 (15/100 of one cent) per foreign purchase gallon. When your customer purchases product from a site not owned by you, you are assessed the advertising fee. Like the switch fee, you are not assessed a fee when your customer fuels at your own site or another marketer's customer fuels at your site.

**Amounts Receivable from Other Companies:** This represents the total amount you are owed from other marketers whose customers fueled at your sites. This amount is based on the transfer price at each of your sites multiplied by the number of gallons picked up at each site.

**Other Reports included in your ICB Report:** The inter-company billing includes a further breakdown of foreign purchases and foreign sales. Foreign purchases are summarized by state, by product. This part of the ICB is intended to provide an audit trail showing that state excise and sales taxes on foreign purchases have been paid. Foreign sales activity is broken down by site, by product. This allows you to do a quick check of your site volume for each product and see the sales taxes for each product.

**ICB Statement:** You will receive two statements for each billing period: one for your system activity and one for your advertising fund activity. The ICB statement for the billing period 1st through the 15th will be sent to you and be ready to print from your Pacific Pride Controller on the 19th of the month. For the billing period 16th through EOM, the statement will be ready to print on the 4th. The Pacific Pride statement includes the amount owed for foreign purchases, service fees, and foreign sales credits for the billing period. The net amount will be deposited or withdrawn from the account you have set up for electronic funds transfer (EFT). The account number and date of deposit/withdrawal is detailed on the statement.

All marketers are required to make an account available at a participating financial institution in order to accomplish the EFT deposits/withdrawals. If funds are not available on the date of withdrawal, you will be assessed a fee for any penalties incurred because of insufficient funds. The amount shall not be less than $35 per EFT transaction.

**IF YOU DO NOT AGREE WITH AMOUNTS REFLECTED IN YOUR INTER-COMPANY BILLING AND STATEMENT, PLEASE CONTACT PACIFIC PRIDE IMMEDIATELY FOR PROMPT RESOLUTION OF ANY DISCREPANCY.**

The electronic funds transfer dates are the 8th and the 23rd of each month. If these dates fall on a weekend or banking holiday, the transfer date shall be the last business day **preceding** these dates. Your Pacific Pride statement includes a note detailing the date, the amount, and the account number for EFT settlement. Your Pacific Pride wall calendar also indicates the EFT dates in red.

### Reconciling Your Inter-Company Billing

The inter-company billing report will be printable from your Pacific Pride Controller on the 17th for the billing period 1st through 15th and on the 2nd for the 16th through EOM. The controller maintains historical files of transactions Pacific Pride has transmitted to you (foreign purchases) and you have sent to Pacific Pride (foreign sales). These transactions appear in your ICB Report. When your ICB statement arrives electronically on the 4th and the 19th, you should print it from your Controller. To reconcile the ICB Report to the ICB Statement, check to make sure the amounts on the report are the same as those on your ICB statements. If they do not match, call Pacific Pride Services for assistance.

**REMEMBER,** Pacific Pride Services is anxious to help you with reconciling your inter-company billing. If you suspect a problem with your ICB, call us immediately.

### Section 3: Fuel Taxes

Filing and remitting of fuel excise and sales taxes charged at the time of sale (federal, state and local) are the responsibility of the site operator, unless notified otherwise. The site operator collects the transfer price for foreign sales from the site. The transfer price includes all taxes, except as noted below. All tax payments must be made to the appropriate authorities. Pacific Pride has a policy to work with any taxing authority to

ensure that all fuel excise and sales taxes are paid on the product dispensed through the Pacific Pride Commercial Fueling System. A complete listing of state tax rates can be printed from your controller by choosing the "Transfer Price and Tax Detail report."

If your customer purchases fuel at a foreign site, you must collect appropriate taxes from your customer depending on the agreement you have with your customer.

**Federal Taxes:** The federal tax on motor fuel is included in the transfer price. If your customer is a state or local government or farmer allowed to buy low-sulfur diesel fuel, ex-federal tax for off-road purposes, you may not collect the tax from the customer because there is no refund mechanism for these customers. If your exempt customer purchases at a foreign site, you will pay the site operator the federal tax through the transfer price. In order to recoup the federal tax, you must apply for a federal tax refund for these purchases. To help in this process, Pacific Pride provides you with a list of the Pacific Pride franchisees and their Federal Tax ID numbers (see Franchisee Master List) for your refund request. The operator of the site where your customer purchased product is a "supplier" of tax-paid fuel. You will apply for the federal tax refund as an **ultimate vendor**. For any other tax-exempt customers, we suggest you charge for all product full tax and provide the customer with appropriate information to apply for a refund from the taxing authority. It will be to your advantage to make the refund process as simple for the customer as it can be. Supply your customer with the supporting documentation he or she will need in the application process. The necessary documents will include original invoices or copies of the original invoices showing the amount of the tax paid and the number of gallons. You will make a loyal customer if you cooperate and lend a helping hand to get your customer the refund.

Exhibit 7C contains state tax rates as of March 2001. Exhibit 7D is a complete listing of state taxing authorities and their addresses and telephone numbers.

Some exceptions to the general rules for taxes are:

   a.    **Oregon Fuel Excise Tax.** In Oregon, if a customer has a PUC permit, he or she may purchase diesel fuel ex-state excise tax. The PUC permit holder pays taxes on a weight-mile basis rather than on a gallonage basis. Vehicles with GVW over 26,000 pounds are required to pay this tax on a weight-mile basis. Because most, if not all, the diesel fuel purchased through Pacific Pride sites is commercial, the state of Oregon has recognized that these customers have PUC permits and pay their taxes on a weight-mile basis. For this reason, the inter-company transfer price for diesel fuel in Oregon <u>does not</u> include the <u>state tax</u>.[1]

---

[1]    Note: If you utilize the Controller to develop selling prices for your foreign purchases as a markup to transfer cost, <u>all prices include all taxes without</u> regard to transfer price tax status.

The state of Oregon places the responsibility for filing and remitting taxes on the person or company delivering fuel into the fuel tank of a motor vehicle. As a result, the law does not require you to collect and remit the Oregon tax because it was the customer who actually delivered the fuel into the tank. However, as a service to your customers, you may want to collect and remit the excise tax on diesel fuel purchases for customers who do not have a PUC permit (which exempts them from state tax at the pump). In order to do so, you **must** be licensed in the State of Oregon as a Fuel Seller. **If you do not choose to collect and remit the tax, your responsibility is to notify your customers who purchase diesel fuel that they are responsible for filing and remitting the tax. It is best to do this in writing so there is no question that the customer is responsible and was notified.**

If you have questions, please contact the Oregon Motor Fuels Tax division at the telephone number listed in Exhibit 7D.

If you choose **not** to collect the state diesel tax, please note:

**All selling prices calculated in the Controller are a full tax price. If you choose not to collect the state diesel tax, then you must note the exemption in your billing software to ensure that the excise tax is not included in your billed price.**

b.    **Michigan Fuel Excise Tax.** Certain customers purchasing diesel fuel in the state of Michigan purchase a tax exemption sticker which permits them to buy diesel fuel at a $.06 per gallon discount off the state excise tax. The Pacific Pride Transfer Price includes the $.06 discount. Most customers buying diesel fuel in Michigan are assumed to have the discount sticker. If you have customers purchasing diesel fuel in Michigan who do not carry this sticker, you must remit an additional $.06 per gallon to the state of Michigan. If you are not currently licensed in Michigan, please contact the Michigan Fuel Tax Division (see Exhibit 7D) for directions on how to license as a fuel seller in that state.

**All selling prices calculated in the Controller are a full tax price. If you choose not to collect the state diesel tax, then you must note the exemption in your billing software to ensure that the excise tax is not included in your billed price.**

## Section 4: Sales Taxes

California, Georgia, Indiana, Illinois and Michigan charge sales tax on fuel purchases. California charges sales tax, but they do things a little differently. Please read on.

a.    **California Sales Tax.** The California Board of Equalization has determined that for purposes of sales tax, we must treat transfers between two California

franchisees differently than transfers between an out-of-state marketer and a California marketer.

(1)     The State Board of Equalization has determined that a foreign sale at a California site to a California Host company is a **sale for resale** and that the appropriate prepaid sales tax must be collected on the sale. The prepaid sales tax is included in the transfer price at the appropriate prepaid sales tax rate. Please refer to your "Transfer Price and Tax Detail" report from your Pacific Pride Controller for the prepaid sales tax amount reported in the "t3" record, i.e. Sales Tax Amount. The site operator making the foreign sale is responsible for paying this prepaid sales tax to the state using the SG Form. The host company for the foreign purchase (the company which issued the card and bills the customer) is responsible for paying the state of California the sales tax at the proper percentage of the total sales price for the fuel. Remember, the foreign purchaser must take a **credit** for the sales tax which is paid to the site operator through the prepaid sales tax included in the transfer price. These amounts will be reconciled on the State of California Prepayment of Sales Tax on Fuel Distributions Report.

(2)     Sales tax for transactions by an out-of-state host company is handled exactly as sales taxes are handled in other states (See Section 3 of this chapter.). The sales tax included in the transfer price for these transactions (i.e. an out of state host company customer purchasing at a California site) is an amount computed using the site operator's local sales price to local customers as the **estimated** price actually charged the customer. Because the site operator does not know what the price the customer actually pays, the price must be estimated for collection of the sales tax. Pacific Pride takes the site operator's price and uses it to calculate the sales tax which is then included in the transfer price. **All California site operators must continually update their local sales price in their Pacific Pride Controllers.** Please refer to your Pacific Pride **Controller Manual** for the proper procedure for maintaining current prices.

This treatment of sales tax in California gives rise to two different transfer prices for foreign sales in California. One transfer price is established for foreign sales to a California host company and a different one is calculated for a foreign sale to an out-of-state host company. In order to keep all of this straight and for California site operators to report correctly to the State Board of Equalization, it is necessary for Pacific Pride to have your current SG number. This SG number appears on a Controller report that is easily used to reconcile your SG report to the state. Only those Pacific Pride marketers operating sites in California are required to have an SG number and report

to the state.  Out-of-state marketers will not file and remit taxes to the state of California.

With the exception of some California transactions, the site operator is always responsible for filing and remitting sales tax to the state where the site is located.  The Pacific Pride inter-company transfer price list includes the sales tax rate for sites located in states which assess sales tax on petroleum products.  The sales tax component is computed using the local sales price the site operator has established for its customers at the site.  Because sales tax changes with the selling price, the sales tax component of the transfer price cannot be determined prior to a transaction taking place.  Therefore, to figure the sales tax included with the inter-company transfer price, on any foreign transaction you must work backwards from the selling price contained in each foreign transaction.  For example, in the case of Michigan where the sales tax rate on gasoline is 6% (.06):

Assume: Selling Price including sales tax = $1.06

Use the following formula:

$$\text{Selling Price} - \left( \frac{\text{Selling Price}}{1 + \text{sales tax rate}} \right) = \text{sales tax portion}$$

Therefore, the sales tax portion is equal to $.06 as figured below:

$$\$1.06 - \left( \frac{\$1.06}{1 + .06} \right) = \$.06$$

So, if the Transfer Price (excluding sales tax) is $.90, then:

| | |
|---|---|
| Transfer Price | $.90 |
| + Sales Tax Amount | .06 |
| TOTAL TRANSFER PRICE | $.96 |

As the selling price changes, the sales tax portion will change by 6% of that change. For instance, in the above example, if the selling price were to increase to $1.09, the sales tax portion would increase by: (.06 X $.03) = $.0018.  It is very difficult to estimate sales taxes for future transactions.

Site operators in states assessing sales tax on fuel must keep their current local sales price charged to their customer in their Pacific Pride Controller and update that pricing whenever prices change.   This price will be transmitted to Pacific Pride with every transaction for product from the site.   The Pacific Pride Controller will calculate the applicable sales tax and add that to the basic transfer price. If you use the mark-up pricing program available through your Pacific Pride Controller or a program on your billing system which uses the transfer price reported with the transaction to establish pricing to your customers for product purchased from another marketer's site (foreign purchases), the sales tax amount will be fully covered in the price you charge to your customer.  It is

extremely important for marketers in sales tax states to keep their local sales price current. for purposes of establishing the sales tax applicable to a transaction. If the local sales price is too high, the price at your site becomes uncompetitive. If the price is too low, you are not receiving the right tax to remit to the state.

Transfer price on motor oil and ancillary items is a markdown of the full tax selling price set by the selling franchisee, including sales tax.

## CHAPTER 7 EXHIBITS

7A.  Inter-Company Transfer Prices ................................................................7A-1
7B.  Example of Inter-Company Billing ...........................................................7B-1
7C.  Tax Rates.................................................................................................7C-1
7D.  State Motor Fuel Tax Administration Addresses and Telephone Numbers ...........7D-1

## <u>NOTES</u>

PP0155

FMSL06-1                                                          Page 30
Region: CA CALIFORNIA

Pacific Pride Services, Inc.
Inter-Company Transfer Prices
For Period 11/18/04 Through 11/24/04                    14:48:47   11/17/04
                                                      - U.S. Prices Per Gallon -
***** AUDIT REPORT - NOT FOR DISTRIBUTION *****

Site Location: G3 -- 2700 UNION AVENUE, SAN JOSE, CA. 95124     County: SANTA CLARA     -- WESTERN STATES OIL CO.

| Supplier | Product | Unit of Measure | Base Price | Federal Excise | State Excise | Other Excise | City Excise | Freight | Other | Sales | Freight | Transfer | ***Sales Tax*** | Mark Downs | Mark Up | Sales Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CPOE -- SANTOS | 04 -- NL PREM | GALS | 1.64448 | .15436 | .18000 | | .01200 | | .01319 | .18940 | .05000 | 2.27251 | .08250/ .27000 | | | .17000 |
| CPOE -- SANTOS | 18 -- UNL MID | GALS | 1.58938 | .15436 | .18000 | | .01200 | | .01319 | .17868 | .05000 | 2.17461 | .08250/ .10000 | | | .17000 |

Site Location: GK -- 1001 S. BERKELEY AVENUE, TURLOCK, CA. 95380     County: STANISLAUS     -- DICKEY PETROLEUM INC.     Host: 100

| CPOE -- STOCKT | 02 -- NO LEAD | GALS | 1.42350 | .15436 | .18000 | | .01944 | | .01396 | .14464 | .05000 | 1.98590 | .07375/ .10000 | | | .12000 |
| CPOE -- STOCKT | 03 -- DIESEL | GALS | 1.45194 | .24000 | | | .02227 | | .01319 | .13951 | .05000 | 2.10121 | .07475/ .08000 | | | .11000 |
| CPOE -- STOCKT | 04 -- NL PREM | GALS | 1.57125 | .15436 | .18000 | | .01944 | | .01396 | .15922 | .05000 | 2.14823 | .07375/ .10000 | | | .17000 |

Site Location: G4 -- 75 WEST EASY STREET, SIMI VALLEY, CA. 93065     County: VENTURA     -- G.T. RESOURCES INC. / VENTURA OIL     Host: 210

| CPOE -- LOSANG | 02 -- NO LEAD | GALS | 1.38466 | .15436 | .18000 | | .02500 | | .01319 | .13986 | .05000 | 1.94907 | .07250/ .10000 | | | .12000 |
| CPOE -- LOSANG | 03 -- DIESEL | GALS | 1.42250 | .24000 | | | .02800 | | .01319 | .13540 | .05000 | 2.07300 | .07250/ .08000 | | | .11000 |
| CPOE -- LOSANG | 04 -- NL PREM | GALS | 1.57000 | .15436 | .18000 | | .02500 | | .01319 | .15578 | .05000 | 2.24933 | .07250/ .10000 | | | .17000 |
| CPOE -- LOSANG | 28 -- RED DSL | OTS | | | | | .02800 | | | | | | .07250/ .10000 | | | .17000 |
| CPOE -- LOSANG | 10 -- OIL GAL | GALS | 1.42750 | .15436 | .18000 | | .02800 | | .01396 | .12098 | .05000 | 1.63907 | | .20000 .50000 | | .15000 |

Site Location: G0 -- 11220 N. HIGHWAY 3, FORT JONES, CA. 96032     County: SISKIYOU     -- CROSS PETROLEUM     Host: 250

| CPEE -- CHICO | 02 -- NO LEAD | GALS | 1.54930 | .15436 | .18000 | | .05534 | | .01319 | .14288 | .05000 | 2.15637 | .07250/ .10000 | | | .12000 |
| CP -- CHICO | 03 -- DIESEL | GALS | 1.47200 | .24000 | | | .06424 | | .01698 | .13211 | .05000 | 1.97225 | .07250/ .08000 | | | .10000 |
| CHEWOE -- CHICO | 04 -- NL PREM | GALS | 1.67960 | .15436 | .18000 | | .05534 | | .01319 | .16693 | .05000 | 2.23942 | .07250/ .10000 | | | .17000 |
| CHEWOE -- CHICO | 18 -- UNL MID | GALS | 1.55950 | .15436 | .18000 | | .05534 | | .01319 | .16113 | .05000 | 2.21362 | .07250/ .10000 | | | .17000 |

