# CHAPTER 10 - PACIFIC PRIDE MARKETING

Section 1: How To Do It Right ........................................................................ 10-1
Section 2: Developing Your Pacific Pride Marketing Plan ........................... 10-1
Section 3: A Dedicated Sales Force ............................................................. 10-3
Section 4: Hiring the Perfect Sales Representative ..................................... 10-3
Section 5: Compensation...A Decision Only You Can Make ........................ 10-5
Section 6: Before the Site Opens ................................................................. 10-6
Section 7: The Real Stuff - Marketing .......................................................... 10-8
Section 8: There are Some Marketing Rules .............................................. 10-13
Section 9: Maintaining Your Accounts ......................................................... 10-19
Section 10: Refusing Accounts .................................................................... 10-19
Section 11: Strategies for Pricing ................................................................ 10-20
Section 12: Advertising ................................................................................. 10-21
Section 13: Designing Your Billing System .................................................. 10-23
Section 14: Choosing a Billing System ........................................................ 10-25
Section 15: NOW, IT'S UP TO YOU ............................................................ 10-26

## EXHIBITS

10A.    Sales Training Manual ................................................................... 10A-1
10B.    Sample Press Releases ................................................................ 10B-1
10C.    Standard Industrial Code (SIC) Numbers ..................................... 10C-1
10D.    North American Industry Classification (NAICS) Numbers ........... 10D-1
10E.    Pacific Pride Ad Slicks .................................................................. 10E-1
10F.    Radio Ads ...................................................................................... 10F-1
10G.    Media Guidelines ........................................................................... 10G-1
10H.    Billing Software Providers .............................................................. 10H-1
10I.    Sample Billing ................................................................................ 10I-1

## Section 1: How To Do It Right

You've done it. You've joined the Pacific Pride Commercial Fueling System. You've signed the Franchise Agreement on the dotted line and you're saying, "What's next? What do I do now and how do I do it?"

Now is the time to establish your Pacific Pride business as a major contributor to your company's profit. Where do you see Pacific Pride in your overall company plan and how do you achieve that goal? Begin by evaluating your entire staff. Does your company have the resources within to support and develop the Pacific Pride portion of your business to its full potential? Are you going to oversee this portion of your company or is someone else? A marketing plan will help you put this all in perspective. Are you going to hire a salesperson? How do you go about this process? Where do you market, etc.?

## Section 2: Developing Your Pacific Pride Marketing Plan

Just as a business plan is important for business success, a marketing plan is critical for marketing success and is an integral part of your business success. Following is a simple

outline of a marketing plan. We will explain each area in detail. Please read through the outline and suggestions and create a marketing plan to suit your unique marketing needs.

## PACIFIC PRIDE PLANNING OUTLINE

I. Marketing Plan

    A. Hire a salesperson
        1. In-house
        2. New person
        3. Hiring criteria
            a. Education
            b. Experience
            c. Qualities
        4. Ad or word of mouth
        5. Interview
        6. Training
        7. Compensation

    B. Before site opens
        1. Office meeting
            a. Entire staff
            b. Explain Pacific Pride
            c. Ask for sales commitment
            d. Ask for suggestions and leads
            e. Pull up vendor list
            f. Decide where and how to market

    C. Market
        1. In your area
            a. Where to market
                1) Around site
                2) ZIP Codes
            b. Who to market
                1) Businesses
                2) Gallonage
                3) SIC categories
            c. How to market
                1) Mass mail
                2) Field sales
                3) Telemarketing
                4) Combination
                5) All of the above

2. Leads
   a. Sources
   b. Types
      1) Conversions
      2) Vendors
      3) In-house leads
      4) Current customers
      5) Tape recorders
      6) Underground storage list
      7) Associations
      8) PUC list

3. Out of area
   a. Why
   b. Where

4. Advertise
   a. Types
      1) Newspaper
      2) Billboards
      3) Marketers
      4) Friends and family
      5) Current customers
      6) Media
   b. Advertising co-op

The following guidelines are suggestions for developing your marketing strategy. Should you have any comments, further ideas, or suggestions regarding marketing that we have not covered please contact Pacific Pride and share them with us. Any marketing plan should incorporate the unique aspects of your company, personnel, management style, and philosophy.

## Section 3: A Dedicated Sales Force

Hire a salesperson dedicated to the business of marketing the Pacific Pride network. A person dedicated to a specific job will have fewer distractions and will be more committed to the process. You may have an existing employee who wants to make a career move and has the ability to assist you with the marketing of Pacific Pride, or you may have to find a salesperson from an outside source.

## Section 4: Hiring the Perfect Sales Representative

In hiring a salesperson to represent your Pacific Pride business, it is best to hire a person with no prior fuel sales experience. Often people who have sold fuel in another environment are convinced that price is the most important element of the sale. They have trouble understanding the concept of cardlock sales. You are selling a network of

fueling sites and an accounting system that tracks and controls the end user's total fueling dollar. You are providing a service to your customer base. Price is not the most important element to the decision. The person should have completed high school. He or she should be outgoing, confident, articulate, assertive, goal oriented, organized, and creative.

a.    **But, First You Must Find the Person.** Now is the time to be creative and innovative in your hiring techniques. Think about people you have enjoyed working with from other industries. Let your friends, family, and staff know you are looking for a "crackerjack" sales associate. Who do you know who could fill this position? Who would you like to have join your team? Place an ad in the paper. Your ad should be a blind ad. A blind ad is an ad that doesn't list your company name. State that you are an established petroleum company seeking a full-time salesperson. State your requirements and have résumés mailed to you at the paper or to a post office box. Ask the people you have talked to in person to mail a résumé or bring it to the office. Communication is one of the most important aspects to sales. Be sure to have your prospective sales representative send you a résumé so you can assess their writing abilities and ability to organize their thoughts.

Read each résumé. Ask an employee or family member to read the résumés, too. Discuss each applicant's qualities, experience, and education. Listen to your gut feelings. If someone impresses you without a reason, it's okay. Oftentimes your intuition is your best ally. Eliminate the applicants who do not fit your criteria and set up individual interviews with those who do. You may choose to have the employee or family member also interview each applicant. After the interviews choose your finalists. Call each finalist and talk to the him or her over the phone. How does this person sound? Is he or she understandable? Is the speaking voice pleasant and interesting? What picture forms in your mind while speaking to this person? Interview each finalist and make your decision.

b.    **Spend the Proper Time and Attention to Training.** Pacific Pride offers a three-day training school in Salem, Oregon, each month, except December. We encourage you to send your salespeople to this class. The training will introduce your salesperson to all aspects of Pacific Pride, including a section on marketing.

This **Operations Manual**, the sales training workbook (Exhibit 10A), and the availability by phone of Phyllis Nygaard, our in-house marketing expert, will provide information and resources to train your new representative about Pacific Pride sales. Phyllis can be reached at 1-800-408-3835. Phyllis routinely visits Pacific Pride marketers to help them achieve sales goals. Her schedule is set in advance by area. When she will be in your area she will schedule a time to meet with you and your sales staff.

Your training should include familiarizing your new salesperson with your office and credit policies. Although your new sales representative will not be making those important credit decisions, it is important that the representative know the credit criteria his or her applicants will have to meet. Make your sales staff aware of your expectations and goals. Introduce the salespeople to your staff and have each person explain what their job is. Likewise, explain to your staff what the salesperson does. One of the most confusing things for new people in this position is trying to figure out who does what and how these people will affect their performance. Making these introductions early in the process will ease in the transition.

## Section 5: Compensation...A Decision Only You Can Make

A salesperson may be compensated in a variety of ways: salary only, salary plus commission(s), or straight commission(s). Paying a salesperson a salary usually does not provide the incentive necessary to get the salesperson out selling the system.

a.   **Salary Plus Commission.** The most accepted form of compensating a salesperson in the cardlock industry is salary plus commission. The salary is a set amount that provides the salesperson with a minimal living. The commission is what motivates the salesperson to make the sale. Commission may be paid on a variety of quantifiable objectives: credit-approved accounts, accounts opened and using, cards issued, gallons purchased, or a combination of performance goals.

b.   **Commission on Accounts.** A commission paid on accounts established will motivate your sales representatives to get applications in and accounts established for customers. This method does not ensure that the salesperson will follow up and get the new accountholder to use the system. Remember that opening an account and issuing cards to an account that does not use the system only costs you money.

c.   **Commission on Approved Accounts and Purchasing.** Commission paid on accounts that are credit approved and using the system helps to insure that the customer uses his card but does not provide an incentive for the salesperson to monitor his accounts for fuel usage on a continual basis. If the commission is structured on a scale providing a larger commission on gallons at the beginning of the account and lesser amount as the account continues to purchase, the salesperson will be motivated to get the account purchasing as many gallons as possible quickly. An example of this type of commission structure is:

An account is approved January 1. Cards are issued and mailed to the new customer. For purposes of this example, let's say the commission rate is 5 cents a gallon for the first three months of an account and 1 cent a gallon for the life of the account. It usually takes five working days to receive the cards

from Pacific Pride. Then the cards have to be delivered to the new customer This does not allow the customer to use the Pacific Pride system fully the month they are approved. The 5 cents a gallon is paid on the second, third, and fourth month of the account, and 1 cent per gallon is paid thereafter.

| | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| Gallons | 106 | 212 | 593 | 728 | 752 | 726 |
| Commission | .00 | .05 | .05 | .05 | .01 | .01 |
| Total | 000 | 10.6 | 29.65 | 36.40 | 7.52 | 7.26 |

The salesperson does not get paid for the first month but does call the customer, makes sure the customer has cards, and gets the customer started. He then has the opportunity for the next three months to work with the new customer and increase the customer's fuel usage. By the fourth month, the salesperson should have the account using at its full potential. After the fourth month of the account the customer knows how to use the system, where the sites are located, and what he can expect from the network; plus there has been a user "loyalty" developed between your company and the new account. You now have a well-established account, and the salesperson still gets compensated, to a lesser degree, since the account does not require as much of the salesperson's time.

d.    **Straight commission or commission-only sales.**  This commission is structured on cents per gallon for the life of the account. The salesperson only gets paid for gallons sold. This method of compensation ensures that the salesperson is continually bringing in new accounts. It is very difficult to find a salesperson that can afford to work without a base salary, at least at the beginning of his employment.

Starting a salesperson on a base salary plus commission can be worked into a straight commission form of payment. As the salesperson increases his commission, his base salary can gradually be lowered.

There are many additional forms of compensation for salespeople. Consider bonuses and incentive programs for prescribed intervals or contest periods. These programs are usually based on number of gallons, but may be established for number of calls made, number of accounts approved, number of accounts using, etc., depending on what you want to accomplish. We are interested in your ideas on bonuses and incentives and will be happy to provide you with incentive and bonus ideas upon request.

## Section 6: Before the Site Opens

Certain things must be done before your Pacific Pride site opens. Have a meeting with your entire staff, all full-time and part-time employees, before the site opens. Explain the Pacific Pride system in detail, referring to the **Operations Manual.** Tell them your reasons for purchasing a franchise and share with them your vision for this area of your business.

Ask each of them for a list of people they know who own businesses and work for businesses. Explain to them that these lists are of people that live in your community and anywhere else in the United States. Don't forget the network concept. Tell them that you will be soliciting these people and ask their permission to use their names in the solicitation. Set up an employee incentive program. Have a prize for the employee who provides the greatest number of credit-approved and using accounts, or put all new leads in a fish bowl and have a drawing quarterly. For example, the employee who provided the lead receives a weekend trip or a dinner for two. Contact these leads, have them fill out a credit application, and issue them cards when their credit has been approved. When you present the cards to the new account make sure you ask, "Do you know of any businesses that would be interested in having Pacific Pride access cards?" Make sure you do not limit yourself to your community. Again, remember the network concept.

Explain to your staff that they are all Pacific Pride salespeople. They should be providing your sales force with leads continually. Make them aware of the importance their continuing support is in developing the Pacific Pride portion of the business. Include your staff in planning and brainstorming sessions for Pacific Pride. Update your staff on the progress of this new project. By making your employees aware of what's going on and including them, you will increase your sales opportunities.

Ask your accounts payable department to give you a list of all vendors you pay. Vendors you buy from should be contacted and asked for their business.

Ask your friends and family members to provide you with leads. Make them aware that you will be contacting these people and that you will be using their names. Make certain you explain to them that they are not limited geographically. Remember the network.

Contact the local paper. Ask for the business editor. Tell the editor you are interested in having an article written on the new business in town. Tell them about the network and how a Pacific Pride site will bring customers into your area who will be eating in local restaurants, sleeping in local hotels, buying products in your stores and malls, and bringing additional revenue to your area. Stress the network concept. If you have hired a salesperson, announce the addition to your staff. Make the community aware that you will issue cards to all credit-worthy commercial accounts. Make sure you ask the editor or reporter how the paper is currently purchasing fuel. Also ask how the paper's independent route managers purchase fuel for their vehicles and if you can get a list of their names and how to contact them. (See Exhibit 10B for examples of press releases.)

Each time you talk to someone about Pacific Pride, ask if they are a qualified commercial user. If you are talking to someone who is not a qualified Pacific Pride customer, ask him for names of businesses that would be interested in Pacific Pride.

Place an advertisement in your local paper. This advertisement should announce the opening of your site. Invite the media. Have coffee and donuts, hotdogs and non-alcoholic beverages, or how about balloons and popcorn? Be creative. Make it fun and

enjoyable for everyone. It is especially nice to have someone wash windshields and fuel vehicles that day.

Have a grand opening at your new site. Invite the media. Pass out applications. Ask people to fill in the applications and return them to you. Give them a $5 coupon that is redeemable when they mail in their first payment. Give them an incentive to return that application.

Create a flyer. Mail it to all prospective cardlock customers in your area. Explain what Pacific Pride is and invite them to your opening, later following up with a sales call.

Do not forget the network. Each time you talk to a current Pacific Pride customer, mention new sites and the availability of fuel outside your immediate area with the Pacific Pride access card. Find out where your customers travel. Make sure they are aware of where sites are. Your staff should be reminded about the network concept. Consider a bulletin board with a new site update section. Provide your customers with current Pacific Pride maps (updated every six weeks) and the web site address www.pacificpride.com for new site openings.

## Section 7: The Real Stuff - Marketing

It is important that you reach as many prospective Pacific Pride customers within the first six months after your site has opened. After that time, other Pacific Pride marketers are allowed to market in your area. Converting your current customer base to Pacific Pride is the first step in building a cardlock customer base. All of your current key lock or cardlock customers should be issued Pacific Pride access cards. After your current customers are issued their Pacific Pride access cards, the fun starts. Pacific Pride opens up a whole new territory for you to market your services. Wherever there is a Pacific Pride site, you can issue cards to access it. The following information will help you market to customers locally, as well as across the country. A Pacific Pride Marketing Workbook, Exhibit 10A, has been prepared to help you practice your approach.

You should market the ZIP Code areas around your site before moving to other areas. If your site is located in a heavily populated area, use the ZIP Codes within a three-mile radius of your site. If you are in a rural area, consider a ten-mile radius. Make a list of those ZIP Codes.

Target your marketing efforts to businesses that use approximately 200 gallons of fuel a month, or an average of 2,400 gallons of fuel a year. Customers who buy less than 200 gallons per month may be better serviced at retail locations and may not be economically rewarding. Your prospects can be identified using the SIC Standard Industrial Codes. The federal government classifies all businesses using the SIC. There are ten SIC numbers that we know are good automated fueling customers regardless of the territory.

They are:

| | |
|---|---|
| 1500 | General Business Trade Contractor |
| 1700 | Special Trade Contractor |
| 4200 | Trucking and Wholesale |
| 4900 | Electric, Gas, and Sanitation |
| 5000 | Wholesale Trade Non-Durable Goods |
| 5100 | Wholesale Trade Durable Goods |
| 7300 | Business Services |
| 7500 | Automotive Repair Service & Garages |
| 7600 | Miscellaneous Repair Services |
| 9100 | Governmental Agencies |

In addition to the ten SIC numbers listed above, consider the top industries or businesses in your area. Various marketing service firms can provide you with the names of all businesses identified by SIC within specified ZIP Codes. Determine who the customers are and then pursue them. (See Exhibit 10C for a list of SIC numbers.) At some point in the future, the SIC system will no longer be used and the government will convert to the North American Industry Classification Systems (NAICS). A list of NAICS codes is included as Exhibit 10D for your reference.

**A. Where to Get Those Valuable Leads.** There are two national lead list companies: Info USA, 1-888-725-3753; and Dunn & Bradstreet, 1-800-526-9018. Info USA's database is from the yellow pages and is telephone verified. Dunn & Bradstreet's database is credit driven and is verified by written survey to the business. Info USA is generally less expensive. Info USA also has a fantastic web site with SIC numbers available. The web site address is lists@infousa.com.

To order leads call either company and give them a list of your ZIP Codes and SIC numbers. They will tell you how many leads there are in your targeted area and what the cost will be. Then you can make a decision as to whether or not you want to purchase them. Leads can be ordered on 3" x 5" cards, on a computerized list, on a disc, or on address labels. A disc is more expensive than the other choices. We suggest that you also purchase address labels. These labels will be used for flyers, mailers, etc.

All of your vendors should be contacted. If you purchase from them they should purchase from you. Have your accounts payable department give you list of all of your vendors.

The names of businesses your employees, friends, and family have provided you with need to be contacted. Upon credit approval, you can issue them cards.

Your salesperson should have a handheld tape recorder with him or her at all times. He or she can then read names off trucks and businesses. A great place to go for leads is weigh stations and rest areas.

Your state can generally provide you with lead lists. Underground storage tanks must be registered with the state, and many businesses have special fuel tax licenses. Lists of these potential customers may be available for purchase from the proper state agencies for registration or licensing.

Join trade associations. Most states have trucking associations, tow truckers' associations, and dump truckers' associations. Don't forget your area Chamber of Commerce. However, prior to soliciting these agencies or associations, <u>make certain</u> the businesses <u>do not</u> already have Pacific Pride cards.

**B.   Now It's a Matter of Making the Calls.**  There are several ways to market your automated commercial fueling business:

    1.   Inside Sales- selling primarily over the telephone
    2.   Field Sales or Outside Sales - knocking on doors
    3.   Combination of Field Sales and Telemarketing
    4.   Mass Mail - mailing a brochure to a large base of prospects
    5.   Mass Mail combined with Telemarketing
    6.   Mass Mail in combination with Field Sales
    7.   A combination of all of the above

Inside sales are done by calling the prospective customer on the telephone (see Exhibit 10A for phone sales scripts). This can be done by a cold call. The prospective customer has not been sent any material prior to the call. Inside sales can also be used as a follow-up to a mailer or for setting up an appointment for an in-person sales presentation. We have found that inside sales are the most effective way to market the Pacific Pride system. You can get your message to a larger number of people in a shorter amount of time. By making a cold call and then sending out information, you have cut down on your postage expenses. When you make phone calls, there are no travel expenses. Inside sales enable you to contact a greater number of prospects in a shorter period of time than in-field sales. It also saves time for both the prospect and the salesperson. A telemarketer can comfortably make 65 sales calls a day. Generally, the best times to call prospective customers are 9 a.m. to 11 a.m., 2 p.m. to 4 p.m., and 6 p.m. to 8 p.m. Monday mornings and Friday afternoons are particularly bad for sales calls.

**C.   Sales Techniques for Inside Sales.**  The purpose of the first cold call is to get the name of a contact person or, if you already have a contact name, to talk to that person and send out information and an application.

To obtain a contact name call the business and ask the secretary for the name of the owner of the company, manager, or person in charge of purchasing fuel for the company. Always ask the name of the person to whom you are talking. Make a note of that person's name. When you are told the name of the contact, do not ask to speak to him or her. Thank the person to whom you are speaking, using his or her name, and hang up.

Call back three days later. At that time say, "Hi, _____ this is "your name ." Is the name of the contact in?" If the contact is in, tell him or her about Pacific Pride and send out information explaining Pacific Pride. Always include an application in the information packet. If the contact is not in, do not leave a message. Ask if there is a time that he or she is usually available, make a note of it, and call back at that time.

After the information has been sent, the object is to get the completed and signed application returned to your company. Call the prospect and ask if he or she has filled in the application. If so, thank him or her and indicate that you will call back when you receive it. If the application hasn't been completed, ask, "WHY?" and then **don't say a word until you receive an answer. The answer will tell what interests him or her about Pacific Pride and what concerns and questions exist. Overcome any objections and concerns and suggest that the application be filled out** and mailed to you. Then tell him or her that you will call again in a week.

Follow-up is the most important part of the sales process. Always return calls when you say you will. Always provide information in a timely manner. Do what you say you're going to do.

When you start making calls, keep notes on what makes you uncomfortable during your presentation. Change you phrasing, state the question in a different way, and remember that the person on the other end of the phone can't see you. The worst that can happen is that he or she will say no or hang up on you.

There is a lot of rejection with telephone sales. You are talking to a great number of people each day. Don't become discouraged. Sit back, close your eyes, go over the last call in your mind, figure out how you can change it to get the results you want, and dial the next number. It's a numbers game. The more calls you make the more applications you'll bring in, and you'll make a lot more SALES.

If you are having difficulty with your calls, need ideas on how to close a sale with a prospect or would like additional information on sales techniques, please call Phyllis at Pacific Pride Services at 1-800-408-3835.

**D. Field or Outside Sales.** This is what most of us have done in the past. It is the process of knocking on doors, going into a business and making a sales presentation. This can be accomplished by a cold call, which is walking into a business, without an appointment, and making a presentation or setting up an appointment for another time. It can also be accomplished by calling a business in advance and setting up a time for the salesperson to do a sales presentation. With field sales you can usually conduct three to five sales presentations a day.

After the information has been sent, the object is to get the completed and signed application returned to your company. Call the prospect and ask if he or she has filled in the application. If so, thank him or her and indicate that you will call back when you receive it. If the application hasn't been completed, ask, "WHY?" and then **don't say a**

word until you receive an answer. The answer will tell what interests him or her about Pacific Pride and what concerns and questions exist. Overcome any objections and concerns and suggest that the application be filled out and mailed to you. Then tell him or her that you will call again in a week.

Follow-up is the most important part of the sales process. Always return calls when you say you will. Always provide information in a timely manner. Do what you say you're going to do.

**E. Mass Mail Marketing** is done by sending material regarding Pacific Pride to all potential customers in your area. It is then up to the recipient of that material to reply, either by calling for further information or by returning a portion of the mailer. Mass mailing is effective because it delivers information about Pacific Pride to a large number of businesses in a short amount of time. It is expensive and, in order to produce the desired outcome, must be properly targeted and followed up either in person or on the phone.

**F. Combination of Mass Mail and Inside Sales** is extremely effective. Material is sent to a number of prospects explaining Pacific Pride. The telemarketer follows up on the mailer with a telephone call. Follow the guidelines for inside sales. A telemarketer can make 65 calls a day.

**G. Combination of Mass Mailing and Field/Outside Sales** is very effective. Material is sent to a number of prospects explaining Pacific Pride. The salesperson then follows up on the mailer with an in-office sales presentation. The salesperson must call the prospect and set up an appointment. Usually a salesperson can make three to five presentations a day.

**H. Marketing Out of Your Area.** After you have marketed around your own site(s), you may want to market in any area where there is a Pacific Pride, AmeriNet, or PrideNet site. Remember, the site must be open for at least 180 days before you begin to market. **Again, do not forget the network concept. You can acquire a customer base anywhere in the United States or Canada.**

Marketing out of your area requires several decisions. Are you going to establish an office in the new area? Are you going to telemarket the area? Where will your sales staff be housed? What costs will be involved? Are your existing credit policy and application written strongly enough to insure the collection of funds from another city, county, or state if necessary? Be sure to check with your attorney if there are legal considerations in these decisions.

Decide the area in which you want to target sales, order leads, and proceed with the same marketing procedure you used in your area. We suggest that telemarketing is the most effective and least expensive way to market in other areas.

When marketing Pacific Pride, you are **not allowed** to issue cards to another franchisee's customer.

## Section 8: There are Some Marketing Rules

Make sure your salespeople and entire staff are familiar with and abide by the **"Pacific Pride Marketing Practices Policy Statement"** included here. All prospective customers must be qualified before any discussion can take place about becoming a Pacific Pride customer.

YOU MUST ALWAYS ASK:

1.   ARE YOU CURRENTLY A PACIFIC PRIDE OR AMERINET CUSTOMER?
2.   DO YOU CURRENTLY HAVE A CARDLOCK CARD WITH PACIFIC PRIDE OR AMERINET?
3.   IF YOU DO HAVE A CARD, WHEN WAS THE LAST TIME IT WAS USED?
4.   WHO ISSUED YOU YOUR ACCESS CARD?

If the prospect is not a customer, does not have a Pacific Pride or AmeriNet access card, and has not used a Pacific Pride access card within the last nine months, **continue** with your sales presentation. If he or she does have a Pacific Pride card and has used the card within the last nine months, you may **not** solicit the account to be a customer of yours. Inform the prospect where your site is and explain that his or her card will access your pump. DO NOT SOLICIT THE CUSTOMER for purposes of issuing a card. Assure the prospect that his or her card is the same as yours and can be used at your site.

It is important that all Pacific Pride marketers abide by the same policy when marketing to customers. Be sure to read the **"Pacific Pride Marketing Practices Policy Statement"** which follows. If you have any questions about the policy or how any of the provisions should be interpreted, please contact Pacific Pride before proceeding with your marketing.

## MARKETING PRACTICES POLICY STATEMENT

### *Please Read Carefully*

Many Pacific Pride marketers have hired salespeople who are paid to be aggressive when selling Pacific Pride Commercial Fueling to prospective customers.  **Pacific Pride Services, Inc.,** applauds the efforts of these marketers and the salespeople involved with the end users.  It is because of you that this network works.

There are certain rules that all salespeople and other personnel must follow when selling the Pacific Pride Commercial Fueling System to prospective customers.  These rules will minimize confusion among customers, salespeople, and franchisee management.

1.  Before a customer is presented with information regarding the Pacific Pride fueling network by a salesperson, the customer must be asked, "**Are you currently using the Pacific Pride/AmeriNet network?**"  Many times, a customer may not say they are with Pacific Pride, but rather that they are with "ABC Oil Company."  It will be important for you to know the names of other Pacific Pride marketers to distinguish whether ABC Oil Company is a Pacific Pride franchisee.  There should be no sale before the customer is asked this question to determine whether he or she is using the Pacific Pride network.  If the customer is using the Pacific Pride network or has used cards from a Pacific Pride/AmeriNet franchisee within the last nine months, any attempt to put cards into this customer's hands must end.  If the customer is not using the Pacific Pride network, the sale can proceed.  If everyone selling Pacific Pride will remember to ask this question, the chance of conflict will be significantly decreased.  Pacific Pride Services requires that, in addition to asking the question during the solicitation, all marketers add the question to their Pacific Pride application.  The application will provide evidence that the franchisee made an effort to obtain the information if a dispute arises.

2.  **Pacific Pride Services, Inc.,** has condoned the consolidation of accounts even if different branches were using the cards of another franchisee.  Because of the confusion consolidations have caused and the "stretching" of the meaning of consolidation, we are clarifying our position.  It is a violation of your Franchise Agreement to solicit business away from another Pacific Pride/AmeriNet franchisee.  There are instances when a company's corporate office approaches a franchisee to combine all of the company's fuel business into one invoice and billing.  When a corporate office makes the purchasing decision and the billing goes directly to the corporate office, a

consolidation can occur. However, if the individual branches are responsible for making their own buying decisions (even if influenced by the corporate office) and receive a billing for and pay for their own fuel purchases, a consolidation cannot occur. Make sure your credit application asks the question, "Are you a Pacific Pride/AmeriNet cardholder?"

3.    If a prospective customer calls in to request information regarding your Pacific Pride program, they must be asked, "Do you have Pacific Pride/AmeriNet cards?" If the prospective customer answers, "Yes," but indicates dissatisfaction with his or her current host company, you still are not to continue giving information. At that point, you must not disclose any information, but rather refer the customer to his or her current host to resolve any problems the customer may have. You may not take on the customer at this point. After referring the customer to his or her host, call the host franchisee and notify him or her of the customer's dissatisfaction and request for information. The bottom line is that you cannot take on a customer who has Pacific Pride/AmeriNet cards and has used the system within the last nine months.

4.    When is a customer not a customer? If a customer has been issued cards but has never used the cards he or she is not a customer. Wrongful solicitation has always been measured by use of the card to define what a customer is. If a customer has used his Pacific Pride/AmeriNet access cards in the past but has not used the cards for any purchases for a period of nine months, he or she is no longer a customer and can be solicited. However, please understand that the franchisee who issued cards to this customer in the past has every right to try to retain the business.

5.    **Pacific Pride Services, Inc.,** has a responsibility to marketers to see that site information, such as site codes and addresses, is provided to marketers in a timely manner so billing packages can be updated. That is precisely the reason "New Site Lists" are sent out every month over the Controller and can be seen on the Marketers' side of the web site. These are not distributed to inform marketers of new sites open for solicitation. **Pacific Pride Services, Inc.,** prohibits solicitation around new sites from the time notification of the pending site has been released to marketers until 180 days after opening of the site. This does not mean that you cannot inform current customers of the site; however, no new solicitation can be done in the area of the site, which is basically defined by ZIP Code.

6.    Customers are confused regarding who is Pacific Pride. Pacific Pride marketers are admonished not to represent that they are **"the"** Pacific Pride, "the home office," or "the official Pacific Pride." Marketers must represent themselves first and Pacific Pride as a product. Marketers must educate the

customer rather than prey on their ignorance. Make it clear to customers that you are independent from the other Pacific Pride marketers who may have solicited the customer. Please work to avoid confusion rather than creating it.

7.  Because of the conflict and confusion caused by the solicitation of trade association memberships, Pacific Pride Services prohibits this type of solicitation. It is impossible to offer a program to an association without soliciting existing Pacific Pride customers. Marketers should feel free to contact the membership through individual mailings. However, it must be made clear that any offer made is not available to current Pacific Pride/AmeriNet customers. Members receiving the offer must be pre-qualified to receive information. We feel that this policy is consistent with the Pacific Pride principle that there will be no solicitation of existing Pacific Pride/AmeriNet customers. Pacific Pride marketers are responsible for any marketing done on their behalf. We have licensed Pacific Pride marketers, not their agents, to use the Pacific Pride name.

8.  If a customer announces a formal bidding process, open bidding may occur. The bid request must be formal, in writing, and the term of the bid must be for not less than one year. This is not meant to be a loophole for the solicitation of accounts. In your solicitation, you may not suggest a bidding process.

9.  New Pacific Pride marketers have the right to convert existing automated fueling business, either key lock or cardlock business, to Pacific Pride within the first 180 days. Cards may be issued to existing automated fueling accounts only. This does not include open charge business in retail service stations, heating oil accounts, bulk sales, or other business. Upon issuing the cards, the new franchisee may not suggest, encourage, or require that cards issued by another Pacific Pride marketer be returned. The customer may make his own decision. This should be the only instance in which a customer has been issued cards from more than one Pacific Pride franchisee.

10. Pacific Pride access cards can be issued by an account to authorized users, which can include employees or other representatives of the account. In the case of companies whose business it is to lease equipment or trucks, cards may be issued to users of those vehicles, provided the lease agreement formally recognizes fuel as a provision of the lease. In such cases, the cards shall be used only in conjunction with the use of the leased equipment or vehicle. The vehicle must be owned by the leasing company, the leasing company must be the customer, and the Pacific Pride franchisee may not bill the end user directly. This policy should not be interpreted to include the practice of contracting with other entities that do not own vehicles for

PP0221

purposes of soliciting accounts.  This practice is referred to as second-party solicitation and is prohibited by Pacific Pride.  Please see Item 7 above.

We strongly feel that if salespeople are given the proper direction in solicitation of new business, few problems will develop.  Salespeople must ask the appropriate questions to determine if a prospective customer is truly a prospective customer.

I have read the Pacific Pride Marketing Policy statement and understand its provisions.  I understand my responsibility to abide by the provisions of this statement.

_____    Date:_____
Sales Representative

_____
Company

PP0222

All marketers are free to choose arbitration as the forum for resolution of any conflict. The chain of events would be:

A.    Franchisee B accuses Franchisee A of wrongfully soliciting a customer.

B.    Franchisee B writes the complaint in detail, including how long the account has been a Pacific Pride customer of the franchisee and the circumstances of the solicitation.

C.    Pacific Pride Services will send a copy of the complaint to the offending franchisee and ask for a written response.

D.    Upon receipt of the response, Pacific Pride Services will try to resolve the conflict between the marketers.

E.    At any point in this process, either franchisee can move to arbitrate the dispute.

F.    Pacific Pride Services will secure the services of an arbitrator familiar with the Pacific Pride Franchise Agreement and give him or her the file of the case. The marketers will be called to arbitration according to the schedule of the arbitrator.

G.    The arbitrator, at his or her discretion, will determine penalties, damages, and payment to the offended franchisee. The losing franchisee will pay the costs of arbitration.

H.    In addition, if Pacific Pride Services determines a pattern of wrongful solicitation by a franchisee, the franchise may be terminated.

Please remember that we are all in this together. As much as we are competitors, we are partners. If everyone works to compete fairly, we can accomplish the goal of making this the best fueling network a customer can use.

## Section 9: Maintaining Your Accounts

It is wise to monitor your accounts for usage. At a minimum, keep track of what your new customers use for their first two to three months on the system. Someone who is not using the system may not understand the directions on how to use the card or may be having trouble at a site. These are important things for you to know. Contact your new customers who are not using the system to find out WHY they have not used their card(s). Chances are they are afraid to use it the first time because they have never operated fuel pumps or may feel intimidated by the electronic equipment. Offer to meet them at the closest site to go through a transaction.

A semi-annual audit of all accounts is a good management tool. It may help you devise a customer profile for future marketing and will reveal any customers who are not using the system or whose purchases have increased or decreased substantially, as well as customers who are purchasing extremely large numbers of gallons. These accounts should be contacted, if only to thank them for their business.

Continuously communicate with your customers. Keep them informed of new Pacific Pride sites and the services you have to offer. You can accomplish this by way of the telephone, through the mail, or by including notes with the billings. Remember, when you send a communication, it is important that it reach the person for whom it is intended. If you send a note in the billing that a new site has opened, the accounts payable person may get the message, but a driver may never know. Information about new sites and services should be directed to the dispatcher, fuel manager, general manager, or other personnel who will benefit directly. A phone call may be the easiest way to ensure that information sent was actually received.

Remember, with Pacific Pride you always have something new to share with your customers. The Pacific Pride system adds several new sites each month. Always let your customers know about your expanding service area! Refer customers to our web page at www.pacificpride.com, which has the most current site information available. Inform customers of sites by providing them with maps, either in the mail or at your sites.

## Section 10: Refusing Accounts

Bad or nonexistent credit information will be the primary reason accounts are refused. Accounts that are refused for credit reasons must be notified by your credit personnel within 30 days. (Please see the chapter relating to credit in this manual.) The letter notifying the account should state the reason for refusal and clearly state the name of the person in the credit department they should contact should they have questions. **YOUR SALESPEOPLE SHOULD NOT HAVE ANYTHING TO DO WITH REFUSING ACCOUNTS.** Any person who has been refused an account and makes a call to the sales department questioning the refusal should be referred directly to the credit department.

## Section 11: Strategies for Pricing

Here we will not discuss pricing specifically, but rather will suggest some things to think about in establishing your pricing strategy for your Pacific Pride business. We firmly believe that in order to gain the most benefit from your automated fueling business, you must think of it in terms of an offer of service rather than fuel. The convenience of fueling at hundreds of locations around the country with single-source billing, the control offered by itemized invoicing, and the access to credit are services valued by the commercial fueling market. In order to be profitable in this business, you must be willing to ask a price that is reasonable based on your costs to provide the service.

We have all known petroleum distributors and retailers who have been willing to sell their product based on the price charged by their competitor down the street. The price charged by your competitor is just one of many factors that should be analyzed in setting your price. The primary factor to consider is what margin you WANT to make on each gallon through the network. We encourage you to consider all of your costs when setting your prices for your customers as they travel through the Pacific Pride network.

Following are some of the factors to consider when determining your Pacific Pride pricing:

a. **Cost of Product.** Your laid-in cost of product includes the cost of the fuel, federal superfund charges, federal taxes, state taxes, local taxes, cost of freight, underground storage tank or other environmental fees, sales taxes if applicable, and any other fees that may be charged for every gallon of petroleum product sold. The Pacific Pride transfer price you pay when your customer uses another Pacific Pride marketer's site will include 5 cents a gallon over and above the laid-in cost of product for the site. Be sure to include all of these charges when determining the price for your customers.

b. **Fees.** When your customer uses **another** Pacific Pride marketer's site, various fees will be assessed. There will be the transaction fee of $.20 per transaction, the royalty fee of $.0045 per gallon, the advertising fee of $.0015 per gallon, and the clearinghouse or transfer of funds fee. The clearinghouse fee is difficult to determine in a cents-per-gallon framework. The fees on a foreign purchase by your customers will be about 1.3 cents per gallon. Be sure to include these fees when determining your price to your customer. For instance, if you determine that your desired margin is $.15 per gallon, when your customers use other sites in the network, be sure to establish a price which is $.163 higher than the transfer price at foreign sites ($.15 + $.013 = $.167).

c. **Cost of Providing Credit.** This number will change as credit markets and interest rates change. Consider the costs of billing or invoicing every two weeks, or according to your billing schedule, and your cost of borrowing

money.  Commercial customers know the value of credit and will pay something for you to provide that credit.

## Section 12: Advertising

The Pacific Pride Advertising Fund is used to promote the entire Pacific Pride system through institutional advertising.  Seventy-five percent of the money in the Advertising Fund is used for this institutional advertising.  Such advertising includes national trade publications such as <u>Fleet Owner</u>, <u>Commercial Carrier Journal</u>, and <u>Southern Motor Cargo</u>.  In addition, these funds are used to pay for the development of site maps and advertising brochures, the **Pacific Pride Locations Directory**, the Pacific Pride web site (www.pacificpride.com), and the Pacific Pride Site Find Line (1-800-929-9399).  (See Exhibit 3C for Map and Supplies Order Forms.)  You are encouraged to solicit customers through advertising in local newspapers, radio, your Chamber of Commerce newsletter, local trade journals, billboards, web pages, and/or other avenues you find effective.  When a customer calls in response to advertising, half of the sales job is done.  When someone responds to advertising, find out where they heard of your service.  Such monitoring will indicate which advertising avenue works in your area and may save you time and money in developing an effective advertising program.  If you choose to advertise, Pacific Pride has a Co-op Advertising Program to help cover the cost of that promotional advertising.

a.    **Co-op Advertising Program.**    Pacific Pride has established a co-op to encourage and assist Pacific Pride marketers in their Pacific Pride advertising efforts.  The Co-op Advertising Program is funded from 25% of your total advertising contribution.  You may be reimbursed up to the maximum of the amount you have accrued in your co-op fund, but not more than 50% of the cost of the advertising. For example, if you place advertising featuring Pacific Pride in the amount of $100, you are eligible for reimbursement for a maximum of 50% or $50. However, if you only have $25 available in your co-op fund, you will only receive $25.  If you have $50 or more in the fund, you will be reimbursed the entire $50.

If you choose to advertise in media such as radio, newspaper, trade journals, business magazines, or television, you can submit advertisements you have placed along with a copy of the bill.  If the advertisement satisfies Pacific Pride requirements, you can qualify for up to 50% reimbursement of the cost of the ad.  To qualify, the ad must be **PRE-APPROVED** by Pacific Pride.  The ad must first be sent to Pacific Pride for approval.  If you do not get approval first, you risk the possibility of no reimbursement.  The pre-approval process is meant to protect marketers and Pacific Pride Services against false advertising and advertising that may reflect poorly on the Pacific Pride network.

The Co-op Advertising Program does not reimburse for costs related to direct mail advertising campaigns.    However, you can apply for

reimbursement for the cost of developing a direct mail brochure featuring Pacific Pride. Again, the brochure must be pre-approved by Pacific Pride.

With your Franchise Start-Up Packet, you have been provided with several camera-ready ad slicks approved by Pacific Pride (Exhibit 10E). In order to use them, you need only add a tag line with your company name, address, and telephone number. These ads are pre-approved. **If you alter these ads in any way, you must first request approval from Pacific Pride.**

Without a doubt, the best form of advertising is through satisfied customers. Communicate with your customers on a regular basis. They can be your eyes and ears at unattended sites. It is important that customer complaints be handled courteously; investigated promptly; and, if a problem is found, taken care of as soon as possible. Always call the customer back to thank him or her for bringing the matter to your attention and report on the action taken.

b.  **Advertise for Your Best Advantage.**  There are many avenues for advertising Pacific Pride. Remember that you are targeting commercial business, not the general public. The Pacific Pride Advertising Fund pays for the development of various ads that are placed in a variety of regional and national trade publications. Camera-ready advertising slicks (Exhibit 10E) of these ads are available to you for use in local advertising. This is a good way to take advantage of professionally produced advertising materials at a reasonable cost. These ads must be customized with your company name and phone number. With your name, always include the phrase "An Independent Franchisee of Pacific Pride." These ads can be effective in trade publications and newspapers. Because advertising rates can be expensive, you might consider pooling your resources with other Pacific Pride marketers to advertise regionally. The ad slicks provided by Pacific Pride are pre-approved. **All other ads must be submitted to Pacific Pride for approval prior to publication.**

You might consider purchasing billboard space. Prices vary by area. You may wish to contact another franchisee in your area and do a combined billboard ad, sharing the expense.

Make sure you advertise within the network. Notify your fellow marketers about your site openings. The quicker you can get word out about your site, the quicker other Pacific Pride customers will use your site. In turn, they will notify their customers about your site.

Word-of-mouth advertising is terrific. Talk about Pacific Pride to everyone. Make certain your employees, friends, and families also talk about Pacific Pride. Your current customer base will also advertise for you. They will tell

their friends about this new system. Make sure you contact them often and ask, "Do you know of anyone who would be interested in Pacific Pride?"

Radio and television markets can be effective advertising but may be **very** expensive. Before choosing this source of advertising consider whom you are targeting. If you do choose to place radio and/or television ads, it is important to have the ad spots professionally produced. The best times to run spots on radio are "drive times," 7:00 a.m. to 9:00 a.m. and 4:00 p.m. to 6:00 p.m., to target company executives. Late-night times can be effective for truck drivers. Television spots are effective during the evening news hour. (See Exhibit 10F for radio ads.)

Exhibit 10G includes a summary of guidelines for different media. Turtledove Clemens, Inc. (TCI), our advertising agency, provided the information. TCI would be happy to help you design your advertising program. Any assistance they provide will be billed to you at their normal rate. They can be reached at 503-226-3581.

Do your own web page. List your name under all products and services you provide so search engines can direct traffic your way. Link your web site to Pacific Pride's web site (www.pacificpride.com/directory.asp) for site locations and maps.

c.    **Brochures and Other Sales Material.** There are a variety of brochures, maps, and other materials developed with the use of advertising funds. These are available to all Pacific Pride franchisees. These materials are made available to you for the cost of printing. A listing of these items and current pricing is found in the current Pacific Pride Signage and Brochure Catalog (Exhibit 3D – See Exhibit 3C for Map and Supplies Order Forms). Novelty items can be ordered directly from Spartan or Lands' End. Some of these items can be customized with your company name. Spartan can be reached at (360)-671-0485. Lands' End can be reached at 1-800-338-2000 for shirts, hats, and other clothing items.

Visit Pacific Pride's web page www.pacificpride.com. Information on all open sites is posted, along with products, services, directions, and maps. We also have an inquiry form for prospective new customer accounts. These forms are being randomly sent to marketers for follow-up.

## Section 13: Designing Your Billing System

One of the key aspects of the Pacific Pride network and the service you provide your customers is an invoice and statement that supplies them with the information they need to control their fuel purchases. You know your customers better than anyone else. You should discuss with them what they are looking for in their billing from you. Use this

information to design a billing system that works well for them <u>and</u> for you.  Please refer to Exhibit 10H for a list of billing software providers who have software packages available.

The Petro Vend transaction record includes the following information:

Site code where product was picked up
Host number of the card number
Driver card number
Vehicle card number
Account number (optional)
Date
Time
Pump number
Product number
Number of units (gallons, quarts, liters)
Odometer reading (optional)
Miscellaneous digit entry (optional)

You can make use of this information in your billing to provide your customer with all of the information necessary to track fuel usage.

**There is certain information that should always be provided for your customers in their billing.  At a minimum, your billing invoice should include:**

* Vehicle card # (reference such as type of vehicle, fleet vehicle number)
* Driver card # (name)
* Site where the fuel was picked up.  Be specific with actual address of the site. Remember that you are now dealing with hundreds of sites.  Don't expect your customer to keep track of site codes to indicate where fuel was purchased.
* Date
* Time
* Type of Fuel
* Quantity
* Price per gallon
* Taxes included in price: federal, state, local.  Remember that your customer is now purchasing from multiple states and local jurisdictions. The invoice should provide a detailed breakdown of taxes paid by product, by jurisdiction.
* Extended price

Remember, one of the services you are offering your customers is control.  The more information you can provide in your invoice, the better control you provide your customer. In addition to the above items, we suggest you also include:

**Miles per Gallon.**  If your customer enters the correct odometer reading at the time of fueling, the invoice should accurately reflect Miles Per Gallon *if all fuel was purchased from network sites.*

PACIFIC PRIDE OPERATIONS MANUAL:  Revised October 2001
10-24

**Job Number or Other Identifier.** By using the miscellaneous keyboard entry feature, a job number or other numerical identifier can be entered at the time of the transaction and can be reflected on the invoice. This may be helpful to your customer if he wants to keep track of transactions by job number or some other numerical designation.

Both the odometer reading entry and the miscellaneous keyboard entry are entered into the card reader at the time of the transaction. The person entering the data will be prompted to enter the information. These numbers are not verified. To allow for these options, you must specify that you want these features activated when you order the cards punched. (See Card Maintenance Directions – Exhibit 8B).

You should provide a statement and invoice to your customers that is easy to read and understandable. Make sure the information is provided in a logical order. If your customer has chosen to use a two-card system, the invoice should list the <u>Vehicle</u> information by <u>Driver</u>. The invoice should give totals by vehicle and by driver. Because many fleet customers pay taxes by the vehicle, the invoice should give tax totals, by state, for each vehicle. In addition, you may want to provide a summary of the activity for each Driver Card.

If the customer is using a one-card system, totals should be given for each Driver Card number as well as a total for the account.

Probably the best way to design your invoice and statement is to think about what you would want on a billing to you and how you would like it to be presented. Other marketers will probably be happy to share information about their billing with you. All it will take is a phone call. We also suggest that you <u>listen</u> to your customers. Exhibit 10I is an example of what a statement and invoice might look like.

## Section 14: Choosing a Billing System

Exhibit 10H lists billing software providers Pacific Pride marketers are currently using. When talking to these software providers, ask them for a list of Pacific Pride marketers using their packages. Call these marketers and ask them how the package works for them and how customer service is when they need a change or have a problem with their billing software or hardware.

Good questions to ask billing software providers:

1.    What does the invoice/statement look like?

      a)    Site and address information for each transaction?
      b)    Tax breakdown for each transaction?
      c)    Ability to tax exempt on a card/customer basis?
      d)    Ability to summarize taxes?

     e)    Vehicle/account summaries for a two-card system?
     f)    Can specific information to your customer be included on the invoice/statement?

2.    What type of pricing flexibility is available?

     a)    Customer pricing by site volume?
     b)    Customer discounts by site volume?
     c)    Prompt payment discounts?
     d)    Customer group discounts?
     e)    Ask about specific options depending on how you plan to price your customer purchases.

3.    What type of management reporting is available?

     a)    Customer site and volume reports?
     b)    General ledger reporting?
     c)    Inventory/meter reconciliation?
     d)    Credit reports/accounts receivable aging/cash receipts system?
     e)    Other reports you will need to provide your sales/operations staff, as well as any special reporting requirements for customers.

4.    Does the software package have the ability to download master information from the Controller to the billing computer such as sites, marketers' names, tax changes, transfer prices?

5.    Does the software package have the ability to download information from the billing computer to the Controller such as card orders and card status changes by customer?

## Section 15: NOW, IT'S UP TO YOU

Your success will depend on your commitment to building your Pacific Pride Commercial Fueling business. Pacific Pride cannot guarantee your success. It is up to you. If you and your staff are committed to maximizing the potential of this business, your success is almost assured. It takes hard work, good credit management, enthusiastic and aggressive sales, and a good plan.

**REMEMBER, We're Only a Phone Call Away.** We have provided you with this information and the attached sales training workbook to assist you in creating a customer base of qualified customers who use the Pacific Pride Commercial Fueling System. We actively support your efforts in marketing the Pacific Pride Commercial Fueling System. Should you need further information or have questions regarding the marketing of Pacific Pride, please call us.

## CHAPTER 10 EXHIBITS

10A.    Sales Training Manual ................................................................................. 10A-1
10B.    Sample Press Releases ............................................................................... 10B-1
10C.    Standard Industrial Code (SIC) Numbers .................................................... 10C-1
10D.    North American Industry Classification System (NAICS) Numbers ............. 10D-1
10E.    Pacific Pride Ad Slicks ................................................................................ 10E-1
10F.    Radio Ads ................................................................................................... 10F-1
10G.    Media Guidelines ......................................................................................... 10G-1
10H.    Billing Software Providers ............................................................................ 10H-1
10I.    Sample Billing .............................................................................................. 10I-1

# <u>NOTES</u>

# PACIFIC PRIDE SERVICES

# SALES TRAINING MANUAL

EXHIBIT 10A  PAGE 1 OF 26

# FRANCHISOR INFORMATION

I.     Pacific Pride Services, Inc., has been in business since <u>October 3, 1984.</u>

II.    The officers and directors are:

    1.      President: <u>Bruce Douglas</u>
    2.      V.P. Marketing: <u>Mike Truax</u>
    3.      V.P. Finance: <u>Dale Classen</u>
    4.      V.P. Sales: <u>Paul Farrell</u>
    5.      V.P. Franchises: <u>Cindy Condon</u>
    6.      V.P. MIS: <u>Larry Maher</u>

III.   The support staff are:

    1.      Computer/Data Processing
        a.    <u>Beverly Headrick</u>
        b.    <u>Donna Allison</u>
        c.    <u>Burt Maxwell</u>

    2.      Cards – Ordering/Punching
        a.    <u>Laura McGlinchey</u>
        b.    <u>Robin Aguirre</u>

    3.      Sales Manager
        a.    <u>Jeff Gregg</u>

    4.      Orders - Maps, Brochures, Etc.
        a.    <u>Shannon Garcia</u>
        b.    <u>Amy Pickett</u>

    5.      Operations
        a.    <u>Joe Oscilia</u>
        b.    <u>Jamie Cheatham</u>

    6.      Franchise Administration
        a.    <u>Catrina Kersich</u>

    7.      Marketing/Support Services
        a.    <u>Phyllis Nygaard (1-800-408-3835 – toll free)</u>

    8.      Advertising/Web Page/Solicitation Complaints and Issues
        a.    <u>Nora Adamo</u>

IV.    The <u>toll-free</u> phone number for Pacific Pride Services is <u>1-800-367-5066.</u>

**EXHIBIT 10A  PAGE 2 OF 26**

V.    Pacific Pride Services Inc. corporate headquarters address:
1.    Mailing:
P.O. Box 2099
Salem, OR 97308

2.    Shipping:
205 Columbia N.E.
Salem, OR 97303

# LEADS

How do you find prospective customers for Pacific Pride Commercial Fueling?

I.    Utilize your own resources.

A.    Ask yourself the following questions:

1.    Who do I purchase products from?
2.    Who do I sell products to?
3.    Who services my equipment and machinery?
4.    Who installs my equipment and machinery?
5.    Who do I know who owns a business?
6.    Who do I know who works for a business?
7.    Who do I know who owns a business out of my community?
8.    Who do I know who works for a business out of my community?
9.    Who do I know who delivers products?

B.    Ask your family and friends the following questions:

1.    Would you help me create a lead list?
2.    Would you let me use your name in contacting these leads?
3.    Ask them all the questions listed in Section A above.

C.    Ask the people in your company the following questions:

1.    Would you help me create a lead list?
2.    Would you let me use your name in contacting these leads?
3.    Ask them all the questions listed in Section A above.

D.    This is your first list of leads.

**EXHIBIT 10A  PAGE 3 OF 26**

II.    Purchase leads from national lead list companies.

    A.    These are national lead list companies:

        1.    Info USA
            a.    Data base from the yellow pages
            b.    Telephone number verified
            c.    1-888-725-3753
            d.    www.infousa.com and lists@infousa.com

        2.    Dunn & Bradstreet
            a.    Data base credit driven
            b.    Written survey to business verified
            c.    1-800-526-9018

These companies provide leads by ZIP Code and by Standard Industrial Code (SIC) numbers. Their prices vary. You can order leads on 3x5 cards with address labels, on diskette, and/or on CD-ROM. Ordering by diskette or CD-ROM is generally more expensive.

III.    Other lead sources:

    A.    Regional and local

        1.    There are several marketing and survey companies that provide regional and local leads. They are listed in the yellow pages of your telephone book under Marketing Services and Programs.

        2.    Your local library will be able to assist you with industrial directories, manufacturing directories, industry leads, etc. Ask for directories and companies that provide leads.

        3.    Each state has a licensing department that licenses large diesel vehicles. Call your state government and ask for a list of the licensees. (There may be a charge for this service.)

        4.    There are several trade associations in your area. Join as an associate member. They will send you their membership roster.

        5.    Trade magazines, business journals, and publications regarding bids available and bids awarded are an excellent source of leads. Subscribe to these publications.

6.    Purchase a hand-held <u>tape recorder</u>. Read names off of trucks and buildings when you're on the road. Travel in <u>industrial areas</u> and read the names off of the buildings. While on a family holiday let the kids use the <u>tape recorder</u>. Make a game out of lead finding for them.

7.    One of your best lead sources is a <u>satisfied customer</u>. Always ask each of your customers, "Do you know of anyone who would be interested in having a <u>Pacific Pride Access Card</u>?" Always <u>ask</u> your customer for the lead. Always call your customer with the <u>results</u> from the lead. It's important to let them know how it went and what is happening.

8.    Join your local <u>Chamber of Commerce</u>. If there is a community within ten miles of your site, consider joining that <u>Chamber of Commerce</u> too. Attend the <u>meetings</u>, get a membership roster, and call on all of those <u>businesses</u>.

B.    Limits

There are no <u>geographical</u> limits with the Pacific Pride Network. You may <u>market</u> wherever there are Pacific Pride sites.

C.    Lead Etiquette

1.    <u>Follow up</u> on all leads.
2.    Thank the <u>person</u> who gave you the lead.
3.    Let the person who gave you the lead know the <u>outcome</u> of the lead.

# SALES

I.    WHAT ARE YOU SELLING?

A.    You are selling a <u>network</u> of fueling sites that offers greater <u>accountability</u> by tracking fuel usage per <u>vehicle</u> and/or <u>driver</u> with the convenience of <u>unattended</u> cardlock fueling sites that are open <u>24 hours a day</u>, <u>seven days a week</u>, with no <u>waiting</u> in line, to your prospective customers.

B.    The end product is the sale of <u>gasoline</u> and/or <u>diesel</u>.

**EXHIBIT 10A  PAGE 5 OF 26**

C.    There are currently <u>1200+</u> sites in <u>38</u> states, and over 200 diesel-only sites in Canada.

D.    You may market <u>anywhere</u> there is a site.

E.    If you only market in your immediate area, please tell your customer that their <u>Pacific Pride Access Card</u> will work at <u>all</u> Pacific Pride sites.

F.    It is important to <u>market</u> the network.

G.    The <u>network</u> is an excellent sales tool.

II.    **HOW TO MARKET**

A.    Marketing Area

1.    Your marketing area is <u>unlimited</u> geographically.

2.    You may market wherever there are Pacific Pride <u>sites</u>.

3.    You may market to any <u>business</u> that has company owned and operated <u>vehicles</u> and uses an average of <u>2,400</u> gallons of fuel a <u>year</u> or 200 gallons of fuel a month.

4.    You can <u>solicit</u> any company vehicle that travels by your <u>site</u>, no matter where they are headquartered, as a customer.

5.    Any company, even if they aren't located in your area, can be solicited as a customer. Don't <u>limit</u> yourself.

B.    ZIP Codes and SIC Numbers

1.    Market by <u>ZIP Code</u> and <u>SIC number</u>. Use the ZIP Codes around your <u>site</u> first.

2.    A SIC is a number assigned to all businesses by the <u>Federal Government</u>. It is a <u>four-digit</u> number. There are <u>9,999</u> SIC numbers. Usually you will only use the first <u>two</u> digits of the SIC number. At some point, the government will be converting to the North American Industry Classification System, but the conversion has not occurred at this time.

C.    Using Leads

1.    You have acquired leads from your <u>initial mailing</u>, <u>customers</u>, <u>friends and family</u>, <u>company employees</u>, and lead list companies.

    2.    Begin by <u>marketing</u> these leads.

D.    Marketing Strategy

    1.    Always ask these <u>four</u> questions:

        a.    Are you familiar with <u>Pacific Pride</u>?

        b.    Are you <u>currently</u> a Pacific Pride cardholder?

        c.    Are you currently <u>purchasing</u> fuel with a cardlock card?

        d.    What company issued you a card?

    2.    The reason these four questions are necessary is that, as a Pacific Pride franchisee, you may not <u>solicit</u> another franchisee's <u>customer</u>.

    3.    Many times, a business will think of their card-issuing company by the card-issuing company's name. For instance, Sam has a Metrofueling cardlock card. You ask Sam, "Are you familiar with <u>Pacific Pride</u>?" Sam answers, "No." Sam is thinking of Metrofueling, not Pacific Pride. Since Sam answered <u>no</u> to the first question, you immediately ask question number <u>three</u>. "Sam, are you currently purchasing fuel with a <u>cardlock card</u>?" Sam says, "Yes." You'd then ask question number <u>four</u>. "Sam, would you please tell me the name of the company that issued you your card?" Sam says, "Metrofueling."

    4.    As soon as the customer tells you the name of the company, you <u>immediately</u> look through your <u>Franchisee Master List</u>.

    5.    Your Franchisee Master List is available on your <u>Controller</u>.

    6.    All Franchisees are listed in the <u>Franchisee Master List</u>.

    7.    If the person with whom you are speaking is the customer of another <u>franchisee</u>, you must end the call. Explain to the <u>customer</u> that his access card will work at all Pacific Pride sites, yours included. Tell him where your site is located and <u>invite</u> him to use it.

    8.    If Sam answers <u>yes</u> to question number one you would immediately ask, "Are you <u>currently</u> a Pacific Pride cardholder?" If the answer is <u>yes</u>, end the call by explaining that his card will access your site. Tell him the <u>location</u> of your site and invite him to use it.

**EXHIBIT 10A PAGE 7 OF 26**

9.    If Sam answers <u>no</u> to question number one, ask questions three and four and continue with your <u>sales</u> call.

   ***For inside sales scripts, see Section VIII of this manual***

10.    <u>Familiarize</u> yourself with the Franchisee Master List.  At this time, there are <u>more than 410</u> franchisees on the Pacific Pride network and 67 AmeriNet franchisees.  Pacific Pride is continually increasing that number.

E.    Solicitation

Pacific Pride will allow you to solicit a customer if he has a Pacific Pride cardlock card from another <u>franchise</u> only if the customer has <u>never</u> used his Pacific Pride card or hasn't used his card in the last <u>nine months</u>.

F.    Sales Presentation

1.    Tell the customer about the <u>three C's</u> of cardlock fueling:  <u>Control</u>, <u>Credit</u>, <u>Convenience</u>.

   a.    Control you fueling <u>dollars</u>.

      (1)    There are no <u>unauthorized purchases</u>.

      (2)    There are no <u>unauthorized products</u>.

      (3)    There are no <u>receipts</u>.

      (4)    Fuel usage may be tracked by <u>vehicle</u>, <u>driver</u>, or <u>both</u>.

      (5)    There is a <u>state-of-the-art</u> billing system.

      (6)    There is a <u>vehicle summary</u> that tracks taxes per vehicle. These taxes include <u>federal</u>, <u>state</u>, <u>county</u>, <u>municipal</u>, <u>excise</u>, and <u>sales</u> tax where applicable.

      (7)    Credit is available to <u>qualified credit</u> customers.  Tell the customer your <u>credit</u> policy.

      (8)    There are many <u>conveniences</u> with the Pacific Pride network.

      (9)    There is little or <u>no</u> waiting in line for fuel.

(10)    Pacific Pride sites are usually <u>unattended</u>.

(11)    All sites are open <u>24 hours a day</u>, <u>seven days a week</u>, PLUS <u>all holidays</u>.

(12)    There are over <u>1,200</u> sites in <u>38</u> states, and over <u>200</u> <u>diesel-only</u> sites available in <u>Canada</u>.

(13)    There is a <u>toll-free</u> site find line (1-800-929-9399).

(14)    The Pacific Pride <u>access card</u> allows you to <u>access</u> all sites on the network. There is only one bill for all of your <u>fuel purchases</u>.

G.    Explain the <u>3 C's</u> to your customer – **<u>Control</u>**, **<u>Credit</u>**, and **<u>Convenience</u>**.

1.    A driver can't purchase items that are not <u>authorized</u> on the cardlock card. This means that the driver can't buy <u>food, tires, wipers, or beverages</u>.

2.    The driver can't purchase a <u>product</u> that is not authorized on the card. This means if the card is limited to diesel only, the driver can only purchase <u>diesel</u>.

3.    There are no receipts for the driver to keep organized. The Pacific Pride network is completely <u>automated</u>. All information is <u>computerized</u>, and the customer will receive a <u>bimonthly</u> billing that <u>itemizes</u> all fuel transactions.

4.    The customer may track his fuel usage by vehicle, driver, or both. Always ask the customer <u>how</u> he wants to <u>track</u> his fuel usage.

5.    The <s>state-of-the-art</s> billing system offers the customer complete tracking of his fueling <u>dollars</u>.

6.    With the Pacific Pride system, the vehicle summary provides the customer with complete <u>tax information</u> for each vehicle. It also provides a total <u>summary</u> for the entire fleet.

7.    <u>Credit</u> is extended to the customer if he meets your company's <u>credit policy</u>. Know your company's <u>credit policy</u>. Always give your customer <u>all information</u> about your credit policy.

PP 0242

H.    Convenience

1.    There are many conveniences with the Pacific Pride system.

2.    The system caters to businesses only. There is little or no waiting in line. Only commercial fueling is allowed at Pacific Pride sites.

3.    Unattended sites allow the driver to fuel quickly. He doesn't have anyone to talk to or waste his or his company's time. This saves dollars for your customer.

4.    Pacific Pride sites are always open. Your customer can fuel his vehicles night or day.

5.    The Pacific Pride system currently has over 1200 sites in 38 states. Your customer may use his Pacific Pride card at all Pacific Pride sites.

6.    There are water and oil available at most sites. The sites are clean and well lit and have room for large vehicles to fuel.

7.    The Pacific Pride access card accesses all Pacific Pride, AmeriNet, and PrideNet sites.

8.    The Pacific Pride network has a toll-free Site Find Line. The telephone number is 1-800-929-9399.

9.    Pacific Pride has a web site, www.pacificpride.com, with site information that is updated daily.

I.    In order to do an effective sales presentation, it is important for the salesperson to know how the Pacific Pride system works.

1.    Let's begin with the card reader. The card reader is manufactured by Petro Vend. It is accessed with a Pacific Pride access card.

2.    The Pacific Pride access card is optically read. Information is punched into the card.

3.    The card is inserted into the card reader and is read as it is removed from the card reader.

4.    The Petro Vend card reader is like an automatic teller machine at your bank, except it doesn't keep the card during the transaction.

5.    The card is inserted into the card reader and is removed immediately.

6.    <u>Directions</u> will then appear on the <u>card reader screen</u>.

7.    The display pad on the reader will ask for a <u>PIN (personal identity number)</u> or a <u>security code</u>.

8.    The customer then enters a <u>4-digit</u> security number and presses <u>ENTER.</u>

9.    The Petro Vend knows what the <u>PIN or security number</u> is for the card as soon as it reads the card.

10.    If the security code entered into the card reader does not match what the Petro Vend knows, the transaction is not allowed to <u>continue</u>.

11.    If the customer's card is coded for <u>odometer reading</u>, the display will then prompt the customer to enter the <u>odometer</u> reading.

12.    The customer will then enter the <u>up to 6-digit</u> odometer reading or any <u>other number</u> and then press <u>ENTER.</u>

13.    If the customer's card is coded for <u>miscellaneous</u>, the card reader will prompt the customer to enter up to a <u>9-digit</u> miscellaneous number.

14.    The customer will enter the <u>miscellaneous</u> number and then press <u>ENTER</u>.

15.    Each pump has a number <u>prominently</u> displayed on it.

16.    The customer must enter the <u>pump number</u> and then push the <u>enter</u> key.

17.    The display will then prompt the customer to <u>use the pump</u>.

18.    The display will always <u>prompt</u> the customer through the steps of accessing fuel.

19.    The two-card system works like the one-card system, except it requires the insertion of <u>two</u> cards into the card reader.

20.    The display will prompt the customer with the proper <u>instructions</u>.

**EXHIBIT 10A  PAGE 11 OF 26**

21.  When the transaction is complete, it is stored in the Petro Vend's memory.

22.  Each evening your office Controller pulls all of the <u>transactions</u> from the Petro Vend's <u>memory</u>.

23.  The Controller then <u>edits</u> the transactions by separating your local sales from your foreign sales.

24.  A foreign sale is <u>another</u> franchisee's customer fueling at your <u>site</u>.

25.  The Controller then sends only the <u>foreign sales</u> to Pacific Pride.

26.  When Pacific Pride receives the foreign sales from all of the <u>franchises</u>, it <u>separates</u> the transactions by franchise <u>host number</u>.

27.  Pacific Pride then sends each franchise the <u>foreign purchases</u> their customers made.

28.  A <u>foreign purchase</u> is your customer purchasing fuel at another franchisee's <u>site</u>.

29.  This process is called the <u>switch</u>.

30.  Your company will have <u>three</u> types of sales with the Pacific Pride system:

   a.  Your customer purchasing fuel at your site is a <u>local</u> sale.

   b.  Your customer purchasing fuel at another franchisee's site is a <u>foreign purchase</u>.

   c.  Another franchisee's customer purchasing fuel at your site is a <u>foreign sale</u>.

31.  Always explain to your customer that his <u>Pacific Pride access card</u> will work at <u>all</u> Pacific Pride sites.

32.  Ask your customer where he fuels when he is <u>out of his area</u>.

33.  Give your customer a map of the Pacific Pride <u>sites</u>. Maps can be ordered from Pacific Pride. Please call <u>1-800-367-5066</u> for more information.

34.  Pacific Pride also has a <u>Locations Directory</u>. It lists all Pacific Pride sites and gives <u>detailed directions</u> to each site. The directory also

lists <u>products</u> available and <u>truck accessibility</u> for each site. Locations Directories can be ordered from Pacific Pride. Please call <u>1-800-367-5066</u> for more information.

35.  There are several <u>brochures</u> and reports available from Pacific Pride. Call <u>1-800-367-5066</u> to see what is available or check the Signage and Brochure Catalog.

36.  Pacific Pride has a web site.  It has all Pacific Pride sites and directions.  The web site address is <u>www.pacificpride.com.</u>

J.  Card Ordering

1.  Card ordering is done through your company <u>Controller</u>.

2.  Pacific Pride provides each franchise with a form called <u>Host Card Maintenance</u>.

3.  This form is extremely helpful to you as a salesperson.  Please keep this form available at all times.  It will assist you in your <u>sales presentation</u>.

4.  Designing a card system for your <u>customer</u> is an important aspect of your job.

5.  Please have the Host Card Maintenance form available for the following <u>information</u> (we will start at the top right-hand corner of the <u>form</u>):

a.  Page/of: Number each page and indicate the total pages, even if you are only submitting <u>one</u> page. If Pacific Pride has any questions, your card order will be referenced by the <u>page number and line number</u>.

b.  Host Number: The host number identifies the <u>franchise</u> to which the cards are issued.  Enter your <u>host number</u> here.

c.  Host Name: Enter your <u>company name</u> here.

d.  Shipping Address: Indicate the <u>address</u> to which the cards are to be <u>shipped</u> if different than the address given on the Card Information Form.  Be sure to indicate the correct <u>ZIP Code</u> for the street or P.O. Box address.

e.  Shipping Method: How do you want the cards <u>shipped</u>?

f.    Requested by: Who should be <u>contacted</u> in case questions arise concerning this order?

g.    Date: The <u>date</u> of your request.

h.    Telephone Number: The <u>number</u> where you can be reached.

i.    Reference: Indicate the way you want to <u>identify</u> the card. This is a field for your use only. Use it to indicate customer and/or driver or vehicle to which the card is <u>issued</u>. It has nothing to do with <u>Pacific Pride</u>. You may use a <u>name, abbreviation, customer number, or vehicle number</u>.

j.    Card Type: This tells the <u>Petro Vend</u> what to do with the card data when the card is inserted into the <u>card reader</u>. <u>Card Type 1</u> is a <u>driver card only</u>. No <u>vehicle</u> card is used. <u>Card Type 2</u> is followed by a <u>Card Type 3 (vehicle)</u> card. The <u>Type 2 (driver) card</u> will prompt for the <u>vehicle</u> card to be entered. A <u>Card Type 2</u> must have a <u>vehicle</u> card. <u>Card Type 3</u> is the <u>vehicle</u> card. This card contains data pertaining to the vehicle. In order for a <u>Card Type 2</u> to work, you have to have a <u>Card Type 3</u>.

k.    Card #: Enter the <u>seven-digit</u> driver card number or a <u>four-digit</u> vehicle card number. This card number will be recorded and <u>punched</u> into the card. The vehicle number may be <u>restarted</u> at number 1 for each customer. In <u>all</u> cases, the card number <u>must</u> be specified.

l.    Product restrictions: The product categories are:

    1.    <u>No Lead with Lead Substitute/Ethanol</u>
    2.    <u>No Lead</u>
    3.    <u>#2 Diesel</u>
    4.    <u>Premium No Lead Gasoline</u>
    5.    <u>Motor Oil</u>
    6.    <u>Truck Scales, Washes/Miscellaneous</u>
    7.    <u>Aviation fuels</u>
    11.    <u>Premium Diesel, #1 Diesel, ALT Diesel, Kerosene, etc.</u>
    12.    <u>Midgrade No Lead Gasoline</u>

All product categories are enabled. If you want to restrict a product, put an "<u>X</u>" in the proper space. Example: Your customer wants his driver to only purchase unleaded gasoline. You would put an "<u>X</u>" in the space number <u>two</u>. All other spaces would be <u>blank</u>. If there are <u>no restrictions</u>, draw a line through all the columns. In a <u>two-card</u> system, both the <u>driver</u> and <u>vehicle</u> cards must have the same <u>product</u> to access the pump.

m.   Quantity Restrictions: If you want a restriction, place an "X" in the proper space. If there are no restrictions, draw a line through all columns. In a two-card system, both the driver and the vehicle cards must have the same quantity to access the pump.

n.   Identity Section: Host number is your company's host number. The six-digit identity field is for any additional cardholder identification you wish to have recorded for the transaction. It may be your company's A/R account number or additional driver information. This field is for your company's information and is not known by Pacific Pride. As such, Pacific Pride is unable to verify the accuracy of this entry.

o.   Enable Odometer: If your customer wants his driver to enter an odometer reading in this field, place a "Y" in this column. It is recommended that you always put a "Y" in this column. If the customer wishes to not have his driver enter the odometer reading, then place an "N" in the column.

p.   Enable Misc. Kybd.: If the cardholder is going to enter an additional nine digits of information to complete the transaction, place a "Y" in this column. Misc. Kybd. means miscellaneous keyboard. When ordering two-card system cards, the odometer and miscellaneous keyboard are controlled by the vehicle card only.

## III.   WHO IS YOUR CUSTOMER?

1.   Pacific Pride customers are businesses, government entities, and non-profit organizations with company owned and operated vehicles that use an average of 2,400 gallons of fuel a year or 200 gallons of fuel a month.

2.   Pacific Pride suggests that you solicit the following SIC numbers:

a.   1700 – Special Trade Contractors
b.   4200 – Trucking and Wholesale
c.   5000 – Wholesale Trade Durable
d.   5100 – Wholesale Trade Nondurable
e.   7300 – Business Services
f.   1500 – General Trade Contractors
g.   7500 – Automotive Repair Services & Garage
h.   7600 – Miscellaneous Repair Service
i.   4900 – Electric Gas and Sanitary
j.   9100 - Governmental Agencies

3.    It is important to find out how your prospect is purchasing his fuel.

    a.    <u>Cash</u>
    b.    <u>Credit</u>
    c.    <u>Bulk fuel</u>
    d.    <u>Cardlock</u>

4.    The <u>cash price</u> is usually <u>less</u> than a <u>credit card price</u>.  It is faster to purchase fuel with <u>cash</u> than with a <u>credit card</u>.  A prospect doesn't have to apply for or be <u>approved</u> for credit to purchase with cash.  A cash transaction usually does not create a receipt.  If it does, a <u>receipt</u> can easily be <u>tampered</u> with.  The accountability with a cash purchase is very <u>limited</u>. The prospect can't be sure if all of the cash was used for <u>fuel purchases</u>.

5.    A credit card buyer usually pays a <u>higher</u> price than cash.  He does get a <u>receipt</u> with his transaction.   The <u>credit</u> card is better than cash. Remember, <u>receipts</u> are easily lost and can be <u>tampered</u> with.

6.    Bulk fuel is generally $.09 to $.12 a gallon cheaper than purchasing fuel with <u>cash</u>.  The fuel is <u>convenient</u> because it is <u>delivered</u> to the prospect's <u>site</u>.   The bulk fuel prospect has the cost of the <u>storage tank</u>, insurance, maintenance of the tank and pump, etc.  The prospect doesn't know how much fuel has been put into each vehicle unless the driver hand writes a receipt.

7.    Pacific Pride offers the <u>3 C's</u>: Control, Credit, and Convenience - the convenience of a <u>24-hour-a-day</u>, <u>seven-days-a-week</u>, plus-holidays, fueling system, and over <u>1200</u> sites in <u>38</u> states.  Pacific Pride international cards also access over <u>200</u> diesel-only sites in <u>Canada</u>.  Each franchise usually extends credit on a <u>bimonthly</u> basis to credit-worthy accounts.  There are no <u>unauthorized products</u> or <u>purchases</u> with Pacific Pride.

## IV.    WHO IS YOUR COMPETITION?

1.    There are <u>five</u> types of competition:

    a.    <u>Other cardlocks</u>
    b.    <u>Retail service stations</u>
    c.    <u>Pacific Pride franchises</u>
    d.    <u>Fleet services</u>
    e.    <u>Bulk fuel delivery</u>

**EXHIBIT 10A  PAGE 16 OF 26**

2. These types of suppliers sell their fuel on the following basis:

    a. <u>Price</u>
    b. <u>Location</u>
    c. <u>Convenience</u>
    d. <u>Control</u>
    e. <u>Credit</u>
    f. <u>Brand</u>
    g. <u>Image</u>
    h. <u>Service/island</u>
    i. <u>Service/delivery</u>

3. Other cardlocks sell their fuel first by <u>price</u>. Their price is usually a <u>credit card</u> price, but less than retail credit prices. Other cardlocks usually have <u>one or more</u> locations. They are usually accessible during <u>business</u> hours and occasionally after hours and <u>weekends</u>. Other cardlocks do extend <u>credit</u>. They use various brands of fuel, and their image is usually that of the <u>company</u> that owns them. They have a variety of fuels at their islands. Most have only one or two <u>locations</u>, which isn't convenient if the purchaser needs to purchase product out of the area.

4. Retail sites offer both <u>cash and credit card</u> purchases. The price posted is usually the <u>cash</u> price. They are located almost everywhere. They do have product control and offer <u>credit</u> by <u>major gas card</u> or bankcards. Their brand and image are usually <u>national</u>. They have regular and unleaded and occasionally diesel fuel at their <u>sites</u>.

5. The Pacific Pride price is a <u>cardlock</u> price. We offer over <u>1200</u> sites in <u>38</u> states. Pacific Pride sites are located in <u>industrial areas</u>, along <u>major highways</u>, and in most major cities. Pacific Pride offers greater control because of the <u>itemized billing statement</u>. There are no unauthorized <u>purchases or products</u> with the Pacific Pride system. It is a totally <u>automated</u> fueling system. The <u>brand</u> of fuel is varied, and the Pacific Pride image is well known in the <u>United States and Canada</u>. Pacific Pride sites are <u>convenient</u>, and each site offers a minimum of <u>three</u> fuel products. Most sites have <u>oil, air, and water</u>. Some of the Pacific Pride sites are not <u>convenient</u> to freeways and cannot accommodate <u>large trucks</u>.

6. Prices for fleet services like Gelco and PH&H are <u>credit card</u> price or higher. The sites are located anywhere and everywhere. They have <u>adequate</u> accessibility for large trucks. They provide <u>credit</u> to a company and issue <u>cards</u> to all drivers. The <u>card</u> is <u>usable</u> at all <u>major</u> companies. They charge <u>transaction fees</u> on purchases plus an additional <u>percentage fee</u>.

**EXHIBIT 10A  PAGE 17 OF 26**

7.  Ryder and Leaseway have bulk storage. They lease <u>trucks and drivers</u>. They maintain the fuel and offer <u>full fleet services</u>. Their price is the same as <u>credit card</u> price. They provide easy <u>access</u> for large trucks and offer additional products. Ryder sites are excellent, and Leaseway sites need <u>improvement</u>.

8.  Bulk fuel can be purchased on credit but is usually delivered <u>C.O.D.</u> The cost of maintaining tanks and <u>insurance</u> is extremely high. The company purchasing bulk fuel also maintains an <u>inventory</u>. The federal government has very <u>strict</u> laws governing <u>underground</u> storage tanks.

9.  With the Pacific Pride system, you can quote your <u>price</u> to your customer anywhere in the United States and Canada. <u>Our Pacific Pride guarantees and convenience</u> are a cornerstone of the Pacific Pride system. The <u>itemized billing statement</u> tracks the <u>type</u> of fuel purchased, <u>quantity</u> of fuel purchased, <u>cost</u> of purchase, location of the purchase, and driver and/or vehicle <u>number,</u> and can provide a vehicle summary for tax purposes if the billing software allows it.

## V.  SALES TECHNIQUES

1.  As a Pacific Pride inside/field sales representative, you will be soliciting customers by <u>telephone or in person</u>. The majority of your sales calls will be by <u>telephone</u>. A telephone sales call saves <u>time</u> for the customer and for the <u>salesperson</u>. A salesperson is able to solicit <u>more companies by phone</u> than in person.

2.  In the first <u>20 seconds</u> of a sales call, the salesperson must <u>identify</u> himself, his company, and his <u>product</u> to the customer.

3.  If calling a company without a contact person's name, the salesperson should ask for the <u>owner/manager or person in charge of purchasing fuel</u>. Do not sell your product to the <u>receptionist</u>. Should the <u>contact person</u> not be available, call back or ask for the <u>correct mailing address</u> and mail the Pacific Pride information.

4.  Ask the customer if he is familiar with <u>Pacific Pride</u>. If he is, ask him <u>how</u>. If he is currently a Pacific Pride cardholder, ask him if he is aware of your site, explain to him that his card can <u>access</u> your site, thank him for his time, and end the <u>call</u>.

5.  If the customer isn't familiar with Pacific Pride, ask him if he is currently a <u>cardlock customer</u> with an access card. If he is, ask him the name of the <u>company</u> that issued his <u>access card</u>. If the company he is purchasing fuel from is a <u>Pacific Pride</u> franchise, explain that your company is also a Pacific Pride franchise and that his <u>access card</u> will work at your site. Quickly resell the system and <u>end</u> the call. Many times a customer isn't aware that he is a <u>Pacific Pride</u> customer. Make sure you ask the questions and qualify your

**EXHIBIT 10A  PAGE 18 OF 26**

customer before stating your prices and mailing information.  You may not solicit customers of another Pacific Pride franchise.

6.    Pacific Pride Commercial Fueling is a 24-hour-a-day, seven-day-a-week, unattended commercial fueling system.

7.    There are 1200+ sites throughout the United States and over 200 diesel-only sites in Canada.  In Canada you may only purchase diesel and oil and must have an international card to do so.

8.    The price of fuel with Pacific Pride is a cardlock price.  It is not a cash or credit card price.  Your franchise sets the prices for your customers at all Pacific Pride sites.

9.    Pacific Pride bills bimonthly.  Be familiar with your billing statement and invoice.  Make sure you are aware of what your bill looks like and how it utilizes the information that comes from Pacific Pride.

10.   Explain to the customer that you will be mailing information that includes an application and that you will be calling him in a week.

11.   Always follow up.  Call the customer when you say you will.

12.   As an inside salesperson, you must make yourself human to your customer.  Be yourself.  Don't try to be someone else.  You have to be comfortable and self-assured while you're on the telephone.  If you aren't you will sound insincere to the customer.  Make sure you smile while making calls.  A smile can be heard.

13.   Know your product, counter objections, and follow up when you say you will.

14.   When the sale is closed, end the call.  Don't oversell the product.  Go for the close as soon as possible.

15.   As a salesperson, be knowledgeable, positive, and enthusiastic about your product and yourself.

16.   Handwrite your application.  Highlight with a yellow highlighter the areas of the application the customer needs to fill in and sign.  Do not send out a blank application.  You already have the name and address of the customer.

17.    When making a follow-up call, ask the prospective customer if he has received the information.    If he has, ask him if he has sent in the application. If he hasn't sent in the application, ask why.

18.    Listen closely and counter his objections.  Ask him to fill out and sign the application and send it to you.  End the conversation with, "I will call you in a week if I haven't received the application."

19.    Make sure you follow up.

## VI.    MARKETING PACIFIC PRIDE

How you choose to market Pacific Pride is up to you.  We have found that inside sales work extremely well.  If you want to do outside sales, mailers, inside sales, or a combination of sales, that's terrific.  I am available to help you in any way that I can, doing any kind of sales you choose to do.

The most important part of a marketing program is the administrator of the program.  That person must accept the responsibility of the program and be willing to commit to making the program work.  Overseeing a project like this is time consuming and must be done on a consistent basis.

The second most important part of your marketing program is your salesperson.  This person must be a self-starter, punctual, consistent, organized, articulate, intelligent, and must know the Pacific Pride System inside and out.

Then you need to decide how to pay the person.  I suggest that you pay him an entry-level wage with a draw on future commissions.  The reason I suggest this way to pay is for the salesperson to see what it takes in gallons to create revenue and to accept the responsibility for that revenue.  By accepting the responsibility, there is an excellent chance of making good money and establishing a career.

The salesperson must then be trained.  Pacific Pride offers a monthly training class in Salem.  Check the Pacific Pride EFT calendar for the dates.  I am also available for training when I am in your area.  I can also be reached by phone at 1-800-408-3835.  I do have an answering machine and suggest that you leave your work number and an after-hours number for me.  I will return your call within a day.  If I haven't done so, please call me again.  I live in a rural area and oftentimes the electricity goes off and I lose my messages.

When the salesperson is trained he then begins the selling process.  In order to sell he needs to have a weekly plan.  I suggest that the salesperson have a file box with dividers for the box.

PP0253

The dividers are:

1.    Monday through Friday – One for each day
2.    January through December – One for each month
3.    No interest
4.    In each day there are four dividers

(1)    Application Sent
(2)    Application Follow-Up
(3)    Follow-Up
(4)    New Leads

The box will contain leads that the salesperson will call. When he starts out there will be 65 leads in the "New Leads" divider for each day.

Each day he will make the calls and file the card in the appropriate day. If he sends out an application, the card will go into the "Application Sent" divider.

The salesperson should be a full-time Pacific Pride salesperson. We have found that the most effective marketers have dedicated Pacific Pride salespeople.

Your company is responsible for providing sales leads to the salesperson. I would be glad to tell you where to obtain them. Please give me a call at 1-800-408-3835.

**EXHIBIT 10A  PAGE 21 OF 26**

## VII.    GUARANTEES

### A.    Pacific Pride Guarantees

1.    Dedicated fueling island = Time = $
2.    Three products -- diesel + 2 other fuel products = Time = $
3.    Optical card = Time = $
4.    Uniform, identifiable signs = Time = $
5.    1-800 site find line = Time = $
6.    Web site routing and directions
7.    Ability to quote price by week

### B.    AmeriNet

1.    Truck stop
2.    Diesel

### C.    PrideNet

1.    A site that doesn't meet Pacific Pride guarantees but has a card reader

D.    Pacific Pride is the only commercial fueling system that categorizes its sites by name.  The three categories are:

1.    Pacific Pride
2.    AmeriNet
3.    PrideNet

E.    Your Pacific Pride access cards will access all Pacific Pride, AmeriNet, and PrideNet sites.

F.    If you need further marketing and sales information, call Phyllis Nygaard at 1-800-408-3835.

**EXHIBIT 10A  PAGE 22 OF 26**

## VIII.   SCRIPTS FOR INSIDE SALES

First Call (The first time you have spoken to the contact person):

"Hello, this your name with your company name, Pacific Pride.  Are you familiar with Pacific Pride?"

If the answer is YES or NO ask the following question.

"Are you currently using a commercial fueling access card?"

If the answer is YES, ask:

"Who issued you your card?"

If the answer is another Pacific Pride Franchise, explain to him:

"Then your card will work at our site in your town (give site directions and/or address).  Please use our site when you're in our area."

If the answer is NO or he tells you he has a competitor's card, say to him:

"I have some information regarding Pacific Pride that I will be putting in the mail to you.  In that information will be an application.  I will give you a call in a week to answer any questions or concerns you might have regarding the Pacific Pride Network.  Should you decide to fill in the application before I call you next week, please fill it in where it is highlighted in yellow, sign on the signature line, and mail it back or fax it to me.  The address and fax number will be with the information.  Thanks for your time."

Hang up. Send a packet with your application, Frequent Fueler Flier, Pacific Pride United States map, and a letter from you with general information about your company.

Second Call (Application follow-up call the second time you have talked to the contact):

"Hello, contact person's name.  This is your name and company, Pacific Pride.  Have you filled out the commercial fueling application yet?"

If the answer is YES, say:

"Have you mailed it in?"

If the answer is <u>YES</u>, say:

> "Great.  I'll call you when we have credit approval and we'll design a card order to meet the fueling needs of your company."

If the answer is <u>NO</u>, it hasn't been mailed yet, say:

> "Why not fax that to me at <u>your fax number</u> and we can start to process your credit.  Then just mail me the original. "

If the answer is <u>NO,</u> it has not been filled out yet, say:

> "Oh, why not?  Do you have any questions or concerns regarding the Pacific Pride system?"

Answer each question.  After you answer the first question again, say:

> "Do you have any other questions or concerns regarding the Pacific Pride system?"

Continue to answer and ask the question until the contact says he no longer has questions or concerns.

Then say:

> "Great.  I'll be expecting your application.  If I haven't received it by <u>one week from the day of your conversation</u>, I'll call you back."

Hang up.  Call back one week from the day of your conversation.

Continue calling the contact once a week for <u>six weeks.</u>

On the seventh call say:

> "Hello, <u>name of contact.</u>  This is <u>your name and company name</u>, Pacific Pride.

> "Do you realize I have talked to you once a week for six weeks and that we still haven't made a decision about Pacific Pride?  Are we going to make that decision today?"  (You must ask for the order.)

If the answer is <u>YES</u>, we are going to make a decision about Pacific Pride today, say:

> "What is the decision?"

**EXHIBIT 10A  PAGE 24 OF 26**

PP0257

If the answer is <u>YES</u>, say:

> "Please fax me the <u>application</u> to <u>your company's fax number</u> and mail the original copy to <u>the address of your company."</u>

If the answer is <u>NO</u>, say:

> "I understand, <u>contact name</u>, that Pacific Pride is new in the area. I do believe that it would be a great benefit to your company. Since you appear to be uninterested at this time I will put you in my callback file in <u>3 to 6 months</u>. By then I'm sure you will have heard more about Pacific Pride and will want to be a part of our system. In the meantime, <u>contact person's name</u>, should anyone call you regarding Pacific Pride, please tell them that you are working with me. Again, my name is <u>your name</u> from <u>your company name</u>."

Hang up.

Call back when you told the contact you were going to call back. <u>DO NOT</u> remind the contact that you previously talked to him.

**EXHIBIT 10A  PAGE 25 OF 2**

## IX.    CARD ORDERING QUESTIONS

1.    HOW DO YOU WANT TO TRACK YOUR FUEL?

2.    IS IT IMPORTANT FOR YOU TO KNOW WHERE YOUR DRIVERS ARE AT ALL TIMES?

3.    IS IT IMPORTANT FOR YOU TO KNOW WHERE YOUR VEHICLES ARE AT ALL TIMES?

4.    DO YOU WANT TO TRACK YOUR VEHICLES AND DRIVERS?

5.    DO YOU WANT YOUR FUEL EXPENSED BY JOB?

6.    DO YOU HAVE A SALES DEPARTMENT?

7.    DO YOU HAVE A SERVICE DEPARTMENT?

8.    DO YOU WANT YOUR ADMINISTRATIVE STAFF TO HAVE CARDS?

9.    DO YOU HAVE ANY BRANCH OFFICES?

10.    ARE YOU THE CORPORATE HEADQUARTERS?

IF NOT, ASK:

WHERE IS THE CORPORATE HEADQUARTERS AND DO THEY MAKE FUELING DECISIONS FOR THE OTHER BRANCHES?

11.    DO YOU OWN ANY OTHER COMPANIES?

12.    AS AN ADDED SERVICE, WE ALWAYS ISSUE CARDS TO THE OWNER AND THE OWNER'S SPOUSE.

13.    ARE YOU INTERESTED IN OUR TAX ACCOUNTING SYSTEM?

14.    WHO WILL BE TRACKING THE FUEL USAGE FOR YOUR COMPANY? (ALWAYS CONTACT THAT PERSON AND TEACH HIM HOW TO READ THE BILL WHEN THE STATEMENT AND INVOICE FIRST COME OUT.)

15.    WHO DO YOU KNOW WHO WOULD LIKE TO BE ON PACIFIC PRIDE?

**EXHIBIT 10A  PAGE 26 OF 26**



**PACIFIC PRIDE SERVICES, INC.**
205 Columbia St. N.E. • P.O. Box 2099 • Salem, Oregon 97308
TEL: (503) 588-0455 • Toll Free 1-800-367-5066 • FAX (503) 371-6708

THE COMMERCIAL FUELING SYSTEM

Dear Pacific Pride Marketer:

Now that you are part of the Pacific Pride Commercial Fueling System, it is important to get the word out to your current customers as well as your prospective customers. If you don't toot your own horn, no one will. One of the best ways to get the word out about your new service is through the newspapers. Placing advertisements is effective, but sometimes it can be costly. A press release or news release costs nothing, and local newspapers and radio stations are usually more than willing to run a press release, especially if it has something to do with new business or expanding a business.

Attached is an example of a news release destined for a local paper. There are a few items that must be included in a news release: Company name, telephone number, contact name for more information (who knows, they may want to run pictures), what the new service is and where it is available. Generally, some background information on the new company is appreciated, i.e., how long in business and any associated businesses.

Use this example as a form for your own press release. Send the press release to all local newspapers and radio and television stations just before you open your new site or just after the opening. If you are planning to have a grand opening, it is extremely important to get the news out before rather than after the grand opening. You may be surprised how many people pick up the story.

Press releases are an inexpensive way to get your story out to the community. Also, don't forget your Chamber of Commerce or other local business groups. Business group newsletters are a great resource for getting your message across and attracting new customers.

If you need any help, please don't hesitate to call us at 1-800-367-5066.

**EXHIBIT 10B  PAGE 1 OF 6**

FROM:        Pacific Pride Services, Inc.
             P.O. Box 2099
             Salem, OR  97308

CONTACT:     Charles Faulk, Vice President
             (912) 537-3303

For Immediate Release
June 7, 2001

## PACIFIC PRIDE COMMERCIAL FUELING SITE OPENS ON FIRST STREET

(Vidalia, GA) – Brilad Oil Co. has opened a new Pacific Pride Commercial fueling site at 2501 First Street East in Vidalia, announced Charles Faulk, vice president.

The commercial fueling site offers diesel, unleaded, and unleaded premium gasoline.  The site also includes Shoney's Restaurant and Motel, on truck parking for motel guests, and a 24-hour convenience store.

Brilad Oil Co., founded in 1936, is based in Vidalia.  The First Street location is the company's first Pacific Pride Commercial Fueling site.  Brilad Oil Co. also offers wholesale gasoline, diesel, and aviation fuels, bulk and packaged lubrications, and LTL fuel deliveries.

Pacific Pride is a registered trademark of Pacific Pride Services, Inc. Corporate offices for the franchise are located in Salem, Oregon.  The Pacific Pride Commercial Fueling Network, the largest in North America, consists of more than 1300 site locations across the United States and Canada.

EXHIBIT 10B  PAGE 2 OF 6

## (YOUR NAME HERE)

## IS PLEASED TO ANNOUNCE

## ITS AFFILIATION WITH

## PACIFIC PRIDE
## THE COMMERCIAL FUELING SYSTEM

**(YOUR COMPANY NAME HERE)** is pleased to announce our participation in Pacific Pride, The Commercial Fueling System. PACIFIC PRIDE is a network of commercial fueling sites designed to serve you, our commercial customer. Pacific Pride is the largest commercial fueling system in the United States. The **(YOUR COMPANY NAME HERE)/**Pacific Pride access card, together with your security number, allows you to fuel anytime, 24 hours a day, 365 days a year, at over 95 AmeriNet Truck stops around the country and over 1190 Pacific Pride locations in the U.S., plus 205 sites throughout Canada. Pacific Pride sites are strategically located along major traffic arterials and in metropolitan areas and are easily identified by the distinctive Pacific Pride signing. Diesel fuel is available at all Pacific Pride and AmeriNet sites, with gasoline available at most sites. The sites offer air, water, and window cleaning equipment. Showers, truck washing equipment, and truck scales are available at some sites.

### A VARIETY OF LOCATIONS

Pacific Pride sites can be found in a variety of states, with new sites opening each month. And, remember, your Pacific Pride fueling card will also allow you to access a variety of AmeriNet Truckstops around the country as well. A convenient wet site (www.pacificpride.com) and the "Site Find Line" make it easy to receive directions and product availability information for all Pacific Pride, PrideNet, and AmeriNet locations. Just dial 1-800-929-9399 for the Find Line and follow the easy directions to obtain information on sites with a specific city or area.

| | | |
|---|---|---|
| **Alabama** | **Maine** | **Oklahoma** |
| **Arizona** | **Maryland** | **Oregon** |
| **California** | **Michigan** | **Pennsylvania** |
| **Colorado** | **Minnesota** | **South Carolina** |
| **Connecticut** | **Mississippi** | **Tennessee** |
| **Florida** | **Missouri** | **Texas** |
| **Georgia** | **Montana** | **Utah** |
| **Idaho Nebraska** | **Virginia** | |
| **Illinois** | **Nevada** | **Washington** |
| **Indiana** | **New Mexico** | **West Virginia** |
| **Iowa** | **North Carolina** | **Wisconsin** |
| **Kansas** | **North Dakota** | **Wyoming** |
| **Kentucky** | **Ohio** | |

**EXHIBIT 10B  PAGE 3 OF 6**

PP0262

# OPENING DAY

**(NEW SITE OPENING DATE)** is scheduled as the date for the opening of the first Pacific Pr site in **(CITY/STATE).** The location will be at **(NEW SITE ADDRESS).** Right now we ar̄ ʼn ... process of upgrading the equipment at the site to the Petro Vend cardlock system. Tl.. Vend System2 and SmartLock™ have proven to be reliable and easy to operate. Each Pacin̄ Pride site is equipped with Petro Vend or SmartLock™ equipment, so the routine will be th same no matter which Pacific Pride facility you choose to use.

Currently, there are over 2,000,000 customers like you using the system. Why? Because w offer greater convenience, efficiency, and control of their commercial vehicle operations. Nov you have the opportunity to take advantage of these benefits, too. The Pacific Pride Commercia̅ Fueling System satisfies the needs of the commercial customer by offering management contrc of fuel purchases, driver convenience to fuel efficiently, and the ability to purchase fuel on credi̅ terms throughout the U.S. These computerized sites are accessible to you, but NOT the genera̅ public. No more waiting in long lines or searching for a fueling facility on the weekend or afte. hours. *Pacific Pride sites are always ready for you to roll in, fill up, and roll out!*

## WHAT CONTROL

Every Pacific Pride purchase is recorded at the site. Every driver in your operation is issued a plastic-coated card. Each card is individually coded to identify the user and has a unique security code. The card is inserted into the reader station, which permits the driver use of the pump and provides a computer data sheet to your company each billing period. Each month you will receive an itemized printout of your purchases, listed by card numbers(s), providing an invaluable aid for your accountability control. No more sorting through flimsy sales receipts from a var̄ ⁱ ⁱʳ ⁱ credit cards or worrying about drivers carrying cash. In addition, the computerized .. provides you the following information:

- **Price per gallon**
- **Odometer reading**
- **Location of purchase**
- **Type of product purchased**
- **Date and time of purchase**
- **Name of driver or vehicle number**
- **Total of all purchases by all drivers or vehicles**
- **Number of gallons purchased, by transaction**
- **Subtotal of purchases for each driver or vehicle**
- **Your mile-per-gallon averages for each vehicle, based on odometer readings**

*AND* to assist you in developing maximum accountability for your fleet, additional printout services can be easily arranged.

EXHIBIT 10B   PAGE 4 OF 6

PP0263

# HOW TO GET YOUR NEW CARDS

Conversion date is set for _____ at _____
o'clock.  The equipment will be out of operation _____, but will be
online and ready to accommodate your _____ morning fueling.

You will be receiving your new **(YOUR COMPANY NAME HERE)**/Pacific Pride access cards by
(certified) mail between the _____ and the _____ of _____.
Please watch for the cards.  If you do not have them by _____,
please call or come by our office.  If you would like a demonstration on using your new cards, we
will be happy to offer our assistance.  We are very pleased to be a part of the Pacific Pride
Commercial Fueling System and will keep you informed as new fueling sites are added.  Maps to
help you locate the Pacific Pride sites are available upon request, or you can access the Pacific
Pride web site at www.pacificpride.com to locate additional sites along your route.

**(YOUR COMPANY NAME HERE)** has been serving your fuel needs in **(CITY OR AREA)** for
_____ years.  Now we can satisfy your fuel needs wherever, whenever you travel through our
expanded service area.  The Pacific Pride Commercial Fueling System is vigorously expanding,
and we are proud to take an active part in that growth.  Take advantage of the benefits *OUR*
network of fueling sites has to offer and watch us grow to serve your needs.

**EXHIBIT 10B  PAGE 5 OF 6**

**(YOUR COMPANY NAME HERE)** is pleased to announce its affiliation wi Pacific Pride Commercial Fueling System.  Beginning _____ **(YOUR COMPANY NAME HERE )**will be operating a Pacific Pride site at _____ in _____.    By joining the Pacific Pride System, **(YOUR COMPANY NAME HERE)** now offers expanded fueling service to our customers throughout the United States from one credit source.

Pacific Pride is a network of automated fueling sites dedicated to commercial customers like you.  Currently, there are 1190 sites throughout the U.S. and over 205 sites in Canada.  All Pacific Pride sites are open 24 hours a day, 7 days a week, for your convenience.  No longer is there a search for an open service station during off-hours or on weekends.

If you choose to take advantage of this new service, you will be given a **(YOUR COMPANY NAME HERE)**/PACIFIC PRIDE access card, which works much like a card for the automated teller machine at your bank.  This card may be used to activate the pumps at any Pacific Pride site.  Best of all, the system allows you to take advantage of itemized billings that show the details of each purchase, such as time, date, product, location, price, and even miles per gallon.   Such cr. management information can be turned into substantial savings in time and dollars.

We hope you will take advantage of this new service.  If you would like to open an account for a **(YOUR COMPANY NAME HERE)** /PACIFIC PRIDE card, or if you have any questions about the service, please call our office at **(YOUR TELEPHONE NUMBER HERE)** or stop by our office.

We are excited about our affiliation with Pacific Pride and will continue to expand our business to serve your needs.

**EXHIBIT 10B  PAGE 6 OF 6**

# STANDARD INDUSTRIAL CODES LIST

## DIVISION A. AGRICULTURE, FORESTRY & FISHING

| | |
|---|---|
| 0100 | Agricultural Production - Crops |
| 0200 | Agricultural Production – Livestock |
| 0700 | Agricultural Services |
| 0740 | Veterinary Services |
| 0780 | Landscape and Horticultural Services |
| 0800 | Forestry |
| 0910 | Commercial Fishing |
| 0920 | Fish Hatcheries & Preserves |
| 0970 | Hunting, Trapping & Game Propagation |

## DIVISION B. MINING

| | |
|---|---|
| 1000 | Metal Mining |
| 1200 | Coal Mining |
| 1300 | Oil & Gas Extraction |
| 1400 | Nonmetallic Minerals Including Stone, Sand & Gravel |

## DIVISION C. CONSTRUCTION

| | |
|---|---|
| 1520 | General Building Contractors – Residential Buildings |
| 1530 | Operative Builders Who Construct & Sell Buildings On Their Own Account Rather Than As Contractors |
| 1540 | General Building Contractors – Nonresidential Buildings |
| 1610 | Highway & Street Construction |
| 1620 | Heavy Construction |
| 1710 | Plumbing, Heating (except Electric) & Air Conditioning |
| 1720 | Painting, Paper Hanging & Decorating |
| 1730 | Electrical Work |
| 1740 | Masonry, Stonework, Tile Setting & Plastering |
| 1750 | Carpentering & Flooring |
| 1760 | Roofing & Sheet Metal Work |
| 1770 | Concrete Work |
| 1780 | Water Well Drilling |
| 1790 | Special Trade Contractors Not Otherwise Listed Above |

## DIVISION D. MANUFACTURING

| | |
|---|---|
| 2010 | Meat Products |
| 2020 | Dairy Products |
| 2030 | Canned & Preserved Fruits & Vegetables |
| 2040 | Grain Mill Products |
| 2050 | Bakery Products |
| 2060 | Sugar & Confectionery Products |
| 2070 | Fats & Oils |
| 2080 | Beverages |
| 2090 | Food Preparations & Products |
| 2100 | Tobacco Manufacturers |
| 2200 | Textile Mill Products |
| 2300 | Apparel & Other Finished Products |
| 2400 | Lumber & Wood Products |
| 2500 | Furniture & Fixtures |
| 2600 | Paper & Allied Products |
| 2700 | Printing & Publishing |
| 2810 | Industrial Inorganic Chemicals |
| 2820 | Plastics Materials & Synthetics |
| 2830 | Drugs |
| 2840 | Soap, Detergents & Cleaning Preparations |
| 2850 | Paints, Varnishes & Allied Products |
| 2860 | Industrial Organic Chemicals |
| 2870 | Agricultural Chemicals |
| 2890 | Chemical Products Not Otherwise Listed Above |
| 2910 | Petroleum Refining |
| 2950 | Paving & Roofing Materials |
| 2990 | Products of Petroleum & Coal |
| 3000 | Rubber & Misc. Plastics Products |
| 3100 | Leather Tanning & Finishing & Leather Products |
| 3200 | Stone, Clay, Glass & Concrete Products |
| 3300 | Primary Metal Industries |
| 3400 | Fabricated Metal Products |
| 3500 | Machinery, Except Electrical |
| 3600 | Electrical & Electronic Machinery, Equipment & Supplies |
| 3710 | Motor Vehicles & Motor Vehicle Equipment |
| 3720 | Aircraft & Parts |
| 3730 | Ship & Boat Building & Repairing |
| 3740 | Railroad Equipment |
| 3750 | Motorcycles, Bicycles & Parts |
| 3790 | Transportation Equipment Not Otherwise Listed Above |
| 3800 | Measuring, Analyzing & Controlling Instruments; Photographic, Medical & Optical Goods; Watches & Clocks |
| 3910 | Jewelry, Silverware & Plated Ware |
| 3930 | Musical Instruments |
| 3940 | Toys & Amusement, Sporting & Athletic Goods |
| 3950 | Pens, Pencils & Other Office & Artists' Materials |
| 3960 | Costume Jewelry, Novelties, Buttons & Notions |
| 3990 | Manufacturing Industries Not Otherwise Listed Above |

## DIVISION E. TRANSPORTATION, COMMUNICATIONS, ELECTRIC, GAS & SANITARY SERVICES

| | |
|---|---|
| 4000 | Railroad Transportation |
| 4110 | Local & Suburban Passenger Transportation |
| 4120 | Taxicabs |
| 4130 | Intercity & Rural Highway Passenger Transportation |
| 4140 | Passenger Transportation Charter Service |
| 4170 | Terminal & Service Facilities for Motor Vehicle Passenger Transportation |
| 4210 | Trucking, Local & Long Distance |
| 4220 | Public Warehousing |
| 4230 | Terminal & Joint Terminal Maintenance Facilities for Motor Freight Transportation |
| 4400 | Water Transportation |
| 4500 | Transportation by Air |
| 4600 | Pipelines, Except Natural Gas |
| 4700 | Transportation Services not Otherwise Listed Above |
| 4810 | Telephone Communication (Wire or Ra |
| 4820 | Telegraph Communication (Wire or Rad |
| 4830 | Radio & Television Broadcasting |
| 4890 | Communication Services Not Otherwise Listed Above |
| 4910 | Electric Services |
| 4920 | Gas Production & Distribution |
| 4930 | Combination Electric & Gas & Other Utility Services |
| 4940 | Water Supply |
| 4950 | Sanitary Services |
| 4970 | Irrigation Systems |

## DIVISION F. WHOLESALE TRADE

| | |
|---|---|
| 5010 | Motor Vehicles, Automotive Parts & Supplies |
| 5020 | Furniture & Home Furnishings |
| 5030 | Lumber & Other Construction Materials |
| 5040 | Sporting, Recreational, Photographic, Hobby Goods, Toys & Supplies |
| 5050 | Metals & Minerals, Except Petroleum |
| 5060 | Electrical Goods |
| 5070 | Hardware, Plumbing & Heating Equipment & Supplies |
| 5080 | Machinery, Equipment & Supplies |
| 5090 | Durable Goods Not Otherwise Listed Above |
| 5091 | Import & Export of Durable Goods |
| 5110 | Paper & Paper Products |
| 5120 | Drugs, Proprietaries & Sundries |
| 5130 | Apparel, Piece Goods & Notions |
| 5140 | Groceries & Related Products |
| 5150 | Farm-Product Raw Materials |
| 5160 | Chemicals & Allied Products |
| 5170 | Petroleum & Petroleum Products |
| 5180 | Beer, Wine & Distilled Alcoholic Beverage |
| 5190 | Nondurable Goods Not Otherwise Listed Above |
| 5191 | Import & Export of Nondurable Goods |

## DIVISION G. RETAIL TRADE

| | |
|---|---|
| 5200 | Building Materials Dealers (Including Lumber, Hardware & Mobile Home Dealers) |
| 5260 | Retail Nurseries & Garden Stores |
| 5300 | General Merchandise Stores |
| 5400 | Food Stores Including Candy Stores |
| 5510 | Motor Vehicle Dealers (New and/or Used) |
| 5530 | Auto & Home Supply Stores |
| 5540 | Gasoline Service Stations |
| 5550 | Boat Dealers |
| 5560 | Recreation & Utility Trailer Dealers |
| 5570 | Motorcycle Dealers |

**EXHIBIT 10C  PAGE 1 OF 2**

| | | |
|---|---|---|
| 5590 | Automotive Dealers Not Otherwise Listed Above | |
| 5600 | Apparel & Accessory Stores | |
| 5700 | Furniture, Home Furnishings & Equipment Stores | |
| 5800 | Eating & Drinking Places | |
| 5910 | Drug Stores & Proprietary Stores | |
| 5920 | Liquor Stores | |
| 5930 | Used Merchandise Stores | |
| 5940 | Retail Goods Stores Such As Sporting Goods, Bicycles, Books, Stationery, Jewelry & Hobby Stores | |
| 5960 | Nonstore Retailers | |
| 5961 | Mail Order Houses – Retail (Not Including Retail Outlets) | |
| 5980 | Fuel & Ice Dealers | |
| 5990 | Retail Stores Not Otherwise Listed Above | |

## DIVISION H.  FINANCE, INSURANCE & REAL ESTATE

| | |
|---|---|
| 6000 | Banking |
| 6100 | Credit Agencies Other Than Banks |
| 6200 | Security & Commodity Brokers, Dealers, Exchanges & Services |
| 6300 | Insurance Including Insurance Carriers Of All Types |
| 6400 | Insurance Agents, Brokers & Service |
| 6500 | Real Estate Including Cemeteries |
| 6512 | Residential Building Operators (Offices & Gas Rentals) |
| 6513 | Apartment Building Operators |
| 6530 | Real Estate Agent Managers |
| 6600 | Any Combination of Real Estate, Insurance, Loans & Law Offices |
| 6710 | Holding Offices Which Hold Or Own Securities For The Purpose Of Exercising Some Degree Of Control Over Companies |
| 6720 | Investment Offices |
| 6730 | Trusts Consisting Of Establishments Primarily Engaged In The Management Of The Funds of Individual Trusts & Foundations |
| 6790 | Investors Such As Oil Royalty Traders, Patent Owners & Investment Clubs |

## DIVISION I.  SERVICES

| | |
|---|---|
| 7000 | Hotels, Rooming Houses, Camps & Other Lodging Places |
| 7210 | Laundry, Cleaning & Garment Services |
| 7220 | Photographic Studios (Portrait) |
| 7230 | Beauty Shops & Barber Shops |
| 7250 | Shoe Repair, Shoe Shine & Hat Cleaning Shops |
| 7260 | Funeral Service & Crematories |
| 7290 | Personal Services |
| 7310 | Advertising |
| 7320 | Credit Reporting, Mercantile Reporting, Adjustment & Collection Agencies |
| 7330 | Mailing, Reproduction, Commercial Art, Photography & Stenographic Services |

| | |
|---|---|
| 7340 | Services to Dwellings & Other Buildings |
| 7350 | News Syndicates |
| 7360 | Personnel Supply Services |
| 7370 | Computer & Data Processing Services |
| 7390 | Misc. Business Services |
| 7392 | Management & Public Relations (Consulting) |
| 7510 | Automobile Rental & Leasing |
| 7520 | Automobile Parking |
| 7530 | Auto Repair Shops |
| 7540 | Automotive Services, except Repair |
| 7620 | Electrical Repair Shops |
| 7630 | Watch, Clock & Jewelry Repair |
| 7640 | Reupholstery & Furniture Repair |
| 7690 | Repair Shops Not Otherwise Listed Above |
| 7810 | Motion Picture Production & Distribution & Allied Services |
| 7830 | Motion Picture Theaters |
| 7910 | Dance Halls, Studios & Schools |
| 7920 | Theatrical Producers |
| 7930 | Bowling Alleys, Billiard & Pool Establishments |
| 7940 | Commercial Sports |
| 7990 | Amusement & Recreation Services Not Otherwise Listed Above |
| 7997 | Membership Sports & Recreation Clubs |
| 8010 | Offices of Licensed Physicians |
| 8020 | Offices of Licensed Dentists |
| 8030 | Offices of Licensed Osteopathic Physicians |
| 8040 | Offices of Other Health Practitioners |
| 8050 | Nursing & Personal Care Facilities |
| 8060 | Hospitals |
| 8070 | Medical & Dental Laboratories |
| 8080 | Outpatient Care Facilities |
| 8090 | Health & Allied Services Not Otherwise Listed Above |
| 8100 | Legal Services |
| 8200 | Educational Services Such As Libraries , Schools, Including Nondegree Granting Schools, Except Dancing Schools |
| 8320 | Individual & Family Social Services |
| 8330 | Job Training & Related Social Services |
| 8350 | Child Day Care Services |
| 8360 | Residential Care |
| 8390 | Social Services Not Otherwise Listed Above |
| 8400 | Museums, Botanical & Zoological Gardens |
| 8610 | Business Associations |
| 8620 | Professional Associations |
| 8630 | Labor Organizations |
| 8640 | Civic & Social Associations |
| 8650 | Political Organizations |
| 8660 | Religious Organizations |
| 8680 | Farm Granges |
| 8910 | Engineering & Architectural Services |
| 8920 | Noncommercial Research Organizations |
| 8930 | Accounting, Auditing & Bookkeeping |
| 8990 | Services Not Otherwise Listed Such as Lecturers, Authors, & Artists |
| 9200 | Justice, Public Order & Safety |

| | |
|---|---|
| 0000 | Not Yet Organized Or Inac |

**EXHIBIT 10C  PAGE 2 OF 2**

PP0267

# 1997 U.S. NAICS CODES AND TITLES
## JULY 1998

Not shown here are 6-digit codes ending in 0 that coincide with their parent 5-digit category, for example, 111110 Soybean Farming

| Code | Title |
|------|-------|
| 11 | Agriculture, Forestry, Fishing and Hunting |
| 111 | Crop Production |
| 1111 | Oilseed and Grain Farming |
| 11111 | Soybean Farming |
| 11112 | Oilseed (except Soybean) Farming |
| 11113 | Dry Pea and Bean Farming |
| 11114 | Wheat Farming |
| 11115 | Corn Farming |
| 11116 | Rice Farming |
| 11119 | Other Grain Farming |
| 111191 | Oilseed and Grain Combination Farming |
| 111199 | All Other Grain Farming |
| 1112 | Vegetable and Melon Farming |
| 11121 | Vegetable and Melon Farming |
| 111211 | Potato Farming |
| 111219 | Other Vegetable (except Potato) & Melon Farming |
| 1113 | Fruit and Tree Nut Farming |
| 11131 | Orange Groves |
| 11132 | Citrus (except Orange) Groves |
| 11133 | Noncitrus Fruit and Tree Nut Farming |
| 111331 | Apple Orchards |
| 111332 | Grape Vineyards |
| 111333 | Strawberry Farming |
| 111334 | Berry (except Strawberry) Farming |
| 111335 | Tree Nut Farming |
| 111336 | Fruit and Tree Nut Combination Farming |
| 111339 | Other Noncitrus Fruit Farming |
| 1114 | Greenhouse, Nursery, and Floriculture Production |
| 11141 | Food Crops Grown Under Cover |
| 111411 | Mushroom Production |
| 111419 | Other Food Crops Grown Under Cover |
| 11142 | Nursery and Floriculture Production |
| 111421 | Nursery and Tree Production |
| 111422 | Floriculture Production |
| 1119 | Other Crop Farming |
| 11191 | Tobacco Farming |
| 11192 | Cotton Farming |
| 11193 | Sugarcane Farming |
| 11194 | Hay Farming |
| 11199 | All Other Crop Farming |
| 111991 | Sugar Beet Farming |
| 111992 | Peanut Farming |
| 111998 | All Other Miscellaneous Crop Farming |
| 112 | Animal Production |
| 1121 | Cattle Ranching and Farming |
| 11211 | Beef Cattle Ranching and Farming, including Feedlots |
| 112111 | Beef Cattle Ranching and Farming |
| 112112 | Cattle Feedlots |
| 11212 | Dairy Cattle and Milk Production |
| 11213 | Dual Purpose Cattle Ranching and Farming |
| 1122 | Hog and Pig Farming |
| 11221 | Hog and Pig Farming |
| 1123 | Poultry and Egg Production |
| 11231 | Chicken Egg Production |
| 11232 | Broilers and Other Meat Type Chicken Production |
| 11233 | Turkey Production |
| 11234 | Poultry Hatcheries |
| 11239 | Other Poultry Production |
| 1124 | Sheep and Goat Farming |
| 11241 | Sheep Farming |
| 11242 | Goat Farming |
| 1125 | Animal Aquaculture |
| 11251 | Animal Aquaculture |
| 112511 | Finfish Farming and Fish Hatcheries |
| 112512 | Shellfish Farming |
| 112519 | Other Animal Aquaculture |
| 1129 | Other Animal Production |
| 11291 | Apiculture |
| 11292 | Horse and Other Equine Production |
| 11293 | Fur-Bearing Animal and Rabbit Production |
| 11299 | All Other Animal Production |
| 113 | Forestry and Logging |
| 1131 | Timber Tract Operations |
| 11311 | Timber Tract Operations |
| 1132 | Forest Nurseries & Gathering of Forest Products |
| 11321 | Forest Nurseries & Gathering of Forest Products |
| 1133 | Logging |
| 11331 | Logging |
| 114 | Fishing, Hunting and Trapping |
| 1141 | Fishing |
| 11411 | Fishing |
| 114111 | Finfish Fishing |
| 114112 | Shellfish Fishing |
| 114119 | Other Marine Fishing |
| 1142 | Hunting and Trapping |
| 11421 | Hunting and Trapping |
| 115 | Support Activities for Agriculture and Forestry |
| 1151 | Support Activities for Crop Production |
| 11511 | Support Activities for Crop Production |
| 115111 | Cotton Ginning |
| 115112 | Soil Preparation, Planting, and Cultivating |
| 115113 | Crop Harvesting, Primarily by Machine |
| 115114 | Postharvest Crop Activities (except Cotton Ginning) |
| 115115 | Farm Labor Contractors and Crew Leaders |
| 115116 | Farm Management Services |
| 1152 | Support Activities for Animal Production |
| 11521 | Support Activities for Animal Production |
| 1153 | Support Activities for Forestry |
| 11531 | Support Activities for Forestry |
| 21 | Mining |
| 211 | Oil and Gas Extraction |
| 2111 | Oil and Gas Extraction |
| 21111 | Oil and Gas Extraction |
| 211111 | Crude Petroleum and Natural Gas Extraction |
| 211112 | Natural Gas Liquid Extraction |
| 212 | Mining (except Oil and Gas) |
| 2121 | Coal Mining |
| 21211 | Coal Mining |
| 212111 | Bituminous Coal and Lignite Surface Mining |
| 212112 | Bituminous Coal Underground Mining |
| 212113 | Anthracite Mining |
| 2122 | Metal Ore Mining |
| 21221 | Iron Ore Mining |
| 21222 | Gold Ore and Silver Ore Mining |
| 212221 | Gold Ore Mining |

| | |
|---|---|
| 212222 | Silver Ore Mining |
| 21223 | Copper, Nickel, Lead, and Zinc Mining |
| 212231 | Lead Ore and Zinc Ore Mining |
| 212234 | Copper Ore and Nickel Ore Mining |
| 21229 | Other Metal Ore Mining |
| 212291 | Uranium-Radium-Vanadium Ore Mining |
| 212299 | All Other Metal Ore Mining |
| 2123 | Nonmetallic Mineral Mining and Quarrying |
| 21231 | Stone Mining and Quarrying |
| 212311 | Dimension Stone Mining and Quarrying |
| 212312 | Crushed and Broken Limestone Mining and Quarrying |
| 212313 | Crushed and Broken Granite Mining and Quarrying |
| 212319 | Other Crushed & Broken Stone Mining & Quarrying |
| 21232 | Sand, Gravel, Clay, & Ceramic & Refractory Minerals Mining & Quarrying |
| 212321 | Construction Sand and Gravel Mining |
| 212322 | Industrial Sand Mining |
| 212324 | Kaolin and Ball Clay Mining |
| 212325 | Clay & Ceramic & Refractory Minerals Mining |
| 21239 | Other Nonmetallic Mineral Mining and Quarrying |
| 212391 | Potash, Soda, and Borate Mineral Mining |
| 212392 | Phosphate Rock Mining |
| 212393 | Other Chemical and Fertilizer Mineral Mining |
| 212399 | All Other Nonmetallic Mineral Mining |
| 213 | Support Activities for Mining |
| 2131 | Support Activities for Mining |
| 21311 | Support Activities for Mining |
| 213111 | Drilling Oil and Gas Wells |
| 213112 | Support Activities for Oil and Gas Operations |
| 213113 | Support Activities for Coal Mining |
| 213114 | Support Activities for Metal Mining |
| 213115 | Support Activities for Nonmetallic Minerals (except Fuels) |
| 22 | Utilities |
| 221 | Utilities |
| 2211 | Electric Power Generation, Transmission and Distribution |
| 22111 | Electric Power Generation |
| 221111 | Hydroelectric Power Generation |
| 221112 | Fossil Fuel Electric Power Generation |
| 221113 | Nuclear Electric Power Generation |
| 221119 | Other Electric Power Generation |
| 22112 | Electric Power Transmission, Control, & Distribution |
| 221121 | Electric Bulk Power Transmission and Control |
| 221122 | Electric Power Distribution |
| 2212 | Natural Gas Distribution |
| 22121 | Natural Gas Distribution |
| 2213 | Water, Sewage and Other Systems |
| 22131 | Water Supply and Irrigation Systems |
| 22132 | Sewage Treatment Facilities |
| 22133 | Steam and Air-Conditioning Supply |
| 23 | Construction |
| 233 | Building, Developing, and General Contracting |
| 2331 | Land Subdivision and Land Development |
| 23311 | Land Subdivision and Land Development |
| 2332 | Residential Building Construction |
| 23321 | Single Family Housing Construction |
| 23322 | Multifamily Housing Construction |
| 2333 | Nonresidential Building Construction |
| 23331 | Manufacturing & Industrial Building Construction |
| 23332 | Commercial & Institutional Building Construction |
| 234 | Heavy Construction |
| 2341 | Highway, Street, Bridge, and Tunnel Construction |
| 23411 | Highway and Street Construction |
| 23412 | Bridge and Tunnel Construction |
| 2349 | Other Heavy Construction |
| 23491 | Water, Sewer, and Pipeline Construction |
| 23492 | Power & Communication Transmission Line Construction |
| 23493 | Industrial Nonbuilding Structure Construction |
| 23499 | All Other Heavy Construction |
| 235 | Special Trade Contractors |
| 2351 | Plumbing, Heating, and Air-Conditioning Cor |
| 23511 | Plumbing, Heating, and Air-Conditioning Con |
| 2352 | Painting and Wall Covering Contractors |
| 23521 | Painting and Wall Covering Contractors |
| 2353 | Electrical Contractors |
| 23531 | Electrical Contractors |
| 2354 | Masonry, Drywall, Insulation, and Tile Contractors |
| 23541 | Masonry and Stone Contractors |
| 23542 | Drywall, Plastering, Acoustical, and Insulation Contract |
| 23543 | Tile, Marble, Terrazzo, and Mosaic Contractors |
| 2355 | Carpentry and Floor Contractors |
| 23551 | Carpentry Contractors |
| 23552 | Floor Laying and Other Floor Contractors |
| 2356 | Roofing, Siding, and Sheet Metal Contractors |
| 23561 | Roofing, Siding, and Sheet Metal Contractors |
| 2357 | Concrete Contractors |
| 23571 | Concrete Contractors |
| 2358 | Water Well Drilling Contractors |
| 23581 | Water Well Drilling Contractors |
| 2359 | Other Special Trade Contractors |
| 23591 | Structural Steel Erection Contractors |
| 23592 | Glass and Glazing Contractors |
| 23593 | Excavation Contractors |
| 23594 | Wrecking and Demolition Contractors |
| 23595 | Building Equipment and Other Machinery Installation Contractors |
| 23599 | All Other Special Trade Contractors |
| 31-33 | Manufacturing |
| 311 | Food Manufacturing |
| 3111 | Animal Food Manufacturing |
| 31111 | Animal Food Manufacturing |
| 311111 | Dog and Cat Food Manufacturing |
| 311119 | Other Animal Food Manufacturing |
| 3112 | Grain and Oilseed Milling |
| 31121 | Flour Milling and Malt Manufacturing |
| 311211 | Flour Milling |
| 311212 | Rice Milling |
| 311213 | Malt Manufacturing |
| 31122 | Starch and Vegetable Fats and Oils Manufacturing |
| 311221 | Wet Corn Milling |
| 311222 | Soybean Processing |
| 311223 | Other Oilseed Processing |
| 311225 | Fats and Oils Refining and Blending |
| 31123 | Breakfast Cereal Manufacturing |
| 3113 | Sugar and Confectionery Product Manufacturing |
| 31131 | Sugar Manufacturing |
| 311311 | Sugarcane Mills |
| 311312 | Cane Sugar Refining |
| 311313 | Beet Sugar Manufacturing |
| 31132 | Chocolate Confectionery Manufacturing from Cacao Beans |
| 31133 | Confectionery Manufacturing from Purchased Chocolate |
| 31134 | Nonchocolate Confectionery Manufacturing |
| 3114 | Fruit and Vegetable Preserving and Specialty Food Manufacturing |
| 31141 | Frozen Food Manufacturing |
| 311411 | Frozen Fruit, Juice, and Vegetable Manufacturing |
| 311412 | Frozen Specialty Food Manufacturing |
| 31142 | Fruit and Vegetable Canning, Pickling, and Drying |
| 311421 | Fruit and Vegetable Canning |
| 311422 | Specialty Canning |
| 311423 | Dried and Dehydrated Food Manufacturing |
| 3115 | Dairy Product Manufacturing |
| 31151 | Dairy Product (except Frozen) Manufacturing |
| 311511 | Fluid Milk Manufacturing |
| 311512 | Creamery Butter Manufacturing |

311513   Cheese Manufacturing
311514   Dry, Condensed, & Evaporated Dairy Product
         Manufacturing
31152    Ice Cream and Frozen Dessert Manufacturing
3116     Animal Slaughtering and Processing
31611    Animal Slaughtering and Processing
311611   Animal (except Poultry) Slaughtering
311612   Meat Processed from Carcasses
311613   Rendering and Meat Byproduct Processing
311615   Poultry Processing
3117     Seafood Product Preparation and Packaging
31171    Seafood Product Preparation and Packaging
311711   Seafood Canning
311712   Fresh and Frozen Seafood Processing
3118     Bakeries and Tortilla Manufacturing
31181    Bread and Bakery Product Manufacturing
311811   Retail Bakeries
311812   Commercial Bakeries
311813   Frozen Cakes, Pies, & Other Pastries Manufacturing
31182    Cookie, Cracker, and Pasta Manufacturing
311821   Cookie and Cracker Manufacturing
311822   Flour Mixes and Dough Manufacturing from
         Purchased Flour
311823   Dry Pasta Manufacturing
31183    Tortilla Manufacturing
3119     Other Food Manufacturing
31191    Snack Food Manufacturing
311911   Roasted Nuts and Peanut Butter Manufacturing
311919   Other Snack Food Manufacturing
31192    Coffee and Tea Manufacturing
31193    Flavoring Syrup and Concentrate Manufacturing
31194    Seasoning and Dressing Manufacturing
311941   Mayonnaise, Dressing, & Other Prepared Sauce
         Manufacturing
311942   Spice and Extract Manufacturing
31199    All Other Miscellaneous Food Manufacturing
311991   Perishable Prepared Food Manufacturing
312      Beverage and Tobacco Product Manufacturing
3121     Beverage Manufacturing
31211    Soft Drink and Ice Manufacturing
312111   Soft Drink Manufacturing
312112   Bottled Water Manufacturing
312113   Ice Manufacturing
31212    Breweries
31213    Wineries
31214    Distilleries
3122     Tobacco Manufacturing
31221    Tobacco Stemming and Redrying
31222    Tobacco Product Manufacturing
312221   Cigarette Manufacturing
312229   Other Tobacco Product Manufacturing
313      Textile Mills
3131     Fiber, Yarn, and Thread Mills
31311    Fiber, Yarn, and Thread Mills
313111   Yarn Spinning Mills
313112   Yarn Texturizing, Throwing, and Twisting Mills
313113   Thread Mills
3132     Fabric Mills
31321    Broadwoven Fabric Mills
31322    Narrow Fabric Mills and Schiffli Machine Embroidery
313221   Narrow Fabric Mills
313222   Schiffli Machine Embroidery
31323    Nonwoven Fabric Mills
31324    Knit Fabric Mills
313241   Weft Knit Fabric Mills
313249   Other Knit Fabric and Lace Mills
3133     Textile and Fabric Finishing and Fabric Coating Mills
31331    Textile and Fabric Finishing Mills
313311   Broadwoven Fabric Finishing Mills

313312   Textile and Fabric Finishing (except Broadwoven Fabric
         Mills
31332    Fabric Coating Mills
314      Textile Product Mills
3141     Textile Furnishings Mills
31411    Carpet and Rug Mills
31412    Curtain and Linen Mills
314121   Curtain and Drapery Mills
314129   Other Household Textile Product Mills
3149     Other Textile Product Mills
31491    Textile Bag and Canvas Mills
314911   Textile Bag Mills
314912   Canvas and Related Product Mills
31499    All Other Textile Product Mills
314991   Rope, Cordage, and Twine Mills
314992   Tire Cord and Tire Fabric Mills
314999   All Other Miscellaneous Textile Product Mills
315      Apparel Manufacturing
3151     Apparel Knitting Mills
31511    Hosiery and Sock Mills
315111   Sheer Hosiery Mills
315119   Other Hosiery and Sock Mills
31519    Other Apparel Knitting Mills
315191   Outerwear Knitting Mills
315192   Underwear and Nightwear Knitting Mills
3152     Cut and Sew Apparel Manufacturing
31521    Cut and Sew Apparel Contractors
315211   Men's Cut and Sew Apparel Contractors
315212   Women's, Girls', & Infants' Cut & Sew Apparel Contract
31522    Men's and Boys' Cut and Sew Apparel Manufacturing
315221   Men's & Boys' Cut & Sew Underwear & Nightwear
         Manufacturing
315222   Men's & Boys' Cut & Sew Suit, Coat, & Overcoat
         Manufacturing
315223   Men's and Boys' Cut and Sew Shirt (except Work Shirt)
         Manufacturing
315224   Men's & Boys' Cut & Sew Trouser, Slack, & Jean
         Manufacturing
315225   Men's and Boys' Cut & Sew Work Clothing Manufacturing
315228   Men's & Boys' Cut & Sew Other Outerwear Manufacturir
31523    Women's and Girls' Cut and Sew Apparel Manufacturing
315231   Women's and Girls' Cut and Sew Lingerie, Loungewear,
         and Nightwear Manufacturing
315232   Women's & Girls' Cut & Sew Blouse & Shirt Manufacturin
315233   Women's and Girls' Cut and Sew Dress Manufacturing
315234   Women's and Girls' Cut and Sew Suit, Coat, Tailored
         Jacket, and Skirt Manufacturing
315239   Women's & Girls' Cut & Sew Other Outerwear
         Manufacturing
31529    Other Cut and Sew Apparel Manufacturing
315291   Infants' Cut and Sew Apparel Manufacturing
315292   Fur and Leather Apparel Manufacturing
315299   All Other Cut and Sew Apparel Manufacturing
3159     Apparel Accessories and Other Apparel Manufacturing
31599    Apparel Accessories and Other Apparel Manufacturing
315991   Hat, Cap, and Millinery Manufacturing
315992   Glove and Mitten Manufacturing
315993   Men's and Boys' Neckwear Manufacturing
315999   Other Apparel Accessories & Other Apparel Manufacturin
316      Leather and Allied Product Manufacturing
3161     Leather and Hide Tanning and Finishing
31611    Leather and Hide Tanning and Finishing
3162     Footwear Manufacturing
31621    Footwear Manufacturing
316211   Rubber and Plastics Footwear Manufacturing
316212   House Slipper Manufacturing
316213   Men's Footwear (except Athletic) Manufacturing
316214   Women's Footwear (except Athletic) Manufacturing
316219   Other Footwear Manufacturing

PP0270

| | |
|---|---|
| 3169 | Other Leather and Allied Product Manufacturing |
| 31699 | Other Leather and Allied Product Manufacturing |
| 316991 | Luggage Manufacturing |
| 316992 | Women's Handbag and Purse Manufacturing |
| 316993 | Personal Leather Good (except Women's Handbag and Purse) Manufacturing |
| 316999 | All Other Leather Good Manufacturing |
| 321 | Wood Product Manufacturing |
| 3211 | Sawmills and Wood Preservation |
| 32111 | Sawmills and Wood Preservation |
| 321113 | Sawmills |
| 321114 | Wood Preservation |
| 3212 | Veneer, Plywood, & Engineered Wood Product Manufacturing |
| 32121 | Veneer, Plywood, & Engineered Wood Product Manufacturing |
| 321211 | Hardwood Veneer and Plywood Manufacturing |
| 321212 | Softwood Veneer and Plywood Manufacturing |
| 321213 | Engineered Wood Member (except Truss) Manufacturing |
| 321214 | Truss Manufacturing |
| 321219 | Reconstituted Wood Product Manufacturing |
| 3219 | Other Wood Product Manufacturing |
| 32191 | Millwork |
| 321911 | Wood Window and Door Manufacturing |
| 321912 | Cut Stock, Resawing Lumber, and Planing |
| 321918 | Other Millwork (including Flooring) |
| 32192 | Wood Container and Pallet Manufacturing |
| 32199 | All Other Wood Product Manufacturing |
| 321991 | Manufactured Home (Mobile Home) Manufacturing |
| 321992 | Prefabricated Wood Building Manufacturing |
| 321999 | All Other Miscellaneous Wood Product Manufacturing |
| 322 | Paper Manufacturing |
| 3221 | Pulp, Paper, and Paperboard Mills |
| 32211 | Pulp Mills |
| 32212 | Paper Mills |
| 322121 | Paper (except Newsprint) Mills |
| 322122 | Newsprint Mills |
| 32213 | Paperboard Mills |
| 3222 | Converted Paper Product Manufacturing |
| 32221 | Paperboard Container Manufacturing |
| 322211 | Corrugated and Solid Fiber Box Manufacturing |
| 322212 | Folding Paperboard Box Manufacturing |
| 322213 | Setup Paperboard Box Manufacturing |
| 322214 | Fiber Can, Tube, Drum, & Similar Products Manufacturing |
| 322215 | Nonfolding Sanitary Food Container Manufacturing |
| 32222 | Paper Bag and Coated and Treated Paper Manufacturing |
| 322221 | Coated & Laminated Packaging Paper & Plastics Film Manufacturing |
| 322222 | Coated and Laminated Paper Manufacturing |
| 322223 | Plastics, Foils, and Coated Paper Bag Manufacturing |
| 322224 | Uncoated Paper and Multiwall Bag Manufacturing |
| 322225 | Laminated Aluminum Foil Manufacturing for Flexible Packaging Uses |
| 322226 | Surface-Coated Paperboard Manufacturing |
| 32223 | Stationery Product Manufacturing |
| 322231 | Die-Cut Paper & Paperboard Office Supplies Manufacturing |
| 322232 | Envelope Manufacturing |
| 322233 | Stationery, Tablet, and Related Product Manufacturing |
| 32229 | Other Converted Paper Product Manufacturing |
| 322291 | Sanitary Paper Product Manufacturing |
| 322299 | All Other Converted Paper Product Manufacturing |
| 323 | Printing and Related Support Activities |
| 3231 | Printing and Related Support Activities |
| 32311 | Printing |

| | |
|---|---|
| 323110 | Commercial Lithographic Printing |
| 323111 | Commercial Gravure Printing |
| 323112 | Commercial Flexographic Printing |
| 323113 | Commercial Screen Printing |
| 323114 | Quick Printing |
| 323115 | Digital Printing |
| 323116 | Manifold Business Forms Printing |
| 323117 | Books Printing |
| 323118 | Blankbook, Looseleaf Binders, & Devices Manufacturi |
| 323119 | Other Commercial Printing |
| 32312 | Support Activities for Printing |
| 323121 | Tradebinding and Related Work |
| 323122 | Prepress Services |
| 324 | Petroleum and Coal Products Manufacturing |
| 3241 | Petroleum and Coal Products Manufacturing |
| 32411 | Petroleum Refineries |
| 32412 | Asphalt Paving, Roofing, & Saturated Materials Manufacturing |
| 324121 | Asphalt Paving Mixture and Block Manufacturing |
| 324122 | Asphalt Shingle and Coating Materials Manufacturing |
| 32419 | Other Petroleum and Coal Products Manufacturing |
| 324191 | Petroleum Lubricating Oil and Grease Manufacturing |
| 324199 | All Other Petroleum and Coal Products Manufacturing |
| 325 | Chemical Manufacturing |
| 3251 | Basic Chemical Manufacturing |
| 32511 | Petrochemical Manufacturing |
| 32512 | Industrial Gas Manufacturing |
| 32513 | Synthetic Dye and Pigment Manufacturing |
| 325131 | Inorganic Dye and Pigment Manufacturing |
| 325132 | Synthetic Organic Dye and Pigment Manufacturing |
| 32518 | Other Basic Inorganic Chemical Manufacturing |
| 325181 | Alkalis and Chlorine Manufacturing |
| 325182 | Carbon Black Manufacturing |
| 325188 | All Other Basic Inorganic Chemical Manufactur. |
| 32519 | Other Basic Organic Chemical Manufacturing |
| 325191 | Gum and Wood Chemical Manufacturing |
| 325192 | Cyclic Crude and Intermediate Manufacturing |
| 325193 | Ethyl Alcohol Manufacturing |
| 325199 | All Other Basic Organic Chemical Manufacturing |
| 3252 | Resin, Synthetic Rubber, and Artificial and Synthetic Fibers and Filaments |
| 32521 | Resin and Synthetic Rubber Manufacturing |
| 325211 | Plastics Material and Resin Manufacturing |
| 325212 | Synthetic Rubber Manufacturing |
| 32522 | Artificial & Synthetic Fibers & Filaments Manufacturing |
| 325221 | Cellulosic Organic Fiber Manufacturing |
| 325222 | Noncellulosic Organic Fiber Manufacturing |
| 3253 | Pesticide, Fertilizer, and Other Agricultural Chemical Manufacturing |
| 32531 | Fertilizer Manufacturing |
| 325311 | Nitrogenous Fertilizer Manufacturing |
| 325312 | Phosphatic Fertilizer Manufacturing |
| 325314 | Fertilizer (Mixing Only) Manufacturing |
| 32532 | Pesticide and Other Agricultural Chemical Manufacturing |
| 3254 | Pharmaceutical and Medicine Manufacturing |
| 32541 | Pharmaceutical and Medicine Manufacturing |
| 325411 | Medicinal and Botanical Manufacturing |
| 325412 | Pharmaceutical Preparation Manufacturing |
| 325413 | In-Vitro Diagnostic Substance Manufacturing |
| 325414 | Biological Product (except Diagnostic) Manufacturing |
| 3255 | Paint, Coating, and Adhesive Manufacturing |
| 32551 | Paint and Coating Manufacturing |
| 32552 | Adhesive Manufacturing |
| 3256 | Soap, Cleaning Compound, and Toilet Preparation Manufacturing |
| 32561 | Soap and Cleaning Compound Manufacturing |
| 325611 | Soap and Other Detergent Manufacturing |
| 325612 | Polish and Other Sanitation Good Manufacturing |
| 325613 | Surface Active Agent Manufacturing |

| | |
|---|---|
| 32562 | Toilet Preparation Manufacturing |
| 3259 | Other Chemical Product & Preparation Manufacturing |
| 32591 | Printing Ink Manufacturing |
| 32592 | Explosives Manufacturing |
| 32599 | All Other Chemical Product & Preparation Manufacturing |
| 325991 | Custom Compounding of Purchased Resins |
| 325992 | Photographic Film, Paper, Plate, & Chemical Manufacturing |
| 325998 | All Other Miscellaneous Chemical Product & Preparation Manufacturing |
| 326 | Plastics and Rubber Products Manufacturing |
| 3261 | Plastics Product Manufacturing |
| 32611 | Unsupported Plastics Film, Sheet, and Bag Manufacturing |
| 326111 | Unsupported Plastics Bag Manufacturing |
| 326112 | Unsupported Plastics Packaging Film & Sheet Manufacturing |
| 326113 | Unsupported Plastics Film & Sheet (except Packaging) Manufacturing |
| 32612 | Plastics Pipe, Pipe Fitting, and Unsupported Profile Shape Manufacturing |
| 326121 | Unsupported Plastics Profile Shape Manufacturing |
| 326122 | Plastics Pipe and Pipe Fitting Manufacturing |
| 32613 | Laminated Plastics Plate, Sheet, & Shape Manufacturing |
| 32614 | Polystyrene Foam Product Manufacturing |
| 32615 | Urethane & Other Foam Product (except Polystyrene) Manufacturing |
| 32616 | Plastics Bottle Manufacturing |
| 32619 | Other Plastics Product Manufacturing |
| 326191 | Plastics Plumbing Fixture Manufacturing |
| 326192 | Resilient Floor Covering Manufacturing |
| 326199 | All Other Plastics Product Manufacturing |
| 3262 | Rubber Product Manufacturing |
| 32621 | Tire Manufacturing |
| 326211 | Tire Manufacturing (except Retreading) |
| 326212 | Tire Retreading |
| 32622 | Rubber & Plastics Hoses & Belting Manufacturing |
| 32629 | Other Rubber Product Manufacturing |
| 326291 | Rubber Product Manufacturing for Mechanical Use |
| 326299 | All Other Rubber Product Manufacturing |
| 327 | Nonmetallic Mineral Product Manufacturing |
| 3271 | Clay Product and Refractory Manufacturing |
| 32711 | Pottery, Ceramics, & Plumbing Fixture Manufacturing |
| 327111 | Vitreous China Plumbing Fixture and China and Earthenware Bathroom Accessories |
| 327112 | Vitreous China, Fine Earthenware, and Other Pottery Product Manufacturing |
| 327113 | Porcelain Electrical Supply Manufacturing |
| 32712 | Clay Building Material and Refractories Manufacturing |
| 327121 | Brick and Structural Clay Tile Manufacturing |
| 327122 | Ceramic Wall and Floor Tile Manufacturing |
| 327123 | Other Structural Clay Product Manufacturing |
| 327124 | Clay Refractory Manufacturing |
| 327125 | Nonclay Refractory Manufacturing |
| 3272 | Glass and Glass Product Manufacturing |
| 32721 | Glass and Glass Product Manufacturing |
| 327211 | Flat Glass Manufacturing |
| 327212 | Other Pressed & Blown Glass & Glassware Manufacturing |
| 327213 | Glass Container Manufacturing |
| 327215 | Glass Product Manufacturing Made of Purchased Glass |
| 3273 | Cement and Concrete Product Manufacturing |
| 32731 | Cement Manufacturing |
| 32732 | Ready-Mix Concrete Manufacturing |
| 32733 | Concrete Pipe, Brick, and Block Manufacturing |

| | |
|---|---|
| 327331 | Concrete Block and Brick Manufacturing |
| 327332 | Concrete Pipe Manufacturing |
| 32739 | Other Concrete Product Manufacturing |
| 3274 | Lime and Gypsum Product Manufacturing |
| 32741 | Lime Manufacturing |
| 32742 | Gypsum Product Manufacturing |
| 3279 | Other Nonmetallic Mineral Product Manufacturing |
| 32791 | Abrasive Product Manufacturing |
| 32799 | All Other Nonmetallic Mineral Product Manufacturing |
| 327991 | Cut Stone and Stone Product Manufacturing |
| 327992 | Ground or Treated Mineral and Earth Manufacturing |
| 327993 | Mineral Wool Manufacturing |
| 327999 | All Other Miscellaneous Nonmetallic Mineral Product Manufacturing |
| 331 | Primary Metal Manufacturing |
| 3311 | Iron and Steel Mills and Ferroalloy Manufacturing |
| 33111 | Iron and Steel Mills and Ferroalloy Manufacturing |
| 331111 | Iron and Steel Mills |
| 331112 | Electrometallurgical Ferroalloy Product Manufacturing |
| 3312 | Steel Product Manufacturing from Purchased Steel |
| 33121 | Iron and Steel Pipe and Tube Manufacturing from Purchased Steel |
| 33122 | Rolling and Drawing of Purchased Steel |
| 331221 | Rolled Steel Shape Manufacturing |
| 331222 | Steel Wire Drawing |
| 3313 | Alumina and Aluminum Production and Processing |
| 33131 | Alumina and Aluminum Production and Processing |
| 331311 | Alumina Refining |
| 331312 | Primary Aluminum Production |
| 331314 | Secondary Smelting and Alloying of Aluminum |
| 331315 | Aluminum Sheet, Plate, and Foil Manufacturing |
| 331316 | Aluminum Extruded Product Manufacturing |
| 331319 | Other Aluminum Rolling and Drawing |
| 3314 | Nonferrous Metal (except Aluminum) Production and Processing |
| 33141 | Nonferrous Metal (except Aluminum) Smelting & Refining |
| 331411 | Primary Smelting and Refining of Copper |
| 331419 | Primary Smelting and Refining of Nonferrous Metal (except Copper and Aluminum) |
| 33142 | Copper Rolling, Drawing, Extruding, and Alloying |
| 331421 | Copper Rolling, Drawing, and Extruding |
| 331422 | Copper Wire (except Mechanical) Drawing |
| 331423 | Secondary Smelting, Refining, and Alloying of Copper |
| 33149 | Nonferrous Metal (except Copper and Aluminum) Rolling, Drawing, Extruding |
| 331491 | Nonferrous Metal (except Copper and Aluminum) Rolling, Drawing, and Extruding |
| 331492 | Secondary Smelting, Refining, and Alloying of Nonferrous Metal (except Copper) |
| 3315 | Foundries |
| 33151 | Ferrous Metal Foundries |
| 331511 | Iron Foundries |
| 331512 | Steel Investment Foundries |
| 331513 | Steel Foundries (except Investment) |
| 33152 | Nonferrous Metal Foundries |
| 331521 | Aluminum Die-Casting Foundries |
| 331522 | Nonferrous (except Aluminum) Die-Casting Foundries |
| 331524 | Aluminum Foundries (except Die-Casting) |
| 331525 | Copper Founders (except Die-Casting) |
| 331528 | Other Nonferrous Foundries (except Die-Casting) |
| 332 | Fabricated Metal Product Manufacturing |
| 3321 | Forging and Stamping |
| 33211 | Forging and Stamping |
| 332111 | Iron and Steel Forging |
| 332112 | Nonferrous Forging |
| 332114 | Custom Roll Forming |
| 332115 | Crown and Closure Manufacturing |
| 332116 | Metal Stamping |
| 332117 | Powder Metallurgy Part Manufacturing |

PP0272

| | |
|---|---|
| 3322 | Cutlery and Handtool Manufacturing |
| 33221 | Cutlery and Handtool Manufacturing |
| 332211 | Cutlery & Flatware (except Precious) Manufacturing |
| 332212 | Hand and Edge Tool Manufacturing |
| 332213 | Saw Blade and Handsaw Manufacturing |
| 332214 | Kitchen Utensil, Pot, and Pan Manufacturing |
| 3323 | Architectural and Structural Metals Manufacturing |
| 33231 | Plate Work & Fabricated Structural Product Manufacturing |
| 332311 | Prefabricated Metal Building & Component Manufacturing |
| 332312 | Fabricated Structural Metal Manufacturing |
| 332313 | Plate Work Manufacturing |
| 33232 | Ornamental & Architectural Metal Products Manufacturing |
| 332321 | Metal Window and Door Manufacturing |
| 332322 | Sheet Metal Work Manufacturing |
| 332323 | Ornamental & Architectural Metal Work Manufacturing |
| 3324 | Boiler, Tank, and Shipping Container Manufacturing |
| 33241 | Power Boiler and Heat Exchanger Manufacturing |
| 33242 | Metal Tank (Heavy Gauge) Manufacturing |
| 33243 | Metal Can, Box, and Other Metal Container (Light Gauge) Manufacturing |
| 332431 | Metal Can Manufacturing |
| 332439 | Other Metal Container Manufacturing |
| 3325 | Hardware Manufacturing |
| 33251 | Hardware Manufacturing |
| 3326 | Spring and Wire Product Manufacturing |
| 33261 | Spring and Wire Product Manufacturing |
| 332611 | Spring (Heavy Gauge) Manufacturing |
| 33612 | Spring (Light Gauge) Manufacturing |
| 332618 | Other Fabricated Wire Product Manufacturing |
| 3327 | Machine Shops; Turned Product; and Screw, Nut, and Bolt Manufacturing |
| 33271 | Machine Shops |
| 33272 | Turned Product & Screw, Nut, & Bolt Manufacturing |
| 332721 | Precision Turned Product Manufacturing |
| 332722 | Bolt, Nut, Screw, Rivet, and Washer Manufacturing |
| 3328 | Coating, Engraving, Heat Treating, & Allied Activities |
| 33281 | Coating, Engraving, Heat Treating, & Allied Activities |
| 332811 | Metal Heat Treating |
| 332812 | Metal Coating, Engraving (except Jewelry and Silverware), and Allied Services |
| 332813 | Electroplating, Plating, Polishing, Anodizing, and Coloring |
| 3329 | Other Fabricated Metal Product Manufacturing |
| 33291 | Metal Valve Manufacturing |
| 332911 | Industrial Valve Manufacturing |
| 332912 | Fluid Power Valve and Hose Fitting Manufacturing |
| 332913 | Plumbing Fixture Fitting and Trim Manufacturing |
| 332919 | Other Metal Valve and Pipe Fitting Manufacturing |
| 33299 | All Other Fabricated Metal Product Manufacturing |
| 332991 | Ball and Roller Bearing Manufacturing |
| 332992 | Small Arms Ammunition Manufacturing |
| 332993 | Ammunition (except Small Arms) Manufacturing |
| 332994 | Small Arms Manufacturing |
| 332995 | Other Ordnance and Accessories Manufacturing |
| 332996 | Fabricated Pipe and Pipe Fitting Manufacturing |
| 332997 | Industrial Pattern Manufacturing |
| 332998 | Enameled Iron and Metal Sanitary Ware Manufacturing |
| 332999 | All Other Miscellaneous Fabricated Metal Product Manufacturing |
| 333 | Machinery Manufacturing |
| 3331 | Agriculture, Construction, and Mining Machinery Manufacturing |
| 33311 | Agricultural Implement Manufacturing |
| 333111 | Farm Machinery and Equipment Manufacturing |

| | |
|---|---|
| 333112 | Lawn and Garden Tractor and Home Lawn and Garden Equipment Manufacturing |
| 33312 | Construction Machinery Manufacturing |
| 33313 | Mining and Oil and Gas Field Machinery Mar |
| 333131 | Mining Machinery and Equipment Manufactu |
| 333132 | Oil & Gas Field Machinery & Equipment Manufacturing |
| 3332 | Industrial Machinery Manufacturing |
| 33321 | Sawmill and Woodworking Machinery Manufacturing |
| 33322 | Plastics and Rubber Industry Machinery Manufacturing |
| 33329 | Other Industrial Machinery Manufacturing |
| 333291 | Paper Industry Machinery Manufacturing |
| 333292 | Textile Machinery Manufacturing |
| 333293 | Printing Machinery and Equipment Manufacturing |
| 333294 | Food Product Machinery Manufacturing |
| 333295 | Semiconductor Machinery Manufacturing |
| 333298 | All Other Industrial Machinery Manufacturing |
| 3333 | Commercial & Service Industry Machinery Manufacturing |
| 33331 | Commercial & Service Industry Machinery Manufacturing |
| 333311 | Automatic Vending Machine Manufacturing |
| 333312 | Commercial Laundry, Drycleaning, and Pressing Machine Manufacturing |
| 333313 | Office Machinery Manufacturing |
| 333314 | Optical Instrument and Lens Manufacturing |
| 333315 | Photographic & Photocopying Equipment Manufacturing |
| 333319 | Other Commercial and Service Industry Machinery Manufacturing |
| 3334 | Ventilation, Heating, Air-Conditioning, and Commercial Refrigeration Equipment |
| 33341 | Ventilation, Heating, Air-Conditioning, and Commercial Refrigeration Equipment |
| 333411 | Air Purification Equipment Manufacturing |
| 333412 | Industrial & Commercial Fan & Blower Manufacturing |
| 333414 | Heating Equipment (except Warm Air Furnaces) Manufacturing |
| 333415 | Air-Conditioning and Warm Air Heating Equipment a Commercial and Industrial Manufacturing |
| 3335 | Metalworking Machinery Manufacturing |
| 33351 | Metalworking Machinery Manufacturing |
| 333511 | Industrial Mold Manufacturing |
| 333512 | Machine Tool (Metal Cutting Types) Manufacturing |
| 333513 | Machine Tool (Metal Forming Types) Manufacturing |
| 333514 | Special Die & Tool, Die Set, Jig, & Fixture Manufacturing |
| 333515 | Cutting Tool and Machine Tool Accessory Manufacturing |
| 333516 | Rolling Mill Machinery and Equipment Manufacturing |
| 333518 | Other Metalworking Machinery Manufacturing |
| 3336 | Engine, Turbine, and Power Transmission Equipment Manufacturing |
| 33361 | Engine, Turbine, and Power Transmission Equipment Manufacturing |
| 333611 | Turbine and Turbine Generator Set Units Manufacturing |
| 333612 | Speed Changer, Industrial High-Speed Drive, and Gear Manufacturing |
| 333613 | Mechanical Power Transmission Equipment Manufacturing |
| 333618 | Other Engine Equipment Manufacturing |
| 3339 | Other General Purpose Machinery Manufacturing |
| 33391 | Pump and Compressor Manufacturing |
| 333911 | Pump and Pumping Equipment Manufacturing |
| 333912 | Air and Gas Compressor Manufacturing |
| 333913 | Measuring and Dispensing Pump Manufacturing |
| 33392 | Material Handling Equipment Manufacturing |
| 333921 | Elevator and Moving Stairway Manufacturing |
| 333922 | Conveyor and Conveying Equipment Manufacturing |
| 333923 | Overhead Traveling Crane, Hoist, and Monorail S Manufacturing |
| 333924 | Industrial Truck, Tractor, Trailer, and Stacker Machinery Manufacturing |
| 3339 | All Other General Purpose Machinery Manufacturing |
| 333991 | Power-Driven Handtool Manufacturing |
| 333992 | Welding and Soldering Equipment Manufacturing |

333993  Packaging Machinery Manufacturing
333994  Industrial Process Furnace and Oven Manufacturing
333995  Fluid Power Cylinder and Actuator Manufacturing
333996  Fluid Power Pump and Motor Manufacturing
333997  Scale & Balance (except Laboratory) Manufacturing
333999  All Other Miscellaneous General Purpose Machinery Manufacturing
334     Computer and Electronic Product Manufacturing
3341    Computer and Peripheral Equipment Manufacturing
33411   Computer and Peripheral Equipment Manufacturing
334111  Electronic Computer Manufacturing
334112  Computer Storage Device Manufacturing
334113  Computer Terminal Manufacturing
334119  Other Computer Peripheral Equipment Manufacturing
3342    Communications Equipment Manufacturing
33421   Telephone Apparatus Manufacturing
33422   Radio and Television Broadcasting and Wireless Communications Equipment Manufacturing
33429   Other Communications Equipment Manufacturing
3343    Audio and Video Equipment Manufacturing
33431   Audio and Video Equipment Manufacturing
3344    Semiconductor and Other Electronic Component Manufacturing
33441   Semiconductor and Other Electronic Component Manufacturing
334411  Electron Tube Manufacturing
334412  Bare Printed Circuit Board Manufacturing
334413  Semiconductor and Related Device Manufacturing
334414  Electronic Capacitor Manufacturing
334415  Electronic Resistor Manufacturing
334416  Electronic Coil, Transformer, and Other Inductor Manufacturing
334417  Electronic Connector Manufacturing
334418  Printed Circuit Assembly (Electronic Assembly) Manufacturing
334419  Other Electronic Component Manufacturing
3345    Navigational, Measuring, Electromedical, and Control Instruments Manufacturing
33451   Navigational, Measuring, Electromedical, and Control Instruments Manufacturing
334510  Electromedical and Electrotherapeutic Apparatus Manufacturing
334511  Search, Detection, Navigation, Guidance, Aeronautical, and Nautical Systems
334512  Automatic Environmental Control Manufacturing for Residential, Commercial
334513  Instruments and Related Products Manufacturing for Measuring, Displaying
334514  Totalizing Fluid Meter & Counting Device Manufacturing
334515  Instrument Manufacturing for Measuring & Testing Electricity
334516  Analytical Laboratory Instrument Manufacturing
334517  Irradiation Apparatus Manufacturing
334518  Watch, Clock, and Part Manufacturing
334519  Other Measuring & Controlling Device Manufacturing
3346    Manufacturing and Reproducing Magnetic and Optical Media
33461   Manufacturing and Reproducing Magnetic and Optical Media
334611  Software Reproducing
334612  Prerecorded Compact Disc (except Software), Tape, and Record Reproducing
334613  Magnetic and Optical Recording Media Manufacturing
335     Electrical Equipment, Appliance, and Component Manufacturing
3351    Electric Lighting Equipment Manufacturing
33511   Electric Lamp Bulb and Part Manufacturing
33512   Lighting Fixture Manufacturing

335121  Residential Electric Lighting Fixture Manufacturing
335122  Commercial, Industrial, and Institutional Electric Lighting Fixture Manufacturing
335129  Other Lighting Equipment Manufacturing
3352    Household Appliance Manufacturing
33521   Small Electrical Appliance Manufacturing
335211  Electric Housewares and Household Fan Manufacturing
335212  Household Vacuum Cleaner Manufacturing
33522   Major Appliance Manufacturing
335221  Household Cooking Appliance Manufacturing
335222  Household Refrigerator & Home Freezer Manufacturing
335224  Household Laundry Equipment Manufacturing
335228  Other Major Household Appliance Manufacturing
3353    Electrical Equipment Manufacturing
33531   Electrical Equipment Manufacturing
335311  Power, Distribution, and Specialty Transformer Manufacturing
335312  Motor and Generator Manufacturing
335313  Switchgear and Switchboard Apparatus Manufacturing
335314  Relay and Industrial Control Manufacturing
3359    Other Electrical Equipment and Component Manufacturing
33591   Battery Manufacturing
335911  Storage Battery Manufacturing
335912  Primary Battery Manufacturing
33592   Communication and Energy Wire and Cable Manufacturing
335921  Fiber Optic Cable Manufacturing
335929  Other Communication and Energy Wire Manufacturing
33593   Wiring Device Manufacturing
335931  Current-Carrying Wiring Device Manufacturing
335932  Noncurrent-Carrying Wiring Device Manufacturing
33599   All Other Electrical Equipment and Component Manufacturing
335991  Carbon and Graphite Product Manufacturing
335999  All Other Miscellaneous Electrical Equipment and Component Manufacturing
336     Transportation Equipment Manufacturing
3361    Motor Vehicle Manufacturing
33611   Automobile and Light Duty Motor Vehicle Manufacturing
336111  Automobile Manufacturing
336112  Light Truck and Utility Vehicle Manufacturing
33612   Heavy Duty Truck Manufacturing
3362    Motor Vehicle Body and Trailer Manufacturing
33621   Motor Vehicle Body and Trailer Manufacturing
336211  Motor Vehicle Body Manufacturing
336212  Truck Trailer Manufacturing
336213  Motor Home Manufacturing
336214  Travel Trailer and Camper Manufacturing
3363    Motor Vehicle Parts Manufacturing
33631   Motor Vehicle Gasoline Engine & Engine Parts Manufacturing
336311  Carburetor, Piston, Piston Ring, and Valve Manufacturing
336312  Gasoline Engine and Engine Parts Manufacturing
33632   Motor Vehicle Electrical & Electronic Equipment Manufacturing
336321  Vehicular Lighting Equipment Manufacturing
336322  Other Motor Vehicle Electrical and Electronic Equipment Manufacturing
33633   Motor Vehicle Steering and Suspension Components (except Spring) Manufacturing
33634   Motor Vehicle Brake System Manufacturing
33635   Motor Vehicle Transmission and Power Train Parts Manufacturing
33636   Motor Vehicle Seating and Interior Trim Manufacturing
33637   Motor Vehicle Metal Stamping
33639   Other Motor Vehicle Parts Manufacturing
336391  Motor Vehicle Air-Conditioning Manufacturing
336399  All Other Motor Vehicle Parts Manufacturing

PP0274

| | |
|---|---|
| 3364 | Aerospace Product and Parts Manufacturing |
| 33641 | Aerospace Product and Parts Manufacturing |
| 336411 | Aircraft Manufacturing |
| 336412 | Aircraft Engine and Engine Parts Manufacturing |
| 336413 | Other Aircraft Parts and Auxiliary Equipment Manufacturing |
| 336414 | Guided Missile and Space Vehicle Manufacturing |
| 336415 | Guided Missile and Space Vehicle Propulsion Unit and Propulsion Unit Parts |
| 336419 | Other Guided Missile and Space Vehicle Parts and Auxiliary Equipment Manufacturing |
| 3365 | Railroad Rolling Stock Manufacturing |
| 33651 | Railroad Rolling Stock Manufacturing |
| 3366 | Ship and Boat Building |
| 33661 | Ship and Boat Building |
| 336611 | Ship Building and Repairing |
| 336612 | Boat Building |
| 3369 | Other Transportation Equipment Manufacturing |
| 33699 | Other Transportation Equipment Manufacturing |
| 336991 | Motorcycle, Bicycle, and Parts Manufacturing |
| 336992 | Military Armored Vehicle, Tank, and Tank Component Manufacturing |
| 336999 | All Other Transportation Equipment Manufacturing |
| 337 | Furniture and Related Product Manufacturing |
| 3371 | Household & Institutional Furniture & Kitchen Cabinet Manufacturing |
| 33711 | Wood Kitchen Cabinet & Countertop Manufacturing |
| 33712 | Household and Institutional Furniture Manufacturing |
| 337121 | Upholstered Household Furniture Manufacturing |
| 337122 | Nonupholstered Wood Household Furniture Manufacturing |
| 337124 | Metal Household Furniture Manufacturing |
| 337125 | Household Furniture (except Wood & Metal) Manufacturing |
| 337127 | Institutional Furniture Manufacturing |
| 337129 | Wood Television, Radio, & Sewing Machine Cabinet Manufacturing |
| 3372 | Office Furniture (including Fixtures) Manufacturing |
| 33721 | Office Furniture (including Fixtures) Manufacturing |
| 337211 | Wood Office Furniture Manufacturing |
| 337212 | Custom Architectural Woodwork & Millwork Manufacturing |
| 337214 | Office Furniture (except Wood) Manufacturing |
| 337215 | Showcase, Partition, Shelving, & Locker Manufacturing |
| 3379 | Other Furniture Related Product Manufacturing |
| 33791 | Mattress Manufacturing |
| 33792 | Blind and Shade Manufacturing |
| 339 | Miscellaneous Manufacturing |
| 3391 | Medical Equipment and Supplies Manufacturing |
| 33911 | Medical Equipment and Supplies Manufacturing |
| 339111 | Laboratory Apparatus and Furniture Manufacturing |
| 339112 | Surgical and Medical Instrument Manufacturing |
| 339113 | Surgical Appliance and Supplies Manufacturing |
| 339114 | Dental Equipment and Supplies Manufacturing |
| 339115 | Ophthalmic Goods Manufacturing |
| 339116 | Dental Laboratories |
| 3399 | Other Miscellaneous Manufacturing |
| 33991 | Jewelry and Silverware Manufacturing |
| 339911 | Jewelry (except Costume) Manufacturing |
| 339912 | Silverware and Holloware Manufacturing |
| 339913 | Jewelers' Material and Lapidary Work Manufacturing |
| 339914 | Costume Jewelry and Novelty Manufacturing |
| 33992 | Sporting and Athletic Goods Manufacturing |
| 33993 | Doll, Toy, and Game Manufacturing |
| 339931 | Doll and Stuffed Toy Manufacturing |
| 339932 | Game, Toy, and Children's Vehicle Manufacturing |
| 33994 | Office Supplies (except Paper) Manufacturing |
| 339941 | Pen and Mechanical Pencil Manufacturing |
| 339942 | Lead Pencil and Art Good Manufacturing |
| 339943 | Marking Device Manufacturing |
| 339944 | Carbon Paper and Inked Ribbon Manufacturing |
| 33995 | Sign Manufacturing |
| 33999 | All Other Miscellaneous Manufacturing |
| 339991 | Gasket, Packing, and Sealing Device Manufacturing |
| 339992 | Musical Instrument Manufacturing |
| 339993 | Fastener, Button, Needle, and Pin Manufacturing |
| 339994 | Broom, Brush, and Mop Manufacturing |
| 339995 | Burial Casket Manufacturing |
| 339999 | All Other Miscellaneous Manufacturing |
| 42 | Wholesale Trade |
| 421 | Wholesale Trade, Durable Goods |
| 4211 | Motor Vehicle & Motor Vehicle Parts & Supplies Wholesalers |
| 42111 | Automobile and Other Motor Vehicle Wholesalers |
| 42112 | Motor Vehicle Supplies and New Parts Wholesalers |
| 42113 | Tire and Tube Wholesalers |
| 42114 | Motor Vehicle Parts (Used) Wholesalers |
| 4212 | Furniture and Home Furnishing Wholesalers |
| 42121 | Furniture Wholesalers |
| 42122 | Home Furnishing Wholesalers |
| 4213 | Lumber and Other Construction Materials Wholesalers |
| 42131 | Lumber, Plywood, Millwork and Wood Panel Wholesale |
| 42132 | Brick, Stone, and Related Construction Material Wholesalers |
| 42133 | Roofing, Siding, and Insulation Material Wholesalers |
| 42139 | Other Construction Material Wholesalers |
| 4214 | Professional & Commercial Equipment & Supplies Wholesalers |
| 42141 | Photographic Equipment and Supplies Wholesalers |
| 42142 | Office Equipment Wholesalers |
| 42143 | Computer & Computer Peripheral Equipment & Software Wholesalers |
| 42144 | Other Commercial Equipment Wholesalers |
| 42145 | Medical, Dental, & Hospital Equipment & Supplies Wholesalers |
| 42146 | Ophthalmic Goods Wholesalers |
| 42149 | Other Professional Equipment and Supplies Wholesalers |
| 4215 | Metal and Mineral (except Petroleum) Wholesalers |
| 42151 | Metal Service Centers and Offices |
| 42152 | Coal and Other Mineral and Ore Wholesalers |
| 4216 | Electrical Goods Wholesalers |
| 42161 | Electrical Apparatus and Equipment, Wiring Supplies, and Construction Materials |
| 42162 | Electrical Appliance, Television, & Radio Set Wholesalers |
| 42169 | Other Electronic Parts and Equipment Wholesalers |
| 4217 | Hardware, and Plumbing and Heating Equipment and Supplies Wholesalers |
| 42171 | Hardware Wholesalers |
| 42172 | Plumbing and Heating Equipment and Supplies (Hydronics) Wholesalers |
| 42173 | Warm Air Heating and Air-Conditioning Equipment and Supplies Wholesalers |
| 42174 | Refrigeration Equipment and Supplies Wholesalers |
| 4218 | Machinery, Equipment, and Supplies Wholesalers |
| 42181 | Construction and Mining (except Oil Well) Machinery and Equipment Wholesalers |
| 42182 | Farm and Garden Machinery & Equipment Wholesalers |
| 42183 | Industrial Machinery and Equipment Wholesalers |
| 42184 | Industrial Supplies Wholesalers |
| 42185 | Service Establishment Equipment & Supplies Wholesalers |
| 42186 | Transportation Equipment and Supplies (except Motor Vehicle ) Wholesalers |
| 4219 | Miscellaneous Durable Goods Wholesalers |
| 42191 | Sporting & Recreational Goods & Supplies Wholesalers |
| 42192 | Toy and Hobby Goods and Supplies Wholesalers |
| 42193 | Recyclable Material Wholesalers |

| Code | Description |
|---|---|
| 42194 | Jewelry, Watch, Precious Stone, & Precious Metal Wholesalers |
| 42199 | Other Miscellaneous Durable Goods Wholesalers |
| 422 | Wholesale Trade, Nondurable Goods |
| 4221 | Paper and Paper Product Wholesalers |
| 42211 | Printing and Writing Paper Wholesalers |
| 42212 | Stationery and Office Supplies Wholesalers |
| 42213 | Industrial and Personal Service Paper Wholesalers |
| 4222 | Drugs and Druggists' Sundries Wholesalers |
| 42221 | Drugs and Druggists' Sundries Wholesalers |
| 4223 | Apparel, Piece Goods, and Notions Wholesalers |
| 42231 | Piece Goods, Notions, & Other Dry Goods Wholesalers |
| 42232 | Men's & Boys' Clothing & Furnishings Wholesalers |
| 42233 | Women's, Children's, and Infants' Clothing and Accessories Wholesalers |
| 42234 | Footwear Wholesalers |
| 4224 | Grocery and Related Product Wholesalers |
| 42241 | General Line Grocery Wholesalers |
| 42242 | Packaged Frozen Food Wholesalers |
| 42243 | Dairy Product (except Dried or Canned) Wholesalers |
| 42244 | Poultry and Poultry Product Wholesalers |
| 42245 | Confectionery Wholesalers |
| 42246 | Fish and Seafood Wholesalers |
| 42247 | Meat and Meat Product Wholesalers |
| 42248 | Fresh Fruit and Vegetable Wholesalers |
| 42249 | Other Grocery and Related Products Wholesalers |
| 4225 | Farm Product Raw Material Wholesalers |
| 42251 | Grain and Field Bean Wholesalers |
| 42252 | Livestock Wholesalers |
| 42259 | Other Farm Product Raw Material Wholesalers |
| 4226 | Chemical and Allied Products Wholesalers |
| 42261 | Plastics Materials & Basic Forms & Shapes Wholesalers |
| 42269 | Other Chemical and Allied Products Wholesalers |
| 4227 | Petroleum and Petroleum Products Wholesalers |
| 42271 | Petroleum Bulk Stations and Terminals |
| 42272 | Petroleum and Petroleum Products Wholesalers (except Bulk Stations and Terminals) |
| 4228 | Beer, Wine, and Distilled Alcoholic Beverage Wholesalers |
| 42281 | Beer and Ale Wholesalers |
| 42282 | Wine and Distilled Alcoholic Beverage Wholesalers |
| 4229 | Miscellaneous Nondurable Goods Wholesalers |
| 42291 | Farm Supplies Wholesalers |
| 42292 | Book, Periodical, and Newspaper Wholesalers |
| 42293 | Flower, Nursery Stock, & Florists' Supplies Wholesalers |
| 42294 | Tobacco and Tobacco Product Wholesalers |
| 42295 | Paint, Varnish, and Supplies Wholesalers |
| 42299 | Other Miscellaneous Nondurable Goods Wholesalers |
| 44-45 | Retail Trade |
| 441 | Motor Vehicle and Parts Dealers |
| 4411 | Automobile Dealers |
| 44111 | New Car Dealers |
| 44112 | Used Car Dealers |
| 4412 | Other Motor Vehicle Dealers |
| 44121 | Recreational Vehicle Dealers |
| 44122 | Motorcycle, Boat, and Other Motor Vehicle Dealers |
| 441221 | Motorcycle Dealers |
| 441222 | Boat Dealers |
| 441229 | All Other Motor Vehicle Dealers |
| 4413 | Automotive Parts, Accessories, and Tire Stores |
| 44131 | Automotive Parts and Accessories Stores |
| 44132 | Tire Dealers |
| 442 | Furniture and Home Furnishings Stores |
| 4421 | Furniture Stores |
| 44211 | Furniture Stores |
| 4422 | Home Furnishings Stores |
| 44221 | Floor Covering Stores |
| 44229 | Other Home Furnishings Stores |
| 442291 | Window Treatment Stores |
| 442299 | All Other Home Furnishings Stores |
| 443 | Electronics and Appliance Stores |
| 4431 | Electronics and Appliance Stores |
| 44311 | Appliance, Television, and Other Electronics Stores |
| 443111 | Household Appliance Stores |
| 443112 | Radio, Television, and Other Electronics Stores |
| 44312 | Computer and Software Stores |
| 44313 | Camera and Photographic Supplies Stores |
| 444 | Building Material & Garden Equipment & Supplies Deale |
| 4441 | Building Material and Supplies Dealers |
| 44411 | Home Centers |
| 44412 | Paint and Wallpaper Stores |
| 44413 | Hardware Stores |
| 44419 | Other Building Material Dealers |
| 4442 | Lawn and Garden Equipment and Supplies Stores |
| 44421 | Outdoor Power Equipment Stores |
| 44422 | Nursery and Garden Centers |
| 445 | Food and Beverage Stores |
| 4451 | Grocery Stores |
| 44511 | Supermarkets & Other Grocery (except Convenience) Stores |
| 44512 | Convenience Stores |
| 4452 | Specialty Food Stores |
| 44521 | Meat Markets |
| 44522 | Fish and Seafood Markets |
| 44523 | Fruit and Vegetable Markets |
| 44529 | Other Specialty Food Stores |
| 445291 | Baked Goods Stores |
| 445292 | Confectionery and Nut Stores |
| 445299 | All Other Specialty Food Stores |
| 4453 | Beer, Wine, and Liquor Stores |
| 44531 | Beer, Wine, and Liquor Stores |
| 446 | Health and Personal Care Stores |
| 4461 | Health and Personal Care Stores |
| 44611 | Pharmacies and Drug Stores |
| 44612 | Cosmetics, Beauty Supplies, and Perfume Stores |
| 44613 | Optical Goods Stores |
| 44619 | Other Health and Personal Care Stores |
| 446191 | Food (Health) Supplement Stores |
| 446199 | All Other Health and Personal Care Stores |
| 447 | Gasoline Stations |
| 4471 | Gasoline Stations |
| 44711 | Gasoline Stations with Convenience Stores |
| 44719 | Other Gasoline Stations |
| 448 | Clothing and Clothing Accessories Stores |
| 4481 | Clothing Stores |
| 44811 | Men's Clothing Stores |
| 44812 | Women's Clothing Stores |
| 44813 | Children's and Infants' Clothing Stores |
| 44814 | Family Clothing Stores |
| 44815 | Clothing Accessories Stores |
| 44819 | Other Clothing Stores |
| 4482 | Shoe Stores |
| 44821 | Shoe Stores |
| 4483 | Jewelry, Luggage, and Leather Goods Stores |
| 44831 | Jewelry Stores |
| 44832 | Luggage and Leather Goods Stores |
| 451 | Sporting Goods, Hobby, Book, and Music Stores |
| 4511 | Sporting Goods, Hobby, and Musical Instrument Stores |
| 45111 | Sporting Goods Stores |
| 45112 | Hobby, Toy, and Game Stores |
| 45113 | Sewing, Needlework, and Piece Goods Stores |
| 45114 | Musical Instrument and Supplies Stores |
| 4512 | Book, Periodical and Music Stores |
| 45121 | Book Stores and News Dealers |

PP 0276

| | |
|---|---|
| 451211 | Book Stores |
| 451212 | News Dealers and Newsstands |
| 45122 | Prerecorded Tape, Compact Disc, & Record Stores |
| 452 | General Merchandise Stores |
| 4521 | Department Stores |
| 45211 | Department Stores |
| 4529 | Other General Merchandise Stores |
| 45291 | Warehouse Clubs and Superstores |
| 45299 | All Other General Merchandise Stores |
| 453 | Miscellaneous Store Retailers |
| 4531 | Florists |
| 45311 | Florists |
| 4532 | Office Supplies, Stationery, and Gift Stores |
| 45321 | Office Supplies and Stationery Stores |
| 45322 | Gift, Novelty, and Souvenir Stores |
| 4533 | Used Merchandise Stores |
| 45331 | Used Merchandise Stores |
| 4539 | Other Miscellaneous Store Retailers |
| 45391 | Pet and Pet Supplies Stores |
| 45392 | Art Dealers |
| 45393 | Manufactured (Mobile) Home Dealers |
| 45399 | All Other Miscellaneous Store Retailers |
| 453991 | Tobacco Stores |
| 453998 | All Other Miscellaneous Store Retailers (except Tobacco Stores) |
| 454 | Nonstore Retailers |
| 4541 | Electronic Shopping and Mail-Order Houses |
| 45411 | Electronic Shopping and Mail-Order Houses |
| 4542 | Vending Machine Operators |
| 45421 | Vending Machine Operators |
| 4543 | Direct Selling Establishments |
| 45431 | Fuel Dealers |
| 454311 | Heating Oil Dealers |
| 454312 | Liquefied Petroleum Gas (Bottled Gas) Dealers |
| 454319 | Other Fuel Dealers |
| 45439 | Other Direct Selling Establishments |
| 48-49 | Transportation and Warehousing |
| 481 | Air Transportation |
| 4811 | Scheduled Air Transportation |
| 48111 | Scheduled Air Transportation |
| 481111 | Scheduled Passenger Air Transportation |
| 481112 | Scheduled Freight Air Transportation |
| 4812 | Nonscheduled Air Transportation |
| 48121 | Nonscheduled Air Transportation |
| 481211 | Nonscheduled Chartered Passenger Air Transportation |
| 481212 | Nonscheduled Chartered Freight Air Transportation |
| 481219 | Other Nonscheduled Air Transportation |
| 482 | Rail Transportation |
| 4821 | Rail Transportation |
| 48211 | Rail Transportation |
| 482111 | Line-Haul Railroads |
| 482112 | Short Line Railroads |
| 483 | Water Transportation |
| 4831 | Deep Sea, Coastal, and Great Lakes Water Transportation |
| 48311 | Deep Sea, Coastal, and Great Lakes Water Transportation |
| 483111 | Deep Sea Freight Transportation |
| 483112 | Deep Sea Passenger Transportation |
| 483113 | Coastal and Great Lakes Freight Transportation |
| 483114 | Coastal and Great Lakes Passenger Transportation |
| 4832 | Inland Water Transportation |
| 48321 | Inland Water Transportation |
| 483211 | Inland Water Freight Transportation |
| 483212 | Inland Water Passenger Transportation |
| 484 | Truck Transportation |
| 4841 | General Freight Trucking |
| 48411 | General Freight Trucking, Local |
| 48412 | General Freight Trucking, Long-Distance |
| 484121 | General Freight Trucking, Long-Distance, Truckload |
| 484122 | General Freight Trucking, Long-Distance, Less Th: Truckload |
| 4842 | Specialized Freight Trucking |
| 48421 | Used Household and Office Goods Moving |
| 48422 | Specialized Freight (except Used Goods) Trucking, Lo |
| 48423 | Specialized Freight (except Used Goods) Trucking, Lo Distance |
| 485 | Transit and Ground Passenger Transportation |
| 4851 | Urban Transit Systems |
| 48511 | Urban Transit Systems |
| 485111 | Mixed Mode Transit Systems |
| 485112 | Commuter Rail Systems |
| 485113 | Bus and Other Motor Vehicle Transit Systems |
| 485119 | Other Urban Transit Systems |
| 4852 | Interurban and Rural Bus Transportation |
| 48521 | Interurban and Rural Bus Transportation |
| 4853 | Taxi and Limousine Service |
| 48531 | Taxi Service |
| 48532 | Limousine Service |
| 4854 | School and Employee Bus Transportation |
| 48541 | School and Employee Bus Transportation |
| 4855 | Charter Bus Industry |
| 48551 | Charter Bus Industry |
| 4859 | Other Transit and Ground Passenger Transportation |
| 48599 | Other Transit and Ground Passenger Transportation |
| 485991 | Special Needs Transportation |
| 485999 | All Other Transit and Ground Passenger Transportation |
| 486 | Pipeline Transportation |
| 4861 | Pipeline Transportation of Crude Oil |
| 48611 | Pipeline Transportation of Crude Oil |
| 4862 | Pipeline Transportation of Natural Gas |
| 48621 | Pipeline Transportation of Natural Gas |
| 4869 | Other Pipeline Transportation |
| 48691 | Pipeline Transportation of Refined Petroleum Products |
| 48699 | All Other Pipeline Transportation |
| 487 | Scenic and Sightseeing Transportation |
| 4871 | Scenic and Sightseeing Transportation, Land |
| 48711 | Scenic and Sightseeing Transportation, Land |
| 4872 | Scenic and Sightseeing Transportation, Water |
| 48721 | Scenic and Sightseeing Transportation, Water |
| 4879 | Scenic and Sightseeing Transportation, Other |
| 48799 | Scenic and Sightseeing Transportation, Other |
| 488 | Support Activities for Transportation |
| 4881 | Support Activities for Air Transportation |
| 48811 | Airport Operations |
| 488111 | Air Traffic Control |
| 488119 | Other Airport Operations |
| 48819 | Other Support Activities for Air Transportation |
| 4882 | Support Activities for Rail Transportation |
| 48821 | Support Activities for Rail Transportation |
| 4883 | Support Activities for Water Transportation |
| 48831 | Port and Harbor Operations |
| 48832 | Marine Cargo Handling |
| 48833 | Navigational Services to Shipping |
| 48839 | Other Support Activities for Water Transportation |
| 4884 | Support Activities for Road Transportation |
| 48841 | Motor Vehicle Towing |
| 48849 | Other Support Activities for Road Transportation |
| 4885 | Freight Transportation Arrangement |
| 48851 | Freight Transportation Arrangement |
| 4889 | Other Support Activities for Transportation |
| 48899 | Other Support Activities for Transportation |
| 488991 | Packing and Crating |
| 488999 | All Other Support Activities for Transportation |
| 491 | Postal Service |
| 4911 | Postal Service |
| 49111 | Postal Service |

**EXHIBIT 10D  PAGE 10 OF 16**

492      Couriers and Messengers
4921     Couriers
49211    Couriers
4922     Local Messengers and Local Delivery
49221    Local Messengers and Local Delivery
493      Warehousing and Storage
4931     Warehousing and Storage
49311    General Warehousing and Storage
49312    Refrigerated Warehousing and Storage
49313    Farm Product Warehousing and Storage
49319    Other Warehousing and Storage
51       Information
511      Publishing Industries
5111     Newspaper, Periodical, Book, & Database Publishers
51111    Newspaper Publishers
51112    Periodical Publishers
51113    Book Publishers
51114    Database and Directory Publishers
51119    Other Publishers
511191   Greeting Card Publishers
511199   All Other Publishers
5112     Software Publishers
51121    Software Publishers
512      Motion Picture and Sound Recording Industries
5121     Motion Picture and Video Industries
51211    Motion Picture and Video Production
51212    Motion Picture and Video Distribution
51213    Motion Picture and Video Exhibition
512131   Motion Picture Theaters (except Drive-Ins)
513132   Drive-In Motion Picture Theaters
51219    Postproduction Services and Other Motion Picture
         and Video Industries
512191   Teleproduction and Other Postproduction Services
512199   Other Motion Picture and Video Industries
5122     Sound Recording Industries
51221    Record Production
51222    Integrated Record Production/Distribution
51223    Music Publishers
51224    Sound Recording Studios
51229    Other Sound Recording Industries
513      Broadcasting and Telecommunications
5131     Radio and Television Broadcasting
51311    Radio Broadcasting
513111   Radio Networks
513112   Radio Stations
51312    Television Broadcasting
5132     Cable Networks and Program Distribution
51321    Cable Networks
51322    Cable and Other Program Distribution
5133     Telecommunications
51331    Wired Telecommunications Carriers
51332    Wireless Telecommunications Carriers (except
         Satellite)
513321   Paging
513322   Cellular and Other Wireless Telecommunications
51333    Telecommunications Resellers
51334    Satellite Telecommunications
51339    Other Telecommunications
514      Information Services and Data Processing Services
5141     Information Services
51411    News Syndicates
51412    Libraries and Archives
51419    Other Information Services
514191   On-Line Information Services
514199   All Other Information Services
5142     Data Processing Services
51421    Data Processing Services
52       Finance and Insurance
521      Monetary Authorities – Central Bank
5211     Monetary Authorities -- Central Bank
52111    Monetary Authorities – Central Bank
522      Credit Intermediation and Related Activities
5221     Depository Credit Intermediation
52211    Commercial Banking
52212    Savings Institutions
52213    Credit Unions
52219    Other Depository Credit Intermediation
5222     Nondepository Credit Intermediation
52221    Credit Card Issuing
52222    Sales Financing
52229    Other Nondepository Credit Intermediation
522291   Consumer Lending
522292   Real Estate Credit
522293   International Trade Financing
522294   Secondary Market Financing
522298   All Other Nondepository Credit Intermediation
5223     Activities Related to Credit Intermediation
52231    Mortgage and Nonmortgage Loan Brokers
52232    Financial Transactions Processing, Reserve, and
         Clearinghouse Activities
52239    Other Activities Related to Credit Intermediation
523      Securities, Commodity Contracts, and Other Financial
         Investments and Related Activities
5231     Securities and Commodity Contracts Intermediation and
         Brokerage
52311    Investment Banking and Securities Dealing
52312    Securities Brokerage
52313    Commodity Contracts Dealing
52314    Commodity Contracts Brokerage
5232     Securities and Commodity Exchanges
52321    Securities and Commodity Exchanges
5239     Other Financial Investment Activities
52391    Miscellaneous Intermediation
52392    Portfolio Management
52393    Investment Advice
52399    All Other Financial Investment Activities
523991   Trust, Fiduciary, and Custody Activities
523999   Miscellaneous Financial Investment Activities
524      Insurance Carriers and Related Activities
5241     Insurance Carriers
52411    Direct Life, Health, and Medical Insurance Carriers
524113   Direct Life Insurance Carriers
524114   Direct Health and Medical Insurance Carriers
52412    Direct Insurance (except Life, Health, & Medical) Carriers
524126   Direct Property and Casualty Insurance Carriers
524127   Direct Title Insurance Carriers
524128   Other Direct Insurance (except Life, Health, and Medical)
         Carriers
524213   Reinsurance Carriers
5242     Agencies, Brokerages, Other Insurance Related Activities
52421    Insurance Agencies and Brokerages
52429    Other Insurance Related Activities
524291   Claims Adjusting
524292   Third Party Administration of Insurance & Pension Funds
524298   All Other Insurance Related Activities
525      Funds, Trusts, and Other Financial Vehicles
5251     Insurance and Employee Benefit Funds
52511    Pension Funds
52512    Health and Welfare Funds
52519    Other Insurance Funds
5259     Other Investment Pools and Funds
52591    Open-End Investment Funds
52592    Trusts, Estates, and Agency Accounts
52593    Real Estate Investment Trusts
52599    Other Financial Vehicles
53       Real Estate and Rental and Leasing
531      Real Estate
5311     Lessors of Real Estate

PP0278

| | |
|---|---|
| 53111 | Lessors of Residential Buildings and Dwellings |
| 53112 | Lessors of Nonresidential Buildings (except Miniwarehouses) |
| 53113 | Lessors of Miniwarehouses and Self-Storage Units |
| 53119 | Lessors of Other Real Estate Property |
| 5312 | Offices of Real Estate Agents and Brokers |
| 53121 | Offices of Real Estate Agents and Brokers |
| 5313 | Activities Related to Real Estate |
| 53131 | Real Estate Property Managers |
| 531311 | Residential Property Managers |
| 531312 | Nonresidential Property Managers |
| 53132 | Offices of Real Estate Appraisers |
| 53139 | Other Activities Related to Real Estate |
| 532 | Rental and Leasing Services |
| 5321 | Automotive Equipment Rental and Leasing |
| 53211 | Passenger Car Rental and Leasing |
| 532111 | Passenger Car Rental |
| 532112 | Passenger Car Leasing |
| 53212 | Truck, Utility Trailer, and RV (Recreational Vehicle) Rental and Leasing |
| 5322 | Consumer Goods Rental |
| 53221 | Consumer Electronics and Appliances Rental |
| 53222 | Formal Wear and Costume Rental |
| 53223 | Video Tape and Disc Rental |
| 53229 | Other Consumer Goods Rental |
| 532291 | Home Health Equipment Rental |
| 532292 | Recreational Goods Rental |
| 532299 | All Other Consumer Goods Rental |
| 5323 | General Rental Centers |
| 53231 | General Rental Centers |
| 5324 | Commercial & Industrial Machinery & Equipment Rental & Leasing |
| 53241 | Construction, Transportation, Mining, & Forestry Machinery & Equipment Leasing |
| 532411 | Commercial Air, Rail, and Water Transportation Equipment Rental and Leasing |
| 532412 | Construction, Mining, and Forestry Machinery and Equipment Rental and Leasing |
| 53242 | Office Machinery and Equipment Rental and Leasing |
| 53249 | Other Commercial and Industrial Machinery and Equipment Rental and Leasing |
| 533 | Lessors of Nonfinancial Intangible Assets (except Copyrighted Works) |
| 5331 | Lessors of Nonfinancial Intangible Assets (except Copyrighted Works) |
| 53311 | Lessors of Nonfinancial Intangible Assets (except Copyrighted Works) |
| 54 | Professional, Scientific, and Technical Services |
| 541 | Professional, Scientific, and Technical Services |
| 5411 | Legal Services |
| 54111 | Offices of Lawyers |
| 54112 | Offices of Notaries |
| 54119 | Other Legal Services |
| 541191 | Title Abstract and Settlement Offices |
| 541199 | All Other Legal Services |
| 5412 | Accounting, Tax Preparation, Bookkeeping, & Payroll Services |
| 54121 | Accounting, Tax Preparation, Bookkeeping, & Payroll Services |
| 541211 | Offices of Certified Public Accountants |
| 541213 | Tax Preparation Services |
| 541214 | Payroll Services |
| 541219 | Other Accounting Services |
| 5413 | Architectural, Engineering, and Related Services |
| 54131 | Architectural Services |
| 54132 | Landscape Architectural Services |
| 54133 | Engineering Services |
| 54134 | Drafting Services |
| 54135 | Building Inspection Services |

| | |
|---|---|
| 54136 | Geophysical Surveying and Mapping Services |
| 54137 | Surveying and Mapping (except Geophysical) Service |
| 54138 | Testing Laboratories |
| 5414 | Specialized Design Services |
| 54141 | Interior Design Services |
| 54142 | Industrial Design Services |
| 54143 | Graphic Design Services |
| 54149 | Other Specialized Design Services |
| 5415 | Computer Systems Design and Related Services |
| 54151 | Computer Systems Design and Related Services |
| 541511 | Custom Computer Programming Services |
| 541512 | Computer Systems Design Services |
| 541513 | Computer Facilities Management Services |
| 541519 | Other Computer Related Services |
| 5416 | Management, Scientific, & Technical Consulting Servic |
| 54161 | Management Consulting Services |
| 541611 | Administrative Management and General Managemen Consulting Services |
| 541612 | Human Resources and Executive Search Consulting Services |
| 541613 | Marketing Consulting Services |
| 541614 | Process, Physical Distribution, and Logistics Consulting Services |
| 541618 | Other Management Consulting Services |
| 54162 | Environmental Consulting Services |
| 54169 | Other Scientific and Technical Consulting Services |
| 5417 | Scientific Research and Development Services |
| 54171 | Research and Development in the Physical, Engineering and Life Sciences. |
| 54172 | Research and Development in the Social Sciences and Humanities |
| 5418 | Advertising and Related Services |
| 54181 | Advertising Agencies |
| 54182 | Public Relations Agencies |
| 54183 | Media Buying Agencies |
| 54184 | Media Representatives |
| 54185 | Display Advertising |
| 54186 | Direct Mail Advertising |
| 54187 | Advertising Material Distribution Services |
| 54189 | Other Services Related to Advertising |
| 5419 | Other Professional, Scientific, and Technical Services |
| 54191 | Marketing Research and Public Opinion Polling |
| 54192 | Photographic Services |
| 541921 | Photography Studios, Portrait |
| 541922 | Commercial Photography |
| 54193 | Translation and Interpretation Services |
| 54194 | Veterinary Services |
| 54199 | All Other Professional, Scientific, and Technical Services |
| 55 | Management of Companies and Enterprises |
| 551 | Management of Companies and Enterprises |
| 5511 | Management of Companies and Enterprises |
| 55111 | Management of Companies and Enterprises |
| 551111 | Offices of Bank Holding Companies |
| 551112 | Offices of Other Holding Companies |
| 551114 | Corporate, Subsidiary, and Regional Managing Offices |
| 56 | Administrative and Support and Waste Management and Remediation Services |
| 561 | Administrative and Support Services |
| 5611 | Office Administrative Services |
| 56111 | Office Administrative Services |
| 5612 | Facilities Support Services |
| 56121 | Facilities Support Services |
| 5613 | Employment Services |
| 56131 | Employment Placement Agencies |
| 56132 | Temporary Help Services |
| 56133 | Employee Leasing Services |
| 5614 | Business Support Services |
| 56141 | Document Preparation Services |
| 56142 | Telephone Call Centers |

**EXHIBIT 10D  PAGE 12 OF 16**

| | |
|---|---|
| 561421 | Telephone Answering Services |
| 561422 | Telemarketing Bureaus |
| 56143 | Business Service Centers |
| 561431 | Private Mail Centers |
| 561439 | Other Business Service Centers (including Copy Shops) |
| 56144 | Collection Agencies |
| 56145 | Credit Bureaus |
| 56149 | Other Business Support Services |
| 561491 | Repossession Services |
| 561492 | Court Reporting and Stenotype Services |
| 561499 | All Other Business Support Services |
| 5615 | Travel Arrangement and Reservation Services |
| 56151 | Travel Agencies |
| 56152 | Tour Operators |
| 56159 | Other Travel Arrangement and Reservation Services |
| 561591 | Convention and Visitors Bureaus |
| 561599 | All Other Travel Arrangement & Reservation Services |
| 5616 | Investigation and Security Services |
| 56161 | Investigation, Guard, and Armored Car Services |
| 561611 | Investigation Services |
| 561612 | Security Guards and Patrol Services |
| 561613 | Armored Car Services |
| 56162 | Security Systems Services |
| 561621 | Security Systems Services (except Locksmiths) |
| 561622 | Locksmiths |
| 5617 | Services to Buildings and Dwellings |
| 56171 | Exterminating and Pest Control Services |
| 56172 | Janitorial Services |
| 56173 | Landscaping Services |
| 56174 | Carpet and Upholstery Cleaning Services |
| 56179 | Other Services to Buildings and Dwellings |
| 5619 | Other Support Services |
| 56191 | Packaging and Labeling Services |
| 56192 | Convention and Trade Show Organizers |
| 56199 | All Other Support Services |
| 562 | Waste Management and Remediation Services |
| 5621 | Waste Collection |
| 56211 | Waste Collection |
| 562111 | Solid Waste Collection |
| 562112 | Hazardous Waste Collection |
| 562119 | Other Waste Collection |
| 5622 | Waste Treatment and Disposal |
| 56221 | Waste Treatment and Disposal |
| 562211 | Hazardous Waste Treatment and Disposal |
| 562212 | Solid Waste Landfill |
| 562213 | Solid Waste Combustors and Incinerators |
| 562219 | Other Nonhazardous Waste Treatment and Disposal |
| 5629 | Remediation and Other Waste Management Services |
| 56291 | Remediation Services |
| 56292 | Materials Recovery Facilities |
| 56299 | All Other Waste Management Services |
| 562991 | Septic Tank and Related Services |
| 562998 | All Other Miscellaneous Waste Management Services |
| 61 | Educational Services |
| 611 | Educational Services |
| 6111 | Elementary and Secondary Schools |
| 61111 | Elementary and Secondary Schools |
| 6112 | Junior Colleges |
| 61121 | Junior Colleges |
| 6113 | Colleges, Universities, and Professional Schools |
| 61131 | Colleges, Universities, and Professional Schools |
| 6114 | Business Schools and Computer and Management Training |
| 61141 | Business and Secretarial Schools |
| 61142 | Computer Training |

| | |
|---|---|
| 61143 | Professional and Management Development Training |
| 6115 | Technical and Trade Schools |
| 61151 | Technical and Trade Schools |
| 611511 | Cosmetology and Barber Schools |
| 611512 | Flight Training |
| 611513 | Apprenticeship Training |
| 611519 | Other Technical and Trade Schools |
| 6116 | Other Schools and Instruction |
| 61161 | Fine Arts Schools |
| 61162 | Sports and Recreation Instruction |
| 61163 | Language Schools |
| 61169 | All Other Schools and Instruction |
| 611691 | Exam Preparation and Tutoring |
| 611692 | Automobile Driving Schools |
| 611699 | All Other Miscellaneous Schools and Instruction |
| 6117 | Educational Support Services |
| 61171 | Educational Support Services |
| 62 | Health Care and Social Assistance |
| 621 | Ambulatory Health Care Services |
| 6211 | Offices of Physicians |
| 62111 | Offices of Physicians |
| 621111 | Offices of Physicians (except Mental Health Specialists) |
| 621112 | Offices of Physicians, Mental Health Specialists |
| 6212 | Offices of Dentists |
| 62121 | Offices of Dentists |
| 6213 | Offices of Other Health Practitioners |
| 62131 | Offices of Chiropractors |
| 62132 | Offices of Optometrists |
| 62133 | Offices of Mental Health Practitioners (except Physicians |
| 62134 | Offices of Physical, Occupational and Speech Therapists and Audiologists |
| 62139 | Offices of All Other Health Practitioners |
| 621391 | Offices of Podiatrists |
| 621399 | Offices of All Other Miscellaneous Health Practitioners |
| 6214 | Outpatient Care Centers |
| 62141 | Family Planning Centers |
| 62142 | Outpatient Mental Health and Substance Abuse Centers |
| 62149 | Other Outpatient Care Centers |
| 621491 | HMO Medical Centers |
| 621492 | Kidney Dialysis Centers |
| 621493 | Freestanding Ambulatory Surgical and Emergency Centers |
| 621498 | All Other Outpatient Care Centers |
| 6215 | Medical and Diagnostic Laboratories |
| 62151 | Medical and Diagnostic Laboratories |
| 621511 | Medical Laboratories |
| 621512 | Diagnostic Imaging Centers |
| 6216 | Home Health Care Services |
| 62161 | Home Health Care Services |
| 6219 | Other Ambulatory Health Care Services |
| 62191 | Ambulance Services |
| 62199 | All Other Ambulatory Health Care Services |
| 621991 | Blood and Organ Banks |
| 621999 | All Other Miscellaneous Ambulatory Health Care Services |
| 622 | Hospitals |
| 6221 | General Medical and Surgical Hospitals |
| 62211 | General Medical and Surgical Hospitals |
| 6222 | Psychiatric and Substance Abuse Hospitals |
| 62221 | Psychiatric and Substance Abuse Hospitals |
| 6223 | Specialty (except Psychiatric & Substance Abuse) Hospitals |
| 62231 | Specialty (except Psychiatric & Substance Abuse) Hospitals |
| 623 | Nursing and Residential Care Facilities |
| 6231 | Nursing Care Facilities |
| 62311 | Nursing Care Facilities |
| 6232 | Residential Mental Retardation, Mental Health and Substance Abuse Facilities |
| 62321 | Residential Mental Retardation Facilities |

**EXHIBIT 10D  PAGE 13 OF 16**

62322    Residential Mental Health & Substance Abuse Facilities
6233    Community Care Facilities for the Elderly
62331    Community Care Facilities for the Elderly
623311    Continuing Care Retirement Communities
623312    Homes for the Elderly
6239    Other Residential Care Facilities
62399    Other Residential Care Facilities
624    Social Assistance
6241    Individual and Family Services
62411    Child and Youth Services
62412    Services for the Elderly and Persons with Disabilities
62419    Other Individual and Family Services
6242    Community Food and Housing, and Emergency and Other Relief Services
62421    Community Food Services
62422    Community Housing Services
624221    Temporary Shelters
624229    Other Community Housing Services
62423    Emergency and Other Relief Services
6243    Vocational Rehabilitation Services
62431    Vocational Rehabilitation Services
6244    Child Day Care Services
62441    Child Day Care Services
71    Arts, Entertainment, and Recreation
711    Performing Arts, Spectator Sports, & Related Industries
7111    Performing Arts Companies
71111    Theater Companies and Dinner Theaters
71112    Dance Companies
71113    Musical Groups and Artists
71119    Other Performing Arts Companies
7112    Spectator Sports
71121    Spectator Sports
711211    Sports Teams and Clubs
711212    Racetracks
711219    Other Spectator Sports
7113    Promoters of Performing Arts, Sports, and Similar Events
71131    Promoters of Performing Arts, Sports, and Similar Events with Facilities
71132    Promoters of Performing Arts, Sports, and Similar Events without Facilities
7114    Agents and Managers for Artists, Athletes, Entertainers, and Other Public Figures
71141    Agents and Managers for Artists, Athletes, Entertainers, and Other Public Figures
7115    Independent Artists, Writers, and Performers
71151    Independent Artists, Writers, and Performers
712    Museums, Historical Sites, and Similar Institutions
7121    Museums, Historical Sites, and Similar Institutions
71211    Museums
71212    Historical Sites
71213    Zoos and Botanical Gardens
71219    Nature Parks and Other Similar Institutions
713    Amusement, Gambling, and Recreation Industries
7131    Amusement Parks and Arcades
71311    Amusement and Theme Parks
71312    Amusement Arcades
7132    Gambling Industries
71321    Casinos (except Casino Hotels)
71329    Other Gambling Industries
7139    Other Amusement and Recreation Industries
71391    Golf Courses and Country Clubs
71392    Skiing Facilities
71393    Marinas
71394    Fitness and Recreational Sports Centers
71395    Bowling Centers
71399    All Other Amusement and Recreation Industries

72    Accommodation and Food Services
721    Accommodation
7211    Traveler Accommodation
72111    Hotels (except Casino Hotels) and Motels
72112    Hotels (except Casino Hotels)
72119    Other Traveler Accommodation
721191    Bed-and-Breakfast Inns
721199    All Other Traveler Accommodation
7212    RV (Recreational Vehicle) Parks & Recreational Camp
72121    RV (Recreational Vehicle) Parks & Recreational Camp
721211    RV (Recreational Vehicle) Parks & Campgrounds
721214    Recreational & Vacation Camps (except Campgrounds
7213    Rooming and Boarding Houses
72131    Rooming and Boarding Houses
722    Food Services and Drinking Places
7221    Full-Service Restaurants
72211    Full-Service Restaurants
7222    Limited-Service Eating Places
72221    Limited-Service Eating Places
722211    Limited-Service Restaurants
722212    Cafeterias
722213    Snack and Nonalcoholic Beverage Bars
7223    Special Food Services
72231    Food Service Contractors
72232    Caterers
72233    Mobile Food Services
7224    Drinking Places (Alcoholic Beverages)
72241    Drinking Places (Alcoholic Beverages)
81    Other Services (except Public Administration)
811    Repair and Maintenance
8111    Automotive Repair and Maintenance
81111    Automotive Mechanical & Electrical Repair & Maintenance
811111    General Automotive Repair
811112    Automotive Exhaust System Repair
811113    Automotive Transmission Repair
811118    Other Automotive Mechanical & Electrical Repair & Maintenance
81112    Automotive Body, Paint, Interior, and Glass Repair
811121    Automotive Body, Paint, & Interior Repair & Maintenance
811122    Automotive Glass Replacement Shops
81119    Other Automotive Repair and Maintenance
811191    Automotive Oil Change and Lubrication Shops
811192    Car Washes
811198    All Other Automotive Repair and Maintenance
8112    Electronic & Precision Equipment Repair & Maintenance
81121    Electronic & Precision Equipment Repair & Maintenance
811211    Consumer Electronics Repair and Maintenance
811212    Computer and Office Machine Repair and Maintenance
811213    Communication Equipment Repair and Maintenance
811219    Other Electronic and Precision Equipment Repair and Maintenance
8113    Commercial and Industrial Machinery and Equipment (except Automotive and Electronics)
81131    Commercial and Industrial Machinery and Equipment (except Automotive and Electronics)
8114    Personal and Household Goods Repair and Maintenance
81141    Home and Garden Equipment and Appliance Repair and Maintenance
811411    Home and Garden Equipment Repair and Maintenance
811412    Appliance Repair and Maintenance
81142    Reupholstery and Furniture Repair
81143    Footwear and Leather Goods Repair
81149    Other Personal and Household Goods Repair and Maintenance
812    Personal and Laundry Services
8121    Personal Care Services
81211    Hair, Nail, and Skin Care Services
812111    Barber Shops

| | |
|---|---|
| 812112 | Beauty Salons |
| 812113 | Nail Salons |
| 81219 | Other Personal Care Services |
| 812191 | Diet and Weight Reducing Centers |
| 812199 | Other Personal Care Services |
| 8122 | Death Care Services |
| 81221 | Funeral Homes and Funeral Services |
| 81222 | Cemeteries and Crematories |
| 8123 | Drycleaning and Laundry Services |
| 81231 | Coin-Operated Laundries and Drycleaners |
| 81232 | Drycleaning and Laundry Services (except Coin-Operated) |
| 81233 | Linen and Uniform Supply |
| 812331 | Linen Supply |
| 812332 | Industrial Launderers |
| 8129 | Other Personal Services |
| 81291 | Pet Care (except Veterinary) Services |
| 81292 | Photofinishing |
| 812921 | Photofinishing Laboratories (except One-Hour) |
| 812922 | One-Hour Photofinishing |
| 81293 | Parking Lots and Garages |
| 81299 | All Other Personal Services |
| 813 | Religious Grantmaking, Civic, Professional, and Similar Organizations |
| 8131 | Religious Organizations |
| 81311 | Religious Organizations |
| 8132 | Grantmaking and Giving Services |
| 81321 | Grantmaking and Giving Services |
| 813211 | Grantmaking Foundations |
| 813212 | Voluntary Health Organizations |
| 813219 | Other Grantmaking and Giving Services |
| 8133 | Social Advocacy Organizations |
| 81331 | Social Advocacy Organizations |
| 813311 | Human Rights Organizations |
| 813312 | Environment, Conservation and Wildlife Organizations |
| 813319 | Other Social Advocacy Organizations |
| 8134 | Civic and Social Organizations |
| 81341 | Civic and Social Organizations |
| 8139 | Business, Professional, Labor, Political, and Similar Organizations |
| 81391 | Business Associations |
| 81392 | Professional Organizations |
| 81393 | Labor Unions and Similar Labor Organizations |
| 81394 | Political Organizations |
| 81399 | Other Similar Organizations (except Business, Professional, Labor, and Political) |
| 814 | Private Households |
| 8141 | Private Households |
| 81411 | Private Households |
| 92 | Public Administration |
| 921 | Executive, Legislative, and Other General Government Support |
| 9211 | Executive, Legislative, and Other General Government Support |
| 92111 | Executive Offices |
| 92112 | Legislative Bodies |
| 92113 | Public Finance Activities |
| 92114 | Executive and Legislative Offices, Combined |
| 92115 | American Indian and Alaska Native Tribal Governments |
| 92119 | Other General Government Support |
| 922 | Justice, Public Order, and Safety Activities |
| 9221 | Justice, Public Order, and Safety Activities |
| 92211 | Courts |
| 92212 | Police Protection |
| 92213 | Legal Counsel and Prosecution |
| 92214 | Correctional Institutions |
| 92215 | Parole Offices and Probation Offices |

| | |
|---|---|
| 92216 | Fire Protection |
| 92219 | Other Justice, Public Order, and Safety Activities |
| 923 | Administration of Human Resource Programs |
| 9231 | Administration of Human Resource Programs |
| 92311 | Administration of Education Programs |
| 92312 | Administration of Public Health Programs |
| 92313 | Administration of Human Resource Programs (except Education, Public Health) |
| 92314 | Administration of Veterans' Affairs |
| 924 | Administration of Environmental Quality Programs |
| 9241 | Administration of Environmental Quality Programs |
| 92411 | Administration of Air and Water Resource and Solid Waste Management Programs |
| 92412 | Administration of Conservation Programs |
| 925 | Administration of Housing Programs, Urban Planning, and Community Development |
| 9251 | Administration of Housing Programs, Urban Planning, and Community Development |
| 92511 | Administration of Housing Programs |
| 92512 | Administration of Urban Planning and Community and Rural Development |
| 926 | Administration of Economic Programs |
| 9261 | Administration of Economic Programs |
| 92611 | Administration of General Economic Programs |
| 92612 | Regulation & Administration of Transportation Programs |
| 92613 | Regulation and Administration of Communications, Electric, Gas, and Other |
| 92614 | Regulation of Agricultural Marketing and Commodities |
| 92615 | Regulation, Licensing, and Inspection of Miscellaneous Commercial Sectors |
| 927 | Space Research and Technology |
| 9271 | Space Research and Technology |
| 92711 | Space Research and Technology |
| 928 | National Security and International Affairs |
| 9281 | National Security and International Affairs |
| 92811 | National Security |
| 92812 | International Affairs |

\*This information available on the world wide web at
http://www.census.gov/pub/epcd/naics/naicscod.txt

PP0282

THIS PAGE INTENTIONALLY LEFT BLANK

# There's A Monster Lurking In Your Fuel Receipts.



# Pacific Pride To The Rescue.

Watch out for those deadly little slips of paper your people turn in as fuel receipts. They could mean your fuel expenses are out of control. Sooner or later, they'll eat you alive.

Fortunately, Pacific Pride has the solution.

Our automated fueling system gives you tight control over your company's fuel purchases and efficiency. You get a regular statement that itemizes the type and amount of purchase,

plus vehicle number, driver ID, location and time of fueling. No messy paperwork. No guesswork. No lost receipts that come back to haunt you.

Pacific Pride's Access Cards are good only to buy fuel and motor oil, so unauthorized purchases are eliminated. Your drivers will also have easy access to over one thousand commercial fueling sites throughout the U.S. All open 7 days a week, 24 hours a day.

So call your independent Pacific Pride dealer...and tame the monster in your fuel receipts:



*Take Control with Pride*

© 1991 by Pacific Pride. Franchise Information available.

# A Powerful Statement On Your Fuel Costs From Pacific Pride



## "Take Control."

Pacific Pride's automated fueling system gives you tight control over your company's fuel purchase and efficiency.

As a commercial account, you get convenient access to gasoline and diesel fuel from a single credit source.

Your statement shows exactly how much fuel each driver bought, where and when. No lost receipts. No unauthorized purchases. No guesswork.

Now more than 1,000 sites throughout the U.S., open 7 days a week, 24 hours a day.

You could qualify if your company averages just 200 gallons a month. So take control and call your independent Pacific Pride dealer for more information.



*Take Control with Pride*

© 1991 by Pacific Pride. Franchise information available.



# A lot easier to find than some commercial fueling sites.



But you don't have to go fishing for ours. Pacific Pride has over 1,000 easy-to-find sites throughout the U.S. and Canada. Each site is open 7 days a week, 24 hours a day.

Besides convenience, we give you control with an itemized monthly statement, showing the amount, time, date, and place of each fuel purchase for each driver and vehicle.

To hook up with us, call

# TAKE CONTROL OF YOUR FUEL COSTS.

Take control with Pacific Pride's automated fueling system. You get convenient access to gasoline and diesel fuel from a single credit source.

As a commercial account, you get a statement that shows exactly how much fuel each driver bought, where and when.

You'll know price per gallon and miles

Franchise information available.

per gallon. No lost receipts. No unauthorized purchases. No guesswork.

Now more than 1,000 sites throughout the U.S., open 7 days a week, 24 hours a day.

You could qualify if your company averages just 200 gallons a month. So take control and call your independent Pacific Pride dealer.

*Take Control with Pride*

© 1991 by Pacific Pride

# PACIFIC PRIDE RADIO SPOT

## RELIEVES GAS PAINS - :60

TRYING TO KEEP TRACK OF YOUR DRIVERS' FUEL RECEIPTS CAN DO TERRIBLE THINGS TO YOUR DIGESTION. ALL THOSE PIECES OF PAPER FROM PLACES LIKE ROSEBUD, DRAIN, AND RENO. ALL THOSE UNANSWERED QUESTIONS.

YOU SHOULD TREAT YOURSELF BETTER. THE PACIFIC PRIDE AUTOMATED FUELING SYSTEM GIVES YOU A REGULAR, EASY-TO-READ STATEMENT THAT ITEMIZES YOUR DRIVERS' FUEL PURCHASES. SO YOU HAVE A PAINLESS WAY TO KEEP TIGHT CONTROL OVER FUEL EXPENSES AND EFFICIENCY, FROM A CONVENIENT, SINGLE CREDIT SOURCE.

PACIFIC PRIDE IS EASY ON YOUR DRIVERS, TOO. OUR ACCESS CARDS ARE GOOD FOR FUEL AND MOTOR OIL AT HUNDREDS OF COMMERCIAL FUELING SITES THROUGHOUT THE NATION. ALL OPEN 24 HOURS A DAY, 7 DAYS A WEEK.

SO, CALL (Insert Franchise Name) AT (Insert Phone Number). SEE WHAT A RELIEF IT IS TO TAKE CONTROL WITH PACIFIC PRIDE. (Insert Franchise Name) IS AN INDEPENDENT FRANCHISEE OF PACIFIC PRIDE.

EXHIBIT 10F  PAGE 1 OF 2

# PACIFIC PRIDE RADIO SPOT

## TAKE CONTROL - :60

NOW YOU CAN TAKE CONTROL OF YOUR COMMERCIAL FUEL COSTS. THE PACIFIC PRIDE AUTOMATED FUELING SYSTEM GIVES YOU CONVENIENT ACCESS TO GASOLINE, DIESEL FUEL, AND OTHER SERVICES – ALL FROM A SINGLE CREDIT SOURCE.

AS A COMMERCIAL ACCOUNT, YOU GET A DETAILED MONTHLY STATEMENT SHOWING EXACTLY HOW MUCH FUEL EACH DRIVER BOUGHT, WHERE, AND WHEN. YOU'LL KNOW PRICE PER GALLON AND MILES PER GALLON. NO LOST RECEIPTS, NO UNAUTHORIZED PURCHASES, NO GUESSWORK, JUST HUNDREDS OF CONVENIENT PACIFIC PRIDE SITES THROUGHOUT THE U.S. – ALL OPEN 7 DAYS A WEEK, 24 HOURS A DAY. FAST FILL-UPS, TOO, BECAUSE PACIFIC PRIDE SERVES COMMERCIAL CUSTOMERS ONLY, AND YOU QUALIFY IF YOUR COMPANY AVERAGES JUST 200 GALLONS A MONTH.

SO GET A HANDLE ON YOUR COMMERCIAL FUELING NEEDS WITH PACIFIC PRIDE. CALL (Insert Franchise Name) TODAY FOR MORE INFORMATION: (Insert Phone Number). THEN TAKE CONTROL WITH PRIDE – PACIFIC PRIDE. (Insert Franchise Name) IS AN INDEPENDENT FRANCHISE OF PACIFIC PRIDE.

TURTLEDOVE CLEMENS, INC.
Marketing Communications
Advertising -- Public Relations
111 S.W. Front Avenue
Portland, Oregon 97204
Telephone: (503) 226-3581

## MEDIA GUIDELINES

The following is media information which includes general guidelines that can be used for both radio and television, specifics for the two mediums, and basic descriptions of media terminology that sales representatives might use.

### General Guidelines

1.  Long-term media commitments usually provide better buys and greater efficiencies.

2.  Important to purchase recommended levels when commitment to advertising is made. Lower levels of advertising weight will dilute effectiveness. When you're on – be on!

3.  Seek merchandising tie-ins with all mediums.  A good way to extend advertising dollars.

4.  Be sure you are informed of special promotions or packages that are available. Each medium has certain times of the year when more inventory is available than usual and often have special promotions or packages to sell it.

5.  Made-goods are important.  If a station does not run a spot, runs it incorrectly, or does not run it completely, you are entitled to have the spot run where and how you originally purchased it. The same is true if a publication does not run your ad or runs it incorrectly. Have them check with you before a make-good is scheduled. Occasionally, you can get a better program, daypart, or ad location as an "apology."

6.  Of primary importance, remember that it is your money.  You have the right to expect excellent service and information.

<u>Cable Television Guidelines</u>

1.   If possible, have advertising weight discussed in terms of target audience; i.e., adults 25-54. In many cable systems this is not possible because they are not measured and the only information you can get is with regard to how many households are subscribing to the cable system.

2.   Cable television is sold in what is considered a "spot rotation." A certain number of commercials are sold to rotate through a certain time period. Try to negotiate for your commercials to fall into the most watched time periods. With other forms of television, you purchase actual shows, but it is unusual to be able to purchase cable that way.

3.   Be aware that there are specific cable networks that appeal to certain types of people that are available for purchase:

   • ESPN – The total sports network aimed toward men.

   • MTV – Music television aimed toward younger age group

   • Lifetime – Information and entertainment aimed toward women

   • CNN – Total news aimed toward better-educated, higher-income adults.

   • USA – Family entertainment aimed at families.

<u>Radio Guidelines</u>

1.   Radio can be purchased in specific time blocks as defined here:

   A.   Morning Drive Time – 5:00AM – 10:00AM

      • Large listening audience
      • Generally most expensive daypart
      • Limited commercial time available
      • "Captured" audience in cars
      • Wake-up daypart

   B.   Daytime – 10:00AM – 3:00PM

      • Higher percentage of women
      • Strong daypart for FM

**EXHIBIT 10G PAGE 2 OF 4**

    C.    Evening Drive Time – 3:00PM – 8PM

- Generally second-largest listening audience

    D.    Evenings – 7:00PM – CONCLUSION

- Strong daypart for FM
- Higher percentage of teens

    E.    Weekends – Saturday and Sunday

- Sports programming
- Religious programming Sunday mornings on AM

2.    It also can be purchased on what is referred to as a "total audience plan," where the spots rotate equally through all dayparts. This is less costly than buying specific dayparts.

## Media Terminoloy Guidelines

**REACH:**    Number of different target prospects who are exposed to the commercial message. Usually expressed as a percent (i.e., a schedule can <u>reach</u> 90% of adults 25-54 ten times per week).

**FREQUENCY:**    Number of times target prospects are exposed to the commercial message. Usually expressed in times per week (i.e., a schedule can reach 90% of adults 25-54 <u>ten times</u> per week).

**RATING POINT:**    Percent of target population viewing a particular show or tuned to a particular station (i.e., a particular TV show gets 15 adult 25-54 rating points, which means that 15% of adults 25-54 are watching that show).

**GROSS RATING POINTS:**    Sum total of all rating points. Usually expressed weekly (i.e., if in one week you purchase one show with 15 rating points and two other shows with 10 rating points each, you have purchased 35 gross rating points in one week).

**COST-PER-THOUSAND (CPM):**    The cost to reach 1000 target prospects.

**EXHIBIT 10G  PAGE 3 OF 4**

THIS PAGE INTENTIONALLY LEFT BLANK

# BILLING SOFTWARE PROVIDERS
# WITH PACIFIC PRIDE INTERFACE

Larry Martin
Advantage Energy Systems
1965 SW Airport Avenue
Corvallis, OR  97333
Phone: 541-757-2460

David LeVine
Advent Business Systems
951 Mariners Island Blvd.
San Mateo, CA  94404
Phone: 650-572-8866

Brian Stringham
Alta Computer Services, Inc.
1887 S. 700 West
Salt Lake City, UT  84104
Phone: 801-972-0679

Dale Rinehart
AIMS, Inc.
3353 Bradshaw Road
Sacramento, CA  95827
Phone: 916-364-0835

David Page
Mekos/Autofueling Systems
6168 NE Hwy 99, Suite #104
Vancouver, WA  98665
Phone: 360-695-0386

Jay Anderson
CCS
Complete Computer Solutions
650 N. Devine Road
Vancouver, WA  98661
Phone: 360-693-5513

Eric Richstad
DM2 Software
8002 NE Hwy 99, Suite 197
Vancouver, WA
Phone:  800-866-5151

Sharon Deputy
EDS Petroleum Software
5800 S. Semoran Blvd.
Orlando, FL  32822-4803
Phone: 407-380-5000

Kerry Myrick
MANNATEC, Inc.
6445-A Industrial Way
Alpharetta, GA  30201
Phone: 800-237-9022

John Reber
Petro Computer Systems, Inc.
P.O. Box 1257
Citrus Heights, CA  95611-1257
Phone: 916-723-4646

Allen Curtis
Petroleum Data Specialists
3240 N. Colorado St., Suite 102
Chandler, AZ  85225
Phone: 602-892-2828

Bob Edwards
SSI Fuel
P.O. Box 391045
Kailua Kona, HI  96739
Phone: 800-774-2801

**Pacific Pride Services, Inc., does not recommend one billing software provider over another. This list includes the names and addresses of some providers who serve Pacific Pride franchisees.  Pacific Pride does not warrant that these companies provide the services that you are looking for in your billing software programs. We do encourage you to call these companies and decide for yourself the one that most closely meets your requirements.  All of these companies should be able to provide you with a list of current Pacific Pride customers.  Please call those franchisees to help in your analysis.  In addition, there may be other companies that provide suitable services.  We strongly encourage you to use other Pacific Pride franchisees as a resource.  If you have any questions about the compatibility of these systems with the Pacific Pride Controller software, please call Burt Maxwell or Larry Maher at Pacific Pride Services.**

THIS PAGE INTENTIONALLY LEFT BLANK

# INVOICE

(503) 363-7676
1-800-523-7676
FAX (503) 363-5822

**MARC NELSON OIL PRODUCTS**

(503) 769-5479
FAX (503) 769-6567

1555 Silverton Road N.E.
P.O. Box 7135
Salem, OR 97303

2120 W. Washington
Stayton, OR 97383



**PACIFIC PRIDE**
THE COMMERCIAL FUELING SYS

PACIFIC PRIDE FLEET FUELING
1234 CONVENIENT LANE
SALEM, OR 97302

| | |
|---|---|
| If Paid In Full By: | 05/25/01 |
| You May Deduct: | 8.26 |
| Full Invoice Amount: | 244.72 |
| Discounted Invoice Amount: | 236.46 |

| ACCOUNT NUMBER | DATE | INVOICE NUMBER |
|---|---|---|
| 01-0002500 | 05/15/01 | CL64728 |

CALL PACIFIC PRIDE TO BECOME A FRANCHISEE OF THE NUMBER ONE
CARDLOCK FUELING NETWORK.  DON'T WAIT, CALL NOW!!

| FUELING LOCATION | DATE | TIME | ODOM. | MPG | PROD | QUANTITY | PRICE | DISC PRC | AMOUNT | CARD ID | MISC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DRIVER#: 567891  MICHAEL | | | 0 = Beginning odometer | | | | | | | | |
| S2 970 13TH ST SE, SALEM, OR | 05/02/01 | 10:48A | 15,321 | #####| PUL | 12.00 | 1.2500 | 1.2100 | 15.00 | | 76 |
| DRIVER TOTALS:  15321 Miles @ 999.99 MPG and $0.001 Cost/Mile | | | | | | 12.00 | | | 15.00 | | |
| DRIVER#: 567892  CINDY | | | 0 = Beginning odometer | | | | | | | | |
| AKG 810 LANCASTER DR SE, SALEM, OR | 05/14/01 | 07:10P | 76,952 | #####| UNL | 18.00 | 1.5729 | 1.5329 | 28.31 | | |
| DRIVER TOTALS:  76952 Miles @ 999.99 MPG and $0.00 Cost/Mile | | | | | | 18.00 | | | 28.31 | | |
| VEHICLE#: 55  PETERBILT | | | 0 = Beginning odometer | | | | | | | | |
| ADU 185 W ELLENDALE, DALLAS, OR | 05/03/01 | 05:45A | 76,345 | #####| DSL | 48.00 | 1.3799 | 1.3399 | 66.24 | PRIDE #1 | |
| KN 3419 CLEARWATER, KENNEWICK, WA | 05/08/01 | 06:30A | 76,899 | 10.65 | DSL | 52.00 | 1.0000 | 0.9600 | 52.00 | CINDY | |
| 1I 5726 MARKET ST. GLENDALE, AZ | 05/12/01 | 01:15P | 77,555 | 12.99 | DSL | 50.50 | 1.1000 | 1.0600 | 55.55 | MICHAEL | |
| VEHICLE TOTALS:  77555 Miles @ 515.32 MPG and $0.002 Cost/Mile | | | | | | 150.50 | | | 173.79 | | |
| VEHICLE#: 76  SUBURBAN | | | 0 = Beginning odometer | | | | | | | | |
| 2Q I-65 EXIT 117 PORTLAND, OR | 05/01/01 | 09:55A | 23,333 | #####| MDU | 7.30 | 1.0800 | 1.0400 | 7.88 | PRIDE #1 | 67890 |
| C7 TWIN VIEW BLVD., REDDING, CA | 05/09/01 | 05:25P | 23,456 | 6.54 | UNL | 18.80 | 1.0500 | 1.0100 | 19.74 | MICHAEL | 54321 |
| VEHICLE TOTALS:  23456 Miles @ 898.70 MPG and $0.001 Cost/Mile | | | | | | 26.10 | | | 27.62 | | |

CONTINUED . . .



(503) 363-7676
1-800-523-7676
FAX (503) 363-5822

**INVOICE**

(503) 769-5479
FAX (503) 769-6567

1555 Silverton Road N.E.
P.O. Box 7135
Salem, OR 97303

**MARC NELSON OIL PRODUCTS**

2120 W. Washington
Stayton, OR 97383

**PACIFIC PRIDE**
THE COMMERCIAL FUELING SYSTEM

PACIFIC PRIDE FLEET FUELING
1234 CONVENIENT LANE
SALEM, OR 97302

| ACCOUNT NUMBER | DATE | INVOICE NUMBER |
|---|---|---|
| 01-0002500 | 05/15/01 | CL64728 |

FUELING LOCATION    DATE  TIME   ODOM. MPG PROD QUANTITY   PRICE   DISC PRC   AMOUNT CARD ID   MISC

| FLEET | TOTAL QUANTITY | AVERAGE PRICE | SALE AMOUNT | FEDERAL TAX | STATE TAX | LOCAL TAX | SALES TAX | TOTAL |
|---|---|---|---|---|---|---|---|---|
| OR - OREGON | | | | | | | | |
| DIESEL | 48.0 | 1.136 | 54.53 | 11.71 | 0.00 | 0.00 | 0.00 | 66.24 |
| PREMIUM | 12.0 | 0.8258 | 9.91 | 2.21 | 2.88 | 0.00 | 0.00 | 15.00 |
| UNLEADED | 18.0 | 1.1489 | 20.68 | 3.31 | 4.32 | 0.00 | 0.00 | 28.31 |
| MDGRDE UNL | 7.3 | 0.6562 | 4.79 | 1.34 | 1.75 | 0.00 | 0.00 | 7.88 |
| WA - WASHINGTON | | | | | | | | |
| DIESEL | 52.0 | 0.526 | 27.35 | 12.69 | 11.96 | 0.00 | 0.00 | 52.00 |
| AZ - ARIZONA | | | | | | | | |
| DIESEL | 50.5 | 0.5859 | 29.59 | 12.32 | 13.64 | 0.00 | 0.00 | 55.55 |
| CA - CALIFORNIA | | | | | | | | |
| UNLEADED | 18.8 | 0.6271 | 11.79 | 3.46 | 3.38 | 0.00 | 1.11 | 19.74 |
| TOTAL | 18.8 | 0.7679 | 158.64 | 47.04 | 37.93 | 0.00 | 1.11 | 244.72 |
| | 206.6 | | | | | | | |

‡‡ TOTAL PURCHASES THIS INVOICE:    $244.72

IF PAID IN FULL BY 05/25/01 DEDUCT    8.26 FROM YOUR TOTAL & PAY    $236.46

# CHAPTER 11 - PACIFIC PRIDE WEB SITE: www.pacificpride.com

Section 1:  Introduction to the Web Site ............................................................. 11-2
Section 2:  Pacific Pride Home Page ................................................................. 11-2
Section 3:  Locations Directory ......................................................................... 11-3
Section 4:  Text Search Page ............................................................................ 11-3
Section 5:  Map Link Page ................................................................................. 11-4
Section 6:  Fueling Site Details Page ................................................................ 11-4
Section 7:  Interactive Map Search (MapQuest[TM]) Page................................. 11-4
Section 8:  New Sites Button ............................................................................. 11-4
Section 9:  Safety Button ................................................................................... 11-4
Section 10: Browsing Hints Button .................................................................... 11-5
Section 11: Inquiry Form Button ........................................................................ 11-5
Section 12: Become a Marketer Button............................................................. 11-5
Section 13: Marketers Section of Pacific Pride Web ........................................ 11-5

## EXHIBITS

11A.   Web Site Home Page .............................................................................. 11A-1
11B.   Petro Canada Search Page...................................................................... 11B-1
11C.   Web Location Directory ............................................................................11C-1
11D.   New Sites Page ....................................................................................... 11D-1
11E.   Safety Page ............................................................................................. 11E-1
11F.   Browsing Hints ........................................................................................ 11F-1
11G.   Inquiry Form .............................................................................................11G-1
11H.   Become a Marketer ................................................................................. 11H-1
11I.   Text Search ............................................................................................. 11I-1
11J.   Map Link ...................................................................................................11J-1
11K.   Fueling Site Details Page ........................................................................ 11K-1
11L.   Text Search Results ................................................................................ 11L-1
11M.   Advanced Search Page ........................................................................... 11M-1
11N.   Marketer Section...................................................................................... 11N-1
11O.   Communications Page...............................................................................11O-1
11P.   Discussion Forum Page............................................................................ 11P-1
11Q.   Map Ordering Schedule............................................................................11Q-1
11R.   Monthly Calendar of Events......................................................................11R-1
11S.   Marketer Search ...................................................................................... 11S-1
11T.   Supplies Order Form ............................................................................... 11T-1
11U.   Order Confirmation ..................................................................................11U-1
11V.   Receipt......................................................................................................11V-1
11W.   Site Updates ............................................................................................11W-1

**Section 1: Introduction to the Web Site**

Pacific Pride has developed our web site, www.pacificpride.com, for the benefit of Pacific Pride cardholders and marketers alike. The web site is designed to provide up-to-date information about sites that can be accessed with the Pacific Pride card, Pacific Pride Commercial Fueling System news and other information, and a quick and easy way for Pacific Pride and AmeriNet marketers to order marketing and site supplies available through Pacific Pride. Customers can locate all Pacific Pride, AmeriNet, and PrideNet sites. Directions, maps, fuels, and services offered are also listed. Web surfers interested in receiving more information about Pacific Pride and how to apply for a card can complete and send an inquiry form requesting information. These leads are directed to the local marketers. A marketer discussion forum or bulletin board is a critical link between marketers and Pacific Pride.

The Pacific Pride web site is constantly changing. If you have comments or questions about the content or design of the web site, please feel free to e-mail us from the site or give us a call.

This following sections are intended to take you on a tour of the site and give suggestions about how to use the information.

**Section 2: Pacific Pride Home Page**

The Pacific Pride Home Page is open to the public for viewing. It introduces the viewer to **Pacific Pride Online.** You'll notice that some of the text is highlighted in color. This is called "hypertext." It allows you to place your mouse arrow on the text and, with a click of the mouse, be transferred to a page that provides more information on the topic. (See Exhibit 11A.)

For example, if the viewer would like more information on the sites in Canada, he or she can click on the colored text "Canada" and be transferred to the **Petro Canada Search** page (Exhibit 11B).

The colored "buttons" located on the left side of the Home Page allow the viewer to click and go directly to the appropriate pages of the web site. The buttons are:

       a)    Location Directory (Exhibit 11C)
       b)    New Sites (Exhibit 11D)
       c)    Safety (Exhibit 11E)
       d)    Browsing Hints (Exhibit 11F)
       e)    Inquiry Form (Exhibit 11G)
       f)    Become a Marketer (Exhibit 11H)

To view any of the above just click with your mouse on the colored button. To return to the home page you can either click on the "home" button or use your "back" button on the tool bar.

## Section 3: Locations Directory

This is our online version of the printed Pacific Pride **Locations Directory**. If you have your own company web site, you can provide a "hyperlink" from your web site directly to the Locations Directory page: http://www.pacificpride.com/directory.asp. This will allow your customers to access maps and other information for all sites in the network. We update this site regularly so your customers will have the most current information.

From the Locations Directory page, sites can be searched by city, state and interstates. You can use either the **text search** (Exhibit 11I) or go to the **map link** (Exhibit 11J). Text search will let you type in the city, state, and interstate or any combination. The map link allows you to pick a state from the U.S. and then locate the site by city. Either method, text search or map link, takes you to a page with specific information about your chosen site. From the Fueling Site Details Page (Exhibit 11K), you can even go further by clicking on **Interactive Map Search,** which connects you to a more detailed interactive map made available through MapQuest™. **Please note:** Pacific Pride contracts with MapQuest™ for this link to their web site. This option takes you out of the Pacific Pride Web site. In order to return to the Pacific Pride web site, you must use the "Back" button on the tool bar.

## Section 4: Text Search Page

Search for sites by city, state, interstate, or any combination of the three. Just select your preferences and click on the **SUBMIT** button. (See Exhibit 11L). For example, type in a state only and you will get a list of all sites in that state. For a specific city, type in the city name and state. A list of all sites for that city will appear. Click on the site of interest and you can find the details on that specific site. If you would like to find all sites on an interstate, just type in the interstate of interest and a list of sites will appear. Click your mouse on the address. The **Fueling Site Details** page (Exhibit 11K) will appear with detailed information about the site. From the Site Detail Page, you can even go further by clicking on **Interactive Map Search** which connects you to a more detailed interactive map made available through MapQuest™. **Please note:** Pacific Pride contracts with MapQuest™ for this link to their web site. This option takes you out of the Pacific Pride web site. In order to return to the Pacific Pride web site, you must use the "Back" button on the tool bar.

You can return to the home page anytime by selecting the home button.

**Advanced Search** in the Locations Directory Section allows you to break the search down further. The **Advanced Search** page (Exhibit 11M) lets you select any one or a combination of city, state, interstate, services and fuels. Just hit the search button and the results will appear.

## Section 5: Map Link Page

The Map Link page allows you to point and click on specific map locations for more information. If you are interested in a specific state, click on that state and you will see a state map with all network sites plotted. To view a city, just click with your mouse on the dot of the city. If more than one site is listed, click on the address for the one you would like to see. After selecting a city, the Fueling Site Details page appears with detailed information about the site. From the Site Detail Page, you can even go further by clicking on **Interactive Map Search** which connects you to a more detailed interactive map made available through MapQuest™. **Please note:** Pacific Pride contracts with MapQuest™ for this link to their web site. This option takes you out of the Pacific Pride Web site. In order to return to the Pacific Pride web site, you must use the **"Back"** button from the tool bar.

## Section 6: Fueling Site Details Page

The Fueling Site Details page provides the most current information about each specific site. Information includes **available fuels, services, truck access, interstates within ½ mile, site type, city, state, address, directions, and maps.** From the Fueling Site Details Page, you can go further by clicking on **Interactive Map Search,** which connects you to a more detailed interactive map made available through MapQuest™. **Please note:** Pacific Pride contracts with MapQuest™ for this link to their web site. This option takes you out of the Pacific Pride web site. In order to return to the Pacific Pride web site, you must use the **"Back"** button on the tool bar.

## Section 7: Interactive Map Search (MapQuest™) Page

The **Interactive Map Search** is found below the individual site map on the Fueling Site Details page. Just click on the on **Interactive Map Search** and the interactive map search will link you to MapQuest,™ where you can zoom in and out on a detailed map of the region. You can find the nearest Pacific Pride site by filling in information about your current location and clicking the **Find Nearby Sites** button when you are done entering your criteria. The results will appear on the map.

## Section 8: New Sites Button

The New Sites Button is found on the left side of each web page.

Sites that have been opened in the last month are listed here. You can click on an address and go to the **Fueling Site Details** page for more information.

## Section 9: Safety Button

The Safety Button is found on the left side of each web page.

This section includes Safety Requirements and Fueling Guidelines information (Exhibit 11E). Actions and guidelines to follow when using a cardlock facility are available in this

section. Fueling instructions, emergency and first aid procedures, hazardous materials, physiological effects, safety measures, and fueling safety are detailed in this section. All users of Pacific Pride and AmeriNet sites are required to have training. The material contained in this section can serve as training material for your customers.

## Section 10: Browsing Hints Button

The Browsing Hints Button is found on the left side of each web page.

Pacific Pride Online takes advantage of the latest in browser technology, so we recommend upgrading your browser as new versions of your browser become available. For the best experience we recommend using Netscape Navigator versions 4.08 or later, or Microsoft Explorer 4.0 or later, or any browser capable of using client-side image mapping. If you have any problems navigating this web site, please contact us at Pacific Pride at 800-367-5066. (See Exhibit 11F.)

## Section 11: Inquiry Form Button

The Inquiry Form Button is found on the left side of each web page.

This is an application form for potential new cardholders (Exhibit 11G). The form asks general application information that Pacific Pride then sends to a marketer in the applicant's area to contact the applicant for further details. We send these forms randomly to marketers to fairly serve all marketers. If you receive an Inquiry Form, please contact the person inquiring and give them details on becoming a Pacific Pride cardholder. If you do not want to receive Inquiry Forms, please let us know and you will be removed from the distribution list.

## Section 12: Become a Marketer Button

The Become a Marketer Button is found on the left side of each web page.

Because the Pacific Pride Web Site is open to the public, we think it only makes sense to allow web site visitors to request information on how to become a Pacific Pride marketer. We are constantly working to increase the number of marketers and sites involved in the Pacific Pride Commercial Fueling System and AmeriNet System. This is just one more way we can get the word out that **franchises are available.** (See Exhibit 11H.)

## Section 13: Marketers Section of Pacific Pride Web

The Marketers Section Button is found on the left side of most web pages.

This section is for marketers only. In order to access the Marketers Only section of the Pacific Pride Web Site, you need a **username and password**. To get signed up please e-mail infor@pacificpride.com with your choice of password and username. Once you have

your username and password, you can click on the Marketers Only button and input your username and password and you are into this private section. The Marketers Only Section is designed as an information and communication area for Pacific Pride Services, AmeriNet, Pacific Pride and AmeriNet marketers. (Please see Exhibit 11N.)

Topics On the Marketer Section Page include:

> Communications (Exhibit 11O)
> Discussion Forum (Exhibit 11P)
> Map Ordering Schedule (Exhibit 11Q)
> Monthly Calendar of Events (Exhibit 11R)
> Marketer Search (Exhibit 11S)
> Marketer Supplies (Exhibits 11T thru 11V)
> Site Updates (Exhibit 11W),

To view any of these topics click on the text of choice.

a.  **Communications**: You will find lots of information here including the Commlog, Pacific Pride's newsletter; staff phone numbers and e-mail addresses; updates on issues; and announcements. This is where we post any current information. You should check this section of the web site regularly to see what's new with Pacific Pride and your fellow marketers.

b.  **Discussion Forum**: This is your opportunity to voice your concerns and interact with other marketers and the staff at Pacific Pride Services. This section works much like a bulletin board where notes are posted.. You can read the notes other marketers have posted and respond accordingly, or you can post your message for response from other marketers. Utilize this bulletin board as a tool when you would like input from other marketers to help work through issues or ask questions that other marketers or the staff at Pacific Pride may be able to answer.

Pacific Pride Services regularly monitors the Discussion Forum and reserves the right to remove messages which contain vulgar language or are otherwise inappropriate.

c.  **Map Ordering Schedule**: If you are curious about the dates for ordering and shipping of maps, this is where you find the answers. Maps are scheduled for printing every six weeks. Make sure you place your orders in a timely manner to ensure delivery of your maps and other promotional materials.

d.  **Calendar**: The Pacific Pride/AmeriNet calendar includes electronic funds transfer dates, training dates, holidays, and other meeting dates.

e.  **Marketer Search**: You can search for sites via city, state, and/or interstate.

f.    **Marketer Supplies**: Pacific Pride supplies a variety of materials to Pacific Pride and AmeriNet marketers. Pacific Pride and AmeriNet marketers can order supplies directly from the web site. Ordering is quick and easy. Fill in the form with your information and hit the submit button. An **Order Confirmation** (Exhibit 11U) page will appear on the screen. Check your order for accuracy. If the order is correct, proceed by clicking the **Complete Order** button at the bottom of form. If the order is **incorrect** use the **back** button, make your correction, and re-submit. You will see the **Order Confirmation** page again. If the order is correct, use the **Complete Order** button. Once the order is complete, a **Receipt Page** (Exhibit 11V) will appear on the screen. **Print the receipt** as your record of the order. You will also receive an e-mail confirming your order.

g.    **Site Updates**: This section of the web site has the most current information about site openings and closures. (See Exhibit 11W)

# <u>NOTES</u>

## CHAPTER 11 EXHIBITS

11A.    Web Site Home Page................................................................11A-1
11B.    Petro Canada Search Page......................................................11B-1
11C.    Web Location Directory ...........................................................11C-1
11D.    New Sites Page.......................................................................11D-1
11E.    Safety Page.............................................................................11E-1
11F.    Browsing Hints........................................................................11F-1
11G.    Inquiry Form ............................................................................11G-1
11H.    Become a Marketer .................................................................11H-1
11I.     Text Search .............................................................................11I-1
11J.    Map Link ..................................................................................11J-1
11K.    Fueling Site Details Page ........................................................11K-1
11L.    Text Search Results ................................................................11L-1
11M.    Advanced Search Page............................................................11M-1
11N.    Marketer Section .....................................................................11N-1
11O.    Communications Page .............................................................11O-1
11P.    Discussion Forum Page ...........................................................11P-1
11Q.    Map Ordering Schedule............................................................11Q-1
11R.    Monthly Calendar of Events .....................................................11R-1
11S.    Marketer Search......................................................................11S-1
11T.    Supplies Order Form ...............................................................11T-1
11U.    Order Confirmation ..................................................................11U-1
11V.    Receipt ....................................................................................11V-1
11W.    Site Updates ...........................................................................11W-1

# **<u>NOTES</u>**



# Welcome to
# Pacific Pride Online

This site has been designed to help you with all your Pacific Pride fueling site needs. You can look-up the latest information on any one of the 1260 cardlock fueling sites Pacific Pride offers all across the US and 201 more in Canada. There are new sites being opened daily and you'll find all the up-to-date information here.

We also offer an overview of cardlock fueling safety requirements and fueling guidelines.



**Become a Cardholder**
If you are interested in becoming a Pacific Pride cardholder, please fill out the inquiry form and a marketer will contact you.

**Become a Pacific Pride Marketer**
We also have franchisee opportunities available. Please fill out the franchisee information form and a representative will be pleased to contact you.

| Inquiry Form | Location Directory | New Sites | Safety Requirements | Browsing Hints |



For more information contact Nora Adamo at info@pacificpride.com
copyright © 1999 Pacific Pride

**EXHIBIT 11A  PAGE 1 OF 2**

THIS PAGE INTENTIONALLY LEFT BLANK



# Petro Canada Search

Pacific Pride Online has partnered with Petro Canada to allow Pacific Pride customers to fuel at all of the following Petro Canada fueling sites. **All Petro Canada sites are Diesel Only and require an International fueling card.**





**Marketers Only**

**Marketers Only**

| Search Instructions |
| --- |
| Fill-in as many of the criteria to the left as you would like. *'Click'* the Search button at the bottom when you are through filling-in the criteria. The results will appear below. |

## Criteria:

Province: {all} 

City / Metro Area: {all}



## Results:

| Inquiry Form | Location Directory | New Sites | Safety Requirements | Browsing Hints |



*For more information contact Nora Adamo at info@pacificpride.com*
*copyright © 1999 Pacific Pride*

**EXHIBIT 11B  PAGE 1 OF 2**

THIS PAGE INTENTIONALLY LEFT BLANK



# Location Directory

There are several ways to search for a Pacific Pride site or sites in the U.S. You can search for a site or group of sites by specifying the city, state, and/or interstate near the site(s) or you can pick the location of the site off of a map using Pacific Pride Map Link. Map Link allows you to progressively narrow your search by simply clicking on the region of the map you are interested in. There is a separate text search page for Petro Canada Sites.

**Text Search**                    **Map Link**

                    

Advanced Search              NEW Interactive Map Search

Petro Canada Sites

Map Link contains some large graphics and thus may require significant time to download if you are using less than a 28.8 Kbs modem. Further, Map Link uses client-side image mapping. This is a technology that is not supported by some Internet browsers.

| Location Directory | New Sites | Safety Requirements | Browsing Hints |



For more information contact Nora Adamo at info@pacificpride.com
copyright © 1999 Pacific Pride

**EXHIBIT 11C  PAGE 1 OF 2**

THIS PAGE INTENTIONALLY LEFT BLANK



# New  Fueling Sites

**New sites** are being added to the list daily. Here are the sites added in the last month. Please return often to find information on the newest sites in the system.

## Results: (0)

| Address | City | State | Interstate |
|---------|------|-------|------------|

**Marketers Only**

**Marketers Only**

| Inquiry Form  | Location Directory  | New Sites  | Safety Requirements  | Browsing Hints |



*For more information contact Nora Adamo at info@pacificpride.com*
*copyright © 1999 Pacific Pride*

**EXHIBIT 11D  PAGE 1 OF 2**

THIS PAGE INTENTIONALLY LEFT BLANK



# PACIFIC PRIDE *online*

## Safety Requirements and Fueling Guidelines

This page covers important actions and guidelines to follow when you use a card-lock facility.



*The first thing to remember is that fuel, whether gasoline or diesel, is extremely flammable. So there should definitely be NO SMOKING while fueling your vehicle. Ignoring this warning could result is serious fire and injury.*

**Marketers Only**

**Marketers Only**

## HOW TO BEGIN FUELING

1. Shut off engine and extinguish all cigarettes.
2. Remove gas cap slowly and place nozzle deeply into the fuel tank neck.
3. Insert your driver card into the card reader and remove immediately.
4. If you are using a 2card system, insert your vehicle card into the card reader and remove immediately.
5. Enter your 4-digit personal Identification Number (P.I.N.) and press ENTER.
6. If prompted to do so, enter your current odometer reading and press ENTER.
7. If prompted to do so, enter any miscellaneous information and press ENTER.
8. Enter the pump number and press ENTER. *This activates the pump so that fueling can begin.*
9. Activate the nozzle by engaging the lever on the dispenser. Then pull trigger and begin dispensing fuel.

The nozzle must be inserted deeply into the fuel tank neck and held during fueling. Optimum nozzle setting for speed of delivery is between 1/2 and 3/4 open; faster delivery may result in a spill.
If the nozzle is activated too quickly, a leak detector will automatically slow pumping to a trickle. Simply release the trigger on the nozzle and wait 10 seconds. Then pull trigger again, and pumping should be normal.

## AFTER FUELING

When finished, shut off pump by returning lever to the "off" position. and then return nozzle to its hanger.
**Driving away with the nozzle still in your vehicle can result in fire or spill or explosion, which could lead to extreme damage and serious injury.**
If you accidentally drive off with the nozzle in your vehicle, please follow these procedures:
Stop vehicle and turn off the motor.

1. Turn pump off.
2. Put hose back on pump if possible.
3. Report the incident using the assistance number posted at site. Your report should include:
   a. Site location
   b. Hose or pump number
   c. Time and date of incident
   d. Your name and telephone number

*If you need other assistance at the site, please call the emergency number listed and report the problem.*

## EMERGENCY AND FIRST AID PROCEDURES

**EXHIBIT 11E  PAGE 1 OF 4**

If you come into contact with gasoline or diesel fuel, it is important that you follow these procedures:

**EYES:**
Flush with water for 15 minutes.
**SKIN:**
Remove any gasoline soaked clothing and wash exposed areas with soap and water.
**INGESTION (swallowing):**
Call physician. DO NOT induce vomiting.
**INHALATION:**
If symptoms occur as noted under "Physiological Effects" (opposite side of this brochure), move to fresh air. If breathing has stopped, apply artificial respiration.
**OTHER (GASOLINE):**
Remove gasoline soaked clothing.

# CAUTION! HAZARDOUS MATERIALS

Remember, all fuels are hazardous and should only be stored in approved containers. Please read the following warning statements carefully.

## All Gasoline

DANGER!
EXTREMELY FLAMMABLE. HARMFUL OR FATAL IF SWALLOWED. MAY BE HARMFUL IF INHALED. MAY CAUSE IRRITATION. MAY BE HARMFUL IF ABSORBED THROUGH SKIN.

Long-term exposure to vapors has caused cancer in laboratory animals. Do not breathe vapors. Use only in well-ventilated locations. Do not allow contact with eyes and prolonged contact with skin. Wash thoroughly after handling. Keep container closed. Keep away from heat, sparks and flame.

FOR USE AS MOTOR FUEL ONLY.

## Diesel

CAUTION!
MAY CAUSE IRRITATION TO EYES.
COMBUSTIBLE.

Middle distillates have caused skin cancer and kidney damage in laboratory animals. Do not allow contact with eyes. Keep away from heat and flame. Use only in well-ventilated locations. Do not allow prolonged breathing of mist or vapor. Do not allow prolonged or repeated contact with skin. Keep head away from container when opening or dispensing. Wash thoroughly after handling. Keep away from heat, sparks and flame.

# PHYSIOLOGICAL EFFECTS

## Acute

**EYES:**
Causes slight-to-moderate eye irritation.
**SKIN:**
Moderately irritating; causes redness, edema, or drying of the skin.
**RESPIRATORY SYSTEM:**
Gasoline:
May cause dizziness, irritation of eyes, nose and throat, vomiting, bluish color of the skin, central nervous system effects including contracted pupils, loss of reflexes, convulsions, seizures, sudden loss of consciousness, coma and sudden death. Other symptoms are headaches, flushing of the face, nausea, mental confusion and depression, loss of appetite, blurred speech and difficulty in swallowing.
Diesel:

**EXHIBIT 11E  PAGE 2 OF 4**

May cause symptoms of drowsiness or narcosis from inhalation of high vapor concentrations.

### Chronic

Recent studies with laboratory animals have shown that diesel and gasoline vapors caused kidney damage and kidney cancer in rats, and liver cancer in mice.

## SAFETY MEASURES

Certain emergency equipment is installed at each fueling site. Please be sure to note the location of the following equipment before you begin fueling.

FIRE EXTINGUISHERS
    Be sure you can find the one nearest you.
RED EMERGENCY STOP BUTTON
    This will be located on the card reader panel next to the keypad.
EMERGENCY SHUT-OFF SWITCH
    Located within 75 feet of the island and clearly identified. It allows you to shut down the system from a location other than the fueling island.
PAY TELEPHONE
    May be located at the site and requires no coins for an emergency call to 911 or to an operator.
EMERGENCY TELEPHONE NUMBER
    Clearly posted and identified for use in emergencies.
SITE OPERATOR'S PHONE NUMBER
    is clearly posted and identified. Call this number if you need assistance, or to report a problem.

## FUELING SAFETY

Before you begin, stop your engine and shift into "Park." On manual shift vehicles, set the parking and/or emergency brake. When you use a card-lock facility, you must stop your engine before you begin fueling. You must also remain outside your vehicle in full view of the nozzle at all times while fueling.
If a spill occurs, call the assistance number posted at that site to ensure prompt clean-up.
In case of fire, dial 911 or the emergency number located at the site (usually on or near the fire extinguisher sign.)

| Inquiry Form  | Location Directory  | New Sites  | Safety Requirements  | Browsing Hints |



*For more information contact Nora Adamo at info@pacificpride.com*
*copyright © 1999 Pacific Pride*

# THIS PAGE INTENTIONALLY LEFT BLANK





**Marketers Only**

**Marketers Only**

# Browsing Hints

Pacific Pride Online takes advantage of the latest in browser technology, so we recommend upgrading your browser as new versions of your browser becomes available. For the best experience we recommend using Netscape Navigator versions 4.08 or later, or Microsoft Explorer 4.0 or later, or any browser capable of using client-side image mapping. If you have any problems navigating this web site please let us know.

Direct all correspondence to:

Information
Pacific Pride Services, Inc.
P.O. Box 2099
Salem, OR 97308
(800)367-5066
info@pacificpride.com

We thank you for your interest in Pacific Pride and hope that you will continue to visit u in the near future to **watch our web site grow.**

| Inquiry Form  | Location Directory  | New Sites  | Safety Requirements  | Browsing Hints |



*For more information contact Nora Adamo at info@pacificpride.com*
*copyright © 1999 Pacific Pride*

THIS PAGE INTENTIONALLY LEFT BLANK

# Inquiry Form for Application

Pacific Pride sites are cardlock fueling systems for commercial usage. Site requirements in gallons is 2400 gallons per year. Each site is independently owned ar operated. The sites are responsible for all billing, pricing and customer accounts. If yo are interested in further information please fill out the inquiry form below and a franchi will contact you.

**Name:**

**Address:**

**City:**

**State:**   **Zip:**

**E-Mail:**

**Phone:**

Submit    Reset

[ Map Link | Text Search | Home | Locations Directory | New Site ]

*For more information contact Information at information@pacificpride.com*
*copyright © 1999 Pacific Pride*

**EXHIBIT 11G  PAGE 1 OF**

THIS PAGE INTENTIONALLY LEFT BLANK



# Franchisee Information Form

Pacific Pride Welcomes the opportunity to talk to you about becoming a franchisee. Learn what it takes to be part of a network of cardlock fueling sites operated by hundreds of independent petroleum distributors. Please fill out the following form and submit to us. A Pacific Pride representative will get in contact with you.

**Name:**

**Address:**

**City:**

**State:**      **Zip:**

**E-Mail:**

**Phone:**

**Marketers Only**

**Marketers Only**

Submit

| Inquiry Form | Location Directory | New Sites | Safety Requirements | Browsing Hints |



For more information contact Nora Adamo at info@pacificpride.com
copyright © 1999 Pacific Pride

**EXHIBIT 11H PAGE 1 OF 2**

# THIS PAGE INTENTIONALLY LEFT BLANK



# Text Search

**State:** {all}

**City / Metro Area:** {all}

**Nearby Interstate:** {all}



> **Search Instructions**
>
> Fill-in as many of the following criteria as you would like. *'Click'* the **Search** button at the bottom when you are through filling-in the criteria.

You may also want to try our **Advanced Search** which allows you to search by Services and Fuels located a sites in addition to City, State, and Nearby Interstate. Note: the Advanced Search option can be considerabl slower depending on the complexity of your search.

| Location Directory | New Sites | Safety Requirements | Browsing Hints |



*For more information contact Nora Adamo at* info@pacificpride.com
*copyright © 1999 Pacific Pride*

THIS PAGE INTENTIONALLY LEFT BLANK



Home | Locations Directory | New Sites | Safety Requirements | Browsing Hints

# Map Link

*'Click'* on the state or region you are interested in for more detail.



Home | Locations Directory | New Sites | Safety Requirements | Browsing Hints



*For more information contact Nora Adamo at info@pacificpride.com*
*copyright © 1999 Pacific Pride*

THIS PAGE INTENTIONALLY LEFT BLANK



# Fueling Site Details



Site Map

**State**

Alabama

**City**

ALEXANDER CITY

**Address**

1467 US Hwy 280

**Services**

Air, Water, Restrooms, Phone, Satellite Fueling

**Fuels**

Diesel, Off Road Diesel, Unleaded, Unleaded Premium

**Truck Access**

Excellent

**Nearby Interstate**

*None*

**Directions**

Site located on Hwy 280 and Radio Rd in Alexander 50 miles SE of Birmingham and 15 miles SE of Sylacauga.

**Site Type**

Pacific Pride

- Interactive Map Search

| Location Directory | New Sites | Safety Requirements | Browsing Hints |



*For more information contact Nora Adamo at info@pacificpride.com*
*copyright © 1999 Pacific Pride*

**EXHIBIT 11K  PAGE 1 OF 2**

THIS PAGE INTENTIONALLY LEFT BLANK



# Search Results

| Another Search | Advanced Search | Map Link |

## Sites Found (9)

| Address | City | State | Interstate |
|---|---|---|---|
| 1313 HWY 69 South | COLUMBUS | MS | |
| 730 Alabama Street | COLUMBUS | MS | |
| 7803 Hwy 183 East U.S. Hwy 82 | COLUMBUS | MS | |
| I-55 And Highway 8 | GRENADA | MS | I-55 |
| 40058 Hamilton Rd. | HAMILTON | MS | |
| 605 West Madison ST | HOUSTON | MS | |
| 1251 Hillcrest Dr. | LAUREL | MS | I-59 |
| 1612 Hwy. 84 East | LAUREL | MS | I-59 |
| 1125 Hwy 82 East | STARKVILLE | MS | |

| Another Search | Advanced Search | Map Link |

| Location Directory | New Sites | Safety Requirements | Browsing Hints |



*For more information contact Nora Adamo at info@pacificpride.com*
*copyright © 1999 Pacific Pride*

**EXHIBIT 11L  PAGE 1 OF 2**

# THIS PAGE INTENTIONALLY LEFT BLANK



## Advanced Search

**State:** {all}

**City / Metro Area:** {all}

**Nearby Interstate:** {all}

**Search Instructions**

Choose your search criteria. *'Click'* the Search button a
the bottom when you are through.

**Show me only sites with the following services...**

**Services:** ☐ Air ☐ Car Wash ☐ ComChek ☐ Convenience Store ☐ Covered Pumps ☐ Oi
☐ Phone ☐ Restaurant ☐ Restrooms ☐ Satellite Fueling ☐ Scales ☐ Showers
☐ Tire Repair ☐ Truck Stop ☐ Truck Wash ☐ Water

**Show me only sites with the following fuels...**

**Fuels:** ☐ Diesel ☐ Unleaded ☐ Unleaded Premium ☐ Off Road Diesel ☐ Midgrade
☐ Diesel Premium ☐ Kerosene ☐ Propane ☐ CNG

Search   Reset

| Location Directory | New Sites | Safety Requirements | Browsing Hints |



*For more information contact Nora Adamo at info@pacificpride.com*
*copyright © 1999 Pacific Pride*

**EXHIBIT 11M  PAGE 1 OF 2**

# THIS PAGE INTENTIONALLY LEFT BLANK



## FEES TO BE REDUCED, DETAILS IN COMMUNICATIONS

# Marketer Section

This section is designed as an online resource to meet the needs of Pacific Pride franchisees. makes franchisee relations more effecient and error free. If there is something you would like t this section, please contact Nora Adamo, (800)367-5066

These sections are currently available to you.

- Communications
- Discussion Forum
- Map Ordering Schedule
- June Calendar 2001
- Marketer Supplies
- SiteUpdates
- Public Home

**Marketer
Section**
———
**Marketers
Only**

We are currently working on the foll sections. We appreciate your patience back soon.

- Site Inspection Form
- Marketer Search



For more information contact Nora Adamo at info@pacificpride.com
copyright © 1999 Pacific Pride

**EXHIBIT 11N  PAGE 1 OF 2**

**THIS PAGE INTENTIONALLY LEFT BLANK**

# Communications

This section has been designed for Pacific Pride to communicate information to marketers. We hope this will be of benefit to you.



New Directories are available
issue date 5/10/01
order on line under marketer supplies

- **History of Pacific Pride**
- **Commlog - April 2001**
- **Oregon Senate Bill 461 3/21/01**
  **A: OR 2001 Legislators List**
  **B: OR SB 461**
  **C. OR SB 461 Letter Sent 02/2001**
- **Oregon SB 461 update 3/28/01**

**$$ FEE REDUCED $$**
**Smart Advertising Idea!**
**PPSI Staff Phone & E-mail List**

**Return to Marketers Section**

AmeriNet

**THIS PAGE INTENTIONALLY LEFT BLANK**

PP0339



# Discussion Forum - Welcome!



*I am having a little problem with my filters. Can anyone give me some suggestions?*

Welcome to the Discussion Forum. This forum is open to all Pacific Pride and AmeriNet marketers for the purpose of communicating with each other. Please post your questions or concerns for response by other marketers or Pacific Pride/AmeriNet.

All marketers can respond directly by posting a response or question. **We do not allow pricing to be discussed in this forum.** Pacific Pride and AmeriNet reserve the right to monitor and delete material if deemed inappropriate. You can reply to any topic below by *'clicking'* on the topic. You can also post a new topic.

**Marketer
Section**
—————
**Marketers
Only**

## Table of Contents

Pacific Pride Marketers Assoc. Buying Group - Molly - Marc Nelson Oil Products (6/12/2001)
Pacific Pride Franchisee Customer Service - Joy Williams/Rino Pacific LLC (5/30/2001)
   There is no guarantee - Cindy Condon (5/31/2001)
   Customer Service - Arnie Donovan/Martin Commercial Fueling (6/4/2001)
   Customer Service - Ramonda/PioneerFuel (6/8/2001)
State of Oregon Fire Marshal Audits - Molly - Marc Nelson Oil Products (5/21/2001)
MPD's - bill vcoil (4/29/2001)
   MPD's - Joe Oscilia/Pacific Pride Operations (4/30/2001)
ComData - Mike Green (4/21/2001)
This is a good medium for communication... - Ed Stafford (4/18/2001)
Comdata - Mike Green (3/18/2001)
Thoughts on Comdata and Fuelman Alliance - Molly - Marc Nelson Oil Products (3/13/2001)
Pacific Pride Marketers Association - Molly - Marc Nelson Oil Products (3/13/2001)
The loss of Golden Gate franchisee - Molly - Marc Nelson Oil Products (3/13/2001)
New Sites - Mike Green (2/7/2001)
   New Sites - Nora Adamo/Pacific Pride (2/9/2001)
EBW Monitoring Equipment - Ray McIntosh/McIntosh Energy (1/21/2001)
   Tank Monitoring - Joe Oscilia/Pacific Pride Operations (1/22/2001)
Comdata - Ray McIntosh/McIntosh Energy (1/21/2001)
   Comcheck Banners - Ramonda (2/22/2001)
     Comcheck Banners - Ramonda (2/23/2001)
     Banners - Ray (2/25/2001)
     comdata banner - kathy herman, jj powell (3/29/2001)
New Marketers Site - Arnie Donovan, Martin Commercial Fueling
Surveillance Cameras - Sherri Batiste-Jubitz
   Surveillance Cameras - Arnie Donovan, Martin Commercial Fueling
     Surveillance Cameras - Pat Hatten, Albina Fuel
     Surveillance Cameras - Marv Terry, Bill Terpening/Medford Fuel (2/2/2001)
   Surveillance Cameras - Linda-Florin Fuel
     Surveillance Cameras - Kathye Brown, Brown Evans Dist, AZ (1/13/2001)
   Surveillance Cameras - Amy Morgan–Sing Oil Co. (1/15/2001)
     surveillance cameras - mke green (1/15/2001)
      surveillance cameras - Stan Cheney Stohlman & Rodgers (2/14/2001)
   Cameras- types,costs, and etc. - Ed - Stafford Oil (1/27/2001)
     Surveillance Cameras - Steve Gorey (6/8/2001)
      Would like info on surveillance system - Molly - Marc Nelson Oil Products (6/12/2001)
      Digital Cameras Info Request - Ryan Rogers (6/21/2001)
sites with Surveillance Cameras - Kathye Brown, Brown Evans Dist (2/12/2001)

[ Post a New Topic ]



## THIS PAGE INTENTIONALLY LEFT BLANK



# Map Ordering for 2001

Below is a schedule for map ordering in 2001. It is important that we are able to establish fairly accurately how many maps we will need to print each period. Maps can be ordered in between the shipping dates, however Pacific Pride will not guarantee that the maps you need will be available if ordered any other time than that of the scheduled order date. If you are responsible for ordering maps, it is necessary you be aware of ordering dates. If you have questions, please don't hesitate to call Shannon.



**Marketer Section**

---

**Marketers Only**

| ORDER DUE DATE | SHIPPING DATE |
|---|---|
| THURSDAY, JANUARY 11, 2001 | TUESDAY, FEBRUARY 6, 2001 |
| THURSDAY, FEBRUARY 22, 2001 | Tuesday, MARCH 20, 2001 |
| THURSDAY, APRIL 5, 2001 | Tuesday, MAY 1, 2001 |
| THURSDAY, MAY 17, 2001 | Tuesday, JUNE 12, 2001 |
| THURSDAY, JUNE 28, 2001 | Tuesday, JULY 24, 2001 |
| THURSDAY, AUGUST 9, 2001 | Tuesday, SEPTEMBER 4, 2001 |
| THURSDAY, SEPTEMBER 20, 2001 | Tuesday, OCTOBER 16, 2001 |
| THURSDAY, NOVEMBER 1, 2001 | Thursday, NOVEMBER 27, 2001 |
| Thursday, DECEMBER 13, 2001 | Tuesday, JANUARY 8, 2002 |

**PLEASE SUBMIT YOUR ORDER FORM BY THE DATE LISTED! PACIFIC PRIDE WILL NOT GUARANTEE THAT ORDERS RECEIVED AFTER THE "ORDER DATE" WILL BE FILLED.**



*For more information contact Nora Adamo at info@pacificpride.com*
*copyright © 1999 Pacific Pride*

PP0342

# THIS PAGE INTENTIONALLY LEFT BLANK

 

Pacific Pride Calendar June 2001

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 27 | 28 | 29 | 30 | 31 | 1 | 2 |
| 3 | 4 | 5 **IPCA Convention Pacific Pride Brand Meeting Tuesday, June 5, 2001 – 10 a.m. Room 208 – Indiana Convention Center Indianapolis, Indiana** | 6 | 7 | 8 EFT | 9 |
| 10 | 11 | 12 | 13, 14, 15 **Training Class** | | | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 EFT | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**EXHIBIT 11R  PAGE 1 OF 2**

# THIS PAGE INTENTIONALLY LEFT BLANK



# PACIFIC PRIDE *Online*

## Marketer Search

**Marketer Section**

**Marketers Only**

|                    |        |
|--------------------|--------|
| **State:**         | {all}  |
| **City / Metro Area:** | {all}  |
| **Zip Code:**      | {all}  |
| **Nearby Interstate:** | {all}  |
| **Host Number:**   | {all}  |

### Search Instructions

Choose your search criteria. *'Click'* the Search button at the bottom when you are through.

**Show me only sites with the following services...**

**Services:**
☐ Air  ☐ Water  ☐ Phone  ☐ Restrooms  ☐ Covered Pumps
☐ Convenience Store  ☐ Satellite Fueling  ☐ Car Wash  ☐ Scales  ☐ Oil
☐ Truck Wash  ☐ Tire Repair  ☐ Truck Parking  ☐ Showers  ☐ Restaurant
☐ ComChek

**Show me only sites with the following fuels...**

**Fuels:**
☐ Diesel  ☐ Unleaded  ☐ Unleaded Premium  ☐ Off Road Diesel  ☐ Midgrade
☐ Diesel Premium  ☐ Kerosene  ☐ Propane  ☐ Racing Fuel  ☐ CNG

☐ **Show Host Information on Fueling Site Details page**



# PACIFIC PRIDE *Online*

*For more information contact Nora Adamo at info@pacificpride.com*
copyright © 1999 Pacific Pride

**EXHIBIT 11S  PAGE 1 OF 2**

**THIS PAGE INTENTIONALLY LEFT BLANK**



**PACIFIC PRIDE** *Online*

# Marketer Supplies

## NEW DIRECTORIES ARE AVAILABLE- PLACE YOUR ORDERS

You can order all of your Marketer Supplies here. All orders are processed as EFTs. Shipping will be added to total order. Please check the map schedule for order dates. If you have any questions about the ordering process please contact orders@pacificpride.com. To View Supplies please Click here View Supplies When you are through selecting items from the product list below *Click* the "Add Item(s) to Order" button at the bottom of the page.

**Marketer Section**

**Marketers Only**

| You must fill-in all of the information in this section |
|---|
| Company: [_____]    Host: [____] |
| Ordered By: [_____] |
| Email: [_____] |
| Ship to Address |
| Street: [_____] |
| City: [_____]    State: [___]    Zip: [_____] |
| Mailing Options: ⦿ UPS Ground  ○ 2nd Day  ○ Overnight |

## Product List

| Product | Price | Quantity? |
|---|---|---|
| **Maps** | | |
| USA Map | $0.25 | [ ] |
| Wallet List | $0.17 | [ ] |
| Washington Map | $0.20 | [ ] |
| Oregon Map | $0.20 | [ ] |
| California Map | $0.20 | [ ] |
| AZ ID MT NV WY UT CO NM | $0.20 | [ ] |
| AR IL IA KS MO ND SD NE OK TX WI LA MS MN | $0.20 | [ ] |
| Michigan Map | $0.20 | [ ] |
| Pennsylvania Map | $0.20 | [ ] |
| CT IN MD OH VA WV NY | $0.20 | [ ] |
| AL TN NC SC GA FL | $0.20 | [ ] |
| Pump Topper Insert | $5.50 | [ ] |
| **Directories, Envelopes, Calendars & Brochures** | | |
| Locations Directory | $1.50 | [ ] |
| Tyvek Envelopes | $0.10 | |

**EXHIBIT 11T  PAGE 1 OF 4**

| | |
|---|---|
| Dash Calendars With Out Inserts | $0.75 |
| Dash Calendar Inserts | $0.10 |
| Safety Requirements Brochure | $0.12 |
| Billing Brochure | $0.10 |
| Frequent Fueler Brochure | $0.20 |
| Pride Brochure | $0.20 |
| Leaky Storage Tank Brochure | $0.15 |

## Signs & Decals

| | |
|---|---|
| Pump Topper Bracket with Name Sign | $55.00 |

Name(s): [_____]
(Please specify for each item ordered, separate with commas)

| | |
|---|---|
| Franchise Name Pump Topper Sign | $38.50 |

Name(s): [_____]
(Please specify for each item ordered, separate with commas)

| | |
|---|---|
| 24 X 8.5 Pacific Pride Decal | $10.00 |
| 12 X 18 PP Fuel Only with Phone Number Sign | $43.00 |

Phone(s): [_____]
(Please specify for each item ordered, separate with commas)

| | |
|---|---|
| 18 X 24 PP Fuel Only with Phone Number Sign | $61.00 |

Phone(s): [_____]
(Please specify for each item ordered, separate with commas)

| | |
|---|---|
| Arrow Sign<br>Specify Left or Right | $60.00 |

Direction(s): [_____]
(Please specify for each item ordered, separate with commas)

| | |
|---|---|
| Reflective Arrow Sign<br>Specify Left or Right | $100.00 |

Direction(s): [_____]
(Please specify for each item ordered, separate with commas)

| | |
|---|---|
| 4 X 10 Sign<br>Shipping/Crating Included* | $2,000.00 |
| 4 X 10 Sign Face<br>Shipping NOT Inluded | $525.00 |
| 6 X 3 Truck Decal | $60.00 |
| Pump Topper Insert<br>Flat United States Map | $5.50 |
| Fire Marshal Decal | $2.50 |
| Price Posted Decal | $1.50 |
| High Speed Diesel Pump Sign | $33.00 |
| Satellite Decal | $3.00 |
| Restroom Sign | $21.00 |
| No Smoking Sign | $45.00 |
| Motor Oil Sign | $24.00 |
| Entrance Only Sign | $275.00 |

**EXHIBIT 11T  PAGE 2 OF 4**

| | | |
|---|---|---|
| Exit Only | $275.00 | |
| Do Not Start Nozzle Decal | $3.95 | |
| Emergency Shut Off Decal | $4.35 | |
| 12 X 18 Fire Exstinguisher with Address Sign | $22.00 | |

Address(s): [_____]
(Please specify for each item ordered, separate with commas)

| | | |
|---|---|---|
| 18 X 24 Fire Exstinguisher with Address Sign | $44.00 | |

Address(s): [_____]
(Please specify for each item ordered, separate with commas)

| | | |
|---|---|---|
| Problem/Emergency Decal (without lettering) | $3.00 | |

Optional lettering for phone number to be added to decal: $0.50 a number.

| | | |
|---|---|---|
| Lock Box | $28.00 | |
| Pump Runs Slow Sign | $10.00 | |

## Products Names

| | | |
|---|---|---|
| Regular | $1.50 | |
| Unleaded | $1.50 | |
| Midgrade | $1.50 | |
| Premium | $1.50 | |
| Diesel | $1.50 | |
| Premium Diesel | $1.50 | |
| #2 | $0.50 | |
| Gasoline | $1.85 | |

## Stripes

| | | |
|---|---|---|
| Plain Pump Stripes 5" X 25" | $3.00 | |
| Plain Pump Stripes 5" X 25" with Name | $3.00 | |

Your company name can be added to the pump stripes. $0.50 per letter. Your name will come in 3/4" lettering that is black in color.

Pump Stripes Name(s): [_____]
(Please specify for each item ordered, separate with commas)

| | | |
|---|---|---|
| 5" Pump Stripping | $2.00 | |
| Sold by the foot only | | |
| 4" Pump Stripping | $2.00 | |
| Sold by the foot only | | |

Comments:

[_____]

[ Submit Order ]



For more information contact Nora Adamo at info@pacificpride.com
copyright © 1999 Pacific Pride

EXHIBIT 11T  PAGE 3 OF 4

**THIS PAGE INTENTIONALLY LEFT BLANK**

# PACIFIC PRIDE *Online*



## Order Confirmation

Please verify all the information below. Then click the "Complete Order" button at the bottom of the page when you are ready. If you need to change your order you can [.......] or use the "Back" button button on your browser.

Company: PPSI
Host: 111
Ordered By: Nora
Email: info@pacificpride.com
Shipping Address: PO Box 2099
City: Salem
State: Or
Zip: 97308
Mailing Options: UPS Ground

**Please Note:**
Maps ship based on the Map Ordering Schedule. You must place your map order by May 17, 2001. Your map order will ship June 12, 2001. All other items may be ordered at any time.

| Product | Price | Quantity? | Subtotal |
|---|---|---|---|
| **Maps** | | | |
| [....] Oregon Map | $0.20 | 1 | $0.20 |

**\*TOTAL: $0.20**
Plus Shipping & Handling

**Complete Order**

*Total doesn't include shipping and handling.



# PACIFIC PRIDE *Online*

For more information contact Nora Adamo at info@pacificpride.com
copyright © 1999 Pacific Pride

# THIS PAGE INTENTIONALLY LEFT BLANK



# Receipt

Back to Marketplace Home

Thank you for your order. If you need help with this order please refer to order number 111014241723. You should print this page as a receipt for your records. We will also send an order confirmation email to the email address below. For questions or concerns about this order please contact Shannon Garcia at (800)367-5066.

Order Number: 111014241723
Company: PPSI
Host: 111
Ordered By: Nora
Email: info@pacificpride.com
Address: PO Box 2099
City: Salem State: Or Zip: 97308
Mailing Options: UPS Ground
Ship Everything with Map Order? True

| Product | Price | Quantity? | Subtotal |
|---|---|---|---|
| **Maps** | | | |
| Oregon Map | $0.20 | 1 | $0.20 |
| | | | *TOTAL: $0.20 |
| | | | Plus Shipping & Handling |

*Total doesn't include shipping and handling.

Back to Marketplace Home



For more information contact Nora Adamo at info@pacificpride.com
copyright © 1999 Pacific Pride

**THIS PAGE INTENTIONALLY LEFT BLANK**





## SITE UPDATES

**06/26/2001**

### SITE CLOSURES:

AZ: EFFECTIVE IMMEDIATELY THE BRADCO INC. HOST #088 HAS PERMANENTLY CLOSED THEIR PINETOP, AZ PRIDENET SITE ANQ, AT 608 E. WHITE MOUNTAIN BLVD.

FL: EFFECTIVE IMMEDIATELY THE HIGHLANDS OIL CO., INC. HOST #497 HAS PERMANENTLY CLOSED THEIR PRIDENET SITE AHY IN ORLANDO, FL. THE SITE ADDRESS WAS 605 W. TAFT VINELAND ROAD.

ND: EFFECTIVE AUGUST 1, 2001 SERVICE OIL, INC. HOST #557 WILL PERMANENTLY CLOSE SITE AC8/ACX LOCATED AT 1212 N. 47TH IN GRAND FORKS, ND.

AL: EFFECTIVE IMMEDIATELY THE SPENCER CO., INC. HOST 597 HAS RE-OPENED SITE AE4 LOCATED IN HUNTSVILLE, AL. THE SITE ADDRESS IS 7654 OLD MADISON PIKE.

OH: EFFECTIVE IMMEDIATELY PERRY OIL HOST #734/Z6 HAS CLOSED THEIR SITE LOCATED AT 7700 E. LINCOLN HWY, BEAVERDAM, OH.

TN: EFFECTIVE IMMEDIATELY CHILES OIL HOST #764/AM6 HAS PERMANENTLY CLOSED THEIR AMERINET SITE LOCATED AT BRYSON RD & I-65, ARDMORE, TN.

NV: EFFECTIVE IMMEDIATELY FUTURE PETROLEUM (708/ZE) HAS CLOSED THEIR SITE IN LAS VEGAS. THE SITE ADDRESS IS 1100 E. COLTON AVE.

OR: EFFECTIVE JUNE 1, 2001 THE GOSHEN, OR SITE AO1 OWNED BY NEW PACIFIC CORP. HOST #014 WILL CHANGE TO METROFUELING HOST 040.

OR: EFFECITVE JUNE 1, 2001, THE FOLLOWING SITES WILL CHANGE CODE AND HOST NAMES. PREVIOUSLY PIONEER ENERGY 296 NOW WILL BE AMERICAN ENERGY A DIVISION OF TRAUGHBER OIL, HOST 118. SITE IN BEND, OR PREVIOUSLY AJQ WILL NOW BE APB. SITE IN REDMOND, OR PREVIOUSLY OJ WILL NOW BE APC. SITE IN MADRAS, OR PREVIOUSLY OC WILL NOW BE APD.

NC: EFFECTIVE JUNE 6, 2001, BERICO FUELS HOST #586 WILL PERMANENTLY BE CLOSING THE FOLLOWING TWO SITES: SITE ACS LOCATED AT 1231 MEBANE OAK DRIVE IN MEBANE, NC AND SITE KS AT 2901 RANDLEMAN ROAD IN GREENSBORO, NC.

## NEW SITES TO OPEN:

FOLLOWING SITES ARE SCHEDULED TO OPEN WITHIN THE NEXT 30-60 DAYS. PLEASE DO NOT INFORM YOUR CUSTOMERS THAT THESE SITES ARE OPEN UNTIL YOU HAVE CALLED AND CONFIRMED WITH THE MARKETER, THAT THE SITE(S) ARE OPEN FOR BUSINESS.

THE MARKETING OF THESE SITES IS PROHIBITED UNTIL 180 DAYS AFTER OPENING

| SITE CODE | HOST NAME | SITE ADDRESS | ZIP | DATE TO OPEN |
|---|---|---|---|---|
| 464/6G | R.C. Dunn Oil CO. 352-429-9071 | 1150 W. Broad Street Groveland, FL | 34736 | Open |
| 468/AOX | W.S. Reichenbach & Sons 610-434-7234 | 1761 Airport Road Allentown, PA | 18109 | Open |
| 616/AAC | J.J. Powell, Inc. 814-342-3190 | 121 Broad Street Montoursville, PA | 17754 | Open |
| 634/ADT | Englefield Oil 614-276-5216 | 4455 East 5th Ave. Columbus, OH | 43219 | Open |
| 570/AA2 | 3-C Fueling 931-796-2274 | 864 East Main St. Henderson, TN | 38340 | Open |
| 234/AN6 | Inter-State Oil Co. 916-457-6572 | 10670 Coloma Road Rancho Cordova, CA | 95670 | Open |
| 569/ANB | Cato, Inc. 410-546-1215 | Rt. 404 & Rt. 313 Denton, MD | 21629 | Open |
| 539/VX | Consolidated Oil 615-444-0321 | 210 Knoxville Ave. Lebanon, TN | 37087 | 06/06/01 |
| 026/YI | Trojan Petroleum Inc. 805-922-0461 | 1665 W. Betteravia Rd. Santa Maria, CA | 93455 | 06/21/01 |
| 184/AON | Whitley Fuel 509-422-3120 | (TBD) Hwy 20 Republic, WA | 99166 | 06/28/01 |

EXHIBIT 11W  PAGE 2 OF 4

# NEW PRIDENET SITES

| 528/AG1 | Ashbridge Oil Co. 814-266-5829 | 1650 Scalp Ave. Johnstown, PA | 15904 | UL, MID, DSL | Open |
|---|---|---|---|---|---|
| 491/AA7 | Wally Hutter Oil 217-223-6380 | 2400 State Street, Quincy, IL | 62301 | UL, MID, UL P, DSL | Open |
| 477/AOJ | Triangle Gas 724-283-0750 | 509 Rt. 422 E. Butler, PA | 16001 | UL, UL P, DSL | Open |
| 280/APA | San Francisco Petroleum 415-621-5226 | 3820 San Leandro St. Oakland, CA | 94601 | UL, UL P, DSL | Open |
| 280/AO9 | San Francisco Petroleum 415-621-5226 | 1220 West Tennyson Hayward, CA | 94544 | UL, MID, UL P, DSL | Open |
| 614/AF5 | C. Barron & Sons 734-241-8633 | 8733 Swan Creek Newport, MI | 48166 | UL, MID, UL P, DSL, DSL P | 06/11/01 |
| 668/AH5 | True North/The Lyden Co. 800-245-9336 | 4230 E. Market St. Warren, OH | 44484 | UL, MID, UL P, DSL | 06/30/01 |
|  |  |  |  |  |  |

*PrideNet sites are sites that do not meet one or more of the following Pacific Pride site requirements:

1. Must have regular unleaded gasoline, #2 low sulfur diesel fuel, and a third fuel product.
2. Must have a dedicated/designated fueling island.
3. Must be open 24 hours, 365 days a year.

## AMERINET SITES

| 773/6H | Rino Pacific, LLC. 707-462-8811 | 1460 Lover's Lane Ukiah, Ca | 95482 | UN, MID, UNL P, DSL | Open |
|---|---|---|---|---|---|

Return to Marketers Section

EXHIBIT 11W  PAGE 3 OF 4

**THIS PAGE INTENTIONALLY LEFT BLANK**

## CHAPTER 12 - CREDIT MANAGEMENT AND CONTROL

Section 1: Some Tips for the Beginner..................................................12-1
Section 2: Federal Rules & Regulations.............................................12-1
Section 3: Granting Credit .................................................................12-3
Section 4: Billing ................................................................................12-5
Section 5: Common Reasons for Slow Accounts and How to Cope...........12-7
Section 6: Credit Management as Public Relations ........................12-8

### EXHIBITS

12A.    Credit Application...........................................................12A-1
12B.    Credit Report Examples with Explanations..................12B-1
12C.    Examples of Letters .......................................................12C-1
        Approved Account
        Rejection
12D.    Suggestions for Telephone Collection Procedures.......12D-1

### Section 1: Some Tips for the Beginner

Managing credit and aggressive marketing are the two biggest jobs in an automated fueling business. If you master these two areas, you have 99% of the job done. If you are, or have been, involved in a business that extends credit to commercial customers, you are probably well aware of the ins and outs of credit management. This portion of the **Operations Manual** is directed at those people who have had little or no experience with credit management. The recommendations are strictly that, recommendations. It is up to you how you choose to handle your customers and the credit you extend. There are several ways of managing credit. Listed below are some tips based on experience. The first thing to do is **hire a good credit manager** with good experience. Do not bind up the credit manager by overriding his or her authority in refusing credit. That is one of the hardest things to remember in managing a credit-intensive business. **Let your credit manager do the job.** You will be happier, the credit manager will be happier, and your business will be better.

### Section 2: Federal Rules & Regulations

Since the 1970's, Congress has passed a number of laws having to do with credit. We are listing the titles and a brief summary of several. For complete information, you may contact the nearest Federal Trade Commission Office, 2806 Federal Bldg., 915 Second Ave., Seattle, WA 98174; phone (206) 220-6363; Northwest Regional Office, 877-382-4357 (toll free).

a.    **Equal Credit Opportunity Act (ECOA):** Prohibits discrimination by creditors on the basis of sex, marital status, race, color, religion, national origin, age (provided the applicant has the capacity to contract), or because

the applicant has in good faith exercised any right under the Consumer Protection Act.

**b.** **Regulation B:** Notification of action to be taken on an application for credit. If approved, applicant must be notified and terms explained. If refused, reason for refusal must be given.

**c.** **Fair Credit Reporting Act (FCRA):** Outlines the correct use of information from Credit Reporting Agencies.

**d.** **Regulation Z - Truth in Lending:**

    1. Authorizes the addition of a finance charge.
    2. States the conditions of liability - A cardholder shall be liable for unauthorized use of a credit card only if:
        (a) the credit card is an accepted credit card.
        (b) the card issuer has provided adequate notice of the cardholder's maximum potential liability and of means by which the card issuer may be notified of the loss or theft of the card. The notice shall state that the cardholder's liability shall not exceed $50 (or any lesser amount) and that the cardholder may give oral or written notification, and shall describe a means of notification (for example, a telephone number, an address or both); and,
        (c) the card issuer has provided a means to identify the cardholder on the account or the authorized user of the card.

**e.** **Fair Credit Billing Act:** Outlines the procedure for correcting billing errors.

**f.** **Fair Debt Collection Practices Act (FDCPA):** Protects customers from unfair practices of collectors. This act provides that collectors may not harass debtors through the use of threats on the telephone or in the mail. Collectors may not call debtors at home before 8 a.m. or after 9 p.m. unless they agree to be called. Collectors may not contact debtors at their job if the debtor has written a letter asking them not to do so. (The law is in no way intended to protect customers attempting to evade payment of legitimate balances.)

In addition to federal law, many states have passed statutes related to credit and collection. Please be sure to consult your attorney or any credit management industry association for specific information on your state's rules and regulations relating to credit policy.

## Section 3: Granting Credit

In conjunction with your sales department, develop an application that satisfies the needs of both the credit and sales departments. The credit department will need certain information to run an up-to-date credit check on the customer. The application should include, at a minimum, the following information for credit management purposes:

(1) Name, mailing address, street address, and phone number of company
(2) Length of time the company has been in business
(3) Type of business
(4) Owner, President or Manager's:
    a. name of individual and spouse
    b. home address and telephone – own_____ or rent_____
    c. previous address
    d. social security number
    e. date of birth
(5) Name and address of bank and bank account number(s)
(6) Business trade references, particularly current petroleum supplier(s)
(7) Estimated monthly gallonage to be charged on their account
(8) Federal Tax ID number

See Exhibit 12A for an example of a credit application. Have your application and agreement reviewed by your attorney. Do a credit check on every customer who applies for an account with you. It will be especially valuable if the account becomes delinquent.

Information helpful in making a credit decision can be obtained from the following sources:

(1) Credit Reporting Agencies

Equifax Services, TRW, and Transunion are agencies reporting on INDIVIDUALS. Your area will be covered by an agency listed in your telephone directory under CREDIT REPORTING AGENCIES. If you do not already subscribe to this kind of service, you may want to investigate the benefits of being able to get information about how your applicant pays ALL his or her bills, rather than only the hand-picked references. Credit reports will contain information about suits, judgments, bankruptcies, and other unsatisfactory information not available from any other source. Exhibit 12B includes an example of a "good" credit report and a "bad" report with explanations of helpful information you will find in the report. The actual form of the reports may vary by reporting company, but the information found on the reports will be similar.

Experian and the National Association of Credit Management report on business firms. Most successful companies who extend a lot of commercial credit use the services of one or both of these firms to learn how commercial applicants pay their accounts.

PACIFIC PRIDE OPERATIONS MANUAL: Revised October 2001
12-3

(2)    Credit industry groups and reports
(3)    Telephone directories and city directories
(4)    Banks
(5)    Personal and/or business references
(6)    Personal knowledge

A complete updated credit application is very important once collection action is necessary. A personal guarantee is necessary to hold an individual responsible for a company account. Be sure the person who signs the guarantee has the proper financial responsibility and authority to sign for company accounts. Knowing if the person is buying or renting his or her home is important. **ASK THAT QUESTION ON YOUR CREDIT APPLICATION.** Other information you may want to include in your credit applications includes: where they do their banking, names of their suppliers, spouse's employer, and address where the applicant lived before moving to your area. Have they ever filed bankruptcy? If so, when?

After a credit decision is made, a letter must be sent immediately to the applicant. If an application is refused due to the unsatisfactory credit record of the individual or the firm (or both), federal law requires that the credit department notify the applicant by letter within 30 days of refusal.

If the refusal is based on the **personal** credit record of the owner or manager, federal law provides that the individual must be informed of the reasons for refusal, i.e., bankruptcy, suits, slow accounts, etc. Exhibit 12C includes an example of a letter that meets federal requirements. The **individual** has the right to call the reporting agency from which you received the information, and it is your responsibility to furnish the name, address, and telephone number of the reporting entity.

If the refusal is based on information about the FIRM, the credit department is allowed to report **only** that the firm's credit record does not meet requirements.

Exhibit 12C includes an example of a letter used to thank new customers for their business and to explain and emphasize the credit terms under which the account was opened. This job is **not always** done by the salespeople. "An account properly opened is half collected" is an old phrase in credit circles. It is important that the new customer have a full understanding of payment terms, finance charges, billing dates, and credit limit for their account. The customer should also feel welcomed as a new account and know that you are happy to have him or her as a customer.

After accounts are approved, they should be monitored continuously. The easiest way to monitor accounts is through an aging analysis of accounts receivable ("age"). The "age" is a management tool detailing account activity. A "summary age," produced at the same time as the statements, summarizes account activity and should correctly reflect the amount that appears on a customer's last statement. **ALWAYS** use the "summary age" corresponding to the last statements produced. **NEVER** use an "age" from the middle of

any billing period, as it may not reflect the exact information on which the customer's statement was based. It is helpful to post payments directly to the "age" as they are received. Other information such as when the customer will send in their next payment, who you spoke with, a return phone number, or any other information the customer gives that you may want to refer to in future calls may also be noted on the "age" for easy reference.

## Section 4: Billing

Billing your Pacific Pride customers for product purchased through the Pacific Pride Commercial Fueling System must be a priority in your office. Chances are you have experience in your business billing for other items you supply. It is extremely important that you are comfortable with your billing schedule and your billing system. Following are some good rules of thumb which should help in planning the billing cycles for your Pacific Pride business.

a.  **BILL AT LEAST ONCE A MONTH:** If possible, bill twice a month. Remember that you will be billed twice a month from Pacific Pride for products your customers have purchased throughout the Pacific Pride Commercial Fueling System. In the automated fueling business it does not take long for a commercial customer (or any customer) to accrue a large account balance. Keep your customers aware of what they are purchasing. Remember that many businesses are not set up to handle twice-a-month billing. Even though you may bill twice a month, the customer may only pay on a monthly basis. To encourage payment according to terms, you may want to offer prompt-pay discounts or other incentives. It is desirable to develop a billing system that will allow for cyclical billing and flexible billing frequency. Some accounts actually prefer more frequent billing!

b.  **TERMS:** The terms you demand for credit are up to you. However, it is recommended that the terms be consistent or dependent on your payment schedule for supply. Because you will be billed by Pacific Pride twice a month with payment due within eight days, you may want to tie your customer terms to those demanded by Pacific Pride. You may choose to offer prompt-pay, volume, or other discounts to your customers. Discounts should be strictly managed. Only allow discounts if your customer pays on time and according to the credit terms.

c.  **MONITOR CUSTOMER ACCOUNTS RELIGIOUSLY:** Devise a system that provides for the smooth and timely posting (recording) of payments and charges to the appropriate accounts. When an account becomes "past due," it may be necessary for someone from the credit department to call the customer to discuss the account. It is highly recommended that the credit department never allow an account to have three outstanding statements if billing is on a 15-day cycle, or 30 days outstanding if billing is monthly. Prior to the printing of the third statement and after collection and warning calls to the customer, the account should be cut off (according to the cut off procedures detailed previously in this manual). Remember that a troublesome account can always be cut off. A customer whose account has

been cut off is no longer capable of making purchases from any Pacific Pride site. Cut offs, if used effectively, can ensure that account balances do not get out of hand.

d.   **PAST DUE ACCOUNTS:** When collecting for past due accounts, you are a "collector" as described in the Fair Debt Collection Practices Act summarized in Section 2 of this chapter. In working past due accounts, you must avoid any of the prohibited procedures outlined in that Act. The first approach to any past due account (after cut off) is setting up a payment schedule. Weekly or monthly payments are generally acceptable. It is recommended that the account be paid off fully in not more than six months for larger balances and a shorter period for smaller balances. Whenever possible, collect finance charges on all past due balances. Remember, when collecting past due accounts, honey is always more successful than vinegar. Be firm but kind with all customers. For further information, refer to Exhibit 12D, Suggestions for Telephone Collection Procedures.

e.   **PREPARE FOR COLLECTION:** At this point, it is very important to have a complete, updated credit application. As soon as you are aware that there might be a problem in getting the account paid you should begin the necessary research for executing on judgement. In your discussions with the customer, ask leading questions. Find out who owes them money, the name and branch of the company's bank, the name and branch of the guarantor's personal bank, whether the guarantor owns real estate and where, if the company owns vehicles or equipment free and clear, and whether the guarantor owns a personal vehicle.

This is the time to ask your guarantor to sign a promissory note for the amount of the claim. A signed note will simplify the case should you be required to go to court. Ask your attorney to recommend the note form.

To find out about the guarantor's personal assets you will need to run an updated credit report. This will let you know how he is currently paying his other creditors. It is not always easy, but try contacting his other creditors to find out if they have more current or different information about the debtor. This is a good way to locate a new home address if he has moved and you cannot locate him.

This information should be gathered between the time you cut off the account and while you are waiting for judgement on your claim (either through your attorney or small claims). We do not believe in filing a legal claim or paying an attorney for his time unless we know we can locate the debtor to serve him and, once the debtor is served, that there is something to be attached after judgement is obtained. The accounts that "disappear" or appear to have nothing to attach should be turned over to an aggressive collection agency for follow-up. Let them get blood from those turnips.

After going through this exercise, you will see the value of getting a very complete credit application when the account signs up with you. A customer will tell you

anything you want to know to open the account, but usually nothing at all when you need it most.

f.    **LEGAL ACTION:** When all else fails in collecting on a past due account, legal action may be necessary.    States have differing laws regarding collection procedures and what can be done to collect a past due account.    Check the collection laws of your state.    If your state has a small claims procedure, that is often the quickest and easiest legal action to initiate.    Small claims action is usually limited to a maximum dollar figure.    If the amount of debt is close to the maximum amount, it might be best to reduce the amount of your claim to that amount rather than run up a sizable charge in attorney fees.

To establish collection procedures for your company, a good collection attorney can advise you of the laws that govern practices in your state and help you develop the steps for collecting problem accounts.

Once a judgment is granted in small claims, garnishment of bank accounts and payroll may be permitted.    States vary in the procedures they allow to collect on a judgment and how long the judgment will stand. Again, check your state's laws and know your rights for action.

**ADDRESS CORRECTION AND FORWARDING REQUESTED:** One of the time-consuming activities in any credit office is the handling of returned mail.    Surveys show, on average, 1 in 4 of your customers will change addresses within a year.    One way to cut down on returned mail is to make sure your correspondence reaches your customer regardless of an address change.    For a fee, the post office will notify you of the new address and forward your letter to the customer if the envelope carries the following statement in addition to your return address:

**ADDRESS CORRECTION AND FORWARDING REQUESTED**

If you ask for only "ADDRESS CORRECTION," you will be notified of the new address with your letter when it is returned to you.    This requires you to re-send the correspondence, which costs both time and money

**Section 5: Common Reasons for Slow Accounts and How to Cope**

a.    **Customer Claims Not to Have Received a Statement.** You have little choice but to mail a copy of the statement.    Call in two days or so to verify receipt and discuss payment.

b.    **Customer Claims to Have Sent in the Payment.** Ask the customer to contact his or her bank to see if the check has cleared.    If it has, you will need to know the date of processing and the deposit information on the back of the check.    Review your posting records for the days just prior to the processing date to ensure that

payment was not applied to the wrong account. If you find the error was yours, thank the customer for his cooperation and fix the problem prior to printing of the next statement. You should write off any finance charges and credit any discounts not honored as a result of the error.

If the check has not cleared the bank, request a replacement check. You might offer to pay the bank charge for putting a "stop payment" on the original check if the customer objects. If the account is delinquent and you are seriously concerned, you might want to cut off the account until payment is received. As soon as the check arrives you should call the issuing bank to verify funds and, in the most severe case, take the check to the bank immediately and replace it with a cashier's check or require your customer to pay with a cashier's check. If an account is consistently slow and/or does not keep his promise to pay and requires several phone calls each billing period, an updated credit report should be run periodically to see if he is getting into financial trouble. You don't want to be the last to know. If you find the customer's credit report is very bad you may want to cut off the account or you may decide to continue to sell to the account only if the accountholder agrees to discount. You will need to constantly monitor the account performance. If the volume is large enough you may require the customer get an irrevocable letter of credit from his bank to guarantee the account. You should check with your attorney to make sure you understand how the letter of credit works and your responsibilities so you can enforce the letter of credit if necessary.

## Section 6: Credit Management as Public Relations

The position of credit or collections manager is also one of public relations on an ongoing basis. Often, the call a customer receives from the credit department is the only personal contact (after sales) the customer has with the company. It is very important that the customer be treated professionally and with respect. Let customers know that you are readily available if they should have problems or questions regarding their account. It is important that you know how customers feel about your service. Keep your customers satisfied. A satisfied customer is your best form of advertising.

Get involved with your local credit associations. A personal relationship with other credit personnel in your area will prove to be invaluable when you are checking a credit reference, attempting to garnish a bank account, skip tracing an account, or locating assets to attach. Not only will you know whom to contact to request the information you need, but you will be given a much more candid, in-depth report than if you called the same company and spoke with a total stranger. Many cities have local credit associations that meet monthly to discuss credit-related topics. Check with one of your local credit reporting agencies to get in touch with the credit association. Also contact your nearest National Association of Credit Management (NACM) office, or other commercial reporting agency, to see if there are any commercial trade group meetings in your area. Typically, NACM trade group meetings are held once a month. The purpose of the meetings is to exchange information on customers common to several members of the group. Participation in these meetings is particularly important to companies selling fuel to

commercial accounts. We have found that when an account is beginning to have financial problems the fuel bill continues to get paid so that the company vehicles stay on the road, while other bills are allowed to go unpaid. You don't want to be the last one to find out that one of your highest volume customers is experiencing severe financial problems. Attending trade group meetings allows each member the benefit of the total group's experience.

PP0368

# <u>NOTES</u>

## CHAPTER 12 EXHIBITS

12A. Credit Application ........................................................................................... 12A-1
12B. Credit Report Examples with Explanations ................................................... 12B-1
12C. Examples of Letters ........................................................................................ 12C-1
Approved Account
Rejection
12D. Suggestions for Telephone Collection Procedures ....................................... 12D-1

# <u>NOTES</u>

PP0371

PHONE #: _____
FAX #: _____

# COMPANY NAME HERE
### ADDRESS
### CITY/STATE, ZIP

Are you presently a Pacific Pride or AmeriNet Cardholder?    Card #: _____    When did you last use your card? _____
Yes ☐    No ☐

| Full Name of Firm | | Phone Number: ( ) | Fax Number: ( ) |
|---|---|---|---|
| Mailing Address | City/State | | Zip |
| Street Address | City/State | | Zip |
| Home/Head Office Address | City/State | Zip | Phone Number: |

**CHECK APPROPRIATE BOX AND PROVIDE INFORMATION AS REQUESTED**

Single Entity ☐    Partnership ☐    How Long in Business? _____    Name and Address of Parent Company: _____
Not a Subsidiary

Subsidiary ☐    Other ☐    Type of Business _____
of Parent Company

Corporation ☐    FEDERAL ID#: _____    Under what *other* company names have you operated? _____
State _____

If in business less than two years please give name, address and length of time of employment for the last five years:

| Please list the names and titles of partners or corporate officers: | Address/City/State/Zip | Phone Number: ( ) |
|---|---|---|
| | Address/City/State/Zip | Phone Number: ( ) |
| | Address/City/State/Zip | Phone Number: ( ) |

| Applicant/Owner/Officer | Title | Spouses Name: |
|---|---|---|

| Home Address | City/State/Zip | How Long? | Own? ☐ | Buying? ☐ | Renting? ☐ |
|---|---|---|---|---|---|
| Previous Address | City/State/Zip | How Long? | | | |

| Home Phone: ( ) | Driver's License Number / State of Issue | Social Security Number | Date of Birth |
|---|---|---|---|
| Name of Nearest Relative *not* living with you: | | Relationship | Telephone Number: ( ) |

Have you ever filed bankruptcy? Spouse also, if an officer.    If so, when? _____    Where? City/State _____

Yes ☐    No ☐    Personally ☐    Business ☐

**REFERENCES**

| | City | State |
|---|---|---|
| Bank Name and Branch | | |
| Name of Bank Officer | Account # | Telephone Number ( ) |
| Current Petroleum Supplier | Address | Telephone Number ( ) |
| Alternate Supplier | Address | Telephone Number ( ) |
| Trade Reference | Account # | Telephone Number ( ) |
| Trade Reference | Account # | Telephone Number ( ) |
| Estimated Monthly Usage    Gallons: _____    / $ Amount | Accounts Payable Contact | Telephone Number ( ) |
| Person(s) to contact regarding arrangements for cards | Telephone Number ( ) | Cellular Number ( ) |

| Signature | Title | Date |
|---|---|---|

A $25.00 deposit will be charged on your first statement    **EXHIBIT 12A  PAGE 1 OF**

## ADDITIONAL TERMS CARDLOCK USE

1) Purchases will be for vehicles owned and operated by the Purchaser.

2) This access card is used to initiate a Pacific Pride or AmeriNet transaction. This access card is <u>not</u> a credit card.

3) Minimum purchase of 2,400 gallons per year from all fuel sources is required if CLASS 1 FLAMMABLES (gas) are purchased.

4) In the event that any legal action is required to collect on this account, venue for such legal matters will be determined by Supplier.

5) Purchaser shall be responsible for all purchases by Purchaser or any other persons using cardlock cards issued to Purchaser, regardless of wheth[e]r use by any other person is unauthorized or fraudulent.

6) If there is any change in the ownership of Purchaser or if substantially all of the assets of Purchaser are sold, Purchaser shall promptly notify Suppli[er] of such sale and Supplier shall have a lien on all the assets of Purchaser and a lien on the proceeds of such sale to secure payment of all outstandin[g] sums owing to Supplier.

7) Purchaser represents that it and any person using the cardlock cards delivered to Purchaser are and shall be aware of the proper use of the cardloc[k] system and shall use safe practices in compliance with the regulations of the local Fire Code in the handling of the fuels dispensed from the cardloc[k] system. The Purchaser agrees to indemnify and hold Supplier harmless from any claims and costs including, but not expressly limited to, those fo[r] bodily injury and property damage which may be occasioned by the negligence of misuses of the cardlock system by the Purchaser of any person usin[g] the cardlock cards delivered to the Purchaser hereunder.

8) Supplier shall use its best efforts to maintain the cardlock system in good working order and condition at its expense provided however Supplier shal[l] not be responsible for any damage of loss which may result from its failure to provide fuel or the failure of the cardlock system in any manne[r] whatsoever Purchaser agrees that it and any person using the cardlock cards delivered to the Purchaser shall promptly notify Supplier of any malfunctioning of the cardlock system of which Purchaser of such person is aware.

9) Purchaser's right to purchase fuel through the cardlock system may be terminated immediately upon any breach of any of the terms hereof or of any other agreement with Supplier. Upon termination, Purchaser agrees to immediately surrender all cardlock cards issued to Purchaser and to immediately pay all outstanding sums owing to Supplier. Supplier shall refund any deposit to Purchaser when all cards are returned and all amounts owing to Supplier are paid in full.

10) In the even of any breach of any of the terms of this agreement or any other agreement between Purchaser and Supplier, including but exp[ressly] limited to the failure to pay sums owing to Supplier when due, then in addition to any other sums due or payable to Supplier by Purchaser, Purc[haser] agrees to pay the reasonable attorney fees and costs incurred by Supplier in the enforcement of Supplier's rights even though no suit or action is filed and if suit or action is filed to enforce the rights of Supplier then such further sum as the court may adjudge reasonable as attorney fees at trial or on appeal of such suit or action in addition to all other sums provided by law.

11) All terms and conditions of this Agreement and Guaranty are intended to cover Purchaser's account as well as all of Purchaser's branch accounts, whether set up now or in the future.

12) The card deposit of $25.00 will not be refunded after 3 (three) years. Normally during that time cards will be reissued at least once and accounts restructured as business changes.

13) A $40.00 handling fee will be charged for all checks returned from the bank for any reason.

---

## AGREEMENT AND GUARANTY

I have made attached statement for the purposes of obtaining credit. I certify they are true and authorize you to make a credit investigation. Billings shall be issued twice each month and payment will be due within 10 days of invoice date. I agree to pay a late charge of 1-1/2% per month (18% per year) or 50¢ minimum on any delinquent balances. THIS AGREEMENT INCLUDES THE TERMS AND CONDITIONS ON THIS APPLICATION HEREOF.

Not withstanding that this account is established in the name of a company, I personally guarantee payment of the account.

All purchases made on this account will be for commercial use.

Signed: _____

Printed Name: _____

Date: _____

**EXHIBIT 12A  PAGE 2 OF 2**

## EXAMPLES AND EXPLANATION OF CREDIT REPORTS

Following are examples of two credit reports, one considered "good," and the other considered "bad" or risky. Although the form of the credit report you receive may differ from these two examples, the information included in your reports should be quite similar to what is included in these reports. There is a common language for purposes of credit. Below are two code charts, one for "Type of Account" and one for "Industry Codes," which should be helpful to you in your reading of credit reports.

### A GUIDE FOR USING THE COMMON LANGUAGE OF CREDIT

#### Type of Account

| | |
|---|---|
| Open Account (30 days or 90 days) | O |
| Revolving or Option (Open-end A/C) | R |
| Installment (Fixed number of payments) | I |

| USUAL MANNER OF PAYMENT | Type of Account | | |
|---|---|---|---|
| | O | R | I |
| Too new to rate; approved but not used | 0 | 0 | 0 |
| Pays (paid) within 30 days of billing; pays accounts as agreed | 1 | 1 | 1 |
| Pays (paid) in more than 30- days, but not more than 60 days, or not more than one payment past due | 2 | 2 | 2 |
| Pays (paid) in more than 60 days, but not more than 90 days, or two payments past due | 3 | 3 | 3 |
| Pays (paid) in more than 90 days, but not more than 120 days, or three or more payments past due. | 4 | 4 | 4 |
| Account is at least 120 days overdue, but is not yet rated "9" | 5 | 5 | 5 |
| Making regular payments under a consolidation order or similar arrangement | 7 | 7 | 7 |
| Repossession. (Indicate if it is voluntary return of merchandise by the consumer.) | 8 | 8 | 8 |
| Bad debt; place for collection; skip | 9 | 9 | 9 |

# INDUSTRY CODES

**A  AUTOMOTIVE**
AN  Auto dealers, new
AU  Auto dealers, used
AT  TBA stores, tire dealers
AP  Auto parts
AR  Auto repair, body shop
AS  Service stations
AL  Truck dealers
AF  Farm implement dealers
AZ  Miscellaneous

**B  BANKS**
BB  All banks

**C  CLOTHING**
CG  General clothing stores
CS  Specialty clothing: hats, shoes, etc.
CZ  Miscellaneous

**D  DEPT. & VARIETY**
DC  Complete dept. stores
DV  Variety stores
DM  Mail order firms
DZ  Miscellaneous

**F  FINANCE**
FA  Auto financing
FF  Sales financing
FP  Personal loan companies
FM  Mortgage Companies
FS  Savings & loans associations
FC  Credit unions
FZ  Miscellaneous

**G  GROCERIES**
GD  Dairies
GN  Neighborhood stores
GS  Supermarkets
GZ  Miscellaneous

**H  HOME FURNISHINGS**
HA  Appliance sales & service
HC  Carpets & floor coverings
HF  Furniture, etc.
HM  Music & records
HT  Television & radio
HZ  Miscellaneous

**I  INSURANCE**
IG  General insurance
IL  Life insurance
IZ  Miscellaneous

**J  JEWELRY & CAMERAS**
JA  Jewelers
JC  Cameras
JZ  Miscellaneous

**K  CONTRACTORS**
KG  General
KI  Home improvements
KS  Sub-contractors
KZ  Miscellaneous

**L  LUMBER, BLDG & HARDWARE**
LA  Air conditioning, plumbing,
     electrical, sales & service
LF  Fixture & cabinet companies
LH  Hardware stores
LP  Paint, glass & paper
LY  Lumber yards
LZ  Miscellaneous

**M  MEDICAL & HEALTH**
MB  Dentists
MC  Chiropractors
MD  Doctors & clinics
MF  Funeral homes
MH  Hospitals
MO  Osteopaths
MP  Pharmacies & drugs
MS  Optometrists, etc.
MV  Veterinarians
MZ  Miscellaneous

**O  OIL & NATIONAL CREDIT CARDS**
OC  Oil companies
ON  National credit card companies
OZ  Miscellaneous

**P  PERSONAL SERVICES**
PS  Accountants, etc.
PB  Barbers, beauty shops
PD  Dry cleaning, laundry
PE  Engineering, all kinds
PG  Photographers
PL  Legal & related service
PZ  Miscellaneous

**R  REAL ESTATE, HOTELS, ETC.**
RA  Apartments
RE  Real Estate (sales, rentals)
RH  Hotels
RM  Motels
RZ  Miscellaneous

**S SPORTING GOODS**
SB  Boats & marinas, sales & service
SG  Sporting goods stores
SM  Motorcycles & bicycles, sales and
     service
SZ  Miscellaneous

**T  FARM & GARDEN SUPPLIES**
TC  Chemical & fertilizer stores
TF  Feed & seed stores
TN  Nursery & landscaping, supplies
     & service
TZ  Miscellaneous

**U  UTILITIES & FUEL**
UC  Coal & wood dealers
UD  Garbage & rubbish disposal
UE  Electric light & power
UF  Fuel oil dealers
UG  Gas – natural & bottled
UT  Telephone companies
UW  Water companies
UZ  Miscellaneous

**V  GOVERNMENT**
VC  City & county
VF  Federal
VS  State
VZ  Miscellaneous

**W  WHOLESALE**
WA  Automotive
WB  Bldg. supplies & hardware
WC  Clothing & dry goods
WD  Drugs, chemicals, etc.
WG  Groceries & related products
WH  Home furnishings
WM  Machinery, equipment
WZ  Miscellaneous

**X  ADVERTISING**
XA  Agencies
XM  Media
XZ  Miscellaneous

**Y  COLLECTION SERVICES**
YA  All credit bureaus
YC  Others

**Z  MISCELLANEOUS**
ZR  Retail not elsewhere classified
ZS  Services not elsewhere classified
ZW  Wholesale not elsewhere classified
ZZ  All other

**EXHIBIT 12B  PAGE 2 OF 6**

As you look at the two credit reports that follow, please refer to the following information of the section we have numbered to guide you through the report. The explanations should help you with the language of credit reports. We have included here an example of a **satisfactory** credit report and a **unsatisfactory** credit report. As you can see, there is certain information included with the bad report that may not be found on a good report. Pay particular attention to information contained in the bad report as you analyze your own credit reports on applicants for your commercial fueling business.

1.  Information given to credit bureau: Name, address, employment, social security number, date of birth

2.  Name, address, and telephone number of credit bureau supplying report. All inquiries to be referred to this number

3.  Identifying information from credit bureau: Name, address, employment, etc., of applicant

4.  a.  **SUM** -- Summary of information from dates listed (11/78 -- 05/01)
    b.  **PR** – Public Records
    c.  **FB** – Former Bureau

5.  **INQS** – Inquiries in the last two years – firm and date

6.  **FIRM** – Name of firm or company reporting to credit bureau

7.  **ID CODE** -- Each company has a unique ID code. The letters in the middle of the code are the industry code (see Industry Code chart).

8.  **RPTD** – Date reported to the credit bureau

9.  **OPND** – Date opened by reporting firm or company

10. **H/C** – High credit reported

11. **TRM** – Terms. Figures in the column indicate monthly payments due.

12. **BAL** – Current balance owing

13. **P/D** – Any amount past due will appear in this column.

14. **CS** – Current Status

15. **MR** -- Months reviewed by reporting firm or company

16. **ECOA** – Law requires firm report person responsible: I – Individual; J – Joint

17. **ACCOUNT NUMBER** of reporting firm or company.

**EXHIBIT 12B  PAGE 3 OF 6**

On the unsatisfactory report, please pay particular attention to the sections of the report mentioned below:

4.    **SUM**        Summary may include PR-YES, meaning there are public records, and there may be accounts listed as unsatisfactory. Public records will be listed in this special section. Bankruptcies, lawsuits, judgments, accounts listed for collection, liens, and other derogatory information will be included. In our example report, four accounts have been listed for collection with balances owing. If any listed account has been paid since listing, the record would show PAID and the item would be deleted after seven years.

5.    **INQ**        INQUIRIES from firms within the past two years. Firms frequently inquire, often looking for new address or employment information. Other inquiries listed may indicate the subject is applying for new credit.

In the body of the report (Items 7 through 18 on the example report), the derogatory information is listed in detail. Look for column **CS – Current Status.** This will give the ratings of the accounts being report on. **#9 indicates unsatisfactory,** usually charged to profit and loss, listed for collection, or sued. **#8 indicates repossession.** Other ratings of 3 (60-90 days past due), 4 (90-120 days past due), or 5 (more than 120 days) past due all indicate the account is not being paid as agreed.

**EXHIBIT 12B  PAGE 4 OF 6**

### SATISFACTORY CREDIT REPORT

1)**   Date: 05/01/01          Time: 15:38:26          Operator: Kate
       Department: MTI          Report Format: P        Reference:
       NM-
       CA-
       ES-
       ID-SSS-          BDS-

             SSN ISSUED-63 STATE ISSUED-CA

2)**   005 EQUIFAX CREDIT INFORMATION SERVICES          P.O. BOX 740241,
       5505 PEACHTREE DUNWOODY RD STE 600, ATLANTA, GA,  30374-0241, 770/612-3200

                 SINCE  07/19/84 FAD 05/01/01              FN-237
3)**   1275, ELM STREET                         TAPE RPTD 01/94
       1439, 59TH ST SE                          DAT RPTD 08/94
       8760, 32ND PL SE                          TAPE RPTD 11/92
       BDS-0,          SSS-
       01 ES-
       02 EF-
       03 E2-

4)**   SUM-11/78-11/96, PR/0I-NO, ACCTS; 22, HCSO-98000, 21-ONES, 1-OTHER

5)**   INQS-B & W        133AU3728        11/07/96CBA        444ZB130        12/06/95

                  6)       7)       8)      9)      10)     11)      12)    13)  14) 15)  16)      17)

| ******* | FIRM/ID CODE | RPTD | OPND | H/C | TRM | BAL | P/D | CS | MR | ECOA | ACCT. NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FYBB | NTG *123456 | 11/96 | 12/93 | 98K | 880 | 95K | | I1 | 34 | J | 123456789 |
| | REAL ESTATE MORTGAGE | | | | | | | | | | |
| | CONVENTIONAL MORTGAGE | | | | | | | | | | |
| | RNB-MERVYN*1234567 | 11/96 | 06/85 | 665 | 10 | 26 | | R1 | 63 | J | 123456789 |
| | CHARGE | | | | | | | | | | |
| | MEIER&FRANK*123456 | 11/96 | 08/89 | 365 | 20 | 183 | | R1 | 86 | J | 123456789 |
| | COMML BANK*1234567 | 11/96 | 06/95 | 25K | 1M | 11K | | I1 | 01 | J | 123456789 |
| | COMML BANK*1234567 | 11/96 | 01/95 | 17K | 354 | 0 | | I1 | 21 | J | 123456789 |
| | PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | |
| | MBNA AMER*12345678 | 11/96 | 05/88 | 6400 | | 64 | | R1 | 32 | I | 123456789 |
| | CREDIT CARD | | | | | | | | | | |
| | AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | | | |
| | J-C PENNEY*12345679 | 11/96 | 06/88 | 445 | 35 | 200 | | R1 | 67 | J | 123456789 |
| | CHARGE | | | | | | | | | | |
| | SEARS*1234567890 | 11/96 | 04/79 | 9030 | 117 | 4882 | | R1 | 75 | I | 123456789 |
| | CHARGE | | | | | | | | | | |
| | AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | | | |
| | BMW FIN*123456789 | 10/96 | 05/96 | 31K | 384 | 0 | | I1 | 05 | I | 123456789 |
| | LEASE | | | | | | | | | | |
| | CHASE-NA*123456789 | 08/96 | 02/96 | 7500 | 23 | 1400 | | R1 | 05 | A | 123456789 |
| | AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | | | |
| | MONT/WARD*123456 | 08/96 | 11/88 | 1110 | | 0 | | R1 | 57 | I | 123456789 |
| | PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | |
| | MBNA AMER*123456789 | 02/95 | 05/88 | LOST OR STOLEN CARD | | | | | | | |
| | CREDIT CARD | | | | | | | | | | |
| | AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | | | |
| | MEGA PLESS*12345678 | 10/94 | 08/94 | 600 | | 0 | | R1 | 02 | I | 123456789 |
| | COMML BANK*12345678 | 03/94 | 11/92 | 0 | 335 | 0 | | I1 | 15 | J | 123456789 |

END OF EQUIFAX AND AFFILIATES – 05/01/01                    SAFESCANNED

**EXHIBIT 12B  PAGE 5 OF 6**

PP0378

## UNSATISFACTORY CREDIT REPORT

1)**  Date: 05/01/01          Time: 16:58:19          Operator: Kate
      Department: MTI         Report Format: P         Reference:
      NM-
      CA-
      FA-
      ES-
      ID-SSS-        BDS-

      SSN ISSUED-86          STATE ISSUED-OR

2)**  005 EQUIFAX CREDIT INFORMATION SERVICES          P.O. BOX 740241,
      5505 PEACHTREE DUNWOODY RD STE 600, ATLANTA, GA, 30374-0241, 770/612-3200

3)**                              FAD 11/21/96          FN-716
      4132,                         CTR RPTD 04/95
      1117,                           TAPE RPTD 01/93
      4001,                             CRT RPTD 10/92
      BDS-
      01 ES-

4)**  SUM-02/89-10/96, PR/OI-YES, FB-NO, ACCTS: 4, HCSO-5145, 1-ONE, 1-FIVE, 2-NINES

*******PUBLIC RECORDS OR OTHER INFORMATION***********************************
5)**  02   05/96*COLL   09/95   109YA37          FOR
           AMT: $85   BAL: $88     UNPAID   DLA: 04/95, I,   1461758
      03   05/95*COLL   04/95   200YC976          FOR
           AMT: $62   BAL: $62     UNPAID   DLA: 01/95, I,   999408
                              MONITORED ACCOUNT
      04   01/95*COLL   01/94          FOR
           AMT: $227  BAL: $227    UNPAID   DLA: 12/93, I,   118367
      05   08/92*COLL   07/92   109YA37          FOR
      AMT: $61   BLA: $65   UNPAID      DLA: 12/91,   I,   1142316

6)**  INQS-SUBJECT SHOWS          4 INQUIRIES SINCE 09/96
           REA 200YC00976              11/22/96    B & W        I33AU3728      11/21/96
           REA 200YC00976              10/26/96    REA 200YC00976              09/21/96
           REA 200YC00976              08/27/96    REA 200YC00976              06/22/96
           B & W        I33AU3728      10/21/95    CAP TOYOTA 109AN335        06/10/95
           EZFX-RISK    701YC31949     04/11/95    MERCHANTS 109YC415         02/28/95

| | 7) | 8) | 9) | 10) | 11) | | 12) | 13) | 14) | 15) | 16) | | 17) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FIRM/ID CODE | RPTD | OPND | H/C | TRM | | BAL | P/D | CS | MR | | ECOA | | ACCT. NO |
| WA ST OSE*123456 | 10/96 | 07/90 | 0 | | | 5904 | 5K+ | 05 | 38 | | I | | 123456789 |
| 30 (04) 60 (00) 90+(02) 07/94-02, 06/94-02, 11/93-05 | | | | | | | | | | | | | 123456789 |
| CHILD/FAMILY SUPPORT OBLIGATION | | | | | | | | | | | | | |
| COLLECTION ACCOUNT | | | | | | | | | | | | | |
| FISB-DLRLAN*12345678 | 11/92 | 03/91 | | 5145 | 121 | | 0 | | I9 | | | I | | 123456789 |
| 30 (01) 60 (01) 90+(01) 10/92-I8, 09/92-I3, 08/92-I2 | | | | | | | | | | | | | DLA 07/92 |
| CHARGED OFF ACCOUNT | | | | | | | | | | | | | |
| HB NA IL*123456789 | 05/92 | 11/90 | | 2169 | 66 | | 0 | | R9 | | | I | | 12345678 |
| 30 (03) 60 (02) 90+(04) 4/92-R5, 03/92-R5, 01/92-R3 | | | | | | | | | | | | | DLA 04/92 |
| CHARGED OFF ACCOUNT | | | | | | | | | | | | | |
| NORWEST FN*1234567 | 11/91 | 02/89 | | 4733 | 131 | | 0 | | I1 | 27 | | J | | 12345678 |

END OF EQUIFAX AND AFFILIATES – 05/01/01                    SAFESCANNED

**EXHIBIT 12B  PAGE 6 OF 6**



THE COMMERCIAL FUELING SYSTEM

**PACIFIC PRIDE SERVICES, INC.**
205 Columbia St. N.E. • P.O. Box 2099 • Salem, Oregon 97308
TEL: (503) 588-0455 • Toll Free 1-800-367-5066 • FAX (503) 371-6708

May 1, 2001

CUSTOMER OWNER/MANAGER
COMPANY
ADDRESS
CITY, STATE  ZIP

Dear OWNER/MANAGER:

***Congratulations!***  YOUR COMPANY NAME HERE is pleased to open a commercial fueling account for your firm.  We have established a line of credit for each billing period, as indicated below.  If you feel this amount is currently inadequate or if it becomes inadequate in the future, please contact us and we will be happy to discuss your dollar limit.

Our fleet management reports, along with our statements, are sent twice monthly, one at midmonth and the second at month-end.  Payment in full is due ten (10) days from the date of the statement.  We also offer volume discounts on your purchases, provided payment terms are met.  If for any reason this payment arrangement does not work for you, please notify our office at once to make other provisions.

We look forward to providing you and your company with the highest quality fuel and best fuel management information available.  If you have any questions about your account, please contact your sales representative or call our toll-free number.  For questions regarding billing issues, please call our Credit Department or call our Customer Service Department for questions regarding cards.

Once again, we look forward to serving you.

Sincerely,

NAME HERE
Credit Manager

**NOTE:  Your line of credit for** <u>each</u> **billing period has been set at $_____.  Statements are mailed twice each month.  An increased line of credit requires further credit approval.**

As required by law, our statements carry the following information:  A delinquent charge of 1 ½% is charged on the previous month's balance after deducting payments made, with a minimum charge of $.50.  When computed in accordance with Regulation Z, the maximum annual simple interest percentage most closely approximating this charge is 18%.

**EXHIBIT 12C  PAGE 1 OF 4**



**PACIFIC PRIDE SERVICES, INC.**
205 Columbia St. N.E. • P.O. Box 2099 • Salem, Oregon 97308
TEL: (503) 588-0455 • Toll Free 1-800-367-5066 • FAX (503) 371-6708

THE COMMERCIAL FUELING SYSTEM    ®

May 1, 2001

CUSTOMER OWNER/MANAGER
COMPANY
ADDRESS
CITY, STATE  ZIP

Dear OWNER/MANAGER:

Thank you for your request to have your cardlock account reinstated.  Your account has been reviewed, your credit record to date has been checked, and we are happy to reinstate your account.

We would like to remind you of our terms.  Statements are mailed on the 15th of each month, a as on the last day of the month (the 30th or 31st).  Payment in full must be received within ten (10) days of the statement date.  It is important that these terms be met if service is to continue.

Our price schedules and discount rates are based on the success of this payment plan.  If an emergency should arise that would prevent timely payment of your account, please notify our Credit Department as quickly as possible to avoid any card use interruptions.  *Thank you.*

*We're happy to have you as a customer again!*

Sincerely,

NAME HERE
Credit Manager

**EXHIBIT 12C  PAGE 2 OF 4**

PP0381



**THE COMMERCIAL FUELING SYSTEM** ®

**PACIFIC PRIDE SERVICES, INC.**
205 Columbia St. N.E. • P.O. Box 2099 • Salem, Oregon 97308
TEL: (503) 588-0455 • Toll Free 1-800-367-5066 • FAX (503) 371-6708

May 1, 2001

CUSTOMER OWNER/MANAGER
COMPANY
ADDRESS
CITY, STATE ZIP

Dear OWNER/MANAGER:

Thank you for your recent application requesting an account with <u>YOUR COMPANY NAME HERE</u>. We regret that we are unable to offer you a commercial fueling account at this time.

Our credit decision is based on review of both the company's credit history and that of the owner/manager who applied for the account. In reviewing your application, we find we are unable to open an account for you based on the following reason(s) checked below:

_____Bankruptcy
_____Accounts listed for collection
_____Liens, suits and/or judgments
_____Company in business for less than one year
_____Repossession or account written off for bad debt
_____Firm name not listed in current telephone directory
_____Insufficient credit information on which to make a judgment
_____Credit record does not meet our credit policy requirements
_____Record of slow payment on account with an affiliated company
_____Owner/manager's name not listed in current telephone directory
_____Company not rated with your credit reporting agency or the National Association of Credit Management (NACM)

If you feel the "checked" items do not accurately reflect your credit history, please contact the below credit reporting organization to review your record and to clear up any errors reflecting on your report. If the derogatory remarks noted on your record are correctable, please feel free to reapply with us.

Sincerely,

NAME HERE
Credit Manager

**Credit report information for this account was obtained through:**

**CREDIT COMPANY NAME**
**ADDRESS**
**CITY, STATE ZIP**
**TELEPHONE NUMBER**

**EXHIBIT 12C  PAGE 3 OF 4**

PP0382



**PACIFIC PRIDE SERVICES, INC.**
205 Columbia St. N.E. • P.O. Box 2099 • Salem, Oregon 97308
TEL: (503) 588-0455 • Toll Free 1-800-367-5066 • FAX (503) 371-6708

THE COMMERCIAL FUELING SYSTEM    ®

May 1, 2001

CUSTOMER OWNER/MANAGER
COMPANY
ADDRESS
CITY, STATE  ZIP

Dear OWNER/MANAGER:

Our thanks for your recent application requesting reinstatement of your cardlock account.  Upon careful review of your account history, we regret that we are unable to reinstate your account at this time. However, we do invite you to reapply at a later date should these issues improve.

Recent review of the account indicates the following derogatory information:

_____NSF checks
_____Mail returned
_____Phone disconnected
_____Phone requests ignored
_____Promise of payment not kept
_____No reply to notices and letters sent

Should business conditions get better and you feel you are able to pay according to our terms, we will be glad to hear from you at that time.  Please be reminded that our terms are as follow: Statements are mailed the 15th of the month, as well as on the last day of each month.  Payment in full is due within ten (10) days of the statement date.  Our price schedules and discount rates are based on the success of this payment plan.

Thanks again for your recent application.  If you would like to discuss our decision on this matter or any other concerns regarding your request, please do not hesitate to give me a call.  We look forward to having you reapply for an account at a future date.

Sincerely,

NAME HERE
Credit Manager

**EXHIBIT 12C  PAGE 4 OF 4**

## SUGGESTIONS FOR TELEPHONE COLLECTION PROCEDURES

These suggestions may help you manage the collection for past due accounts over the telephone. These are only suggestions culled from the best practices of some other Pacific Pride marketers.

### WHEN MAKING CALLS TO THE CUSTOMER:

1.  Be sure to have all of the information about the customer you are calling at hand for easy reference and review the information before calling. Information should include, at a minimum: the amount due; stage of delinquency; previous collection activity; any correspondence, which might include a log of previous calls made and the promises or commitments made by the customer in the past.

2.  Identify yourself and your firm within the first 30 seconds.

3.  Make certain the person with whom you are speaking is the person responsible for the account. For example, verify social security number and their mother's maiden name. Collection work is a touchy business, and you do not want to share information about the company with people not authorized to deal with the issue. If you are calling a business, ask to speak with someone who can help you. An accounting representative, office manager, officer, or owner should be able to help. Speak to the person who has the authority to pay you the most promptly.

4.  Ask directly for payment.

5.  Listen sympathetically for the reason payment has not been made. Often, there are legitimate reasons for delinquent payment (an accident, a death, vacationing signors, and/or other unforeseen circumstances).

6.  After learning of the circumstances for late payment, again ask for payment. Work with your customer to make practical arrangements for payment as soon as possible.

7.  Get a **firm** commitment of the amount to be paid and when it will reach your office. Note in the file the form in which is it to be paid, i.e., money order, check, cash, or wire transfer. If you accept payment by VISA or MasterCard in other lines of your business, you might consider charging the balance to a corporate credit card or other credit card. Offer suggestions if they believe the mail is their only option. They may "overnight" the payment or come by the office personally.

8,  Record the date, time, and the name of the person with whom you spoke, as well as the result of the discussion. Then set up a tickler file for follow up.

## WHEN RECEIVING CALLS FROM THE CUSTOMER:

1.   Get the name, address, and phone number of the company, plus the name and title of the person calling.

2.   Quickly but thoroughly review any information regarding the customer's account. Never try to relay information from memory. You have many customers and possibly additional employees dealing with the same client.

3.   Discuss the account, get a commitment for payment, and thank them for the call. Be cordial and friendly but **firm.**

4.   Make notes as to any new information gained from the call, listing any address or contact changes. Also, note the result of the call and the commitment for payment given by the caller.

5.   Set up a tickler file and religiously follow up on the account.

**EXHIBIT 12D  PAGE 2 OF 2**

## CHAPTER 13 - EXPANDING THE NETWORK

Section 1: What is a Captive Site and What Can it Do for YOU?.................................. 13-1
Section 2: PrideNet............................................................................................................ 13-4
Section 3: AmeriNet - America's Truck Stop Network .................................................. 13-5

EXHIBITS

13A.    Sample Captive Site Letters .................................................................... 13A-1
13B.    PrideNet Sign Specifications ................................................................... 13B-1

**Introduction:**

There are a variety of options available to Pacific Pride marketers for expanding a customer base, as well as sites. Because each market and marketer is different, we have developed other programs to accommodate different situations. We have developed three different programs to give marketers options for dealing with different customers and site configurations.

**Section 1: What is a Captive Site and What Can it Do for YOU?**

The captive site card system is designed for existing franchisees as a sales tool to enlarge their customer base and strengthen their ability to retain existing accounts. The captive site provides for private use by the customer within their "yard" but allows the customer to use the Pacific Pride access card for fueling on site as well as at all other Pacific Pride locations. Captive sites are not open for use by other Pacific Pride customers and may not be signed "Pacific Pride." A captive site system will allow you to satisfy your commercial and governmental accounts that need to retain their existing on-site fueling facility but want to automate their fueling records and still be compatible with the Pacific Pride Commercial Fueling System.

A captive site card system is a version of the Petro Vend card reader system, with Pacific Pride software that allows you to program the card numbers you want the system to accept. The system will only accept the Pacific Pride cards you have programmed into the system for your account. However, the customers' cards will work at both the captive site as well as any other network site. Other Pacific Pride access cards will not work at these sites. It is important to have a written agreement with your captive site customer. Some sample agreement letters are contained in Exhibit 13A.

**a.    Communications:**

Managing the information from captive sites can be done in a variety of ways, depending on your relationship and agreement with your customer.

1.    You can pull captive site transactions with your Pacific Pride Controller in the same manner that you pull transactions for your Pacific Pride sites. As your customers request, you can add additional cards or invalidate cards that

PACIFIC PRIDE OPERATIONS MANUAL: Revised October 2001

have been lost or stolen. This requires a special program that must be purchased from Pacific Pride.

2.  You can connect the Petro Vend captive site card system to your billing computer or another separate computer to pull transactions. You can also let your customer's computer connect to the site and allow them to gather their own fueling information. (Customers will have costs involved in programming the computer to communicate with the Petro Vend system.)

3.  You can install a journal printer with the Petro Vend system, allowing the customer to use the hard copy for his records. The customers can keypunch hard copy information into their own computer system.

**b.    Billing and Fees**

1.  You will have the ability to furnish your customers with statements that include both captive site fueling and network purchases if their system is equipped with the Pacific Pride software.

2.  We suggest that you include the transaction fee for the captive site service in the fuel cost (value added). For the sites that you don't furnish fuel to, the system has the capability of charging a per-gallon fee.

**c.    Fuel Sales**

The Pacific Pride captive site system concept gives you the ultimate flexibility in ways that you can supply your customers' captive site:

1.  Tank truck delivery with your competitive price, plus your per-gallon fee[1].
2.  Truck and trailer delivery with your competitive price, plus your per-gallon fee.
3.  Governmental bid price, plus your per-gallon fee[1]. (Tank truck or truck and trailer)
4.  Someone else supplies the captive site and your profit is based on the outbound network gallons, plus your per-gallon fee[1].
5.  Outbound sales in the network can offer you sales both larger in volume and margin than the captive site.

**d.    Required Equipment for Standard Installation** - Petro Vend Fuel Management card record version equipment and Pacific Pride card record memory:

1.  Petro Vend hose control
2.  Pacific Pride Card Record Memory Level 1
3.  115-volt heater
4.  Optical card reader

---

[1]    *Or any other fee.*

PACIFIC PRIDE OPERATIONS MANUAL: Revised October 2001
13-2

5.   Junction box and cover
6.   Modem (purchased through Pacific Pride)

**e.   Cost of Cardlock Equipment and Installation Options.**

1.   Sell cardlock equipment for cash to your customer.
2.   Base sale on <u>site gallons</u> and network gallons:
   (a)   Allow to pay off base on a 60-month payoff
   (b)   Allow to pay off on gallonage basis (¼¢, ½¢, 1¢, etc.).  (Maximum period 60 months)
   (c)   Lease for fixed-dollar amount per month (based upon cost)
   (d)   No-charge lease (Based upon minimum gallonage requirement. Charge if minimum not met on annual basis?)
   (e)   Other

**f.   Repairs**

1.   Bill out costs for all cardlock repairs (you coordinate repairs).
2.   No charge. Part of fuel agreement (fixed items only).  Without complete control of the site, this could be expensive.
3.   Allow customer to handle repairs with equipment supplies at their cost.

**g.   Fees**

1.   Start-up fee (Fixed amount – programming fee)
2.   Gallonage fee (Based on site gallons)
3.   Fixed monthly fee
4.   No fees (Based on minimum gallonage requirements.  Charge if minimum not met on <u>annual basis</u>.)

**h.   Phone Costs**

Customer pays to have dedicated voice-grade modem phone line installed, plus monthly bill.

**i.   Your Pacific Pride Captive Site Cost**

1.   Your cost is a $1,500 per-site fee.
2.   The Pacific Pride software fee to pull the site is $1,850 plus an annual program maintenance fee of $350 after the first year.
3.   If the Pacific Pride Controller is not used to pull transaction data from the captive site, there is no software charge or annual maintenance cost.
4.   Modem purchased from Pacific Pride ($150).

PP0398

# THIS PAGE INTENTIONALLY LEFT BLANK

# CHAPTER 14 - MARKETER INFORMATION UPDATES

Section 1: Notices to Marketers.................................................................................. 14-1
Section 2: Technical Bulletins.,.................................................................................. 14-1

## Section 1: Notices to Marketers

Periodically Pacific Pride will distribute information that is important for all marketers to know and maintain for future reference.  Place all Notices to Marketers information into this section.

## Section 2: Technical Bulletins

Periodically Pacific Pride will distribute technical information that is important for all marketers to know and maintain for future reference.  Place all Technical Bulletins into this section until the information contained in them is incorporated into an **Operations Manual** change.

PP0400

## **NOTES**

# INDEX

24-Hour Technical Assistance, 6-3
Access Cards, 1-1, 1-7, 1-9, 2-6, 3-7, 8-1, 8-2, 8-4, 10-7, 10-8, 10-15, 10-16
Additives, 3-13, 5-3, 5-4
Advertising, 1-10, 2-1, 2-8, 7-4, 7-5, 10-3, 10-20, 10-21, 10-23, 12-8, 13-5
Advertising Fund, 7-5, 10-21, 10-22, 10-23
Alarm, 3-2, 3-12
AmeriNet, 1-4, 1-6, 1-9, 2-2, 8-1, 8-3, 10-13, 10-14, 10-15, 13-5
Annual Inspection, 9-1, 9-4
Audits, 3-3, 7-4, 9-4, 10-19
Bennett, 3-10
Billing, 1-1, 1-2, 1-7, 2-6, 2-7, 7-1, 7-3, 7-4, 7-5, 7-7, 7-9, 8-4, 8-6, 8-7, 8-10, 10-14, 10-15, 10-19, 10-20, 10-23, 10-25, 12-2, 12-4, 12-5, 12-7, 12-8, 13-2, 13-5
Break-aways, 3-2, 3-11
Canopy, 3-7, 3-13, 4-1, 4-2, 4-3
Captive Site, 13-1, 13-2, 13-3
Card Reader, 1-7, 1-9, 3-2, 3-5, 3-8, 3-13, 6-2, 6-3, 8-1, 8-7, 8-9, 9-2, 9-3, 9-4, 10-25, 13-1, 13-2, 13-5, 13-6
Card Reader Maintenance, 9-2
Card Reader Weather Cover, 9-2
Check-Out, 6-1
Cleaning, 9-2, 9-3
Color Specifications, 4-4
Comdata, 1-6, 1-9, 2-2, 3-2, 3-3, 3-4, 3-5, 3-8, 6-1, 6-2, 13-6
Comdata 24-Hour Technical Support, 6-3
Comdata Card, 3-5
Comdata Contacts, 3-6
Comdata Technical Services, 6-2
Comdata Telephone Numbers, 3-3, 3-6, 6-2, 6-3
Commercial Fueling, 1-2, 1-4, 1-5, 1-6, 2-5, 3-6, 8-1, 8-2, 10-20, 13-5
Configuration, 3-4, 6-1, 6-2
Contingency, 9-2

Contractor, 3-2, 3-5
Credit, 12-1
    Collections, 12-6
    Cost of Providing Credit, 10-20
    Credit Application, 10-7, 10-15, 12-3, 12-4
    Credit Associations, 12-8
    Credit Card Regulations, 8-8
    Credit Management, 1-1, 12-8
    Credit Policies, 10-5
    Credit Policy, 10-12, 12-2
    Credit References, 12-8
    Credit Reporting Agencies, 12-3, 12-8
    Credit Reports, 10-26, 12-3, 12-8
    Fair Credit Billing Act, 12-2
    Fair Credit Reporting Act, 12-2
    Fair Debt Collection Practices Act, 12-2
    Federal Rules and Regulations, 12-1
    Granting Credit, 12-3
    Letters of Credit, 2-6, 8-2, 12-8
    Monitoring Accounts, 12-4
    National Association of Credit Management, 12-3, 12-8
    Past Due Payments, 12-5, 12-7
    Refusing Accounts, 10-19
    Refusing Credit, 12-4
    Regulation B, 12-2
    Regulation z - Truth in Lending, 12-2
    Reporting Agencies, 12-3
    Terms of Credit, 12-5
Credit Management, 10-26, 12-1
Credit Manager, 12-1
Cut-Offs, 8-8, 8-9, 8-10, 12-6
Dedicated Phone Line, 3-2, 3-11, 13-3
Diesel Blends, 5-4
Dispensers, 3-2, 3-6, 3-8, 3-9, 3-10, 3-11, 6-1
    Bennett, 3-10
    Gilbarco, 3-9
    Highline/Legacy, 3-9
    MPD, 1-8, 3-6
    Satellite Fueling Dispensers, 9-2

Schlumberger, 3-10
Tokheim, 3-9
Wayne/Dresser, 3-9
Distributor
Equipment, 3-10
Paper Towels, 3-12
Petro Vend, 2-3, 3-4, 3-5, 6-1, 6-2, 6-3, 13-5, 13-6
Petroleum, 1-4, 10-20
Pump, 3-11
EFT, 1-7, 2-7, 2-8, 7-5, 12-8
Electrical Wiring, 3-5
Electronic Dispensers, 3-9
Electronic Funds Transfer, 1-7, 2-7, 7-5
Emergency, 3-12, 8-2
Emergency Card Orders, 8-5, 8-7
Emergency Contact, 1-2
Emergency Reporting System, 3-12
Equal Credit Opportunity Act, 12-1
Equipment, 2-3, 2-4, 3-2, 3-4, 3-5, 3-8, 3-11
Changes After Site Approval, 3-8
Equipment Information, 13-4
Equipment Manuals, 1-1
Equipment Requirements, 9-1
Equipment Room Requirements, 3-11
Equipment Service Company, 1-2
Installation, 3-4, 3-5, 13-2
Ordering, 3-3
Petro Vend, 1-9, 3-13, 6-2, 9-2, 13-5, 13-6
Product Restriction, 3-7
Required Equipment, 3-8
Windshield Cleaning Equipment, 3-12
Windshield Washing Equipment, 3-2
Fees, 1-10, 10-20, 13-3
Access Card Stock, 1-10
Advertising Fees, 1-10, 2-8
AmeriNet, 13-5
Card Invalidation and Validation Fees, 8-10
Card Punching, 1-10
Controller Maintenance Agreement, 1-10
Environmental Fees, 7-2
Foreign Purchase Fees, 10-20

Franchise, 1-10
Logo Set-Up for Cards, 1-10
Optical Card Fees, 1-10
Pacific Pride Controller Communications Package, 1-10
PrideNet Foreign Sales, 13-4
Royalty Fees, 1-10
Site Hook-Up Fee, 1-10
Superfund Fees, 7-1
Switch Fee, 1-10
Transaction Fee, 7-4, 13-2
Transfer of Funds Fee, 1-10, 7-4
Filters, 3-2, 3-7, 3-12
Line Transformer/Filter, 3-11
Fire Marshal, 1-1, 2-4, 2-5, 3-2, 3-6, 3-8, 3-12, 8-2
Fire-Up, 2-2, 6-1, 8-9
Franchise Termination, 2-3
Fuel Management System, 3-4, 13-5, 13-6
Fuel Taxes, 7-5
Gilbarco, 3-9
Government Rules and Regulations, 2-4
Michigan, 2-5
Oregon, 2-4
Other States, 2-6
Guidelines, 2-5, 3-3
Advertising Media, 10-23
Fuel Spills, 9-1
Marketing Strategy, 10-3
High-Speed
Modem, 3-2
Pumps/Dispensers, 3-11
High-Sulphur Diesel, 8-7
Hoses, 1-8, 3-3, 3-11
Host Card Maintenance Forms, 8-4, 8-7
Incident Report, 9-1, 9-4
Inspections, 9-4
Instructions, 3-2, 3-7, 5-2, 6-1, 8-12, 9-2, 9-4
Inter-Company Analysis, 1-5, 1-7
Inter-Company Billing, 1-7, 1-8, 2-6, 7-3, 7-4, 7-5, 8-7
Inter-Company Transfer Price, 1-8, 7-1, 7-3, 7-9
Invalidations, 6-2, 8-8, 8-12

Island Equipment, 3-7
Leased Sites, 2-3
Letter of Credit, 12-8
Lighting, 3-2, 3-12, 4-2
Logo, 1-10, 2-1, 3-7, 4-1, 4-4, 8-1, 8-3, 8-7
Maintenance, 1-1, 3-7, 6-1
    Card Maintenance, 6-2
    Card Reader Maintenance, 9-2
    Controller Maintenance Agreement Fee, 1-10
    Program Maintenance Fee, 13-3
    Site Maintenance, 9-1
Manuals, 1-1, 2-1, 3-5
Marketing, 1-1, 1-5, 10-1, 10-2, 10-3, 10-4, 10-8, 10-10, 10-12, 10-16, 10-19, 10-26, 12-1
Marketing Practices Policy Statement, 10-14
Mechanical Dispensers, 3-10
Modem, 3-2, 3-4, 3-11, 6-1, 6-2, 6-3, 8-9, 13-3
Motor Oil, 1-9, 3-12, 3-13, 7-2, 7-10, 8-3, 8-7
MPD, 1-8, 3-6, 3-9, 3-10
Network Configuration, 6-2
New Franchisee Packet, 8-4, 10-22
Octane, 5-1
Off-Road Diesel, 6-3, 8-7
Oil/Water Separator, 9-2
OPIS, 1-8, 7-3
Paper Towels, 3-2, 3-7, 3-12
Permits, 3-2
Personal Guarantee, 12-4
Petro Vend, 1-1, 1-7, 1-9, 2-3, 3-2, 3-4, 3-5, 3-9, 3-11, 3-13, 6-1, 6-2, 6-3, 8-6, 9-2, 9-3, 10-24, 13-1, 13-2, 13-5, 13-6
Petro Vend C/OPT, 3-2, 3-4, 13-5, 13-6
Petro-Canada, 1-4, 3-3, 8-1, 8-3, 8-4, 10-13, 10-14, 10-15
Pricing, 1-1, 1-9, 3-11, 4-1, 7-1, 7-9, 10-20, 10-23, 10-26
Pricing Index, 1-9
PrideNet, 1-9, 2-2, 8-1, 8-3, 13-4, 13-5
Product, 1-5, 1-7, 1-8, 2-7, 3-3, 5-1, 5-2, 5-4, 6-2, 7-1, 7-2, 7-4, 7-6, 7-9, 8-5,

8-6, 8-7, 10-20, 10-24
    Price, 1-8
Product Decals, 3-7
Product Restriction, 1-9, 3-3, 3-7, 3-9, 3-10, 6-2, 6-3, 8-1, 8-6
Product Standards, 1-1, 5-1
Products, 1-4, 1-9, 2-2, 3-6, 3-13, 7-2, 10-23, 12-5, 13-5
PUC Permits, 7-6
Pulsers, 3-2, 3-8
Pumps, 3-2, 3-3, 3-8, 3-10, 6-1, 10-19
Quality Standards, 5-1
Quantity Limits, 8-7
Quantity Restrictions, 8-7
Reconciliation, 9-4, 10-26
Refusing Credit, 12-1
Reports, 7-4, 9-4, 10-26, 12-3
Requirements, 1-7, 1-9, 2-2, 2-4, 2-6, 3-1, 3-6, 5-1, 8-7, 10-21, 13-3, 13-4
Resets, 3-8
Royalty Fees, 1-10, 7-4, 10-20
Rules & Regulations, 2-4, 12-1
    Credit, 12-2
Safety, 2-3, 2-4, 2-5, 3-6, 3-8, 4-2
Safety Equipment, 8-2
Safety Training Requirements, 2-4
Schlumberger, 3-10
Security, 2-6, 8-2, 8-7
Security Code, 8-2, 8-4, 8-6, 8-7
Separators, 9-2
Signs, 1-1, 1-10, 3-2, 3-8, 4-1, 4-2, 9-2, 10-23, 13-4, 13-5
Site, 1-1, 1-4, 1-6, 1-7, 1-8, 1-9, 2-1, 2-2, 2-3, 2-4, 2-5, 2-6, 3-1, 3-3, 3-5, 3-6, 3-7, 3-8, 3-11, 3-12, 4-1, 4-2, 5-1, 5-2, 6-1, 6-2, 6-3, 7-1, 7-2, 7-4, 7-5, 7-8, 7-9, 8-2, 8-3, 8-4, 8-7, 8-8, 8-9, 9-1, 9-2, 9-4, 10-2, 10-4, 10-6, 10-7, 10-8, 10-12, 10-13, 10-15, 10-19, 10-20, 10-21, 10-22, 10-23, 10-24, 10-25, 10-26, 12-6, 13-1, 13-2, 13-3, 13-4, 13-5
Site Application, 2-2, 2-3
Spills, 9-1, 9-2
Standard Industrial Codes (SIC), 10-2, 10-8, 10-9

Start-Up, 3-11, 6-1, 13-3
Switch, 1-7, 1-9, 1-10, 3-11, 7-4, 8-4, 8-10
Switch Fee, 7-4
System2, 1-9, 3-5, 9-3
Tanks, 3-6, 4-1, 10-10
Technical Bulletins, 2-1, 14-1
Termination Codes, 6-2
Tokheim, 3-9
Trademark, 4-3, 4-4
Training, 1-10, 2-4, 2-6, 9-2, 10-4, 10-26
Transactions, 1-7, 1-8, 1-10, 3-3, 3-5,

3-8, 3-10, 7-3, 7-5, 7-8, 7-9, 8-7, 10-25, 13-1
Transfer of Funds, 1-10, 7-4, 10-20, 13-5
Transformers, 3-11
Validations, 6-2, 8-8
Vinyl Striping, 4-2
Wayne/Dresser, 3-9
Web, 10-15, 10-19, 10-21, 10-23, 13-5
Web Site, 11-2, 11-3, 11-4, 11-5, 11-7
Web Site Address, 10-8
Windshield Cleaning Materials, 3-12
Windshield Washing Equipment, 3-7
Winterization, 5-2, 5-4, 7-2