Peter M. Hart, (State Bar No. 107920)
Bradley D. Fell (State Bar No. 212988)
Matthew R. Halloran (State Bar No. 236461)
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, California  94104-4705
Telephone:  (415) 391-7111
Telefax:  (415) 391-8766

Attorneys for Defendant
PACIFIC PRIDE SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WALKER, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>PACIFIC PRIDE, a business entity, form unknown, and DOES 1 through 50, inclusive,<br><br>    Defendant. | Case No.: C 07-2857 SC<br><br>**DECLARATION OF BRADLEY D. FELL IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**<br><br>Date:        November 2, 2007<br>Time:       10:00 a.m.<br>Dept:        1<br>Judge:      Honorable Samuel Conti<br><br>**Trial Date: January 22, 2008** |

I, Bradley D. Fell , declare:

1.  I am an associate with the law firm of Wright, Robinson, Osthimer & Tatum, attorneys of record for defendant PACIFIC PRIDE SERVICES, INC. (hereinafter "Pacific Pride"), and I am duly licensed to practice law in the State of California.

2.  Attached as exhibit one is a true and correct copy of the relevant deposition testimony of Cynthia Condon taken on February 6, 2007, in connection with this matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:  October 18, 2007

_____
Bradley D. Fell

**EXHIBIT 1**

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN FRANCISCO

UNLIMITED CIVIL JURISDICTION

| | |
|---|---|
| DONALD WALKER, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PACIFIC PRIDE, a business entity, form unknown, RICHARD K. POOLER, an individual, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | No. CGC 06-456176<br><br>COPY |

VIDEO DEPOSITION OF CYNTHIA ROSE CONDON

Taken in behalf of Plaintiff

\* \* \*

Tuesday, February 6, 2007

121 SW Morrison, Suite 850

Portland, Oregon

Wendy Freeman, CSR, RPR

Court Reporter



400 Columbia, Suite 140
Vancouver, WA 98660
(360) 695-5554
Fax (360) 695-1737

Schmitt & Lehmann, Inc.
COURT REPORTERS
www.slreporting.com

121 SW Morrison St., Suite 850
Portland, OR 97204
(503) 223-4040
slinc@qwest.net

**Page 1**

```
          SUPERIOR COURT OF THE STATE OF CALIFORNIA
           IN AND FOR THE COUNTY OF SAN FRANCISCO
                  UNLIMITED CIVIL JURISDICTION

DONALD WALKER, an          )
individual,                )
                           )
            Plaintiff,     )
                           )   No. CGC
     vs.                   )   06-456176
                           )
PACIFIC PRIDE, a business  )
entity, form unknown,      )
RICHARD K. POOLER, an      )
individual, and DOES 1     )
through 50, inclusive,     )
                           )
            Defendants.    )


        VIDEO DEPOSITION OF CYNTHIA ROSE CONDON
               Taken in behalf of Plaintiff
                       *   *   *
               Tuesday, February 6, 2007
                121 SW Morrison, Suite 850
                    Portland, Oregon


Wendy Freeman, CSR, RPR, CRR
Court Reporter
```

**Page 3**

| | | EXHIBITS | |
|---|---|---|---|
| 1 | Pacific Pride Documents | | 35 |
| 2 | Operations Manual Excerpt | | 100 |
| 3 | Pacific Pride Web Printout | | 100 |
| 4 | Snider Petroleum Web Printout | | 133 |
| 5 | (Not marked) | | |
| 6 | Photographs | | 209 |
| 7 | Photograph | | 209 |
| 8 | Photograph | | 209 |
| 9 | Photograph | | 209 |
| 10 | Citation/Notice of Penalty | | 227 |
| 11 | Pacific Pride Brochure | | 241 |
| 12 | FHA Report | | 241 |
| 13 | Notice of Deposition | | 241 |
| 14 | Notice of Deposition | | 241 |
| 15 | Notice of Deposition | | 241 |
| 16 | Notice of Deposition | | 241 |
| 17 | Notice of Deposition | | 241 |
| 18 | Notice of Deposition | | 241 |

\* \* \*

**Page 2**

```
                    APPEARANCES

For the Plaintiffs:  Mr. Mark L. Webb
                     Attorney at Law
                     414 Gough Street, Suite Two
                     San Francisco, CA 94102
For the Defendants:  Mr. Peter M. Hart
                     Wright Robinson Osthimer &
                     Tatum
                     44 Montgomery Street,
                     18th Floor
                     San Francisco, CA 94104

Also Present: Mr. Brad Rohman (videographer).


                      INDEX

EXAMINATION BY:                            Page
Mr. Webb:                                   5
```

**Page 4**

Portland, Oregon; Tuesday, February 6, 2007

10:05 AM

\* \* \*

VIDEOGRAPHER: This is the videotape deposition of Cynthia Condon, taken by the plaintiff, in the matter of Walker versus Pacific Pride, Superior Court of California, County of San Francisco, case number CGC 06-456176.

