1  Peter M. Hart, (State Bar No 107920)
   WRIGHT, ROBINSON, OSTHIMER & TATUM
2  44 Montgomery Street, 18th Floor
   San Francisco, California 94104-4705
3  Telephone: (415) 391-7111
   Telefax: (415) 391-8766
4
   Attorneys for Defendant
5  SAN FRANCISCO PETROLEUM CO., INC.

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12

13  DONALD WALKER, an individual,              Case No.: C 07-2857 SC

14          Plaintiff,                         PROOF OF SERVICE

15      v.
                                               Date:   November 2, 2007
16  PACIFIC PRIDE, a business entity, form     Time:   10:00 a.m.
    unknown, RICHARD K. POOLER, an             Dept:   1
17  individual, and DOES 1 through 50, inclusive, Judge: Honorable Samuel Conti

18          Defendant.                         **Trial Date: January 22, 2008**

19

20

21

22

23

24

25

26

27

28

                                                                              1

                              PROOF OF SERVICE

Walker v. Pacific Pride, et al.

## PROOF OF SERVICE

I declare that:

I am a citizen of the United States, employed in the City and County of San Francisco, over the age of eighteen years, and not a party to the within cause. My business address is 44 Montgomery Street, 18th Floor, San Francisco, CA 94104. On this date, I served the within:

1. Reply to Plaintiff's Opposition to Pacific Pride Services, Inc.'s Motion for Summary Judgment or Partial Summary Judgment
2. Defendant Pacific Pride Services, Inc.'s Objection to Plaintiff's Evidence in Support of Opposition to Motion for Summary Judgment or Partial Summary Judgment
3. Declaration of Bradley D. Fell in Support of Defendant's Motion for Summary Judgment

on the parties in said cause, by placing a true and correct copy thereof addressed as follows:

| | |
|---|---|
| Mark L. Webb, Esq.<br>Law Offices of Mark L. Webb<br>214 Grant Street, Suite 301<br>San Francisco, CA 94108<br>Phone: (415) 621-4500<br>Fax: (415) 621-4173<br>Representing: Plaintiff DONALD WALKER | Bruce E. Turner, Esq.<br>State Compensation Insurance Fund<br>PO Box 420807<br>San Francisco, CA 94142<br>Phone: (415) 565-1581<br>Fax: (415) 703-7024<br>Representing: Lien Claimant STATE COMPENSATION INSURANCE FUND |

__X__ (VIA U.S. MAIL & E-SERVICE) I caused said above-mentioned document(s) to be faxed to the following mentioned office(s) following the practice and procedure of WRIGHT, ROBINSON, OSTHIMER & TATUM. I then placed for collection and deposit in the U.S. mail, copies of same, following the practice and procedure of WRIGHT, ROBINSON, OSTHIMER & TATUM.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 19, 2007 at San Francisco, California.

By: _/s/ Karen Greer_

Karen Greer