Peter M. Hart, (State Bar No. 107920)
Brad D. Fell, (State Bar No. 212988)
Matthew R. Halloran, (State Bar No. 236461)
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Attorneys for Defendant
PACIFIC PRIDE SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WALKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC PRIDE, et al,<br><br>Defendant. | Case No. C 07-2857 SC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:        November 2, 2007<br>Time:       10:00 a.m.<br>Courtroom: 1<br>Judge:      Honorable Samuel Conti<br><br>**Trial Date: January 22, 2008** |

Defendant PACIFIC PRIDE SERVICES, INC.'S Motion for Summary Judgment or Partial Summary Judgment came on regularly for hearing on November 2, 2007, at 10:00 a.m. in Department 1 of the above captioned court. Peter M. Hart appeared on behalf of defendant and Mark L. Webb appeared on behalf of plaintiff.

---

Based on the moving, opposition and reply papers submitted herewith, oral argument made at the hearing and good cause appearing. The Court finds that there are no genuine issues of material fact in this matter, and that defendant Pacific Pride Services, Inc. is entitled to judgment as a matter of law.

**IT IS HEREBY ORDERED** that defendant's Motion for Summary Judgment is GRANTED.

SO ORDERED

Dated: November___, 2007

_____
Honorable Samuel Conti

Walker v. Pacific Pride, et al.
United States District Court for the Northern District of California

## PROOF OF SERVICE

I declare that:

I am a citizen of the United States, employed in the City and County of San Francisco, over the age of eighteen years, and not a party to the within cause. My business address is 44 Montgomery Street, 18th Floor, San Francisco, CA 94104. On this date, I served the within:

**[PROPOSED] ORDER GRANTING DEFENDANTS MOTION FOR SUMMARY JUDGMENT**

on the parties in said cause, by placing a true and correct copy thereof addressed as follows:

| | |
|---|---|
| Mark L. Webb, Esq.<br>Law Offices of Mark L. Webb<br>214 Grant Street, Suite 301<br>San Francisco, CA 94108<br>Phone: (415) 621-4500<br>Fax: (415) 621-4173<br>Representing: Plaintiff DONALD WALKER | Bruce E. Turner, Esq.<br>State Compensation Insurance Fund<br>PO Box 420807<br>San Francisco, CA 94142<br>Phone: (415) 565-1581<br>Fax: (415) 703-7024<br>Representing: Lien Claimant STATE COMPENSATION INSURANCE FUND |

__X__ (E-SERVICE) I caused said above-mentioned document(s) to be faxed to the following mentioned office(s) following the practice and procedure of WRIGHT, ROBINSON, OSTHIMER & TATUM. I then placed for collection and deposit in the U.S. mail, copies of same, following the practice and procedure of WRIGHT, ROBINSON, OSTHIMER & TATUM.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 22, 2007 at San Francisco, California.

By: _____

Karen Greer