UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WALKER, an individual, | No. 07-2857 SC |
| Plaintiff, | |
| v. | <u>JUDGMENT</u> |
| PACIFIC PRIDE SERVICES, INC., an Oregon Corporation, | |
| Defendant. | |

In accordance with the Court's November 26, 2007, Order Granting Defendant's Motion for Summary Judgment, (Docket No. 58), it is hereby ORDERED, JUDGED, and DECREED that:

Judgment in this action shall be entered in favor of DEFENDANT Pacific Pride and against PLAINTIFF Donald Walker.

IT IS SO ORDERED.

November 27, 2007

_____
UNITED STATES DISTRICT JUDGE