Peter M. Hart, (State Bar No. 107920)
Brad D. Fell, (State Bar No. 212988)
Matthew R. Halloran, (State Bar No. 236461)
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, California  94104-4705
Telephone:  (415) 391-7111
Telefax:  (415) 391-8766

Attorneys for Defendant
PACIFIC PRIDE SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| DONALD WALKER, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>PACIFIC PRIDE,<br><br>        Defendant. | Case No. C 07-2857 SC<br><br>**DECLARATION OF MATTHEW R. HALLORAN IN SUPPORT OF PACIFIC PRIDE SERVICES, INC.'S BILL OF COSTS** |

I, Matthew R. Halloran, declare:

1.     I am an attorney licensed to practice law in the State of California and I am an associate with the law firm of Wright, Robinson, Osthimer & Tatum, attorneys of record for defendant Pacific Pride Services, Inc.

2.     I have first-hand knowledge of all facts contained in this Declaration, and I could, if necessary, testify to them under oath in a court of law.

3.     The Court entered judgment against plaintiff Donald Walker and in favor of defendant Pacific Pride Services, Inc. in this matter on November 27, 2007.

4.     Attached hereto as Exhibits A through C are excerpts from a true and correct copy of counsel for defendant's cost detail report, showing costs and disbursements incurred on

1

defendant's behalf, and subsequently billed to representatives for the defendant.

5.    Attached hereto as Exhibits D through F are excerpts from a true and correct copy of a detailed transaction report, showing costs and disbursements billed directly to representatives for the defendant.

6.    Attached hereto as Exhibit G are additional true and correct copies of invoices for services provided on defendant's behalf, not reflected in Exhibits A through F.

7.    Pacific Pride Services, Inc. incurred twelve thousand five hundred seventy-nine dollars and twenty-five cents ($12,914.25) in necessary costs and disbursements for services actually and necessarily performed on its behalf in the defense of this matter. Those costs and disbursements consist of the following:

    A.    Fees of the Clerk in the amount of one thousand seven hundred and seventy dollars ($1,770.00). That total consists of: (1) various San Francisco Superior Court Clerk's fees paid on defendant's behalf prior to removal of the matter to the District Court totaling one thousand four hundred twenty dollars ($1,420.00) (see cost detail attached hereto as Exhibit A); and (2) filing fee paid to the District Court Clerk in the amount of three hundred and fifty dollars ($350.00) for filing defendant's Notice of Removal.

    B.    Fees for service of process and subpoenas totaling one thousand two hundred eighty two dollars ($1,282.00). (See cost detail attached hereto as Exhibit B).

    C.    Fees for obtaining deposition transcripts and one deposition DVD copy totaling four thousand one hundred twenty-one dollars and ten cents ($4,121.10). (See cost detail attached hereto as Exhibit C showing costs for deposition transcripts totaling one thousand one hundred twenty-three dollars and ninety cents ($1,123.90), and detailed transaction summary attached hereto as Exhibit F showing costs for obtaining deposition

2

1              transcripts totaling two thousand nine hundred ninety-seven dollars and

2              twenty cents ($2,997.20).)

3      D.     Fees and disbursements for printing totaling one thousand five hundred

4              eighty dollars and fifty-eight cents ($1,580.58) for the cost of reproducing

5              documents necessarily provided to defendant's expert witnesses for

6              purpose of preparing for depositions and trial. (See detailed transaction

7              summary attached hereto as Exhibit D, showing payment to Tecno

8              Reprographics, Inc.)

9      E.     Fees for witnesses in the amount of eighty dollars ($80.00), consisting of

10            statutory per diem payments of forty dollars ($40.00) for each of the one-

11            day deposition appearances of Mohammed Kahalifa, and Alan Margolin,

12            M.D.

13      F.     Fees for exemplification and copies of papers necessarily obtained for use

14            in the case totaling four thousand eighty dollars and fifty-seven cents

15            ($4,080.57), consisting of various payments to Compex Legal Services,

16            Inc. for the cost of obtaining plaintiff's medical records from various

17            health care providers. (See detailed transaction summary attached hereto

18            as Exhibit E; see also additional individual invoices attached hereto as

19            Exhibit G.)

20      I swear under the penalty of perjury under the laws of the State of California that the

21 foregoing is true and correct.

