# United States District Court
## Northern District of California
### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 07-17373

U.S. District Court Case No. 3:07-cv-02857-SC

Short Case Title  Donald Walker vs. Pacific Pride

Date Notice of Appeal Filed by Clerk of District Court  12/19/07

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| | | |

(attach additional page for designations if necessary)

[X] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[ ] As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

[ ] As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant

Mark L. Webb, Esquire
Law Offices of Mark L. Webb
214 Grant St., Suite 301
San Francisco, CA 94108
(415) 621-4500

Date Transcript Ordered 12/27/07

_____
Signature Attorney/Pro Per Litigant

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporter's transcripts.

Please note the specific instructions below. If there are further questions, contact the District Court Clerk's Office in which your case was filed: San Francisco (415) 522-2000; San Jose (408) 535-5363; or Oakland (510) 637-3530.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**
(1) Pick up form from district court clerk's office when filing the notice of appeal or download an interactive version of form from www.cand.uscourts.gov.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

United States District Court
Northern District of California
Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 07-17373    U.S. District Court Case No. 3:07-cv-02857-SC

Short Case Title  Donald Walker vs. Pacific Pride

Date Notice of Appeal Filed by Clerk of District Court  12/19/07

SECTION A - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
|  |  |  |

(attach additional page for designations if necessary)

[X] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[ ] As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

[ ] As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant
Mark L. Webb, Esquire
Law Offices of Mark L. Webb
214 Grant St., Suite 301
San Francisco, CA 94108
(415) 621-4500

Date Transcript Ordered  12/27/07

_____
Signature Attorney/Pro Per Litigant

SECTION C - To be completed by court reporter.

When the transcript is filed, complete this copy and submit it to the court reporter supervisor.

Date Transcript Filed _____  Court Reporter's Signature _____
                                                                         print last name

Section D

U.S. DISTRICT COURT CLERK, I certify that the record is available in the office of the U.S. District Court.

_____          _____          BY: _____
(U.S. District Court Clerk)               (Date)                                     Deputy Clerk

This copy is the CERTIFICATE OF RECORD. It should be transmitted to the court of appeals by the district clerk when the transcript is filed and the record is complete in the district court.

COPY THREE