AO 133 (Rev. 9/89)  Bill of Costs

# UNITED STATES DISTRICT COURT

<u>Northern</u>   **DISTRICT OF** <u>California</u>

DONALD WALKER

     v.

PACIFIC PRIDE, et al.

**BILL OF COSTS**

Case Number: C 07-2857 SC

Judgment having been entered in the above entitled action on <u>11/27/2007</u>   against <u>plaintiff DONALD WALKER,</u>
the Clerk is requested to tax the following as costs:
               *Date*

| | |
|---|---:|
| | 350.00 |
| Fees of the Clerk ........................................................................... $ | |
|  cost reduced in accordance with LR54-3(d)(3) | |
| Fees for service of summons and subpoena ................................................ | 45.00 |
| | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case ...... | 1,123.90 |
|  cost disallowed, appropriate documentation to support the costs were not attached, LR54-1(a) | |
| Fees and disbursements for printing ..................................................... | -0- |
| | |
| Fees for witnesses (itemize on reverse side) ............................................. | 80.00 |
|  cost disallowed, appropriate documentation to support the costs were not attached, LR54-1(a) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ................. | -0- |
| | |
| Docket fees under 28 U.S.C. 1923 ...................................................... | 0.00 |
| | |
| Costs as shown on Mandate of Court of Appeals .......................................... | 0.00 |
| | |
| Compensation of court-appointed experts ................................................ | 0.00 |
| | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 .......... | 0.00 |
| Other costs (please explain) ..  Exhibit G | 285.00 |
| | |
| **TOTAL** $ | 1,883.90 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill was mailed today with postage prepaid to:

<u>Mark L. Webb, Esq., 214 Grant St., Ste. 301, San Francisco CA, 94108, Phone:</u>
<u>(415) 621-4500, Fax:   (415) 621-4173.</u>

Signature of Attorney: _____

Name of Attorney:  <u>Matthew R. Halloran</u>

For: <u>Pacific Pride Services, Inc.</u>          Date: <u>12/11/2007</u>
      *Name of Claiming Party*

Costs are taxed in the amount of ___<u>$1,883.90</u>_____ and included in this judgment.

_____  By:  <u>/s/ Cora Klein</u>      <u>April 18, 2008</u>
  *Clerk of Court*         *Deputy Clerk*      *Date*

                            AO-133

| WITNESS FEES  (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Mohammed Kahalifa | 1 | 40.00 | | 0.00 | | 0.00 | 40.00 |
| Alan Margolin, M.D. | 1 | 40.00 | | 0.00 | | 0.00 | 40.00 |
| | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| | | | | | | TOTAL | 80.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924.  Verification of bill of costs."
     "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28 which reads in part as follows:**
     "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
     "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6 (e)
     "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
     "Entry of the judgment shall not be delayed for the taxing of costs."

Peter M. Hart, (State Bar No. 107920)
Brad D. Fell, (State Bar No. 212988)
Matthew R. Halloran, (State Bar No. 236461)
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Attorneys for Defendant
PACIFIC PRIDE SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| DONALD WALKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC PRIDE,<br><br>Defendant. | Case No. C 07-2857 SC<br><br>**DECLARATION OF MATTHEW R. HALLORAN IN SUPPORT OF PACIFIC PRIDE SERVICES, INC.'S BILL OF COSTS** |

I, Matthew R. Halloran, declare:

1.     I am an attorney licensed to practice law in the State of California and I am an associate with the law firm of Wright, Robinson, Osthimer & Tatum, attorneys of record for defendant Pacific Pride Services, Inc.

2.     I have first-hand knowledge of all facts contained in this Declaration, and I could, if necessary, testify to them under oath in a court of law.

3.     The Court entered judgment against plaintiff Donald Walker and in favor of defendant Pacific Pride Services, Inc. in this matter on November 27, 2007.

4.     Attached hereto as Exhibits A through C are excerpts from a true and correct copy of counsel for defendant's cost detail report, showing costs and disbursements incurred on

1

Declaration of Matthew R. Halloran

1    defendant's behalf, and subsequently billed to representatives for the defendant.

2       5.     Attached hereto as Exhibits D through F are excerpts from a true and correct copy

3 of a detailed transaction report, showing costs and disbursements billed directly to

4 representatives for the defendant.

5       6.     Attached hereto as Exhibit G are additional true and correct copies of invoices for

6 services provided on defendant's behalf, not reflected in Exhibits A through F.

7       7.     Pacific Pride Services, Inc. incurred twelve thousand five hundred seventy-nine

8 dollars and twenty-five cents ($12,914.25) in necessary costs and disbursements for services

9 actually and necessarily performed on its behalf in the defense of this matter. Those costs and

10 disbursements consist of the following:

11         A.     Fees of the Clerk in the amount of one thousand seven hundred and

12              seventy dollars ($1,770.00). That total consists of: (1) various San

13              Francisco Superior Court Clerk's fees paid on defendant's behalf prior to

14              removal of the matter to the District Court totaling one thousand four

15              hundred twenty dollars ($1,420.00) (see cost detail attached hereto as

16              Exhibit A); and (2) filing fee paid to the District Court Clerk in the

17              amount of three hundred and fifty dollars ($350.00) for filing defendant's

18              Notice of Removal.

19         B.     Fees for service of process and subpoenas totaling one thousand two

20              hundred eighty two dollars ($1,282.00). (See cost detail attached hereto

21              as Exhibit B).

22         C.     Fees for obtaining deposition transcripts and one deposition DVD copy

23              totaling four thousand one hundred twenty-one dollars and ten cents

24              ($4,121.10). (See cost detail attached hereto as Exhibit C showing costs

25              for deposition transcripts totaling one thousand one hundred twenty-three

26              dollars and ninety cents ($1,123.90), and detailed transaction summary

27              attached hereto as Exhibit F showing costs for obtaining deposition

28

**Declaration of Matthew R. Halloran**

1  transcripts totaling two thousand nine hundred ninety-seven dollars and

2  twenty cents ($2,997.20).)

