Peter M. Hart, (State Bar No. 107920)
Matthew R. Halloran, (State Bar No. 236461)
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, California  94104-4705
Telephone:  (415) 391-7111
Telefax:  (415) 391-8766

Attorneys for Defendant
PACIFIC PRIDE SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WALKER, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>PACIFIC PRIDE, et al,<br><br>  Defendant. | Case No. C 07-2857 SC<br><br>**NOTICE OF CHANGE OF FIRM NAME**<br><br><br>Date:     November 27, 2007<br>Judge:    Honorable Samuel Conti |

Effective June 1, 2008, WRIGHT, ROBINSON, OSTHIMER & TATUM will change its

name to LeClairRyan, LLP.  Our address and telephone number will remain the same.

Dated:  June 2, 2008                    WRIGHT, ROBINSON, OSTHIMER & TATUM


By: _____
      Peter M. Hart
      Attorneys for Defendant
      PACIFIC PRIDE SERVICE, INC.