Site Location: G2 -- 555 OROOAM BLVD., OROVILLE, CA. 95965     County: BUTTE     -- RINO PACIFIC     Host: 170

| CPEE -- SACRAM | 02 -- NO LEAD | GALS | 1.48950 | .15436 | .18000 | | .02850 | | .01396 | .14055 | .05000 | 2.12801 | .07250/ .10000 | | | .12000 |
| CP -- VALERO | 03 -- DIESEL | GALS | 1.48850 | .24000 | | | .03300 | | .01319 | .14924 | .05000 | 2.14924 | .07250/ .08000 | | | .11000 |
| CPEE -- VALERO | 04 -- NL PREM | GALS | 1.60050 | .15436 | .18000 | | .02850 | | .01396 | .16554 | .05000 | 2.27888 | .07250/ .10000 | | | .17000 |
| CPOE -- SACRAM | 18 -- UNL MID | GALS | | | | | .02850 | | .01396 | .15974 | .05000 | 2.19305 | .07250/ .10000 | | | .17000 |

Site Location: G3 -- 5491 "F" STREET, BANTA, CA. 95304     County: SAN JOAQUIN     -- VAN DE POL ENTERPRISES / MORE     Host: 144

| CPOE -- STOCKT | 02 -- NO LEAD | GALS | 1.45194 | .15436 | .18000 | | .02130 | | .01319 | .14677 | .05000 | 2.11070 | .07750/ .10000 | | | .12000 |
| CP -- STOCKT | 03 -- DIESEL | GALS | 1.45725 | .24000 | | | .02480 | | .01319 | .15750 | .05000 | 2.15750 | .07750/ .08000 | | | .10000 |
| CPOE -- STOCKT | 04 -- NL PREM | GALS | 1.48850 | .15436 | .18000 | | .02130 | | .01319 | .16178 | .05000 | 2.07911 | .07750/ .10000 | | | .17000 |
| CPOE -- STOCKT | 18 -- UNL MID | GALS | | | | | .02130 | | .01319 | | .05000 | | .07750/ .10000 | | | .17000 |

Site Location: H1 -- 3220 S. PARKWAY DRIVE, FRESNO, CA. 93725     County: FRESNO     -- BRYANT INC., C. L.     Host: 178

| CPEE -- FRESNO | 02 -- NO LEAD | GALS | 1.41390 | .15436 | .18000 | | .01140 | | .01319 | .15296 | .05000 | 1.97941 | .07875/ .10000 | | | .12000 |
| CP -- FRESNO | 03 -- DIESEL | GALS | 1.48870 | .24000 | | | .01290 | | .01319 | .14953 | .05000 | 2.11840 | .07875/ .08000 | | | .11000 |
| CPOE -- FRESNO | 04 -- NL PREM | GALS | 1.56950 | .15436 | .18000 | | .01140 | | .01319 | .16919 | .05000 | 2.14764 | .07875/ .10000 | | | .17000 |

PP0156

PP0157

```
FMSL05-I                                    Pacific Pride Services, Inc.                    14:46:47      11/17/04      Page  82
Region:  ID  IDAHO                          Inter-Company Transfer Prices
                                            For Period 11/18/04 Through 11/24/04            - U.S. Prices Per Gallon -

                                                                                           ***** AUDIT REPORT - NOT FOR DISTRIBUTION *****
```

Site Location: AHS - 549 PARTRIDGE PLACE, BOISE, ID: 83713

Host: ABA    County: ADA

| SUBSITE | PRODUCT | Unit of Measure | Base Price | Federal Excise | State Excise | Other Excise | County Excise | City Excise | Freight | Other Costs | Profit | Sales Tax | **TRANSFER** **PRICE** | ***Sales Tax*** % Rate/Prepaid | Mark Downs | Sales Tax Margin |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OP -- BOISE | 02 -- NO LEAD | GALS | 1.55750 | .18400 | .25000 | | | | .01400 | | .05000 | | 2.05550 | .06000 | | |
| OP -- BOISE | 03 -- DIESEL | GALS | 1.56500 | .24400 | .25000 | | | | .01400 | | .05000 | | 2.12300 | .06000 | | |
| OP -- BOISE | 04 -- NL PREM | GALS | 1.52750 | .18400 | .25000 | | | | .01200 | | .05000 | | 2.02350 | .06000 | | |
| OP -- BOISE | 25 -- OFF DSL | GALS | 1.38500 | | | | | | .01400 | | .05000 | .10614 | 1.79514 | .06000 | | .14000 |
| OP -- BOISE | 05 -- OIL QT | QTS | 1.80720 | .24400 | .25000 | | | | .01400 | | .05000 | | 2.36520 | .06000 | .20000 | |
| -- -- BOISE | 10 -- OIL GAL | GALS | | | | | | | | | | | | | .50000 | |

Site Location: A37 - 1017 S. 1150 E., EDEN, ID. 83325

Host: 751    County: JEROME    TRAVELER'S OASIS TRUCK PLAZA

| SUBSITE | PRODUCT | Unit of Measure | Base Price | Federal Excise | State Excise | Other Excise | County Excise | City Excise | Freight | Other Costs | Profit | Sales Tax | **TRANSFER** **PRICE** | ***Sales Tax*** % Rate/Prepaid | Mark Downs | Sales Tax Margin |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEXACO -- BURLEY | 03 -- DIESEL | GALS | 1.58560 | .24400 | .25000 | | | | .01200 | | .05000 | | 2.14160 | .06000 | | |
| TEXACO -- BURLEY | 11 -- DIESEL #1 | GALS | 1.58560 | .24400 | .25000 | | | | .01200 | | .05000 | | 2.14160 | .06000 | | |

Site Location: ART - 2439 HIGHWAY 2, OLOTOWN, ID: 83822

Host: 146 -- CITYSERVICEOILCON. LLC    County: BONNER

| SUBSITE | PRODUCT | Unit of Measure | Base Price | Federal Excise | State Excise | Other Excise | County Excise | City Excise | Freight | Other Costs | Profit | Sales Tax | **TRANSFER** **PRICE** | ***Sales Tax*** % Rate/Prepaid | Mark Downs | Sales Tax Margin |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHEV -- SPOKAN | 02 -- NO LEAD | GALS | 1.39151 | .18400 | .25000 | | | | .02336 | | .05000 | | 1.89887 | .06000 | | |
| CHEV -- SPOKAN | 03 -- DIESEL | GALS | 1.52686 | .24400 | .25000 | | | | .02693 | | .05000 | | 2.09779 | .06000 | | |
| CHEV -- SPOKAN | 04 -- NL PREM | GALS | 1.50283 | .18400 | .25000 | | | | .02436 | | .05000 | | 2.01119 | .06000 | | |
| CHEV -- SPOKAN | 10 -- UNL MID | GALS | 1.43704 | .18400 | .25000 | | | | .02336 | | .05000 | | 1.94440 | .06000 | | |
| OP -- SPOKAN | 25 -- OFF DSL | GALS | 1.52377 | .18400 | | | | | .02693 | | .05000 | .10444 | 1.70514 | .06000 | | .14000 |

Site Location: ATO - 23801 S. ORCHARD ACCESS ROAD, BOISE, ID. 83706

Host: 739 -- WALDROP OIL CO. / AMERINET    County: ADA

| SUBSITE | PRODUCT | Unit of Measure | Base Price | Federal Excise | State Excise | Other Excise | County Excise | City Excise | Freight | Other Costs | Profit | Sales Tax | **TRANSFER** **PRICE** | ***Sales Tax*** % Rate/Prepaid | Mark Downs | Sales Tax Margin |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SINCLA -- BOISE | 02 -- NO LEAD | GALS | 1.44100 | .18400 | .25000 | | | | .01500 | | .05000 | | 1.94000 | .06000 | | |
| SINCLA -- BOISE | 03 -- DIESEL | GALS | 1.56500 | .24400 | .25000 | | | | .01710 | | .05000 | | 2.12810 | .06000 | | |
| SINCLA -- BOISE | 04 -- NL PREM | GALS | 1.53000 | .18400 | .25000 | | | | .01500 | | .05000 | | 2.03500 | .06000 | | |

Site Location: CG - 815 SNAKE RIVER AVENUE, LEWISTON, ID: 83501

Host: 082 -- THIESSEN OIL CO. A DIVISION OF    County: NEZ PERCE

| SUBSITE | PRODUCT | Unit of Measure | Base Price | Federal Excise | State Excise | Other Excise | County Excise | City Excise | Freight | Other Costs | Profit | Sales Tax | **TRANSFER** **PRICE** | ***Sales Tax*** % Rate/Prepaid | Mark Downs | Sales Tax Margin |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OP -- SPOKAN | 02 -- NO LEAD | GALS | 1.37025 | .18400 | .25000 | | | | .08800 | | .05000 | | 1.89225 | .00500 | | |
| OP -- SPOKAN | 03 -- DIESEL | GALS | 1.52888 | .24400 | .25000 | | | | .04000 | | .05000 | | 2.11088 | .00500 | | |
| OP -- SPOKAN | 04 -- NL PREM | GALS | 1.48653 | .18400 | .25000 | | | | .08800 | | .05000 | | 2.00853 | .00500 | | |
| OP -- SPOKAN | 25 -- OFF DSL | GALS | 1.52377 | .18400 | | | | | .04000 | | .05000 | .11399 | 1.72776 | .06500 | | .14000 |

Site Location: IA - 221 SOUTH FIFTH AVENUE, POCATELLO, ID: 83201

Host: 192 -- JOHNSON OIL INC. INC.. PRIDE    County: BANNOCK

| SUBSITE | PRODUCT | Unit of Measure | Base Price | Federal Excise | State Excise | Other Excise | County Excise | City Excise | Freight | Other Costs | Profit | Sales Tax | **TRANSFER** **PRICE** | ***Sales Tax*** % Rate/Prepaid | Mark Downs | Sales Tax Margin |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PHILLI -- POCATE | 02 -- NO LEAD | GALS | 1.44000 | .18400 | .25000 | | | | .00984 | .01300 | .05000 | | 1.93384 | .06000 | | |
| PHILLI -- POCATE | 03 -- DIESEL | GALS | 1.57250 | .24400 | .25000 | | | | .11200 | | .06000 | | 2.14070 | .06000 | | |
| PHILLI -- POCATE | 04 -- NL PREM | GALS | 1.50000 | .18400 | .25000 | | | | .00984 | .01300 | .05000 | | 2.03384 | .06000 | | |
| PHILLI -- POCATE | 10 -- UNL MID | GALS | 1.66000 | .24400 | .25000 | | | | .11200 | | .06000 | | 2.32400 | .06000 | | |
| PHILLI -- POCATE | 25 -- OFF DSL | GALS | 1.57250 | .18400 | | | | | .11200 | | .06000 | .10720 | 1.75390 | .06000 | | .14000 |

Site Location: IC - 202 WASHINGTON N., OLDTOWN, ID. 83822

Host: 146 -- CITYSERVICEOILCON. LLC    County: BONNER

PP0158

FMSL05-1                                                                                          14:46:47        11/17/04      Page 145

Region:  OR  OREGON

Pacific Pride Services, Inc.
Inter-Company Transfer Prices
For Period 11/18/04 Through 11/24/04

- U.S. Prices Per Gallon -

***** AUDIT REPORT - NOT FOR DISTRIBUTION *****

**Site Location: S7 - 1750 FREEWAY COURT, SALEM OR 97301**
County: MARION    Host: 010 - METROFUELING INC.

| Supplier | Product | Unit of Measure | Base Price | Federal Excise | State Excise | Other Excise | City Excise | County Excise | Freight | Other Costs | Profit | Sales Tax | *Transfer Price* | MRPC Z Rate/Prepaid Downs | Sales Tax Margin |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OP - PORTLA | 02 - NO LEAD | GALS | 1.28010 | .18000 | .24000 | | | .03000 | .02910 | .00048 | .05000 | | 1.28372 | | |
| OP - PORTLA | 03 - DIESEL | GALS | 1.42587 | .24400 | .24000 EX | | | | .02910 | .00748 | .05000 | | 1.76055 | | |
| OP - PORTLA | 04 - UNL MID | GALS | 1.42111 | .18000 | .24000 | | | .03000 | .02910 | .00048 | .05000 | | 1.94569 | | |
| OP - PORTLA | 05 - OIL QT | QTS | 1.34566 | | .24000 | | | | | .00048 | .05000 | | 1.84954 | .20000 | .50000 |
| OP - PORTLA | 10 - OIL GAL | GALS | | | | | | | | | | | | | |

**Site Location: T0 - 5000 NORTH BASIN, PORTLAND, OR. 97217**
County: MULTNOMAH    Host: 010 - METROFUELING INC.

| Supplier | Product | Unit of Measure | Base Price | Federal Excise | State Excise | Other Excise | City Excise | County Excise | Freight | Other Costs | Profit | Sales Tax | *Transfer Price* | MRPC Z Rate/Prepaid Downs | Sales Tax Margin |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OP - PORTLA | 02 - NO LEAD | GALS | 1.31250 | .14396 | .24000 | | | .03000 | .01680 | .00048 | .05000 | | 1.70374 | | |
| OP - PORTLA | 03 - DIESEL | GALS | 1.42587 | .24400 | .24000 EX | | | | .01940 | .00748 | .05000 | | 1.74675 | | |
| OP - PORTLA | 04 - NL PREM | GALS | 1.48000 | .14396 | .24000 EX | | | | .01680 | .00048 | .05000 | | 1.96124 | .20000 | |
| OPDE - PORTLA | TS - OIL QT | QTS | 1.37250 | .14396 | .24000 | | | .03000 | .01680 | .00048 | .05000 | | 1.85374 | .25000 | .50000 |
| OPDE - PORTLA | 10 - OIL GAL | GALS | | | | | | | | | | | | | |

**Site Location: T2 - 3037 N.W. 29TH AVENUE, PORTLAND, OR. 97210**
County: MULTNOMAH    Host: 010 - METROFUELING INC.

| Supplier | Product | Unit of Measure | Base Price | Federal Excise | State Excise | Other Excise | City Excise | County Excise | Freight | Other Costs | Profit | Sales Tax | *Transfer Price* | MRPC Z Rate/Prepaid Downs | Sales Tax Margin |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OPDE - PORTLA | 02 - NO LEAD | GALS | 1.31250 | .14396 | .24000 | | | .03000 | .01680 | .00048 | .05000 | | 1.70374 | | |
| OP - PORTLA | 03 - DIESEL | GALS | 1.42587 | .24400 | .24000 EX | | | | .01940 | .00748 | .05000 | | 1.74675 | | |
| OP - PORTLA | 04 - NL PREM | GALS | 1.48000 | .14316 | .24000 EX | | | | .01680 | .00048 | .05000 | | 1.96124 | | |
| OPDE - PORTLA | TS - OIL QT | QTS | 1.37250 | .14396 | .24000 | | | .03000 | .01680 | .00048 | .05000 | | 1.85374 | .20000 | |
| OPDE - PORTLA | 10 - UIL QT | | | | | | | | | | | | | | |

**Site Location: T3 - 2528 SE HOLGATE, PORTLAND, OR. 97202**
County: MULTNOMAH    Host: 020 - MONTAG OIL INC.

| Supplier | Product | Unit of Measure | Base Price | Federal Excise | State Excise | Other Excise | City Excise | County Excise | Freight | Other Costs | Profit | Sales Tax | *Transfer Price* | MRPC Z Rate/Prepaid Downs | Sales Tax Margin |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OPDE - PORTLA | 02 - NO LEAD | GALS | 1.31250 | .14396 | .24000 | | | .03000 | .01451 | .00048 | .05000 | | 1.79145 | | |
| OP - PORTLA | 03 - DIESEL | GALS | 1.42587 | .24400 | .24000 EX | | | | .01629 | .00748 | .05000 | | 1.73664 | | |
| OP - PORTLA | 04 - OLPREM | GALS | 1.48000 | .14396 | .24000 EX | | | | .01451 | .00048 | .05000 | | 1.95895 | | |
| OPDE - PORTLA | 18 - UNL MID | GALS | 1.37250 | .14396 | .24000 | | | .03000 | .01451 | .00048 | .05000 | | 1.85745 | .20000 | |
| OPDE - PORTLA | 05 - OIL QT | QTS | | | | | | | | | | | | | |

**Site Location: T4 - 3240 NE BROADWAY, PORTLAND, OR. 97232**
County: MULTNOMAH    Host: 020 - ALBINA FUEL

| Supplier | Product | Unit of Measure | Base Price | Federal Excise | State Excise | Other Excise | City Excise | County Excise | Freight | Other Costs | Profit | Sales Tax | *Transfer Price* | MRPC Z Rate/Prepaid Downs | Sales Tax Margin |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OPDE - PORTLA | 02 - NO LEAD | GALS | 1.31250 | .14396 | .24000 | | | .03000 | .01072 | .00048 | .05000 | | 1.78760 | | |
| OP - PORTLA | 03 - DIESEL | GALS | 1.42587 | .24400 | .24000 EX | | | | .01203 | .00748 | .05000 | | 1.73518 | | |
| OPDE - PORTLA | 04 - NL PREM | GALS | 1.48000 | .14396 | .24000 EX | | | | .01072 | .00048 | .05000 | | 1.95510 | | |
| OPDE - PORTLA | 24 - BIODIESEL | GALS | 1.40163 | | .24400 EX | | | .03000 | .01203 | .00048 | .05000 | | 1.45404 | .20000 | |
| TESORO - PORTLA | 05 - OIL QT | QTS | 1.66170 | | | | | | .01203 | .00048 | .05000 | | 1.96821 | .50000 | |
| | 10 - OIL GAL | GALS | | | | | | | | | | | | | |

PP0160

PP 0161

Host: 170 - RUAN PACIFIC          Inter-Company Transfer Prices For Period 3/14/01 Through 3/14/01          14:02:39          3/13/01

PREL003-7

Pacific Pride Services, Inc.