The deposition is being held at the conference room of Schmitt & Lehmann, Portland, Oregon, on February 6, 2007. My name is Brad Rohman; I'm the videograhper. The court reporter is Wendy Freeman from Schmitt & Lehmann, Vancouver, Washington.

We're going on the record at 10:04. Would counsel state their appearances for the record, and then the court reporter administer the oath.

MR. WEBB: My name is Mark Webb. I represent plaintiff Don Walker.

MR. HART: Peter Hart from Wright Robinson Osthimer & Tatum, and I represent the defendants.

CYNTHIA ROSE CONDON

called as a witness in behalf of the Plaintiff,

**97**

1  Q. Okay. And what is your understanding of
2  what, say, one of them would be called, if you know?
3  A. I don't.
4  Q. Okay. And when you go to trade shows -- how
5  often do you go to trade shows?
6  A. Four to six times a year.
7  Q. And when you go to these trade shows, these
8  absorbant materials are on display by various
9  vendors?
10 A. Maybe, uh-huh.
11 Q. Okay. And do you ever buy that for Pacific
12 Pride?
13 A. No.
14 Q. Okay. But you just noticed them. Is that
15 it?
16 A. Yes.
17 Q. And the purpose of these absorbants, as far
18 as you understand, is to pick up fuel spills?
19 A. Yes.
20 Q. Okay. All right. And again, there's no
21 attempt on the part of Pacific Pride to make uniform
22 the absorbants that are used throughout the
23 franchises, right?
24 A. That's correct.
25 Q. And that's not something that was sat down

**98**

1  and discussed; it's just the way it is, right?
2  A. It's just the way it is.
3  Q. Uh-huh. Okay.
4     Let's now look -- advertising. What kind of
5  advertising is done, just generally? And then we'll
6  get into the specifics.
7     MR. WEBB: And I think, Peter, I may have
8  asked for materials.
9     MR. HART: Well --
10    MR. WEBB: But let's just see generally what
11 kind of advertising is done.
12    MR. HART: You can answer.
13    THE WITNESS: Okay. There is institutional
14 advertising done on behalf of franchisees in
15 national, some regional trade publications.
16 BY MR. WEBB:
17 Q. Okay. Did you bring any with you?
18 A. No.
19    MR. WEBB: Is that something that I asked
20 for, Peter? I'm not being coy. I just don't
21 remember.
22    MR. HART: Yes.
23    MR. WEBB: Okay. Is that something that
24 you'll produce with a stipulation?
25    MR. HART: Let's talk off the record about

**99**

1  that.
2     MR. WEBB: All right. Then let's just keep
3  going.
4     MR. HART: Yeah.
5     MR. WEBB: We'll do that later.
6  BY MR. WEBB:
7  Q. Okay. Tell me this, if you could. Without
8  the documents in front of you, what's your
9  understanding of the amount of money or the extent of
10 which advertising takes place with Pacific Pride?
11 Because that is one of the things that the
12 franchisees is paying for, right?
13 A. That's correct, as part of a fee.
14 Q. Right. So what kind of advertising? Is it
15 done on the Internet?
16 A. Very limited on the Internet. It's mostly
17 brochures, maps, directories, and brochures that can
18 be purchased by franchisees for them to give out to
19 their customers.
20 Q. Okay. I want to mark for identification
21 Exhibit No. 3. I'll let you know that this came off
22 the Internet as well. I'll ask you to look at it,
23 see if you can identify it.
24    MR. WEBB: I got an extra copy for you.
25    MR. HART: Okay. Great.