22 DATED: December 11, 2007

23                              Matthew R. Halloran

24

25

26

27

28

**Declaration of Matthew R. Halloran**

# Exhibit A

```
Dec 04 2007   17:01:15      COST DETAIL FIELDS REPORT - Cost Code,MATTER NUMBER SORT                                              PAGE 18
WORK DATES: 010150 TO 123107  cost DETAIL  Exclude Nonbillable

                                                                          LEDGER CODE      AUTHORIZ.   *-DISB.-*   *-BILLED-*   *-CREDIT-*
*MATTER NUMBER* *-----CLIENT-----* *-DESCRIPTION-*  TKPER   DATE  COST CODE  COST CODE  COST LOCATION   AMOUNT       AMOUNT       AMOUNT

5-Filing Fees -
460100.0234      Federated Insuran Walker, Donald v 10072 053007 5          HCOST      SF                150.00         .00          .00
                 SAN FRANCISCO COUNTY SUPERIOR COURT Jury fees
460100.0234      Federated Insuran Walker, Donald v 10072 102606 5          HCOST      SF                335.00       335.00       335.00
                 SAN FRANCISCO COUNTY SUPERIOR COURT First paper
                 filing fee
460100.0234      Federated Insuran Walker, Donald v 10072 040907 5          HCOST      SF                750.00       750.00       750.00
                 ESP/BASF Fee for Early Settlement Program
460100.0234      Federated Insuran Walker, Donald v 10072 040507 5          HCOST      SF                750.00       750.00       750.00
                 SAN FRANCISCO SUPERIOR COURT SF - Fee for Early
                 Settlement Program
460100.0234      Federated Insuran Walker, Donald v 10072 040507 5          HCOST      SF               -750.00      -750.00      -750.00
                 Reversal from Void Check Number: 172918
                 Bank ID: 1 Voucher ID: 71838
                 Vendor: SAN FRANCISCO SUPERIOR COURT
460100.0234      Federated Insuran Walker, Donald v 10072 110206 5          HCOST      SF                335.00       335.00       335.00
                 SAN FRANCISCO COUNTY SUPERIOR COURT Filing fee
                 ... first paper
460100.0234      Federated Insuran Walker, Donald v 10072 053007 5          HCOST      SF               -150.00         .00          .00
                 Reversal from Void Check Number: 173692
                 Bank ID: 1 Voucher ID: 73242
                 Vendor: SAN FRANCISCO COUNTY SUPERIOR COURT
   TOTAL FOR : 460100.0234                                                                             1420.00      1420.00      1420.00

   TOTAL FOR : 5-Filing Fees                                                                           1420.00      1420.00      1420.00
```

# Exhibit B

```
Dec 04 2007    17:01:15    COST DETAIL FIELDS REPORT - Cost Code,MATTER NUMBER SORT                                              PAGE 11

WORK DATES: 010150 TO 123107  cost DETAIL  Exclude Nonbillable

                                                                    LEDGER CODE             AUTHORIZ.  *-DISB.-*    *-BILLED-*   *-CREDIT-*
*MATTER NUMBER* *----CLIENT------*  *-DESCRIPTION-*  TKPER  DATE   COST  CODE  COST LOCATION  AMOUNT      AMOUNT       AMOUNT

22-Process & Subpoena Se -
    Federated Insuran Walker, Donald v 10072 111507 22  HCOST        SF             45.00       45.00         .00
    User defined: 2- Ell8
        Process & Subpoena Service - WHEELS OF JUSTICE
        INC Service to Law Offices of Mark Webb (Inv.
        W2480615)
460100.0234  Federated Insuran Walker, Donald v 10072 053107 22  HCOST   SF        29.50       29.50       29.50
    User defined: 2- Ell8
        ONE LEGAL, INC. Service to Superior Court of
        San Francisco Co. (Inv. 5350216)
460100.0234  Federated Insuran Walker, Donald v 10072 060707 22  HCOST   SF        29.50       29.50       29.50
    User defined: 2- Ell8
        ONE LEGAL, INC. Service to Sup. Court of San
        Francisco Co. (Inv. 5351558)
460100.0234  Federated Insuran Walker, Donald v 10072 060607 22  HCOST   SF        31.50       31.50       31.50
    User defined: 2- Ell8
        ONE LEGAL, INC. Service to Sup. Court of San
        Francisco Co. (Inv. 5351624)
460100.0234  Federated Insuran Walker, Donald v 10072 033007 22  HCOST   SF       275.50      275.50      275.50
        ONE LEGAL, INC. Service to Superior Court of SF
        Co.-Notice of Mtn: Memo P&A. Separate Statement
        (Inv. 5348247)
460100.0234  Federated Insuran Walker, Donald v 10072 021607 22  HCOST   SF        29.50       29.50       29.50
    User defined: 2- Ell8
        ONE LEGAL, INC. Service to SF Superior
        Court-ONE (Inv. 5349140)
460100.0234  Federated Insuran Walker, Donald v 10072 033007 22  HCOST   SF       535.00      535.00      535.00
        ONE LEGAL, INC. Service to Superior Court of SF
        Co.-Notice of Mtn: Memo P&A. Separate Statement
        (Inv. 5348267)
460100.0234  Federated Insuran Walker, Donald v 10072 033107 22  HCOST   SF       277.00      277.00      277.00
        ONE LEGAL, INC. Service to Superior Court of SF
        County-Notice of Mtn, etc. (Inv. 5348252)
460100.0234  Federated Insuran Walker, Donald v 10072 060607 22  HCOST   SF       -31.50      -31.50         .00
460100.0234  Federated Insuran Walker, Donald v 10072 060607 22  HCOST   SF       -29.50      -29.50         .00
460100.0234  Federated Insuran Walker, Donald v 10072 060607 22  HCOST   SF        31.50       31.50         .00
460100.0234  Federated Insuran Walker, Donald v 10072 060707 22  HCOST   SF        29.50       29.50         .00
460100.0234  Federated Insuran Walker, Donald v 10072 061407 22  HCOST   SF        29.50       29.50         .00
460100.0234  Federated Insuran Walker, Donald v 10072 061407 22  HCOST   SF       -29.50      -29.50         .00
460100.0234  Federated Insuran Walker, Donald v 10072 061407 22  HCOST   SF        29.50       29.50       29.50
    User defined: 2- Ell8
        ONE LEGAL, INC. Service to Superior Court of
        San Francisco Co. (Inv. 5351727)

    TOTAL FOR : 460100.0234                                                      1282.00     1282.00     1237.00

TOTAL FOR : 22-Process & Subpoena Se                                            1282.00     1282.00     1237.00
```