3      D.    Fees and disbursements for printing totaling one thousand five hundred

4  eighty dollars and fifty-eight cents ($1,580.58) for the cost of reproducing

5  documents necessarily provided to defendant's expert witnesses for

6  purpose of preparing for depositions and trial.  (See detailed transaction

7  summary attached hereto as Exhibit D, showing payment to Tecno

8  Reprographics, Inc.)

9      E.    Fees for witnesses in the amount of eighty dollars ($80.00), consisting of

10  statutory per diem payments of forty dollars ($40.00) for each of the one-

11  day deposition appearances of Mohammed Kahalifa, and Alan Margolin,

12  M.D.

13      F.    Fees for exemplification and copies of papers necessarily obtained for use

14  in the case totaling four thousand eighty dollars and fifty-seven cents

15  ($4,080.57), consisting of various payments to Compex Legal Services,

16  Inc. for the cost of obtaining plaintiff's medical records from various

17  health care providers.  (See detailed transaction summary attached hereto

18  as Exhibit E; see also additional individual invoices attached hereto as

19  Exhibit G.)

20      I swear under the penalty of perjury under the laws of the State of California that the

21  foregoing is true and correct.

22  DATED: December 11, 2007

23                    Matthew R. Halloran

24

25

26

27

28

3

**Declaration of Matthew R. Halloran**

# Exhibit A

Dec 04 2007    17:01:15      COST DETAIL FIELDS REPORT - Cost Code,MATTER NUMBER SORT                                    PAGE 18

WORK DATES: 010150 TO 123107   cost DETAIL  Exclude Nonbillable

| *MATTER NUMBER* | *-----CLIENT------* | *-DESCRIPTION-* | TKPER | DATE | COST CODE | LEDGER CODE COST CODE | AUTHORIZ. COST LOCATION | *-DISB.-* AMOUNT | *-BILLED-* AMOUNT | *-CREDIT-* AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 5-Filing Fees | | | | | | | | | | |
| 460100.0234 | Federated Insuran | Walker, Donald v | 10072 | 053007 | 5 | HCOST | SF | 150.00 | .00 | .00 |
| | SAN FRANCISCO COUNTY SUPERIOR COURT Jury fees | | | | | | | | | |
| 460100.0234 | Federated Insuran | Walker, Donald v | 10072 | 102606 | 5 | HCOST | SF | 335.00 | 335.00 | 335.00 |
| | SAN FRANCISCO COUNTY SUPERIOR COURT First paper filing fee | | | | | | | | | |
| 460100.0234 | Federated Insuran | Walker, Donald v | 10072 | 040907 | 5 | HCOST | SF | 750.00 | 750.00 | 750.00 |
| | ESP/BASF Fee for Early Settlement Program | | | | | | | | | |
| 460100.0234 | Federated Insuran | Walker, Donald v | 10072 | 040507 | 5 | HCOST | SF | 750.00 | 750.00 | 750.00 |
| | SAN FRANCISCO SUPERIOR COURT SF - Fee for Early Settlement Program | | | | | | | | | |
| 460100.0234 | Federated Insuran | Walker, Donald v | 10072 | 040507 | 5 | HCOST | SF | -750.00 | -750.00 | -750.00 |
| | Reversal from Void Check Number: 172918 | | | | | | | | | |
| | Bank ID: 1 Voucher ID: 71838 | | | | | | | | | |
| | Vendor: SAN FRANCISCO SUPERIOR COURT | | | | | | | | | |
| 460100.0234 | Federated Insuran | Walker, Donald v | 10072 | 110206 | 5 | HCOST | SF | 335.00 | 335.00 | 335.00 |
| | SAN FRANCISCO COUNTY SUPERIOR COURT Filing fee first paper | | | | | | | | | |
| 460100.0234 | Federated Insuran | Walker, Donald v | 10072 | 053007 | 5 | HCOST | SF | -150.00 | .00 | .00 |
| | Reversal from Void Check Number: 173692 | | | | | | | | | |
| | Bank ID: 1 Voucher ID: 73242 | | | | | | | | | |
| | Vendor: SAN FRANCISCO COUNTY SUPERIOR COURT | | | | | | | | | |
| TOTAL FOR : 460100.0234 | | | | | | | | 1420.00 | 1420.00 | 1420.00 |
| TOTAL FOR : 5-Filing Fees | | | | | | | | 1420.00 | 1420.00 | 1420.00 |

Exhibit B

Dec 04 2007   17:01:15     COST DETAIL FIELDS REPORT - Cost Code,MATTER NUMBER SORT                                              PAGE 11