### Site Location: C3 - 456 N. EAST STREET, WOODLAND, CA, 95776 — County: YOLO

| Supplier | Product | Unit of Measure | Base Price | Federal Excise | State Excise | Other Excise | County Excise | City Excise | Freight | Other Costs | Profit | *TRANSFER* **PRICE*** | Sales Tax % | Prepaid Sales Tax | Mark Down$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UNOCL - SFORM | 02 - NO LEAD | GRLS | 1.20700 | .18400 | .18000 | | | | .01750 | .01295 | .05000 | 1.63145 | 7.500 % | .06500 | |
| UNOCL - SFORM | 03 - DIESEL | GRLS | .89550 | .24000 | .18000 | | | | .03000 | .01295 | .05000 | 1.40275 | 7.500 % | .06500 | |
| UNOCL - SFORM | 04 - NL PREM | GRLS | 1.33700 | .18400 | .18000 | | | | .01750 | .01295 | .05000 | 1.78845 | 7.500 % | .06500 | |
| UNOCL - SFORM | 10 - UNL MID | GRLS | 1.25700 | .18400 | .18000 | | | | .01750 | .01295 | .05000 | 1.70145 | 7.500 % | .06500 | |
| | 05 - OIL QT | QTS | | | | | | | | | | | | | .20000 |
| | 10 - OIL GAL | GALS | | | | | | | | | | | | | .50000 |

### Site Location: C0 - 2401 N SUMSE ST, UKIAH, CA, 95482 — County: MENDOCINO

| Supplier | Product | Unit of Measure | Base Price | Federal Excise | State Excise | Other Excise | County Excise | City Excise | Freight | Other Costs | Profit | *TRANSFER* **PRICE*** | Sales Tax % | Prepaid Sales Tax | Mark Down$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CP - SFORM | 02 - NO LEAD | GRLS | 1.14625 | .18400 | .18000 | | | | .04750 | .01295 | .05000 | 1.62070 | 7.000 % | .06500 | |
| CP - SFORM | 03 - DIESEL | GRLS | .89500 | .24000 | .18000 | | | | .05510 | .01295 | .05000 | 1.43705 | 7.000 % | .06500 | |
| CP - SFORM | 10 - UNL MID | GRLS | 1.18750 | .18400 | .18000 | | | | .04750 | .01295 | .05000 | 1.66195 | 7.000 % | .06500 | |
| | 05 - OIL QT | QTS | | | | | | | | | | | | | .20000 |
| | 10 - OIL GAL | GALS | | | | | | | | | | | | | .50000 |

### Site Location: C3 - 210 FIFTH ST., SANTA ROSA, CA, 95401 — County: SONOMA

| Supplier | Product | Unit of Measure | Base Price | Federal Excise | State Excise | Other Excise | County Excise | City Excise | Freight | Other Costs | Profit | *TRANSFER* **PRICE*** | Sales Tax % | Prepaid Sales Tax | Mark Down$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEXACO - SONOMA | 02 - NO LEAD | GRLS | 1.10000 | .18000 | .18000 | | | | .02750 | .01295 | .05000 | 1.63045 | 7.250 % | .06500 | |
| TEXACO - SONOMA | 03 - DIESEL | GRLS | .91250 | .24000 | .18000 | | | | .01100 | .01295 | .05000 | 1.43255 | 7.250 % | .06500 | |
| TEXACO - SONOMA | 04 - NL PREM | GRLS | 1.31000 | .18000 | .18000 | | | | .02750 | .01295 | .05000 | 1.74645 | 7.250 % | .06500 | |
| TEXACO - SONOMA | 05 - UNL MID | GRLS | 1.23000 | .18000 | .18000 | | | | .02750 | .01295 | .05000 | 1.68445 | 7.250 % | .06500 | |

### Site Location: C4 - 1107 FIFTH STREET, OAKLAND, CA, 94607 — County: ALAMEDA

| Supplier | Product | Unit of Measure | Base Price | Federal Excise | State Excise | Other Excise | County Excise | City Excise | Freight | Other Costs | Profit | *TRANSFER* **PRICE*** | Sales Tax % | Prepaid Sales Tax | Mark Down$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CP - SONOMA | 02 - NO LEAD | GRLS | 1.14625 | .18400 | .18000 | | | | .01750 | .01295 | .05000 | 1.59070 | 8.000 % | .06500 | |
| CP - SONOMA | 03 - DIESEL | GRLS | .89500 | .24000 | .18000 | | | | .03000 | .01295 | .05000 | 1.40225 | 8.000 % | .06500 | |
| CP - SONOMA | 04 - NL PREM | GRLS | 1.23625 | .18400 | .18000 | | | | .01750 | .01295 | .05000 | 1.68070 | 8.000 % | .06500 | |
| CP - SONOMA | 10 - UNL MID | GRLS | 1.18750 | .18400 | .18000 | | | | .01750 | .01295 | .05000 | 1.63195 | 8.000 % | .06500 | |
| | 05 - OIL QT | QTS | | | | | | | | | | | | | .20000 |
| | 10 - OIL GAL | GALS | | | | | | | | | | | | | .50000 |

### Site Location: C2 - 555 OROVILLE DAM BLVD., OROVILLE, CA, 95965 — County: BUTTE

| Supplier | Product | Unit of Measure | Base Price | Federal Excise | State Excise | Other Excise | County Excise | City Excise | Freight | Other Costs | Profit | *TRANSFER* **PRICE*** | Sales Tax % | Prepaid Sales Tax | Mark Down$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VALERO - STORM | 02 - NO LEAD | GRLS | 1.19133 | .18400 | .18000 | | | | .02850 | .01295 | .05000 | 1.65370 | 7.000 % | .06500 | |
| VALERO - STORM | 03 - DIESEL | GRLS | .92534 | .24000 | .18000 | | | | .03300 | .01295 | .05000 | 1.44589 | 7.000 % | .06500 | |
| VALERO - STORM | 04 - NL PREM | GRLS | 1.32924 | .18400 | .18000 | | | | .02850 | .01295 | .05000 | 1.78469 | 7.000 % | .06500 | |
| VALERO - STORM | 10 - UNL MID | GRLS | 1.24866 | .18400 | .18000 | | | | .02850 | .01295 | .05000 | 1.70413 | 7.000 % | .06500 | |

### Site Location: J4 - 7091 STOCKTON BLVD., SACRAMENTO, CA, 95823 — County: SACRAMENTO

| Supplier | Product | Unit of Measure | Base Price | Federal Excise | State Excise | Other Excise | County Excise | City Excise | Freight | Other Costs | Profit | *TRANSFER* **PRICE*** | Sales Tax % | Prepaid Sales Tax | Mark Down$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CP - SFORM | 02 - NO LEAD | GRLS | 1.21166 | .10400 | .18000 | | | | .01310 | .01295 | .06500 | 1.65171 | 7.500 % | .06500 | |
| CP - SFORM | 03 - DIESEL | GRLS | .86500 | | | | | | | | | | | | | |

EXHIBIT 7A  PAGE 1 OF

THIS PAGE INTENTIONALLY LEFT BLANK

Pacific Pride Services, Inc.

Host: 166                    Date of Invoice: 3/17/01
                                                Page 1

Inter-Company Billing For: NORTHGATE PETROLEUM CO.

3/01/01 through 3/15/01

REMEMBER: RECONCILIATION OF YOUR INTERCOMPANY BILLING MUST BE COMPLETED WITHIN 30
DAYS AFTER RECEIPT AND WE MUST BE NOTIFIED OF ANY DISCREPANCY. NO ADJUSTMENTS WILL
BE MADE IF NOTICE OF DISCREPANCY IS NOT TIMELY.

Amounts due other Companies:

| Company | Amount | Transactions | Fuel Gallons | Non-Fuel Units |
|---|---|---|---|---|
| ALEXANDER OIL CO. | | | | |
| ALLIANCE FLEET SERVICES LLC | | | | |
| ARNETT BROTHERS | | | | |
| BAHRDT OIL CO. | | | | |
| BERGGREN FURNACE & FUEL INC. | | | | |
| BOSMAN INC. | | | | |
| BOSMAN FUELS INC. | | | | |
| BROCO PETROLEUM | | | | |
| BRUCE'S TRUCK STOPS INC. / AMERINET | | | | |
| BRYANT INC. | | | | |
| CALIFORNIA FRESNO OIL CO. | | | | |
| CAPITOL CITY COMPANIES INC. | | | | |
| COOGAN FUEL INC. | | | | |
| COOGAN PETROLEUM | | | | |
| DASSEL'S PETROLEUM | | | | |
| DAVID OIL CO. INC. | | | | |
| EBARR OIL CO. | | | | |
| OZO COMMERCIAL FUEL INC. | | | | |
| FLORIN PETROLEUM OF NV INC. | | | | |
| GARDNER TRUCK STOP | | | | |
| GRUBBS PETROLEUM | | | | |
| HELLER & SONS DISTRIBUTING PRODUCTS | | | | |
| HUNT & SONS INC. | | | | |
| INTERSTATE FUEL SYSTEMS | | | | |
| MADERA OIL PRODUCTS INC. | | | | |
| MCNEECE BROS OIL CO. INC. | | | | |
| MEDFORD FUEL INC. | | | | |
| MISSION OIL CO. / AMERINET | | | | |
| MISSION VALLEY OIL CO. INC. | | | | |
| MODENA OIL, DIV. OF CITY | | | | |
| MARIO NELSON OIL PRODUCTS INC. | | | | |
| NEW PACIFIC CORPORATION | | | | |
| NORKOAST PETROLEUM | | | | |
| GEORGE H. NUNES INC./DBA: NUNES OIL | | | | |
| PETROCARD INC. | | | | |
| PETROCARD SYSTEMS INC. | | | | |
| PETROLEUM ENERGY PRODUCTS INC. | | | | |
| PIONEER ENERGY CO. | | | | |
| PIO FUEL INC. | | | | |
| C.G. RENNER INC. | | | | |
| RHINO RECOVERY INC. | | | | |
| ROCHESTER TRUCK/TRAVEL CENTERS | | | | |
| DON B. ROSS, OF L.A. CO., INC. | | | | |

Pacific Pride Services, Inc.                Host: 166        Date of Invoice: 3/17/01
Inter-Company Billing For: NORTHGATE PETROLEUM CO.
                                                                                    Page 2

3/01/01 through 3/15/01

REMEMBER: RECONCILIATION OF YOUR INTERCOMPANY BILLING MUST BE COMPLETED WITHIN 30
DAYS. IF NOTICE OF DISCREPANCY IS NOT TIMELY, NO ADJUSTMENTS WILL
BE MADE IF NOTICE OF DISCREPANCY IS NOT TIMELY.

| | Non-Fuel Units |
|---|---|
| RUSSELL OIL CO. | |
| SAN FRANCISCO PETROLEUM CO. | |
| SHIRTCLIFF OIL & SON INC. | |
| SO. ENERGY | |
| STAUB PETROLEUM PRODUCTS | |
| STAR OIL CO. | |
| STILLMAN & ROGERS INC. | |
| STORDAHL CO. - AMERINET | |
| SUPERIOR OIL CO. | 3 |
| THOMSON OIL CO. A DIVISION OF | |
| TOSCO TRUCKING A DIVISION OF | |
| TOWN & COUNTRY INC. | |
| TRAVELCENTERS OF AMERICA | |
| TRI-VALLEY DISTRIBUTING | |
| TURNER PETROLEUM EQ., INC. | |
| VAN DE POL ENTERPRISES INC. | |
| WALSH OIL COMPANY INC. | |
| WEST COAST INCO | |
| WESTERN OIL & | |
| WESTERN PETROLEUM INC. | |
| WILKINS DISTRIBUTING | 6 |

Total Foreign Purchases @ Transfer Cost...

| | | |
|---|---|---|
| Foreign Purchases ICB Posting Date | | |
| Switch fee | 1776 Transactions @ .20 | 355.20 |
| Transaction fee | 9.016.80 gals @ .00280 | 122.59 |
| Royalty fee | 49,016.20 gals @ .00250 | |

                                                    From 6 To Date: 2/28/01 - 3/15/01
Amounts receivable from other Companies:

| | Fuel Gallons | Amount |
|---|---|---|
| ALPINE FUEL | | |
| BANNER PETROLEUM | | |
| BEESON FURNACE & FUEL INC. | | |
| BOEHM TEXACO INC. | | |
| BRETTHAUER PETROLEUM | | |
| CLOUGH OIL | | |
| COLOGNE FUEL INC. | | |
| COMBS OIL INC. | | |
| CORDER'S PETROLEUM | | |
| DAVIS-LYNCH PETROLEUM | | |
| E.B. DEWAR INC. | | |
| EMPIRE OIL COMPANY | | |
| FLORIN COMMERCIAL FUEL | | |
| GANDY & STANLEY INC. | | |
| GIANT TRUCK STOP | | |
| HAPNER PETROLEUM | | |
| HAZEN & SON'S DISTRIBUTING | | |
| HOSNER OIL | | |
| INTERSTATE COMMODITIES | | |
| JAMES OIL CO. INC. | | |
| MARTIN COMMERCIAL FUEL INC | | |

Pacific Pride Services, Inc.          Host: 166          Date of Invoice: 3/17/01

Inter-Company Billing For: NORTHGATE PETROLEUM CO.                              Page 3

3/01/01 through 3/15/01

REMEMBER: RECONCILIATION OF YOUR INTERCOMPANY BILLING MUST BE COMPLETED WITHIN 30.
BE MADE IF RECEIPT AND YOU MUST BE NOTIFIED OF ANY DISCREPANCY. NO ADJUSTMENTS WILL
BY MASTER IF NOTICE OF DISCREPANCY IS NOT TIMELY.

NET REFUELING INC.
MISSION TRAIL OIL CO.
MONTAG OIL INC.
MARKET OIL CO., A DIV. OF CITY
NORCO-A PETROLEUM COMPANY INC.
ZEROCO WEST FUELS COMPANY INC.
COMPANY INC./DBA: NUNES OIL
OVERHOLT OIL INC.
PACE OIL PRODUCTS CO.
PACIFIC PETROLEUM CO.
PEETROCO CANADA
PEETROGAS SYSTEMS INC.
PIONEER ENERGY CO.
RIO FUEL DISTRIBUTING CO.
R.G. NEENER INC.
SIERRA OIL
ROAD OIL & TIRE.
SAN FRANCISCO PETROLEUM CO.
STRATHERN PETROLEUM PRODUCTS
STARR REFINERY CO. INC.
STENBERG & ROGERS INC.
SUNCREST FUEL CO.
SUNRISE SIERRA COMPANY INC.
TVAN-USE OIL ENTERPRISES
VALLEY OIL COMPANY INC.
WEST END PETROLEUM CO.
WESTERN STATES OIL CO.
WHITNEY FUEL CO.