**100**

1     (Deposition Exhibit 3 is marked.)
2     MR. WEBB: Do you want to take a break?
3  It's not that long. It's up to you.
4     MR. HART: Okay. Well, how long -- how much
5  more tape do you have?
6     VIDEOGRAPHER: Half an hour.
7     MR. HART: Okay.
8     (Deposition Exhibit 2 is marked.)
9  BY MR. WEBB:
10 Q. So my first question while you're looking
11 through it, is have you ever seen this --
12 A. No.
13 Q. -- before? Okay.
14    And then my next question is, on the first
15 page it says, Pacific Pride, The Commercial Fueling
16 System. Do you see that?
17 A. Yes.
18 Q. Okay. Is that sort of an advertising
19 slogan, or what is that?
20 A. Well, the name of the system is Pacific
21 Pride Commercial Fueling System, so --
22 Q. Okay. But it says "The Commercial Fueling
23 System." I'm just wondering, is that --
24 A. This is from one of our franchisees, so
25 they --

**101**

1  Q. One of your franchisees?
2  **A. It's a tag line.**
3  Q. Okay. I mean, this is not Pacific Pride?
4  **A. This is a website done by one of our**
5  **franchisees.**
6  Q. And which one is that?
7  **A. Snider Petroleum.**
8  Q. Okay. So I don't understand. Is this a
9  Pacific Pride advertising or not?
10 **A. Well, it's Snider Petroleum's website for**
11 **advertising Pacific Pride.**
12 Q. Okay. And I assume that Pacific Pride has
13 lawyers, and if they didn't like it, they could --
14 they could stop it or try to stop it, right?
15    MR. HART: Calls for speculation. Object to
16 the form.
17    Go ahead.
18    THE WITNESS: Could.
19 BY MR. WEBB:
20 Q. Okay. I mean, I'm just trying to find out,
21 is this something that's authorized by Pacific Pride
22 or not authorized by Pacific Pride, even though
23 apparently you're saying that it's issued by a
24 franchisee, but not directly by Pacific Pride?
25 **A. Right. It's not --**

**102**

1    MR. HART: Speculation.
2    Go ahead.
3    THE WITNESS: It's not something we review
4  on a regular basis.
5  BY MR. WEBB:
6  Q. When do you review it?
7  **A. Well, we haven't reviewed it.**
8  Q. You've never seen this?
9  **A. I haven't ever seen this, no.**
10 Q. Okay. Do you have anybody at the company
11 who would be in charge of looking to see what kind of
12 materials are put out there --
13 **A. No.**
14 Q. -- by Pacific Pride?
15    So who's in charge of advertising?
16 **A. I am.**
17 Q. I see. So it's okay with you that somebody
18 puts this out and you don't know?
19    MR. HART: Argumentative. Object to the
20 form.
21    Go ahead.
22 BY MR. WEBB:
23 Q. I just want to know.
24 **A. Go ahead?**
25    MR. HART: You can answer.

**103**

1    THE WITNESS: Yes.
2  BY MR. WEBB:
3  Q. Okay. So if it said Pacific Pride is a
4  complete mess and operates sites that are dirty and,
5  you know, dangerous, would that be okay?
6    MR. HART: Argumentative.
7    Go ahead.
8    THE WITNESS: Well, I wouldn't like it.
9  BY MR. WEBB:
10 Q. Well, what would you do about it?
11 **A. If somebody were to call and say, Hey, have**
12 **you seen so-and-so's website, we'd go out and review**
13 **it and call the franchisee and talk to them about it.**
14 Q. In this case did you talk to the franchisee?
15 **A. No.**
16 Q. You never knew about it, right? I think
17 that's what you said already. Right?
18    MR. HART: Well, asked and answered, then.
19    Did you know about the existence of this?
20    THE WITNESS: I know Snider Petroleum has a
21 website. There are lots of Pacific Pride marketers
22 with websites. We haven't reviewed the websites.
23 BY MR. WEBB:
24 Q. Okay. And it's not your habit to review
25 websites --

**104**

1  **A. That's correct --**
2  Q. -- right?
3    And what you're saying is that if someone
4  called you up and said, Hey, did you know there's a
5  website that talks about Pacific Pride in a
6  derogatory way, that would be the only means you
7  would have to be able to know that, because nobody
8  in-house has the responsibility, that I understand
9  from you, to review such websites; right?
10 **A. That's correct.**
11 Q. Okay. So kind of the luck of the draw as to
12 what comes to your attention or not, right?
13 **A. Right.**
14 Q. Okay. Wasn't too lucky for Mr. Walker?
15    MR. HART: I'm not sure what that means.
16    MR. WEBB: I'll withdraw that question.
17 BY MR. WEBB:
18 Q. Let's just go to this.
19    Pacific Pride, The Commercial Fueling
20 System, is that something that you've used in your
21 advertising?
22    MR. HART: The commercial --
23    THE WITNESS: Pacific Pride or --
24 BY MR. WEBB:
25 Q. The commercial -- the commercial.