Exhibit C

Dec 04 2007    17:01:15    COST DETAIL FIELDS REPORT - Cost Code,MATTER NUMBER SORT                                      PAGE 12

WORK DATES: 010150 TO 123107    Cost DETAIL    Exclude Nonbillable

| *MATTER NUMBER* | *-----CLIENT*-----* *-DESCRIPTION-* TKPER DATE COST CODE | LEDGER CODE | COST LOCATION | AUTHORIZ. | *-DISB.-* AMOUNT | *-BILLED-* AMOUNT | *-CREDIT-* AMOUNT |
|---|---|---|---|---|---|---|---|
| 3-Deposition Transcripts - | | | | | | | |
| 460100.0234 | Federated Insuran Walker, Donald v 10072 061407 3 | HCOST | SF | | 643.90 | 643.90 | .00 |
| 460100.0234 | Federated Insuran Walker, Donald v 10072 061407 3 | HCOST | SF | | -643.90 | -643.90 | .00 |
| 460100.0234 | Federated Insuran Walker, Donald v 10072 061407 3 | HCOST | SF | | 643.90 | 643.90 | 643.90 |
| | TOOKER & ANTZ Depo Transcript of Robert Fallche and Steven Rios (Inv. 1913) | | | | | | |
| 460100.0234 | Federated Insuran Walker, Donald v 10072 103107 3 | HCOST | SF | | 400.00 | 400.00 | 400.00 |
| | Deposition Transcripts - ALLAN MARGOLIN, M.D. depo - pltf's treating physician | | | | | | |
| 460100.0234 | Federated Insuran Walker, Donald v 10072 043007 3 | HCOST | SF | | 80.00 | 80.00 | 80.00 |
| | CAPITOL CITY VIDEO, INC. Depo -DVD Copies - David Harris and Mike Traux (Inv.1662) | | | | | | |

1,123.90

TOTAL FOR : 3-Deposition Transcripts

# Exhibit D

# 157CA-01G-004100-R

SAN FRANCISCO PETROLEUM CO INC                                Page    3

## DETAILED TRANSACTIONS BY COVERAGE CODE

| Date  Payee | Cov Code | Loss Amount | Loss Expense | Check Number  Req | Check Status | Check Weeks/Days | Total Weeks/Days |
|---|---|---|---|---|---|---|---|
| | 251-16 | | ▬▬▬ | G2166764 JPM | Clrd 10-23-07 | | |
| | 251-16 | | | | RDK | | |
| | 251-16 | | ▬▬▬ | 175844 JPM | | | |
| | 251-16 | | ▬▬▬ | G2173793 JPM | Clrd 11-01-07 | | |
| | 251-16 | | ▬▬▬ | G2175324 JPM | Clrd 11-05-07 | | |
| | 251-16 | | ▬▬▬ | G2161575 JPM | Clrd 11-06-07 | | |
| | 251-16 | | ▬▬▬ | G2185716 JPM | Clrd 11-19-07 | | |
| | 251-16 | | ▬▬▬ | G2185719 JPM | Clrd 11-19-07 | | |
| | 251-16 | | ▬▬▬ | G2185720 JPM | Clrd 11-19-07 | | |
| | 251-16 | | ▬▬▬ | G2185722 JPM | Clrd 11-19-07 | | |
| | 251-16 | | ▬▬▬ | G2166676 JPM | Clrd 11-20-07 | | |
| | 251-16 | | ▬▬▬ | G2190413 JPM | Clrd 11-27-07 | | |
| | 251-16 | | ▬▬▬ | G2191565 JPM | Clrd 11-29-07 | | |
| | 251-16 | | ▬▬▬ | G2194432 JPM | Clrd 12-03-07 | | |
| | 251-16 | | ▬▬▬ | G2194840 JPM | Clrd 12-04-07 | | |
| 11-28-07 TECNO REPROGRAPHICS INC  INVOICE 27316 | 251-16 | | 1,580.58 OTHR | G2194842 JPM | Clrd 12-07-07 | | |
| | 251-16 | | ▬▬▬ | G2187600 JPM | Clrd 12-04-07 | | |