WORK DATES: 010150 TO 123107   cost DETAIL  Exclude Nonbillable

| *MATTER NUMBER* | *----CLIENT------* | *---DESCRIPTION---* | TKPER | DATE | COST CODE | LEDGER CODE COST CODE | COST LOCATION | AUTHORIZ. | *-DISB.-* AMOUNT | *-BILLED-* AMOUNT | *-CREDIT-* AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 22-Process & Subpoena Se - | | | | | | | | | | | |
| 460100.0234 | Federated Insuran Walker, Donald v 10072 111507 22 | Process & Subpoena Service - WHEELS OF JUSTICE INC Service to Law Offices of Mark Webb (Inv. W2480615) | | | HCOST | | SF | | 45.00 | 45.00 | .00 |
| | User defined: 2- E118 | | | | | | | | | | |
| 460100.0234 | Federated Insuran Walker, Donald v 10072 053107 22 | ONE LEGAL, INC. Service to Superior Court of San Francisco Co. (Inv. 5350216) | | | HCOST | | SF | | 29.50 | 29.50 | 29.50 |
| | User defined: 2- E118 | | | | | | | | | | |
| 460100.0234 | Federated Insuran Walker, Donald v 10072 060707 22 | ONE LEGAL, INC. Service to Sup. Court of San Francisco Co. (Inv. 5351558) | | | HCOST | | SF | | 29.50 | 29.50 | 29.50 |
| | User defined: 2- E118 | | | | | | | | | | |
| 460100.0234 | Federated Insuran Walker, Donald v 10072 060607 22 | ONE LEGAL, INC. Service to Sup. Court of San Francisco Co. (Inv. 5351624) | | | HCOST | | SF | | 31.50 | 31.50 | 31.50 |
| | User defined: 2- E118 | | | | | | | | | | |
| 460100.0234 | Federated Insuran Walker, Donald v 10072 033007 22 | ONE LEGAL, INC. Service to Superior Court of SF Co.-Notice of Mtn: Memo P&A; Separate Statement (Inv. 5348247) | | | HCOST | | SF | | 275.50 | 275.50 | 275.50 |
| | User defined: 2- E118 | | | | | | | | | | |
| 460100.0234 | Federated Insuran Walker, Donald v 10072 021607 22 | ONE LEGAL, INC. Service to SF Superior Court-ONS (Inv. 5329314) | | | HCOST | | SF | | 29.50 | 29.50 | 29.50 |
| | User defined: 2- E118 | | | | | | | | | | |
| 460100.0234 | Federated Insuran Walker, Donald v 10072 033007 22 | ONE LEGAL, INC. Service to Superior Court of SF Co.-Notice of Mtn: Memo P&A; Seperate Statement (Inv. 5348267) | | | HCOST | | SF | | 535.00 | 535.00 | 535.00 |
| | User defined: 2- E118 | | | | | | | | | | |
| 460100.0234 | Federated Insuran Walker, Donald v 10072 033107 22 | ONE LEGAL, INC. Service to Superior Court of SF County-Notice of Mtn, etc. (Inv. 5348252) | | | HCOST | | SF | | 277.00 | 277.00 | 277.00 |
| 460100.0234 | Federated Insuran Walker, Donald v 10072 060607 22 | | | | HCOST | | SF | | -31.50 | -31.50 | .00 |
| 460100.0234 | Federated Insuran Walker, Donald v 10072 060607 22 | | | | IICOST | | SF | | -29.50 | -29.50 | .00 |
| 460100.0234 | Federated Insuran Walker, Donald v 10072 060607 22 | | | | HCOST | | SF | | 31.50 | 31.50 | .00 |
| 460100.0234 | Federated Insuran Walker, Donald v 10072 060707 22 | | | | HCOST | | SF | | 29.50 | 29.50 | .00 |
| 460100.0234 | Federated Insuran Walker, Donald v 10072 061407 22 | | | | HCOST | | SF | | -29.50 | -29.50 | .00 |
| 460100.0234 | Federated Insuran Walker, Donald v 10072 061407 22 | | | | HCOST | | SF | | -29.50 | -29.50 | .00 |
| 460100.0234 | Federated Insuran Walker, Donald v 10072 061407 22 | ONE LEGAL, INC. Service to Superior Court of San Francisco Co. (Inv. 5351727) | | | HCOST | | SF | | 29.50 | 29.50 | 29.50 |
| | User defined: 2- E118 | | | | | | | | | | |

TOTAL FOR : 460100.0234                                                                                                          1282.00    1282.00    1237.00

TOTAL FOR : 22-Process & Subpoena Se                                                                                             1282.00    1282.00    1237.00

Exhibit C

Dec 04 2007  17:01:15    COST DETAIL FIELDS REPORT - Cost Code,MATTER NUMBER SORT                                        PAGE 12

WORK DATES: 010150 TO 123107  cost DETAIL Exclude Nonbillable

| *MATTER NUMBER* | *----CLIENT*-----* | *-DESCRIPTION-* | TKFER | DATE | COST CODE | LEDGER CODE | COST LOCATION | AUTHORIZ. | *-DISB.-* AMOUNT | *-BILLED-* AMOUNT | *-CREDIT-* AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3-Deposition Transcripts - | | | | | | | | | | | |
| 460100.0234 | Federated Insuran Walker, Donald v | 10072 | 061407 | 3 | HCOST | SF | | | 643.90 | 643.90 | .00 |
| 460100.0234 | Federated Insuran Walker, Donald v | 10072 | 061407 | 3 | HCOST | SF | | | -643.90 | -643.90 | .00 |
| 460100.0234 | Federated Insuran Walker, Donald v | 10072 | 061407 | 3 | HCOST | SF | | | 643.90 | 643.90 | 643.90 |
| | TOOKER & ANTZ Depo Transcript of Robert Falliche and Steven Rios (Inv. 1913) | | | | | | | | | | |
| 460100.0234 | Federated Insuran Walker, Donald v | 10072 | 103107 | 3 | HCOST | SF | | | 400.00 | 400.00 | 400.00 |
| | Deposition Transcripts - ALLAN MARGOLIN, M.D. depo - pltf's treating physician | | | | | | | | | | |
| 460100.0234 | Federated Insuran Walker, Donald v | 10072 | 043007 | 3 | HCOST | SF | | | 80.00 | 80.00 | 80.00 |
| | CAPITOL CITY VIDEO, INC. Depo - DVD Copies - David Harris and Mike Traux (Inv.1662) | | | | | | | | | | |