Total Foreign Sales @ Transfer Cost........ $    60,682.15          37,699.07

Foreign Sales ICB Batches & Dates..........   From & To Batch: 3971 - 4127    From & To Date: 3/01/01 - 3/15/01

3/17/01

Pacific Pride Services, Inc.                    Host: 166

Inter-Company Billing for: NORTHGATE PETROLEUM CO.
Purchases from:   *** ALL COMPANIES ***
3/01/01 through 3/15/01

*** PURCHASES ***
Page   1

**AZ  Arizona**

| Product | Trans | Fuel | Non-Fuel | Extended Amount | Sales Tax | Total Amount |
|---|---|---|---|---|---|---|
| DIESEL | 4 | 118.74 | | 175.04 | | 175.04 |
| Total Purchases In AZ | 4 | 118.74 | | 175.04 | | 175.04 |
| Total State Excise Tax Paid | | | | 30.86 | | |

**BC  Brit. Columbia**

| Product | Trans | Fuel | Non-Fuel | Extended Amount | Sales Tax | Total Amount |
|---|---|---|---|---|---|---|
| DIESEL | 1 | 15.85 | | 23.87 | | 23.87 |
| Total Purchases In BC | 1 | 15.85 | | 23.87 | | 23.87 |
| Total State Excise Tax Paid | | | | 24.51 | | |

**CA  California**

| Product | Trans | Fuel | Non-Fuel | Extended Amount | Sales Tax | Total Amount |
|---|---|---|---|---|---|---|
| NO LEAD | 901 | 12202.35 | | 29134.72 | 1037.41 | 21182.13 |
| DIESEL | 620 | 31956.33 | | | 46.48 | 4737.?? |
| NL PREM | 33 | 475.98 | | 603.94 | | |
| UNL MID | 88 | | 6.00 | 6.00 | | 2516.75 |
| Total Purchases In CA | 1646 | 46038.10 | 6.00 | 68867.38 | 3274.60 | 72122.06 |
| Total State Excise Tax Paid | | | | 119.06 | | |

**ID  Idaho**

| Product | Trans | Fuel | Non-Fuel | Extended Amount | Sales Tax | Total Amount |
|---|---|---|---|---|---|---|
| NL PREM | 6 | 99.30 | | 155.01 | | 155.01 |
| Total Purchases In ID | 6 | 99.30 | | 155.01 | | 155.01 |
| Total State Excise Tax Paid | | | | 154.84 | | |

**MT  Montana**

| Product | Trans | Fuel | Non-Fuel | Extended Amount | Sales Tax | Total Amount |
|---|---|---|---|---|---|---|
| NO LEAD | 2 | 30.26 | | 46.30 | | 46.30 |
| DIESEL | 1 | 28.05 | | 46.30 | | 46.30 |
| UNL MID | 1 | 12.37 | | 18.91 | | 18.91 |
| Total Purchases In MT | 6 | 81.67 | | 122.26 | | 128.21 |
| Total State Excise Tax Paid | | | | | | |

**NV  Nevada**

| Product | Trans | Fuel | Non-Fuel | Extended Amount | Sales Tax | Total Amount |
|---|---|---|---|---|---|---|
| NO LEAD | 14 | 189.30 | | 336.38 | | 336.38 |
| DIESEL | 1 | 84.93 | | 84.93 | | 84.93 |
| Total Purchases In NV | 15 | 247.79 | | 421.31 | | 421.31 |
| Total State Excise Tax Paid | | | | 59.32 | | |

**OR  Oregon**

| Product | Trans | Fuel | Non-Fuel | Extended Amount | Sales Tax | Total Amount |
|---|---|---|---|---|---|---|
| NO LEAD | 35 | 477.25 | | 1541.42 | | 1721.42 |
| DIESEL | 23 | 1240.16 | | 1241.92 | | 1541.42 |
| NL PREM | 8 | 124.00 | | 220.66 | | 220.66 |
| Total Purchases In OR | 68 | 1855.54 | | 2487.98 | | 2487.98 |
| Total State Excise Tax Paid | | | | 147.69 | | |

**WA  Washington**

| Product | Trans | Fuel | Non-Fuel | Extended Amount | Sales Tax | Total Amount |
|---|---|---|---|---|---|---|
| NO LEAD | 17 | 138.43 | | 192.76 | | |
| DIESEL | | 258.53 | | | | |

3/17/01

Pacific Pride Services, Inc.                    Host: 166

Inter-Company Billing for: NORTHGATE PETROLEUM CO.
Purchases from: *** ALL COMPANIES ***

*** PURCHASES ***
Page  2

3/01/01 through 3/15/01

|  | UNL MID | 1 | 12.80 | 19.68 |
| Total Purchases In WA | | 30 | 559.21 | 834.23 |
| Total State Excise Tax Paid | | | | 128.23 |

| Product | Fuel_U/M | Non-Fuel_U/M | Extended | Sales_Tax | Total_Amt |
|---------|----------|--------------|----------|-----------|-----------|
| NO LEAD | 13,035.59 Gals | | 21,191.58 | 1,037.41 | 22,408.99 |
| DIESEL | 33,671.20 Gals | | 41,491.54 | 2,048.48 | 41,419.89 |
| NL PREM | 861.20 Gals | | | | 2 |
| OFF RD | | 6.00 | | | 2 |
| UNL MID | 1,448.31 Gals | | 2,455.56 | 119.86 | 2,575.42 |
| Total Federal Excise Tax Paid | 49,016.20 Gals | 6.00 | 17,003.03 | 3,274.68 | 76,347.71 |

Transactions: 1,776

GST Registration #: 104168083    Total Canadian GST Taxes Paid:    1.56

**EXHIBIT 7B  PAGE 5 OF 6**

3/17/01

Pacific Pride Services, Inc.    Host: 166    *** SALES ***

Inter-Company Billing for: NORTHGATE PETROLEUM CO.    Page 1
Sales to: *** ALL COMPANIES ***

3/01/01 through 3/15/01

**NR   2549 SCOTT AVENUE, CHICO, CA**

| Product | Trans | Fuel | Non-Fuel | Extended Amount | Sales Tax | Total Amount |
|---|---|---|---|---|---|---|
| NO LEAD | 357 | 13990.95 | | 15100.19 | 787.61 | 15887.80 |
| DIESEL | 374 | 13731.06 | | 19291.92 | 930.28 | 20314.00 |
| NL PREM | 441 | | | | | 1354.10 |
| OIL QRL | 2 | | 7.00 | 3.00 | .01 | 3.00 |
| UNL MID | 67 | 1043.62 | | 1785.04 | 91.31 | 1877.55 |

Total Sales at Site NR   1045   24574.68   8.00   37896.03   1872.42   39768.45

**5T   I-5 / HIGHWAY 20, WILLIAMS, CA**

| Product | Trans | Fuel | Non-Fuel | Extended Amount | Sales Tax | Total Amount |
|---|---|---|---|---|---|---|
| NO LEAD | 226 | 3356.06 | | 5178.69 | 303.66 | |
| DIESEL | 170 | 7952.70 | | 11119.86 | 563.01 | 1982.35 |
| NL PREM | 30 | | | | | |
| UNL MID | 33 | 551.50 | | 928.00 | 43.64 | 976.24 |

Total Sales at Site 5T   456   12322.24   18639.55   963.06   19602.61

**6P   9305 MIDWAY, DURHAM, CA**

| Product | Trans | Fuel | Non-Fuel | Extended Amount | Sales Tax | Total Amount |
|---|---|---|---|---|---|---|
| NO LEAD | 26 | 404.80 | | 635.23 | 34.60 | 669.83 |
| DIESEL | 8 | 306.48 | | | 19.95 | 453.87 |
| NL PREM | 3 | | | | 1.29 | |
| UNL MID | 2 | 40.66 | | 69.69 | 3.46 | 71.15 |

Total Sales at Site 6P   39   802.75   1248.79   62.30   1311.09

| Product | Fuel_U/M | Non-Fuel_U/M | Extended | Sales Tax | Total Amt |
|---|---|---|---|---|---|
| NO LEAD | 12,800.91 Gals | | 21,238.11 | 1,125.87 | 22,359.98 |
| DIESEL | 21,243.52 Gals | | 31,238.67 | 1,116.18 | 33,355.04 |
| NL PREM | | | 2,191.70 | 111.32 | 32,303.00 |
| OIL QRL | | 1.00 | 7.00 | | 2,335.00 |
| UNL MID | 1,635.78 Gals | 7.00 | 2,702.53 | 144.41 | 2,336.94 |

Total   37,699.67 Gals   0.00   57,784.37   2,897.78   60,682.15

Transactions: 1,540

EXHIBIT 7B   PAGE 6 OF 6

PP0169

# 2001 STATE MOTOR FUEL TAX RATES
## (CENTS PER GALLON)

These are the reported rates as of March 2001.  Please check with your local tax authority for any changes.

| STATE | GASOLINE | DIESEL | LOCAL | SALES |
|-------|----------|--------|-------|-------|
| ALABAMA | .16 | .17 | YES | |
| ALASKA | .08 | .08 | | |
| ARIZONA | .18 | .26 | | |
| ARKANSAS | .185 | .185 | | |
| CALIFORNIA | .18 | .18 | YES | 7.5% TO 8.5% |
| COLORADO | .22 | .205 | | |
| CONNECTICUT | .32 | .18 | | |
| DELAWARE | .22 | .19 | | |
| DISTRICT OF COLUMBIA | .20 | .20 | | |
| FLORIDA | .04 | .04 | YES | |
| GEORGIA | .075 | .075 | 3% | 5.5% |
| IDAHO | .25 | .25 | | |
| ILLINOIS | .19 | .215 | YES | 6% |
| INDIANA | .15 | .16 | | 5% |
| IOWA | .20 | .225 | | |
| KANSAS | .20 | .22 | | |
| KENTUCKY | .15 | .12 | | |
| LOUISIANA | .20 | .20 | | |
| MAINE | .19 | .20 | | |
| MARYLAND | .2350 | .2425 | | |
| MASSACHUSETTS | .21 | .21 | | |
| MICHIGAN | .19 | .09 | | 6% |
| MINNESOTA | .20 | .20 | | |

**(CONTINUED ON FOLLOWING PAGE)**

**EXHIBIT 7C  PAGE 1 OF 2**

PP0170

| STATE | GASOLINE | DIESEL | LOCAL | SALES |
|---|---|---|---|---|
| MISSISSIPPI | .18 | .18 | | |
| MISSOURI | .17 | .17 | | |
| MONTANA | .27 | .2775 | | |
| NEBRASKA | .239 | .239 | | |
| NEVADA | .23 | .27 | YES | |
| NEW HAMPSHIRE | .18 | .18 | | |
| NEW JERSEY | .105 | .135 | | |
| NEW MEXICO | .17 | .18 | YES | |
| NEW YORK | .08 | .10 | YES | 6.75% |
| NORTH CAROLINA | .243 | .243 | | |
| NORTH DAKOTA | .21 | .21 | | |
| OHIO | .22 | .22 | | |
| OKLAHOMA | .17 | .14 | | |
| OREGON | .24 | .24 | YES | |
| PENNSYLVANIA | .12 | .12 | YES | |
| RHODE ISLAND | .28 | .28 | | |
| SOUTH CAROLINA | .16 | .16 | | |
| SOUTH DAKOTA | .18 | .18 | YES | |
| TENNESSEE | .21 | .17 | YES | |
| TEXAS | .20 | .20 | | |
| UTAH | .245 | .245 | | |
| VERMONT | .15 | .16 | | |
| VIRGINIA | .175 | .16 | | |
| WASHINGTON | .23 | .23 | YES | |
| WEST VIRGINIA | .205 | .205 | YES | |
| WISCONSIN | .264 | .264 | | |
| WYOMING | .09 | .09 | | |

**EXHIBIT 7C  PAGE 2 OF 2**

## FUEL TAX ADMINISTRATION BY STATE

**ALABAMA**
DEPARTMENT OF REVENUE
GORDON PERSONS BUILDING
50 N. RIPLEY STREET
MONTGOMERY, AL 36132
PHONE: 334-242-9600

**ALASKA**

DEPARTMENT OF REVENUE
INCOME AND EXCISE AUDIT DIVISION
P.O. BOX 110420
JUNEAU, AK 99811-0420
PHONE: 907-269-6626

**ARIZONA**

DEPARTMENT OF TRANSPORTATION
1801 WEST JEFFERSON, ROOM 522M
PHOENIX, AZ 85007
PHONE: 602-712-8300

**ARKANSAS**

DEPARTMENT OF FINANCE & ADMINISTRATION
JOEL Y. LEDBETTER BUILDING
P.O. BOX 1272
LITTLE ROCK, AR 72203-1272
PHONE: 501-682-7200

**CALIFORNIA**

STATE BOARD OF EQUALIZATION
450 N STREET – MIC:31
P.O. BOX 942879
SACRAMENTO, CA 94279-0031
PHONE: 916-324-2379

**COLORADO**

DEPARTMENT OF REVENUE
MOTOR CARRIER SERVICES DIVISION
1881 PIERCE STREET, ROOM 114
LAKEWOOD, CO 80214
PHONE: 303-205-5680

**CONNECTICUT**

DEPARTMENT OF REVENUE SERVICES
25 SIGOURNEY STREET
HARTFORD, CT 06106
PHONE: 860-541-3226

**DELAWARE**

DEPARTMENT OF TRANSPORTATION
MOTOR FUEL TAX ADMINISTRATION
PUBLIC SAFETY BUILDING
P.O. BOX DRAWER E
DOVER, DE 19903-1565
PHONE: 302-739-5218

**DISTRICT OF COLUMBIA**

OFFICE OF TAX AND REVENUE
941 NORTH CAPITOL STREET N.E., 5TH FLOOR
WASHINGTON, D.C. 20002
PHONE: 202-442-6834

**FLORIDA**

DEPARTMENT OF REVENUE
GENERAL TAX ADMINISTRATION
5050 WEST TENNESSEE STREET
TALLAHASSEE, FL 32399-0100
PHONE: 850-922-2657

**GEORGIA**

DEPARTMENT OF REVENUE
MOTOR FUEL TAX UNIT
417 TRINITY – WASHINGTON BUILDING
ATLANTA, GA 30334
PHONE: 404-656-4053

**HAWAII**

DEPARTMENT OF TAXATION
P.O. BOX 259
HONOLULU, HI 96809
PHONE: 808-587-1611

**IDAHO**

STATE TAX COMMISSION
SALES AND FUELS TAX AUDIT BUREAU
800 PARK BLVD., PLAZA IV, BOX 36
BOISE, ID 83722-0036
PHONE: 208-334-7702

**ILLINOIS**

DEPARTMENT OF REVENUE
MOTOR FUEL TAX DIVISION
P.O. BOX 19477
SPRINGFIELD, IL 62794-9477
PHONE: 217-785-2645

**EXHIBIT 7D PAGE 1 OF 4**

PP 0172

**INDIANA**

DEPARTMENT OF REVENUE
FUEL AND ENVIRONMENTAL SECTION
5150 DECATUR BLVD.
INDIANAPOLIS, IN 46241
PHONE: 317-232-3363

**IOWA**

DEPARTMENT OF REVENUE AND FINANCE
AUDIT SERVICES SECTION
HOOVER STATE OFFICE BUILDING
DES MOINES, IA 50319
PHONE: 515-281-6163

**KANSAS**

DEPARTMENT OF REVENUE
MOTOR FUEL TAX SECTION
DOCKING STATE OFFICE BUILDING
TOPEKA, KS 66625
PHONE: 785-296-5327

**KENTUCKY**

REVENUE CABINET
TAX ADMINISTRATION DIVISION
200 FAIR OAKS LANE
FRANKFORT, KY 40620
PHONE: 502-564-3853

**LOUISIANA**

DEPARTMENT OF REVENUE
EXCISE TAX DIVISION
P.O. BOX 201
BATON ROUGE, LA 70821
PHONE: 225-925-7652

**MAINE**

BUREAU OF TAXATION
STATE HOUSE STATION 24
AUGUSTA, ME 04333
PHONE: 207-287-6965

**MARYLAND**

COMPTROLLER OF THE TREASURY
MOTOR FUEL TAX UNIT
GOLDSTEIN TREASURY BUILDING
P.O. BOX 1751
ANNAPOLIS, MD 21404-1751
PHONE: 410-260-7131

**MASSACHUSETTS**

DEPARTMENT OF REVENUE
AUDIT DIVISION
200 ARLINGTON STREET
CHELSEA, MA 02150
PHONE: 617-887-6757

**MICHIGAN**

DEPARTMENT OF TREASURY
MOTOR FUEL, TOBACCO AND MISC. TAXES
TREASURY BUILDING
LANSING, MI 48922
PHONE: 517-373-3180

**MINNESOTA**

DEPARTMENT OF REVENUE
PETROLEUM TAXES DIVISION
P.O. BOX 75515
ST. PAUL, MN 55175-0515
PHONE: 612-296-0889

**MISSISSIPPI**

STATE TAX COMMISSION
REVENUE DIVISION
P.O. BOX 1033
JACKSON, MS 39215
PHONE: 601-923-7150

**MISSOURI**

DEPARTMENT OF REVENUE
DIVISION OF TAXATION AND COLLECTION
P.O. BOX 629
JEFFERSON CITY, MO 65105-0629
PHONE: 573-751-3470

**MONTANA**

DEPARTMENT OF TRANSPORTATION
ADMINISTRATION DIVISION
P.O. BOX 201001
HELENA, MT 59620-1001
PHONE: 406-444-7672

**NEBRASKA**

DEPARTMENT OF REVENUE
MOTOR FUELS DIVISION
P.O. BOX 98904
LINCOLN, NE 68509-8904
PHONE: 402-471-5678

**EXHIBIT 7D  PAGE 2 OF 4**

**NEVADA**

DEPT. OF MOTOR VEHICLES & PUBLIC SAFETY
MOTOR CARRIER BUREAU
555 WRIGHT WAY
CARSON CITY, NV 89711-0600
PHONE: 775-684-4788

**NEW HAMPSHIRE**

DEPARTMENT OF SAFETY
10 HAZEN DRIVE
CONCORD, NH 03305
PHONE: 603-271-2589

**NEW JERSEY**

DEPARTMENT OF THE TREASURY
CIVIL ENFORCEMENT
P.O. BOX 269
TRENTON, NJ 08695-0269
PHONE: 609-633-8047

**NEW MEXICO**

TAXATION AND REVENUE DEPARTMENT
GASOLINE & SPECIAL FUEL SUPPLIERS
P.O. BOX 5374
SANTA FE, NM 87504-5374
PHONE: 505-827-0982