GRAND TOTAL FOR CLAIMANT    ▬▬▬    ▬▬▬

Printed: 12-11-07

# Exhibit E

# 157CA-01G-004100-R

SAN FRANCISCO PETROLEUM CO INC                                    Page    2

## DETAILED TRANSACTIONS BY COVERAGE CODE

| Date   Payee | Cov Code | Loss Amount | Loss Expense | Check Number | Req | Check Status | Check Weeks/Days | Total Weeks/Days |
|---|---|---|---|---|---|---|---|---|
|  | 251-16 |  | ██ OTHR | G2084729 | JPM | Clrd 06-25-07 |  |  |
|  | 251-16 |  | ██ OTHR | G2084729 | JPM |  |  |  |
| 06-18-07 COMPEX LEGAL SERVICES INC | 251-16 |  | 50.00 OTHR | G2085815 | JPM | Clrd 06-25-07 |  |  |
|   INVOICE 17891711 |  |  |  |  |  |  |  |  |
| 06-19-07 COMPEX LEGAL SERVICES INC | 251-16 |  | 50.00 OTHR | G2086684 | JPM | Clrd 06-25-07 |  |  |
|   INVOICE 17892598 |  |  |  |  |  |  |  |  |
|  | 251-16 |  | ██ | G2083935 | JPM | Clrd 07-03-07 |  |  |
|  | 251-16 |  | ██ | G2083935 | JPM |  |  |  |
|  | 251-16 |  | ██ | G2084011 | JPM | Clrd 07-03-07 |  |  |
|  | 251-16 |  | ██ | G2084011 | JPM |  |  |  |
| 07-10-07 COMPEX LEGAL SERVICES INC | 251-16 |  | 50.00 OTHR | G2099461 | JPM | Clrd 07-16-07 |  |  |
|   INVOICE 17901658 |  |  |  |  |  |  |  |  |
|   MEDICAL RECORDS DON WALKER |  |  |  |  |  |  |  |  |
|  | 251-16 |  | ██ | G2099461 | JPM |  |  |  |
| 09-06-07 COMPEX LEGAL SERVICES INC | 251-16 |  | 50.00 OTHR | G2137098 | JPM | Clrd 09-12-07 |  |  |
|   INVOICE 17936954 |  |  |  |  |  |  |  |  |
|  | 251-16 |  | ██ | G2137098 | JPM |  |  |  |
| 09-05-07 COMPEX LEGAL SERVICES INC | 251-16 |  | 85.00 OTHR | G2137102 | JPM | Clrd 09-12-07 |  |  |
|   INVOICES 17936955  17936956 |  |  |  |  |  |  |  |  |
|  | 251-16 |  | ██ | G2137102 | JPM |  |  |  |
| 09-11-07 COMPEX LEGAL SERVICES INC | 251-16 |  | 85.00 OTHR | G2140866 | JPM | Clrd 09-17-07 |  |  |
|   INVOICES 17939998, 17939697 |  |  |  |  |  |  |  |  |
|  | 251-16 |  | ██ | G2140866 | JPM |  |  |  |
|  | 251-16 |  | ██ |  | RDK |  |  |  |
|  | 251-16 |  | ██ | G2143869 | JPM | Clrd 10-09-07 |  |  |
|  | 251-16 |  | ██ | G2143869 | JPM |  |  |  |
|  | 251-16 |  | ██ | G2146344 | JPM | Clrd 10-09-07 |  |  |
|  | 251-16 |  | ██ | G2146344 | JPM |  |  |  |
| 10-01-07 COMPEX LEGAL SERVICES INC | 251-16 |  | 65.00 OTHR | G2154209 | JPM | Clrd 10-05-07 |  |  |
|   INVOICE 17963449 |  |  |  |  |  |  |  |  |
| 10-16-07 COMPEX LEGAL SERVICES INC | 251-16 |  | 284.35 OTHR | G2164285 | JPM | Clrd 10-22-07 |  |  |
|   INVOICES 17963813 17963816 17964082 17964142 |  |  |  |  |  |  |  |  |
|   17964177 |  |  |  |  |  |  |  |  |