1,123.90

TOTAL FOR : 3-Deposition Transcripts

# Exhibit D

## 157CA-01G-004100-R

SAN FRANCISCO PETROLEUM CO INC                                    Page    3

### DETAILED TRANSACTIONS BY COVERAGE CODE

| Date  Payee | Cov Code | Loss Amount | Loss Expense | Check Number  Req | Check Status | Check Weeks/Days | Total Weeks/Days |
|---|---|---|---|---|---|---|---|
| ▮▮▮▮▮▮ | 251-16 | | ▮▮▮ | G2166764 JPM | Clrd 10-23-07 | | |
| ▮▮▮▮▮▮ | 251-16 | | ▮▮▮ | RDK | | | |
| ▮▮▮▮▮▮ | 251-16 | | ▮▮▮ | 175844 JPM | | | |
| ▮▮▮▮▮▮ | 251-16 | | ▮▮▮ | G2173793 JPM | Clrd 11-01-07 | | |
| ▮▮▮▮▮▮ | 251-16 | | ▮▮▮ | G2175324 JPM | Clrd 11-05-07 | | |
| ▮▮▮▮▮▮ | 251-16 | | ▮▮▮ | G2161575 JPM | Clrd 11-06-07 | | |
| ▮▮▮▮▮▮ | 251-16 | | ▮▮▮ | G2185718 JPM | Clrd 11-19-07 | | |
| ▮▮▮▮▮▮ | 251-16 | | ▮▮▮ | G2185719 JPM | Clrd 11-19-07 | | |
| ▮▮▮▮▮▮ | 251-16 | | ▮▮▮ | G2185720 JPM | Clrd 11-19-07 | | |
| ▮▮▮▮▮▮ | 251-16 | | ▮▮▮ | G2185722 JPM | Clrd 11-19-07 | | |
| ▮▮▮▮▮▮ | 251-16 | | ▮▮▮ | G2186676 JPM | Clrd 11-20-07 | | |
| ▮▮▮▮▮▮ | 251-16 | | ▮▮▮ | G2190433 JPM | Clrd 11-27-07 | | |
| ▮▮▮▮▮▮ | 251-16 | | ▮▮▮ | G2191565 JPM | Clrd 11-29-07 | | |
| ▮▮▮▮▮▮ | 251-16 | | ▮▮▮ | G2194432 JPM | Clrd 12-03-07 | | |
| ▮▮▮▮▮▮ | 251-16 | | ▮▮▮ | G2194840 JPM | Clrd 12-04-07 | | |
| 11-28-07 TECNO REPROGRAPHICS INC   INVOICE 27316 | 251-16 | | 1,580.58 OTHR | G2194842 JPM | Clrd 12-07-07 | | |
| ▮▮▮▮▮▮ | 251-16 | | ▮▮▮ | G2187600 JPM | Clrd 12-04-07 | | |

GRAND TOTAL FOR CLAIMANT    ▮▮▮    ▮▮▮

Printed: 12-11-07

# Exhibit E

## 157CA-01G-004100-R

SAN FRANCISCO PETROLEUM CO INC                          Page    2

### DETAILED TRANSACTIONS BY COVERAGE CODE

| Date   Payee | Cov Code | Loss Amount | Loss Expense | Check Number   Req | Check Status | Check Weeks/Days | Total Weeks/Days |
|---|---|---|---|---|---|---|---|
| | 251-16 | | OTHR | G2084729 JPM | Clrd 06-25-07 | | |
| | 251-16 | | OTHR | G2084729 JPM | | | |
| 06-18-07 COMPEX LEGAL SERVICES INC | 251-16 | | 50.00 OTHR | G7085815 JPM | Clrd 06-25-07 | | |
| INVOICE 17891711 | | | | | | | |
| 06-19-07 COMPEX LEGAL SERVICES INC | 251-16 | | 50.00 OTHR | G2086684 JPM | Clrd 06-25-07 | | |
| INVOICE 17892598 | | | | | | | |
| | 251-16 | | | G2083935 JPM | Clrd 07-03-07 | | |
| | 251-16 | | | G2083935 JPM | | | |
| | 251-16 | | | G2084011 JPM | Clrd 07-03-07 | | |
| | 251-16 | | | G2084011 JPM | | | |
| 07-10-07 COMPEX LEGAL SERVICES INC | 251-16 | | 50.00 OTHR | G2099461 JPM | Clrd 07-16-07 | | |
| INVOICE 17891658 | | | | | | | |
| MEDICAL RECORDS DON WALKER | | | | | | | |
| | 251-16 | | | G2099461 JPM | | | |
| 09-06-07 COMPEX LEGAL SERVICES INC | 251-16 | | 50.00 OTHR | G2137098 JPM | Clrd 09-12-07 | | |
| INVOICE 17936954 | | | | | | | |
| | 251-16 | | | G2137098 JPM | | | |
| 09-05-07 COMPEX LEGAL SERVICES INC | 251-16 | | 85.00 OTHR | G2137102 JPM | Clrd 09-12-07 | | |
| INVOICES 17936955  17936956 | | | | | | | |
| | 251-16 | | | G2137102 JPM | | | |
| 09-11-07 COMPEX LEGAL SERVICES INC | 251-16 | | 85.00 OTHR | G2140866 JPM | Clrd 09-17-07 | | |
| INVOICES 17939098, 17919697 | | | | | | | |
| | 251-16 | | | G2140866 JPM | | | |
| | 251-16 | | | | RDK | | |
| | 251-16 | | | G2143869 JPM | Clrd 10-09-07 | | |
| | 251-16 | | | G2143869 JPM | | | |
| | 251-16 | | | G2146344 JPM | Clrd 10-09-07 | | |
| | 251-16 | | | G2146344 JPM | | | |
| 10-01-07 COMPEX LEGAL SERVICES INC | 251-16 | | 65.00 OTHR | G2154209 JPM | Clrd 10-05-07 | | |
| INVOICE 17963449 | | | | | | | |
| 10-16-07 COMPEX LEGAL SERVICES INC | 251-16 | | 284.35 OTHR | G2164285 JPM | Clrd 10-22-07 | | |
| INVOICES 17963813 17963816 17964082 17964142 | | | | | | | |
| 17964177 | | | | | | | |