**NEW YORK**

STATE DEPARTMENT OF TAXATION & FINANCE
TRANSACTION & TRANSFER TAX BUREAU (TTTB)
2 WORLD TRADE CENTER
NEW YORK, NY 10048
PHONE: 212-321-4582

**NORTH CAROLINA**

DEPARTMENT OF REVENUE
MOTOR FUELS TAX DIVISION
P.O. BOX 25000
RALEIGH, NC 27640
PHONE: 919-733-8200

**NORTH DAKOTA**

OFFICE OF STATE TAX COMMISSIONER
STATE CAPITOL
SALES AND SPECIAL TAX DIVISION
608 EAST BOULEVARD AVENUE
BISMARCK, ND 58505-0599
PHONE: 701-328-3139

**OHIO**

DEPARTMENT OF TAXATION
EXCISE AND MOTOR FUEL TAX DIVISION
P.O. BOX 530
COLUMBUS, OH 43216-0530

**OKLAHOMA**

OKLAHOMA TAX COMMISSION
AUDIT DIVISION
2501 LINCOLN BOULEVARD
OKLAHOMA CITY, OK 73194-0001
PHONE: 405-512-3246

**OREGON**

DEPARTMENT OF TRANSPORTATION
FINANCIAL SERVICES BRANCH
550 CAPITOL STREET, N.E.
SALEM, OR 97310-2530
PHONE: 503-378-6789

**PENNSYLVANIA**

DEPARTMENT OF REVENUE
BUREAU OF MOTOR FUEL TAXES
DEPARTMENT 280646
HARRISBURG, PA 17128-0646
PHONE: 717-783-9191

**RHODE ISLAND**

DEPARTMENT OF ADMINISTRATION
DIVISION OF TAXATION
ONE CAPITOL HILL
PROVIDENCE, RI 02908-5800
PHONE: 401-222-2953

**SOUTH CAROLINA**

DEPARTMENT OF REVENUE
COLUMBIA MILLS BUILDING
OFFICE SERVICE DIVISION
P.O. BOX 125
COLUMBIA, SC 29214
PHONE: 803-898-5775

**SOUTH DAKOTA**

DEPARTMENT OF REVENUE
MOTOR VEHICLE DIVISION
445 E. CAPITOL AVENUE
PIERRE, SD 57501-3100
PHONE: 605-773-3541

**EXHIBIT 7D  PAGE 3 OF 4**

## TENNESSEE

DEPARTMENT OF REVENUE
AUDIT DEPARTMENT
ANDREW JACKSON STATE OFFICE BUILDING
500 DEADERICK STREET
NASHVILLE, TN 37242
PHONE: 615-741-3501

## TEXAS

COMPTROLLER OF PUBLIC ACCOUNTS
CRIMINAL INVESTIGATIONS DIVISION
LBJ STATE OFFICE BUILDING
111 EAST 17TH STREET
AUSTIN, TX 78774
PHONE: 512-463-3901

## UTAH

STATE TAX COMMISSION
AUDITING DIVISION
210 NORTH 1950 WEST
SALT LAKE CITY, UT 84134
PHONE: 801-297-4671

## VERMONT

DEPARTMENT OF TAXES
PAVILION OFFICE BUILDING
109 STATE STREET
MONTPELIER, VT 05609-1401
PHONE: 802-828-2077

## VIRGINIA

DEPARTMENT OF MOTOR VEHICLES
MOTOR CARRIER AND TAX SERVICES
P.O. BOX 27412
RICHMOND, VA 23269-0001
PHONE: 804-367-9157

## WASHINGTON

DEPARTMENT OF LICENSING
PRORATE AND FUEL TAX SERVICES
P.O. BOX 9036
OLYMPIA, WA 98507-9036
PHONE: 360-664-1811

## WEST VIRGINIA

DEPARTMENT OF TAX AND REVENUE
STATE TAX DIVISION
AUDITING DIVISION
P.O. BOX 902
CHARLESTON, WV 25323-0902
PHONE: 304-558-8524

## WISCONSIN

DEPARTMENT OF REVENUE
DIVISION OF INCOME, SALES, AND EXCISE TAX
P.O. BOX 8933
MADISON, WI 53708-8933
PHONE: 608-266-6798

## WYOMING

DEPARTMENT OF TRANSPORTATION
P.O. BOX 1708
CHEYENNE, WY 82003-1708
PHONE: 307-777-4774

**EXHIBIT 7D   PAGE 4 OF 4**

# CHAPTER 8 - PACIFIC PRIDE ACCESS CARDS

Section 1: Pacific Pride Access Cards.................................................................. 8-1
Section 2: Ordering Cards .................................................................................. 8-3
Section 3: Invoices for Access Cards ................................................................ 8-3
Section 4: Pacific Pride Optically Read Access Cards ...................................... 8-4
Section 5: Using a Single-Card System............................................................. 8-5
Section 6: Using a Two-Card System................................................................. 8-5
Section 7: Product and Quantity Restriction ...................................................... 8-6

## EXHIBITS

8A.    Example of Invoice Detail Report ................................................................ 8A-1
8B.    Sample Card Order Forms ......................................................................... 8B-1
8C.    Instructions for Ordering Access Cards ..................................................... 8C-1

## Section 1: Pacific Pride Access Cards

Pacific Pride currently offers an optically read card. We plan to offer a Pacific Pride magnetic stripe card and a co-branded mag stripe card in the future.

The Pacific Pride optically read card is a card encoded with information by punching holes in the card. When the card is inserted into the card reader at the site, the card is read by light passing through the holes. The information encoded will include card number and host number and may include account number, product restriction, transaction quantity restriction, and directions on whether to prompt for odometer reading or other identifying information must be entered before fueling can begin. Each optically read card has a pre-determined Personal Identification Number or PIN that must be entered for a transaction to occur. The transaction is authorized by software maintained at the site. There is no "real-time" transaction control with this card. The optically read card is authorized using a negative card file system. All cards are valid unless actively invalidated by the host company issuing the card or Pacific Pride Services, Inc. The optically read card is extremely reliable and especially well suited to a commercial environment. The optically read card can be used at any Pacific Pride, PrideNet, AmeriNet, or Petro-Canada site.

You must order your Pacific Pride access card stock from Pacific Pride Services. Give some thought as to how you want to be identified on your card. If you already have a company logo, you may want to include it on the card. If you do not have a logo, this may be a good opportunity to develop one for your automated fueling business. Your access card stock is extremely important. This is the one thing your customer sees every time he or she fuels. Make sure you always keep your name in front of your customers to remind them who you are! Attractive logos make attractive cards.

After a Pacific Pride host number is assigned, and upon your request, you will be issued a block of card numbers that is exclusively yours to issue to your customers. You will assign

these numbers to Pacific Pride access cards as you request to have them encoded with information.

The number of cards in your initial card block will be determined based on the estimated number of cards you will issue within the first year of operation. You can request a new block of card numbers at any time, so don't panic if you run low on card numbers. Your initial block of numbers will be assigned to you, and security codes for optical cards will be sent to you when you have secured your letter of credit, insurance bond, or other form of security with Pacific Pride Services (See **Chapter 2, Section 6**). As you order new card numbers from Pacific Pride, the security codes for those new card numbers can be printed from your Pacific Pride Controller. (Please refer to your **Pacific Pride Controller Manual** for more information.)

Each card number has a pre-determined security code or Personal Identification Number (PIN). The PIN must be entered when the card is used to assure that the user is authorized. The PIN acts as a kind of signature on the transaction. **It is extremely important that the security code NEVER be written on the card. When sending out cards, send the security codes separately.** Any valid card with a PIN is a LIVE card and can be used anywhere in the Pacific Pride Commercial Fueling System. **Never write the PIN on the card, and instruct your customers to never write the PIN on the card.**

**ISSUE PACIFIC PRIDE ACCESS CARDS TO BONA FIDE COMMERCIAL ACCOUNTS ONLY.** A bona fide commercial account is any business, institution, or government entity. There are some jurisdictions, such as the State of Oregon, that require proof of such status for fueling at an unattended fueling facility. Documentation may include a business license, federal employer I.D. number, or statements by a tax professional or legal advisor. Your Pacific Pride Franchise Agreement defines a commercial customer as one who purchases 200 gallons of fuel per month or 2,400 gallons per year from all sources (bulk delivery; retail purchases, cardlock purchases). Accountholders who buy less than 200 gallons per month may be better served by purchasing at retail facilities. The Pacific Pride Commercial Fueling System is not intended to service "retail" customers. Please check with your state fire marshal for restrictions on who can use an unattended commercial fueling site. In addition, most jurisdictions require that each customer be trained in the safe operation of a fueling site. The instruction method is up to you, but at a minimum it should cover how to fuel, what to do in case of an emergency, MSDS information, and an introduction to the safety equipment found at the facilities.

**Any customer using an unattended fueling site in the state of Oregon must have documentation on file, such as a business license or federal employer ID number proving their commercial status, and the customer must certify they have been trained to use the facility. Each Pacific Pride marketer must certify that they have fulfilled their obligation to train their customers pursuant to rules established by the state of Oregon.**

Pacific Pride Services provides the Pacific Pride access cards to its marketers. These cards are attractively designed with Pacific Pride's distinct four-color band with the words

"Independent Franchisee of Pacific Pride." Marketers must have their name printed on the card to identify the card issuer. Marketers are encouraged to put their logo on the card.

For customers traveling into Canada, you may order international access cards. These are optically read cards. The international cards can be used in Canada at Petro-Canada locations, as well as in the U.S. at AmeriNet, Pacific Pride, and PrideNet sites. The Petro-Canada logo is carried on the international card to remind your customers they can use their card at Petro-Canada locations. **International cards are issued from a special block of numbers and can only be used for diesel fuel and motor oil.**

## Section 2: Ordering Cards

To imprint your name and/or logo on the card, we will need camera-ready art. If you do not supply camera-ready artwork, we can arrange to have the artwork done, but there will be an artist's charge. We prefer that the artwork be card size, but we can reduce or enlarge as necessary. We will keep your artwork on file for future reference. We use a computer imaging process to print the logo/name on the card. The cost for the logo set-up is $65 to $95 depending on the intricacy of the logo. Pacific Pride Services will keep track of your card inventory and print new cards as you request.

Order card stock according to the quantity you need. The price for optical card stock is as follows:

| | |
|---|---|
| Less than 2,000 cards with imprinting: | $.60 each |
| 2,000 or more cards with imprinting: | $.56 each |

Plastic cards do not last forever, even with the best of care. An optical card is expected to last three to five years, depending on the amount of use and treatment it receives. Please report any problems you have with your cards and **return** any that prove to be defective to Pacific Pride Services, Inc., for replacement. If the fault is in the quality of the cards or if the cards were punched incorrectly, there will be no charge for replacement cards. Only by having the card back for inspection can we determine what is wrong with the card.

## Section 3: Invoices for Access Cards

Twice a month a detailed invoice will be available on your Controller for cards that were ordered during the billing period. Details include the number of cards ordered for each day, the shipping price, the number of cards imprinted, and the price for imprinting. When you receive a card order, please check to make sure the number of cards you ordered and the shipping charges on the invoice match up with the invoice you receive over the Controller. (See Exhibit 8A for an example of the Card Invoice Detail Report available on your Controller.)

## Section 4: Pacific Pride Optically Read Access Cards

There are three types of Pacific Pride optically read access cards: **Type 1 Driver Card**, **Type 2 Driver Card**, and **Type 3 Vehicle Card**.

A **Type 1 Driver Card** is used by itself. It has its own security or PIN number. This type of card is well suited to customers who drive one vehicle.

A **Type 2 Driver Card** is used in combination with the **Type 3 Vehicle Card**, hence a dual-card access system. The **Type 2** card has its own security code or PIN. The system is particularly effective for fleets with more than one driver per vehicle. Using this system allows a vehicle card that stays in the vehicle and another for each driver who drives the vehicle. This system allows your customer to track not only the vehicle for job or tax purposes but also the drivers for control. This is a very simple solution to a big problem for fleet managers. **Please consult with your billing system software provider for information on how your billing system accommodates the two-card system.**

A **Type 3 Vehicle Card** does not carry a PIN number. It is always used with a **Type 2 Card**. Only **Type 1** and **Type 2** cards have a PIN number.

For your initial order of cards, you must fill out the "Host Card Maintenance" forms (Exhibit 8B). You received a tablet of these forms for national cards and directions for filling out the forms with your Pacific Pride "New Franchisee Packet." For international cards, which can be used to access Petro-Canada sites in Canada, you must use the international card order forms available from Pacific Pride. Be sure to work with your billing software provider to ensure the correct data is included in the **identity field** of the card for billing purposes. The identity field is a nine-digit field that includes your host number. The other six numbers can be used for account numbers or other identifying numbers. Some billing systems require that an account number be encoded into the card. If you have any questions while filling in the information, **DON'T HESITATE TO CALL PACIFIC PRIDE** or your billing system provider. While filling in this form, please remember that someone will be reading from it. Please write or type neatly, making certain the information is easy to read. **Use an ink pen or No. 2 pencil. ALWAYS SEND THE ORIGINAL ORDER FORM TO PACIFIC PRIDE AND KEEP A COPY AT YOUR OFFICE.** (See Exhibit 8C for card ordering instructions.)

After your Pacific Pride Controller is installed, it is no longer necessary to use card order forms. A program included with your Controller software allows you to order cards through the Controller. This information is gathered daily through the switching process, and cards are punched each business day. Please refer to your **Controller Manual** for directions on how to order punched cards using your Pacific Pride Controller. Card orders received over the Controller are given first priority for punching, so remember to order cards through the Controller.

**Please don't call in orders over the telephone or fax them.** Fax copies often cannot be read clearly. There is too much chance for error using the telephone. As always, there may be those times when it is an emergency to get cards "yesterday." In those cases, call and we will try to accommodate your needs.

The charge for punching Pacific Pride Optically Read Cards is:

| | |
|---|---|
| Less than 100 ordered at any one time: | $.75 each |
| 100 or more ordered at any one time: | $.50 each |

## Section 5: Using a Single-Card System

The single Type 1 Driver Card is used when just one individual card is desired for network access. There are options for product combinations when using the single-card system. You can restrict the card to Product Categories 1-16 or any combination thereof (you restrict customers "to" rather than "from" a product). The Special Product Categories include Off-Road Diesel-17, Propane-18, and CNG-19. Only one of the Special Product Categories can be accessed per card, either alone or in combination with the Regular Product Categories (Exhibit 8C). **Because of taxation issues, Pacific Pride Services will punch cards for off-road diesel alone or in combination with any diesel or free product categories. Off-road diesel cards can only be ordered by marketers who offer off-road diesel. In other words, if you don't have off-road diesel at your site, you can't order cards punched to access it.**

A single card may be restricted to:

a. One, some, or all Regular Product Categories
b. Off-road diesel plus all diesel products only
c. Off-road diesel only
d. Propane or CNG Plus some or all Regular Product Categories

Examples for Single-Card System Use:

a. One driver with one vehicle
b. One driver with multiple vehicles who doesn't care about tracking vehicle fueling.
c. Single cards issued to multiple drivers sharing one vehicle.

## Section 6: Using a Two-Card System

The two-card system provides your customer the ability to track fuel purchases by vehicle and driver. This added control feature results from using two cards to initiate the transaction rather than a single card. Using this system allows one card for the vehicle, a Type 3 card that stays in the vehicle, and another card for each driver (Type 2 card) who drives the vehicle. This system allows your customer to track not only the vehicle for job

or tax purposes, but also the drivers for control. This is a very simple solution to a big problem for fleet managers.

Some things to remember when ordering the **two-card system:**

The vehicle card **does not** take a card number from your card number block assigned by Pacific Pride. The vehicle card number is **any** number you choose, up to four digits, i.e. 1, 12, 123, 1234. Different customers can be assigned the same vehicle card number. Many customers choose to use their company vehicle numbers for the Type 3 vehicle card number. The vehicle card does not require a separate security or PIN number.

Any vehicle card (Type 3 card) can be used with any valid Type 2 driver card. (This could be a disadvantage if you have a driver who works for two different employers, both of whom happen to be Pacific Pride customers. It is important to let your customers know this potential problem so they can inform their employees. You may want to include a description of the vehicle, i.e., Peterbilt, GMC, in the invoice for an added check feature.)

When two cards are used, the card reader looks for a restriction match in the cards. If it doesn't find one, it ignores the request. When ordering a dual-card system, the same product restrictions must be on both cards, whether alone or in combination with any other product restriction. It is best to leave the Type 2 driver card unrestricted. Restrict the Type 3 vehicle card to the appropriate products. For instance, if your customer would like a diesel-only restriction for a truck, have a Type 3 card restricted to diesel only. As long as the Type 2 driver card allows for all fuels, there is a match and product can be dispensed. If the Type 2 card had been restricted to gasoline only, no fuel could be dispensed.

By allowing all products on the Type 2 card, the driver is free to access other vehicles that may require gasoline. Obviously, you can also restrict the Type 2 card to perfectly match the Type 3 card; for example, both restricted to Category 3, Diesel. In this case, the driver card **could not be used** with another vehicle card (Type 3), which is restricted to gasoline only.