Printed: 12-11-07

# 157CA-01G-004100-R

SAN FRANCISCO PETROLEUM CO INC                                    Page    3

## DETAILED TRANSACTIONS BY COVERAGE CODE

| Date | Payee | Cov Code | Loss Amount | Loss Expense | Check Number | Req | Check Status | Check Weeks/Days | Total Weeks/Days |
|------|-------|----------|-------------|--------------|--------------|-----|--------------|------------------|------------------|
| 10-18-07 | COMPEX LEGAL SERVICES INC | 251-16 | | 799.25 OTHR | G2166764 | JPM | Clrd 10-23-07 | | |
| | INVOICE 17965683 17965689 17965776 17966791 | | | | | | | | |
| | 17966814 | | | | | | | | |
| | ▬▬▬▬▬▬▬▬▬▬▬ | 251-16 | | ▬▬▬▬▬ | | RDK | | | |
| | ▬▬▬▬▬▬▬▬▬▬▬ | 251-16 | | ▬▬▬▬▬ | 175844 | JPM | | | |
| | ▬▬▬▬▬ | | | | | | | | |
| 10-29-07 | COMPEX LEGAL SERVICES INC | 251-16 | | 50.00 OTHR | G2173793 | JPM | Clrd 11-01-07 | | |
| | INVOICE 17971032 | | | | | | | | |
| 10-30-07 | COMPEX LEGAL SERVICES INC | 251-16 | | 194.99 OTHR | G2175324 | JPM | Clrd 11-05-07 | | |
| | INVOICE 17973058 17973067 | | | | | | | | |
| | ▬▬▬▬▬▬▬▬▬▬▬ | 251-16 | | ▬▬▬▬▬ | G2161575 | JPM | Clrd 11-05-07 | | |
| 11-13-07 | COMPEX LEGAL SERVICES INC | 251-16 | | 50.00 OTHR | G2185716 | JPM | Clrd 11-19-07 | | |
| | INVOICE 17979290 | | | | | | | | |
| 11-13-07 | COMPEX LEGAL SERVICES INC | 251-16 | | 999.67 OTHR | G2185719 | JPM | Clrd 11-19-07 | | |
| | INVOICES 17960374 17973565 | | | | | | | | |
| 11-13-07 | COMPEX LEGAL SERVICES INC | 251-16 | | 71.65 OTHR | G2345720 | JPM | Clrd 11-19-07 | | |
| | INVOICE 17978949 | | | | | | | | |
| 11-13-07 | COMPEX LEGAL SERVICES INC | 251-16 | | 50.00 OTHR | G2185722 | JPM | Clrd 11-19-07 | | |
| | INVOICE 17978694 | | | | | | | | |
| 11-24-07 | COMPEX LEGAL SERVICES INC | 251-16 | | 95.00 OTHR | G2186676 | JPM | Clrd 11-20-07 | | |
| | INVOICE 17991284 | | | | | | | | |
| 11-20-07 | COMPEX LEGAL SERVICES INC | 251-16 | | 472.04 OTHR | G2190413 | JPM | Clrd 11-27-07 | | |
| | INVOICE 6035760 | | | | | | | | |
| 11-21-07 | COMPEX LEGAL SERVICES INC | 251-16 | | 78.00 OTHR | G2191565 | JPM | Clrd 11-29-07 | | |
| | INVOICE 17984504 | | | | | | | | |
| 11-28-07 | COMPEX LEGAL SERVICES INC | 251-16 | | 75.00 OTHR | G2194432 | JTM | Clrd 12-03-07 | | |
| | INVOICE 17989019 | | | | | | | | |
| 11-28-07 | COMPEX LEGAL SERVICES INC | 251-16 | | 90.62 OTHR | G2194840 | JPM | Clrd 12-06-07 | | |
| | INVOICE 17991188 | | | | | | | | |
| ▬▬▬▬▬▬▬▬▬▬▬ | | 251-16 | | ▬▬▬▬▬ OTHR | G2194842 | JPM | Clrd 12-07-07 | | |
| | ▬▬▬▬▬ | 251-16 | | ▬▬▬▬▬ | G2187600 | JPM | Clrd 12-04-07 | | |
| | ▬▬▬▬▬ | | | | | | | | |

WALKER V PACIFIC PRIDE

GRAND TOTAL FOR CLAIMANT    ▬▬▬▬▬    ▬▬▬▬▬▬▬▬▬▬▬

Printed: 12-11-07

Exhibit F

# 157CA-01G-004100-R

SAN FRANCISCO PETROLEUM CO INC
2121 3RD ST
SAN FRANCISCO CA 94107
Bus. Phone : (415)621-5226

Page   1
OCCURRED DATE: 07-21-05
REGULAR Procedure - HO Corresp.

CLAIM STATUS: Open
CLOSING DATE: _____
DESTRUCTION DATE: _____

## DETAILED TRANSACTIONS BY COVERAGE CODE

SUMMARY FOR COV CODE(S)

| Cov Code | Description | | Loss Amount | Loss Expense | Deductible Receivable Loss Amount | Deductible Applied Loss Amount | Retention Receivable Loss Amount | Retention Applied Loss Amount | Retention Receivable Loss Expense | Retention Applied Loss Expense |
|---|---|---|---|---|---|---|---|---|---|---|
| 251-16 | BODILY INJURY | ▬▬ | ▬▬ | ▬▬ | ▬▬ | ▬▬ | ▬▬ | ▬▬ | ▬▬ | ▬▬ |
| GRAND TOTALS | | ▬▬ | ▬▬ | ▬▬ | ▬▬ | ▬▬ | ▬▬ | ▬▬ | ▬▬ | ▬▬ |

| Date | Payee | Cov Code | Loss Amount | Loss Expense | Check Number | Req | Check Status | Check Weeks/Days | Total Weeks/Days |
|---|---|---|---|---|---|---|---|---|---|
| CLAIMANT: | DONALD WALKER | | | | | | | | |
| | ▬▬▬ | 251-16 | | ▬▬ | G1980062 | JPM | Clrd 02-05-07 | | |
| | ▬▬▬ | 251-16 | | ▬▬ | G1980062 | JPM | | | |
| 02-23-07 | SCHMITT & LEHMANN INC | 251-16 | | 625.50 OTHR | G2009359 | JPM | Clrd 03-02-07 | | |
| | INVOICE 17428 | | | | | | | | |
| 04-13-07 | FREDERICK TOOKER | 251-16 | | 310.25 OTHR | G2043138 | JPM | Clrd 04-20-07 | | |
| | INV 2513 | | | | | | | | |
| | ▬▬▬ | 251-16 | | ▬▬ | G2043138 | JPM | | | |
| 05-09-07 | FREDERICK TOOKER | 251-16 | | 330.90 OTHR | G2059687 | JPM | Clrd 05-21-07 | | |
| | INVOICE 2936 | | | | | | | | |
| | DON WALKER V PACIFIC PRIDE | 251-16 | | ▬▬ | G2059687 | JPM | | | |
| 05-15-07 | BERMAN COURT REPORTING | 251-16 | | 419.40 OTHR | G2063312 | JPM | Clrd 05-23-07 | | |
| | INVOICE 7058 | | | | | | | | |
| | RE WALKER V PACIFIC PRIDE | 251-16 | | ▬▬ | G2063312 | JPM | | | |
| | ▬▬▬ | 251-16 | | ▬▬ | G2065915 | JPM | Clrd 06-06-07 | | |
| | ▬▬▬ | 251-16 | | ▬▬ | G2065915 | JPM | | | |
| 05-31-07 | DAVID MORSE & ASSOCIATES INC | 251-16 | | 458.64 UNAL | G2066011 | JPM | Clrd 06-06-07 | | |
| | INVOICE SA292177 | | | | | | | | |