**Printed: 12-11-07**

## 157CA-01G-004100-R

SAN FRANCISCO PETROLEUM CO INC                                    Page    3

### DETAILED TRANSACTIONS BY COVERAGE CODE

| Date | Payee | Cov Code | Loss Amount | Loss Expense | Check Number | Req | Check Status | Check Weeks/Days | Total Weeks/Days |
|------|-------|----------|-------------|--------------|--------------|-----|--------------|------------------|------------------|
| 10-18-07 | COMPEX LEGAL SERVICES INC | 251-16 | | 799.25 OTHR | G2166764 | JPM | Clrd 10-23-07 | | |
| | INVOICE 17965683 17965609 17965776 17966791 | | | | | | | | |
| | 17966814 | | | | | | | | |
| | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 251-16 | | ▆▆▆▆▆▆ | | | RDK | | |
| | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 251-16 | | | 175844 | JPM | | | |
| | ▆▆▆▆▆▆▆ | | | | | | | | |
| 10-29-07 | COMPEX LEGAL SERVICES INC | 251-16 | | 50.00 OTHR | G2173793 | JPM | Clrd 11-01-07 | | |
| | INVOICE 17971052 | | | | | | | | |
| 10-30-07 | COMPEX LEGAL SERVICES INC | 251-16 | | 194.99 OTHR | G2175324 | JPM | Clrd 11-05-07 | | |
| | INVOICE 17973058 17973057 | | | | | | | | |
| | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 251-16 | | ▆▆▆▆▆▆ | G2161575 | JPM | Clrd 11-05-07 | | |
| 11-13-07 | COMPEX LEGAL SERVICES INC | 251-16 | | 50.00 OTHR | G2185716 | JPM | Clrd 11-19-07 | | |
| | INVOICE 17975290 | | | | | | | | |
| 11-13-07 | COMPEX LEGAL SERVICES INC | 251-16 | | 999.67 OTHR | G2185719 | JPM | Clrd 11-19-07 | | |
| | INVOICES 17960374  17973565 | | | | | | | | |
| 11-13-07 | COMPEX LEGAL SERVICES INC | 251-16 | | 71.65 OTHR | G2185720 | JPM | Clrd 11-19-07 | | |
| | INVOICE 17978949 | | | | | | | | |
| 11-13-07 | COMPEX LEGAL SERVICES INC | 251-16 | | 50.00 OTHR | G2185722 | JPM | Clrd 11-19-07 | | |
| | INVOICE 17978694 | | | | | | | | |
| 11-24-07 | COMPEX LEGAL SERVICES INC | 251-16 | | 95.00 OTHR | G2186676 | JPM | Clrd 11-20-07 | | |
| | INVOICE 17991284 | | | | | | | | |
| 11-20-07 | COMPEX LEGAL SERVICES INC | 251-16 | | 472.04 OTHR | G2190613 | JPM | Clrd 11-27-07 | | |
| | INVOICE 6035760 | | | | | | | | |
| 11-21-07 | COMPEX LEGAL SERVICES INC | 251-16 | | 78.00 OTHR | G2191565 | JPM | Clrd 11-29-07 | | |
| | INVOICE 17984504 | | | | | | | | |
| 11-28-07 | COMPEX LEGAL SERVICES INC | 251-16 | | 75.00 OTHR | G2194432 | JTM | Clrd 12-03-07 | | |
| | INVOICE 17989019 | | | | | | | | |
| 11-28-07 | COMPEX LEGAL SERVICES INC | 251-16 | | 90.62 OTHR | G2194840 | JPM | Clrd 12-06-07 | | |
| | INVOICE 17991188 | | | | | | | | |
| ▆▆▆▆▆▆▆▆▆▆▆ | | 251-16 | | ▆▆▆▆▆▆ OTHR | G2194842 | JPM | Clrd 12-07-07 | | |
| | ▆▆▆▆▆▆▆▆ | 251-16 | | ▆▆▆▆▆▆ | G2187600 | JPM | Clrd 12-04-07 | | |

WALKER V PACIFIC PRIDE

GRAND TOTAL FOR CLAIMANT     ▆▆▆    ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Printed: 12-11-07

Exhibit F

# 157CA-01G-004100-R

SAN FRANCISCO PETROLEUM CO INC
2121 3RD ST
SAN FRANCISCO CA 94107
Bus. Phone : (415)621-5226

Page    1
OCCURRED DATE: 07-21-05
REGULAR Procedure - HO Corresp.

CLAIM STATUS: Open
CLOSING DATE:
DESTRUCTION DATE: _____

## DETAILED TRANSACTIONS BY COVERAGE CODE

SUMMARY FOR COV CODE(S)

| Cov Code | Description | | Loss Amount | Loss Expense | Deductible Receivable Loss Amount | Deductible Applied Loss Amount | Retention Receivable Loss Amount | Retention Applied Loss Amount | Retention Receivable Loss Expense | Retention Applied Loss Expense |
|---|---|---|---|---|---|---|---|---|---|---|
| 251-16 | BODILY INJURY | | | | | | | | | |
| | GRAND TOTALS | | | | | | | | | |