**Do not forget to consult with your billing system software provider for information on how your billing system accommodates the two-card system.**

## Section 7: Product and Quantity Restriction

**Product-Restricted Access cards** may be encoded to restrict the categories of product available for purchase by a particular customer. For example, if your customer wants card access restricted to diesel, the card can be punched restricting it for diesel-*only* purchases. The directions for ordering restrictions punched into the card are found on the back of your card order forms. Directions on how to fill out the card order form and examples of the result are included here as Exhibit 8B. Remember, when ordering cards you are restricting the card "to" rather than "from" products. For example, for a distillate only card, you would place an "X" for category 3. The card will be punched so that the customer can only buy distillate fuel. The card cannot purchase any product category other than 3. If

you want your customer to have access to motor oil by the quart, be sure to place an "X" also in category 5.

High-sulphur, off-road diesel fuel has a product category all its own. Only those Pacific Pride marketers who have chosen to make high-sulphur diesel fuel available at their sites will be able to order cards punched for high-sulphur product. Because of the limited availability of high-sulphur product in the network, you may want to have your off-road cards punched for both high and low-sulphur product. This must be for a particular vehicle identified as an off-road vehicle. Before having cards punched, please check with your IRS field agent or tax specialist to ensure that you do not violate any tax regulations. Off-road vehicle cards cannot be encoded for both high-sulphur diesel fuel and gasoline. (An off-road vehicle cannot use both products.)

**Quantity restrictions** can also be encoded in the card. Quantity restrictions limit the amount of product dispensed during any **one transaction.** Access cards can be ordered with quantity limited to 20, 30, 50, 120, or 250 gallons. The quantity restriction is not cumulative, i.e., if the card is restricted to 250 gallons the customer can only receive 250 gallons per transaction but can initiate as many transactions as he or she wants. It is not possible to restrict a customer's total daily, weekly, or monthly volume through the optically read card. However, an alternative is to watch your accounts receivable carefully and invalidate a card through the PPSI Controller should an "account limit" be reached. Consult your billing software provider for procedures in the billing system that may accomplish this as automatically as possible.

If a franchisee desires product or quantity restrictions for any card number, the franchisee must indicate the restrictions when cards are ordered. The directions for ordering quantity restrictions are found on the back of the "Host Card Maintenance" forms in Exhibit 8B of this manual.

Some jurisdictions demand that transaction quantity limits for certain products be set for all customers. To accomplish this, the **card reader** must be preset to those required quantity limits. Any quantity limit set in the card reader will override quantity restrictions (or no restriction) encoded in the card unless the card restriction is less than the site restriction. Please check with your local fire official about any such regulations in your area and set your card reader to the proper setting to meet the requirements. The states of Oregon and Michigan have specific limits for quantities dispensed from an unattended fueling facility.

Before you can issue access cards to your customers, you must have security codes for those access cards. **You will receive security codes for your card numbers if you have deposited the appropriate amount of security with us. The initial minimum amount of security required is $10,000.**[*]

Marketers are billed through the inter-company billing process for logo set-up, card stock, card encoding, and postage.

---

[*] Please refer to Chapter 2, Section 5, for a complete explanation of security requirements.

PP0182

Marketers must keep careful records of who has been issued Pacific Pride access cards; how many cards were issued; and if any of those cards have been returned, lost, or stolen. If a Pacific Pride card is lost or stolen and reported by the customer, you are required to report that card as lost or stolen to Pacific Pride and order that card invalidated immediately. **Remember, although we do not believe the Pacific Pride card is a credit card, some interpretations of credit regulation may govern these cards. The Pacific Pride access card may be considered a credit card for purposes of liability. The customer may only be liable for $50, even if the loss of the card was not reported. Please be sure to consult with your legal representative regarding your Pacific Pride Access Card Application and Agreement to ensure you have taken proper steps to protect yourself in the event of lost or stolen cards.** It is important to never refer to the Pacific Pride access card as anything other than an access card.

Please keep in mind that should you ever leave the Pacific Pride network you will be required to return at least 75% of the cards you have been issued. If you return less than 75% you will be charged **$5 per card**, up to 75% of cards issued. For example, if you have been issued 100 card numbers, you will have to return a minimum of 75. If you return only 65 cards, you will be charged $5 X (75-65) or $50. This charge encourages the return of card numbers and recognizes that there is a cost involved for every card that is not returned. The marketers remaining on the Network will bear the burden of any memory upgrade required due to outstanding cards. (Please note: for marketers in the state of Indiana, this provision does not apply.)

### Section 8: Card Validation/Invalidation

From time to time you will want to cut off or invalidate one or more of your customer card numbers due to lost or stolen cards or for credit reasons. In order to change a card status at all sites, you must notify Pacific Pride through your Controller, which in turn will notify all other Controllers to update the card status. The card validation/invalidation process may take more or less time depending on the number of sites and how many cards must be validated/invalidated. Please refer to your **Controller User's Manual** for directions to validate or invalidate cards through the Pacific Pride Controller. Check your Controller CommLog to find out just when invalidations are accomplished. Card validations and invalidations at your own sites can be accomplished at any time. **Card validations/invalidations are not guaranteed to be accomplished in less than 24 hours.** For quicker card validation/invalidation procedures, please see "In Control" below.

If you have invalidated a card through the Controller and the card is used at a site in the network and a claim is made, you must make the claim in writing, provide proof of the invoice generated for the customer showing the site and the number of gallons purchased and other pertinent data **and a copy of the Controller CommLog when the card was invalidated. It is extremely important that you keep your Controller CommLog for 90 days. No credit will be given if you cannot show evidence that you invalidated a card on a given date.**

PP0183

Card validations are accomplished by the same procedures as invalidations.

The Controller provides a record of all card validations/invalidations accomplished. Always check the record to ensure its accuracy and proper functioning of the Controller. **It is your responsibility to ensure that invalidations you request from Pacific Pride are actually sent to Pacific Pride Services, Inc. and to your sites.** Your Controller CommLog will record if validations/invalidations were transmitted. Remember, we will have no knowledge that you are trying to send invalidations.

In the event Pacific Pride Services fails to give proper notification of an invalidation after being properly informed by franchisee requesting the invalidation, Pacific Pride Services shall be responsible for any losses incurred which can be attributed to that failure.

A.  **Some Common Reasons Why Card Invalidations at Your Site are Not Accomplished:**

1.  <u>**Your site is inactive:**</u>  If your site is down for an extended period of time and has the status of inactive, you must do a complete site invalidation when you fire-up the site again. An inactive site does not receive validation or invalidation records from the time it goes on inactive status. **It is your responsibility to do a complete site invalidation of the site.**

2.  <u>**Your card reader Site ID does not match the Site ID in your Controller:**</u>  If this should occur, the CommLog will indicate that the site ID's do not match. In looking through your CommLog every day, watch for this message. Generally, if you do not see it the first time validations/invalidations are done there will not be a problem.

3.  <u>**The Controller processing cycle has been interrupted:**</u>  If you have interrupted the Controller during its processing cycle for any reason, you must restart the validation/invalidation cycle as soon as possible. Generally, if at all possible, **do not interrupt the Controller during its processing cycle.**

4.  <u>**Site Modem Doesn't Answer:**</u>  If your Controller cannot communicate with the site, validation/invalidation information cannot be sent to the site.

If any Franchisee fails to accomplish an invalidation within the time frame set out above, after timely notification by Pacific Pride Services, and the failure is not due to Controller software, the Site Operator is responsible for any losses incurred which are attributable to that failure.

Marketers should not use the card validation/invalidation function when an account is closed except when it is impossible to collect the card(s) from the customer. Reasonable effort must be made to ensure that cards are returned if an account is closed. The optical memory capability of the Petro Vend/SmartLock™ card reader is limited. If a card number is invalidated and not returned to the host marketer, that

number can never be released again.  The sooner the memory capacity is used, the sooner we all have to purchase expanded memory. Let's put that as far into the future as we can.  Remember, should you at any time leave the Pacific Pride Network, you will be responsible for returning at least 75% of the cards which have been issued to you. If you return less than 75% you will be charged a penalty of $5 per card up to the 75% limit.

**B.**     **Card Validation and Invalidation Fees:**

The fee for cut-offs and reinstatements is consistent with the "switch" or "transaction" fee. Pacific Pride Services will bill twice each month for validations/invalidations on the inter-company billing. Marketers are billed only for the validations/invalidations they request. It is intended that the fees for this service cover the costs of providing for validations/invalidations. Pacific Pride Services reserves the right to change such fees in the future.

**Validation and Invalidation Fees are not charged to marketers at this time.**

**C.**     **In Control:**

There may be times you would like to validate or invalidate optical cards more quickly than the normal switch cycle allows.  For those times, we have developed "In Control."  This feature allows you to change the status of a card at any site within the Pacific Pride System within 15-30 minutes.  Consult your Pacific Pride **Controller Manual** for the In Control procedures.

The fees for the In Control feature are:

To validate/invalidate an optical card at all sites within a state with more than 50 sites, the charge is $25 per state for up to 50 card numbers and $25 per state for each additional 50 or portion thereof.  If a state has less than 50 sites, the charge is $15 per state for up to 50 card numbers and $15 per state for each additional 50 or any portion thereof.

PP0185

# CHAPTER 8 EXHIBITS

| | | |
|---|---|---|
| 8A. | Example of Invoice Detail Report | 8A-1 |
| 8B. | Sample Card Order Forms | 8B-1 |
| 8C. | Instructions for Ordering Access Cards | 8C-1 |

# **NOTES**

PP0187

BLODGETT OIL CO. INC.

Invoice Detail

Inv Nbr:   I0014884     Type:  IN      Date:    4/2/01

| Product ID | Description | QTY | Price | Extended Price |
|---|---|---|---|---|
| CRDBLNO | NEW BLANK STOCK | 1 | 0.40 | 0.40 |
| PUNBLKSTK | BLANK STOCK PUNCHING | 1 | 0.75 | 0.75 |
| FRTSHIPCARD | SHIPPING CHARGE CARDS | 1 | 3.50 | 3.50 |

Document Total:     4.65

Inv Nbr:   I0015069     Type:  IN      Date:    4/5/01

| Product ID | Description | QTY | Price | Extended Price |
|---|---|---|---|---|
| LCD548N | BLODGETT CARD STOCK PUNCHED | 3 | 0.75 | 2.25 |
| CRDBLNO | NEW BLANK STOCK | 2 | 0.40 | 0.80 |
| PUNBLKSTK | BLANK STOCK PUNCHING | 2 | 0.75 | 1.50 |
| FRTSHIPCARD | SHIPPING CHARGE CARDS | 1 | 6.24 | 6.24 |

Document Total:     10.79

Inv Nbr:   I0015350     Type:  IN      Date:    4/10/01

| Product ID | Description | QTY | Price | Extended Price |
|---|---|---|---|---|
| EQPMT1932 | MULTI-TECH MODEM MT1932ZDX | 1 | 150.00 | 150.00 |
| EQPNMA | NULL MODEM ADAPTER | 1 | 0.00 | 0.00 |
| FRTSHIPEQP | SHIPPING CHARGE EQUIPMENT | 1 | 14.54 | 14.54 |

Document Total:     164.54

**EXHIBIT 8A  PAGE 1 OF 2**

Inv Nbr:  I0015573    Type:  IN    Date:    4/12/01

| Product ID | Description | QTY | Price | Extended Price |
|---|---|---|---|---|
| SUPNAMEUL | PRODUCT NAME - UNLEADED | 6 | 1.50 | 9.00 |
| SUPNAMEPREM | PRODUCT NAME - PREMIUM | 10 | 1.50 | 15.00 |
| SUPNAMEDIESEL | PRODUCT NAME - DIESEL | 10 | 1.50 | 15.00 |
| SUPNAMEPREMD | PRODUCT NAME - PREMIUM DIESEL | 10 | 0.00 | 0.00 |
| FRTHCSUP | HANDLING CHARGE SUPPLIES | 1 | 3.00 | 3.00 |
| FRTSHIPSUP | SHIPPING CHARGE SUPPLIES | 1 | 3.85 | 3.85 |

Document Total:    45.85

**EXHIBIT 8A  PAGE 2 OF 2**

PP0189

PETRO-CANADA AmeriNet

# Pacific Pride
## Host Maintenance Card

PACIFIC PRIDE

Page _____ of _____

Host No. _____ Host Name _____
Shipping Address _____
City _____ State _____ Zip _____
P.O. Box _____
City _____ State _____ Zip _____

Requested by _____ Date _____ Phone# (____) _____
Shipping Method: ☐ First Class  ☐ UPS Next Day  ☐ UPS 2nd Day
                 ☐ UPS Ground   ☐ U.S. Mail Priority
Instructions _____

## Do not show pin numbers on card orders

1 = Driver (Single Card)
2 = Driver (Dual Card)

| Reference | Card Type | Card # | Category Restriction 1 2 3 4 5 6 7 11 12 17 18 19 | Qty Restr 20 30 50 120 P.C. 250 | IDENTITY Host | Identity/Cust. # | ENABLE Odom-eter | Misc Keybd |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |

Date Received    Punched by    Verified by    Shipped by    Ship Date

EXHIBIT 8B  PAGE 1 OF 6

# Franchise Card Maintenance

BACK OF FORM

Please send the ORIGINAL with your request. Also use blue or black ink or soft lead pencil.

**Page _____ of _____**
Number each page and indicate the total pages, even if you are submitting one page only. If we have any questions, we can then reference the card by page number and line number. Cards returned to you may also be referenced by page and line numbers.

**Host No.**
The host number identifies the Franchisee to whom the card(s) are issued. Enter your host number here.

**Host Name**
Enter your company name here.

**Shipping Address**
Indicate the address to which the cards are to be mailed if different from the Card Preparation Information Form. Be sure to indicate the correct zip code for the street or P.O. Box address.

**Shipping Method**
Indicate the method you wish the cards shipped if different from the Card Preparation Information Form.

**Requested By**
Identify who we should contact in the event of questions.

**Date**
Date of your request. It is important that this request be dated. These forms will also be date stamped by Pacific Pride/Amerinet card preparation personnel and returned to you with your order. Phone # Telephone number to reach you by if different from Card Preparation Information Form.

**Reference**
This area is for your use only. Use it to indicate customer and/or driver or vehicle to whom the card is issued. You may wish to use names, abbreviations or your customer numbers; whatever works best for you for maintaining appropriate confidentiality.

**Card Type**
Card Type tells the Petro Vend what to do with the card data when inserted into the reader.

1 - Driver card only. Vehicle card not used.
2 - Driver card to be followed by Vehicle card. After reading this card, Petro Vend will request the insertion of the Vehicle card into the reader.
3 - Vehicle Card only. This card contains vehicle specific data.

**Card #**
Enter the seven-digit Driver card number from your block of assigned numbers or a one to a four-digit card number at your discretion for the vehicle card. This card number will be recorded on the card.

Vehicle number may be restarted at number 1 for each customer.

In all cases, card number MUST be specified.

**Product Restriction**
Place an "X" in the column(s) corresponding to the product category(s) the card holder is RESTRICTED TO PURCHASE. If no restrictions, draw a line through all columns.

Regular Product Categories are:

1 Lead Substitute
2 Unleaded Gasoline
3 Diesel
4 Premium Gasoline
5 Motor Oil
6 Truck Scales, Washes, etc.
7 Aviation Fuels
11 ALT Diesel
12 Midgrade

**Special Product Categories are:**

17 Off Road Diesel
18 Propane
19 CNG (Compressed Natural Gas)

**Qty Restriction**
Place an "X" in the column corresponding to the transaction quantity limitation desired. If no restrictions, draw a line through all columns.

**Identify Section**
Host number is same as Host in upper left corner of form.

The six-digit Identify is any additional cardholder identification you may wish to be recorded in each transaction made by this card. Such identification may be your A/R customer account number or additional driver information.

* * * * * CAUTION * * * * *

Remember, the six-digit Identify is NOT required by Pacific Pride/Amerinet. It is for your use only. The features of your billing system are unknown to Pacific Pride/Amerinet. As such, we are unable to verify the accuracy of this entry.

**Enable Odometer**
If your customer wishes the card holder to enter an odometer reading to begin the transaction, place a "Y" in this column. Otherwise, to disable the odometer entry, place a "N" in this column.

**Enable Misc Keybrd**
If the card order is to enter an additional nine digits or less of information (Miscellaneous Keyboard Entry) to complete the transaction, place a "Y" in this column. If nine-digit number is not required, place an "N".

NOTE, when requesting cards in dual card format (card types 2 and 3), odometer is controlled by the type 3. Miscellaneous must say yes if you want to use an additional I.D.#. The Product Restriction is controlled by the type 3.

Special Product Categories need to be "X"ed for purchase regardless of status of categories 1 thru 12. Category ___ 18 & 19 cannot be requested on same card.


**All Inter... cards...**
...I agreement between PPSI and Petro Canada allows diesel and oil products only ...bout the International card, please call the Pacific Pride card dep......    he
...Il cards are processed the same as PPSI/Amerinet with the exception of produ... for use in Canada, they also will dispense product in the United States. Any q...