Printed: 12-11-07

# 157CA-01G-004100-R

SAN FRANCISCO PETROLEUM CO INC                    Page    2

## DETAILED TRANSACTIONS BY COVERAGE CODE

| Date | Payee | Cov Code | Loss Amount | Loss Expense | Check Number | Req | Check Status | Check Weeks/Days | Total Weeks/Days |
|------|-------|----------|-------------|--------------|--------------|-----|--------------|------------------|------------------|
| 06-15-07 | JIL STEPHENSON | 251-16 | | 601.15 OTHR | G2084729 | JPM | Clrd 06-25-07 | | |
| | INVOICE 2003779 | | | | | | | | |
| | DON WALKER V PACIFIC PRIDE | | | | | | | | |
| | | 251-16 | | | G2084729 | JPM | | | |
| | | 251-16 | | | G2085815 | JPM | Clrd 06-25-07 | | |
| | | 251-16 | | | G2086664 | JPM | Clrd 06-25-07 | | |
| | | 251-16 | | | G2083935 | JPM | Clrd 07-03-07 | | |
| | | 251-16 | | | G2083935 | JPM | | | |
| | | 251-16 | | | G2084011 | JPM | Clrd 07-03-07 | | |
| | | 251-16 | | | G2084011 | JPM | | | |
| | | 251-16 | | | G2089461 | JPM | Clrd 07-16-07 | | |
| | | 251-16 | | R | G2089461 | JPM | | | |
| | | 251-16 | | | G2137098 | JPM | Clrd 09-12-07 | | |
| | | 251-16 | | | G2137098 | JPM | | | |
| | | 251-16 | | | G2137102 | JPM | Clrd 09-12-07 | | |
| | | 251-16 | | | G2137102 | JPM | | | |
| | | 251-16 | | | G2140866 | JPM | Clrd 09-17-07 | | |
| | | 251-16 | | | G2140865 | JPM | | | |
| | | 251-16 | | S | | RDK | | | |
| | | 251-16 | | | G2143869 | JPM | Clrd 10-09-07 | | |
| | | 251-16 | | | G2143869 | JPM | | | |
| | | 251-16 | | | G2146344 | JPM | Clrd 10-09-07 | | |
| | | 251-16 | | | G2146344 | JPM | | | |
| | | 251-16 | | | G2154209 | JPM | Clrd 10-05-07 | | |
| | | 251-16 | | | G2164285 | JPM | Clrd 10-22-07 | | |

                                          Printed: 12-11-07

Exhibit G

INVOICE NO.: 17903007
ORDER DATE: 05/19/07
INVOICE DATE: 07/01/07



# COMPEX
*Legal Services, Inc.*

TERMS : NET ON RECEIPT

TAX ID: 95-4443964

CASE NAME: DAVID WALKER V PACIFIC PRIDE S
RECORDS OF: WALKER, DAVID
CLIENT/INSURED: PACIFIC PRIDE SERVICES
FILE/CLAIM NO.: 460100.0234/01G-4100
DATE OF LOSS: 07/21/2006

PLEASE REMIT TO:
P.O. BOX 2738
TORRANCE, CA 90509-2738
TEL 800.788.8831
FAX 310.781.9720

BILLED TO:
  FEDERATED INSURANCE COMPANY
  P.O. BOX 3150
  RANCHO CORDOVA, CA 95741-3150
  JOE MORRO

ORDERED BY:
  WRIGHT, ROBINSON, OSTHIMER & TATUM
  44 MONTGOMERY STREET, SUITE 1800
  SAN FRANCISCO, CA 94104
  TED GARDNER

| Item | | | | |
|---|---|---|---|---|
| 817025- A | MARIN GENERAL HOSPITAL, GREEN BRAE (RADIOLOGY) CLAUSE: FILMS ONLY CLOSED: PER CLIENT | Basic Charge - Subpoena | 1 | 35.00 | 35.00 |
| | | Field Trip | 2 | .00 | .00 |
| | | Postage & Delivery | 1 | .00 | .00 |
| | | Custodial Fee | 1 | 15.00 | 15.00 |
| | | SUB TOTAL | | | 50.00 |
| | | TOTAL DUE | | | 50.00 |