| Date | Payee | Cov Code | Loss Amount | Loss Expense | Check Number | Req | Check Status | Check Weeks/Days | Total Weeks/Days |
|---|---|---|---|---|---|---|---|---|---|
| CLAIMANT: DONALD WALKER | | | | | | | | | |
| | | 251-16 | | | G1980062 | JPM | Clrd 02-06-07 | | |
| | | 251-16 | | | G1980062 | JPM | | | |
| 02-23-07 | SCHMITT & LEHMANN INC | 251-16 | | 625.50 OTHR | G2009359 | JPM | Clrd 03-02-07 | | |
| | INVOICE 17428 | | | | | | | | |
| 04-13-07 | FREDERICK TOOKER | 253-16 | | 310.25 OTHR | G2043138 | JPM | Clrd 04-20-07 | | |
| | INV 2517 | | | | | | | | |
| | | 251-16 | | | G2043138 | JPM | | | |
| 05-09-07 | FREDERICK TOOKER | 251-16 | | 330.90 OTHR | G2059687 | JPM | Clrd 05-21-07 | | |
| | INVOICE 2936 | | | | | | | | |
| | DON WALKER V PACIFIC PRIDE | 251-16 | | | G2059687 | JPM | | | |
| 05-15-07 | BERMAN COURT REPORTING | 251-16 | | 419.40 OTHR | G2063312 | JPM | Clrd 05-23-07 | | |
| | INVOICE 7058 | | | | | | | | |
| | RE WALKER V PACIFIC PRIDE | 251-16 | | | G2063312 | JPM | | | |
| | | 251-16 | | | G2065915 | JPM | Clrd 06-06-07 | | |
| | | 251-16 | | | G2065915 | JPM | | | |
| 05-31-07 | DAVID MORSE & ASSOCIATES INC | 251-16 | | 458.64 UNAL | G2066011 | JPM | Clrd 06-06-07 | | |
| | INVOICE SA292177 | | | | | | | | |

Printed: 12-11-07

# 157CA-01G-004100-R

SAN FRANCISCO PETROLEUM CO INC                                    Page    2

## DETAILED TRANSACTIONS BY COVERAGE CODE

| Date   | Payee | Cov Code | Loss Amount | Loss Expense | Check Number | Req | Check Status | Check Weeks/Days | Total Weeks/Days |
|--------|-------|----------|-------------|--------------|--------------|-----|--------------|------------------|------------------|
| 06-15-07 | JIL STEPHENSON | 251-16 | | 601.15 OTHR | G2084729 | JPM | Clrd 06-25-07 | | |
| | INVOICE 2003779 | | | | | | | | |
| | DON WALKER V PACIFIC PRIDE | | | | | | | | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 251-16 | | ▓▓▓▓▓▓▓ | G2084729 | JPM | | | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 251-16 | | ▓▓▓▓▓▓ | G2085815 | JPM | Clrd 06-25-07 | | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | 251-16 | | ▓▓▓▓▓▓ | G2086884 | JPM | Clrd 06-25-07 | | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 251-16 | | ▓▓▓▓▓ | G2083935 | JPM | Clrd 07-03-07 | | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 251-16 | | ▓▓▓▓▓ | G2083935 | JPM | | | |
| | ▓▓▓▓▓▓▓ | 251-16 | | ▓▓▓▓▓ | G2084011 | JPM | Clrd 07-03-07 | | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 251-16 | | ▓▓▓▓▓▓ | G2084011 | JPM | | | |
| | ▓▓▓▓▓▓▓ | 251-16 | | ▓▓▓▓▓ | G2089461 | JPM | Clrd 07-16-07 | | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓nt | 251-16 | | ▓▓▓▓R | G2089461 | JPM | | | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 251-16 | | ▓▓▓▓▓ | G2137098 | JPM | Clrd 09-12-07 | | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓nt | 251-14 | | ▓▓▓▓ | G2137098 | JPM | | | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 251-16 | | ▓▓▓▓▓ | G2137102 | JPM | Clrd 09-12-07 | | |
| | ▓▓▓▓▓▓▓▓▓ | 251-16 | | ▓▓▓▓▓ | G2137102 | JPM | | | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 251-16 | | ▓▓▓▓▓ | G2140866 | JPM | Clrd 09-17-07 | | |
| | ▓▓▓▓▓▓▓ | 251-16 | | ▓▓▓▓▓ | G2140865 | JPM | | | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 251-16 | | ▓▓▓▓▓▓S | | RDK | | | |
| | ▓▓▓▓▓ | 251-16 | | ▓▓▓▓ | G2143869 | JPM | Clrd 10-09-07 | | |
| | ▓▓▓▓▓▓▓▓ V PACIFIC▓▓▓ | 251-16 | | ▓▓▓▓▓ | G2143869 | JPM | | | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 251-16 | | ▓▓▓▓▓ | G2146344 | JPM | Clrd 10-09-07 | | |
| | ▓▓▓▓▓▓▓▓▓ | | | | | | | | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 251-16 | | ▓▓▓▓▓ | G2146344 | JPM | | | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 251-16 | | ▓▓▓▓▓ | G2154209 | JPM | Clrd 10-05-07 | | |
| | ▓▓▓▓▓▓▓▓▓ | 251-16 | | ▓▓▓▓▓ | G2164285 | JPM | Clrd 10-22-07 | | |
| | ▓▓▓▓▓▓▓▓▓▓ SERVICE▓ | | | | | | | | |

Printed: 12-11-07

# Exhibit G



**INVOICE NO.: 17903007**
**ORDER DATE: 05/19/07**
**INVOICE DATE: 07/01/07**

**COMPEX**
*Legal Services, Inc.*

**TERMS : NET ON RECEIPT**

**TAX ID: 95-4443964**

CASE NAME: DAVID WALKER V PACIFIC PRIDE S
RECORDS OF: WALKER, DAVID
CLIENT/INSURED: PACIFIC PRIDE SERVICES
FILE/CLAIM NO.: 460100.0234/01G-4100
DATE OF LOSS: 07/21/2006