EXHIBIT 8B  PAGE 2 OF 6

PP0191

**Pacific Pride**
Host Maintenance Card

Page __2__ of __4__

Requested by __LAURA__    Date __3/19/01__    Phone# (___)

Shipping Method:  ☐ First Class  ☐ UPS Next Day  ☐ UPS 2nd Day
                  ☐ UPS Ground   ☐ U.S. Mail Priority

Instructions _____

Host No. __010__    Host Name __METROFUELING__

Shipping Address

City __WILSONVILLE__    State __OR__    Zip ____

P.O. Box

City _____    State ____    Zip ____

**Do not show pin numbers on card orders**

| Reference | Card Type | Card # | Category Restriction 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 | Qty Restr 20 30 50 120 P-C 250 | IDENTITY Host / Identify/Cust. # | ENABLE. Odom-eter | Misc-Keybd |
|---|---|---|---|---|---|---|---|
| SINGLE CARD | 1 | 1 3 9 6 7 6 | X   X | | 0 1 0 1 3 5 4 9 5 | Y | N |
| | 1 | 1 3 9 6 7 7 | X    X | X | 0 1 0 1 3 5 4 9 5 | Y | N |
| | | | | | | | |
| | | | | | | | |
| DUAL-CARD SYSTEM | 2 | 1 3 9 6 7 8 | | | | | |
| | 2 | 1 3 9 6 7 9 | X X X  X | | 0 1 0 1 3 5 4 9 5 | Y | Y |
| | 3 | 1 0 0 1 | X X X X  X | X | 0 1 0 1 3 5 4 9 5 | Y | Y |
| | 3 | 7 9 | X X X X | X | 0 1 0 3 5 4 9 5 | N | Y |
| | | | | | 0 1 0 3 5 4 9 5 | N | Y |
| Type 1 - Use assigned number | | | | | | | |
| from block of numbers issued. | | | | | | | |
| | | | | | | | |
| Type 2 - Use assigned number | | | | | | | |
| from block of numbers issued. | | | | | | | |
| | | | | | | | |
| Type 3 is a number you issue- | | | | | | | |
| not more than 4 digits. | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

⬑  1 = Driver (Single Card)
   2 = Driver (Dual Card)

Date Received    Punched by    Verified by    Shipped by    Ship Date

**EXHIBIT 8B, PAGE 3 OF**

PP0192

# Pacific Pride
## Host Maintenance Card

AmeriNet    PACIFIC PRIDE    PETROMARK

Page ___ 2 ___ of ___ 4 ___

Host No. _____ Host Name _____
Shipping Address _____
City _____ State _____ Zip _____
P.O. Box _____
City _____ State _____ Zip _____

Requested by _____ Date _____ Phone # ( ___ ) _____
Shipping Method: ☐ First Class  ☐ UPS Next Day
☐ UPS Ground  ☐ U.S. Mail Priority  ☐ UPS 2nd Day

Instructions _____

## Do not show pin numbers on card orders

| Reference | Card Type | Card # | Category Restriction (1 2 3 4 5 6 7 11 12 17 18 19) | Qty Restr (20 30 50 120 P.C. 250) | IDENTITY (Host / Identify/Cust. #) | ENABLE (Odometer / Misc Keyboard) |
|---|---|---|---|---|---|---|
| 1 If all products are wanted, | | | | | | |
| 2 draw a line thru product | | | | | | |
| 3 restrictions. | | | | | | |
| 4 | | | | | | |
| 5 Put an "X" in the product you | | | | | | |
| 6 want the card restricted to. | | | | | | |
| 7 Examples are: diesel, oil, | | X (1) | | | | |
| 8 scales, unleaded, premium, | | X X X (2 4 5) | | | | |
| 9 midgrade, and oil. | | X X X (1 3 4) X (11) | | | | |
| 10 | | | | | | |
| 11 Quantity Restrictions | | | | | | |
| 12 Examples are: | | | | | | |
| 13 No Restrictions | | | | | | |
| 14 20 Gallons | | | X (19) | | | |
| 15 30 Gallons | | | X (20) | | | |
| 16 50 Gallons | | | | X (30) | | |
| 17 120 Gallons | | | | X (50) | | |
| 18 250 Gallons | | | | X (120) | | |
| 19 | | | | X (250) | | |
| 20 | | | | | | |

⇦ 1 = Driver (Single Card)
2 = Driver (Dual Card)

Date Received _____ Punched by _____ Verified by _____ Shipped: _____

Date _____

EXHIBIT 8B  PAGE 4 OF 6

PP0193

# Pacific Pride

## Host Maintenance Card

Page ___3___ of ___4___

Host No. _____  Host Name _____

Shipping Address _____

City _____ State _____ Zip _____

P.O. Box _____

City _____ State _____ Zip _____

PETROLEUM  AmeriNet

Requested by _____   Date _____   Phone# ( ____ ) _____

Shipping Method: ☐ First Class   ☐ UPS Next Day   ☐ UPS 2nd Day
☐ UPS Ground   ☐ U.S. Mail Priority

Instructions

## Do not show pin numbers on card orders

| Reference | Card Type | Card # | Category Restriction 1 2 3 4 5 6 7 11 12 17 18 19 | Qty Restr 20 30 50 120 P-C 250 | IDENTITY Host / Identity/Cust. # | ENABLE Odom-eter / Misc Keypd |
|---|---|---|---|---|---|---|
| 1 Because of the program, we | | | | | | |
| 2 cannot restrict propane and | | | | | | |
| 3 CNG on the same card. If you | | | | | | |
| 4 want a card restricted to | | | | | | |
| 5 all products plus propane, | | | | | | |
| 6 you must order as example | | | | | | |
| 7 shows: | | | X X X X X X X | | | |
| 8 | | | X X X X X X X X (TO RECEIVE | ALL PRODUCTS, | | |
| 9 | | | PLUS PROPANE) | | | |
| 10 If you want all products plus | | | | | | |
| 11 CNG, you MUST order as | | | X X X X X X X | | | |
| 12 example shows | | | X X X X X X X X (TO RECEIVE | ALL PRODUCTS, | | |
| 13 | | | PLUS CNG) | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

1 = Driver (Single Card)
2 = Driver (Dual Card)

Date Received _____  Punched by _____  Verified by _____  Shipped by _____  Ship Date _____

**EXHIBIT 8B  PAGE 5 OF**

PP0194

Page __4__ of __4__

# Pacific Pride
## Host Maintenance Card

Requested by __LAURA__          Date __3/19/01__          Phone# (____) _____

Shipping Method:  ☐ First Class   ☐ UPS Next Day   ☐ UPS 2nd Day
                  ☐ UPS Ground    ☐ U.S. Mail Priority

Instructions _____

## Do not show pin numbers on card orders

Host No. __010__    Host Name __METROFUELING__

Shipping Address
City __WILSONVILLE__    State __OR__    Zip _____
P.O. Box _____
City _____    State _____    Zip _____

1 = Driver (Single Card)
2 = Driver (Dual Card)

| Reference | Card Type | Card # | Category Restriction 1 2 3 4 5 6 7 11 12 17 18 19 | Qty Restr 20 30 60 120 P-G 250 | IDENTITY Host  Identity/Cust. # 0 1 0 1 2 3 4 5 6 | ENABLE Odom-eter | Misc/Keybd |
|---|---|---|---|---|---|---|---|
| 1 Petro-Canada cards are restricted | 1 | 1 2 7 0 0 0 0 | X   X   X   X   X | X | 0 1 0 1 2 3 4 5 6 | N | N |
| 2 to diesel and oil, and they are | | | | | | | |
| 3 quantity restricted to 250 liters | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Date Received _____    Punched by _____    Verified by _____    Shipper _____

**EXHIBIT 8B  PAGE 6 OF 6**

# INSTRUCTIONS FOR ORDERING CARDS

The following instructions apply to the card punch request forms. There are separate, though similar, instructions for requesting cards via the Controller in the **Controller Operations Manual** that you received at training.

**Please submit the ORIGINAL card punch request form written in ink or soft-lead pencil when ordering cards.**

**Page ____ of ____**   Number each page and indicate the total pages, even if you are submitting only one page. If we have any questions, we can reference the page by page number and line number. Cards returned to you may also be referenced by page and line numbers.

**Host Number**   The host number identifies the franchisee to whom the cards are issued. Enter your host number here.

**Host Name**   Enter your company name here.

**Shipping Address**   Indicate the address to which the cards are to be mailed if different from the Card Preparation Information Form. Be sure to indicate the correct ZIP Code for the street or P.O. Box address.

**Shipping Method**   Indicate the method you wish the cards to be shipped if different from the Card Preparation Information Form. **Please return the Card Preparation Form to Laura or Robin at Pacific Pride.**

**Requested By**   Identify whom we should contact in the event of an error in your order or if additional information is needed.

**Date**   It is important that you date your request. These forms will also be date stamped by Pacific Pride/AmeriNet card preparation personnel and returned to you with your order. Please include a telephone number where you can be reached if different from the Card Preparation Information Form.

**Reference**   This area is for your use only. Use it to indicate customer, driver, or vehicle to whom the card is being issued. You may wish to use names, abbreviations, or customer numbers, whatever works for you for maintaining appropriate confidentiality.

**Card Type**
Card Type tells the Petro Vend whether to expect one or two cards to activate the pump. In a two-card system, the Driver Card is inserted and removed and is followed by the insertion of a Vehicle Card.

Card Type 1 – Driver Card only. This card will contain the requested restrictions.

Card Type 2 – Driver Card. After reading this card, the Petro Vend will request the insertion of the Vehicle Card into the reader.

Card Type 3 – This card contains specific information requested, i.e., product or quantity restrictions/odometer or misc. keyboard.

**The Driver and Vehicle Cards cannot be used separately. The Driver Card must be inserted and is then followed by the Vehicle Card.**

**Card #**
Enter the seven-digit Driver Card number (assigned from your issued card block) or up to four-digit Vehicle Card number.

The vehicle number is a one- to four-digit number you or your custome assigns. These numbers can be used as often as you choose. In all cases, card number **MUST** be specified. **Use numbers only,** no alphas. (The Vehicle Card does not come from your issued card stock.)

**Product Restrict**
Place an "X" in the column(s) corresponding to the product(s) the cardholder is restricted to purchase. If there are no restrictions, draw a line through all columns.

**Regular Product Categories are:**

| | |
|---|---|
| 1 | Regular Gasoline |
| 2 | Unleaded Gasoline |
| 3 | Diesel |
| 4 | Premium Gasoline |
| 5 | Motor Oil |
| 6 | Truck Scales, Washes, etc. |
| 7 | Aviation Fuels |
| 11 | ALT Diesel (Diesel #1, Premium Diesel & Kerosene |
| 12 | Midgrade Unleaded |

**Special Product Categories are:**

| | |
|---|---|
| 17 | Off-Road Diesel |
| 18 | Propane |
| 19 | CNG (Compressed Natural Gas) |

**EXHIBIT 8C  PAGE 2 OF 4**

**Special Product Categories** need to be "X"ed for purchase regardless of status of Categories 1 thru 12. Categories 18 and 19 cannot be requested on the same card.

**Qty Restrict**      Place an "X" in the column corresponding to the transaction quantity limitation desired. If no restrictions are requested, draw a line through all of the columns.

**Identity Section**      Host number is the same as the host number in the upper left corner of the form.

The six-digit identity is any additional cardholder identification you may wish to be recorded in each transaction made by this card. Such identification may be your A/R customer account number or additional driver information.

**\* \* \* \* \*CAUTION\* \* \* \* \***

The six-digit identity is **NOT** required by Pacific Pride/AmeriNet. It is for your use only. The features of your billing system are unknown to Pacific Pride; therefore, we are unable to verify the accuracy of this entry.

**Enable Odometer**      If your customer wishes the cardholder to enter an odometer reading, place a "Y" (YES) in this column. Otherwise, to disable the odometer entry, place an "N" (NO) in this column.

**Enable Misc Keyboard**      If the cardholder is to enter an additional nine digits of information (Miscellaneous Keyboard Entry), place a "Y" (YES) in this column or an "N" (NO) if not needed.

**NOTE:**      When requesting cards in a dual-card format (Card Types 2 and 3), odometer is controlled by the Type 3 card. Miscellaneous must say "YES" if you want to use an additional I.D. number. The Type 3 card controls product restriction.

**PETRO-CANADA**      All international cards are processed the same as Pacific Pride/AmeriNet cards, with the exception of available products. An agreement between Pacific Pride and Petro-Canada allows diesel and oil products only. Although the cards are cut for use in Canada, they also will dispense product in the United States. If you have any questions about the international card, please call the Pacific Pride card department for assistance.

**EXHIBIT 8C  PAGE 3 OF 4**

# PACIFIC PRIDE SERVICES, INC. & AMERINET
# CARD PREPARATION INFORMATION

Complete the information below, indicating the typical shipping address and shipping method to return cards to you. **PLEASE RETURN THIS FORM TO THE CARD DEPARTMENT WHEN COMPLETED.**

Host Number _____

Host Name _____

Postal Address _____

_____

_____

City _____ State _____ ZIP _____

Shipping Address _____

_____

City _____ State _____ ZIP _____

Contact Person _____

Telephone (      ) _____

Shipping Method   ____First Class  ____Airborne Overnight  ____Airborne 2nd Day
____UPS Ground  ____UPS 2nd Day  ____UPS Overnight
____U.S. Priority  ____Other (please specify)_____

**Instructions** _____

_____

_____

**EXHIBIT 8C  PAGE 4 OF 4**

# CHAPTER 9 - MAINTENANCE, RECONCILIATION & INSPECTIONS

Section 1: Site Maintenance ................................................................ 9-1
Section 2: Fuel Spills ...................................................................... 9-1
Section 3: Card Reader Maintenance ....................................................... 9-2
Section 4: Volume and Checks .............................................................. 9-4
Section 5: Annual Inspection Report ....................................................... 9-4
Section 6: Incident Report Procedures ..................................................... 9-4

## EXHIBITS

9A.     Pacific Pride Annual Inspection Report ......................................... 9A-1
9B.     Incident Report Procedures .................................................... 9B-1

## Section 1: Site Maintenance

Your Pacific Pride sites must be maintained to ensure that the sites are safe, clean, and well lit. The equipment must be in proper working order at all times. The Pacific Pride Commercial Fueling System is known for providing sites to the commercial customer that are efficient, clean, and safe at all hours of the day or night. Pacific Pride's success depends on every site in the system being up to standard in all areas. Your customers, as well as other marketers' customers, will show their appreciation for a clean, well-kept site by returning again and again to fuel. Each Pacific Pride site must be self-inspected every year to ensure that sites are in compliance with the Pacific Pride standards. The "Pacific Pride Annual Inspection Report" (Exhibit 9A) is an effective tool for measuring the location's appearance and operation. You are encouraged to review your site periodically throughout the year to ensure your site is the best it can be. A reporting procedure for people with comments about sites has been established, and we encourage you to use the "Incident Report" form (see Exhibit 9B) to report these comments from your customers. The "Pacific Pride Annual Inspection Report" and "Incident Report Form" are discussed in Sections 5 and 6 of this chapter.

## Section 2: Fuel Spills

a.   Now is the time to inspect your locations to make sure your sites do not have contaminated areas caused by accumulated spills.

b.   We suggest the following guidelines concerning spills and their prevention:

1.   Instruct customers in proper use of equipment.
2.   Clean all spills as soon as possible using an approved method.
3.   Clean diesel stains from islands and island pad.
4.   Implement an ongoing nozzle test and replacement program to ensure properly operating nozzles.
5.   Redesign, if necessary, site storm drain system to ensure spills do not enter the city storm sewer system.

Condon
EXHIBIT NO. 2
2-16-07
SCHMITT & LEHMANN, INC.

6.  Satellite fueling:
    (a) If your sites are equipped with satellite-type fueling, a combination of customer training and signs requiring the nozzle to be manned may help.
    (b) Install an oil/water separator to capture a spill before it contaminates the environment.
    (c) Install pressure-activated nozzles.
7.  Develop a spill contingency plan including training of your personnel and maintaining an industry-approved cleanup material on hand.
8.  Design all future sites to allow maximum protection from spills.
    (a) Install an oil/water separator or at least design the island pads to allow the future installation of separators.
    (b) Protect site storm drains.

## Section 3: Card Reader Maintenance

The Petro Vend and SmartLock™ systems were designed to be as maintenance free as possible. The procedure described below should be performed at specified intervals to ensure trouble-free operation.

a.  **Battery.** The battery installed in the Fuel Site Controller is a 10-year shelf-life battery with the capability of 5,000 hours of backup power. This battery powers the memory that retains all information such as pump parameters, card validation, and pump status. **Check the battery** periodically by calling the system and doing a "show system." A battery test will automatically be performed and a status displayed.

b.  **Card Readers.** Clean and wax the outdoor card reader station often to prevent rust and to extend the life of the unit's finish.