17903007 -> PLEASE USE 8 DIGIT INVOICE NUMBER TO INSURE PROMPT CREDIT

DOCUMENT2/OMAC_PUBOK

**INVOICE NO.: 17903008**
**ORDER DATE: 05/19/07**
**INVOICE DATE: 07/01/07**



## COMPEX
*Legal Services, Inc.*

**TERMS : NET ON RECEIPT**

**TAX ID: 95-4443964**

| | |
|---|---|
| **CASE NAME: DAVID WALKER V PACIFIC PRIDE S** | **PLEASE REMIT TO:** |
| **RECORDS OF: WALKER, DAVID** | **P.O. BOX 2738** |
| **CLIENT/INSURED: PACIFIC PRIDE SERVICES** | **TORRANCE, CA 90509-2738** |
| **FILE/CLAIM NO.: 460100.0234/01G-4100** | **TEL 800.788.8831** |
| **DATE OF LOSS: 07/21/2006** | **FAX 310.781.9720** |

**BILLED TO:**
FEDERATED INSURANCE COMPANY
P.O. BOX 3150
RANCHO CORDOVA, CA 95741-3150
JOE MORRO

**ORDERED BY:**
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 MONTGOMERY STREET, SUITE 1800
SAN FRANCISCO, CA 94104
TED GARDNER

| 817025- B | MARIN GENERAL HOSPITAL, GREEN BRAE | Basic Charge - Subpoena | 1 | 35.00 | 35.00 |
|---|---|---|---|---|---|
| | CLAUSE: BILLING | Field Trip | 2 | .00 | .00 |
| | CLOSED: PER CLIENT | Postage & Delivery | 1 | .00 | .00 |
| | | Custodial Fee | 1 | 15.00 | 15.00 |
| | | **SUB TOTAL** | | | 50.00 |
| | | **TOTAL DUE** | | | 50.00 |

**17903008 -> PLEASE USE 8 DIGIT INVOICE NUMBER TO INSURE PROMPT CREDIT**

DOCUMENTS/INVOICE_PO.BOX

INVOICE NO.: 17903010                               TERMS : NET ON RECEIPT
ORDER DATE: 05/19/07
INVOICE DATE: 07/01/07                                                  TAX ID: 95-4443964

CASE NAME: DAVID WALKER V PACIFIC PRIDE S          PLEASE REMIT TO:
RECORDS OF: WALKER, DAVID                          P.O. BOX 2738
CLIENT/INSURED: PACIFIC PRIDE SERVICES             TORRANCE, CA 90509-2738
FILE/CLAIM NO.: 460100.0234/01G-4100               TEL 800.788.8831
DATE OF LOSS: 07/21/2006                           FAX 310.781.9720

BILLED TO:                                         ORDERED BY:
   FEDERATED INSURANCE COMPANY                        WRIGHT, ROBINSON, OSTHIMER & TATUM
   P.O. BOX 3150                                      44 MONTGOMERY STREET, SUITE 1800
   RANCHO CORDOVA, CA 95741-3150                      SAN FRANCISCO, CA 94104
   JOE MORRO                                          TED GARDNER

| 817025- D | UCSF/MT. ZION MEDICAL CENTER | Basic Charge - Subpoena | 1 | 35.00 | 35.00 |
|           | (BILLING) | Field Trip | 1 | .00 | .00 |
|           | CLAUSE: BILLING | Postage & Delivery | 1 | .00 | .00 |
|           | CLOSED: PER CLIENT | Custodial Fee | 1 | 15.00 | 15.00 |
|           |   | SUB TOTAL | | | 50.00 |
|           |   | TOTAL DUE | | | 50.00 |

17903010 -> PLEASE USE 8 DIGIT INVOICE NUMBER TO INSURE PROMPT CREDIT

DOCUMENTERMWMAC_PCL.DOC

**INVOICE NO.: 17903012**
**ORDER DATE: 05/19/07**
**INVOICE DATE: 07/01/07**

 **COMPEX**
*Legal Services, Inc.*

**TERMS : NET ON RECEIPT**

**TAX ID: 95-4443964**

**CASE NAME: DAVID WALKER V PACIFIC PRIDE S**
**RECORDS OF: WALKER, DAVID**
**CLIENT/INSURED: PACIFIC PRIDE SERVICES**
**FILE/CLAIM NO.: 460100.0234/01G-4100**
**DATE OF LOSS: 07/21/2006**

**PLEASE REMIT TO:**
**P.O. BOX 2738**
**TORRANCE, CA 90509-2738**
**TEL 800.788.8831**
**FAX 310.781.9720**

BILLED TO:
  FEDERATED INSURANCE COMPANY
  P.O. BOX 3150
  RANCHO CORDOVA, CA 95741-3150
  JOE MORRO

ORDERED BY:
  WRIGHT, ROBINSON, OSTHIMER & TATUM
  44 MONTGOMERY STREET, SUITE 1800
  SAN FRANCISCO, CA 94104
  TED GARDNER

| | | | | | |
|---|---|---|---|---|---|
| 817025- F | NOVATO COMMUNITY HOSPITAL, NO VATO | Basic Charge - Subpoena | 1 | 35.00 | 35.00 |
| | | Field Trip | 1 | .00 | .00 |
| | CLAUSE: MEDICAL RECORD | Postage & Delivery | 1 | .00 | .00 |
| | CLOSED: PER CLIENT | Custodial Fee | 1 | 15.00 | 15.00 |
| | | SUB TOTAL | | | 50.00 |
| | | TOTAL DUE | | | 50.00 |