PLEASE REMIT TO:
P.O. BOX 2738
TORRANCE, CA 90509-2738
TEL 800.788.8831
FAX 310.781.9720

BILLED TO:
  FEDERATED INSURANCE COMPANY
  P.O. BOX 3150
  RANCHO CORDOVA, CA 95741-3150
  JOE MORRO

ORDERED BY:
  WRIGHT, ROBINSON, OSTHIMER & TATUM
  44 MONTGOMERY STREET, SUITE 1800
  SAN FRANCISCO, CA 94104
  TED GARDNER

| | Item | | Qty | | Amount |
|---|---|---|---|---|---|
| 817025- A | MARIN GENERAL HOSPITAL, GREEN BRAE (RADIOLOGY) | Basic Charge - Subpoena | 1 | 35.00 | 35.00 |
| | | Field Trip | 2 | .00 | .00 |
| | CLAUSE: FILMS ONLY | Postage & Delivery | 1 | .00 | .00 |
| | CLOSED: PER CLIENT | Custodial Fee | 1 | 15.00 | 15.00 |
| | | SUB TOTAL | | | 50.00 |
| | | TOTAL DUE | | | 50.00 |

17903007 -> **PLEASE USE 8 DIGIT INVOICE NUMBER TO INSURE PROMPT CREDIT**

DOCUMENT1DOMAC_FULDOC



INVOICE NO.: 17903008
ORDER DATE: 05/19/07
INVOICE DATE: 07/01/07

**COMPEX**
*Legal Services, Inc.*

TERMS : NET ON RECEIPT

TAX ID: 95-4443964

CASE NAME: DAVID WALKER V PACIFIC PRIDE S
RECORDS OF: WALKER, DAVID
CLIENT/INSURED: PACIFIC PRIDE SERVICES
FILE/CLAIM NO.: 460100.0234/01G-4100
DATE OF LOSS: 07/21/2006

PLEASE REMIT TO:
P.O. BOX 2738
TORRANCE, CA 90509-2738
TEL 800.788.8831
FAX 310.781.9720

BILLED TO:
 FEDERATED INSURANCE COMPANY
 P.O. BOX 3150
 RANCHO CORDOVA, CA 95741-3150
 JOE MORRO

ORDERED BY:
 WRIGHT, ROBINSON, OSTHIMER & TATUM
 44 MONTGOMERY STREET, SUITE 1800
 SAN FRANCISCO, CA 94104
 TED GARDNER

| 817025- B | MARIN GENERAL HOSPITAL, GREEN BRAE | Basic Charge - Subpoena | 1 | 35.00 | 35.00 |
| | CLAUSE: BILLING | Field Trip | 2 | .00 | .00 |
| | CLOSED: PER CLIENT | Postage & Delivery | 1 | .00 | .00 |
| | | Custodial Fee | 1 | 15.00 | 15.00 |
| | | SUB TOTAL | | | 50.00 |
| | | TOTAL DUE | | | 50.00 |

17903008 -> PLEASE USE 8 DIGIT INVOICE NUMBER TO INSURE PROMPT CREDIT



INVOICE NO.: 17903010

**COMPEX**
*Legal Services, Inc.*

ORDER DATE: 05/19/07

TERMS : NET ON RECEIPT

INVOICE DATE: 07/01/07

TAX ID: 95-4443964

| | |
|---|---|
| CASE NAME: DAVID WALKER V PACIFIC PRIDE S | PLEASE REMIT TO: |
| RECORDS OF: WALKER, DAVID | P.O. BOX 2738 |
| CLIENT/INSURED: PACIFIC PRIDE SERVICES | TORRANCE, CA 90509-2738 |
| FILE/CLAIM NO.: 460100.0234/01G-4100 | TEL 800.788.8831 |
| DATE OF LOSS: 07/21/2006 | FAX 310.781.9720 |

BILLED TO:
  FEDERATED INSURANCE COMPANY
  P.O. BOX 3150
  RANCHO CORDOVA, CA 95741-3150
  JOE MORRO

ORDERED BY:
  WRIGHT, ROBINSON, OSTHIMER & TATUM
  44 MONTGOMERY STREET, SUITE 1800
  SAN FRANCISCO, CA 94104
  TED GARDNER

| | | | | |
|---|---|---|---|---|
| 817025- D | UCSF/MT. ZION MEDICAL CENTER | Basic Charge - Subpoena | 1 | 35.00 | 35.00 |
| | (BILLING) | Field Trip | 1 | .00 | .00 |
| | CLAUSE: BILLING | Postage & Delivery | 1 | .00 | .00 |
| | CLOSED: PER CLIENT | Custodial Fee | 1 | 15.00 | 15.00 |
| | | SUB TOTAL | | | 50.00 |
| | | TOTAL DUE | | | 50.00 |

17903010 -> PLEASE USE 8 DIGIT INVOICE NUMBER TO INSURE PROMPT CREDIT

DOCUMENTSERVMAC_PCL.DOC



**COMPEX**
*Legal Services, Inc.*

INVOICE NO.: 17903012
ORDER DATE: 05/19/07
INVOICE DATE: 07/01/07

TERMS : NET ON RECEIPT

TAX ID: 95-4443964

CASE NAME: DAVID WALKER V PACIFIC PRIDE S
RECORDS OF: WALKER, DAVID
CLIENT/INSURED: PACIFIC PRIDE SERVICES
FILE/CLAIM NO.: 460100.0234/01G-4100
DATE OF LOSS: 07/21/2006

PLEASE REMIT TO:
P.O. BOX 2738
TORRANCE, CA 90509-2738
TEL 800.788.8831
FAX 310.781.9720

BILLED TO:
  FEDERATED INSURANCE COMPANY
  P.O. BOX 3150
  RANCHO CORDOVA, CA 95741-3150
  JOE MORRO

ORDERED BY:
  WRIGHT, ROBINSON, OSTHIMER & TATUM
  44 MONTGOMERY STREET, SUITE 1800
  SAN FRANCISCO, CA 94104
  TED GARDNER

| | | | | | |
|---|---|---|---|---|---|
| 817025- F | NOVATO COMMUNITY HOSPITAL, NO VATO | Basic Charge - Subpoena | 1 | 35.00 | 35.00 |
| | CLAUSE: MEDICAL RECORD | Field Trip | 1 | .00 | .00 |
| | CLOSED: PER CLIENT | Postage & Delivery | 1 | .00 | .00 |
| | | Custodial Fee | 1 | 15.00 | 15.00 |
| | | SUB TOTAL | | | 50.00 |
| | | TOTAL DUE | | | 50.00 |