If you are not considering installing a canopy, we recommend you purchase a card reader weather cover. The covers are an inexpensive way to provide some protection from the weather for your customers and card reader. These card reader covers are available from a variety of sources.

Cleaning the optical card reader Lexan plates should be done at least every two to four weeks, or more often for high-volume or dusty sites.

1.  The vast majority of optical card reader errors are not attributable to hardware/card defects, but rather to soiled card reader Lexan plates.
2.  Petro Vend has "Kard Reader Kleaners" in their product line. These can be ordered from your Petro Vend equipment supplier (Part No. 020-4401). We suggest that you supply these cleaners to your site supervisor to be used as part of their regular maintenance program. Instructions for use are printed on each card. This activity should be

performed every two to four weeks, depending on use and environmental conditions. If you do not have the "Kard Reader Kleaners," blotter paper cut to the size of a card can be dipped in rubbing alcohol and inserted into the card reader to clean the plates.

c.    **Optical Card Reader.** Optical readers contain LED's protected by Lexan plates. The plates require intermittent cleaning. Depending on usage, you should clean the plates daily or every other day to reduce the number of bad reads. The plates require periodic replacement. You can replace either the plates or the entire reader.

1.    Replacement Optical Plates Only: Part # 50-3044-SET
2.    Replacement Optical Reader Assembly: Part # R20-4050

d.    **Cleaning or Replacing the Card Reader Removable Lexan Plates (Procedure to be Followed After Cleaning with Alcohol Dipped Card Reader Cleaning Cards):**

1.    Unlock cabinet.
2.    Turn service switch off.
3.    Remove ribbon cable connector from the card reader assembly. Note that the cable connector always faces your right on a C/OPT and the door on a System2™ FIT.
4.    Remove two 5/16 nuts holding card reader assembly to card reader door pocket.
5.    Remove the Lexan plates from the bottom of the card reader assembly <u>ONE AT A TIME</u> and clean with denatured alcohol or replace with new ones.

**CAUTION:**
**Make sure the plates are reinstalled in their original slots, as placement of the plates is critical. The clear plate goes on the side with the gray cable connector.**

6.    Reinstall card reader assembly to the door pocket using the two nylon 5/16 nuts and reconnect the gray ribbon cable.
7.    Turn on service switch.
8.    Close and lock door.
9.    Test operation using known good card.
10.   You should be in operation at this time. If you still have problems, refer to the Petro Vend Reference Manual.

e.    **Magnetic Card Reader.** Magnetic card readers contain magnetic heads like those on a tape recorder. Depending on usage, you should clean the

heads with card reader cleaning cards daily or every other day to reduce the number of bad reads.

The heads require periodic replacement. You can replace either the heads or the entire reader:

1.    Replacement Magnetic Head Only: Part #75-1018
2.    Replacement Mag Card Reader Assembly: Part #75-3020

## Section 4: Volume and Checks

You must determine the frequency of audits depending on the volume through your site. Refer to federal or local regulations for correct implementation of inventory reconciliation.

## Section 5: Annual Inspection Report

Each year all Pacific Pride sites are to be inspected. See Exhibit 9A for a copy of the inspection report form and instructions. To ensure that your site is consistently clean, safe, well identified, and in compliance, it is wise to perform your own self-inspections on a regular basis. It requires a team effort to ensure sites throughout the network are the best they possibly can be.

## Section 6: Incident Report Procedures

We have an incident report program that is used to continually monitor the network for uniformity, standard compliance, cleanliness, service, and satisfaction. Comments and reports from other members in the network are an important means of communication with us to determine problems or pass along positive comments. Our only goal is to maintain the superior standards our customers have come to expect throughout the network. Refer to Exhibit 9B for a copy of the "Incident Report Form."

When your customer reports to you that they have experienced problems at another franchisee's site, please employ the following procedures:

(1)    Complete a report on the incident and include the following information:
   a.    Site location
   b.    Time, date, and product used
   c.    Customer name, account number, telephone number (office and home)
   d.    All details of incident
   e.    Copies of all repair and towing bills.

(2)    Report incident by telephone to the franchisee owning the site. Try to resolve the issues at this level. (Refer to Pacific Pride Franchise Agreement, Exhibit A, Item XVI D. 27)

(3)     Send a complete written incident report to the franchisee and to **Pacific Pride, Attention: Joe.**

(4)     Franchisee owning the site will immediately make a full investigation of the incident, including (if necessary):
   a.     filing the claim with the insurance company.
   b.     checking tanks for contamination.
   c.     checking filters.
   d.     laboratory product testing.
   e.     site audit for similar problems with the same product at the site during the same time frame.
   f.     investigating repair work.

(5)     Franchisee owning the site will send a complete investigation report to the franchisee owning the account and to Pacific Pride within two weeks of receiving the incident report.  The report will indicate the results of the investigation and what action the site operator has taken to remedy the situation.

# NOTES

# PACIFIC PRIDE ANNUAL INSPECTION

| | |
|---|---|
| **FRANCHISE NAME:** | **DATE:** |
| **SITE LOCATION:** | **HOST/SITE CODE:** |

## INSTRUCTIONS

1. *Due Date* - <u>Sept 30th</u> of every year.  Have the inspection report completed and returned (with pictures <u>when required</u>).  If you have any questions, please call Jamie or Joe at 800-367-5066.

2. *Complete* - All sections of this form.  It is necessary to complete the FRANCHISE NAME, DATE, SITE LOCATION ADDRESS AND HOST/SITE CODE.  This allows us to identify the site and to document the inspection.

3. *Compliance* - The **BOLD ITEMS** on the form indicate items, which are **<u>Pacific Pride requirements</u>** and *must* be complied with unless governmental codes and/or supplier regulations prohibit.  *If compliance is prohibited, you must furnish a written copy of the code or regulation prohibiting the compliance <u>with your completed inspection report</u>*.

4. *Pictures* - 4 to 6 color pictures are **REQUIRED** after any significant changes have been made. They must include the following:

   - Total site
   - Fueling Area (both sides of each island)
   - Pacific Pride sign
   - Pacific Pride graphics and stripes
   - Pacific Pride card reader
   - Air/Water station
   - Oil Machine (if applicable)

5. *Yes and No Columns* - Make a check in the appropriate column next to each item.  List any comments in the space provided at the end of the report.

6. *Comments* - When making comments, indicate the number and letter you are referencing.  <u>**All required items which are not satisfied need a comment**</u>.  Please include:

   - Item Number
   - Explanation as to non-compliance
   - Your plan to satisfy the requirement
   - Estimated date of compliance

7. *Copies* – Please make copies of these forms for each Pacific Pride site.

**EXHIBIT 9A  PAGE 1 OF 6**

| INSPECTION ITEMS | YES | NC |
|---|---|---|

1. <u>OVERALL SITE APPEARANCE</u>:

    A. Are you actually at the site performing this inspection?  (Required)

    B. Are trash containers available?  (Required)

    C. Is overall cardlock appearance attractive and in good repair?  For Example: **SAFE, CLEAN**, Painted and Litter Free.

    D. Are concrete pads and island surfaces **CLEAN**?

    E. Are pumps/dispensers **CLEAN** and in good repair?

    F. Are nozzles and hoses **CLEAN** and operational?

    G. Are miscellaneous vending machines and/or restrooms in good condition and **CLEAN**?

    H. Are all Pacific Pride signs and displays readable, properly mounted, **CLEAN**, up-to-date with the correct Pacific Pride colors?

    I. Are all other signs and displays readable, properly mounted, **CLEAN** and up-to-date?

    J. Is the Canopy **CLEAN** and in good condition?  (If applicable)

2. <u>AT THE PUMPS OR DISPENSERS</u>:

    A. Do you have a **Dedicated Pacific Pride Island with gasoline for Pacific Pride customers <u>only</u>?  (Required)**

    B. Do you have #2 diesel available?  (Required)

    C. Does your site allow for product restriction?  (Required)
      (For example:  An unleaded only card must not activate a premium or diesel pump)

        1)  Have you tested it?

    D. Do pumps or dispensers show only gallons on the dedicated island?  (Required)

        1) Pacific Pride requires that **NO PRICE** be posted for Pacific Pride transactions. **Your <u>DEDICATED ISLAND</u> must not show <u>ANY price</u>.**  If your location allows for Pacific Pride transactions at retail islands or shared diesel dispensers, you must post Pacific Pride's 2" x 7" decal regarding pricing on the pumps. Pacific Pride Catalog – Decal #39

JUNE 2001

**EXHIBIT 9A  PAGE 2 OF 6**

| INSPECTION ITEMS | YES | NO |
|---|---|---|

E. Do you have Diesel Filters installed?  (Required)

F. Do you have Pressure-Activated nozzles for gasoline and diesel?  (Required)

G. Do you have auto or small truck diesel nozzles?

H. Do you have High-Speed Diesel nozzle for large vehicles?

I. Do you have Hose Retrievers installed and operational?  (Highly Recommended)

J. Are Breakaways installed on all hoses?  (As Required)

K. Are swivels installed?

3. PACIFIC PRIDE SIGNS:

A. **Do you have an installed standard 4' x 10' Pacific Pride internally lit sign?  Pacific Pride Catalog - Sign #9  (Required)**

- OR -

Canopy with Pacific Pride stripes and "Pacific Pride Commercial Fueling" lettering?  (Required)

B. **Do you have a Card Reader Decal on Card Reader?  Pacific Pride Catalog – Sign #8  (Required for SmartLock sites only)**

C. **Do you have a Franchisee I.D. Pump Topper (Located on pump)?  Pacific Pride Catalog – Sign #5 or equivalent**  (You should have a sign of some kind stating your company name and that you are an independent franchisee of Pacific Pride and include your phone number)  **(Required)**

D. **Are the Pumps Numbered (Large & easily visible on both sides)?  (Required)**

E. **Do you have a Pacific Pride Decal on Card Reader?  [Supplied by Comdata/ Petro Vend]  (Required)**

F. **Do you have a "Pacific Pride Fueling Only" Sign (Mounted on dedicated island, visible from both island approaches)?  Pacific Pride Catalog – Sign #6 or equivalent  (Required)**

G. Do you have a Pacific Pride Pump Top Locator with a current list (Located on one of the pumps or other visible location)?  Pacific Pride Catalog – Sign #'s 2 & 22.

**EXHIBIT 9A  PAGE 3 O**

| INSPECTION ITEMS | YES | NO |
|---|---|---|

4. <u>OTHER SIGNS:</u>

   A. Is the site branded? If so, which brand name? _____

      **1) If branded, is brand identification on the pump? (Required)**

      2) If not – do pumps have Pacific Pride stripes?

   B. Are other signs posted as appropriate? For Example: "Motor Oil Available at Office", "Air/Water", "Leak Detector Warning", "High Speed Diesel Pump", etc.

   C. Are the following signs posted as required by Fire Marshal Regulations, Federal or State Regulations?

      1) Fire Extinguisher sign (Address, Fire Dept. Number, Use Emergency Off Switch, Report Accident) Install by the Fire Extinguisher. Pacific Pride Catalog - Sign #48 or equivalent

      2) Emergency Shut-off sign. Pacific Pride Catalog – Sign #47 or equivalent

      3) Fire Safety sign (Located on island - readable from both sides of the island), including the following items. Pacific Pride Catalog - Sign #44 or equivalent

         ➢ No Smoking
         ➢ Flammable Gas
         ➢ Turn Engine Off When Refueling
         ➢ User Must Remain Outside Vehicle with Nozzle in View While Fueling
         ➢ Unlawful to Dispense Fuel into Unapproved Containers (Federal Regulation)

      4) "In Case of Emergency Phone Number" decal (Located by card reader). Pacific Pride Catalog – Sign #49 or equivalent

      5) Card Reader Instruction sign located on card reader. [Supplied by Comdata/ Petro Vend]

      6) Telephone symbol sign or Alarm System sign.

      7) Product Decal for Product Identification (Located on both sides of the pump). Pacific Pride Catalog – Sign #10 or equivalent

      8) Octane Posting (Located on both sides of the pump).

JUNE 2001

**EXHIBIT 9A  PAGE 4 OF 6**

| INSPECTION ITEMS | YES | NO |
|---|---|---|

5. <u>MISCELLANEOUS:</u>

    **A. Do you have Windshield Cleaning Materials available?  (Required)**
    (Paper Towels and/or squeegee, and clean soapy water)

    **B. Do you have Air and Water Station Available?  (Required at no customer cost)**

    **C. Do you have the lights on Sensors &/or Automatic Timers; are they operational?**
    **(Required)**

    D. Do you have a Fire Extinguisher at the site?  (As Required)

    E. Do you have a Phone/Alarm System (Can be a standard pay phone)?  (As Required)

    F. Is there an Emergency Off Switch?  (As Required)

    G. Are Sales Brochures at site?

    H. Please check for these Environmental factors, and clean up as necessary:

        &#10148; Diesel or Gasoline Spills on Islands

        &#10148; Diesel or Gasoline Spills on pads

        &#10148; Accumulated Spills

        &#10148; Other

**(OVER)**

JUNE 2001

**EXHIBIT 9A  PAGE 5 OF**

Comments: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


SIGNATURE: _____ DATE: _____

Name: (Please Print) _____



REMEMBER TO ENCLOSE:


1)  4 TO 6 PHOTOS OF YOUR SITE – after any significant changes have been made.


2)  A LETTER OF EXPLANATION FOR ALL NON COMPLIANCE ITEMS CAUSED BY
GOVERNMENTAL OR SUPPLIER REGULATIONS, OR COPY OF CITY ORDINANCE.

**EXHIBIT 9A  PAGE 6 OF 6**

## CHAPTER 9 EXHIBITS

9A.    Pacific Pride Annual Inspection Report ...............................................................9A-1
9B.    Incident Report Procedures ...............................................................................9B-1

PP0200

# <u>NOTES</u>

# PACIFIC PRIDE FRANCHISEE INCIDENT REPORT PROCEDURE

When your customer reports to you that they have experienced problems at another franchisee's site, please employ the following procedures:

(1)   Complete a report on the incident and include the following information:

    a.   Site location

    b.   Time, date, and product used

    c.   Customer name, account number, telephone number (office and home)

    d.   All details of incident

    e.   Copies of all repair and towing bills.

(2)   Report incident by telephone to the franchisee owning the site.  Try to reconcile the differences at this level.  (Refer to Pacific Pride Franchise Agreement, Exhibit A, Item XVI D. 27)

(3)   Send a complete written incident report to the franchisee and to **Pacific Pride, Attention: Joe.**

(4)   Franchisee owning the site will immediately make a full investigation of the incident, include (if necessary):

    a.   Turning the claim in to the insurance company

    b.   Checking tanks for contamination

    c.   Checking filters

    d.   Laboratory product test

    e.   Site audit for similar problems with the same product at the site during the same time frame

    f.   Investigate repair work

(5)   Franchisee owning the site will send a complete investigation report to the franchisee owning the account and to Pacific Pride within two weeks of receiving the incident report.  The report will indicate the results of the investigation and what action the site operator has taken to remedy the situation.

**EXHIBIT 9B  PAGE 1 OF 4**

PP0202

# PACIFIC PRIDE INCIDENT REPORT

REPORTING FRANCHISE COMPANY NAME:

DATE:                               TIME:

INFORMATION TAKEN BY:

INFORMATION GIVEN TO:

SITE:

ADDRESS:

CITY:                    STATE:      ZIP:

| I | SITE COMPLIANCE (Details on non-compliance) |
|---|---|

| II | SITE PROBLEMS |
|---|---|
| A | Pump Not Working: |
| 1. | Pump Number: |
| 2. | Hose Problem: |
| 3. | Nozzle Problem: |
| 4. | Break-A-Way Problem: |
| 5. | Runs Very Slow: |
| 6. | Other: |
| 7. | Explanation: |
| B | CARD LOCK NOT WORKING |
| 1. | Will Not Accept Card |
| | a.  What does Card Reader readout say? |
| | b.  Have you used the card recently at other Pacific Pride sites? |

PP0203

| C | NON-FUNCTION SUPPORT ITEMS | |
|---|---|---|
| | 1. | Problem with air (Tire inflator) |
| | 2. | Problem with water (Radiator water) |
| | 3. | Problem with lighting |
| | | |
| D | OTHER PROBLEMS | |
| | 1. | No Squeegee |
| | 2. | No windshield washing mixture |
| | 3. | No paper towels |
| | 4. | Site needs to be cleaned up |
| | 5. | Other: _____ |
| | | |
| | | |
| E | FUEL SPILL | |
| | 1. | Spill near or caused by: |
| | | a.  Pump # |
| | | b.  Product |
| | 2. | How large is the spill_____ |
| F | REPORTING INFORMATION | |
| | 1. | Reporting Franchisee: |
| | | a.  Name: |
| | | b.  Person: |
| | | c.  Phone #: |
| | 2. | Customer Information: |
| | | a.  Name: |
| | | b.  Phone Number: |
| | | c.  Host Company: |
| | | d.  Name of the Account: |
| | | e.  Account Number: |

**EXHIBIT 9B  PAGE 3 OF 4**

PP0204

**THIS PAGE INTENTIONALLY LEFT BLANK**