**17903012 -> PLEASE USE 8 DIGIT INVOICE NUMBER TO INSURE PROMPT CREDIT**

INVOICE NO.: 17903014
ORDER DATE: 05/19/07
INVOICE DATE: 07/01/07


**COMPEX**
*Legal Services, Inc.*

TERMS : NET ON RECEIPT

TAX ID: 95-4443964

CASE NAME: DAVID WALKER V PACIFIC PRIDE S
RECORDS OF: WALKER, DAVID
CLIENT/INSURED: PACIFIC PRIDE SERVICES
FILE/CLAIM NO.: 460100.0234/01G-4100
DATE OF LOSS: 07/21/2006

PLEASE REMIT TO:
P.O. BOX 2738
TORRANCE, CA 90509-2738
TEL 800.788.8831
FAX 310.781.9720

BILLED TO:
  FEDERATED INSURANCE COMPANY
  P.O. BOX 3150
  RANCHO CORDOVA, CA 95741-3150
  JOE MORRO

ORDERED BY:
  WRIGHT, ROBINSON, OSTHIMER & TATUM
  44 MONTGOMERY STREET, SUITE 1800
  SAN FRANCISCO, CA 94104
  TED GARDNER

| 817025- G | SAN FRANCISCO PETROLEUM | Basic Charge – Subpoena | 1 | 35.00 | 35.00 |
|---|---|---|---|---|---|
| | CLAUSE: PAY/EMPLY/MED | Field Trip | 2 | .00 | .00 |
| | CLOSED: PER CLIENT | Postage & Delivery | 1 | .00 | .00 |
| | | SUB TOTAL | | | 35.00 |
| | | TOTAL DUE | | | 35.00 |

17903014 -> **PLEASE USE 8 DIGIT INVOICE NUMBER TO INSURE PROMPT CREDIT**

DOCUMENTINVNMAE_PCL.DOC

INVOICE NO.: 17903015
ORDER DATE: 05/23/07
INVOICE DATE: 07/01/07


**COMPEX**
*Legal Services, Inc.*

TERMS : NET ON RECEIPT

TAX ID: 95-4443964

CASE NAME: DAVID WALKER V PACIFIC PRIDE S
RECORDS OF: WALKER, DAVID
CLIENT/INSURED: PACIFIC PRIDE SERVICES
FILE/CLAIM NO.: 460100.0234/01G-4100
DATE OF LOSS: 07/21/2006

PLEASE REMIT TO:
P.O. BOX 2738
TORRANCE, CA 90509-2738
TEL 800.788.8831
FAX 310.781.9720

BILLED TO:
  FEDERATED INSURANCE COMPANY
  P.O. BOX 3150
  RANCHO CORDOVA, CA 95741-3150
  JOE MORRO

ORDERED BY:
  WRIGHT, ROBINSON, OSTHIMER & TATUM
  44 MONTGOMERY STREET, SUITE 1800
  SAN FRANCISCO, CA 94104
  TED GARDNER

| | | | | | |
|---|---|---|---|---|---|
| 817025- H | MARIN GENERAL HOSPITAL, GREEN BRAE | Basic Charge - Subpoena | 1 | 35.00 | 35.00 |
| | | Field Trip | 2 | .00 | .00 |
| | CLAUSE: MEDICAL RECORD | Postage & Delivery | 1 | .00 | .00 |
| | CLOSED: PER CLIENT | Custodial Fee | 1 | 15.00 | 15.00 |
| | | SUB TOTAL | | | 50.00 |
| | | TOTAL DUE | | | 50.00 |

17903015 -> PLEASE USE 8 DIGIT INVOICE NUMBER TO INSURE PROMPT CREDIT

INVOICE NO.: 17903016

ORDER DATE: 05/23/07

INVOICE DATE: 07/01/07


**COMPEX**
*Legal Services, Inc.*

TERMS : NET ON RECEIPT

TAX ID: 95-4443964

CASE NAME: DAVID WALKER V PACIFIC PRIDE S

RECORDS OF: WALKER, DAVID

CLIENT/INSURED: PACIFIC PRIDE SERVICES

FILE/CLAIM NO.: 460100.0234/01G-4100

DATE OF LOSS: 07/21/2006

PLEASE REMIT TO:

P.O. BOX 2738

TORRANCE, CA 90509-2738

TEL 800.788.8831

FAX 310.781.9720

BILLED TO:
FEDERATED INSURANCE COMPANY
P.O. BOX 3150
RANCHO CORDOVA, CA 95741-3150
JOE MORRO

ORDERED BY:
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 MONTGOMERY STREET, SUITE 1800
SAN FRANCISCO, CA 94104
TED GARDNER

| 817025- I | NOVATO COMMUNITY HOSPITAL, GR EENBRAE (BILLING) CLAUSE: BILLING CLOSED: PER CLIENT | Basic Charge - Subpoena | 1 | 35.00 | 35.00 |
|---|---|---|---|---|---|
| | | Field Trip | 2 | .00 | .00 |
| | | Postage & Delivery | 1 | .00 | .00 |
| | | Custodial Fee | 1 | 15.00 | 15.00 |
| | | SUB TOTAL | | | 50.00 |
| | | TOTAL DUE | | | 50.00 |

17903016 ->    PLEASE USE 8 DIGIT INVOICE NUMBER TO INSURE PROMPT CREDIT

DOCUMENTS\DWMAC_PCI.DOC