17903012 -> **PLEASE USE 8 DIGIT INVOICE NUMBER TO INSURE PROMPT CREDIT**



**INVOICE NO.: 17903014**
**ORDER DATE: 05/19/07**
**INVOICE DATE: 07/01/07**

**COMPEX**
*Legal Services, Inc.*

**TERMS : NET ON RECEIPT**

**TAX ID: 95-4443964**

| | |
|---|---|
| **CASE NAME:** DAVID WALKER V PACIFIC PRIDE S | **PLEASE REMIT TO:** |
| **RECORDS OF:** WALKER, DAVID | P.O. BOX 2738 |
| **CLIENT/INSURED:** PACIFIC PRIDE SERVICES | TORRANCE, CA 90509-2738 |
| **FILE/CLAIM NO.:** 460100.0234/01G-4100 | TEL 800.788.8831 |
| **DATE OF LOSS:** 07/21/2006 | FAX 310.781.9720 |

**BILLED TO:**
  FEDERATED INSURANCE COMPANY
  P.O. BOX 3150
  RANCHO CORDOVA, CA 95741-3150
  JOE MORRO

**ORDERED BY:**
  WRIGHT, ROBINSON, OSTHIMER & TATUM
  44 MONTGOMERY STREET, SUITE 1800
  SAN FRANCISCO, CA 94104
  TED GARDNER

| 817025- G | SAN FRANCISCO PETROLEUM | Basic Charge – Subpoena | 1 | 35.00 | 35.00 |
|---|---|---|---|---|---|
| | CLAUSE: PAY/EMPLY/MED | Field Trip | 2 | .00 | .00 |
| | CLOSED: PER CLIENT | Postage & Delivery | 1 | .00 | .00 |
| | | SUB TOTAL | | | 35.00 |
| | | TOTAL DUE | | | 35.00 |

**17903014 -> PLEASE USE 8 DIGIT INVOICE NUMBER TO INSURE PROMPT CREDIT**

DOCUMENTSWMAIL_PCL.DOC



**INVOICE NO.: 17903015**
**ORDER DATE: 05/23/07**
**INVOICE DATE: 07/01/07**

**COMPEX**
*Legal Services, Inc.*

**TERMS : NET ON RECEIPT**

**TAX ID: 95-4443964**

---

**CASE NAME: DAVID WALKER V PACIFIC PRIDE S**
**RECORDS OF: WALKER, DAVID**
**CLIENT/INSURED: PACIFIC PRIDE SERVICES**
**FILE/CLAIM NO.: 460100.0234/01G-4100**
**DATE OF LOSS: 07/21/2006**

**PLEASE REMIT TO:**
**P.O. BOX 2738**
**TORRANCE, CA 90509-2738**
**TEL 800.788.8831**
**FAX 310.781.9720**

| BILLED TO: | ORDERED BY: |
|---|---|
| FEDERATED INSURANCE COMPANY<br>P.O. BOX 3150<br>RANCHO CORDOVA, CA 95741-3150<br>JOE MORRO | WRIGHT, ROBINSON, OSTHIMER & TATUM<br>44 MONTGOMERY STREET, SUITE 1800<br>SAN FRANCISCO, CA 94104<br>TED GARDNER |

| | | | | | |
|---|---|---|---|---|---|
| 817025- H | MARIN GENERAL HOSPITAL, GREEN BRAE<br>CLAUSE: MEDICAL RECORD<br>CLOSED: PER CLIENT | Basic Charge - Subpoena<br>Field Trip<br>Postage & Delivery<br>Custodial Fee | 1<br>2<br>1<br>1 | 35.00<br>.00<br>.00<br>15.00 | 35.00<br>.00<br>.00<br>15.00 |
| | | SUB TOTAL | | | 50.00 |
| | | TOTAL DUE | | | 50.00 |

**17903015 -> PLEASE USE 8 DIGIT INVOICE NUMBER TO INSURE PROMPT CREDIT**

INVOICE NO.: 17903016



**COMPEX**
*Legal Services, Inc.*

ORDER DATE: 05/23/07

INVOICE DATE: 07/01/07

TERMS : NET ON RECEIPT

TAX ID: 95-4443964

CASE NAME: DAVID WALKER V PACIFIC PRIDE S
RECORDS OF: WALKER, DAVID
CLIENT/INSURED: PACIFIC PRIDE SERVICES
FILE/CLAIM NO.: 460100.0234/01G-4100
DATE OF LOSS: 07/21/2006

PLEASE REMIT TO:
P.O. BOX 2738
TORRANCE, CA 90509-2738
TEL 800.788.8831
FAX 310.781.9720

BILLED TO:
FEDERATED INSURANCE COMPANY
P.O. BOX 3150
RANCHO CORDOVA, CA 95741-3150
JOE MORRO

ORDERED BY:
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 MONTGOMERY STREET, SUITE 1800
SAN FRANCISCO, CA 94104
TED GARDNER

| | | | | | |
|---|---|---|---|---|---|
| 817025- I | NOVATO COMMUNITY HOSPITAL, GR EENBRAE (BILLING) CLAUSE: BILLING CLOSED: PER CLIENT | Basic Charge - Subpoena Field Trip Postage & Delivery Custodial Fee | 1 2 1 1 | 35.00 .00 .00 15.00 | 35.00 .00 .00 15.00 |
| | | SUB TOTAL | | | 50.00 |
| | | TOTAL DUE | | | 50.00 |

17903016 -> **PLEASE USE 8 DIGIT INVOICE NUMBER TO INSURE PROMPT CREDIT**

DOCUMENTS\DRVMAC_PCL.DOC